```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,              :
                                       :
            -against-                  :
                                       :
S. KENNETH LEECH, II,                  :           1:24-cr-658-GHW
                                       :
                  Defendant.           :              ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on December 16, 2024 at 1:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Leech and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: December 3, 2024
New York, New York

                                               GREGORY H. WOODS
                                       United States District Judge