# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

December 18, 2024

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Leech*, No. 24-cr-658 (GHW) (S.D.N.Y.)

Dear Judge Woods:

  I represent Defendant S. Kenneth Leech in the captioned case. Pursuant to Rule 2(A) of Your Honor's Individual Rules and Practices, I write with the consent of both the government and Pretrial Services to request a modification of Mr. Leech's bail conditions set by Magistrate Judge Katherine Parker during Mr. Leech's initial appearance Monday morning. Pursuant to those conditions, Mr. Leech was released on a $10 million personal recognizance bond co-signed by his wife and is subject to pretrial supervision "as directed by Pretrial Services."

  Mr. Leech resides in California. The report prepared by Pretrial Services Officer Francesca Tessier, following her interview with Mr. Leech, recommended that Mr. Leech be allowed to report for pretrial supervision by telephone or via the internet, rather than in person. Officer Tessier has informed us, however, that the current bail condition is not sufficient to allow for remote reporting. Officer Tessier has also informed us that Pretrial Services requires the Court's approval in writing to allow Mr. Leech to report for supervision remotely.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Page 2
December 18, 2024

      Accordingly, I respectfully request that Your Honor so-order this requested modification to allow Mr. Leech's pretrial supervision to be conducted remotely. Both Officer Tessier (on behalf of Pretrial Services) and the government consent to this modification.

                                            Respectfully submitted,

                                            /s/ *Jonathan S. Sack*
                                            Jonathan S. Sack

cc:     All parties via ECF