

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2024

**By ECF**
Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>S. Kenneth Leech II</u>, 24 Cr. 658 (GHW)

Dear Judge Woods:

    The Government respectfully writes to propose the attached protective order to govern discovery produced in this case. The parties have conferred and have agreed on the attached proposed order for the Court's consideration. Thank you very much.

        Respectfully submitted,

        EDWARD Y. KIM
        Acting United States Attorney

    by:  __/s/ _____
        Thomas Burnett
        Peter Davis
        Assistant United States Attorneys

Attachment: (Proposed Order)