# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

May 15, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. S. Kenneth Leech, II*, 24 Cr. 658 (GHW)

Dear Judge Woods:

      We represent S. Kenneth Leech, the defendant in the above-captioned case. We write in advance of the status conference scheduled for May 19, 2025 to address the status of the production and review of discovery materials as well as scheduling matters.

      At Mr. Leech's initial appearance on December 16, 2024, the government stated that it expected to produce approximately 500,000 documents which it had received from third parties within four to six weeks and that it would produce additional documents that it received from third parties on a rolling basis. Tr. at 10–12.[1] Based on the government's anticipated production schedule, we asked the Court to schedule a conference in May 2025.

      The Court scheduled a conference for May 19, 2025, and stated that it expected counsel to be prepared to discuss any motions that it may wish to bring and that the Court and parties could discuss "a motion schedule and a trial schedule, if appropriate." Tr. at 14–15. The Court also noted that "[i]f it turns out not to be sufficient time, please feel free to write me in accordance with my individual rules of practice" and that the Court would be "happy to consider an application to adjourn the date if the parties need additional time." Tr. at 15.

---

[1] All transcript citations refer to transcript from Mr. Leech's initial appearance held on December 16, 2024, which is available on the docket of this matter at ECF 18.

Morvillo Abramowitz Grand Iason & Anello P. C.

Hon. Gregory H. Woods
May 15, 2025
Page 2 of 2

  Since the December 16, 2024 conference, the government has produced approximately 1.3 terabytes of data (roughly 479,000 documents).[2]  On March 19, 2025, the government informed us that a third party anticipated making an additional production to the government of approximately 150,000 documents, though the timing of that production was unclear.  Yesterday, the government informed us that this production of documents will not be complete until the end of June, and that it expects to receive production of another 40,000 to 45,000 documents by the end of July 2025, after which the material will be produced to the defense.

  We have spoken with the prosecutors regarding whether to make an application to adjourn the upcoming status conference.  The government advised us that it wishes to proceed with the conference.  In our view, given the volume of discovery materials already produced, the anticipated additional productions, and the complex nature of this case, we believe it is premature to set a motion schedule or a trial date at this time.  Rather, at the May 19 conference, we will ask the Court to schedule another status conference for September, at which time we expect we will have received substantially all of the discovery and be in a position to discuss scheduling of trial and motions.

                Respectfully submitted,

                /s/ *Jonathan S. Sack*
                Jonathan S. Sack
                Jeremy H. Temkin

cc: AUSA Peter J. Davis (via ECF)
   AUSA Thomas S. Burnett (via ECF)

---

[2] The government produced just over 193,000 documents in December 2024, approximately 260,000 documents in January 2025, approximately 24,000 documents in March 2025, and approximately 4,000 documents in April 2025.  On May 14, 2025, the government informed us that another production has been prepared and will be sent to us via FedEx.  We estimate that the productions to date consist of over two million pages.