

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 24, 2025

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)

Dear Judge Woods:

    The Government respectfully writes regarding the pretrial schedule in this case. The Government and defense are conferring on pretrial dates. Accordingly, the Government, with consent of defense counsel, requests an extension to Friday, May 30, 2025, to propose a pretrial schedule for the Court's consideration.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

        by:   /s/
                Thomas Burnett/Peter Davis
                Assistant United States Attorneys
                (212) 637-2468/1064

cc:  Counsel (by ECF)