

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 24, 2025

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__5/29/2025___ |

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:     **United States** v. **S. Kenneth Leech II**, 24 Cr. 658 (GHW)

Dear Judge Woods:

       The Government respectfully writes regarding the pretrial schedule in this case. The Government and defense are conferring on pretrial dates. Accordingly, the Government, with consent of defense counsel, requests an extension to Friday, May 30, 2025, to propose a pretrial schedule for the Court's consideration.

                       Respectfully submitted,

                       JAY CLAYTON
                       United States Attorney

              by: __/s/_____
                       Thomas Burnett/Peter Davis
                       Assistant United States Attorneys
                       (212) 637-2468/1064

cc: Counsel (by ECF)

Application granted. The parties are directed to submit a joint letter with the proposed pretrial dates no later than Friday, May 30, 2025.
SO ORDERED.
Dated: May 29, 2025
New York, New York

                     _____
                     GREGORY H. WOODS
                  United States District Judge