

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 30, 2025

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>S. Kenneth Leech II</u>, 24 Cr. 658 (GHW)

Dear Judge Woods:

    The Government respectfully writes regarding the pretrial schedule in this case. The Government and defense have conferred and are attaching a proposed schedule of pretrial dates for the Court's consideration.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

       by:   /s/
                  Thomas Burnett/Peter Davis
                  Assistant United States Attorneys
                  (212) 637-2468/1064

cc: Counsel (by ECF)

attachment

| Item | Joint Proposal |
|---|---|
| Defendant's pretrial motions | **August 22, 2025:** Defendant's Pre-trial Motions Due (other than Daubert motions and motions in limine, including any motions to preclude or limit expert testimony) <br><br> **September 23, 2025:** Government's Oppositions to Pretrial Motions Due <br><br> **October 7, 2025:** Defendant's Replies Due |
| Disclosure of defenses | **November 7, 2025:** The defense provides notice of intention to assert an advice of counsel defense or any Rule 12 defenses |
| Production of expert materials | **December 8, 2025:** The parties provide notice, consistent with the requirements of Rule 16 of the Federal Rules of Criminal Procedure, of experts potentially to be called during their respective cases-in- chief, as well as any supporting materials <br><br> **January 5, 2026:** The parties provide notice, consistent with Rule 16, of any rebuttal experts potentially to be called in response to the parties' December 8, 2025 expert disclosures |
| Government 404(b) disclosures | **December 12, 2025:** The Government provides notice (consistent with Rule 16) to the defendant of evidence it may seek to offer pursuant to Federal Rule of Evidence 404(b) |
| Motions in limine / Daubert motions / Rule 16 motions | **January 26, 2026:** The parties file motions in limine, including any motions to preclude or limit expert testimony and any objections to expert witness disclosures under Rule 16 <br><br> **February 17, 2026:** Oppositions due <br><br> **February 24:** Replies due |

| Item | Joint Proposal |
|---|---|
| 3500 Material production | **February 13, 2026:** Government provides to the defendant material covered by 18 U.S.C. § 3500 and Giglio v. United States, 405 U.S. 150 (1972), to the extent it was not previously produced to the defendant |
| Government witness list | **February 13, 2026:** The Government provides to the defendant a list of witnesses whom the Government reasonably expects to call in its case-in-chief. This list will be subject to good-faith revision as the Government continues to prepare for its case and as stipulations are (or are not) reached with respect to custodial and authentication witnesses |
| Government exhibit list | **March 2, 2026:** Government provides draft exhibit list. This list will be subject to good-faith revision as the Government continues to prepare for its case |
| Requests to charge, proposed verdict forms, and proposed voir dire questions | The parties will endeavor to submit joint proposed jury instructions, proposed verdict forms, and proposed voir dire questions, with disagreements reflected in redline, on **March 6, 2026**.<br><br>The government will provide its proposed jury instructions, verdict forms, and voir dire questions to the defendant by **February 13, 2026**.<br><br>The defendant will provide proposed revisions to these materials to the government by **February 27, 2026**.<br><br>The parties' will include citations to legal authority supporting their proposed jury instruction but any argument regarding the merits of their respective instructions will be submitted to the Court separately in advance of the charge conference. |
| Defense Rule 16(b) disclosures and exhibit list | **March 16, 2026:** The defendant provides to the government all materials subject to disclosure pursuant to Rule 16(b), as well as a list of exhibits he reasonably expects to seek to introduce in the defense case-in-chief (but not documents he intends to use only in the cross-examination of government witnesses or the redirect examination of defense witnesses). This list will be subject to good-faith revision as the defense continues to prepare for its case |

| Item | Joint Proposal |
|---|---|
| Defense witness list | **March 16, 2026:** The defendant provides to the Government a list of witnesses whom the defendant reasonably expects to call in his case. This list will be subject to good-faith revision as the defendant continues to prepare his case and as stipulations are (or are not) reached with respect to custodial and authentication witnesses |
| Defense Rule 26.2 Disclosure | **March 16, 2026:** The defendant provides to the Government material covered by Rule 26.2 of the Federal Rules of Criminal Procedure |
| Final Pretrial Conference | **TBD** |
| Trial Start Date | **April 6, 2026** |