UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: 6/4/2025                 │
└─────────────────────────────────────┘
```

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :
                                         :
S. KENNETH LEECH, II,                    :            1:24-cr-658-GHW
                                         :
                      Defendant.         :            <u>ORDER</u>
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

By letter dated May 30, 2025, the parties proposed a pretrial schedule for this case. Dkt. No. 29. The Court adopts in part and modifies in part the parties' proposed deadlines as outlined below.

Defendant's pre-trial motions (other than *Daubert* motions and motions *in limine*, including any motions to preclude or limit expert testimony) are due no later than August 22, 2025. The Government's opposition is due September 23, 2025. Defendant's reply, if any, is due October 7, 2025. The Court will hold a hearing on any such pretrial motions on October 30, 2025 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

The deadline for Defendant to provide notice of his intention to assert an advice-of-counsel defense or any Rule 12 defenses is November 7, 2025. The deadline for the parties to provide notice, consistent with the requirements of Fed. R. Crim. P. 16, of experts who may potentially be called during their respective cases-in-chief, as well as any supporting materials, is October 20, 2025. The deadline for the parties to provide notice, consistent with Rule 16, of any rebuttal experts is November 20, 2025. The deadline for the Government to provide notice, consistent with Rule 16, of evidence it may seek to offer pursuant to Federal Rule of Evidence 404(b) is November 12, 2025.

Motions *in limine*, including any motions to preclude or limit expert testimony and any

objections to expert witness disclosures under Rule 16, are due no later than December 15, 2025. Opposition to such a motion is due no later than January 15, 2026. Any reply is due no later than January 29, 2026. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.

The deadline for the Government to provide to the defendant material covered by 18 U.S.C. § 3500 and *Giglio v. United States*, 405 U.S. 150 (1972), to the extent it was not previously produced to the defendant, is February 13, 2026. The deadline for the Government to provide to the defendant a list of witnesses whom the Government reasonably expects to call in its case-in-chief is February 13, 2026. The deadline for the Government to provide draft exhibit lists is March 2, 2026.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than February 2, 2026. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date. The Court understands that the parties have agreed to provide a joint proposed jury charge, a joint proposed verdict form, and a joint proposed set of voir dire questions, which are due no later than February 2, 2026. To enable that, the Government will provide its proposed jury charge, verdict form, and voir dire questions to Defendant no later than January 12, 2026. Defendant will provide proposed revisions to these materials to the Government no later than January 22, 2026. The parties must include citations to legal authority supporting each proposed jury instruction, and any argument regarding the merits of their respective instructions will be submitted to the Court separately by letter.

The deadline for Defendant to provide the Government with all materials subject to disclosure pursuant to Rule 16(b), as well as a list of witnesses and exhibits he reasonably expects to

2

seek to introduce in the defense case-in-chief (but not documents he intends to use only in the cross-examination of government witnesses or the redirect examination of defense witnesses), is March 16, 2026.  The deadline for Defendant to provide the Government with material covered by Rule 26.2 is likewise March 16, 2026.

The Court will hold a final pretrial conference on March 19, 2026 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The trial will begin at 9:00 a.m. on April 6, 2026 in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:  June 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge