# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

July 25, 2025

# MEMORANDUM ENDORSED

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2025

Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods:

This firm represents S. Kenneth Leech, the defendant in the above-captioned case. I write to request a brief adjournment of the hearing scheduled in this matter for October 30, 2025 at 10:00 a.m.

Pursuant to the Court's scheduling order, pretrial motions are scheduled to be fully briefed by October 7, 2025 and a hearing on pretrial motions is scheduled for October 30, 2025. ECF No. 30. Recently, longstanding travel plans were unavoidably changed and, as a result, I will be out of country on October 30. I have conferred with counsel for the government, who have no objection to this request. The parties are available on November 7, 10, or 12 if those dates are convenient for the Court.

Respectfully submitted,

/s/ *Jonathan S. Sack*
Jonathan S. Sack

cc: AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)

---

Application granted. The motion hearing previously scheduled for October 30, 2025 at 10:00 a.m. is adjourned to November 7, 2025 at 10:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.
SO ORDERED.
Dated: July 28, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge