## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 11, 2025

# MEMORANDUM ENDORSED

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2025

Re:   *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y)

Dear Judge Woods:

    This firm represents S. Kenneth Leech, the defendant in the above-captioned case. With the consent of the government, I write to request a three-day adjournment of the October 20, 2025 deadline to file Rule 16 expert disclosures.

    Pursuant to the Court's scheduling order, the parties are to provide notice, consistent with the requirements of Fed. R. Crim. P. 16, of experts who may potentially be called during their respective cases-in-chief, as well as any supporting materials, by October 20, 2025. ECF No. 30. I have conferred with counsel for the government, who have consented to the requested adjournment of this deadline to October 23, 2025. The adjournment will not affect any other dates in the scheduling order.

Application granted. The deadline for expert disclosures is extended to October 23, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

Respectfully submitted,

/s/ *Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin

SO ORDERED.
Dated:  October 11, 2025

_____
GREGORY H. WOODS
United States District Judge

cc:   AUSA Peter J. Davis (via ECF)
      AUSA Thomas S. Burnett (via ECF)