

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 29, 2025

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:**    <u>United States</u> v. <u>S. Kenneth Leech II</u>, 24 Cr. 658 (GHW)

Dear Judge Woods:

     As previewed in the Government's opposition to the defendant's motions, ECF No. 37 at 24 n.44, the Government is submitting to chambers two hard copy binders containing the Government's expert disclosures as well as a flash drive containing the supporting materials. These materials were produced to the defense on October 23, 2025 pursuant to the Court's scheduling order.

                        Respectfully submitted,

                        SEAN BUCKLEY
                        Attorney for the Government

                    by: __/s/ _____
                        Thomas Burnett/Peter Davis
                        Assistant United States Attorneys
                        (212) 637-2468/1064

                        Lindsey Keenan
                        Special Assistant United States Attorney
                        (347) 578-3235

cc:  Counsel (by ECF)

enclosures (to be submitted to the CSO's pursuant to the Court's individual rules)