# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br>clearygottlieb.com<br><br>D: + 1 212 225 2950<br>jkim@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

November 5, 2025

**MEMORANDUM ENDORSED**

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/06/2025

Honorable Gregory H. Woods
Unites States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

> Re:   *United States v. Leech*, 24-cr-658 (GHW)

Dear Judge Woods:

Defendant S. Kenneth Leech II has retained undersigned counsel Joon H. Kim with the law firm Cleary Gottlieb Steen & Hamilton LLP to join existing counsel at the law firm Morvillo Abramowitz Grand Iason & Anello PC as co-counsel in representing Mr. Leech in the above-referenced matter. On November 3, 2025, we filed a notice of appearance.

Prior to filing the notice of appearance, we informed the government of our retention as Mr. Leech's counsel. The government advised that, because I had previously represented James W. Hirschmann III, the former Chief Executive Officer of Western Asset Management and its current Chairman, in connection with the government's investigation, including during an interview of Mr. Hirschmann by the government, they believed a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), is necessary.

While we do not believe a conflict of interest between Mr. Leech and Mr. Hirschmann exists, we do not object to the Court conducting a *Curcio* hearing during which it can inquire as to Mr. Leech's awareness of his "right to representation by conflict-free counsel," and assess his knowing and voluntary waiver of any potential conflicts that might arise. *United States v. Schwarz*, 283 F.3d 76, 90 (2d Cir. 2020). For the Court's awareness in conducting the *Curcio* hearing, we note that current counsel at Morvillo Abramowitz Grand Iason & Anello PC, who have represented Mr. Leech from the commencement of this case, will remain as co-counsel for Mr. Leech, and that to the extent Mr. Hirschmann requires counsel in the future in this matter, he will retain separate counsel and will not be represented by our firm.

Honorable Gregory H. Woods
United States District Judge
Page 2

   As the parties are scheduled to appear before the Court for hearings on the pre-trial motions on November 7, 2025 at 10:00 a.m., if acceptable to the Court, we would propose conducting a *Curcio* hearing on that day as well. For the Court's convenience, we enclose as Appendix A a proposed script for the *Curcio* hearing. We have shared a draft of this letter and the attached *Curcio* hearing script with the government, and they join in this request.

            Respectfully submitted,

            */s/ Joon H. Kim*
            Joon H. Kim

cc: All counsel of record

Application granted. During the hearing scheduled on November 7, 2025, the Court will conduct a hearing pursuant to *United States v. Curcio,* 680 F.2d 881 (2d Cir. 1982).

SO ORDERED.
Dated: November 6, 2025
New York, New York

            _____
            GREGORY H. WOODS
            United States District Judge