```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES,                                             :
                                                               :
                                                               :
                                                               :
                -v-                                            :
                                                               :      1:24-cr-658-GHW
                                                               :
    S. KENNETH LEECH, II,                                      :         ORDER
                                                               :
                                        Defendant.             :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/07/2025

GREGORY H. WOODS, United States District Judge:

On November 7, 2025, the Court held a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982) regarding Defendant's choice to have potentially conflicted counsel represent him, Dkt. No. 47, and a conference on Defendant's omnibus pretrial motions, Dkt. No. 34.

For the reasons stated on the record, the Court finds that Defendant has knowingly and voluntarily chosen Mr. Joon H. Kim, Mr. Mitchell Kohles, and their firm Cleary, Gottlieb, Steen and Hamilton LLP to represent him in this case and has waived his right to conflict-free representation.

For the reasons stated on the record, Defendant's motion for a bill of particulars is granted in part, and the Government is directed to provide a bill of particulars as specified no later than November 28, 2025. The Court denies Defendant's request to require the Government to provide a bill of particulars listing individual trades it alleges were certainly allocated unlawfully based on first-day performance. The Court instead orders the Government to identify to the defense the pool of trades it will seek to prove were consistent with the cherry-picking scheme in which it alleges Defendant engaged. This need not include other trades that the Government alleges were not allocated based on first-day performance, but may nonetheless be relevant to the evidence the Government expects to offer at trial. In addition, for the reasons stated on the record, the Court orders that the Government's deadline to produce a draft exhibit list is advanced to February 13,

2026 only as it relates to exhibits related to individual trades it seeks to prove were improperly allocated based on first day performance. The Court is not ordering the Government to provide a bill of particulars as to those trades.

Defendant's request for a bill of particulars as to affirmative misstatements the Government alleges Mr. Leech made is granted. The Court orders the Government to identify—among the statements it produced in discovery—the statements it alleges were affirmative misrepresentations directly or indirectly made by Defendant.

The Court orders the parties to confer on the framework the Court proposed on the record in response to Defendant's motion for an evidentiary hearing as it relates to the Government's process of reviewing search warrant returns. The parties are ordered to provide their feedback regarding how they wish to implement the framework, or to modify it, no later than November 14, 2025.

Finally, for the reasons stated on the record, Defendant's motion to strike surplusage from the indictment is denied without prejudice and Defendant's motion to dismiss Count V from the Indictment is denied.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated: November 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge