# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO\*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK\*
JONATHAN S. SACK\*\*
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE\*\*\*
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

\*ALSO ADMITTED IN WASHINGTON, D.C.
\*\*ALSO ADMITTED IN CONNECTICUT
\*\*\*ALSO ADMITTED IN ENGLAND AND WALES

November 11, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods:

On behalf of S. Kenneth Leech, the defendant in the above-captioned case, we respectfully write to ask the Court to clarify one aspect of its determination of Mr. Leech's motion for a bill of particulars.

In his omnibus pretrial motion, Mr. Leech moved for a bill of particulars identifying, among other things, "(1) any untrue statements the government alleges Mr. Leech made and (2) any statements the government alleges Mr. Leech made that were rendered false or misleading by a material omission." Def. Mem. at 4, ECF No. 35; *see id.* at 20–21; Def. Reply at 20–22, ECF No. 38. In its November 7, 2025 Order, the Court granted our request as to "affirmative misstatements the Government alleges Mr. Leech made," but it did not reference our request for "statements that were rendered false or misleading by material omission." Order at 2, ECF No. 48.

We respectfully submit that the Court's rationale for granting our request for affirmative statements applies with equal force to our request for statements rendered false or misleading by a material omission. *See, e.g.*, Nov. 7, 2025 Tr. at 80:12–14 (finding that the defense "remains in the dark about which acts the Government alleges were unlawful" because "the Government has only told Defendant why it alleges his acts are unlawful"). We are, of course, prepared to make an additional written submission on the issue at the Court's request.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
November 11, 2025
Page 2 of 2

                                      Respectfully submitted,

                                      MORVILLO ABRAMOWITZ
                                      GRAND IASON & ANELLO P.C.

By:   /s/ *Jonathan S. Sack*
        Jonathan S. Sack
        Jeremy H. Temkin

        565 Fifth Avenue
        New York, NY 10017
        (212) 880-9410 (telephone)
        (212) 856-9494 (facsimile)
        jsack@maglaw.com

        *Attorneys for Defendant S. Kenneth Leech II*

Cc:    AUSA Peter J. Davis (via ECF)
        AUSA Thomas S. Burnett (via ECF)
        SAUSA Lindsey Keenan (via ECF)