

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 14, 2025

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: **United States** v. **S. Kenneth Leech II**, 24 Cr. 658 (GHW)

Dear Judge Woods:

The Government respectfully writes in response to the Court's order regarding the three-part framework set forth in the Court's November 7, 2025 Order.  (11/7/2025 Tr. at 99-101.)  The parties have conferred and jointly propose the following schedule for the Court's consideration:

**Phase 1:  Updated Privilege Logs, Privilege Briefing, and Filter Process**

*Step 1:  The Submission of Updated Privilege Logs for the Google and Apple Returns*

Google Returns

1. **December 12, 2025:**  Defense submits updated privilege log for documents viewed by case team over which defense asserting privilege (*See* ECF No. 36-10 (Exhibit A).)

Apple Returns

1. **November 21, 2025\*:**  Filter Team produces to the defense the Apple Returns that the Case Team received access to on or about August 23, 2024 (the "August 23, 2024 Data")[1] as well as the USAfx documents released to Case Team on or about August 16, 2024 (the "USAfx Data").[2]

2. **December 1, 2025:**  Parties meet and confer to address efficient process for mapping the defense's prior privilege assertions with respect to the Apple returns to the materials produced by the government on November 21, 2025.

---

[1] The Filter Team is working to reproduce these reports to the best of its ability.  The Filter Team will also produce a set of the original Apple Returns along side of its reproduction of the August 23, 2024 Data.

[2] As previewed for defense counsel, the Case Team may not have been able to review the USAfx Data because of technical reasons.  Nonetheless, the Filter Team will produce a copy of the USAfx Documents that was downloaded by the Case Team.

3. **December 12, 2025\***: Defense submits updated privilege log for items in Apple Return produced on November 21, 2025 over which defense asserting privilege

*Step 2: Briefing on Privilege and Filter Process*

1. **December 19, 2025\*:** Parties meet and confer regarding any objections the government has with respect to the defense privilege assertions and privilege logs.

2. **January 7, 2026\*:** Defense files brief and supporting declarations establishing privilege over any privilege assertions set forth in the privilege logs produced on December 12, 2025 that are being challenged by the government.

3. **January 21, 2026\*:** Government files opposition brief and sworn declarations regarding the Filter Process.

4. **February 4, 2026\*:** Defense files reply on privilege claims and responds to Government's submission regarding Filter Process.

5. **February 11, 2026\*:** Government files a reply regarding the Filter Process.

*Step 3: If Court finds necessary to expand factual record, Judge Woods to hold a hearing on a date set by the Court.*

**Phase 2:** If necessary, additional factual development to evaluate the effect of any violation of defendant's rights by the prosecution.

**Phase 3:** Based on results of Phase 1, the Government may affirmatively seek additional rulings for material that defense as marked as privilege but has not been addressed by the Court.

\* \* \*

Given technological issues that may arise related to the process set forth above, the dates marked with an asterisk are tentative. The parties will meet and confer on December 1, 2025, at which point the parties will propose adjustments to the schedule if necessary.

    Respectfully submitted,

    SEAN BUCKLEY
    Attorney for the Government

  by: \_\_/s/ _____
    Thomas Burnett/Peter Davis
    Assistant United States Attorneys

    Lindsey Keenan
    Special Assistant United States Attorney
    (212) 637-2468/1064

cc: Counsel (by ECF)