| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>   :<br>UNITED STATES,   :<br>   :<br>   :<br>   -v-   :<br>   :<br>   :<br>S. KENNETH LEECH, II,   :<br>   :<br>Defendant.   :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/17/2025<br><br><br>1:24-cr-658-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

During the conference on November 7, 2025, the Court directed the parties to file a joint letter providing their feedback on the Court's framework to determine if alleged invasions of the attorney-client privilege during pre-indictment review of search warrant returns had tainted the prosecution. The parties filed their letter providing their feedback on November 14, 2025. Dkt. No. 50.

The Court understands that the parties are exchanging additional information and will be meeting and conferring regarding Defendant's assertions of privilege. The Court sets the following briefing schedule on the privilege assertions. Defendant must file their brief and supporting declarations regarding his privilege assertions by January 7, 2026. The Government must file a brief in opposition by January 21, 2026, along with their sworn declarations regarding the filter process. Defendant may file a reply on the privilege claims and a brief in response to the Government's submission regarding the filter process no later than January 30, 2026.

Unless the Government is able to conclusively establish that none of the materials accessed during the review of the search warrant returns were protected by the attorney-client privilege or the work-product doctrine, the Court expects to hold a hearing on whether access of those materials tainted the prosecution. The Court will make this determination following the completion of briefing on

the issues of privilege—*i.e.,* after Defendant's January 30, 2026 deadline to file a reply has passed—and may order the Government to file a reply in further support of its filter team process.

The Court understands that the parties are planning to confer on December 1, 2025. If, following that, the parties have additional feedback on the schedule set forth above, the Court orders that a joint letter setting forth that feedback be filed no later than December 5, 2025.

SO ORDERED.

Dated: November 20, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge