```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES,                                           :
                                                             :
                                                             :
                                                             :
              -v-                                            :
                                                             :
                                                             :
    S. KENNETH LEECH, II,                                    :
                                                             :
                                Defendant.                   :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 7, 2025, the Court heard argument on Defendant's omnibus pretrial motion, Dkt. No. 34.  For the reasons stated on the record, the Court only granted Defendant's request for a bill of particulars as to misstatements as to affirmative misstatements the Government alleges Mr. Leech made.  Dkt. No. 48.  On November 11, 2025, Defendant filed a letter requesting that the Court grant Defendant's request for a bill of particulars as to omissions.  Dkt. No. 49.  For the reasons that follow, that request is granted in part and denied in part.

To the extent that the Government can establish liability on the basis of statements made directly by Mr. Leech rendered misleading by omissions, the Government has provided sufficient detail to "advise [Mr. Leech] of the specific acts of which he is accused."  *United States v. Walsh*, 194 F.3d 37, 47 (2d Cir. 1999).  The Government has provided voluminous communications in discovery and alleges that these statements were misleading because Defendant never disclosed that he was allegedly engaging in the unlawful trading practice known as cherry-picking.  In other words, the Government's contention is that Mr. Leech's silence as to the alleged cherry-picking applied to every statement he made to his clients.  *See* Dkt. No. 38 at 21 (identifying Government disclosure of 2,500 examples of communications to Western Asset Management clients).  Thus, the Court's rationale for granting the request as to affirmative misstatements does not apply with "equal force"

to the Defendant's request as it relates to omissions, because the disclosure of the statements rendered misleading by omissions by itself apprises Mr. Leech of the conduct the Government intends to hold him liable for at trial.

However, the Government has not provided the same level of detail on the statements made by WAMCO that it alleges were misleading statements indirectly made by Mr. Leech because they omitted information about the alleged cherry-picking scheme. The Indictment alleges that Mr. Leech's failure to disclose the alleged scheme flowed not only from statements he directly made, but also from WAMCO's statements. *See, e.g.*, Dkt. No. 1 ¶ 15. The Government's briefing on the omnibus pretrial motion further demonstrated its intent to hold Mr. Leech accountable for statements made by WAMCO. Dkt. No. 37 at 40. However—much as the Government failed to provide this information as to which affirmative misstatements by WAMCO it plans to attribute to Mr. Leech—the Government does not identify what omissions by WAMCO it plans to hold Mr. Leech liable for. *See id.* Thus, Mr. Leech has not been adequately apprised of the acts the Government seeks to hold him accountable for.

Accordingly, the Court grants Defendant's request in part. The Government is ordered to provide Mr. Leech with a bill of particulars as to the statements by WAMCO that the Government contends were rendered misleading by omissions no later than December 5, 2025.

SO ORDERED.

Dated: November 20, 2025
New York, New York

GREGORY H. WOODS
United States District Judge