UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>S. KENNETH LEECH II,<br><br>Defendant. | **BILL OF PARTICULARS**<br><br>24 Cr. 658 (GHW) |

### Overview

The Government identifies (1) "the pool of trades it will seek to prove were consistent with the cherry-picking scheme in which it alleges Defendant engaged" (November 7, 2025 Order, ECF No.48)[1]; and (2) "the statements [the Government] alleges were affirmative misrepresentations directly or indirectly made by Defendant" and the "statements by WAMCO that the Government contends were rendered misleading by omissions" (November 20, 2025 Order ECF No. 52).[2]

The particulars set forth below are based on the current state of the evidence and the Government's review and analysis of the evidence to date. As the Government continues to review and analyze the evidence, the Government reserves the right to draw other reasonable inferences from the evidence, and, where appropriate, seek leave of the Court to amend this Bill of Particulars.

---

[1] Pursuant to the Court's November 7, 2025 Order, the Government is not identifying here "other trades that the Government alleges were not allocated based on first-day performance, but may nonetheless be relevant to the evidence the Government expects to offer at trial." *Id.* These other relevant trades (*e.g.*, Broker-1 trades, 50/50 Trades, and trades allocated after the defendant was prohibited from allocating trades to the Core Strategies), have been identified in the Government's expert notices.

[2] Consistent with the Court's Order, the Government may supplement these statements with additional statements on or before December 5, 2025. In addition, pursuant to the Court's Order, the Government is not identifying here "statements made directly by Mr. Leech rendered misleading by omissions." *Id.*

1. **The Pool of Trades Consistent with Defendant's Cherry-Picking Scheme**

The pool of trades the Government "will seek to prove were consistent with the cherry-picking scheme in which it alleges Defendant engaged" (November 7, 2025 Order, ECF No.48) is described in Exhibit A.[3] The pool consists of trades specifically allocated to Macro Opportunities, the Core/Core Plus Strategies, Account 1074, or Account 1651, between approximately January 1, 2021 and October 19, 2023, excluding certain categories of trades identified in the Government's Expert Notices, such as Broker-1 trades and roll trades.

2. **Affirmative Misrepresentations Directly or Indirectly Made by the Defendant and Statements Made by WAMCO that were Rendered Misleading by Omission**

The following statements are affirmative misrepresentations directly or indirectly made by the Defendant and statements by WAMCO that the Government contends were rendered misleading by omission:

| Statements | Example Bates Numbers[4] |
|---|---|
| "Trade Flow Process" diagram, which states, "Proposed trades are submitted electronically to compliance for pre-trade testing versus client guidelines" before "Trade executed via agreement of terms between Western Asset investment staff and broker." | SDNY_LEECH_R01_00000456; 588554; 588631; 127429; 00172862; 00706080; 00706080; 00707101; SDNY_LEECH_R02_00000433 |
| There are three compliance staff which sit on the trading desk that provide pre-trade compliance approvals on all trades prior to execution. | SDNY_LEECH_R01_00000580-81 |
| "Western Asset's allocations procedures are designed to ensure that all clients are treated fairly and equitably." | SDNY_LEECH_R01_00331305 |

---

[3] The trades in Exhibit A have also been identified in the Government's Expert Notices and supporting materials.

[4] Pursuant to the Court's orders, the Government is identifying the "the statements it alleges were affirmative misrepresentations directly or indirectly made by Defendant" and the "statements by WAMCO that the Government contends were rendered misleading by omissions." Many of these statements were repeated throughout the period. As a courtesy, the Government is providing Bates numbers for the defense to locate examples of each statement in the discovery, although the included Bates numbers are not exhaustive.

| | |
|---|---|
| "There are many reasons why allocation is an ongoing and organic process that can take place before or after trade execution, but the Firm seeks to finalize the allocation as soon as possible after execution." | |
| "Reducing risk is a significant part of our investment management process and is used to control drawdowns and add liquidity for future opportunities. Because the Macro Opportunities Strategy uses concentrated positions, the risk trim helps us adjust the timeline within which we expect our thesis to unfold."<br><br>"Importantly, Macro Opportunities has demonstrated the ability to generate absolute returns during periods when interest rates were rising, falling or at zero." | SDNY_LEECH_R01_00668383;<br>SDNY_LEECH_R01_00691977 |
| "Small number of trades drives strategy performance"<br><br>"Manager selects highest conviction themes from Global Investment Strategy Committee"<br><br>"Cash and derivatives used to express ideas"<br><br>"Tactical duration positioning used to take advantage of higher implied volatilities."<br><br>"MO has generated significant alpha relative to global fixed income markets" | SDNY_LEECH_R01_00351652 |
| "Diversified, Low Correlation" slide depicting "Alpha Total" for the Macro Opportunities fund | SDNY_LEECH_R05_00035437<br>SDNY_LEECH_R05_00035438<br>SDNY_LEECH_R06_00611967<br>SDNY_LEECH_R06_00611968<br>SDNY_LEECH_R06_00613240<br>SDNY_LEECH_R06_00613241<br>SDNY_LEECH_R06_00615956<br>SDNY_LEECH_R06_00615957<br>SDNY_LEECH_R06_00621423<br>SDNY_LEECH_R06_00621424<br>SDNY_LEECH_R06_00623801<br>SDNY_LEECH_R06_00623802<br>SDNY_LEECH_R06_00627862 |

3

|  | |
|---|---|
| | SDNY_LEECH_R06_00627863 |
| | SDNY_LEECH_R06_00627911 |
| | SDNY_LEECH_R06_00627912 |
| | SDNY_LEECH_R06_00627913 |
| | SDNY_LEECH_R06_00627914 |
| | SDNY_LEECH_R06_00627915 |
| | SDNY_LEECH_R06_00627916 |
| | SDNY_LEECH_R06_00627917 |
| | SDNY_LEECH_R06_00627918 |
| | SDNY_LEECH_R06_00627919 |
| | SDNY_LEECH_R06_00627920 |
| | SDNY_LEECH_R06_00627921 |
| | SDNY_LEECH_R06_00627922 |
| | SDNY_LEECH_R06_00627923 |
| | SDNY_LEECH_R06_00627924 |
| | SDNY_LEECH_R06_00627925 |
| | SDNY_LEECH_R06_00627926 |
| | SDNY_LEECH_R06_00627927 |
| | SDNY_LEECH_R06_00627928 |
| | SDNY_LEECH_R06_00627929 |
| | SDNY_LEECH_R06_00627930 |
| | SDNY_LEECH_R06_00627931 |
| | SDNY_LEECH_R06_00627932 |
| | SDNY_LEECH_R06_00627933 |
| | SDNY_LEECH_R06_00627934 |
| | SDNY_LEECH_R06_00627935 |
| | SDNY_LEECH_R06_00627936 |
| | SDNY_LEECH_R06_00627937 |
| | SDNY_LEECH_R06_00627938 |
| | SDNY_LEECH_R06_00627939 |
| | SDNY_LEECH_R06_00627940 |
| | SDNY_LEECH_R06_00036035 |
| | SDNY_LEECH_R06_00036037 |
| | SDNY_LEECH_R06_00036083 |
| | SDNY_LEECH_R07_00016505 |
| | SDNY_LEECH_R07_00016509 |
| | SDNY_LEECH_R07_00016558 |
| | SDNY_LEECH_R07_00016595 |
| | SDNY_LEECH_R07_00016644 |
| | SDNY_LEECH_R07_00016705 |
| | SDNY_LEECH_R07_00016708 |
| | SDNY_LEECH_R07_00016711 |
| | SDNY_LEECH_R07_00016714 |

|  | SDNY_LEECH_R07_00016717 |
|---|---|
|  | SDNY_LEECH_R07_00016720 |
|  | SDNY_LEECH_R07_00016722 |
|  | SDNY_LEECH_R07_00016724 |
|  | SDNY_LEECH_R07_00016726 |
|  | SDNY_LEECH_R07_00284813 |
|  | SDNY_LEECH_R07_00284815 |
|  | SDNY_LEECH_R07_00284886 |
|  | SDNY_LEECH_R07_00284919 |
|  | SDNY_LEECH_R07_00284963 |
|  | SDNY_LEECH_R07_00285650 |
|  | SDNY_LEECH_R07_00285651 |
| Western Asset maintains policies and procedures that are designed to reduce the potential for favoritism and to help ensure the fair allocations of investment opportunities to clients over time.<br><br>Investment allocations are done in a manner that Western Asset believes is fair and equitable, with the presumption that similarly situated clients should generally participate in similar investment opportunities and trades.<br><br>Allocations are developed based on clients with common investment strategies rather than on the particular fee schedules for particular clients.<br><br>Western Asset also maintains policies to identify and monitor the potential conflicts between "alternative investment" or "hedge fund" accounts and other accounts.<br><br>Western Asset maintains additional monitoring for such accounts to seek to ensure that its trade allocation decisions are consistent with its fiduciary duties and are fair and equitable over time.<br><br>Western Asset has established policies and procedures that govern investment decision making and trade allocation process for alternative investment accounts. The policies and procedures are designed to meet the | SDNY_LEECH_R01_00020676;<br>SDNY_LEECH_R01_00020048;<br>SDNY_LEECH_R01_00018260;<br>SDNY_LEECH_R01_00018034 |

5

| | |
|---|---|
| fiduciary duties owed to clients, to avoid conflicts of interest, and to meet applicable requirements under the Investment Advisers Act of 1940. | |
| Not dependent on direction of rates to be successful; <br><br> Proven record of profitability when rates were zero, rising and falling; <br><br> MO has generated significant alpha relative to global fixed income markets | SDNY_LEECH_R06_00602179 |
| Rates trading is used as a source of outright profit, and has contributed meaningfully to the total return of the fund. <br><br> Western Asset's Macro Opportunities strategy has a rates trading approach which relies strictly on the Firm's long-term view of the fundamental landscape as well as on short-term circumstances. <br><br> The manager uses exposure to interest rates to mitigate volatility and the potential loss associated with holding a credit and risk asset portfolio, as well as a source of excess return. | SDNY_LEECH_R01_00598593; <br> SDNY_LEECH_R01_00848336; <br> SDNY_LEECH_R02_00000308 |
| Western Asset's allocation procedures are designed to ensure that all clients are treated fairly and equitably. Similarly situated clients should be participating similarly in investment opportunities. <br><br> The Firm seeks to finalize the allocation as soon as possible after execution. | SDNY_LEECH_R01_00373840; <br> SDNY_LEECH_R01_00356580 |
| The strategic goal at Western Asset is to add value to client portfolios while adhering to a disciplined risk management process. <br><br> Particularly during periods of market volatility, Western Asset's yield curve strategies have proven to be an important source of value added. | SDNY_LEECH_R01_00062186 |

6

| | |
|---|---|
| Western Asset primarily uses derivatives in an effort to add incremental value and to hedge or reduce risk. | |
| The Firm has adopted procedures for allocation of portfolio transactions and investment opportunities across multiple client accounts on a fair and equitable basis over time. All eligible accounts that can participate in a trade share the same price on a pro-rata allocation basis to ensure that no conflict of interest occurs. Trades are allocated among similarly managed accounts to maintain consistency of portfolio strategy, taking into account cash availability, investment restrictions and guidelines, and portfolio composition versus strategy.<br><br>Differences in returns between similarly-benchmarked portfolios are primarily due to the following factors: individual client guidelines, which frequently have minor but important differences; specific holdings, which may vary significantly in newer accounts due to the availability of certain issues for purchase at the account's inception; and cash flows, which can force a manager to sell specific issues, creating short-term dissimilarities in the holdings of similar accounts | SDNY_LEECH_R01_00345170 |
| "Investment Results" and "Attribution Analysis" | SDNY_LEECH_R02_00051535-6<br>SDNY_LEECH_R02_00051835;<br>SDNY_LEECH_R02_00052083;<br>SDNY_LEECH_R02_00052610;<br>SDNY_LEECH_R01_00125110. |
| "The Core Fixed Income portfolio managed by Western Asset Management for the Church Pension Fund was in compliance with the Pension Fund's investment manager guidelines and Western's internal guidelines." | SDNY_LEECH_R02_00051583;<br>SDNY_LEECH_R02_00051669;<br>SDNY_LEECH_R02_00051748;<br>SDNY_LEECH_R02_00051889;<br>SDNY_LEECH_R02_00051990;<br>SDNY_LEECH_R02_00052134;<br>SDNY_LEECH_R02_00052231;<br>SDNY_LEECH_R02_00052330;<br>SDNY_LEECH_R02_00052420;<br>SDNY_LEECH_R02_00052516;<br>SDNY_LEECH_R02_00052676;<br>SDNY_LEECH_R02_00052777; |

| | SDNY_LEECH_R02_00052895 |
|---|---|

Respectfully Submitted,

SEAN BUCKLEY
Attorney for the United States

                by:

  /s/
Peter J. Davis
Thomas Burnett
Assistant United States Attorneys
Lindsey Keenan
Special Assistant United States Attorney
(212) 637-2468/1064

8