UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **BILL OF PARTICULARS** |
|---|---|
| v. | 24 Cr. 658 (GHW) |
| S. KENNETH LEECH II, | |
| Defendant. | |

Overview

The Government identifies additional "statements by WAMCO that the Government contends were rendered misleading by omissions" (November 20, 2025 Order ECF No. 52).  The particulars set forth below are based on the current state of the evidence and the Government's review and analysis of the evidence to date.  This Bill of Particulars supplements the Bill of Particulars that the Government filed on November 28, 2025.  As the Government continues to review and analyze the evidence, the Government reserves the right to draw other reasonable inferences from the evidence, and, where appropriate, seek leave of the Court to amend this Bill of Particulars.

| Statements | Example Bates Numbers[1] |
|---|---|
| "The [Western Asset Core Plus Bond Fund] seeks to maximize total return, consistent with prudent investment management and liquidity needs, by investing to obtain the average duration specified below." | SDNY_LEECH_R01_008730 (Prospectus); SDNY_LEECH_R01_008780 (Prospectus); SDNY_LEECH_R01_008484 (Prospectus); SDNY_LEECH_R01_009206 (Annual Report); SDNY_LEECH_R01_00880763 (Annual Report) |
| "During the reporting period [of 2021], the | SDNY_LEECH_R01_009206 (Annual Report) |

---

[1] Pursuant to the Court's orders, the Government is identifying additional "statements by WAMCO that the Government contends were rendered misleading by omissions."  Many of these statements were repeated throughout the period.  As a courtesy, the Government is providing Bates numbers for the defense to locate examples of each statement in the discovery, although the included Bates numbers are not exhaustive.

| | |
|---|---|
| Fund used interest rate futures, options, swaps, and swaptions to manage its duration and yield curve position. In aggregate, the use of these instruments detracted from results." | |
| "During the reporting period [of 2022], the Fund used interest rate futures, options, swaps, and swaptions to manage its duration and yield curve exposure, which detracted from results." | SDNY_LEECH_R01_00880763 (Annual Report) |
| "[The Western Asset Core Plus Bond Fund] [s]eeks to maximize total return via an actively managed, well-diversified core fixed income strategy that includes limited exposure to opportunistic debt sectors." | SDNY_LEECH_R01_0085212 (Fact Sheet); SDNY_LEECH_R01_008717 (Fact Sheet); SDNY_LEECH_R01_0087419 (Fact Sheet) |
| "The [Western Asset Core Bond Fund] seeks to maximize total return, consistent with prudent investment management and liquidity needs, by investing to obtain the average duration specified below." | SDNY_LEECH_R01_003413 (Prospectus); SDNY_LEECH_R01_003425 (Prospectus); SDNY_LEECH_R01_003433 (Prospectus); SDNY_LEECH_R01_008441 (Annual Report); SDNY_LEECH_R01_008664 (Annual Report) |
| "During the reporting period [of 2021], the Fund used interest rate futures, options, swaps, and swaptions to manage its duration and yield curve position. In aggregate, the use of these instruments detracted from results." | SDNY_LEECH_R01_008441 (Annual Report) |
| "During the reporting period [of 2022], the Fund used interest rate futures, options, swaps, and swaptions to manage its duration and yield curve exposure, which detracted from results." | SDNY_LEECH_R01_008664 (Annual Report) |
| "[The Western Asset Core Bond Fund] [s]eeks to maximize total return from a high-quality, U.S. dollar denominated core fixed-income portfolio. Uses the global breadth of Western Asset's investment platform, fundamental value-oriented philosophy, and a process that combines top down macro economic views with bottom up fundamental research." | SDNY_LEECH_R01_008389 (Fact Sheet); SDNY_LEECH_R01_0084455 (Fact Sheet); SDNY_LEECH_R01_008485 (Fact Sheet) |

2

Respectfully Submitted,

SEAN BUCKLEY
Attorney for the United States

by:

_____/s/_____
Peter J. Davis
Thomas Burnett
Assistant United States Attorneys
Lindsey Keenan
Special Assistant United States Attorney
(212) 637-2468/1064

3