EXHIBIT A

**Expert Witness Disclosure – Prof. Lauren Cohen**

Professor Lauren Cohen is the L.E. Simmons Professor in the Finance & Entrepreneurial Management Units at Harvard Business School and a Research Associate at the National Bureau of Economic Research. The Government expects to call Professor Cohen to testify regarding the topics described below, including data analyses of Mr. Leech's trading in Treasury futures and options, data and financial analyses of the relevant strategies to which Mr. Leech allocated those trades, and statistical analyses of the factors that do, or do not, explain certain patterns in Mr. Leech's allocations.

**Qualifications and Prior Testimony**

Professor Cohen has extensive experience researching, publishing, and teaching about finance, including in the areas of asset pricing, portfolio and mutual-fund management, and the performance of asset managers. Professor Cohen has a number of peer-reviewed research papers in top journals in finance and economics on empirical asset pricing and trading behavior. A copy of Professor Cohen's CV, as well as a list of all publications authored by Professor Cohen in the previous 10 years, is attached as Exhibit A to this disclosure.

Professor Cohen has previously testified as an expert witness. A list of all cases in which, during the previous four years, he has testified as an expert at trial or by deposition is attached as Exhibit B to this disclosure.

**Anticipated Testimony and Basis**

If called at trial, Professor Cohen anticipates testifying to the conclusions and opinions described below. Professor Cohen also anticipates describing the basis for his opinions and conclusions, which are summarized in this disclosure and further supported by the data analyses sent with this disclosure, as well as Professor Cohen's background researching and teaching about finance and portfolio management. Unless otherwise noted, Professor Cohen's analysis focuses on the period from January 1, 2021, through October 19, 2023. Professor Cohen reserves the right to update and refine his opinions and analyses between now and the time of trial.

In arriving at the opinions disclosed herein, Professor Cohen has reviewed and relied upon the materials described in Exhibit C, as well as the data and analyses in the accompanying subdirectories. Professor Cohen anticipates creating visual exhibits for trial—including charts, tables, and other summaries—to facilitate communicating the opinions described in this disclosure and the support for those opinions, including the data analyses in the accompanying subdirectories. The Government will disclose those exhibits on the exhibit deadline. Professor Cohen was assisted in his work on this case by Integra FEC. Where this disclosure refers to work that Professor Cohen performed, it also includes work that the team at Integra performed at Professor Cohen's direction or work that the team at Integra performed and that Professor Cohen subsequently reviewed and commented on before adopting.

## I. Data Preparation and Cleaning

1. Professor Cohen will testify that he has extensive experience in performing data and statistical analyses, including analyses related to trading. Professor Cohen will explain that, before

performing such analyses, it is typically necessary to "clean" the data so it is in a useful format for the relevant project. This process often includes merging data from different sources or matching data across sources.

2. Professor Cohen will testify that he received multiple trade blotters that reflected trades made by Mr. Leech and others at Western Asset Management Company ("Western Asset"). Professor Cohen will testify that he cleaned the data in the trade blotters to make it easier to, among other things, identify trades; sort trades by how Mr. Leech allocated them; and view data within the trade blotters. A copy of the cleaned trade blotter and a description of the cleaning process is in subdirectory "Section 1/2 Blotter Cleaning."

3. Professor Cohen will testify that he received records from brokers whom Mr. Leech used to place trades in U.S. Treasury futures and options ("Treasury F&Os"). Professor Cohen will explain that these records often contained data that the Western Asset trade blotters were missing, such as information about the time Mr. Leech placed trades and information about when trades were filled. Professor Cohen will explain that, to make effective use of that additional information, he matched trades in the broker data with trades in the trade blotter. A copy of the broker data merged with the trade blotter, as well as a description of the matching process, is in subdirectory "Section 1/3 Broker Merging."

4. Professor Cohen will testify that he has received data from the Chicago Mercantile Exchange ("CME"), which reflect, among other things, yield levels for different tenors of U.S. Treasuries and information about bids, offers, and trades for different tenors of Treasury F&Os. Professor Cohen will explain that he used the data from CME to determine yield levels for different tenors of Treasuries and to estimate prices for different tenors of Treasury futures and options. A copy of the output of Professor Cohen's analysis of the CME data, as a well as a description of his process, is in subdirectory "Section 1/4 CME Data Processing."

## II. Background Concepts

5. To aid the jury's understanding of his testimony, Professor Cohen may define terms and explain certain background concepts relevant to portfolio management, fixed-income trading, and U.S. Treasury F&Os, including explaining the concepts of a fixed-income portfolio; U.S. Treasuries and derivatives based on Treasuries; duration; convexity; and hedging.

6. To aid the jury's understanding of his testimony, Professor Cohen may define terms and explain certain background concepts relevant to statistics, including concepts such as mean, median, standard deviation, variance, skew, kurtosis, moments, p-value, test statistic, and statistical significance. Professor Cohen may also discuss tests relating to such concepts, and/or translate such concepts into the domain of investment management (for example, standard deviation and/or variance as measures of risk and/or volatility).

## III. The Relevant Instruments, Strategies, Accounts, and Allocations

7. Professor Cohen will explain that his analysis for this case focused on Mr. Leech's trading of Treasury F&Os. Professor Cohen will explain that the trade blotter shows that Mr. Leech sometimes placed trades for individual Treasury F&Os, such as a specific type of Treasury future or a specific type of Treasury options. Other times, Mr. Leech would place paired trades, where a

single trade involved multiple types of Treasury futures or both a Treasury future and a Treasury option. Professor Cohen will testify that the trade blotter had information that identified paired trades and that, unless otherwise noted, his analysis focuses on the Treasury F&O trades that were not labeled as paired trades. Professor Cohen's methodology for identifying paired trades is described in the description of data cleaning in subdirectory "Section 1/2 Blotter Cleaning."

8. Professor Cohen will testify that trading data from the trade blotter shows that Mr. Leech allocated trades to a number of different accounts, including accounts within Western Asset's Core strategy ("Core"); accounts within Western Asset's Core Plus strategy ("Core Plus" and, with Core, the "Core Strategies"); and accounts within Western Asset's Macro Opportunities strategy ("Macro Opps"). The trade blotter shows that Mr. Leech also allocated trades to specific client accounts, including client accounts for [redacted]

9. Professor Cohen will explain that data in the trade blotter reflecting allocation notes shows that Mr. Leech would make trades in Treasury F&Os, then give allocation commands that identified where those trades should be allocated. Because each of Mr. Leech's Treasury F&Os typically involved between 500 and 2,000 contracts, Mr. Leech could allocate the entirety of a trade to a particular account or strategy, or he could split a trade between accounts and strategies.

10. Professor Cohen will testify that, based on his analysis of the trade blotter, he was able to identify which allocation commands Mr. Leech gave to direct trades to different accounts and strategies. Specifically, Professor Cohen will explain that:

a. Mr. Leech sometimes allocated the entirety of a trade to the Core Strategies, and when he did so, the trade blotter typically reflected an allocation command of some version of "SKL" or "SKL1."

b. Mr. Leech sometimes allocated the entirety of a trade to Macro Opps, and when he did so, the trade blotter typically reflected an allocation command of some version of "Macro Opps" or "MO."

c. Mr. Leech sometimes allocated about half of a trade to the Core Strategies and half to Macro Opps, and when he did so, the trade blotter typically reflected an allocation command of some version of "50/50."

d. Mr. Leech sometimes allocated to specific accounts—[redacted]—or excluded specific accounts from trades, and when he did so, the trade blotter typically identified the account by an account number or the client's name, such as [redacted].

11. Professor Cohen will testify that he used the allocation commands to identify which trades Mr. Leech allocated to the Core Strategies only; Macro Opps only; a split between the Core Strategies and Macro Opps; [redacted]. Professor Cohen's categorizations of trades are reflected in columns "Allocation," "[redacted]," and [redacted]" of the cleaned trade blotter in subdirectory "Section 1/3 CME Data Processing," along

with a description of how Professor Cohen used allocation commands to categorize trades and other data in the trade blotter to verify that categorization.[1]

12. Professor Cohen will testify that the trade blotter shows which specific accounts received portions of Mr. Leech's trades when Mr. Leech allocated to the Core Strategies only; Macro Opps only; a split between the Core Strategies and Macro Opps; or to either [redacted] Professor Cohen will display data showing which accounts typically received portions of Mr. Leech's trades depending on his allocation decision. The source of that data is the cleaned trade blotter in subdirectory "Section 1/3 CME Data Processing."

## IV. Assets Under Management and Performance of Relevant Strategies and Accounts

13. Professor Cohen will testify that the Core Strategies are broad-market strategies that Western Asset advertised as being managed to maximize total return over a market cycle while approximating benchmark risk from the Bloomberg Aggregate Index. Professor Cohen will identify the relevant duration limits for the Core Strategies; he will explain the types of assets that were typically within portfolios in the Core Strategies, including Treasury F&Os; he will show the duration and convexity of the Core Strategies; and he will identify the duration and convexity contribution of Treasury F&Os in the Core Strategies, relative to other asset types. Professor Cohen's description of the mandate and restrictions for the Core Strategies is based on his review of the Portfolio Guidelines; his testimony about the assets within the Core Strategies and about duration and convexity are based on the trade blotter and the files located in subdirectory "Section 4/Portfolio Duration," and "Section 4/Portfolio Convexity."

14. Professor Cohen will testify that [redacted] typically received allocations consistent with being part of the Core Plus Strategy, although Mr. Leech sometimes specifically directed trades to [redacted] that did not go the Core Strategies. Professor Cohen will identify the same features of [redacted] as described in Paragraph 13.

15. Professor Cohen will testify that Macro Opps is a broad-market strategy that Western Asset advertised as being managed to maximize total return. Professor Cohen will identify the relevant duration and convexity limits for Macro Opps; he will explain the types of assets that were typically within Macro Opps, including Treasury F&Os; he will show the duration and convexity of Macro Opps; and he will identify the duration and convexity contribution of Treasury F&Os in Macro Opps, relative to other asset types. Professor Cohen's description of the mandate and restrictions for Macro Opps is based on his review of the Portfolio Guidelines; his testimony about the assets within Macro Opps and about duration and convexity are based on the trade blotter and the files located in subdirectory "Section 4/Portfolio Duration," and "Section 4/Portfolio Convexity."

16. Professor Cohen will testify that [redacted] typically received allocations consistent with being part of the Macro Opps strategy, although Mr. Leech sometimes specifically directed trades to

---

[1] As explained in the summary of the process for cleaning the trade blotter, Mr. Leech sometimes purchased a single type of Treasury F&O and other times would place paired trades (e.g., a future and an option or multiple futures). Unless otherwise noted, Professor Cohen's analyses have excluded the paired trades, as identified through "futures roll ticket" trade type or allocation assignment of "Vs," "Closing," "Replaces" or "Tradeweb."

[redacted] that did not go to the rest of Macro Opps. Professor Cohen will identify the same features of [redacted] as described in Paragraph 15.

17. Professor Cohen will explain that, for some of his analyses, he used particular accounts within the Core Strategies and Macro Opps. Specifically, he used 671 for Core, 984 for Core Plus, and 3313 for Macro Opps. Professor Cohen will testify that, throughout his analysis, he will often use these accounts as examples to show the performance of the Core Strategies and Macro Opps, as well as examples of Mr. Leech's trading, because they are useful proxies for understanding the Core Strategies and Macro Opps more broadly.

18. Professor Cohen will testify that the assets under management in accounts 671 (Core) and 984 (Core Plus) were larger than the assets under management in 3313 (Macro Opps). He will also testify that the assets under management in the accounts within the Core Strategies to which Mr. Leech allocated trades were larger than the assets under management in Macro Opps. Professor Cohen will present data showing the assets under management for the Core Strategies and Macro Opps, including in portfolios 671, 984, 3313, [redacted]. That presentation will be based on the data in subdirectory "Section 4/Portfolio AUM."

19. Professor Cohen will present data showing the daily performance of the Core Strategies and Macro Opps, both in absolute terms and relative to the Bloomberg Aggregate Index. Professor Cohen will also present data showing inflows to, and outflows from, the accounts within the Core Strategies and Macro Opps that Leech managed. Professor Cohen will explain how the assets under management within a portfolio are a function of both performance and the amount of inflows and outflows. Professor Cohen will explain that, while assets under management for Mr. Leech's accounts within the Core Strategies and Macro Opps fell, the assets under management fell particularly low for Macro Opps compared to the Core Strategies. That presentation will be based on the data in subdirectory "Section 4/Cumulative Pct Return of PFs."

## V. Leech's Trades and Broker Usage

20. Professor Cohen will testify about the volume of Mr. Leech's trading and the type of assets that Mr. Leech typically purchased. Professor Cohen will explain that Mr. Leech primarily traded Treasury F&Os, and that his practice of primarily trading Treasury F&Os was consistent across the Core Strategies, Macro Opps, [redacted]. Professor Cohen will also present data showing the volume of Mr. Leech's trading, including data showing that Mr. Leech typically placed between 10 and 20 Treasury F&O trades per day, amounting to thousands of Treasury F&O trades over the relevant period. Professor Cohen's testimony about the types of assets Mr. Leech typically traded and his trading volume will be based on the trade blotter in subdirectory "Section 5/Derivative Type Usage Across Allocations" and "Section 5/Typical Trading Volume."

21. Professor Cohen will testify that Mr. Leech placed Treasury F&O trades through several different brokers, including Goldman Sachs, Jefferies, Morgan Stanley, R.J. O'Brien, RBC Capital Markets, Marex, and Wells Fargo. Professor Cohen will present data showing the number and type of Treasury F&O trades Mr. Leech placed with each broker, including how Mr. Leech used brokers for paired trades; the time of day he placed trades with each broker; the amount of time each broker typically took to fill Mr. Leech's trade orders; and when Mr. Leech allocated trades based on the broker. Professor Cohen's testimony described above will be based on the trade

blotter in subdirectory "Section 5/Derivative Type Usage Across Brokers," "Section 5/Broker Usage Over Time," "Section 5/Cumulative Broker Usage Over Time," "Section 5/Order Times," "Section 5/Time from Order to Fill," "Section 5/Allocation Times," and "Section 5/Trade Comment Allocation by Broker."

22. Professor Cohen will testify that documents produced by Western Asset show that Mr. Leech had a default rule that trades he placed through Marex should be allocated to Macro Opps. Professor Cohen will explain that, consistent with such a rule, nearly all of the trades Mr. Leech placed through Marex were allocated to Macro Opps. Professor Cohen will testify that the types of trades Mr. Leech placed through Marex were similar to trades Mr. Leech placed through other brokers, as was the timing of Mr. Leech's trades and the trade to fill times.

## VI. The First Day Returns of Mr. Leech's Treasury F&O Trades

23. Professor Cohen will explain that he calculated the first day return ("FDR") of Mr. Leech's Treasury F&O trades from Western Asset's trade blotter using the trade size, the price at which Mr. Leech made the trade, and the daily settlement price (which is the column labeled "EOD price" in the Western Asset blotter) for that trade.

24. Professor Cohen will explain that FDRs reflect how Mr. Leech's Treasury F&O trades performed on the first day, between the time he placed the trade and the CME settlement time. Professor Cohen will testify that FDRs are an important metric in three respects: First, FDRs contribute to the overall performance of the account to which a trade is allocated, regardless of the holding period or the subsequent performance of the relevant asset. Second, and relatedly, FDRs reflect whether Mr. Leech placed each trade at a good price or a bad price on the particular day. For example, a negative FDR reflects that Mr. Leech could have entered the position at a better price later in the day. Third, because (as explained in greater detail below) Mr. Leech had the practice of allocating trades toward the end of the day, the FDR was a data point he had access to when making his allocation decisions.

25. Professor Cohen will explain that, during the relevant time period, Mr. Leech made approximately 13,430 Treasury F&O trades, excluding paired trades. Of those trades, approximately 2,127 were allocated specifically to the Core Strategies; approximately 5,331 were allocated specifically to Macro Opps, of which approximately 2,600 were trades through Marex; approximately 5,337 trades were split between the Core Strategies and Macro Opps, largely by being allocated 50/50 between the two strategies; approximately 246 trades were allocated specifically to [redacted] and approximately 219 trades were allocated specifically to [redacted] The Treasury F&O trades are in the trade blotter located in subdirectory "Section 1/4 CME Data Processing," and the breakdown of those trades by allocation is identified in the columns named "Allocation", "[redacted]", and "[redacted]" of that spreadsheet.

26. Professor Cohen will testify that, overall, the FDRs of Mr. Leech's Treasury F&O trades did not have a pronounced positive or negative skew. The average FDR of his Treasury F&O trades was approximately -$6,000, the net FDR across all the trades was approximately -$86,000,000, and the FDRs were normally distributed around approximately $0. Professor Cohen will present data and charts showing the overall FDRs of Mr. Leech's Treasury F&O trades. The

supporting data is in subdirectory "Section 6/FDR Distributions/All Trades," along with an example of a type of chart Professor Cohen may show from the data.

27. Professor Cohen will testify that the FDRs of Mr. Leech's Treasury F&O trades were not consistent between the different allocation groups. Instead, as described further below, the FDRs of trades Mr. Leech allocated to the Core Strategies skewed negative; the FDRs of trades Mr. Leech allocated to Macro Opps (excluding Marex) skewed positive; and the FDRs of trades Mr. Leech allocated 50/50 tended to not have pronounced positive or negative FDRs. The supporting data is in subdirectory "Section 6/FDR Distributions/Macro v Core v 50-50," along with an example of a type of chart Professor Cohen may show from the data.

28. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech allocated specifically to the Core Strategies had a pronounced negative skew, the average FDR of those trades was approximately -$309,000, and the net FDR across all the trades was -$659,000,000. Professor Cohen will present data and charts showing the FDRs of the Treasury F&O trades Mr. Leech allocated specifically to the Core Strategies. The supporting data is in subdirectory "Section 6/FDR Distributions/Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

29. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech allocated specifically to Macro Opps—excluding the Marex trades—had a pronounced positive skew, the average FDR of those trades was approximately $243,000, and the net FDR across all the trades was $664,000,000. Professor Cohen will present data and charts showing the FDRs of the Treasury F&O trades Mr. Leech allocated specifically to Macro Opps, excluding the Marex trades. The supporting data is in subdirectory "Section 6/ FDR Distributions/Macro Opps," along with an example of a type of chart Professor Cohen may show from the data.

30. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech allocated 50/50 did not have a pronounced positive or negative skew. The average FDR of those trades was approximately -$15,000, the net FDR across all the trades was -$79,000,000, and the FDRs were normally distributed around approximately $0. Professor Cohen will present data and charts showing the FDRs of the Treasury F&O trades Mr. Leech allocated 50/50. The supporting data is in subdirectory "Section 6/FDR Distributions/50-50," along with an example of a type of chart Professor Cohen may show from the data.

31. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech placed through Marex did not have a pronounced positive or negative skew. The average FDR of those trades was approximately -$7,000, the net FDR across all the trades was -$19,000,000, and the FDRs were normally distributed around approximately $0. Professor Cohen will present data and charts showing the FDRs of the Treasury F&O trades Mr. Leech placed through Marex. The supporting data is in subdirectory "Section 6/FDR Distributions/Marex," along with an example of a type of chart Professor Cohen may show from the data.

32. Professor Cohen will testify that the trade blotter shows that, in or around October 20, 2023, Mr. Leech continued allocating trades to Macro Opps, but no longer allocated trades to the Core Strategies. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech allocated to Macro Opps (excluding those he allocated through Marex) between October 19, 2023

and August 12, 2024 did not have a pronounced positive or negative skew. The average FDR of those trades was approximately $7,000, the net FDR across all the trades was $3 million, and the FDRs were normally distributed around approximately $0. Professor Cohen will present data and charts showing the FDRs of the Treasury F&O trades Mr. Leech allocated to Macro Opps during this time period. The supporting data is in subdirectory "Section 6/FDR Distributions/Macro Opps - Pre v Post October 19," along with an example of a type of chart Professor Cohen may show from the data.

33. Professor Cohen will testify that the pattern described above—where FDRs were skewed positive for allocation to Macro Opps, negative for allocations to the Core Strategies, and neutral overall and for 50/50 trades, Marex trades, and trades after October 19, 2023—was not driven by a particular type of trade. Specifically, Professor Cohen will testify that the pattern remained when he looked at (i) solely Treasury futures trades; (ii) solely Treasury options trades; (iii) each tenor of Treasury futures trade; and (iv) each tenor of Treasury option trade. Professor Cohen will also testify that the pattern was not driven by trade size because the pattern remained when he divided Mr. Leech's trades into terciles based on size. The supporting data is in subdirectory "Section 6/FDR Distributions/Macro v Core v 50-50 v Marex - Across Derivative Types" and "Section 6/Returns by Trade Size Tercile," along with examples of types of charts Professor Cohen may show from the data.

34. Professor Cohen will testify that across all of Mr. Leech's Treasury F&Os, the net daily FDRs fluctuated between positive and negative. Specifically, across all of Mr. Leech's trades, his net daily FDR was positive on 54% of days on which he traded (372 out of 687). The same was true for the Treasury F&Os that Mr. Leech allocated 50/50 (48%), trades placed through Marex (55%), and trades placed after October 19, 2023 (60%). By contrast, the net daily FDRs for Treasury F&Os that Mr. Leech allocated specifically to Macro Opps (excluding Marex trades) were routinely positive (93% positive net daily FDRs) and the net daily FDRs for Treasury F&Os that Mr. Leech allocated to the Core Strategies were routinely negative (13% positive net daily FDRs). The supporting data is in subdirectory "Section 6/Days with Net Positive FDR," along with examples of types of charts Professor Cohen may show from the data.

35. Professor Cohen will testify that the proportion of trades Mr. Leech allocated to Macro Opps, the Core Strategies, or 50/50 changed depending on the size of the FDR. The supporting data is in subdirectory "Section 6/Allocations Across Return Thresholds." Professor Cohen will present data showing how the proportions changed and charts illustrating the change. For example, Professor Cohen will show:

a. As the size of the FDR grew positively, Mr. Leech allocated a greater proportion specifically to Macro Opps, and a smaller proportion specifically to the Core Strategies or 50/50. For instance, of the trades which were allocated to Macro Opps (excluding Marex), Core/Core Plus, or 50/50, approximately 27% were allocated to Macro Opps. This compares to 25% of trades with an FDR between $1 and $50,000, 33% of trades with an FDR between $50,001 and $100,000, 44% of trades with an FDR between $100,001 and $200,000, 49% of trades with an FDR between $200,001 and $300,000, 54% of trades with FDR between $301,000 and $500,000, 62% of trades with an FDR between $500,001 and $750,000, 69% of trades with an FDR between $750,001 and $1,000,000, and 71% of trades with an FDR over $1,000,000.

b. As the size of the FDR grew negatively, Mr. Leech allocated a greater proportion specifically to the Core Strategies and a smaller proportion specifically to Macro Opps or 50/50. For instance, of the trades which were allocated to Macro Opps (excluding Marex), Core/Core Plus, and 50/50, approximately 21% were allocated to Core/Core Plus. This compares to 16% of trades with an FDR between -$1 and -$50,000, 23% of trades with an FDR between -$50,001 and -$100,000, 31% of trades with an FDR between -$100,001 and -$200,000, 40% of trades with an FDR between -$200,001 and -$300,000, 49% of trades with FDR between -$301,000 and -$500,000, 58% of trades with an FDR between -$500,001 and -$750,000, 55% of trades with an FDR between -$750,001 and -$1,000,000, and 66% of trades with an FDR less than -$1,000,000.

c. Professor Cohen will testify he performed the same analysis in subparagraphs (a) and (b) above excluding 50/50 trades. Professor Cohen will show the trends identified in subparagraphs (a) and (b) above hold true for F&O trades Mr. Leech allocated to Macro Opps (excluding Marex trades) and Core Strategies:

i. As the size of the FDR grew positively, Mr. Leech allocated a greater proportion specifically to Macro Opps and a smaller proportion to Core Strategies. For instance, of the F&O trades which Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies, approximately 56% were allocated to Macro Opps. This compares to 64% of trades with an FDR between $1 and $50,000, 76% of trades with an FDR of between $50,001 and $100,000, 82% of trades with an FDR between $100,001 and $200,000, 85% of trades with an FDR between $200,001 and $300,000, 88% of trades with an FDR between $300,001 and $500,000, 92% of trades with an FDR between $500,001 and $750,000, 95% of trades with an FDR between $750,001 and $1,000,000, and 98% of trades with an FDR greater than $1,000,000.

ii. As the size of the FDR grew negatively, Mr. Leech allocated a greater proportion specifically to Core Strategies and a smaller proportion to Macro Opps. For instance, of the F&O trades which Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies, approximately 44% were allocated to Core Strategies. This compares to 52% of trades with an FDR between -$1 and -$50,000, 60% of trades with an FDR of between -$50,001 and -$100,000, 80% of trades with an FDR between -$100,001 and -$200,000, 84% of trades with an FDR between -$200,001 and -$300,000, 89% of trades with an FDR between -$300,001 and -$500,000, 96% of trades with an FDR between -$500,001 and -$750,000, 88% of trades with an FDR between -$750,001 and -$1,000,000, and 97% of trades with an FDR less than -$1,000,000.

36. Professor Cohen will testify that Mr. Leech's outcomes in paired trades, as identified by futures roll tickets, also exhibited contrasting outcomes for Macro Opps and Core/Core Plus FDRs. FDRs for Macro Opps were highly profitable and positively skewed; FDRs for Core/Core Plus were highly unprofitable and negatively skewed. In contrast, the FDRs for 50/50 trades were symmetric and centered around zero. The supporting data is in subdirectory "Section 6/FDR Distributions - Futures Roll Tickets," along with examples of types of charts Professor Cohen may show from the data.

## VII. The Timing of Mr. Leech's Allocations

37. Professor Cohen will testify that the timing of when a trader allocates a trade is important for whether the trader does, or does not, have an opportunity to take post-fill performance into

account in their allocation. Traders, including Mr. Leech, typically place orders for trades at many times of day. Sometimes those orders result in trades—that is, they "fill"—within moments of the order, whereas other times the orders can take minutes, hours, or days to fill. After a trade is filled, it is allocated to a particular account or set of accounts. If a trader gave directions about how he or she wanted a trade allocated at the time of placing the order, there would be no opportunity for post-fill performance to influence the trader's allocation decision. By contrast, if a trader waited a meaningful period of time after the fill to give an allocation direction, the trader would have an opportunity to see how the trade performed after the fill and take that post-fill performance into account when deciding how to allocate.

38. Professor Cohen will testify that the market for Treasury F&Os is typically open from 5:00 p.m. Central Time (3:00 p.m. Pacific Time) on Sunday until 4:00 p.m. Central Time (2:00 p.m. Pacific Time) on Friday, with daily breaks between 4:00 and 5:00 p.m. Central Time (2:00 and 3:00 p.m. Pacific Time). As a result, traders of Treasury F&Os can typically trade at most times of the day and night throughout the week. Professor Cohen will testify that the settlement price for Treasury F&Os is typically the price at the daily settlement time. Treasury Futures and Options are exchange-traded on CME and provide traders/investors the liquidity by which to trade across hours in a given day.[2]

39. Professor Cohen will testify that Mr. Leech typically placed orders for trades throughout the day. Mr. Leech was most active between 4:00 a.m. and 4:00 p.m. Pacific Time (aside from 2:00 to 3:00 p.m. when markets were closed), with his trade volume highest between 5:00 and 7:00 a.m. Professor Cohen will testify that Mr. Leech typically used Morgan Stanley, RJ O'Brien and RBC Capital to place orders outside of his normal business hours (that is, outside of the period between 4:00 a.m. and 4:00 p.m. Pacific Time) and typically used the other brokers for orders during his normal business hours. Professor Cohen will present data and charts showing the timing of Mr. Leech's orders, including data broken down by different instrument types, brokers, and allocation groups. The data supporting Professor Cohen's testimony about order timing is in subdirectory "Section 7/Order Times."

40. Professor Cohen will testify that Mr. Leech's trades, as measured by last fill time, filled at all hours of the day (including overnight)—a pattern consistent across brokers. The wait time between order time and fill time could be very short or quite long, from minutes to over a day. For instance, 48% of Mr. Leech's trades were filled within 1 minute, while only 10% were filled in greater than a day. For the brokers Goldman Sachs and RBC, approximately 95% and 98% of Mr. Leech's trades filled within 1 minute of being placed, indicating Mr. Leech primarily placed market orders with these brokers. Longer gaps between order time and fill time suggest that Mr. Leech placed a trade order with a price that was further away from where the market price was, including through "good 'til cancel" orders. The figures supporting Professor Cohen's testimony about fill times and time from order to fill is in subdirectory "Section 7/Fill Times" and "Section 7/Time from Order to Fill."

41. Professor Cohen will explain that information provided by Western Asset allowed him to identify the times at which Mr. Leech's trades were recorded as allocated in Western Asset's trading

---

[2] CME Group. "U.S. Treasury Futures, Options and Cash." CME Group. Accessed October 10, 2025. https://www.cmegroup.com/markets/interest-rates/us-treasury.html.

system. Professor Cohen will explain that Mr. Leech's trades were typically recorded as allocated in the early afternoon Pacific Time, with most of those allocations typically occurring between 12:00 and 3:00 p.m. Pacific Time and the highest volume of allocations occurring between 1:00 and 2:00 p.m. Pacific Time. Professor Cohen will testify that this pattern is consistent across the trades Mr. Leech placed through all of the brokers he used, except for the trades Mr. Leech placed through Marex. Professor Cohen will present data and charts showing the timing of when Mr. Leech's allocations were recorded in Western Asset's system, including data broken down by different instrument types, brokers, and allocation groups. The data supporting Professor Cohen's testimony about allocation timing is in subdirectory "Section 7/Allocation Times."

42. Professor Cohen will testify that—with the exception of trades placed through Marex—there were typically may hours between the time Mr. Leech's trades were filled and when those trades were reported as allocated in Western Asset's trade blotters. Excluding Marex, the average time between when Mr. Leech's trades were filled and when they were recorded as allocated was approximately 8.5 hours and the median time was approximately 6.7 hours. Approximately 86% of Mr. Leech's trades were not allocated within 2 hours of the fill, and approximately 65% were not allocated within 5 hours of the fill. This pattern held true regardless of whether Mr. Leech was allocating futures or options, or whether he was allocating to Macro Opps, the Core Strategies, or 50/50. Professor Cohen will present data and charts supporting this testimony. The data and figures supporting Professor Cohen's testimony about wait time between fill and allocation, along with an example of a type of chart Professor Cohen may present, is in subdirectory "Section 7/Time from Fill to Allocation."

43. Professor Cohen will testify that the pattern of there being many hours between last fill and recording of allocation was true across the brokers Mr. Leech used, with the exception of Marex. For example, with the trades Mr. Leech placed through Morgan Stanley, the average and median times between when his trades were filled and when he allocated was approximately 13.0 and 12.7 hours. Approximately 98% of Mr. Leech's trades placed through Morgan Stanley were not allocated within 2 hours of the fill, and approximately 92% were not allocated within 5 hours of the fill. As for the trades Mr. Leech placed through Goldman Sachs, the average time between when Mr. Leech's trades were filled and when he allocated was approximately 4.9 hours and the median time was approximately 4.9 hours. Approximately 80% of Mr. Leech's trades placed through Goldman Sachs were not allocated within 2 hours of the fill, and approximately 49% were not allocated within 5 hours of the fill. Professor Cohen will present data and charts supporting this testimony with respect to each broker. The data supporting that testimony, along with an example of a type of chart Professor Cohen may present, is in subdirectory "Section 7/Time from Fill to Allocation."

## VIII. The Pre-Allocation Returns of Mr. Leech's Treasury F&O Trades

44. Professor Cohen will explain that the time between when Mr. Leech's trades were filled and the time those trades were recorded as allocated may have been different than the time period between when his trades were filled and the settlement time, which is the period reflected in FDRs. For example, if Mr. Leech's trade filled at 5:00 a.m. Pacific Time, and he waited until 10:00 a.m. Pacific Time, his allocation would have occurred approximately two hours before when the settlement price was struck, which was the price used to calculate FDRs.

45. Professor Cohen will testify that—using data from Western Asset, CME, and the brokers—he was able to calculate the return on Mr. Leech's Treasury F&O trades between the time of fill and the allocation time recorded in the trade blotter (the "Pre-Allocation Returns"). Professor Cohen will testify that assessing Pre-Allocation Returns is a way to make sure that the analysis of FDRs described above was not driven by market movements after Mr. Leech allocated his trades. Professor Cohen will explain that he was able to calculate Pre-Allocation Returns for each trade by first looking up the CME midpoint for the trade's instrument at time of allocation. Then the Pre-Allocation Return can be calculated for each trade using the trade size and the price return between the price at time of allocation and the weighted average trade price. Professor Cohen's calculation of Pre-Allocation Return is reflected in the column named "Allocation FDR Sum" of the cleaned trade blotter in subdirectory "Section 1/3 CME Data Processing," along with a description of how Professor Cohen processed the CME data and calculated midpoints.

46. Professor Cohen will testify that he performed the same analyses described above on FDRs, but instead using Pre-Allocation Returns in place of FDRs. Professor Cohen will testify that his analysis of Pre-Allocation Returns showed an even more pronounced difference between Mr. Leech's allocations to the Core Strategies and his allocations to Macro Opps, excluding Marex. Specifically:

a. Professor Cohen will testify that, overall, the Pre-Allocation Returns of Mr. Leech's Treasury F&O trades did not have a pronounced positive or negative skew. The average Pre-Allocation Return of his Treasury F&O trades was approximately -$13,000, the net Pre-Allocation Returns across all the trades was -$174,000,000, and the Pre-Allocation Returns were normally distributed around approximately $0. Professor Cohen will present data and charts showing the overall Pre-Allocation Returns of Mr. Leech's Treasury F&O trades. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/All Trades," along with an example of a type of chart Professor Cohen may show from the data.

b. Professor Cohen will testify that the Pre-Allocation Returns of Mr. Leech's Treasury F&O trades were not consistent between the different allocation groups. Instead, as described further below, the Pre-Allocation Returns of trades Mr. Leech allocated to the Core Strategies skewed negative; the Pre-Allocation Returns of trades Mr. Leech allocated to Macro Opps (excluding Marex) skewed positive; and the Pre-Allocation Returns of trades Mr. Leech allocated 50/50 tended to not have pronounced positive or negative Pre-Allocation Returns. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/Macro v Core v 50-50," along with an example of a type of chart Professor Cohen may show from the data.

c. Professor Cohen will testify that the Pre-Allocation Returns of the Treasury F&Os Mr. Leech allocated specifically to the Core Strategies had a pronounced negative skew, the average Pre-Allocation Return of those trades was approximately -$330,000, the net Pre-Allocation Returns across all the trades was approximately -$701,000,000. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Treasury F&O trades Mr. Leech allocated specifically to the Core Strategies. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

d. Professor Cohen will testify that the Pre-Allocation Returns of the Treasury F&Os Mr. Leech allocated specifically to Macro Opps—excluding the Marex trades—had a pronounced positive skew, the average Pre-Allocation Return of those trades was approximately $260,000, and the net Pre-Allocation Returns across all the trades was approximately $701,000,000. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Treasury F&O trades Mr. Leech allocated specifically to Macro Opps, excluding the Marex trades. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/Macro Opps," along with an example of a type of chart Professor Cohen may show from the data.

e. Professor Cohen will testify that the Pre-Allocation Returns of the Treasury F&Os Mr. Leech allocated 50/50 did not have a pronounced positive or negative skew. The average Pre-Allocation Return of those trades was approximately -$25,000, the net Pre-Allocation Returns across all the trades was approximately -$131,000,000, and the Pre-Allocation Returns were normally distributed around approximately $0. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Treasury F&O trades Mr. Leech allocated 50/50. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/50-50," along with an example of a type of chart Professor Cohen may show from the data.

f. Professor Cohen will testify that the Pre-Allocation Returns of the Treasury F&Os Mr. Leech placed through Marex did not have a pronounced positive or negative skew. The average Pre-Allocation Return of those trades was approximately -$13,000, the net Pre-Allocation Returns across all the trades was approximately -$35,000,000, and the Pre-Allocation Returns were normally distributed around approximately $0. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Treasury F&O trades Mr. Leech placed through Marex. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/Marex," along with an example of a type of chart Professor Cohen may show from the data.

g. Professor Cohen will testify that the pattern described above—where Pre-Allocation Returns were skewed positive for allocation to Macro Opps, negative for allocations to the Core Strategies, and neutral overall and for 50/50 trades, and Marex trades—was not driven by a particular type of trade. Specifically, Professor Cohen will testify that the pattern remained when he looked at (i) solely Treasury futures trades; (ii) solely Treasury options trades; (iii) each tenor of Treasury futures trade; and (iv) each tenor of Treasury option trade. Professor Cohen will also testify that the pattern was not driven by trade size because the pattern remained when he divided Mr. Leech's trades into terciles based on size. The supporting data is in subdirectory "Section 8/Pre-Allocation Return Distributions/ Across Derivative Types" and "Section 8/Returns by Trade Size Tercile." along with examples of types of charts Professor Cohen may show from the data.

h. Professor Cohen will testify that across all of Mr. Leech's Treasury F&Os, the net daily Pre-Allocation Returns fluctuated between positive and negative. Specifically, across all of Mr. Leech's trades, his net daily Pre-Allocation Return was positive on 54% of days. The same was true for the Treasury F&Os that Mr. Leech allocated 50/50 (48%) and placed through Marex (51%). By contrast, the net daily Pre-Allocation Returns for Treasury F&Os that Mr. Leech allocated specifically to Macro Opps (excluding Marex trades) were routinely positive (93% positive net daily Pre-Allocation Return) and the net daily Pre-Allocation Returns for Treasury F&Os that Mr. Leech allocated to the Core Strategies were routinely negative (12% positive net

daily Pre-Allocation Return). The supporting data is in subdirectory "Section 8/Days with Net Positive Pre-Allocation Return," along with examples of types of charts Professor Cohen may show from the data.

i. Professor Cohen will testify that the proportion of trades Mr. Leech allocated to Macro Opps, the Core Strategies, or 50/50 changed depending on the size of the Pre-Allocation Returns. The supporting data is in subdirectory "Section 8/Allocations Across Return Thresholds." Professor Cohen will present data showing how the proportions changed and charts illustrating the change. For example, Professor Cohen will show:

i. As the size of the Pre-Allocation Returns grew positively, Mr. Leech allocated a greater proportion specifically to Macro Opps, and a smaller proportion specifically to the Core Strategies or 50/50. For instance, of the trades which were allocated to Macro Opps (excluding Marex), Core/Core Plus, or 50/50, approximately 27% of were allocated to Macro Opps. This compares to 24% of trades with Pre-Allocation Returns between $1 and $50,000, 35% of trades with Pre-Allocation Returns between $50,001 and $100,000, 44% of trades with a Pre-Allocation Returns between $100,001 and $200,000, 51% of trades with Pre-Allocation Returns between $200,001 and $300,000, 57% of trades with Pre-Allocation Returns between $301,000 and $500,000, 61% of trades with Pre-Allocation Returns between $500,001 and $750,000, 65% of trades with Pre-Allocation Returns between $750,001 and $1,000,000, and 69% of trades with Pre-Allocation Returns over $1,000,000.

ii. As the size of the Pre-Allocation Returns grew negatively, Mr. Leech allocated a greater proportion specifically to the Core Strategies and a smaller proportion specifically to Macro Opps or 50/50. For instance, of the trades which were allocated to Macro Opps (excluding Marex), Core/Core Plus, and 50/50, approximately 21% were allocated to Core/Core Plus. This compares to 19% of trades with Pre-Allocation Returns between -$1 and -$50,000, 23% of trades with Pre-Allocation Returns between -$50,001 and -$100,000, 31% of trades with Pre-Allocation Returns between -$100,001 and -$200,000, 39% of trades with Pre-Allocation Returns between -$200,001 and -$300,000, 51% of trades with Pre-Allocation Returns between -$301,000 and -$500,000, 55% of trades with Pre-Allocation Returns between -$500,001 and -$750,000, 61% of trades with Pre-Allocation Returns between -$750,001 and -$1,000,000, and 62% of trades with Pre-Allocation Returns less than -$1,000,000.

j. Professor Cohen will testify that he performed the same analysis in subparagraph (i) above excluding 50/50 trades. Professor Cohen will show the trends identified in subparagraphs (i) and (ii) above hold true for F&O trades Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies:

i. As the size of the Pre-Allocation Returns grew positively, Mr. Leech allocated a greater proportion specifically to Macro Opps and a smaller proportion to Core Strategies. For instance, of the F&O trades which Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies, approximately 56% were allocated to Macro Opps. This compares to 67% of trades with a Pre-Allocation Return between $1 and $50,000, 76% of trades with a Pre-Allocation return of between $50,001 and $100,000, 83% of trades with a Pre-Allocation Return between $100,001 and $200,000, 88% of trades with a Pre-Allocation Return between $200,001 and $300,000, 87% of trades with a Pre-Allocation Return between $300,001 and $500,000, 92% of

trades with a Pre-Allocation Return between $500,001 and $750,000, 91% of trades with a Pre-Allocation Return between $750,001 and $1,000,000, and 96% of trades with a Pre-Allocation Return greater than $1,000,000.

ii. As the size of the Pre-Allocation return grew negatively, Mr. Leech allocated a greater proportion specifically to Core Strategies and a smaller proportion to Macro Opps. For instance, of the F&O trades which Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies, approximately 44% were allocated to Core Strategies. This compares to 55% of trades with a Pre-Allocation Return between -$1 and -$50,000, 67% of trades with a Pre-Allocation Return of between -$50,001 and -$100,000, 80% of trades with a Pre-Allocation Return between -$100,001 and -$200,000, 84% of trades with a Pre-Allocation Return between -$200,001 and -$300,000, 90% of trades with a Pre-Allocation Return between -$300,001 and -$500,000, 95% of trades with a Pre-Allocation Return between -$500,001 and -$750,000, 95% of trades with a Pre-Allocation Return between -$750,001 and -$1,000,000, and 95% of trades with a Pre-Allocation Return less than -$1,000,000.

47. Professor Cohen will testify that Mr. Leech's outcomes in paired trades, as identified by futures roll tickets, also exhibited contrasting outcomes for Macro Opps and Core/Core Plus Pre-Allocation Returns. Pre-Allocation Returns for Macro Opps were highly profitable and positively skewed; Pre-Allocation Returns for Core/Core Plus were highly unprofitable and negatively skewed. In contrast, the Pre-Allocation Returns for 50/50 trades were symmetric and centered around zero. The supporting data is in subdirectory "Section 8/Futures Rolls Tickets," along with examples of types of charts Professor Cohen may show from the data.

48. Professor Cohen will testify that he analyzed data regarding the trades with the highest and lowest Pre-Allocation Returns each day. The data underlying that analysis and the results of the analysis, including examples of charts, are in the subfolder labeled "Section 8". Professor Cohen will testify that Macro Opps (excluding Marex) often received the trade with the highest Pre-Allocation Return, whereas the Core Strategies rarely received the trade with the highest Pre-Allocation Return. By contrast, the Core Strategies often received the trade with the lowest Pre-Allocation Returns, whereas Macro Opps (excluding Marex) rarely received the trade with the lowest Pre-Allocation Return. Specifically, among all Macro Opps (excluding Marex) and Core Strategies F&O trades made by Mr. Leech, the trade with the greatest Pre-Allocation Return was allocated to Macro Opps on 83% of days and to Core Strategies on 17% of days. Similarly, the trades with the lowest Pre-Allocation Return were allocated to Core Strategies on 73% of days and to Macro Opps on 27% of days. Professor Cohen will explain that this daily trend was consistent even when looking at the three trades each day with the highest and lowest Pre-Allocation Returns. The supporting data is in subdirectory "Section 8/Allocation of Best and Worst Trades," along with examples of types of charts Professor Cohen may show from the data.

49. Professor Cohen will testify that each of the analyses described above also show that the performance of Mr. Leech's Treasury F&O trades moved in the opposite direction in the period between allocation and the settlement time, compared to the period from fill to allocation. For example, Professor Cohen will testify that, while the Pre-Allocation Returns of the trades Mr. Leech allocated to the Core Strategies were negative, the return on those trades was positive in the period between allocation and the end of the day. By contrast, while the Pre-Allocation Returns of the trades Mr. Leech allocated to Macro Opps (excluding Marex) were positive, the return on

those trades was negative in the period between allocation and the end of the day. Professor Cohen will make the same point with respect to other example trades and strategies, using the same data.[3] The supporting data is in subdirectory "Section 8/Return from Allocation to EOD," along with examples of types of charts Professor Cohen may show from the data.

50. Professor Cohen will testify that he conducted analyses to compare the price change of Mr. Leech's Treasury F&O trades (1) in the 24-hour period before Mr. Leech traded; (2) in the period between when his trade filled and he allocated that trade; and (3) in the 24-hour period after Mr. Leech allocated. Professor Cohen will explain that his analyses consisted of sorting Mr. Leech's trades by price relative to trade price (in percent) at varying time horizons prior to trade, at time of allocation, and varying time horizons until 24-hours after allocation. Each sort is performed independently at each point in time to form percentiles. He performed this analysis on trades Mr. Leech allocated to Macro Opps (excluding Marex); the Core Strategies; Marex; 50/50; and overall. Each time, he looked at all Treasury F&O trades, all Treasury futures trades (generally and broken down by buys/sells and tenor), and all Treasury options trades (generally and broken down by buys/sells and tenor). The data that Professor Cohen used in his analyses, a description of the methodology he used, the output of that methodology, and examples of a type of chart Professor Cohen may display are in subdirectory "Section 8/Price Change Around Fill and Allocation." He will explain:

a. During the 24 hours before each Treasury F&O trade Mr. Leech placed, there was a high degree of similarity between how prices for those assets changed, regardless of whether Mr. Leech allocated the assets to Macro Opps, the Core Strategies, or 50/50, or whether he placed the trade through Marex.

b. During the time between last fill and allocation, the prices of the Treasury F&O trades Mr. Leech allocated to Macro Opps (excluding Marex) moved sharply in the opposite direction of the prices of the Treasury F&O trades that Mr. Leech allocated to the Core Strategies, with price movements benefiting the trades that he allocated to Macro Opps and going against the trades that he allocated to the Core Strategies. By contrast, during the time between last fill and allocation, the prices of Treasury F&O trades that Mr. Leech placed through Marex or allocated 50/50 moved in a way that both improved and reduced the value of those trades.

c. During the 24 hours after Mr. Leech allocated each Treasury F&O, there was a high degree of similarity between how the prices for those assets changed, regardless of whether Mr. Leech allocated the assets to Macro Opps, the Core Strategies, or 50/50, or whether he placed the trade through Marex.

d. Professor Cohen will explain that he performed the same analyses described in subparagraphs (a)-(c) above, examining each tenor of Treasury F&O and breaking down trades into buys and sells. Professor Cohen will testify that those analyses showed that the results described in subparagraphs (a)-(c) held regardless of the tenor of Treasury F&O and regardless of whether Mr. Leech was buying or selling. The supporting data is in subdirectory "Section 8/Price

[3] Excluding trades with the broker Marex, Mr. Leech allocated most of his trades after the CME settlement time.

Change Around Fill and Allocation/All Derivatives," along with examples of types of charts Professor Cohen may show from the data.

51. Professor Cohen will testify regarding analyses described above, analyzing only options with two or less days to expiration ("Short-Dated Options"). The supporting data is in subdirectory "Section 8/ Short Dated Options," along with examples of types of charts Professor Cohen may show from the data. Professor Cohen will testify that his analysis of Pre-Allocation Returns for Short Dated Option showed a similar pronounced difference between Mr. Leech's allocations to the Core Strategies and his allocations to Macro Opps, excluding trades executed through Marex. Specifically:

a. Professor Cohen will testify that the Pre-Allocation Returns of the Short-Dated Options Mr. Leech allocated to Macro Opps (excluding Marex) had a pronounced positive skew. The average Pre-Allocation Return of those trades was approximately $124,000, the net Pre-Allocation Return across all the trades was approximately $18,000,000, and the Pre-Allocation Returns were positively skewed. Approximately 84% of those trades had a positive Pre-Allocation return. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Short-Dated Option trades Mr. Leech allocated to Macro Opps. The supporting data is in subdirectory "Section 8/ Short Dated Options/Macro Opps," along with an example of a type of chart Professor Cohen may show from the data.

b. Professor Cohen will testify that the Pre-Allocation Returns of the Short-Dated Options Mr. Leech allocated to Core Strategies had a pronounced negative skew. The average Pre-Allocation Return of those trades was approximately -$149,000, the net Pre-Allocation Return across all the trades was approximately -$19,000,000, and the Pre-Allocation Returns were negatively skewed. Approximately 33% of those trades had a positive Pre-Allocation return. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Short Dated Option trades Mr. Leech allocated to Core Strategies. The supporting data is in subdirectory "Section 8/ Short Dated Options/Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

c. Professor Cohen will testify that the Pre-Allocation Returns of the Short-Dated Options Mr. Leech allocated 50/50 did not have a pronounced positive or negative skew. The average Pre-Allocation Return of those trades was approximately -$28,000, the net Pre-Allocation Return across all the trades was approximately -$6,000,000, and the Pre-Allocation Returns were normally distributed around approximately $0. Approximately 49% of those trades had a positive Pre-Allocation return. Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Short Dated Option trades Mr. Leech allocated 50/50. The supporting data is in subdirectory "Section 8/ Short Dated Options/50-50," along with an example of a type of chart Professor Cohen may show from the data.

d. Professor Cohen will testify that the Pre-Allocation Returns of the Short Dated Options Mr. Leech placed through Marex did not have a pronounced positive or negative skew. The average Pre-Allocation Return of those trades was approximately -$18,000, the net Pre-Allocation Return across all the trades was approximately -$3,000,000, and the Pre-Allocation Returns were normally distributed around approximately $0. Approximately 50% of those trades had a positive Pre-Allocation return. Professor Cohen will present data and charts showing the

Pre-Allocation Returns of the Short Dated Option trades Mr. Leech placed though Marex. The supporting data is in subdirectory "Section 8/ Short Dated Options/Marex," along with an example of a type of chart Professor Cohen may show from the data.

52. Professor Cohen will testify that the analyses described in Sections VI, VII, and VIII are consistent with Mr. Leech using information about the first-day performance of his Treasury F&O trades in making allocation decisions between Macro Opps and the Core Strategies. Professor Cohen will explain that the analyses in those sections support that Mr. Leech had an opportunity to view information about the performance of his Treasury F&O trades between the time those trades were filled and the time he allocated them. The analyses further show that there was a pronounced difference in the performance of Treasury F&O trades Mr. Leech allocated to Macro Opps (excluding Marex trades) and the Core Strategies during the window of time between the fill and the allocation, but that the difference in performance did not appear to exist before or after that window of time, or with respect to situations where Mr. Leech did not have discretion to choose between Macro Opps and the Core Strategies (such as with 50/50 Treasury F&O trading, Marex trades, and trades after October 19, 2023).

## IX. Statistical Analyses of Pre-Allocation Returns and FDRs

53. Professor Cohen will testify that he performed statistical tests—including the Mann-Whitney *U* test, the Kolmogorov-Smirnov test, and the *t*-test for group means (collectively, the "Statistical Analyses")—on the data regarding Mr. Leech's Pre-Allocation Returns and FDRs in Macro Opps and Core Plus. Professor Cohen will explain:

a. A Mann-Whitney *U* test assesses, based on ranks of population members, whether randomly selected values from two populations come from the same distribution.[4]

b. A Kolmogorov-Smirnov test assesses, based on empirical cumulative distributions, whether randomly selected values from two populations come from the same distribution.[5]

c. A *t*-test for group means is a common and widely used statistical test that assesses differences in the mean of two populations.[6] This can take the form of a paired *t*-test that matches members of the two populations, or an unpaired *t*-test that does not.

54. Professor Cohen will testify that he performed the Statistical Analyses comparing the Pre-Allocation Returns for many of Mr. Leech's Treasury F&O trades. The data and formulas Professor Cohen used for these analyses, the results from the analyses, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory "Section 9." Professor Cohen will explain, and present charts showing, the results of these analyses, which are in subdirectory "Section 9" and are summarized as follows:

---

[4] See, for example: McKnight, P.E. and Najab, J. (2010). Mann-Whitney U Test. In The Corsini Encyclopedia of Psychology (eds I.B. Weiner and W.E. Craighead). https://doi.org/10.1002/9780470479216.corpsy0524

[5] See, for example: Massey, F. J., Jr. (1951). The Kolmogorov-Smirnov test for goodness of fit. Journal of the American Statistical Association. Vol. 46, No. 253 (Mar., 1951), pp. 68-78 (11 pages)

[6] See, for example: Warne, R. T. (2020). Paired Two-Sample *t*-Tests. In Statistics for the Social Sciences: A General Linear Model Approach (pp. 220–246). Chapter 9, Cambridge: Cambridge University Press.

a. Professor Cohen performed the Statistical Analyses on the Pre-Allocation Returns for Mr. Leech's Treasury F&O allocations to Macro Opps (excluding Marex) and the Pre-Allocation Returns for Mr. Leech's Treasury F&O allocations to the Core Strategies. The Statistical Analyses showed that the difference in the distributions of Pre-Allocation Returns between Macro Opps and the Core Strategies was highly statistically significant. Professor Cohen will explain that the Statistical Analyses and visualizations together show how Pre-Allocation Returns were meaningfully different between Macro Opps and the Core Strategies, with those of Macro Opps being statistically significantly higher. The supporting data is in subdirectory "Section 9/Macro Opps v Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

b. Professor Cohen performed the Statistical Analyses on the Pre-Allocation Returns for Mr. Leech's Treasury futures allocations to Macro Opps (excluding Marex) and the Pre-Allocation Returns for Mr. Leech's Treasury futures allocations to the Core Strategies. The Statistical Analyses showed that the difference in the distributions of futures Pre-Allocation Returns between Macro Opps and the Core Strategies was highly statistically significant. Professor Cohen will explain that the Statistical Analyses and visualizations together show how futures Pre-Allocation Returns were meaningfully different between Macro Opps and the Core Strategies, with those of Macro Opps being statistically significantly higher. Professor Cohen also performed the Statistical Analyses for each tenor of Treasury future, broken down by whether it was a buy or a sell, and the results were consistent with the results for Treasury futures overall. The supporting data is in subdirectory "Section 9/Macro Opps v Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

c. Professor Cohen performed the Statistical Analyses on the Pre-Allocation Returns for Mr. Leech's Treasury options allocations to Macro Opps (excluding Marex) and the Pre-Allocation Returns for Mr. Leech's Treasury options allocations to the Core Strategies. The Statistical Analyses showed that the difference in the distributions of options Pre-Allocation Returns between Macro Opps and the Core Strategies was highly statistically significant. Professor Cohen will explain that the Statistical Analyses and visualizations together show how options Pre-Allocation Returns were meaningfully different between Macro Opps and the Core Strategies, with those of Macro Opps being statistically significantly higher. Professor Cohen also performed the Statistical Analyses for each tenor of Treasury option, broken down by whether it was a put or call and a buy or a sell, and the results were consistent with the results for Treasury options overall. Professor Cohen will explain that this means the meaningful differences in Pre-Allocation Returns between Macro Opps and the Core Strategies were persistent across both derivative type and tenor. The supporting data is in subdirectory "Section 9/Macro Opps v Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

d. Professor Cohen will explain that he performed the same Statistical Analyses described in subparagraphs (a)-(c) above, but using returns in the 24 hours *after* allocation. Professor Cohen will testify that that the results of those Statistical Analyses showed that the difference in the distributions of returns after allocation between Macro Opps and the Core Strategies showed weak statistical significance, often indistinguishable from noise. Professor Cohen will explain that he conducted this set of analyses to study whether returns after allocation—that is, after the allocation decisions were already made—exhibited the same pattern as did Pre-Allocation Returns. In contrast to the results for Pre-Allocation Returns, the statistical and

visualization results for returns after allocation show how there were few differences between Macro Opps and Core Strategies. The supporting data is in subdirectory "Section 9/Macro Opps v Core Strategies," along with an example of a type of chart Professor Cohen may show from the data.

e. Professor Cohen will explain that he performed the same Statistical Analyses described in subparagraphs (a)-(d) above, but comparing returns from Mr. Leech's allocations to Macro Opps excluding trades placed through Marex with the returns for the trades Mr. Leech placed through Marex. Professor Cohen will explain that he performed these analyses because Marex trades went to Macro Opps by default, providing limited flexibility around allocation decision. Professor Cohen will explain that the results of these Statistical Analyses and visualizations were consistent with the results in subparagraphs (a)-(d) above. That is, Macro Opps trades placed through brokers other than Marex experienced statistically significantly higher Pre-Allocation Returns than Macro Opps trades placed through Marex. With respect to returns in the 24 hours after allocation, Macro Opps trades placed through brokers other than Marex and Macro Opps trades placed through Marex showed little difference. These Statistical Analyses and visualizations show that meaningful return differences between trades only appeared when Mr. Leech had the flexibility to choose the allocation. The supporting data is in subdirectory "Section 9/Macro Opps v Marex," along with an example of a type of chart Professor Cohen may show from the data.

f. Professor Cohen will explain that he performed the same Statistical Analyses described in subparagraphs (a)-(d) above, but comparing returns from Mr. Leech's allocations to Macro Opps with the returns for the trades Mr. Leech allocated 50/50. Professor Cohen will explain that he performed these analyses because 50/50 trades contain both Macro Opps and Core Strategy allocations, and previous analyses showed that 50/50 trades exhibited first day performances in between that of Macro Opps and the Core Strategies. Professor Cohen will explain that the results of these Statistical Analyses and visualizations were consistent with the results in subparagraphs (a)-(d) above. That is, with respect to Pre-Allocation Returns, they showed meaningful differences, with Macro Opps being statistically significantly higher. And with respect to returns in the 24 hours after allocation, they showed little differences. The supporting data is in subdirectory "Section 9/Macro Opps v 50-50," along with an example of a type of chart Professor Cohen may show from the data.

g. Professor Cohen will explain that he performed the same Statistical Analyses described in subparagraphs (a)-(d) above, but comparing returns from Mr. Leech's allocations to the Core Strategies with the returns for the trades Mr. Leech allocated 50/50. Professor Cohen will explain that he performed these analyses because 50/50 trades contain both Macro Opps and Core Strategy allocations, and previous analyses showed that 50/50 trades exhibited first day performances in between that of Macro Opps and the Core Strategies. Professor Cohen will explain that the results of these Statistical Analyses and visualizations were consistent with the results in subparagraphs (a)-(d) above. That is, with respect to Pre-Allocation Returns, they showed meaningful differences, with Core Strategies being statistically significantly lower. With respect to returns in the 24 hours after allocation, they showed little difference. The supporting data is in subdirectory "Section 9/Core Strategies v 50-50," along with an example of a type of chart Professor Cohen may show from the data.

h. Professor Cohen will testify that he performed the same Statistical Analyses described in subparagraphs (a)-(c) above but using returns in the 24 hours *before* trade, Pre-Allocation Returns, and returns in the 24 hours *after* allocation to compare Mr. Leech's Treasury F&O allocations to Macro Opps (excluding Marex) and the Core Strategies. The Statistical Analyses showed that the returns of trades Mr. Leech allocated to Macro Opps and the Core Strategies were statistically indistinguishable in the 24 hours before trade and after allocation. Professor Cohen will explain that the Statistical Analyses and visualizations together show how returns for trades Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies were only statistically different in the post-trade, yet Pre-Allocation, window, and that the returns were statistically indistinguishable in the 24 hours before trade and after allocation. Furthermore, Professor Cohen will testify that he performed the same Statistical Analyses described in this paragraph comparing the returns of (i) trades allocated to Macro Opps to trades placed through Marex, (ii) trades allocated to Macro Opps to trades allocated 50/50, and (iii) trades allocated to Core Strategies to trades allocated 50/50. He will explain that for each of these comparisons, the returns were only statistically different between the time of fill and the time of allocation, and that the returns were statistically indistinguishable in the 24 hours before trade and after allocation. The supporting data is in subdirectory "Section 9/Pre-Fill Pre-Allocation and Post-Allocation," along with an example of a type of chart Professor Cohen may show from the data.

i. Professor Cohen will explain that he performed the Statistical Analyses comparing Pre-Allocation Returns with the returns in the 24 hours after allocation for trades Mr. Leech allocated to Macro Opps (excluding Marex), Core Strategies, 50/50, and trades placed through Marex. Professor Cohen will explain that the results of these Statistical Analyses show that, across derivative types and tenors, the Pre-Allocation Returns and returns in the 24 hours after allocation were only statistically different for trades allocated to Macro Opps and Core Strategies. In contrast, the Pre-Allocation Returns and returns in the 24 hours after allocation were generally statistically indistinguishable for trades allocated 50/50 or through the broker Marex. The supporting data is in subdirectory "Section 9/Pre- v Post-Allocation Returns," along with an example of a type of chart Professor Cohen may show from the data.

j. Professor Cohen will explain that he performed the Statistical Analyses comparing the average Pre-Allocation Returns to zero and the average returns in the 24 hours after allocation to zero for trades Mr. Leech allocated to Macro Opps (excluding Marex), Core Strategies, 50/50, and for trades placed through Marex. Professor Cohen will explain that the results of these Statistical Analysis show that, across derivative types and tenors, the average Pre-Allocation Returns were generally only statistically different from zero for trades Mr. Leech allocated to Macro Opps (excluding Marex) or Core Strategies. In contrast, the average Pre-Allocation Returns for trades Mr. Leech allocated 50/50 and trades placed through Marex were statistically indistinguishable from zero. Furthermore, across all derivative types and tenors, the average returns in the 24 hours after allocation were generally statistically indistinguishable from zero regardless of whether Mr. Leech allocated the trade to Macro Opps (excluding Marex), Core Strategies, 50/50, or placed the trade through Marex. The Statistical Analysis and visualizations show that the average Pre-Allocation Returns and average returns in the 24 hours after allocation for Mr. Leech's overall Treasury F&O trading were not meaningfully different from zero, in contrast to trades Mr. Leech allocated to Macro Opps (excluding Marex) and Core Strategies, whose average Pre-Allocation returns were generally statistically different from zero but whose average returns in 24 hours after allocation were not. The supporting data is in subdirectory

"Section 9/Pre- and Post-Allocation Returns vs Zero," along with an example of a type of chart Professor Cohen may show from the data.

k. Professor Cohen will testify that he performed the same Statistical Analyses described above in subparagraphs (a)-(g), but using FDRs in place of Pre-Allocation Returns. The data and formulas Professor Cohen used for these analyses, the results from the analyses, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory "Section 9/Macro Opps v Core Strategies," "Section 9/Macro Opps v Marex," "Section 9/Macro Opps v 50-50," and "Section 9/Core Strategies v 50-50."

55. Professor Cohen will testify that the results of the Statistical Analyses described in Section IX are consistent with Mr. Leech using information about the first-day performance of his Treasury F&O trades in making allocation decisions between Macro Opps and the Core Strategies. Specifically, these analyses provide further statistical support for the conclusion described in paragraph 52.

## X. Market Trends Do Not Explain Mr. Leech's Pre-Allocation Returns and FDRs

56. Professor Cohen will testify, based on the analyses described in this Section, that market trends in volatility and yield changes between 2021 and 2023 do not explain the difference in Pre-Allocation Returns and FDRs between the Treasury F&O trades Mr. Leech allocated to Macro Opps (excluding Marex trades) and those he allocated to the Core Strategies.

57. Professor Cohen will testify that the extensive academic literature and studies show that, in liquid markets (such as the market for Treasury F&Os), it is found that persistence in active management performance is quite rare. For example, for large cap domestic equity funds, the probability of managers outperforming their benchmark is between 13% and 55% in the data. The probability of a fund outperforming over a 5-year period is roughly 21% (approximately 1 in 5) and the probability of a fund outperforming over a 20-year period is roughly 7% (approximately 1 in 14).[7] Furthermore, research has shown that turnover tends to lead to underperformance of investors.[8]

58. Professor Cohen will explain that he has examined data from the MOVE (Merrill Option Volatility Estimate) Treasury Volatility Index and will present that data to the jury. The MOVE Index data is in subdirectory "Section 10/MOVE and Treasury Yields." Professor Cohen will explain that the MOVE Index shows that volatility generally increased between 2021 and 2023, but that whether volatility was rising or falling differed from day to day. Professor Cohen will explain that the fact volatility rose overall between 2021 and 2023 shows that there was generally an increase in the *variability* of prices, so the increase in volatility would not explain the *consistent* pattern of Mr. Leech's allocations to Macro Opps having positive Pre-Allocation Returns and FDRs, while his allocations to the Core Strategies had negative Pre-Allocation Returns and FDRs.

---

[7] S&P Dow Jones Indices. (2023) SPIVA U.S. Year-End 2023. S&P Global. https://www.spglobal.com/spdji/en/documents/spiva/spiva-us-year-end-2023.pdf

[8] Barber, B. M., & , T. (2000). Trading is hazardous to your wealth: The common stock investment performance of individual investors. *The journal of Finance*, *55*(2), 773-806.

59. Professor Cohen will explain that he has examined data on Treasury yields and will present that data to the jury. The Treasury yield data is in subdirectory "Section 10/Regressions." Professor Cohen will explain that the Treasury yield data shows that, broadly speaking, Treasury yields rose between 2021 and 2023, which means that Treasury prices fell. Professor Cohen will explain that this general trend would not explain the pattern of Mr. Leech's allocations to Macro Opps having positive Pre-Allocation Returns and FDRs, while his allocations to the Core Strategies had negative Pre-Allocation Returns and FDRs. The Pre-Allocation Returns and FDRs are driven by short-term price changes, not a multi-year trend, and Treasury yields both rose and fell from day to day between 2021 and 2023. Moreover, as explained above, the trends in Mr. Leech's Pre-Allocation Returns and FDRs were consistent regardless of whether Mr. Leech was trading assets that would benefit from Treasury prices rising or would benefit from Treasury prices falling, which is inconsistent with the general price trend driving the pattern described above.

60. Professor Cohen will testify that he performed a regression analysis to examine the extent to which Treasury yield changes in a day could be predicted based on Treasury yield changes from various preceding time horizons, including hours, days, and months. Professor Cohen will explain that a regression analysis models the extent to which the outcome of a response (also called a "dependent") variable, is associated with one or more predictive (also called "independent") variables. Professor Cohen will explain that, in the analysis described in this paragraph, for each tenor he modeled daily changes in yield based on yield movements ranging from a day to 18 months prior. The data supporting the analysis, the formula he used to perform the analysis, and the results of the analysis are in subdirectory "Section 10/Regressions." Professor Cohen will explain, and presents charts showing, the results of his analysis and will explain that the results mean interest rate movements were largely unpredictable in this timeframe. Professor Cohen will discuss how this finding is consistent with findings from the academic and practitioner literature regarding the unpredictability of interest rate changes.

61. Professor Cohen will testify that he performed various autocorrelation analyses to examine the extent to which there was a relationship between Treasury yield changes and prior yield movements on a daily, intra-day, and hourly basis. Professor Cohen will explain that an autocorrelation analysis assesses the extent to which a variable can be predicted based on its past values. Professor Cohen will explain that, for the analyses described in this paragraph, he looked at rolling autocorrelations over time; the autocorrelations generally hovered around zero. The data supporting the analyses, the formula he used to perform the analyses, and the results of the analyses are in subdirectory "Section 10/Autocorrelation." Professor Cohen will explain, and present charts showing, the results of his analyses. He will explain that the results mean yield changes are largely unpredictable based on past yield changes.

## XI. Mr. Leech Had Flexibility In Deciding How to Allocate Treasury F&O Trades

62. Professor Cohen will testify that, as explained above, the Pre-Allocation Returns and FDRs of Mr. Leech's allocations to Macro Opps (excluding Marex) were consistently positive, while the Pre-Allocation Returns and FDRs of Mr. Leech's allocations to the Core Strategies were negative. Professor Cohen will testify that this pattern was not the result of Mr. Leech being required to trade in particular ways in Macro Opps and the Core Strategies due to different portfolio requirements, nor was it the result of consistently different patterns in the types of Treasury F&Os Mr. Leech allocated between the strategies.

63. Professor Cohen will testify that he has reviewed Western Asset's public information describing the investment strategies of Core, Core Plus, and Macro Opps. Professor Cohen will explain that those investment-strategy descriptions did not constrain Mr. Leech's discretion to allocate Treasury F&Os in a way that would have led to the distribution of Pre-Allocation Returns and FDRs described above. For example, the investment strategies showed that Core, Core Plus, and Macro Opps could all receive Treasury F&Os. The investment strategies showed that Core, Core Plus, and Macro Opps all aimed to maximize total return through, among other things, duration and yield curve management.

64. Professor Cohen will testify that, while Macro Opps and the Core Strategies had different duration restrictions, those restrictions did not, in practice, meaningfully constrain how Mr. Leech allocated Treasury F&Os between the strategies. Specifically:

a. Professor Cohen will testify that Macro Opps was an unconstrained strategy, which meant that it was not tied to a particular benchmark, and that the duration of the accounts following that strategy had to be between 10 and -5 years. Professor Cohen will testify that, by contrast, the Core Strategies were benchmarked strategies. For accounts such as the Core Bond Fund (671), this meant that the duration had to be 20% of the effective duration of the Bloomberg Aggregate Index, as estimated by Western Asset. For accounts such as the Core Plus Bond Fund (984), this meant that the duration had to be 30% of the effective duration of the Bloomberg Aggregate Index, as estimated by Western Asset. Professor Cohen will testify that, using 671, 984, and 3313 as examples, he mapped the duration of Macro Opps against that strategy's duration restrictions and mapped the duration of the Core Strategies against the duration restrictions for those strategies. He will show that data to the jury. The data Professor Cohen used to perform this mapping, along with an example of a type of chart Professor Cohen may use, is in subdirectory "Section 11/Portfolio Duration." Professor Cohen will describe the data, which will include explaining that Mr. Leech occasionally exceeded the duration limits (which was permissible, so long as the account came back within the duration limit within three days), that the duration of Macro Opps and the Core Strategies was typically positive and above 5 years, and that the duration of Macro Opps was more volatile than the duration of the Core Strategies.

b. Professor Cohen will testify that each of Mr. Leech's Treasury F&O trades had a very small impact on the duration of the accounts in the Core Strategies and Macro Opps. Professor Cohen will explain that Western Asset kept track of the approximate amount by which each trade altered the duration of the account to which it was allocated. Professor Cohen will show examples from the trade blotters. Professor Cohen will explain that, for example, he analyzed the data on the duration contribution of Mr. Leech's Treasury F&O trades for 671 and 3313. Professor Cohen will explain that, on average for both futures and options, each Treasury F&O trade Mr. Leech allocated to the Core Strategies contributed between 0.004 and 0.010 years of duration (positive or negative, depending on the direction of the trade) to 671. Professor Cohen will also explain that, on average, each Treasury F&O trade Mr. Leech allocated to Macro Opps contributed between 0.03 and 0.09 years of duration (positive or negative, depending on the direction of the trade) to 3313. The supporting data is in subdirectory "Section 11/SKL Duration Contributions," along with an example of a type of chart Professor Cohen may show from the data. The duration contribution of trades to 3313 was larger than the contribution of trades to the 671 primarily because 671 was much larger, so the impact of even similarly sized trades was smaller. Professor Cohen will explain that the small size of the duration impact from trades on the relevant portfolios

meant that the duration limits on Macro Opps and the Core Strategies did not meaningfully constrain Mr. Leech's allocations of Treasury F&Os.

c. To further test whether the duration limits on Macro Opps and the Core Strategies meaningfully constrained Mr. Leech's allocation, Professor Cohen will testify that he performed an analysis to see how the duration of 671, 984, and 3313 on each day during the relevant period would have differed had Mr. Leech allocated trades differently:

i. Professor Cohen will testify that he performed an analysis where he took the trades Mr. Leech allocated specifically to the Core Strategies and specifically to Macro Opps (excluding Marex trades), then re-assigned those trades as if they had all been allocated 50/50 (the "50/50 Scenario"). Professor Cohen performed this exercise for each day between January 1, 2021 and October 19, 2023. A description of Professor Cohen's methodology, the data Professor Cohen used, the results of his analysis, and an example of a type of chart Professor Cohen may show are in subdirectory "Section 11/Trade Reversal." Professor Cohen will testify that the results of his analysis show the following: (1) For 671, there was an over 0.99 correlation between the actual daily duration and the duration in the 50/50 Scenario, and 671 was outside of its duration limits on nine days fewer in the 50/50 Scenario than in reality. (2) For 984, there was an over 0.99 correlation between the actual daily duration and the duration in the 50/50 Scenario, and 984 was outside of its duration limits on two days fewer in the 50/50 Scenario than in reality. (3) For 3313 there was about a 0.99 correlation between the actual daily duration and the duration in the 50/50 Scenario, and the 3313 duration was outside limits twelve days more in the 50/50 Scenario than in reality.

ii. Professor Cohen will testify that he performed an analysis where he took the trades Mr. Leech allocated specifically to the Core Strategies and specifically to Macro Opps (excluding Marex trades), then re-assigned those trades to the opposite strategy (the "Reversal Scenario"). Professor Cohen performed this exercise for each day between January 1, 2021 and October 19, 2023. That is, for each day independently, trades between Core Strategies and Macro Opps were interchanged. By incorporating trade allocations and portfolio AUM, one can go day by day and use each day's reported (the actual) duration to arrive at a counterfactual duration for each day from the interchanging of trades. A description of Professor Cohen's methodology, the data Professor Cohen used, the results of his analysis, and an example of a type of chart Professor Cohen may show are in subdirectory "Section 11/Trade Reversal." Professor Cohen will testify that the results of his analysis show the following over the course of over 700 trading days: (1) For 671, there was a 0.98 correlation between the actual daily duration and the duration in the Reversal Scenario, and the 671 duration limits were exceeded twelve days fewer in the Reversal Scenario than in reality. (2) For 984, there was a 0.99 correlation between the actual daily duration and the duration in the Reversal Scenario, and 984 was outside of its duration limits on five days fewer in the Reversal Scenario than in reality. (3) For 3313, there was a 0.96 correlation between the actual daily duration and the duration in the Reversal Scenario, and the 3313 duration was outside limits 30 days more in the Reversal Scenario than in reality.

65. Professor Cohen will testify that there were no requirements about how long Mr. Leech had to hold a position within a strategy. Professor Cohen will testify that, as a result, Mr. Leech could allocate a trade to a particular strategy and could make an offsetting trade in the opposite direction later the same day, if he so chose. This meant that any trade he allocated to the Core

Strategies or Macro Opps would not necessarily have a long-term effect on the performance of the accounts in that strategy. Professor Cohen will testify that, consistent with that flexibility, Mr. Leech often traded Treasury F&Os such that a trade on one day was offset by another trade a short time later. Specifically:

i. Professor Cohen will testify that he took the data from the trade blotter and used it to create charts of Mr. Leech's Treasury F&O trades that show each time Mr. Leech placed a trade that added or reduced duration in Macro Opps or the Core Strategies in a particular tenor. The data that Professor Cohen used to create these charts and an example of a type of chart Professor Cohen may display is in subdirectory "Section 11/Hold Periods – LIFO," and "Section 11/Hold Periods – FIFO." Professor Cohen will display the data, and charts summarizing the data, and will explain that they show Mr. Leech did not typically allocate trades to Macro Opps or the Core Strategies in a way where he was consistently adding or reducing duration in each tenor. Instead, the data and charts show that Mr. Leech would routinely allocate a trade to Macro Opps or Core Strategies that added duration in a particular tenor, then allocate a trade that reduced duration in that same tenor soon after.

ii. Professor Cohen will testify that he performed a last-in/first-out ("LIFO") analysis of Treasury futures that Mr. Leech allocated to 671, 984, and 3313. Professor Cohen will explain that a LIFO analysis is common methodology used to calculate a security's holding period (i.e., how long a trader held an asset before closing their position). Professor Cohen will explain that, in this context, he performed his LIFO analysis by tracking all of Leech's positions for each ticker and, when a position is closed, matching the closing position to the most recent open position. The data that Professor Cohen used to perform the LIFO analysis, the results of his analysis, and an example of a type of chart Professor Cohen may use to show those results are in subdirectory "Section 11/Hold Periods - LIFO." Professor Cohen will present the results of his LIFO analysis, which will include testifying that, approximately 37% of the opening Treasury futures that Mr. Leech allocated to 3313 were closed by an offsetting trade within one day, and approximately 50% were closed by an offsetting trade within three days; 30% of the opening Treasury futures that Mr. Leech allocated to 671 were closed by an offsetting trade within one day, and approximately 44% were closed by an offsetting trade within three days; 30% of the opening Treasury futures that Mr. Leech allocated to 984 were closed by an offsetting trade within one day, and approximately 46% were closed by an offsetting trade within three days.

iii. Professor Cohen also performed a first-in/first out ("FIFO") analysis of Treasury futures that Mr. Leech allocated to 671, 984, and 3313. Professor Cohen will explain that a FIFO analysis is the natural alternative to LIFO to calculate a security's holding period. Professor Cohen will explain that, in this context, a FIFO analysis is less sensible than a LIFO analysis because a FIFO methodology does not test for whether a trade on any day may be offset by another trade on the subsequent day. Professor Cohen will display charts comparing the LIFO and FIFO methodologies to illustrate why a FIFO methodology is much less adequate for this purpose. Nonetheless, Professor Cohen performed a FIFO analysis as it is a methodology commonly used for calculating holding period for tax and other inventory tracking purposes. The data that Professor Cohen used to perform the FIFO analysis, the results of his analysis, and an example of a type of chart Professor Cohen may use to show those results are in subdirectory "Section 11/Hold Periods - FIFO." Professor Cohen will present the results of his FIFO analysis, which will include testifying that approximately 7% of the opening Treasury futures that Mr. Leech allocated to 3313

were closed by an offsetting trade within one day, and approximately 15% were closed by an offsetting trade within three days; 5% of the Treasury futures that Mr. Leech allocated to 671 were closed by an offsetting trade within one day, and approximately 12% were closed by an offsetting trade within three days; approximately 5% of trades the opening Treasury futures that Mr. Leech allocated to 984 were closed by an offsetting trade within one day, and approximately 13% were closed by an offsetting trade within three days.

66. Professor Cohen will testify that the positive Pre-Allocation Returns and FDRs for Mr. Leech's allocations to Macro Opps (excluding Marex) do not appear to be driven by any requirements of the Macro Opps investment guidelines or the Macro Opps strategy for the following reasons:

a. The public materials describing the Macro Opps strategy do not state that Macro Opps would pursue a strategy that was likely to, or designed to, generate positive FDRs on Treasury F&O trades.

b. All of the trades Mr. Leech allocated 50/50 must have been compatible with the Macro Opps strategy because they involved Treasury F&Os going to the Macro Opps accounts. Indeed, those made up a significant portion of the Treasury F&Os in Macro Opps: Mr. Leech allocated 5,337 Treasury F&O trades 50/50 compared to only 2,731 Treasury F&O trades to Macro Opps (excluding Marex). As explained above, the 50/50 trades did not have a pronounced negative or positive skew with respect to Pre-Allocation Returns or FDRs.

c. All of the trades Mr. Leech placed through Marex must have been compatible with the Macro Opps strategy because they involved Treasury F&Os largely going to the Macro Opps accounts. Those also made up a significant portion of the Treasury F&Os in Macro Opps: Mr. Leech allocated 2,642 Treasury F&O trades to Macro Opps via Marex compared to 2,731 Treasury F&O trades to Macro Opps excluding Marex. As explained above, the Marex trades did not have a pronounced negative or positive skew with respect to Pre-Allocation Returns or FDRs.

d. After October 19, 2023, Mr. Leech was no longer able to allocate Treasury F&O to the Core Strategies, but continued to allocate to Macro Opps. The trades he allocated to Macro Opps during the period after that date must have been compatible with the Macro Opps strategy. As explained above, Mr. Leech's allocations of Treasury F&Os to Macro Opps after October 19, 2023 did not have a pronounced negative or positive skew with respect to Pre-Allocation Returns or FDRs.

e. Other traders into Macro Opps did not exhibit the same FDRs as did Mr. Leech. The FDRs of other traders were far more symmetric around zero and did not exhibit a positive skew as exhibited by Mr. Leech's Macro Opps trades. The average and median FDR for Macro Opps traders other than Mr. Leech was -$5,000 and approximately $0, respectively. The data supporting Professor Cohen's testimony about other Macro Opps traders FDRs, along with an example of a type of chart Professor Cohen may present, is in subdirectory "Section 11/Other Traders."

67. Professor Cohen will testify that the negative Pre-Allocation Returns and FDRs for Mr. Leech's allocations to the Core Strategies do not appear to be driven by any requirements of the Core Strategies investment guidelines or the Core Strategies themselves for the following reasons:

a. The public materials describing the Core Strategies do not state that Core Strategies would pursue a strategy that was likely to, or designed to, generate negative FDRs on Treasury F&O trades.

b. All of the trades Mr. Leech allocated 50/50 appear to have been compatible with the Core Strategies because they involved Treasury F&Os going to the accounts following the Core Strategies. Indeed, those made up a significant portion of the Treasury F&Os that Mr. Leech sent to the Core Strategies: Mr. Leech allocated 5,337 Treasury F&O trades 50/50 compared to only 2,127 Treasury F&O trades to Core Strategies exclusively. As explained above, the 50/50 trades did not have a pronounced negative or positive skew with respect to Pre-Allocation Returns or FDRs.

c. Other traders into Core Strategies did not exhibit the same FDRs as did Mr. Leech. The FDRs of other traders were far more symmetric around zero and did not exhibit a negative skew as exhibited by Mr. Leech's Core Strategy trades. The average and median FDR for Core Strategies traders other than Mr. Leech was -$11,000 and approximately $0, respectively. The data supporting Professor Cohen's testimony about the FDRs of other traders allocating to accounts following the Core Strategies, along with an example of a type of chart Professor Cohen may present, is in subdirectory "Section 11/Other Traders."

68. Professor Cohen will testify that the difference in Pre-Allocation Returns and FDRs between trades Mr. Leech allocated to Macro Opps and those he allocated to the Core Strategies do not appear to be driven by Mr. Leech using Treasury F&Os to pursue opposing strategies between those sets of portfolios:

a. Professor Cohen will explain that, while Macro Opps and the Core Strategies were advertised as different strategies, that does not mean that Mr. Leech was using Treasury F&Os in a significantly different way between the two strategies. Outside of Treasury F&Os, Macro Opps and the Core Strategies had different types and concentrations of assets, as well as different traders who allocated trades to accounts within those strategies. These non-Treasury F&O assets had a significant impact on the risk profile of Macro Opps and the Core Strategies, including risk duration levels, key-rate duration levels, and convexity levels. As a result, those portfolio- or strategy-level risk metrics do not provide useful information about how Mr. Leech was using Treasury F&Os in the strategies. Or put differently, the fact that Macro Opps and the Core Strategies may have been different strategies does not mean that Mr. Leech was using Treasury F&Os in significantly different ways in those strategies, much less in ways that naturally would have led to significant differences in Pre-Allocation Returns or FDRs. Professor Cohen's testimony is based on the data described in Section IV of this disclosure.

b. Professor Cohen will explain that Western Asset's publicly available information describing the Core Strategies and Macro Opps advertised that all of those strategies incorporated Western Asset's key themes. This shows that it would be unlikely that Mr. Leech's allocations to the Core Strategies and Macro Opps would reflect fundamentally different investment theses.

c. Professor Cohen will testify that Mr. Leech allocated approximately 5,337 trades 50/50, which meant that they went both to Macro Opps and the Core Strategies, which is more than the number of trades Mr. Leech allocated specifically to either Macro Opps (5,331 including Marex) or to the Core Strategies (2,135). Professor Cohen will testify that the large number of trades that Mr. Leech allocated 50/50 shows that Mr. Leech was not using Treasury F&Os to execute opposing strategies between those allocation groups.

d. Professor Cohen will testify that he has analyzed data on Mr. Leech's Treasury F&O allocations, and that these analyses further supported the conclusion that Mr. Leech was not using Treasury F&Os in opposite ways between Macro Opps and the Core Strategies, despite the starkly contrasting Pre-Allocation Returns and FDRs. Specifically:

i. Professor Cohen analyzed the overall volume of Mr. Leech's Treasury F&O allocations to different allocation groups. This included examining charts showing the total numbers of Treasury F&Os and allocations as a percentage of total allocations. The data that Professor Cohen examined is in subdirectory "Section 11/Derivative Type Usage Across Allocations." He will explain that, overall, there were not significant differences in the types of Treasury F&Os Mr. Leech allocated to Macro Opps (excluding Marex) and the Core Strategies. For example, across both sets of allocations, Mr. Leech tended to be more of an option seller than an option buyer and tended to sell more calls than puts. Mr. Leech also tended to buy and sell similar quantities of futures across the two sets of allocations, with a slight preference toward buying futures as compared to selling futures. Professor Cohen will testify that this is further evidence that Mr. Leech was not using Treasury F&Os in opposite ways between Macro Opps and the Core Strategies.

ii. Professor Cohen analyzed data displaying Mr. Leech's Treasury F&O allocations to different allocation groups over time, viewed as individual trades. This included examining charts plotting each of Mr. Leech's Treasury F&O trades, broken down by tenor and type of trade, in a manner that shows where the trade was allocated. The data that Professor Cohen examined is in subdirectory "Section 11/Net Contracts Over Time – Trade Comments." Professor Cohen will testify about, and present charts displaying, the data. He will explain that the charts show that Mr. Leech was not trading Treasury F&Os for Macro Opps (excluding Marex) such that he was making opposite trades compared to the Treasury F&Os trades he allocated to the Core Strategies. For example, Mr. Leech was not consistently buying 10-year Treasury futures for the Core Strategies while selling 10-year Treasury futures for Macro Opps.

iii. Professor Cohen analyzed data showing Mr. Leech's Treasury F&O net allocations to different allocation groups over time. This included examining charts tracking the cumulative net Treasury F&O contracts Mr. Leech allocated over time, both based on allocation group and looking at 671, 984, and 3313 as examples. The data that Professor Cohen examined is in subdirectory "Section 11/Net Contracts Over Time – PF Number." Professor Cohen will testify about, and present charts displaying, the data. He will explain that, consistent with the previous subparagraph, Mr. Leech did not have a consistent pattern of trading Treasury F&Os for Macro Opps in a way that contrasted with how he was trading Treasury F&Os for the Core Strategies.

iv. Professor Cohen will testify that he performed statistical analyses to assess the strength of the correlation between the trades Mr. Leech allocated to Macro Opps and those he

allocated to the Core Strategies. Professor Cohen will explain that correlation measures the strength and direction of the relation between two variables. Correlation ranges from -1 to +1, where a correlation of +1 indicates the two variables move together in lockstep. A correlation of -1 indicates the two variables move in lockstep, but in opposite directions. A correlation of 0 indicates no relation between two variables. Here, Professor Cohen examined the daily, weekly, and monthly correlations between net contracts traded in Macro Opps and in the Core Strategies, split by derivative and then also by tenor. The data Professor Cohen used for his analyses, a description of his methodology, the results of his analyses, and examples of the types of charts he may use to show those results are in subdirectory "Section 11/Correlation Between Core and Macro." Professor Cohen will testify about, and presents charts displaying, the results of his analyses. He will explain that the analyses show that there was generally little correlation between Mr. Leech's allocations to Macro Opps and his allocations to the Core Strategies, regardless of whether Marex trades are included or if trades are examined on a daily, weekly, or monthly basis, and the strongest correlation was a positive correlation between Mr. Leech's option trades on a monthly basis. Professor Cohen will explain that this is further support for the conclusion that Mr. Leech was not using Treasury F&Os in Macro Opps and the Core Strategies in opposite ways, notwithstanding the starkly different FDRs.

69. Professor Cohen will testify that, although there was no requirement about the level of convexity in the Core Strategies or Macro Opps, accounts in the Macro Opps Strategy tended to be more negatively convex than accounts in the Core Strategies. The data on each portfolio's convexity, along with an example of a type of chart Professor Cohen may use, is in subdirectory "Section 11/Portfolio Convexity."

70. Professor Cohen will testify that the fact Macro Opps was more negatively convex than the Core Strategies does not mean that Mr. Leech was using Treasury F&Os differently in Macro Opps and the Core Strategies. Professor Cohen will explain that selling Treasury F&Os contributes negative convexity, and that much of the negative convexity in both Macro Opps and the Core Strategies came from sales of Treasury F&Os. Because the Core Strategies were significantly larger than Macro Opps, any sales of Treasury F&Os Mr. Leech allocated to the Core Strategies would increase the negative convexity of the Core Strategies by a much smaller amount than if the same trade had been allocated to Macro Opps. For example, the average convexity contributions of Mr. Leech's trades to Core (671) and Macro Opps (3313) were consistent with the relative differences in their portfolio AUMs. The data comparing mean convexity between the portfolios, along with an example of a type of chart Professor Cohen may use, can be found in subdirectory "Section 11/SKL Convexity Contributions." Professor Cohen will also show one or more examples that demonstrate how similar allocations—allocations with the same underlying that occur at similar times and allocation sizes—to Core (671) and Macro Opps (3313) result in convexity contributions consistent with their different portfolio AUMs. Data on the above examples, along with an example of a type of chart Professor Cohen may use, can be found in subdirectory "Section 11/SKL Duration and Convexity Comparison - Example." Accordingly, the fact that the Core Strategies are less negatively convex than Macro Opps does not mean that Mr. Leech was allocating many more, or larger, negatively convex trades to Macro Opps than the Core Strategies.

71. As noted in the preceding paragraphs, Professor Cohen will testify that Macro Opps was more negatively convex than the Core Strategies. Professor Cohen will explain that, when a fixed-income portfolio is long duration and negatively convex, the portfolio's duration will fall as rates

decrease, and the portfolio's duration will rise as rates rise. That dynamic is magnified in portfolios that have large negative convexity. Portfolio managers who have negatively convex portfolios typically take this phenomenon into account depending on their objectives. For example, if rates were falling and a portfolio manager with a negatively convex portfolio wanted to reduce duration, the manager could simply let the falling rates naturally reduce the duration. By contrast, if that same portfolio manager wanted to keep duration consistent, the manager could add duration (by, for example, buying Treasury futures) to counteract the effect of the negative convexity. Professor Cohen will testify that the trading data show that Mr. Leech was not routinely using his Treasury F&O trades in Macro Opps to counteract the effects of negative convexity or in a way that would explain the distribution of Pre-Allocation Returns or FDRs. Specifically:

a. Professor Cohen will explain that, as described in Section X, he performed multiple analyses about the Treasury market, which showed that rate changes in the past are not a useful indicator of rate changes in the near future. Professor Cohen will explain that this means that, even if Mr. Leech had traded in response to a particular market signal (such as rates going up or down), there would be no reason to believe such trading would consistently result in positive Pre-Allocation Returns or FDRs.

b. Professor Cohen will testify that the duration of Macro Opps fluctuated from day to day, often differing by a year or more over a week. Professor Cohen will explain that this shows that Mr. Leech was not managing the duration of Macro Opps to a narrow range that would have required him to routinely make trades to counteract the negative convexity of his portfolio.

c. Professor Cohen will explain that, as described in paragraph 64, he performed an analysis of how the duration of Macro Opps would have differed on each day had all the trades he allocated to Macro Opps or the Core Strategies been split 50/50 or reversed. That analysis showed that the duration of Macro Opps would have remained very similar to what it actually was under either hypothetical scenario. Professor Cohen will testify that this shows it was unlikely that Mr. Leech's allocations to Macro Opps were driven by a need to manage negative convexity.

d. Professor Cohen will explain that, as described in paragraph 54, he performed analyses comparing the prices of Mr. Leech's Macro Opps and Core Strategies Treasury F&O trades in the 24 hours preceding the trades. Professor Cohen will testify that these analyses show that Mr. Leech was not consistently pursuing a strategy in Macro Opps of adding duration in response to rates falling or shedding duration in response to rates rising.

e. Professor Cohen will testify that Mr. Leech's allocations to Macro Opps exhibited little relation with a strategy of consistently managing negative convexity by adding duration as prices rose and shedding duration as prices fell. Professor Cohen will explain that he performed statistical analyses that showed that interest rate changes, as measured by price movements in the underlying Treasuries at varying time horizons prior to fill, were not meaningfully associated with Macro Opps trading activity. He also performed regression analyses, which showed that interest rate changes prior to fill were not a strong predictor of whether a Macro Opps allocation from Mr. Leech would add or reduce duration. Data and analyses that support Professor Cohen's opinion can be found in subdirectory "Section 11/Regression Using Yield Changes."

## XII. Pre-Allocation Returns Are a Strong Predictor of Where Mr. Leech Allocated Trades Compared to Other Factors

72. Professor Cohen will testify that the Pre-Allocation Return of a trade—whether measured as a binary variable (a trade exhibiting a Pre-Allocation gain or a loss) or a continuous variable (the Pre-Allocation Return of a trade in USD)—is a strong predictor of Mr. Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies. The strong predictive ability of Pre-Allocation Returns to explain Leech's allocation decisions contrasts against the weak predictive ability of other factors such as trade size, trade convexity, time-to-maturity of a trade, and interest rate movements prior to trade. Professor Cohen will testify that this is consistent with Mr. Leech using information about the first-day performance of his Treasury F&O trades in making allocation decisions between Macro Opps and the Core Strategies.

73. To support this, Professor Cohen will show visualizations and analyses using regression results and statistical metrics such as coefficient estimates, coefficient test-statistics, coefficient p-values, as well as model summaries such as Pseudo R-squared and Area Under the Curve (AUC). The data underlying Professor Cohen's analyses, the analyses themselves, and the results of those analyses, are in subdirectory "Section 12/Binary Regressions." Professor Cohen will present and explain the results of his analyses, including through charts. Specifically:

a. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Pre-Allocation Return Distributions," Professor Cohen will testify that the Pre-Allocation profitability of a trade as a binary variable (whether a trade exhibited a gain or a loss) is a strong predictor of Mr. Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies.

b. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Pre-Allocation Return Buckets," Professor Cohen will testify that the Pre-Allocation profitability of a trade as a continuous variable (the Pre-Allocation Return of a trade in USD) is a strong predictor of Mr. Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies.

c. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Trade Size Distributions," Professor Cohen will testify trade size is a weak predictor of Mr. Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies. Professor Cohen will testify that this result suggests trade size explains little of Leech's allocation decisions.

d. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Convexity Distributions," Professor Cohen will testify that trade convexity is a weak predictor of Mr. Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies. Professor Cohen will testify that this result suggests that trade convexity explains little of Mr. Leech's allocation decisions.

e. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Time to Expiration Distributions," Professor Cohen will testify that time-to-maturity of a trade is a weak predictor of Leech's allocation decisions between Macro Opps

(excluding Marex) and the Core Strategies. Professor Cohen will testify that this result suggests that time-to-maturity explains little of Mr. Leech's allocation decisions.

f. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions" and "Section 12/Pre-Trade Underlying Price Change," using price returns in underlying Treasuries, Professor Cohen will testify that interest rate movements at varying horizons prior to trade are a weak predictor of Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies. Furthermore, Professor Cohen will testify that this shows pre-trade interest rate changes in general explain little of Mr. Leech's allocation decisions.

g. Based on the analyses referred to in subdirectory "Section 12/Regressions by Long Short" and "Section 12/Pre-Trade Underlying Yield Change," using price returns in the underlying Treasuries and controlling for whether the trade Mr. Leech placed was adding or shedding duration, Professor Cohen will testify that interest rate movements at varying horizons prior to trade are a weak predictor of Leech's allocation decisions between Macro Opps (excluding Marex) and the Core Strategies. Specifically:

i. Professor Cohen will testify that this shows pre-trade interest rate changes in general explain little of Mr. Leech's allocation decisions for duration adding trades.

ii. Professor Cohen will testify that this shows pre-trade interest rate changes in general explain little of Mr. Leech's allocation decisions for duration decreasing trades.

h. Based on the analyses referred to in subdirectory "Section 12/Binary Regression on Derivative Type and Broker," Professor Cohen will testify that the derivative type (i.e., future, call, put), tenor (i.e., 5-, 10-, or 30-year), and side (i.e., buy or sell) of the trade as a categorical variable explains little of Mr. Leech's allocation decisions.

i. Based on the analyses referred to in subdirectory "Section 12/Binary Regression on Derivative Type and Broker," Professor Cohen will testify that the broker Mr. Leech placed his trade through as a categorical variable explains little of Mr. Leech's allocation decisions.

j. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions," Professor Cohen will testify that the single best predictor of Mr. Leech's allocation decisions is Pre-Allocation profitability of a trade, whether as a binary or continuous variable. Each of the two variables for Pre-Allocation profitability contains far more explanatory ability for Leech's allocation decisions than do trade size, trade convexity, trade time-to-maturity, or interest rate movements prior to trade.

k. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions," Professor Cohen will testify that nearly all the explanatory ability behind Mr. Leech's allocation decisions is driven by Pre-Allocation profitability of a trade, whether as a binary or continuous variable. The combination of Pre-Allocation profitability, trade size, trade convexity, trade time-to-maturity, and interest rate movements prior to trade does not materially provide further explanatory ability than Pre-Allocation profitability alone.

l. Based on the analyses referred to in subdirectory "Section 12/Binary Regressions at Return Threshold," Professor Cohen will testify that the relation between Pre-Allocation profitability as a binary variable only grows stronger among trades with large gains or losses.

74. Professor Cohen will testify that he performed an analysis of trades that Mr. Leech placed or had filled, within close proximity to one another, and that he allocated in opposite directions (i.e., one going to Macro Opps and another going to Core Strategies). Data on these trades can be found in subdirectory "Section 12/Trades Allocated in Opposite Directions." Professor Cohen will testify that, consistent with the analyses and conclusions described in paragraphs 72-73, his analysis showed that the pattern of Macro Opps (excluding Marex) having net positive Pre-Allocation Returns and the Core Strategies having net negative Pre-Allocation Returns was consistent across when Mr. Leech was allocating trades that had opposite duration impacts (one trade adding duration and another shedding duration) and when he was allocating trades that were in the same direction in terms of duration (both adding or shedding duration). Specifically:

a. Professor Cohen will testify that, on days where Mr. Leech placed two trades with opposite duration impact and allocated them to opposite portfolios, approximately 87% of the trades Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 18% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return.

b. Professor Cohen will testify that, on days where Mr. Leech placed two trades with the same duration impact and allocated them to opposite portfolios, approximately 82% of the trades Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 27% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return, despite having similarly signed duration to Macro Opps trades.

c. Professor Cohen will testify that the pattern described in subparagraphs (a)-(b) held even when he narrowed the relevant time period—that is, even when he looked at trades that Mr. Leech placed within 15 minutes, 30 minutes, 60 minutes, and 2 hours of one another.

d. Professor Cohen will testify that the pattern described in subparagraphs (a)-(b) held even when he added filters to further sort trades based on the underlying tenor, derivative type, and specific instrument. For example:

i. On days where Mr. Leech placed two trades of the same instrument with opposite duration impact and allocated them to opposite portfolios, approximately 90% of the trades Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 9% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return.

ii. On days where Mr. Leech placed two trades of the same instrument with the same duration impact and allocated them to opposite portfolios, approximately 74% of the trades Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 22% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return, despite being trades on the same instrument and having similarly signed duration to Macro Opps trades.

e. Professor Cohen will also testify that the pattern described in subparagraphs (a)-(b) held regardless of whether interest rates were rising or falling before the order or fill. For example:

i. Professor Cohen will testify that the pattern held regardless of whether prices were rising or falling before the order or fill. Professor Cohen will testify that this analysis is further evidence that the bias in Pre-Allocation Returns was not a result of differences in requirements or strategy between Macro Opps and the Core Strategies.

ii. For instance, consider Macro Opps trades where Mr. Leech is adding duration in response to rate increases or shedding duration in response to rate drops, and where Mr. Leech allocated an opposite trade on the same instrument to Core Strategies. Approximately 85% of these trades that Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 15% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return.

iii. Now consider Macro Opps trades where Mr. Leech is shedding duration in response to rate increases or adding duration in response to rate drops, where Mr. Leech allocated an opposite trade on the same instrument to Core Strategies. Approximately 94% of these trades that Mr. Leech allocated to Macro Opps had a positive Pre-Allocation return, whereas only 5% of the trades that Mr. Leech allocated to Core Strategies had a positive Pre-Allocation return.

## XIII. Trades With Positive or Negative Pre-Allocation Returns of Over $250,000

75. As explained above, Professor Cohen's work showed that as the size of the positive Pre-Allocation Return grew, a statistically significantly higher percentage of Treasury F&Os went to Macro Opps (excluding Marex) as compared to the Core Strategies. The opposite occurred as the size of the negative Pre-Allocation Returns grew for losing trades. Professor Cohen will testify that, because of this pattern, a relatively small subset of trades with large Pre-Allocation Returns had an outsized impact on Mr. Leech's overall first-day performance.

76. Professor Cohen will testify that he performed a set of analyses focused on trades that had Pre-Allocation Returns of either $250,000 and above ($250,000+ winners), or -$250,000 and below ($250,000+ losers). As explained above, of the $250,000+ winners that were allocated either to Macro Opps (excluding trades executed through Marex) or the Core Strategies, approximately 90% went to Macro Opps and approximately 10% went to the Core Strategies. As for the $250,000+ losers, approximately 7% went to Macro Opps and approximately 93% went to the Core Strategies. The supporting data is in subdirectory "Section 13/Trades with Pre-Allocation Return Over $250k," along with examples of types of charts Professor Cohen may show from the data.

77. Professor Cohen will explain that Macro Opps, excluding Marex trades, had net Pre-Allocation Returns of approximately $701,000,000. That was the result of approximately 2,273 trades with positive Pre-Allocation Returns and approximately 405 trades with negative Pre-Allocation Returns. Professor Cohen will explain that $250,000+ winners accounted for approximately 90% of the gains from all trades with positive Pre-Allocation Returns, despite accounting for only 34% of those trades. The supporting data is in subdirectory "Section 13/Trades with Pre-Allocation Return Over $250k," along with examples of types of charts Professor Cohen may show from the data.

78. Professor Cohen will explain that he performed the analysis described in Section IX and the regressions described in paragraph 73 only considering F&O trades with a Pre-Allocation gain

or loss greater than $250,000. The supporting data is in subdirectory "Section 13/Section 9 and Par 71," along with examples of types of charts Professor Cohen may show from the data. Professor Cohen will present the results of his analyses, including through charts. Professor Cohen will explain that the statistical support for each of his opinions in section XI and paragraph 73 are even stronger when only considering trades with a Pre-Allocation gain or loss greater than $250,000. Professor Cohen will testify that these analyses are consistent with Mr. Leech using information about the first-day performance of his Treasury F&O trades in making allocation decisions between Macro Opps and the Core Strategies.

## XIV. [redacted] Analyses

79. Professor Cohen will testify that information on the trade blotter reflects that Mr. Leech specifically allocated Treasury F&Os to portfolio [redacted] on 218 occasions, and to portfolio [redacted] on 244 occasions.

80. Professor Cohen will testify that in addition to reviewing Western Asset's public information describing the investment strategies for Core Plus and Macro Opps, he also reviewed Western Asset's internal portfolio guidelines for portfolios [redacted], and investment summary updates provided to those portfolios' clients on a quarterly or semi-annual basis. The materials that Professor Cohen examined are in the subdirectory "Section 14/Portfolio Documents." Professor Cohen will testify that no requirement in the portfolio guidelines or client materials for portfolios [redacted] constrained or expanded Mr. Leech's discretion to allocate Treasury F&Os to those portfolios differently than other portfolios in the Core Plus and Macro Opps Strategies. Professor Cohen will explain that while portfolio [redacted] used leverage to substantial effect, approximately 80 percent of Treasury F&Os specifically allocated to that portfolio simultaneously were allocated to either another portfolio, or another strategy, which did not use leverage to similar substantial effect.

81. Professor Cohen will testify that Treasury F&Os Mr. Leech specifically allocated to Portfolios [redacted] were executed through several different brokers, as described in paragraph 21 above. Professor Cohen will present data showing the proportion of Treasury F&O trades Mr. Leech placed with each broker and then specifically allocated to Portfolios [redacted] was consistent with the proportion of Treasury F&O trades placed with each broker and then allocated more broadly to the Core Plus and Macro Opps Strategies.

82. Professor Cohen will testify that the FDRs of the Treasury F&Os Mr. Leech allocated specifically to portfolios [redacted]—excluding the Marex trades—had a pronounced positive skew. More than 86% of Treasury F&O trades specifically allocated to portfolio [redacted] had positive FDRs, and more than 87% of Treasury F&O trades specifically allocated to portfolio [redacted] had positive FDRs—both of which are higher than the proportion of Macro Opps trades with a positive FDR (which was 82%). The net FDR across all the trades was $47,000 for specific allocations to [redacted] and $20,000 for specific allocations to [redacted] and the FDRs were distinctly positive. Professor Cohen will present data and charts showing the FDRs of the Treasury F&Os Mr. Leech allocated specifically to portfolios [redacted] and [redacted] excluding the Marex trades. The supporting data is in the subdirectory "Section 14/FDR Return Distributions," along with an example of a type of chart Professor Cohen may show from the data.

83. Professor Cohen will testify that consistent with the practice described in Section VII above, when Mr. Leech specifically allocated Treasury F&Os to portfolios [redacted], there were typically many hours between the time of trade fill and the time Mr. Leech's allocation decisions were recorded in Western Asset's trading system. The average time between when Mr. Leech's trades were filled and when the trades were recorded as allocated to portfolio [redacted] was approximately 7.8 hours, and the median time was approximately 9.5 hours. Excluding Marex, the average time between when Mr. Leech's trades were filled and when the trades were recorded as allocated to portfolio [redacted] was approximately 7.8 hours and the median time was approximately 9.5 hours. The supporting data is in the subdirectory "Section 14/Fill to Allocation Times," along with an example of a type of chart Professor Cohen may show from the data.

84. Professor Cohen will testify that the Pre-Allocation Returns of the Treasury F&Os Mr. Leech allocated specifically to portfolios [redacted]—excluding the Marex trades—had a pronounced positive skew. More than 91% of Treasury F&O trades specifically allocated to portfolio [redacted] had positive Pre-Allocation Returns, and more than 92% of Treasury F&O trades specifically allocated to portfolio [redacted] had positive Pre-Allocation Returns. The average Pre-Allocation Return of those trades was approximately $49,000 for [redacted] and $19,000 for [redacted] the net Pre-Allocation Returns across all the trades was approximately $12,000,000 for [redacted] and approximately $4,000,000 for [redacted] and the Pre-Allocation Returns were distinctly positive for both allocations to [redacted] and [redacted] Professor Cohen will present data and charts showing the Pre-Allocation Returns of the Treasury F&O trades Mr. Leech allocated specifically to portfolios [redacted], excluding the Marex trades. The supporting data is in subdirectory "Section 14/Pre-Allocation Return Distributions," along with an example of a type of chart Professor Cohen may show from the data. Professor Cohen will display figures, which can be found in subdirectory "Section 14/Pre-Allocation Return Distributions," to show the time from fill to allocation for these portfolios.

85. Professor Cohen will testify that he performed the analysis described in paragraph 54 subparagraphs (a)-(d) comparing the returns of trades intended for portfolio [redacted] to all other trades with any allocation to portfolio [redacted] The Statistical Analyses indicate that the difference in the distributions of Pre-Allocation Returns between trades intended for portfolio [redacted] and all other trades with any allocation to portfolio [redacted] was highly statistically significant, whereas the returns in the 24 hours after allocation were statistically indistinguishable from one another. The supporting data, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory "Section 14/Pre- and Post-Allocation Returns – [redacted] vs Others."

86. Professor Cohen will testify that he performed the analysis described in paragraph 54 subparagraphs (a)-(d) comparing the returns of trades intended for portfolio [redacted] to all other trades with any allocation to portfolio [redacted] The Statistical Analyses indicate that the difference in the distributions of Pre-Allocation Returns between trades intended for portfolio [redacted] and all other trades with any allocation to portfolio [redacted] was highly statistically significant, whereas the returns in the 24 hours after allocation were statistically indistinguishable from one another. The supporting data, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory "Section 14/Pre- and Post-Allocation Returns – [redacted] vs Others."

87. Professor Cohen will testify that he performed the analysis described in paragraph 54 subparagraphs (h)-(i) using the returns of trades intended for [redacted] The Statistical Analyses

indicate that the Pre-Allocation returns of trades intended for [redacted] were statistically different from their return in the 24 hours after allocation and that the Pre-Allocation Returns were statistically different from zero whereas their returns in the 24 hours after allocation were statistically indistinguishable from zero. The supporting data, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory “Section 14/Pre- vs Post-Allocation Returns vs Zero - [redacted] and “Section 14/Pre- vs Post-Allocation Returns - [redacted]

88. Professor Cohen will testify that he performed the analysis described in paragraph 54 subparagraphs (h)-(i) using the returns of trades intended for [redacted] The Statistical Analyses indicate that the Pre-Allocation returns of trades intended for [redacted] were statistically different from their return in the 24 hours after allocation and that the Pre-Allocation Returns were statistically different from zero whereas their returns in the 24 hours after allocation were statistically indistinguishable from zero. The results from the analyses, and an example of a type of chart Professor Cohen may use to illustrate the analyses, are in subdirectory “Section 14/Pre- vs Post-Allocation Returns vs Zero - [redacted] and “Section 14/Pre- vs Post-Allocation Returns - [redacted]

Professor Lauren Cohen