# EXHIBIT D

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 23, 2025

**BY EMAIL**
Thomas Burnett, Esq.
Peter J. Davis, Esq.
Assistant United States Attorneys
Southern District of New York
United States Department of Justice
26 Federal Plaza
New York, NY 10278

**Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Messrs. Burnett and Davis:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the defense provides notice that Mr. Leech anticipates calling Bruce Tuckman, Clinical Professor of Finance at the Stern School of Business at New York University, at trial as an expert witness. In addition to the subjects of testimony described below, Professor Tuckman may give testimony responding to and rebutting testimony given by the government's expert witnesses. Set forth below are Professor Tuckman's qualifications and a summary of his anticipated testimony.

## I. QUALIFICATIONS

Professor Tuckman is an expert in fixed income and derivatives markets and securities. He is currently a Clinical Professor of Finance at the Stern School of Business, New York University, where he teaches fixed income markets and securities to undergraduates and MBA students and conducts research on those and other topics. He took a leave from Stern from 2017 to 2020 to serve as the Chief Economist of the Commodity Futures Trading Commission, where he managed a group that produced research papers and policy analysis about futures and swaps markets. From 1994 to 2010, Professor Tuckman worked at several investment banks, with responsibilities that included modeling interest rate risk across a wide range of fixed income securities for proprietary trading, for sales and trading desks, and for prime brokerage businesses. Professor Tuckman started his career as an Assistant Professor at Stern, after receiving a Ph.D. in Economics from M.I.T.

Professor Tuckman authored the textbook, Fixed Income Securities, in 1995, which he subsequently co-authored, and which appeared in its fourth edition in 2022.

A copy of Professor Tuckman's CV, which includes all of his publications in the previous 10 years, is attached as Exhibit A. Professor Tuckman has not testified at trial or by deposition during the previous 4 years.

## II. SUMMARY OF ANTICIPATED TESTIMONY

Professor Tuckman will testify about a blind allocation exercise (the "Exercise") he performed. As discussed below, in the Exercise, Professor Tuckman assigned Treasury futures and options trades to either Core Plus account 984 or Macro Opportunities ("Macro Opps") account 3313 based solely on his consideration of the duration and convexity positions of the respective accounts. Professor Tuckman did not have access to—and thus could not consider—the unrealized first-day performance of any of the trades that were presented in the Exercise. Given the blinded nature of the Exercise, certain details and analysis regarding Professor Tuckman's results are disclosed in the Rule 16 disclosure of Aaron Dolgoff dated October 23, 2025. Professor Tuckman does not know the results of the Exercise.

Unless otherwise noted, the basis for Professor Tuckman's testimony will be his education, research, training, and professional experience, as well as his review of documents and other evidence produced in discovery and publicly available information, including but not limited to the following:

- Core Plus and Macro Opps Due Diligence Questionaries Annual Reports that pre-date 2021.

- A dashboard of historical portfolio metrics, as described below.

Expected testimony regarding the basic concepts of fixed income asset management, duration, and convexity:

- Fixed income asset managers construct and maintain portfolios of fixed income assets, e.g., bonds issued by governments, bonds issued by corporations, securities backed by mortgages and other types of loans, and futures and other derivatives of these assets.

- Asset management styles are often classified as "passive" or "active." A passive manager tries to match the return of a well-known "benchmark" portfolio, such as the Bloomberg Barclays U.S. Aggregate Bond Index, by constructing a portfolio that has a risk profile similar to that of the benchmark. An active manager, by contrast, tries to outperform the benchmark by constructing a portfolio with a different risk profile than that of the benchmark, in particular, a risk profile that will do relatively well (poorly) if the portfolio

manager's views of the market turn out to be correct (incorrect). Across active managers, there is a wide range of outperformance goals and risk tolerances.

- Duration and convexity are two measures of risk for fixed income portfolios. Duration measures the sensitivity of the value of a portfolio to changes in interest rates. A portfolio with a duration of 5, for example, will increase (or decrease) in price by approximately 5% when interest rates decrease (or increase) by 1%.

- Convexity measures how interest-rate sensitivity itself changes as rates change. For a positively convex portfolio, duration typically falls as interest rates increase, while, for a negatively convex portfolio, duration typically increases as interest rates increase.

- For two portfolios with the same duration, the portfolio with the greater (lesser) convexity outperforms when interest rates are more (less) volatile than expected, but underperforms when interest rates are less (more) volatile than expected.

- A passive portfolio manager tends to construct and maintain a portfolio with duration and convexity similar to those of the benchmark portfolio. In this way, the returns on the portfolio and on the benchmark portfolio are about the same.

- By contrast, an active portfolio manager tends to construct and maintain a portfolio with duration and convexity that differ from those of the benchmark portfolio. An active portfolio manager who believes that interest rates will rise less (more) than expected by the market will construct a portfolio with a duration greater (smaller) than that of the benchmark. An active portfolio manager who believes that interest rates will be less (more) volatile than expected by the market will construct a portfolio with lower (higher) convexity than that of the benchmark.

- Active managers, in addition to incorporating their views of future interest rates into the duration and convexity of their portfolios, overweight or underweight their holdings of securities relative to the benchmark. They overweight securities they think are undervalued by the market and underweight securities they think are overvalued by the market.

<u>Expected testimony regarding the Exercise Professor Tuckman performed:</u>

- Professor Tuckman will testify that he considered Treasury futures and options trades executed and allocated by Mr. Leech on 50 days between 2021 and 2023. Professor Tuckman will testify that the days were anonymized; he is not aware of the methodology used to select the days in the Exercise, the actual dates that Mr. Leech executed or allocated the trades considered in the Exercise, or how Mr. Leech allocated the trades

considered in the Exercise. Professor Tuckman will testify that he assigned each of those trades to either Core Plus (984) or Macro Opps (3313).

- Professor Tuckman knew that Mr. Leech was an active portfolio manager, but did not know the risk profiles Mr. Leech had in mind for each of the Core Plus (984) and Macro Opps (3313) accounts on each day of the Exercise.[1] Furthermore, Professor Tuckman did not know Mr. Leech's views on the future evolution of interest rates on any given day of the Exercise. Therefore, in place of this detailed knowledge, Professor Tuckman created proxies for these risk preferences and views in the forms of a "duration target" and a "convexity target" for each portfolio on each day of the Exercise. Professor Tuckman then allocated trades so as to have each portfolio's duration and convexity on each day be close to its duration and convexity targets.

- Professor Tuckman created the duration and convexity targets for each portfolio on each day as weighted averages of the duration and convexity of each portfolio over the prior 30 days. The weights for more recent days were larger. In this way, it was implicitly assumed that Mr. Leech's risk preferences and market views, as applied to trading the portfolios, evolved gradually over time.[2]

- Any views Mr. Leech may have had and acted upon as to the market's undervaluation or overvaluation of individual securities were not incorporated in Professor Tuckman's allocation decisions.[3]

- To make the trade allocation decisions each day, Professor Tuckman worked with Charles River Associates to create a "dashboard" that showed historical statistics for the Core Plus (984) and Macro Opps (3313) accounts and presented the trades to be allocated.

- The dashboard presented historical statistics for the Core Plus (984) and Macro Opps (3313) accounts. Most importantly, the dashboard showed the duration and convexity

---

[1] While both were actively managed, the performance of Core Plus (984) was "benchmarked" or evaluated against the Bloomberg Barclays U.S. Aggregate Bond Index, while Macro Ops (3313) had no such benchmark.

[2] More precisely, the targets were set as truncated exponentially weighted moving averages with a half-life of five days.

[3] In particular, views about the term structure of interest rates, the term structure of volatility, and option skews were not considered.

targets of each account, computed as described above, and graphs of the recent history of duration and convexity of each account.

- The dashboard divided each day into 23 1-hour windows,[4] with the trades executed by Mr. Leech at a particular time in a day assigned to the appropriate window. The dashboard presented these windows to Professor Tuckman one at a time. The dashboard estimated how allocating each trade to either Core Plus (984) or Macro Opps (3313) would impact the duration and convexity of those portfolios. As previously stated, the dashboard did not indicate how Mr. Leech had allocated the trades.

- Professor Tuckman was required to allocate trades in each window to either Core Plus (984) or Macro Opps (3313) before the dashboard presented the next window. Trade allocations made in any window could not be revisited once the next window had appeared. Professor Tuckman could see allocations he previously made and their cumulative effects over each day.[5]

- Professor Tuckman documented the reasons for his allocation decisions in each window in two ways. First, he checked applicable boxes with set reasons, e.g., "increase duration for 984," or "reduce convexity for 3313." Second, he typed into a comment box additional, narrative explanations of his reasoning for the allocations.

<u>Expected testimony regarding the information Professor Tuckman considered in making his trade allocation decisions:</u>

- As each window was presented, Professor Tuckman first observed the "duration gap" and "convexity gap," of each portfolio, that is, how far the duration and convexity of each portfolio were from its targets for that day.[6] When the gaps were particularly large, Professor Tuckman sometimes considered the duration and convexity history of the portfolios, to assess the extent to which the gaps on the day in question were large relative to historical fluctuations.

---

[4] There were no trades in the Exercise on any day between 2 p.m. and 3 p.m. in California.

[5] Some trades executed in a window were pre-assigned, that is, not allocated by Professor Tuckman.. The impact of these trades on the duration and convexity of the accounts was incorporated, however, and these trades were visible on the dashboard.

[6] Note that, during a day, the duration and convexity of a portfolio can move both because of trades allocated to that portfolio and because of changes in interest rates.

- Professor Tuckman then endeavored to allocate all of the trades in the window so as to narrow or close these gaps for each portfolio. These allocations were described as "increasing duration for 984," "decreasing duration for 984," "increasing convexity for 3313," etc. Larger gaps were typically prioritized over smaller gaps; trades that had a bigger impact on narrowing the gaps for one of the portfolios were typically allocated to that portfolio; and duration gaps were typically prioritized over convexity gaps.

- For some of the windows, there were no allocations that narrowed the gaps of either portfolio. In these cases, Professor Tuckman tried to allocate trades so as to minimize how much the gaps widened.[7] These allocations were described using the moniker of "do least harm."

- Within the framework described in the previous few paragraphs, Professor Tuckman found it relatively straightforward to allocate almost all of the trades. In the remaining few instances, when allocation was less straightforward, Professor Tuckman documented the arguments for allocating the trade to either Core Plus (984) or Macro Opps (3313) but ultimately decided on a particular allocation.

Expected testimony regarding Professor Tuckman's observations about the duration and convexity profiles of Core Plus (984) and Macro Opps (3313) upon the completion of the Exercise:

- Although he conducted no formal analysis, Professor Tuckman observed over the course of the Exercise that the Macro Opps (3313) account was characterized by highly negative convexity, which meant that its duration changed significantly with the level of interest rates and that its duration gap was typically greater than that of the Core Plus (984) account. Furthermore, many of the trades would have had less impact on the duration of Core Plus (984) than on the duration of Marco Opps (3313). Consequently, closing the duration gap of Macro Ops (3313) turned out to be the most important consideration of the Exercise, and it was the most commonly selected reason for Professor Tuckman's allocations.

---

[7] If Professor Tuckman's framework were perfectly reflective of Mr. Leech's trading decisions, these situations might not have arisen. However, such situations may be expected to arise in this Exercise given that the duration and convexity targets used are only estimates, and given that there are trading considerations other than narrowing duration and convexity gaps (see footnote 3).

## III. RESERVATION OF RIGHTS TO SUPPLEMENT DISCLOSURES

Professor Tuckman reserves his right to supplement and/or amend these disclosures, including in response to the government's disclosures and the evidence presented in its case-in-chief.

* * *

Please let us know if you have any questions. We are available to meet and confer to further discuss these disclosures.

Very truly yours,

Jonathan S. Sack
Jeremy H. Temkin

Reviewed and Approved By:

Professor Bruce Tuckman

# Exhibit A

**Bruce Tuckman**
44 West 4th Street, 9-92, New York, NY, 10012; btuckman@stern.nyu.edu

**New York University, Stern School of Business,** 9/12-8/17 & 9/20 to date, *Clinical Professor of Finance*. Classes for MBAs and undergraduates: Debt Instruments and Markets; Derivatives.

**Commodity Futures Trading Commission,** 9/17-7/20, *Chief Economist and Director of the Office of the Chief Economist*. Managed the office's research program; grew staff from 12 to 20; established a Head of Academic Outreach and controls for papers using regulatory data. Chairman's Award for Excellence in Management (2020). Created "Entity-Netted Notionals" to measure the true sizes of swap markets. Co-authored two pieces with the Chairman. Partnered on policy, including "IM Phase 5" and "Alternative Compliance" for foreign clearinghouses.

**Center for Financial Stability (CFS),** 1/10-8/12, *Director of Financial Markets Research*. Wrote and spoke on policy, including reforms of the OTC derivatives' safe harbor and the Tri-party Repo system.

**Lehman Brothers,** 9/02-9/08, *Managing Director*; **Barclays Capital,** 9/08-1/10, *Managing Director* and *Executive Committee member* for the Division of Prime Services.
*Global Head of Quantitative Research, Prime Services:* Hired and managed 20+ quants and set the agenda of 30+ programmers at the pre-crisis peak. Responsible for metrics on P&L, financing risk, counterparty risk, balance sheet, and cash usage. Remodeled divisional risk governance. Designed portfolio margin products that won a #1 rank in the '08 Greenwich survey.
*Head of U.S. Rates and FX Modeling:* Supervised research and desk quants. Consulted with clients. Created on-line tools: FEDISCOPE (implied probability distributions of FOMC rate decisions from futures, basis swap, and option prices); Futures Calculator (advanced analytics and scenario analysis).

**Credit Suisse First Boston**, 2/99 to 8/02, *Managing Director*.
*Global Head of Relative Value Modeling:* managed 20 professionals responsible for relative value modeling worldwide, including rates, mortgages, foreign exchange, and emerging markets.
*U.S. Fixed Income Proprietary Trading:* jointly ran a relative value risk book.
*Whole Loan Mortgages:* Managed professionals studying and helping to manage credit issues.

**Salomon Brothers**, 6/94 to 2/99, *Managing Director* (from 11/97). **Travelers** and **Citigroup** from '98.
*Head of U.S. Fixed Income Derivatives Research*: managed researchers to value and hedge Swaptions, Caps, Floors, and CMT/CMS Swaps for the customer trading desk.
*Senior Researcher, U.S. Fixed Income Arbitrage Trading:* supervised modeling for relative value trading. Highlight: an interest rate term structure model with jumps on FOMC meeting dates.

**New York University, Stern School of Business**, 9/88 to 6/94, *Assistant Professor of Finance*.
Taught Financial Markets and Fixed Income Securities to MBAs and executive MBAs.

***Education:***
**Massachusetts Institute of Technology**, Ph.D. in Economics, with fields in Finance and Econometrics, February 1989. National Science Foundation Fellowship, 1984-1987.
**Harvard College**, *A.B.*, *summa cum laude*, in Statistics with Economics, June 1984. *Phi Beta Kappa*. Hoopes Prize for senior thesis.

***Other Affiliations and Activities:***
**Major Derivatives Clearing House,** member of a risk committee from 2013-17.
**School of Intl. and Public Affairs, Columbia University,** *Adjunct Professor*, Spring 2011, 2012
**Indian School of Business,** *Visiting Professor*, Fall 2010, 2011
**Journal of Applied Finance,** *Associate Editor*, 2012, 2013
**UCLA, Anderson Graduate School of Management**, 9/92 to 8/93, *Visiting Asst. Professor of Finance*.

***Textbook:***

Fixed Income Securities: Tools for Today's Markets, 4th Edition, w/ A. Serrat, John Wiley & Sons, September, 2022. Sole author on 1st and 2nd editions. Translations into Japanese and Chinese.

***Selected Books, Publications, and Papers:***

"Where Do Banks End and NBFIs Begin," with V. Acharya and N. Cetorelli, forthcoming in *The Review of Corporate Finance Studies*, 2025.

"Transformed Intermediation: Credit Risk to NBFIs, Liquidity Risk to Banks," working paper, October 2025.

"Do Banks Hedge Using Interest Rate Swaps?" with L. Mcphail and P. Schnabl, June 2024.

"Short-Term Rate Benchmarks: the Post-LIBOR Regime," *Annual Review of Financial Economics* 15, November 2023. Op-Ed with J. C. Giancarlo: "Libor is Over. We Still Need More Benchmarks to Replace It," *Barron's*, June 30, 2023.

SVB and Beyond: the Banking Stress of 2023, editor, with V. Acharya, M. Richardson, and K. Schoenholtz, July 2023.

"Silicon Valley Bank: Failures in Detective and Punitive Supervision Far Outweighed the 2019 Tailoring of Preventive Supervision," in SVB and Beyond: the Banking Stress of 2023, July 2023.

"Risk Transfer with Interest Rate Swaps," with L. Baker, R. Haynes, M. Lau, J. Roberts, and R. Sharma, *Financial Markets, Institutions & Instruments* 30(1), 2021, pp. 1-26. (Earlier version: "Introducing ENNs: A Measure of the Size of Interest Rate Swap Markets," January, 2018.)

"The Liquidity Hierarchy in the US Treasury Cash and Futures Market," with L. Baker and L. McPhail, *The Journal of Fixed Income* 30(1), Summer 2020, pp. 90-99.

"Large Order Size Liquidity in Treasury Markets," with E. Gousgounis and E. Onur, June, 2020.

Regulating Wall Street: CHOICE Act vs. Dodd-Frank, editor, with M. Richardson, K. Schoenholtz, and L. White, March, 2017. Op-Eds: "The US is at a critical juncture for financial regulation," *The Hill*, 4/19/2017; "Dodd-Frank or the Choice Act? Take the best parts of both," *American Banker*, 6/16/2017.

"The Volcker Rule," with M. Richardson, in Regulating Wall Street: CHOICE Act vs. Dodd-Frank, March, 2017.

"Don't Forget the Plumbing: Payment, Clearing, and Settlement Companies in the Dodd-Frank and Financial CHOICE Acts," in Regulating Wall Street: CHOICE Act vs. Dodd-Frank, March, 2017.

"In Defense of Derivatives: From Beer to the Financial Crisis," Cato Institute Policy Analysis, Number 781, September 29, 2015.

"Unintended Consequences of LOLR Facilities: the Case of Illiquid Leverage," with V. Acharya, *IMF Economic Review* 62(4), 2014. Prepared for the 14th Jacques Polak Annual Research Conference. As an Op/Ed, "Be Careful When Opening for Business," *The Tally*, efinancialnews.com, December 11, 2013.

"Embedded Financing: the Unsung Virtue of Derivatives," *The Journal of Derivatives* 21(1), Fall 2013.

"Federal Liquidity Options: Containing Runs on Deposit-Like Assets without Bailouts and Moral Hazard," *Journal of Applied Finance*, Vol. 22(2), 2012. As an Op/Ed, "How to Contain a Financial Crisis Without Bailouts," Forbes.com, March 22, 2012.

"Do Bondholders Lose from Junk-Bond Covenant Changes?" w/ M. Kahan, *The Journal of Business*, October 1993. Lead Article and Winner of the Merton Miller Award.

"Arbitrage with Holding Costs: A Utility-Based Approach," w/ J.L. Vila, *Journal of Finance*, Sep. 1992.

***Video***

"Fintech, Blockchain, and the Upgrade of Global Payments Systems," World Knowledge Forum, Seoul, Republic of Korea, 2024. *https://www.youtube.com/watch?v=WsDwnRt3L4g*

***Other Books, Publications, and Papers***

"How Customized are Interest Rate Swaps?" with R. Haynes and M. Lau, June 2020.

"Systemic Risk and Firm Size: Is Notional Amount a Good Metric?" with D. Reiffen, *Journal of Financial Economic Policy* 13(5), April 2021.

"Recent Trends in CDS Markets," with J. Coughlan, R. Haynes, and M. Lau, November 2019.

"Legacy Swaps under the CFTC's Uncleared Margin and Clearing Rules," with J. Coughlan, R. Haynes, and M. Lau, November 2019.

"ENNs for Corporate and Sovereign CDS and FX Swaps," with L. Baker, R. Haynes, M. Lau, J. Roberts, and R. Sharma, February, 2019.

"Initial Margin Phase 5," with R. Haynes and M. Lau, October 24, 2018.

"Response to Bollettino," with J. Christopher Giancarlo, July 21, 2018.

"Swaps Regulation Version 2.0: An Assessment of the Current Implementation of Reform and Proposals for Next Steps," with J. Christopher Giancarlo, April 26, 2018.

"Survive the Droughts, I Wish You Well: Principles and Cases of Liquidity Risk Management," *Financial Markets, Institutions & Instruments 26(3)*, New York University Salomon Center, July 2017.

"Derivatives: Understanding Their Usefulness and Their Role in the Financial Crisis," *Journal of Applied Corporate Finance* 28(1), Winter 2016.

"The Birth of Glass-Steagall," October 2016.

"Book Review: The Essentials of Risk Management," *The Journal of Derivatives* 22(4), Summer 2015.

"Update: the Clearing Mandate in Dodd-Frank, Systemic Risk, and Competition," CFS, June 2011.

"Flash: Tri-Party Repo Infrastructure Reform," CFS, February 2011.

"Amending Safe Harbors to Reduce Systemic Risk in OTC Derivatives Markets," CFS, April 2010.

"Systemic Risk and the Tri-Party Repo Clearing Banks," CFS, February 2010.

"Consistent Pricing of FX Forwards, Cross-Currency Basis Swaps, and Interest Rate Swaps in Several Currencies," w/ J.B. Homé, December, 2003. Internal Circulation Only.

"Macro-Awareness in Relative Value Trading," October, 2003.

"The FEDISCOPE," w/ D. Calistru, September, 2003.

"Interest Rate Parity, Basis Swaps, and Cross-Currency Basis Swaps," w/ P. Porfirio, June, 2003.

"Revisiting the Rate-Dependence of Volatility," w/ G. Marone, February, 2003.

"Measures of Asset Swap Spreads and their Corresponding Trades," January, 2003.

Advanced Fixed Income Valuation Tools, w/ N. Jegadeesh, Editors, John Wiley & Sons, 2000.

"Subsidized Borrowing and the Discount Rate: The Case of Municipal Capital Budgeting and Financial Management," w/ A. Kalotay, *Municipal Finance Journal*, winter, 1999.

"Prime and Score Premia: Evidence Against the Tax-Clientele Hypothesis," w/ L. Canina, *Financial Management*, winter 1996.

“Special Levies on Punitive Damages: The Economics of Decoupling,” w/ M. Kahan, *International Review of Law and Economics*, vol. 15, 1995.

“Private vs. Public Lending: Evidence from Covenants,” w/ M. Kahan, The Yearbook of Fixed Income Investing, Irwin Professional Publishing, 1995.

“Calling Nonconvertible Debt and the Problem of Related Wealth Transfer Effects,” w/ F. Longstaff, *Financial Management*, winter 1994.

“A Tale of Two Bond Swaps,” *The Journal of Financial Engineering*, w/ A. Kalotay, December 1992.

“Sinking Fund Prepurchases and the Designation Option,” w/ A. Kalotay, *Financial Management*, winter 1992.

“Grandfather Clauses and Optimal Portfolio Revision,” w/ J.L. Vila, *J. of Risk and Insurance*, Sep. 1992.