UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>S. KENNETH LEECH II,<br><br>*Defendant*. | ) | 24 Cr. 658 (GHW) |

**DECLARATION OF NATHANIEL SOBEL IN SUPPORT OF DEFENDANT S. KENNETH LEECH II'S MOTION TO PRECLUDE PROPOSED EXPERT TESTIMONY OF LAUREN COHEN AND PETTER KOLM**

I, Nathaniel Sobel, declare as follows:

1. I am an associate at the law firm Morvillo Abramowitz Grand Iason & Anello PC and represent Mr. Leech in the above-captioned matter.

2. I respectfully submit this declaration in connection with the Memorandum of Law in Support of Defendant S. Kenneth Leech II's Motion to Preclude Proposed Expert Testimony of Lauren Cohen and Petter Kolm.

3. Attached hereto as **Exhibit A** is a true and correct copy of Professor Lauren Cohen's Initial Disclosure dated October 23, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of Professor Lauren Cohen's Rebuttal Disclosure dated November 20, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of Petter Kolm's Initial Disclosure dated October 23, 2025.

6. Attached hereto as **Exhibit D** is a true and correct copy of Petter Kolm's Rebuttal Disclosure dated November 20, 2025.

7. Attached hereto as **Exhibit E** is a true and correct copy of Aaron Dolgoff's Rebuttal Disclosure dated November 20, 2025.

8. Attached hereto as **Exhibit F** is a true and correct copy of Professor Lauren Cohen's Sur-Rebuttal Disclosure dated December 10, 2025.

9. Attached hereto as **Exhibit G** is a true and correct copy of Professor Petter Kolm's Sur-Rebuttal Disclosure dated December 10, 2025.

10. In connection with my review of discovery produced by the government, I am aware that, in or about October 2025, counsel for Western Asset Management Company ("Western") made a submission to the staff of the United States Securities and Exchange Commission. Among other things, that submission addressed the delay between when Mr. Leech conveyed his allocation decisions to his trading assistant and when those allocations were entered in Western's ATP system. Western's counsel noted that Western had identified emails regarding when Mr. Leech conveyed allocation decisions for 162 Trade IDs over nine trading days, and that for those Trade IDs the "trading assistant took up to seven hours and seventeen minutes to complete her entry of an allocation instruction into Western's systems. On average, she took two hours and three minutes."

11. Based upon my review of analyses of portfolio holdings data that Western produced to the government, I understand that the monthly average convexity of Account 3313 (a Macro Opportunities ("Macro Opps") account) remained negative from January 2021 through May 2023 and from July 2023 through October 19, 2023. Between January 1, 2021 and May 2023, the monthly average convexity of Account 3313 fluctuated between a low of -28.29 in December 2021 and a high of -8.20 in February 2023. In contrast, between October 20, 2023 and June 2024, the monthly-average convexity of Account 3313 was positive for two months and

negative for seven months. Over that same time period, the monthly average convexity of Account 3313 fluctuated between a low of -7.31 (in November 2023) and a high of +3.93 (in January 2024).

12. Based upon my review of analyses of trading data that Western produced to the government, I understand that, between January 2021 and October 19, 2023, Mr. Leech regularly traded (on a monthly basis) more than 500 trade group IDs—and, in one month, over 900—in Account 3313 alone. Between November 2023 and August 2024, in contrast, Mr. Leech never traded more (on a monthly basis) than 150 trade group IDs in Account 3313.

Dated: December 15, 2025
New York, New York

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO, P.C.

/s/ Nathaniel Sobel
Nathaniel Sobel
565 Fifth Avenue
New York, New York 10017
(212) 856-9600