# Exhibit B

**Supplemental Expert Witness Disclosure - Prof. Lauren Cohen**

1. Professor Cohen understands that the defense has submitted notices that include analyses of trade-allocation exercises performed by witnesses the defense intends to proffer as experts. Professor Cohen understands that, according to the notices, some of the analyses show that the trade-allocation exercises resulted in statistically significant differences between the performance of trades allocated to Macro Opps and certain null hypotheses and statistically significant differences between the performance of trades allocated to the Core Strategies and certain null hypotheses.

2. As explained in Professor Cohen's original expert-witness disclosure, Professor Cohen intends to present a wide array of data and statistical analyses of Mr. Leech's trading. Professor Cohen will testify that his original disclosure was not limited to analyses comparing the performance of Mr. Leech's trades to hypothetical null hypotheses, but also includes (among other things) analyses that compare the performance of Mr. Leech's trades to comparable sets of trades over which Mr. Leech had less allocation discretion, such as Marex trades and trades placed by others; analyses that compare the performance of Mr. Leech's trades with periods before the trade was placed and after the trade was allocated; and analyses that measure how powerful a predictor first day returns ("FDRs") and Pre-Allocation Returns were for determining how Mr. Leech allocated trades, as compared to other factors.

3. In light of the defense's expert disclosures, Professor Cohen will testify about additional analyses he performed that show that for different sets of Mr. Leech's trades the FDRs and Pre-Allocation Returns were not only statistically different from one other but were also materially different, meaning the magnitude of the difference was substantial. Professor Cohen will testify that the results of his analyses are consistent with Mr. Leech using information about first-day performance of his Treasury F&O trades when making allocation decisions between Macro Opps and the Core Strategies. Professor Cohen's analyses are based on the same underlying data that he used in his original disclosure. The data, analyses, and results are in subfolder "Data and Code."

4. Professor Cohen will testify that effects tests are a commonly used statistical technique to measure the magnitude of the difference between two or more conditions under consideration. There are a number of different effects tests, such as:

a. Odds is the ratio of the probability an event occurring to the probability of that same event not occurring.[1] Odds are used to compare the number of positive outcomes to the number of negative outcomes. For example, if an outcome is prevalent in 50% of the population, the odds of observing that outcome are 1 to 1, meaning for every observation of one outcome there is expected to be 1 observation of the opposite outcome.

---

[1] Ohlson (1980) applies a logistic regression to predict corporate bankruptcy and has been cited over 10,000 times. Hosmer and Sturdivant (2013) discuss the purpose and methodology of a logistic regression, including the application of odds and odds ratios, and have been cited over 86,000 times. Ohlson, J. A. (1980). Financial ratios and the probabilistic prediction of bankruptcy. Journal of accounting research, 109-131. Hosmer Jr, D. W., Lemeshow, S., & Sturdivant, R. X. (2013). Applied logistic regression. John Wiley & Sons.

b. Odds Ratio is the ratio of the odds of an event occurring in one group to the odds of that same event occurring in another group.[2] For example, an odds ratio of 4 would mean that in one group the odds of an event occurring are 4 times greater than that event happening in another group.

c. Cohen's D is an effect size measurement which quantifies the difference between two means in standard deviation units.[3] Cohen's D is used to measure the standardized difference between two means. For example, two means may be statistically different but not materially different, meaning the difference is not large (e.g., a difference in mean of 0.1 for two distributions with standard deviations of 2).

d. The Kolmogorov-Smirnov statistic quantifies the difference between two empirical cumulative distribution functions by measuring the maximum vertical difference between the two empirical functions.[4] The Kolmogorov-Smirnov is used to measure how different two distributions are from one another. The statistic's values can range from zero to one, and a high Kolmogorov-Smirnov statistic indicates that the distributions are substantially different from one another.

5. Professor Cohen will testify that he measured the odds that Mr. Leech's Treasury F&O trades have a positive FDR. Professor Cohen will testify that his analyses show that the trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) were much more likely to have a positive FDR than negative, and that the trades Mr. Leech allocated to the Core Strategies were much more likely to have a negative FDR than positive, whereas the set of all of Mr. Leech's F&O trades, trades Mr. Leech placed through the broker Marex, and trades Mr. Leech allocated 50/50 were neither much more likely to have a positive nor negative FDR. Specifically:

a. Overall, the odds of Mr. Leech's Treasury F&O trades having a positive FDR are 1.20 to 1. Similarly, the odds of Mr. Leech's Treasury F&O trades having a negative FDR are 0.83 to 1.

b. The odds of a trade Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) having a positive FDR are 4.69 to 1, meaning there are 4.69 positive FDR trades for every 1 negative FDR trade. Similarly, the odds of a trade Mr. Leech allocated to Macro Opps having a negative FDR are 0.21 to 1.

c. The odds of a trade Mr. Leech allocated to Core Strategies having a positive FDR are 0.35 to 1. Similarly, the odds of a trade Mr. Leech allocated to Core Strategies having a negative FDR are 2.83 to 1, meaning there are 2.83 negative FDR trades for every 1 positive FDR trade.

---

[2] Ibid.

[3] Chapter 4 of Borenstein et al. (2021) discusses effect sizes based on means and describes the methodology to calculate Cohen's D. Borenstein et al. (2021) has been cited over 25,000 times. Borenstein, M., Hedges, L. V., Higgins, J. P., & Rothstein, H. R. (2021). *Introduction to meta-analysis*. John wiley & sons.

[4] Massey (1951) uses the Kolmogorov-Smirnov test to compare two distributions and has been cited over 9,000 times. Massey Jr, F. J. (1951). The Kolmogorov-Smirnov test for goodness of fit. Journal of the American statistical Association, 46(253), 68-78.

d. The odds of a trade Mr. Leech allocated 50/50 having a positive FDR are 1.09 to 1. Similarly, the odds of a trade Mr. Leech allocated 50/50 having a negative FDR are 0.91 to 1.

e. The odds of a trade Mr. Leech placed through the broker Marex having a positive FDR are 1.15 to 1. Similarly, the odds of a trade Mr. Leech placed through the broker Marex having a negative FDR are 0.87 to 1.

f. The odds of a trade Mr. Leech allocated to Macro Opps and placed after October 23, 2023, having a positive FDR are 1.22 to 1. Similarly, the odds of a trade Mr. Leech allocated to Macro Opps and placed after October 23, 2023, having a negative FDR are 0.82 to 1.

6. Professor Cohen will testify that he measured the odds that Mr. Leech's Treasury F&Os have a positive or negative return in the 24 hours after allocation. Professor Cohen will testify that his analysis shows that Mr. Leech's ability to exercise discretion about allocation, and whether he allocated to Macro Opps or the Core Strategies, did not make a meaningful difference for performance in the 24 hours after allocation. Specifically:

a. Overall, the odds of Mr. Leech's Treasury F&O trades having a positive return in the 24 hours after allocation are 1.07 to 1. Similarly, the odds of Mr. Leech's Treasury F&O trades having a negative return in the 24 hours after allocation are 0.93 to 1.

b. The odds of a trade Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) having a positive return in the 24 hours after allocation are 1.07 to 1. Similarly, the odds of a trade Mr. Leech allocated to Macro Opps having a negative return in the 24 hours after allocation are 0.93 to 1.

c. The odds of a trade Mr. Leech allocated to Core Strategies having a positive return in the 24 hours after allocation are 0.93 to 1. Similarly, the odds of a trade Mr. Leech allocated to Core Strategies having a negative return in the 24 hours after allocation are 1.07 to 1.

d. The odds of a trade Mr. Leech allocated 50/50 having a positive return in the 24 hours after allocation are 1.12 to 1. Similarly, the odds of a trade Mr. Leech allocated 50/50 having a negative return in the 24 hours after allocation are 0.89 to 1.

e. The odds of a trade Mr. Leech placed through the broker Marex having a positive return in the 24 hours after allocation are 1.15 to 1. Similarly, the odds of a trade having a negative return in the 24 hours after allocation are 0.87 to 1.

7. Professor Cohen will testify that he analyzed the Net Daily FDRs for Mr. Leech's Treasury F&Os. The Net Daily FDR is the cumulative FDR of all trades on a given day within a given strategy, and the odds he analyzed are between the number of days with positive Net Daily FDRs and the number of days with negative Net Daily FDRs. Professor Cohen will testify that his analyses show that on any day the Net Daily FDR for trades Mr. Leech allocated to Macro Opps was much more likely to be positive than negative, and that on any day the Net Daily FDR for trades Mr. Leech allocated to the Core Strategies was much more likely to be negative than positive, whereas for any day the Net Daily FDR for all of Mr. Leech's F&O trades, trades Mr. Leech placed through the broker Marex, and trades Mr. Leech allocated 50/50 was neither much more likely to be positive nor negative. Specifically:

a. Overall, the odds that on any day the Net Daily FDR for all Mr. Leech's Treasury F&O trades was positive are 1.18 to 1. Similarly, the odds that on any day the Net Daily FDR for his trades was negative are 0.85 to 1.

b. The odds that on any day trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) had a positive Net Daily FDR are 12.63 to 1, meaning for every 1 day where the trades Mr. Leech allocated to Macro Opps had a negative Net Daily FDR, there are 12.63 days where those trades had a positive Net Daily FDR. Similarly, the odds that on any day his trades allocated to Macro Opps had a negative Net Daily FDR are 0.08 to 1.

c. The odds that on any day trades Mr. Leech allocated to Core Strategies had a positive Net Daily FDR are 0.15 to 1. Similarly, the odds that on any day his Core Strategies trades had a negative Net Daily FDR are 6.88 to 1, meaning for every 1 day where the trades Mr. Leech allocated to Core Strategies had a positive Net Daily FDR, there are 6.88 days where those trades had a negative Net Daily FDR.

d. The odds that on any day trades Mr. Leech allocated 50/50 had a positive Net Daily FDR are 0.92 to 1. Similarly, the odds that on any day his trades 50/50 had a negative Net Daily FDR are 1.09 to 1.

e. The odds that on any day trades Mr. Leech placed through the broker Marex had a positive Net Daily FDR are 0.92 to 1. Similarly, the odds that on any day his Marex trades had a negative Net Daily FDR are 1.09 to 1.

8. Professor Cohen will testify he used odds ratios to compare the odds that different sets of Mr. Leech's Treasury F&O trades had a positive FDR. Professor Cohen will explain that his analysis shows the extent to which trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) were much more likely to have a positive FDR when compared to those Mr. Leech allocated to Core Strategies, allocated 50/50, and placed through the broker Marex. It also shows the extent to which trades Mr. Leech allocated to the Core Strategies were much less likely to have a positive FDR when compared to trades Mr. Leech allocated 50/50. Specifically:

a. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and Core Strategies is 13.28, meaning the odds that a trade allocated to Macro Opps had a positive FDR are 13.28 times greater than a trade allocated to Core Strategies. This also means the odds that a trade Mr. Leech allocated to Core Strategies had a negative FDR are 13.28 time higher than those he allocated to Macro Opps.

b. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those he placed through the broker Marex is 4.07, meaning the odds that a trade allocated to Macro Opps had a positive FDR are 4.07 times greater than one placed through Marex.

c. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those he allocated 50/50 is 4.28, meaning the odds that a trade allocated to Macro Opps had a positive FDR are 4.28 times greater than one allocated 50/50.

d. The odds ratio between trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is 0.32. Equivalently, considering the odds a trade had a negative FDR, the odds ratio between trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is 3.10, meaning the odds that a trade allocated to Core Strategies had a negative FDR are 3.10 times greater than one allocated 50/50.

9. Professor Cohen will testify he used odds ratios to compare the odds that different sets of Mr. Leech's Treasury F&O trades had a positive return in the 24 hours after allocation. Professor Cohen will testify that, consistent with his analysis in Paragraph 6, the difference in performance described in Paragraph 8 was not present in the 24 hours after allocation. Specifically:

a. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and Core Strategies is 1.15, meaning the odds that a trade allocated to Macro Opps had a positive return in the 24 hours after allocations are 1.15 times greater than one allocated to Core Strategies.

b. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those he placed through the broker Marex is 0.93. The equivalent odds ratio that a trade had a negative FDR is 1.07, meaning the odds that a trade allocated to Macro Opps had a negative return in the 24 hours after allocations are 1.07 times greater than a trade placed through the broker Marex.

c. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those he allocated 50/50 is 0.96. The equivalent odds ratio that a trade had a negative FDR is 1.04, meaning the odds that a trade allocated to Macro Opps had a negative return in the 24 hours after allocations are1.04 times greater than one allocated 50/50.

d. The odds ratio between trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is 0.83. The equivalent odds ratio that a trade had a negative FDR is 1.20, meaning the odds that a trade allocated to Core Strategies had a negative return in the 24 hours after allocations are 1.20 times greater than one allocated 50/50.

10. Professor Cohen will testify he used odds ratios to compare the odds that on any day the trades Mr. Leech allocated to a particular strategy had a positive Net Daily FDR. Professor Cohen will explain that his analysis shows the extent to which on any day the trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) were much more likely to have a positive Net Daily FDR when compared to those Mr. Leech allocated to the Core Strategies, allocated 50/50 and placed through the broker Marex. It also shows the extent to which on any day the trades Mr. Leech allocated to the Core Strategies were much less likely to have a positive Net Daily FDR when compared to those allocated 50/50. Specifically:

a. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and Core Strategies is 86.86, meaning the odds that on any day the trades allocated to Macro Opps had a positive Net Daily FDR are 86.86 times greater than that of those allocated to Core Strategies. This also means the odds that on any day the trades

allocated to Core Strategies had a negative Net Daily FDR are 86.86 times greater than that of those allocated to Macro Opps.

b. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those placed through the broker Marex is 10.08, meaning the odds that the trades allocated to Macro Opps had a positive Net Daily FDR are 10.08 times greater than that of those placed through the broker Marex.

c. The odds ratio between trades Mr. Leech allocated to Macro Opps (excluding those he placed through the broker Marex) and those he allocated 50/50 is 13.74, meaning the odds that on any day the trades allocated to Macro Opps had a positive Net Dailly FDR are 13.74 times greater than that of those allocated 50/50.

d. The odds ratio between trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is 0.16. Equivalently, considering the odds that on any day Mr. Leech's trades had a negative Net Daily FDR, the odds ratio between trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is 6.32, meaning the odds that on any day the trades allocated to Core Strategies had a negative Net Daily FDR are 6.32 times greater than those he allocated 50/50.

11. Professor Cohen will testify he calculated the Cohen's D to measure the mean difference in FDRs between different sets of Mr. Leech's Treasury F&O trades. Professor Cohen will explain that his analyses show that the mean FDR for trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) was materially greater than that of trades Mr. Leech allocated to Core Strategies, allocated 50/50, and placed through the broker Marex. His analyses also show that the FDR of trades Mr. Leech allocated to the Core Strategies were materially lower than that of trades Mr. Leech allocated 50/50. Specifically:

a. The Cohen's D between the mean FDR of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated to Core Strategies is equal to 1.04, meaning the mean FDR of trades allocated to Macro Opps is 1.04 standard deviations higher than those allocated to Core Strategies.

b. The Cohen's D between the mean FDR of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he placed through the broker Marex is equal to 0.64, meaning the mean FDR of trades allocated to Macro Opps is 0.64 standard deviations higher than those placed through the broker Marex.

c. The Cohen's D between the mean FDR of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is equal to 0.66, meaning the mean FDR of trades allocated to Macro Opps is 0.66 standard deviations higher than those allocated 50/50.

d. The Cohen's D between the mean FDR of trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to -0.66, meaning the mean FDR of trades allocated to Core Strategies is 0.66 standard deviations lower than those allocated 50/50.

12. Professor Cohen will testify he calculated the Cohen's D to measure the mean difference in return in the 24 hours after allocation between different sets of Mr. Leech's Treasury F&O trades.

Professor Cohen will explain that his analyses show that the material differences in performance described in Paragraph 11 were not present in the 24 hours after allocation. Specifically:

a. The Cohen's D between the mean return in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated to Core Strategies is equal to 0.03, meaning the mean return in the 24 hours after allocation of trades allocated to Macro Opps is only 0.03 standard deviations higher than those allocated to Core Strategies.

b. The Cohen's D between the mean return in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he placed through the broker Marex is equal to -0.02, meaning the mean return in the 24 hours after allocation of trades allocated to Macro Opps is only 0.02 standard deviations lower than those placed through Marex.

c. The Cohen's D between the mean return in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is equal to -0.03, meaning the mean return in the 24 hours after allocation of trades allocated to Macro Opps is only 0.03 standard deviations lower than those allocated 50/50.

d. The Cohen's D between the mean return in the 24 hours after allocation of trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to -0.06, meaning the mean return in the 24 hours after allocation of trades allocated to Core Strategies is only 0.06 standard deviations lower than those allocated 50/50.

13. Professor Cohen will testify he calculated the paired Cohen's D to measure the mean difference in Net Daily FDR for all trades Mr. Leech allocated to a particular strategy on each day. Professor Cohen will explain that his analyses show that the mean Net Daily FDR for all trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) was materially greater than that of trades Mr. Leech allocated to Core Strategies, allocated 50/50, and placed through the broker Marex. His analyses also show that the mean Net Daily FDR for all trades Mr. Leech allocated to the Core Strategies were materially less than that of trades Mr. Leech allocated 50/50.

a. The Cohen's D between the mean Net Daily FDR for all trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and that of those he allocated to Core Strategies is equal to 0.96, meaning the mean Net Daily FDR for trades allocated to Macro Opps is 0.96 standard deviations higher than the mean Net Daily FDR for trades allocated to Core Strategies.

b. The Cohen's D between the mean Net Daily FDR for trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he placed through the broker Marex is equal to 0.74, meaning the mean Net Daily FDR for trades allocated to Macro Opps is 0.74 standard deviations higher than the mean Net Daily FDR for trades placed through the broker Marex.

c. The Cohen's D between the mean Net Daily FDR for trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is

equal to 0.71, meaning the mean Net Daily FDR for trades allocated to Macro Opps is 0.71 standard deviations higher than the mean Net Daily FDR for trades allocated 50/50.

d. The Cohen's D between the mean Net Daily FDR for trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to -0.49, meaning the mean Net Daily FDR for trades allocated to Core Strategies is 0.49 standard deviations lower than the mean Net Daily FDR for trades allocated 50/50.

14. Professor Cohen will testify he calculated the Kolmogorov-Smirnov statistic to measure the difference of FDR distributions between different sets of Mr. Leech's Treasury F&O trades. Professor Cohen will testify that his analyses show that the distribution of FDRs for trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) were materially greater than that of trades Mr. Leech allocated to the Core Strategies, allocated 50/50, and those placed through the broker Marex. His analyses also show that the distribution of FDRs for trades Mr. Leech allocated to the Core Strategies were materially less than that of trades Mr. Leech allocated 50/50. Specifically:

a. The Kolmogorov-Smirnov statistic between the FDR distributions of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated to Core Strategies is equal to 0.56. 82% of trades Mr. Leech allocated to Macro Opps have an FDR greater than approximately $0 compared to only 26% of trades Mr. Leech allocated to Core Strategies (and 0.82 minus 0.26 is equal to 0.56).

b. The Kolmogorov-Smirnov statistic between the FDR distributions of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those placed through the broker Marex is equal to 0.36. 66% of trades Mr. Leech allocated to Macro Opps have an FDR greater than approximately $51,000 compared to only 30% of trades Mr. Leech placed through the broker Marex (and 0.66 minus 0.30 is equal to 0.36).

c. The Kolmogorov-Smirnov statistic between the FDR distributions of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is equal to 0.35. 67% of trades Mr. Leech allocated to Macro Opps have an FDR greater than approximately $48,000 compared to only 32% of trades Mr. Leech allocated 50/50 (and 0.67 minus 0.32 is equal to 0.35).

d. The Kolmogorov-Smirnov statistic between the FDR distributions of trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to 0.31. 40% of trades Mr. Leech allocated to Core Strategies have an FDR greater than approximately -$70,000 compared to 71% of trades Mr. Leech allocated 50/50 (and 0.71 minus 0.40 is equal to 0.31).

15. Professor Cohen will testify he calculated the Kolmogorov-Smirnov statistic to measure the difference in distributions of return in the 24 hours after allocation between different sets of Mr. Leech's Treasury F&O trades. Professor Cohen will explain that the material differences described in Paragraph 14 were not present in the 24 hours after allocation. Specifically:

a. The Kolmogorov-Smirnov statistic between the distributions of returns in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated to Core Strategies is equal to 0.07. 72% of trades

Mr. Leech allocated to Macro Opps have an FDR greater than approximately -$164,000 compared to 65% of trades Mr. Leech allocated to Core Strategies (and 0.72 minus 0.65 is equal to 0.07).

b. The Kolmogorov-Smirnov statistic between the distributions of returns in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he placed through the broker Marex is equal to 0.06. 27% of trades Mr. Leech allocated to Macro Opps have an FDR greater than approximately $205,000 compared to 21% of trades Mr. Leech allocated to Core Strategies (and 0.27 minus 0.21 is equal to 0.06).

c. The Kolmogorov-Smirnov statistic between the distributions of returns in the 24 hours after allocation of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is equal to 0.02. 69% of trades Mr. Leech allocated to Macro Opps have an FDR greater than approximately -$127,000 compared to 71% of trades Mr. Leech allocated 50/50 (and 0.71 minus 0.69 is equal to 0.02).

d. The Kolmogorov-Smirnov statistic between the distributions of returns in the 24 hours after allocation of trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to 0.09. 63% of trades Mr. Leech allocated to Core Strategies have an FDR greater than approximately -$141,000 compared to 72% of trades Mr. Leech allocated 50/50 (and 0.72 minus 0.63 is equal to 0.09).

16. Professor Cohen will testify he calculated the Kolmogorov-Smirnov statistic to measure the difference in distributions of Net Daily FDRs between different sets of Mr. Leech's Treasury F&O trades. Professor Cohen will testify that his analyses show that the distribution of Net Daily FDRs for trades Mr. Leech allocated to Macro Opps (excluding those placed through the broker Marex) were materially greater than that of trades Mr. Leech allocated to the Core Strategies, allocated 50/50, and those placed through the broker Marex. His analyses also show that the distribution of Net Daily FDRs for trades Mr. Leech allocated to the Core Strategies were materially less than that of trades Mr. Leech allocated 50/50. Specifically:

a. The Kolmogorov-Smirnov statistic between the distributions of Net Daily FDRs for trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated to Core Strategies is equal to 0.80. On 94% of days Mr. Leech's allocations to Macro Opps had a Net Daily FDR greater than approximately -$23,000 compared to only 14% of days Mr. Leech's allocations to Core Strategies (and 0.94 minus 0.14 is equal to 0.80).

b. The Kolmogorov-Smirnov statistic between the distributions of Net Daily FDRs for trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he placed through the broker Marex is equal to 0.47. On 80% of days Mr. Leech's allocations to Macro Opps had a Net Daily FDR greater than approximately $117,000 compared to only 33% of days for trades Mr. Leech placed through the broker Marex (and 0.80 minus 0.33 is equal to 0.47).

c. The Kolmogorov-Smirnov statistic between the distributions of Net Daily FDRs for trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) and those he allocated 50/50 is equal to 0.46. On 94% of days Mr. Leech's allocations to Macro

Opps had a Net Daily FDR greater than approximately -$16,000 compared to only 48% of days for trades Mr. Leech allocated 50/50 (and 0.94 minus 0.48 is equal to 0.46).

d. The Kolmogorov-Smirnov statistic between the distributions of Net Daily FDRs for trades Mr. Leech allocated to Core Strategies and those he allocated 50/50 is equal to 0.36. On 16% of days Mr. Leech's allocations to Core Strategies had a Net Daily FDR greater than approximately -$47,000 compared to 52% of days for trades Mr. Leech allocated 50/50 (and 0.52 minus 0.16 is equal to 0.32).

17. Professor Cohen will testify that, for different sets of Leech's F&O trades, he conducted binomial tests on the observed proportion of trades with a positive or negative FDR. He will explain that these binomial tests determine if the observed proportion of trades with a positive FDR is statistically different from a null hypothesis. Professor Cohen will explain that generally under the same null hypothesis some outcomes are more unlikely (or more statistically significant) than others. He will testify that simply because two outcomes may be statistically significant under the same null hypothesis (i.e., they have a p-value below a certain threshold) that does not mean the two outcomes are equally unlikely. To illustrate this point, Professor Cohen varied the assumptions for the null hypotheses in the binomial tests, using null hypotheses of 30%, 40%, 50%, 60%, 70%, and 80% for the probability of any trade having a positive FDR. He will explain that while some outcomes may only be significant for some of the hypotheses tested, Mr. Leech's outcomes are statistically significant across all these null hypotheses.

a. For example, Professor Cohen will testify that 82% of trades Mr. Leech allocated to Macro Opps (excluding trades placed through the broker Marex) had a positive FDR and that this proportion is statistically significant under a null hypothesis that any trade should have a 50%, 60%, 70% and 80% chance of being positive. Professor Cohen will explain that even if one were to assume that it is reasonable for 80% of trades to have a positive FDR, it would still be statistically unlikely for 82% of the trades Mr. Leech allocated to Macro Opps to have a positive FDR.

b. Additionally, Professor Cohen will testify that 26% of trades Mr. Leech allocated to Core Strategies had a positive FDR and that this proportion is statistically significant under a null hypothesis that any trade should have a 30%, 40%, and 50% chance of being positive. Professor Cohen will explain that even if one were to assume that it is reasonable for only 30% of trades to have a positive FDR, it would still be statistically unlikely for 26% of the trades Mr. Leech allocated to Core Strategies to have a positive FDR.

18. Professor Cohen will testify that using the regressions described in Paragraph 73 of his Disclosure, he considered the Likelihood Ratio Test-statistic ("LRT-statistic") for all of the bivariate regressions compared to a null model (i.e., intercept-only model). Professor Cohen will testify that his results show that the LRT-statistic is significantly higher for the bivariate regressions using FDR variables than compared to the other predictors he considered. Professor Cohen will explain that this shows the degree to which FDR is a better predictor of Mr. Leech's allocations when compared to other pre-trade indicators.

Professor Lauren Cohen