# Exhibit F

**Second Supplemental Expert Witness Disclosure - Prof. Lauren Cohen**

1. Professor Cohen understands that the defense has submitted notices that include discussion of some of the analyses he performed, as described in his original expert-witness disclosure.

2. Professor Cohen understands that one topic of discussion pertained to his last-in/first-out ("LIFO") and first-in/first-out ("FIFO") hold period analyses, regarding the treatment of the remaining portion of a partially closed trade.

3. Professor Cohen will testify that he updated his original holding period calculation to incorporate partially closed trades. He will testify that the results of his LIFO and FIFO hold period analyses changed slightly with the update. Specifically:

a. Professor Cohen will testify that he updated his LIFO analysis of Treasury futures that Mr. Leech allocated to 671, 984, and 3313 which was described in Paragraph 65 of his original disclosure. Professor Cohen will present the results of his updated LIFO analysis, which will include testifying that, approximately 33% of the opening Treasury futures that Mr. Leech allocated to 3313 were closed by an offsetting trade within one day, and approximately 44% were closed by an offsetting trade within three days; 27% of the opening Treasury futures that Mr. Leech allocated to 671 were closed by an offsetting trade within one day, and approximately 40% were closed by an offsetting trade within three days; 28% of the opening Treasury futures that Mr. Leech allocated to 984 were closed by an offsetting trade within one day, and approximately 42% were closed by an offsetting trade within three days.

b. Professor Cohen will testify that he updated his FIFO analysis of Treasury futures that Mr. Leech allocated to 671, 984, and 3313 which was described in Paragraph 65 of his original disclosure. The following figures, expressed as a whole number in percent, remain unchanged from Paragraph 65 of the disclosure after the update. Professor Cohen will present the results of his updated FIFO analysis, which will include testifying that, approximately 7% of the opening Treasury futures that Mr. Leech allocated to 3313 were closed by an offsetting trade within one day, and approximately 15% were closed by an offsetting trade within three days; 5% of the opening Treasury futures that Mr. Leech allocated to 671 were closed by an offsetting trade within one day, and approximately 12% were closed by an offsetting trade within three days; 5% of the opening Treasury futures that Mr. Leech allocated to 984 were closed by an offsetting trade within one day, and approximately 13% were closed by an offsetting trade within three days.

c. Professor Cohen will testify that the conclusions he draws from the hold period analyses have not changed. Consistent with his original disclosure, Professor Cohen will explain that the hold-period analyses support that there were no requirements about how long Mr. Leech had to hold a position within a strategy, and that Mr. Leech could allocate a trade to a particular strategy and could make an offsetting trade in the opposite direction soon after, including later the same day. Using his updated hold period analyses, Professor Cohen will testify that Mr. Leech often traded Treasury F&Os such that a trade on one day was offset by another trade a short time later. Professor Cohen will present the same charts and figures described in Paragraph 65 of his original disclosure, updated for the changes described in this supplemental disclosure.

4. Professor Cohen understands that the defense's notices include their own trade reassignment analyses, as well as discussion of Professor Cohen's trade reassignment analyses. Professor Cohen will testify that, despite minor differences in the methodological choices and assumptions made to arrive at estimates for the duration impact of reassigning trades, Mr. Dolgoff's and his trade reassignment analyses produced similar results. For example, Mr. Dolgoff's supporting materials provide summary calculations showing that the Dolgoff Full Reassignment resulted in 48, 51, and 101 days in which 3313, 984, and 671 were outside of duration limits, respectively, as compared to 49, 45, and 100 days outside of duration limits, respectively, for 3313, 984, and 671 in the Kolm/Cohen Full Reassignment. Professor Cohen will explain that both his and Mr. Dolgoff's calculations support Professor Cohen's conclusions outlined in Paragraph 64 of his original disclosure, specifically that while Macro Opps and Core Strategies had different duration restrictions, those restrictions did not in practice, meaningfully constrain how Mr. Leech allocated Treasury F&Os between the strategies.

Professor Lauren Cohen