# Exhibit G

# Second Supplemental Expert Witness Disclosure - Prof. Petter Kolm

1. Professor Kolm understands that the defense has submitted notices that include discussion of some analyses he performed or reviewed, as described in his original expert-witness disclosure.

2. Professor Kolm understands that Mr. Dolgoff modified some binary logistic regression analyses that were originally performed by Professor Cohen. Professor Cohen's regression analyses model Mr. Leech's allocation decisions between Macro Opps and Core Strategies using Pre-Allocation return variables and other variables such as trade size, trade convexity, trade time-to-maturity, and interest rate movements prior to trade. As described by Mr. Dolgoff in his rebuttal disclosure, the modified regressions include a "Convexity Effect Offset" variable in lieu of the Pre-Allocation return variables. This Convexity Effect Offset variable aims to measure whether a trade counteracts Portfolio 3313's "Passive Duration Change" that occurs between its execution and allocation time. The Convexity Effect Offset variable is based on a) the change in 10-year Treasury yield from trade execution to allocation time, b) 3313's prior day duration and convexity, and c) the direction of a trade, whether it is long relative to underlying Treasuries (i.e., a long trade) or short relative to underlying Treasuries (i.e., a short trade).

3. Professor Kolm understands that Mr. Dolgoff intends on testifying that his modified regression results show that managing Passive Duration Change explains more of Mr. Leech's allocation decisions to 3313 than do the non-Pre-Allocation return variables of size, convexity, days to expiration, and pre-trade yield changes. Professor Kolm will testify that the explanatory power of the Convexity Effect Offset arises because it mechanically tracks Pre-Allocation returns; that Mr. Dolgoff's analysis does not show whether Mr. Leech's trades consider duration changes prior to trade execution; and that Mr. Dolgoff does not explain how the Convexity Effect Offset relates to trades allocated to the Core Strategies. Specifically:

a. Professor Kolm will explain that, by construction, the Convexity Effect Offset variable mechanically moves together with Pre-Allocation return on days where 3313 was negatively convex, which occurred on about 98% of days from January 1, 2021 to October 19, 2023. When 3313 is negatively convex, decreasing yield from execution to allocation time mechanically reduces 3313 duration and thus mechanically increases Convexity Effect Offset for a long trade. At the same time, all else equal, decreasing yield mechanically increases the long trade's Pre-Allocation return. For a short trade with the same execution and allocation times as the long trade, the decreasing yield mechanically reduces both the Convexity Effect Offset and the Pre-Allocation return. Thus, for a long trade, decreasing yield from execution to allocation results in both increasing Convexity Effect Offset and increasing Pre-Allocation return. For a short trade, with the same execution and allocation times, decreasing yield from execution to allocation results in both decreasing Convexity Effect Offset and decreasing Pre-Allocation return. When yields rise, the same symmetry holds: both measures decrease for long trades and increase for short trades. Whether the trade is long or short, and whether yields are increasing or decreasing, Convexity Effect Offset and Pre-Allocation return move in the same direction when a portfolio such as 3313 is negatively convex.

b. Professor Kolm will testify that calculations using Mr. Dolgoff's own regression dataset on negatively convex days for 3313 support the mechanical relationship described above.

Despite approximation error for Pre-Allocation Passive Duration Change[1] and factors other than 10-year yield change affecting the Pre-Allocation return of a trade,[2] over 93% of trades had values for Convexity Effect Offset and Pre-Allocation return that had the same sign—both positive or both non-positive (less than or equal to zero)—using trades where the 10-year yield change from execution to allocation was at least 0.01%. Among this set of trades, over 97% of 10-year futures trades had the same directionality between Convexity Effect Offset and Pre-Allocation return.

c. Professor Kolm will testify that the mechanics described in Paragraph 3(a) can also be applied to days where a portfolio such as 3313 is positively convex. However, instead of moving together in the same direction like on negatively convex days, a trade's Convexity Effect Offset and Pre-Allocation return move in opposite directions on positively convex days. That is, whether the trade is long or short, and whether yields are increasing or decreasing, Convexity Effect Offset increases while Pre-Allocation return decreases, or Convexity Effect Offset decreases while Pre-Allocation return increases.

d. Professor Kolm will testify that, on the 14 positively convex 3313 days in Mr. Dolgoff's regression dataset, there were 36 trades where the 10-year yield change from execution to allocation was at least 0.01% and where the Convexity Effect Offset was positive and Pre-Allocation return was negative. Although, as measured by the Convexity Effect Offset variable, these 36 trades would have aided the supposed 3313 Passive Duration Change management, 27 of these trades instead went to Core Strategies. Meanwhile, on positively convex 3313 days, there were 50 trades where the 10-year yield change from execution to allocation was at least 0.01% and where the Convexity Effect Offset was negative and Pre-Allocation return was positive. Although, as measured by the Convexity Effect Offset variable, these 50 trades would have been deleterious to the supposed 3313 Passive Duration Change management, 43 of them still went to Macro Opps.

e. Professor Kolm will testify that on the positively convex 3313 days—where the Convexity Effect Offset variable no longer mimics cherrypicking—using trades where the 10-year yield change from execution to allocation was at least 0.01%, only 25% of positive Convexity Effect Offset variable, negative Pre-Allocation return trades went to Macro Opps. In contrast, on these same days, using trades where the 10-year yield change from execution to allocation was at least 0.01%, 86% of negative Convexity Effect Offset variable, positive Pre-Allocation return trades went to Macro Opps.

f. Professor Kolm will testify that, on positively convex 3313 days, 25% of positive Convexity Effect Offset variable, negative Pre-Allocation return trades going to Macro Opps would be unusual (for example, as assessed statistically by a binomial test) *even if* a trader weighed Convexity Effect Offset and Pre-Allocation return equally. However, the defense's hypothesis is that Passive Duration Change management—not Pre-Allocation returns—was the motivation behind Mr. Leech's trading. If the primary motivation were to manage Passive Duration Change for 3313 (instead of say, cherrypicking), the proportion of positive Convexity Effect Offset, negative Pre-Allocation return trades going to Macro Opps should be well over 50% on 3313 positive convexity days. Likewise, well under 50% of negative Convexity Effect Offset variable,

---

[1] For example, the duration and convexity of a portfolio, such as 3313, can change throughout a given day.

[2] Examples include the implied cost of borrowing for Treasury derivatives, and the implied volatility and time-to-maturity for Treasury options.

positive Pre-Allocation trades would go to Macro Opps, instead of the 86% that were observed. Professor Kolm will testify that this outcome is consistent with cherrypicking, but inconsistent with the supposed Passive Duration Change management hypothesis.

g. Professor Kolm will explain that Mr. Dolgoff's modified regression analysis neglects to incorporate Convexity Effect Offset for time horizons prior to trade execution. If managing 3313's Passive Duration Change was a concern for Mr. Leech, this should be evident across multiple time horizons prior to execution through analogous Convexity Effect Offset variables, not just the time from execution to allocation. It would be highly unusual if the only evidence—to the extent it exists—of Mr. Leech's Passive Duration Change management is present between trade execution and allocation (which, notably, is the same timeframe that cherrypicking can occur). Professor Cohen's previous regression analyses show that pre-trade yield changes explain little of Mr. Leech's allocation decisions between Macro Opps and Core Strategies, whether for trades that added duration (long trades) or trades that decreased duration (short trades). In contrast, the three Pre-Allocation return variables were consistently strong explanatory variables for Mr. Leech's allocation decisions.

h. Professor Kolm will testify that Mr. Dolgoff's modified regression analysis neglects to consider Convexity Effect Offset for the Core Strategies. Professor Cohen's regression models assess the explanatory power of certain variables, including Pre-Allocation Returns, on trades allocated to both Macro Opps and the Core Strategies. Mr. Dolgoff's analyses, by contrast, do not investigate the explanatory power of the Convexity Effect Offset variable on allocations to the Core Strategies, even though the Core Strategies may also have benefited from Passive Duration Change management because it, like Macro Opps, was often negatively convex. Professor Kolm will also testify that Mr. Dolgoff has not identified any other variable that explains the allocation of significant losses to the Core Strategies. Professor Kolm will explain that this is significant because, if Mr. Leech was managing Passive Duration Change between execution and allocation in Macro Opps, there is no reason to believe such a strategy should have led to consistent losses from Pre-Allocation returns in the Core Strategies. By not affording the same considerations to Core Strategy portfolios as those afforded to Macro Opps portfolios such as 3313, Mr. Dolgoff's results are afflicted by the post-hoc analytic flexibility and selection bias described in Paragraphs 30 to 33 of Professor Kolm's first supplemental disclosure.

4. Professor Kolm understands that, as described in Mr. Maloney's rebuttal disclosure, Mr. Maloney performed additional analyses using trade reassignment results and data provided by Mr. Dolgoff. As described by Mr. Maloney in his rebuttal disclosure, these regression analyses show that the daily duration impact of Leech's Macro Opps trades on 3313 had the opposite signs to passive duration drift and daily duration changes in the absence of his trades. Mr. Maloney intends to testify that this shows how Mr. Leech's Macro Opps trades had the effect of bringing 3313 back toward its start-of-day duration.

5. Professor Kolm will testify—based on Mr. Maloney's description of his regression analyses in his rebuttal disclosure—that Mr. Maloney's regression analyses suffer from several methodological problems, many of which parallel those described above: namely, Mr. Maloney captures a phenomenon that mechanically mimics first-day returns ("FDRs"); his regressions do not reflect whether Mr. Leech was correcting for duration changes because they rely on daily data

that includes information Mr. Leech did not have at the time he allocated trades; and the analyses do not address allocations to the Core Strategies. Specifically:

a. Professor Kolm will testify that—through mechanics like those described in Paragraph 3(a)—cherrypicking can be mimicked by passive duration drift management in a negatively convex portfolio such as 3313. If trades are net long on days where yield is decreasing and the portfolio is negatively convex, all else equal the trades will both generate positive FDRs and exhibit positive daily duration impact while passive duration drift is negative. If trades are net short on days where yield is increasing and the portfolio is negatively convex, all else equal they will both generate positive FDRs and exhibit negative daily duration impact while passive duration drift is positive. A similar principle holds for estimated daily duration changes in absences of Leech's trades.

b. Professor Kolm will testify that Mr. Maloney's regressions operate at the daily level. Professor Kolm will testify that focusing only on daily-level estimates of portfolio duration change and passive duration drift overlooks the fact that traders make trading and allocation decisions throughout the day.[3] Professor Kolm will also testify that, by using only daily-level data, Mr. Maloney's regressions do not accurately reflect information that Mr. Leech had at the time of trading. Specifically, Mr. Leech only had information about how the market was moving—and, by extension, how duration in his portfolio was changing—from up until the time he placed each trade. Mr. Maloney's regressions, however, rely on end-of-day passive-drift and duration-change measures that incorporate information Mr. Leech could not have known at the time of allocation.

c. Using data provided by Mr. Dolgoff's and Mr. Maloney's supporting materials, Professor Kolm will testify that he calculated the daily version of a "Convexity Effect Offset" on days where Mr. Leech traded in Macro Opps or Core Strategies, using 3313's estimated 5-year passive duration drift, 10-year passive duration drift, and portfolio duration change, and whether the At-Issue 3313 trades on a given day were net long or net short. Professor Kolm will testify that, on days where 3313 was negatively convex and where the absolute change in the 5-year yield was at least 0.05%, FDRs and the daily "Convexity Effect Offset" had the same sign on 79% of those days. Professor Kolm will testify that he repeated the equivalent calculation for 10-year passive duration drift and portfolio duration change (using days where the absolute change in the 10-year yield was at least 0.05%), which resulted in the same directionality on 79% and 70% of those days, respectively.[4,5]

---

[3] For example, suppose a day is divided into three eight-hour periods, where a negatively convex portfolio's passive duration drift is -0.1 in the first period, 0.1 in the second, and -0.1 in the third. Furthermore, suppose the portfolio manager makes three equally sized trades: a long trade at the beginning of the first period that is allocated at the end of the period, a short trade likewise for the second, and a long trade likewise for the third. Ex-post analyses at the daily level may suggest that the portfolio manager traded net long to counteract the day's negative duration drift. However, what remains uncaptured by such analyses is that the portfolio manager had positive Pre-Allocation returns on all three of these trades—not just two.

[4] Daily yields taken at 2:00 PM Pacific Time each day.

[5] As described in Paragraph 3(b), there is approximation error and there are factors that affect trade Pre-Allocation return beyond yield change. As discussed in Paragraph 5(b), traders have the flexibility to make trading and allocation decisions throughout the day. Yields are moving throughout the day and yield movements are non-monotonic, thus aggregation at the daily level obscures trade-level information.

d. Moreover, Professor Kolm will testify that Mr. Maloney's regressions do not appear to consider additional covariates that could be included in the regressions, such as the aforementioned trade size, trade convexity, trade time-to-maturity, and interest rate movements prior to trade. Instead, Mr. Maloney's regressions only consider whether duration drift and daily duration changes for 3313 were factors for Mr. Leech's allocation decisions, but do not consider whether their apparent association is superseded once Pre-Allocation return is included, as Professor Cohen's regressions show. In contrast, Professor Cohen's previous regressions show that, while variables other than Pre-Allocation return may exhibit some association with Mr. Leech's allocation decisions between Macro Opps and Core Strategies, these other variables are dwarfed by Pre-Allocation variables when it comes to significance and explanatory power.

e. Finally, like Mr. Dolgoff, Mr. Maloney neglects to apply the same considerations he afforded 3313 to Core Strategy portfolios. Mr. Maloney considers passive duration drift and daily duration changes for 3313, but not for Core Strategy portfolios such as 671 and 984. As explained in Paragraph 3(h), the failure to look at the Core Strategies is significant given the large losses those strategies suffered at the same time Macro Opps was receiving gains. Mr. Maloney fails to consider that a given trade allocated toward Macro Opps could have similarly had the effect of bringing Core Strategy portfolios back to the duration at the start-of-day, nor does he offer any variable that could explain the large first-day losses that Mr. Leech assigned to the Core Strategies. By not affording the same considerations to Core Strategy portfolios as those afforded to Macro Opps portfolios such as 3313, Mr. Maloney's results (like those of Mr. Dolgoff's) are afflicted by the post-hoc analytic flexibility and selection bias described in Paragraphs 30 to 33 of Professor Kolm's first supplemental disclosure.

6. Professor Kolm understands that the defense's notices include their own trade reassignment analyses, as well as discussion of the trade reassignment analyses he reviewed. Professor Kolm will testify that, despite minor differences in the methodological choices and assumptions made to arrive at estimates for the duration impact of reassigning trades, Mr. Dolgoff's trade analyses and the trade reassignment analyses he reviewed produced similar results. For example, Mr. Dolgoff's supporting materials provide summary calculations showing that the Dolgoff Full Reassignment resulted in 48, 51, and 101 days in which 3313, 984, and 671 were outside of duration limits, respectively, as compared to 49, 45, and 100 days outside of duration limits, respectively, for 3313, 984, and 671 in the Kolm/Cohen Full Reassignment. Professor Kolm will explain that both his and the defense expert's calculations support Professor Kolm's conclusions outlined in Paragraph 35 d. and f. of his original disclosure, specifically that while Macro Opps and Core Strategies had different duration restrictions, those restrictions did not meaningfully constrain how Mr. Leech allocated Treasury F&Os between the strategies, as both his and the defense experts' calculations lead to substantially the same conclusions despite minor methodological differences.

[signature]

Professor Petter Kolm