# Expert Witness Disclosure – Prof. Petter Kolm

Professor Petter Kolm is a Clinical Professor of Mathematics and the Director of the Mathematics in Finance M.S. Program at New York University's Courant Institute of Mathematical Sciences. The Government expects to call Professor Kolm to testify regarding statistical analyses of the performance of Mr. Leech's trading in Treasury futures and options.

## Qualifications and Prior Testimony

Professor Kolm has extensive experience researching, publishing, and teaching about financial mathematics, including as it relates to investment management, portfolio optimization, trading strategies, portfolio and risk management, and evaluating trader performance. In addition to his academic work, Professor Kolm has also worked designing trading strategies, including for fixed-income portfolios. A copy of Professor Kolm's CV, as well as a list of all publications authored by Professor Kolm in the previous 10 years, is attached as Exhibit A to this disclosure.

Professor Kolm has previously testified as an expert witness, but has not testified as an expert in the last four years.

## Anticipated Testimony and Basis

If called at trial, Professor Kolm anticipates testifying to the conclusions and opinions described below. Professor Kolm also anticipates describing the basis for his opinions and conclusions, which are summarized in this disclosure and further supported by the data analyses provided with this disclosure, as well as Professor Kolm's background researching and teaching about finance and portfolio management. Unless otherwise noted, Professor Kolm's analyses generally focus on the period from January 1, 2021 through October 19, 2023. Professor Kolm reserves the right to update and refine his opinions and analyses between now and the time of trial.

In arriving at the opinions disclosed herein, Professor Kolm has reviewed and relied upon the materials described in Exhibit B, as well as the data and analyses in the accompanying subdirectories. Professor Kolm anticipates creating visual exhibits for trial—including charts, tables, and other summaries—to facilitate communicating the opinions described in this disclosure and the support for those opinions, including the data analyses in the accompanying subdirectories. The Government will disclose those exhibits on the exhibit deadline. Professor Kolm was assisted in his work on this case by Integra FEC. Where this disclosure refers to work that Professor Kolm performed, it also includes work that the team at Integra performed at Professor Kolm's direction or work that the team at Integra performed and that Professor Kolm subsequently reviewed and commented on before adopting.

## I. Background Concepts

1. To aid the jury's understanding of his testimony, Professor Kolm may define terms and explain certain background concepts relevant to portfolio management, fixed-income trading, and U.S. Treasury futures and options ("Treasury F&Os"), including explaining the concepts of a

fixed-income portfolio; U.S. Treasuries and derivatives based on Treasuries; duration; convexity; and hedging.[1]

2. To aid the jury's understanding of his testimony, Professor Kolm may define terms and explain certain background concepts relevant to statistics, including concepts such as mean, median, standard deviation, variance, skew, kurtosis, moments, p-value, test statistic, and statistical significance. Professor Kolm may also discuss tests relating to such concepts (including permutation tests), and/or translate such concepts into the domain of investment management (for example, standard deviation and/or variance as measures of risk and/or volatility).[2]

## II. Data Preparation and Cleaning

3. Professor Kolm will testify that he has extensive experience in performing data and statistical analyses, including analyses related to trading and portfolio management. Professor Kolm will explain that, before performing such analyses, it is typically necessary to "clean" the data so it is in a useful format for the relevant project. This process often includes merging data from different sources or matching data across sources.

4. Professor Kolm will testify that, in preparing the analyses and opinions described herein, he received and reviewed: (1) multiple trade blotters that reflected trades made by Mr. Leech and others at Western Asset Management Company ("Western Asset"); (2) Western Asset historical portfolio information such as gross returns, assets under management, duration, and convexity; (3) records from brokers that Mr. Leech used to place trades in Treasury F&Os; and (4) data from the Chicago Mercantile Exchange ("CME"), which reflect, among other things, yield levels for different tenors of U.S. Treasuries and information about bids, offers, and trades for different tenors of Treasury F&Os.

5. Professor Kolm will testify that he supervised the process of: (1) cleaning the trade blotters to, among other things, make it easier to identify trades and sort by allocation type; (2) merging broker data with the trade blotters to identify additional information about when trades were placed and filled; and (3) using the data from CME to assess yield levels and prices for U.S. Treasuries and prices for Treasury F&Os at relevant points in time. Copies of the cleaned trade blotter, the merged broker data, and the cleaned CME data are in subdirectory "Section 2," along with the processes used to clean and merge the data.

## III. The Relevant Instruments, Strategies, Accounts, and Allocations

6. Professor Kolm will explain that his analysis for this case focused on Mr. Leech's trading of Treasury F&Os.[3] He will testify that the trade blotter shows that Mr. Leech allocated to accounts

---

[1] Textbooks where one or many of these topics are discussed include Ross, S. A., Westerfield, R. W., & Jordan, B. D. (2021). *Fundamentals of Corporate Finance*. New York, NY: McGraw-Hill; Bodie, Z., Kane, A., & Marcus, A. J. (2021). *Investments*. New York, NY: McGraw-Hill; and Groebner, D. F., Shannon, P. W., Fry, P. C., & Smith, K. D. (2014). *Business Statistics: A Decision-Making Approach*. Boston: Pearson.
[2] See Footnote 1, above.
[3] As explained in the summary of the process for cleaning the trade blotter, Mr. Leech sometimes purchased a single type of Treasury F&O and other times would place paired trades (e.g., a future and an option or multiple futures). Unless otherwise noted, Professor Kolm's analyses have excluded the paired trades, as identified through "futures roll ticket" trade type or allocation assignment of "Vs, Closing, Replaces or Tradeweb."

within strategy groups, including accounts within Western Asset's Core strategy ("Core"); accounts within Western Asset's Core Plus strategy ("Core Plus" and, with Core, the "Core Strategies"); and accounts within Western Asset's Macro Opportunities strategy ("Macro Opps"). The trade blotter shows that Mr. Leech also allocated trades to specific client accounts, including client accounts for the [redacted] ("1651") and the [redacted] ("1074").

7. Professor Kolm will testify that the Core Strategies are broad-market strategies that Western Asset publicly represented as being managed to maximize total return over a market cycle while approximating benchmark risk from the Bloomberg Aggregate Index. Professor Kolm will identify the relevant duration and convexity limits for the Core Strategies. He will explain the types of assets that were typically within portfolios in the Core Strategies, including Treasury F&Os, he will show the duration and convexity of the Core Strategies; and he will identify the duration and convexity contribution of Treasury F&Os in the Core Strategies, relative to other holdings. Professor Kolm's description of the mandate and restrictions for the Core Strategies is based on his review of the Portfolio Guidelines, and his testimony about the assets within the Core Strategies and about duration and convexity are based on the trade blotter and the files located in subdirectory "Section 3."

8. Professor Kolm will testify that Macro Opps is a broad-market strategy that Western Asset publicly represented as being managed to maximize total return. Professor Kolm will identify the relevant duration and convexity limits for Macro Opps; he will explain the types of assets that were typically within portfolios in Macro Opps, including Treasury F&Os. He will show the duration and convexity of Macro Opps; and he will identify the duration and convexity contribution of Treasury F&Os in Macro Opps, relative to other holdings. Professor Kolm's description of the mandate and restrictions for Macro Opps is based on his review of the Portfolio Guidelines, and his testimony about the assets within Macro Opps and about duration and convexity are based on the trade blotter and the files located in subdirectory "Section 3."[4]

9. Professor Kolm will testify that account 1651 typically received allocations consistent with being an account within the Core Plus Strategy, although Mr. Leech also specifically directed certain allocations to 1651. Professor Kolm will testify that account 1074 typically received allocations consistent with being an account within Macro Opps, although Mr. Leech also specifically directed certain allocations to 1074. Professor Kolm will identify the same features of 1651 and 1074 as described in Paragraphs 7 and 8.

10. Professor Kolm will testify that the trade blotter shows that Mr. Leech could allocate the entirety of a trade to a particular account or strategy, or he could split a trade between multiple accounts and strategies. Professor Kolm will testify that the trade blotter shows that Mr. Leech often allocated trades either entirely to the Core Strategies, entirely to Macro Opps, or to a split between the Core Strategies and Macro Opps (a "50/50 trade"). Professor Kolm will testify that

[4] Unless noted otherwise, Professor Kolm's analyses of the Macro Opps trades will exclude trades placed through the broker Marex, as it is Professor Kolm's understanding, based on documents produced by Western Asset, that trades placed through the broker Marex were allocated to Macro Opps by default, while trades placed through other brokers could be allocated to different strategies.

the cleaned trade blotters in subdirectory "Section 3" include columns that categorize Mr. Leech's trades based on those allocation types.

11. Professor Kolm will explain that, for purposes of some of his analyses, he has focused on particular accounts within the Core Strategies and Macro Opps. Specifically, he focused on 671 for Core, 984 for Core Plus, and 3313 for Macro Opps. Professor Kolm will testify that these are useful examples for analyses because, when Mr. Leech allocated a trade to a particular strategy, the Treasury F&Os from that trade typically went to accounts within that strategy pro rata by market size, so these representative accounts provide a way to see how trades that Mr. Leech allocated to different strategies flowed into and changed the accounts within those strategies.

12. Professor Kolm will explain that he calculated the first-day return ("FDR") of Mr. Leech's Treasury F&O trades from Western Asset's trade blotter using the size of each trade, the price at which Mr. Leech made the trade, and the daily settlement price for that trade. Professor Kolm will testify that FDRs are important because first-day returns contribute to the overall daily return of a fund and reflect whether Mr. Leech entered or exited a position at a good price. Professor Kolm will present data, including charts, showing FDRs from Mr. Leech's Treasury F&O trades.

13. Professor Kolm will testify that he has reviewed data reflecting the time that Mr. Leech's allocation commands were recorded in Western Asset's system, which he was able to identify in the trade blotters based on records provided by Western Asset. Professor Kolm will explain that there were often multiple hours between when Mr. Leech's Treasury F&O trades executed and when his allocation decisions were recorded in Western Asset's systems. Professor Kolm will explain that he calculated the return between the time of the last fill and the time the allocation decision was recorded (the "Pre-Allocation Return") for Mr. Leech's Treasury F&O trades. Professor Kolm will explain that he was able to calculate Pre-Allocation Returns for each trade by first looking up the CME midpoint for the trade's instrument at time of allocation. Then the Pre-Allocation Return can be calculated for each trade as the product of the trade size and the price change between the weighted average trade price and the price at the time of allocation. Professor Kolm will testify that Pre-Allocation Returns are a way to check whether the FDRs for Mr. Leech's trades were a result of price movements after allocation. The data on Pre-Allocation Returns supports the conclusion that the answer is no because Mr. Leech's net Pre-Allocation Returns were higher for Macro Opps than his FDRs for Macro Opps, and his net Pre-Allocation Returns were lower for the Core Strategies than his FDRs for the Core Strategies. Professor Kolm will present data, including charts, showing Pre-Allocation Returns from Mr. Leech's Treasury F&O trades.[5]

## IV. The Performance of Mr. Leech's Treasury F&O Trades

14. Professor Kolm will testify that an important part of assessing the performance of a trader or investment strategy is to separate the portion of performance that is attributable to the risk or volatility of the assets being traded. Professor Kolm will explain the concept of distinguishing the risk-related aspects of performance from the aspects that are more directly attributable to the skill

[5] Pre-Allocation Returns can reflect returns that took place after CME settlement time, if allocation occurred after settlement.

of the trader or team running the strategy. His testimony will be based on the extensive academic literature on this topic[6] and his own experience designing trading strategies.

15. Professor Kolm will testify that there are a number of different methodologies that both academics and people who design trading strategies use to help assess the extent to which the performance of a trader or strategy is driven by elements unique to the trader or strategy, as opposed to the risk profile of the assets being traded. Professor Kolm will explain that those methodologies include:

a. Analyzing volatility-adjusted returns: Because the volatility of returns can vary across different funds, traders, or sources of return (e.g., FDR or overall daily return), adjusting for volatility enables meaningful comparison of performance. Volatility-adjusted returns help control for risk differences and make it possible to compare performance across portfolios or trading strategies on a consistent basis.

b. Analyzing Sharpe ratios: Sharpe ratios are a commonly used metric in both academia and the investment-management industry for comparing performance across funds, traders, or sources of returns. Sharpe ratios assess the average excess return of a fund, trader, or source of return while adjusting for volatility and the risk-free rate of return.[7]

c. Empirical asset pricing models: Such models use the historical returns of one or more benchmark(s) to evaluate a fund's or trader's performance. Consistent skill, reflected in returns exceeding those of the benchmark, appears as a statistically significant positive intercept (sometimes also called "alpha") in a regression based on an empirical asset pricing model. A fund and/or trader can also have no skill, in delivering excess return below benchmark(s). Most commonly, funds or traders do not generate excess returns that are statistically or economically distinguishable from zero. Through a quantity sometimes called "beta," these models can also measure the strength and direction of the relationship between a fund's or trader's returns and those of the benchmark(s).

16. Professor Kolm will testify that he analyzed Mr. Leech's performance on the FDRs of the Treasury F&O trades Mr. Leech allocated to either Macro Opps or the Core Strategies, as compared to the performance of those strategies and trades more broadly, as well as to other fixed-income funds.[8] Professor Kolm will explain that his objective was to see whether Mr. Leech's FDR performance of Treasury F&O trades he allocated to either Macro Opps or the Core Strategies was similar to, or different from, the performance of those assets and trades more broadly, as well as to other fixed-income funds. If Mr. Leech's performance for FDRs of Treasury F&O trades he

---

[6] *See, e.g.*, Sharpe, W.F. (1966). "Mutual Fund Performance." *Journal of Business*, 39 (1), 119-138; Jensen, M.C. (1968); "The Performance of Mutual Funds in the Period 1945–1964." *Journal of Finance*, 23 (2), 389–416; and Grinold, R.C. & Kahn, R.N. (2000). *Active Portfolio Management: A Quantitative Approach for Producing Superior Returns and Controlling Risk*. 2nd ed., McGraw Hill.

[7] Sharpe, William F. (1994). "The Sharpe Ratio". *The Journal of Portfolio Management*. 21 (1): 49–58.

[8] Comparative funds are non-ultrashort and non-short term maturity US-domiciled fixed income funds with AUM of at least $10M as of YE 2020 and with at least 500 trading records in the time range. For example, the WAMCO Core and Core Plus funds (WATFX and WACPX, respectively) are categorized as intermediate maturity. Categorization information was sourced from Bloomberg and Morningstar's website where available and AUM data was sourced from Bloomberg. Historical return data for the Bloomberg Aggregate Index and comparative funds was sourced from Bloomberg.

specifically allocated to Macro Opps or the Core Strategies was significantly different from the comparators (as described further in the paragraphs below), that would indicate there was something unique about Mr. Leech's trading activity that drove the difference in performance with respect to FDRs for those trades.

17. Professor Kolm will testify that he performed different types of analyses, which are described further below, all of which showed that Mr. Leech's performance for FDRs of Treasury F&O trades he allocated to Macro Opps was abnormally good, his performance for FDRs of Treasury F&O trades he allocated to the Core Strategies was abnormally poor, and that the performance difference disappeared within the 24 hours after allocation. Professor Kolm will testify that these analyses are consistent with Mr. Leech using performance information from between the time of trade and the time of allocation in making allocation decisions. The analyses show that, not only was there something unique about Mr. Leech's trading activity that was driving performance with respect to FDRs, but that whatever unique thing was driving that performance somehow had opposite effects between Macro Opps and the Core Strategies. The difference, however, disappeared after the first day. Professor Kolm will testify that this suggests that whatever was driving Mr. Leech's unique first-day performance was not a result of having exceptional skill, because one would not expect a trader to be exceptionally skillful at that in one set of portfolios, and exceptionally bad at it in another set of portfolios, during the same time period, with that difference disappearing after the first day.

18. Professor Kolm will explain that, as a foundation for his analyses, he began by calculating the FDRs, cumulative FDRs, and volatility of Treasury F&O trades that Mr. Leech allocated specifically to Macro Opps and the Core Strategies. Professor Kolm also calculated the daily return, cumulative return, and volatility of other comparators that he used in the analyses described below, such as Macro Opps; the Core Strategies; the Bloomberg Aggregate Index; and other fixed-income funds. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Professor Kolm will display the results of some of these calculations to explain the concept of absolute returns, returns as a percentage of AUM, volatility, and volatility-adjusted returns.

19. Professor Kolm will testify that he calculated the volatility-adjusted returns of Treasury F&O Trades that Mr. Leech allocated specifically to Macro Opps and the Core Strategies. Professor Kolm also calculated the volatility-adjusted returns of the daily returns of a number of different comparators, such as such as Macro Opps; the Core Strategies; the Bloomberg Aggregate Index; and other fixed-income funds. Additional data underlying Professor Kolm's calculations and example results of his calculations are in subdirectory "Section 4." Professor Kolm will present the results of his analyses to the jury, including through charts. Specifically:

a. Professor Kolm will testify that he analyzed the volatility-adjusted returns of the daily returns for Macro Opps, compared to the volatility-adjusted returns of the daily returns for the Bloomberg Aggregate Index. He also analyzed the volatility-adjusted FDRs for Treasury F&Os that Mr. Leech allocated specifically to Macro Opps, compared to the volatility-adjusted returns of the daily returns for the Bloomberg Aggregate Index. Additional data and example results of Professor Kolm's analyses are in subdirectory "Section 4." Professor Kolm will present the results of his analyses, including in the form of charts. He will explain that his analyses, conducted using empirical asset pricing models, show that Mr. Leech was able to deliver

consistently positive excess returns for Macro Opps through his FDRs. Mr. Leech's Macro Opps FDRs also exhibited little co-movement with the broader fixed income market, as represented by the Bloomberg Aggregate Index. In contrast, the overall daily performance of Macro Opps exhibited no evidence of consistently positive nor negative excess returns, while exhibiting a strong co-movement with that of the Bloomberg Aggregate Index.

b. Professor Kolm will testify that he analyzed the volatility-adjusted returns of the daily returns for the Core Strategies, compared to the volatility-adjusted returns of the daily returns for the Bloomberg Aggregate Index. He also analyzed the volatility-adjusted returns of FDRs for Treasury F&Os that Mr. Leech allocated specifically to the Core Strategies, compared to the volatility-adjusted returns for Bloomberg Aggregate Index. Additional data and example results of Professor Kolm's analyses are in subdirectory "Section 4." Professor Kolm will present the results of his analyses, including in the form of charts. He will explain that his analyses, conducted using empirical asset pricing models, show that Mr. Leech was able to deliver consistently negative excess returns for Core Strategies through his FDRs. Mr. Leech's Core Strategies' FDRs also exhibited low co-movement with the broader fixed income market, as represented by the Bloomberg Aggregate Index. In contrast, the overall daily performance of Core Strategies exhibited no evidence of consistently positive nor negative excess returns, while exhibiting a strong positive co-movement with that of the Bloomberg Aggregate Index.

c. Professor Kolm will testify that he analyzed the volatility-adjusted returns of the daily returns for the Core Strategies, compared to the volatility-adjusted returns of the daily returns for Macro Opps. He also analyzed the volatility-adjusted returns of FDRs for Treasury F&Os that Mr. Leech allocated specifically to the Core Strategies, compared to the volatility-adjusted returns of the FDRs for Treasury F&Os Mr. Leech allocated specifically to Macro Opps. Additional data and example results of Professor Kolm's analyses are in subdirectory "Section 4." Professor Kolm will present the results of his analyses, including in the form of charts, and explain that his analyses show that Mr. Leech was able to deliver reliable excess returns for Macro Opps over Core Strategies through his FDRs. Mr. Leech's Macro Opps FDRs also exhibited strong negative co-movement with his Core Strategies FDRs. In contrast, the overall daily performance of Macro Opps exhibited no evidence of consistently positive nor negative excess returns, while exhibiting a strong positive co-movement with that of Core Strategies.

d. Professor Kolm will testify that he analyzed the mean volatility-adjusted returns of FDRs for Treasury F&Os Mr. Leech allocated specifically to Macro Opps and the Core Strategies, as well as the mean volatility-adjusted returns for the daily returns in Macro Opps, the Core Strategies, the Bloomberg Aggregate Index, and a large sample of other fixed-income funds. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results showed that the mean volatility-adjusted returns of FDRs for Treasury F&Os allocated to Macro Opps were significantly higher than the mean volatility-adjusted returns for the other comparators, and the mean volatility-adjusted returns of FDRs for Treasury F&Os allocated to the Core Strategies were significantly lower than the mean volatility-adjusted returns for the other comparators. Professor Kolm will explain that this shows while the overall daily performances of Macro Opps and Core Strategies performed similarly to that of comparative funds in the US fixed income market and the Bloomberg Aggregate Index, the FDRs of Macro Opps were unusually high, while the FDRs of Core Strategies were unusually low.

e. Professor Kolm will testify that he analyzed the volatility-adjusted cumulative returns of FDRs for Treasury F&Os that Mr. Leech allocated specifically to Macro Opps and the Core Strategies, as well as the volatility-adjusted cumulative returns for the daily returns in Macro Opps, the Core Strategies, the Bloomberg Aggregate Index, and a large sample of other fixed-income funds. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results showed that the volatility-adjusted cumulative returns of FDRs for Treasury F&Os allocated to Macro Opps were significantly higher than the volatility-adjusted cumulative returns for the other comparators, and the volatility-adjusted cumulative returns of FDRs for Treasury F&Os allocated to the Core Strategies were significantly lower than the volatility-adjusted cumulative returns for the other comparators. Professor Kolm will explain that the results highlight how distinctively high the FDRs were for Macro Opps—and how distinctively low the FDRs were for Core Strategies—compared with the daily performances of comparable funds and the Bloomberg Aggregate Index. Professor Kolm will also testify that the volatility-adjusted cumulative FDRs of Macro Opps and Core Strategies exhibited little to no relationship with the cumulative daily returns of comparative funds and the Bloomberg Aggregate Index. In contrast, the cumulative overall daily returns of Macro Opps and Core Strategies strongly resembled that of comparative funds and the Bloomberg Aggregate Index.

20. Professor Kolm will testify that, in addition to the analyses described above, he also performed analyses using Sharpe ratios. Professor Kolm will explain that a Sharpe ratio is a type of volatility-adjusted return metric that incorporates a benchmark, such as the risk-free rate. Here, Professor Kolm analyzed Sharpe ratios to assess the returns of Macro Opps and Core Strategies against that of comparative funds and the Bloomberg Aggregate Index.[9] Professor Kolm will present the results of his analyses to the jury, including through charts. Specifically:

a. Professor Kolm will explain that he performed his first analyses using daily return data. He will testify that he calculated the Sharpe ratios for FDRs of Treasury F&Os that Mr. Leech allocated specifically to Macro Opps and the Core Strategies; daily returns Macro Opps and the Core Strategies; daily returns for the Bloomberg Aggregate Index; and daily returns for comparative US fixed income funds. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results show that the Sharpe ratios of FDRs for Treasury F&Os allocated to Macro Opps were significantly higher than the Sharpe ratios for the other comparators, and the Sharpe ratios of FDRs for Treasury F&Os allocated to the Core Strategies were significantly lower than the Sharpe ratios for the other comparators. Professor Kolm will explain that this shows that the FDRs of Macro Opps tended to perform distinctly well when accounting for risk, and that the FDRs of Core Strategies tended to perform distinctly poorly when accounting for risk. This is in contrast to the overall daily returns of Macro Opps and Core Strategies, which both perform similarly to comparative funds and the Bloomberg Aggregate Index.

---

[9] Data for the risk-free rate is from Professor Kenneth French's data library. Professor French is the Roth Family Distinguished Professor of Finance at the Tuck School of Business at Dartmouth College, and his risk-free rates and other factor-related data are widely used in industry and academia: https://mba.tuck.dartmouth.edu/pages/faculty/ken.french/data_library.html. For example, this data is used in: Eugene F. Fama, Kenneth R. French (2015). "A five-factor asset pricing model." *Journal of Financial Economics*, Volume 116, Issue 1, Pages 1-22. This paper has over 11,000 citations according to Google Scholar as of October 22, 2025.

b. Professor Kolm will testify that he performed another set of analyses that is the same as those described in subparagraph (a) above, but using volatility-adjusted returns. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results show that the Sharpe ratio of FDRs for Treasury F&Os allocated to Macro Opps was significantly higher than the Sharpe ratios for the other comparators, and the Sharpe ratio of FDRs for Treasury F&Os allocated to the Core Strategies was significantly lower than the Sharpe ratios for the other comparators. Professor Kolm will explain that this shows that the FDRs of Macro Opps tended to perform distinctly well when accounting for risk, and that the FDRs of Core Strategies tended to perform distinctly poorly when accounting for risk. This is in contrast to the overall daily returns of Macro Opps and Core Strategies, which both perform similarly to comparative funds and the Bloomberg Aggregate Index.

21. Professor Kolm will testify that he performed analyses of (1) the cumulative FDR of Treasury F&Os that Mr. Leech allocated specifically to either Macro Opps or the Core Strategies and (2) the cumulative returns of those Treasury F&O trades for each subsequent day. Professor Kolm will testify that he performed these analyses to better understand how the first-day performance of Treasury F&O trades that Mr. Leech allocated to either Macro Opps or the Core Strategies compared to the performance of those trades on subsequent days. Additional data and example results of his analyses are in subdirectory "Section 4." Professor Kolm will present the results of his analyses, including using charts. Specifically:

a. Professor Kolm will testify that he compared the cumulative FDR of Treasury F&Os that Mr. Leech allocated specifically to Macro Opps with the cumulative daily returns of those trades in subsequent days. Additional data and results of Professor Kolm's calculations, including an example of a chart Professor Kolm may present, are in subdirectory "Section 4." Professor Kolm will explain that the cumulative FDR of those trades was a net gain of over $100 million, whereas the cumulative daily return on subsequent days was substantially lower, fluctuating between a net gain of approximately $19 million and a net loss of approximately $22 million. Professor Kolm will explain this shows that, to the extent Mr. Leech was able to consistently deliver positive FDRs for Macro Opps, this ability did not persist on subsequent days.

b. Professor Kolm will testify that he performed the same type of comparison described in Paragraph 21(a), but examining volatility-adjusted returns instead of profits and losses. Additional data and results of Professor Kolm's calculations, including an example of a chart Professor Kolm may present, are in subdirectory "Section 4." Professor Kolm will explain this shows that, to the extent Mr. Leech was able to consistently deliver positive first-day excess returns for Macro Opps, this ability did not persist on subsequent days.

c. Professor Kolm will testify that he compared the cumulative FDR of Treasury F&Os that Mr. Leech allocated specifically to the Core Strategies with the cumulative daily returns of those trades in subsequent days. Additional data and results of Professor Kolm's calculations, including an example of a chart Professor Kolm may present, are in subdirectory "Section 4." For 671, Professor Kolm will explain that the cumulative FDR of those trades was a net loss of nearly $150 million, whereas the cumulative daily return on subsequent days was substantially higher, fluctuating between a net gain of approximately $42 million and a net loss of approximately $43 million. For 984, Professor Kolm will explain that the cumulative FDR of those trades was a net loss of over $300 million, whereas the cumulative daily return on subsequent days was

substantially higher, fluctuating between a net gain of approximately $64 million and a net loss of approximately $74 million. Professor Kolm will explain this shows that, to the extent Mr. Leech tended to consistently deliver negative first-day trade returns for Core Strategies, this tendency did not persist on subsequent days.

d. Professor Kolm will testify that he performed the same type of comparison described above, but examining volatility-adjusted returns instead of dollar-denominated profits and losses. Additional data and results of Professor Kolm's calculations, including an example of a chart Professor Kolm may present, are in subdirectory "Section 4." Professor Kolm will explain this shows that, to the extent Mr. Leech tended to consistently deliver negative excess returns for Core Strategies, this tendency did not persist on subsequent days.

e. Professor Kolm will testify that he analyzed the volatility-adjusted cumulative returns of FDRs for Treasury F&Os Mr. Leech allocated specifically to Macro Opps and the Core Strategies, as well as the volatility-adjusted cumulative returns for those Treasury F&O trades on subsequent days, comparative funds, and the Bloomberg Aggregate Index. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results show that the volatility-adjusted cumulative returns of FDRs for Treasury F&Os allocated to Macro Opps were significantly higher than the volatility-adjusted cumulative returns of those Treasury F&O trades on subsequent days, and that the volatility-adjusted cumulative returns of FDRs for Treasury F&Os allocated to the Core Strategies were significantly lower than the volatility-adjusted cumulative returns of those Treasury F&O trades on subsequent days. Professor Kolm will explain that this shows how unusual Mr. Leech's volatility-adjusted cumulative FDRs appear for Macro Opps and Core Strategies, when volatility-adjusted cumulative returns for days after the first day perform similarly with each other and with the Bloomberg Aggregate Index.

f. Professor Kolm will testify that he analyzed the Sharpe ratios of FDRs for Treasury F&Os Mr. Leech allocated specifically to Macro Opps and the Core Strategies, as well as the Sharpe ratios of those Treasury F&O trades on subsequent days, comparative funds, and the Bloomberg Aggregate Index. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 4." Those results showed that the Sharpe ratios of FDRs for Treasury F&Os allocated to Macro Opps were significantly higher than the Sharpe ratios of those Treasury F&O trades on subsequent days, and that the Sharpe ratios of FDRs for Treasury F&Os allocated to the Core Strategies were significantly lower than the Sharpe ratios of those Treasury F&O trades on subsequent days. Professor Kolm will explain that this shows Mr. Leech's trade returns after the first day exhibit similar performance to comparative funds and the Bloomberg Aggregate Index. In contrast, Mr. Leech's first-day performance in Core Strategies is distinctly poor, while his first-day performance in Macro Opps is distinctly high.

22. Professor Kolm will testify that his calculation of the cumulative returns of Mr. Leech's Treasury F&O trades after the first day allowed him to analyze the significance of FDRs for the performance of Mr. Leech's Treasury F&O trades and the relevant strategies more broadly. Additional data and results of Professor Kolm's calculations, including an example of a chart Professor Kolm may present, are in subdirectory "Section 4." Professor Kolm will present the results of his analyses, including through charts. Specifically:

a. Professor Kolm will testify that FDRs played a significant role in the performance of Treasury F&O trades Mr. Leech allocated specifically to Macro Opps. Using 3313 as an example, Professor Kolm will explain that the Treasury F&O trades Mr. Leech allocated specifically to Macro Opps (3313) had a cumulative impact on that portfolio of nearly $50 million in losses. The cumulative FDRs of those Treasury F&O trades was over $130 million in gains, whereas the cumulative return of those trades on all remaining days was nearly $180 million in losses.

b. Professor Kolm will testify that FDRs played a significant role in the performance of Treasury F&O trades Mr. Leech allocated specifically to the Core Strategies. Using 671 as an example, Professor Kolm will explain that the Treasury F&O trades Mr. Leech allocated specifically to 671 had a cumulative impact on that portfolio of over $260 million in losses. The cumulative FDRs of those Treasury F&O trades was nearly $140 million in losses, and the cumulative return of those trades on all remaining days was nearly $130 million in losses. Using 984 as an example, Professor Kolm will explain that the Treasury F&O trades Mr. Leech allocated specifically to 984 had a cumulative impact on that portfolio of nearly $750 million in losses. The cumulative FDRs of those Treasury F&O trades was nearly $310 million in losses, and the cumulative return of those trades on all remaining days was over $440 million in losses.

c. Professor Kolm will testify that FDRs for Treasury F&Os played a significant role in the overall performance of Macro Opps. For example, 3313's overall performance saw an estimated loss of nearly $440 million from January 1, 2021 to October 19, 2023. This loss would have been more than $130 million larger if not for Mr. Leech's distinctly positive Treasury F&O FDRs.

d. Professor Kolm will testify that, by contrast, Treasury F&Os played a comparatively small role in the overall performance of the Core Strategies, in large part because Mr. Leech's Treasury F&O trading played a much smaller role in those portfolios. For example, 671's overall performance saw an estimated loss of nearly $4,290 million from January 1, 2021 to October 19, 2023. This loss would have been nearly $140 million smaller if not for Mr. Leech's distinctly negative Treasury F&O FDRs. For example, 984's overall performance saw an estimated loss of over $9,240 million from January 1, 2021 to October 19, 2023. This loss would have been nearly $310 million smaller if not for Mr. Leech's distinctly negative Treasury F&O FDRs.

## V. Runs Test Analyses

23. Professor Kolm will—based on his knowledge of the academic literature and his experience designing trading strategies—explain that it is highly unlikely that a trader would, by chance, be able to consistently generate positive FDRs trading Treasury F&Os. Indeed, it would be very unusual for a trader to consistently generate such returns intentionally, particularly without using some type of consistent (often algorithmic) trading formula or methodology specifically designed to capture such returns. Professor Kolm will also explain that, just as it is highly unlikely a trader could, by chance, consistently generate positive or negative FDRs trading Treasury F&Os, it is particularly unlikely that a trader would, by chance, generate consistently positive FDRs in one strategy and consistently negative FDRs in another strategy.

24. Professor Kolm will testify that he has reviewed market data that support his understanding, based on academic literature and experience, described in the preceding paragraph. Specifically, Professor Kolm will explain that he examined yield changes from various preceding time horizons, including hours, days, and months. Professor Kolm will testify that he performed various autocorrelation analyses to examine the extent to which there was a relationship between Treasury yield changes and prior yield movements on a daily, intra-day, and hourly basis. Additional data and example results of Professor Kolm's calculations are in subdirectory "Section 5." Professor Kolm will explain that an autocorrelation analysis assesses the extent to which a variable can be predicted based on its past values. Professor Kolm will explain, and presents charts showing, the results of his analysis and will explain that the results mean interest rate movements were largely unpredictable in this timeframe. Professor Kolm will discuss how this finding is consistent with the academic and practitioner literature, which generally finds that short-term interest-rate changes are difficult to predict with reliability.[10]

25. Professor Kolm will also testify that he has reviewed data regarding Mr. Leech's Treasury F&O trading in Macro Opps and the Core Strategies that further support his understanding (described in the preceding two paragraphs) that it would be highly unlikely that a trader in Mr. Leech's position would consistently generate positive FDRs in one strategy and negative FDRs in the other strategy. Specifically, as described in Section IV, the daily performance of Macro Opps and the Core Strategies were similar when measured against the Bloomberg Aggregate Index and other funds, as was the daily performance of Mr. Leech's Treasury F&O trades, aside from on the first day. Moreover, as describe in Section VI below, Professor Kolm has reviewed data on Mr. Leech's Treasury F&O trading in Macro Opps and the Core Strategies, which show that Mr. Leech had considerable flexibility in deciding what Treasury F&O trades to make in those strategies and that he was not consistently making opposite types of trades between the two strategies.

26. Professor Kolm will testify that he has performed analyses (described in further detail in this Section) to examine the consistency of the FDRs Mr. Leech achieved. Professor Kolm will testify that his analyses show that the FDRs for Treasury F&O trades that Mr. Leech allocated specifically to Macro Opps were consistently positive, whereas the FDRs for trades he allocated specifically to Core Strategies were consistently negative. By contrast, the FDRs fluctuated between positive and negative over time for Mr. Leech's Treasury F&O trades overall, as well as trades he allocated 50/50, placed through Marex, and placed after he stopped allocated to the Core Strategies on October 19, 2023. Similarly, the returns on Mr. Leech's Treasury F&O trades in the 24 hours after allocation fluctuated between positive and negative over time.

27. Professor Kolm will testify that, like with the analyses in Section IV, these analyses are consistent with Mr. Leech using performance information from between the time of trade and the time of allocation in making allocation decisions. The analyses show that Mr. Leech had a unique

[10] Empirical studies show that Treasury and interest-rate markets adjust almost immediately to new public information, leaving no reliable short-term predictability. Price and yield changes following macroeconomic announcements occur within minutes of release, and subsequent intraday, daily, or weekly movements display no systematic drift or reversal, consistent with informational efficiency. See, for example, Ederington, L. H., & Lee, J. H. (1993). "How markets process information: News releases and volatility." *Journal of Finance*, 48(4), 1161–1191; Hardouvelis, G. A. (1988). "Economic news, exchange rates, and interest rates." *Journal of International Money and Finance*, 7(1), 23–35; and Locke, P. R., & Onayev, Z. (2005). "Trade duration: Information and trade disposition." *Financial Review*, 40(1), 113–129.

ability to generate positive FDRs for Macro Opps and to generate negative FDRs for the Core Strategies, but that ability was not present for elsewhere in his Treasury F&O trading (such as when he lacked the ability to choose between Macro Opps and the Core Strategies) or after the first day.

28. Professor Kolm will testify that he performed runs-test analyses on Mr. Leech's Treasury F&O trades. Professor Kolm will explain that a runs-test analysis studies if the number of streaks between two outcomes is unusual, with a streak defined as when one of the two outcomes occurs one or more times in a row. Professor Kolm will explain that runs tests can investigate if two processes are independent, that is, whether the sequence of outcomes occurs in a random order or exhibits clustering.[11] For example, if a trader were allocating high FDR trades to one portfolio and low FDR trades to a second, this would be reflected in non-independence between their daily FDRs summed across trades, since the first portfolio performing well on a given day means the second portfolio is likely to perform poorly.

29. Professor Kolm will testify that, for this case, he performed several different types of runs tests. He will explain that some of those runs tests looked at a particular set of trades (for example, trades allocated to Macro Opps) standing alone. In those analyses Professor Kolm defined a run as: (1) when there is a streak of consecutive positive FDR days, and a new run begins when a negative FDR occurs, and (2) when there is a streak of consecutive negative FDR days, and a new run begins when a positive FDR occurs. Professor Kolm will also testify that he performed a set of comparative runs tests, that compared the performance of two sets of trades (for example, trades allocated to Macro Opps vs. those allocated to the Core Strategies). For the comparative analyses, he used directional outperformance, wherein a run could be formed one of two ways: (1) when there is a streak of consecutive days where Macro Opps exhibited a positive FDR and Core Strategies a negative FDR and (2) when there is a streak of consecutive days where Macro Opps exhibited a negative FDR and Core Strategies a positive FDR.[12] Professor Kolm also performed comparative runs-test analyses using relative outperformance instead of directional outperformance, where relative outperformance tabulates days where Macro Opps outperformed Core Strategies in USD profit-and-loss and vice versa.

30. Additional data underlying Professor Kolm's runs-test analyses and example results of the analyses are in subdirectory "Section 5." Professor Kolm will use charts to present the results of his analyses to the jury, including the statistical output of his runs-test analyses, which are in subdirectory "Section 5." Professor Kolm will explain the results of his analyses support the conclusions in Paragraphs 26 and 27. Specifically:

a. Professor Kolm will testify that, consistent with the expectations described in Paragraphs 23-25, the runs-test for Mr. Leech's overall Treasury F&O trades shows there were 331 runs (when there were about 344 expected), with 380 days where overall Treasury F&O trades exhibited positive FDRs and 307 days where they exhibited negative FDRs.

---

[11] See, for example: Wald, A., & Wolfowitz, J. (1940). "On a test whether two samples are from the same population." *Annals of Mathematical Statistics*, 11(2), 147–162 and Gibbons, J. D., & Chakraborti, S. (2011). *Nonparametric Statistical Inference*. Boca Raton, FL: Chapman & Hall/CRC.

[12] Days where both Macro Opps and Core Strategies were positive, or both Macro Opps and Core Strategies were negative, were excluded. Also excluded were days where Macro Opps or Core Strategies did not trade.

b. Professor Kolm will testify that, consistent with the expectations described in Paragraphs 23-25, the runs-test for Mr. Leech's 50/50 trades shows there were 322 runs (when there were about 335 expected), with 320 days where 50/50 trades exhibited positive FDRs and 348 days where they exhibited negative FDRs.

c. Professor Kolm will testify that, consistent with the expectations described in Paragraphs 23-25, the runs-test for Mr. Leech's Macro Opps trades placed through the broker Marex shows there were 321 runs (when there about 310 expected), with 343 days where they exhibited positive FDRs and 276 days where they exhibited negative FDRs.

d. Professor Kolm will testify that, consistent with the expectations described in Paragraphs 23-25, the runs-test for Mr. Leech's Macro Opps trades after October 19, 2023 shows there were 49 runs (when there were about 58 expected), with 70 days where they exhibited positive FDRs and 43 days where they exhibited negative FDRs.

e. Professor Kolm will testify that, by contrast, the Treasury F&O trades Mr. Leech allocated specifically to Macro Opps or the Core Strategies showed far fewer runs and much more unbalanced numbers of days with positive or negative FDRs. This shows that when Mr. Leech allocated specifically to Macro Opps or the Core Strategies, he exhibited much more consistent positive or negative performance than in the other examples described above, or than Professor Kolm would have expected based on the information described in Paragraphs 23-25. Specifically:

i. The runs-test for Mr. Leech's Macro Opps trades shows there were only 77 runs (when there were about 280 expected), with 518 days where Mr. Leech's Macro Opps trades exhibited positive FDRs and 40 days where they exhibited negative FDRs.

ii. The runs-test for Mr. Leech's Core Strategies trades shows there were only 102 runs (when there were about 252 expected); with 438 days where Mr. Leech's Core Strategies trades exhibited negative FDRs and 64 days where they exhibited positive FDRs.

iii. The comparative runs-test shows that Macro Opps FDRs outperformed Core Strategies FDRs for unusually long stretches of time. There were only 17 runs (when there were about 190 expected), with 369 days where Macro Opps trades exhibited positive FDRs and Core Strategies negative FDRs. There were 8 days where Macro Opps exhibited negative FDRs and Core Strategies positive FDRs. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which yielded similar results in the low number of runs and Macro Opps FDRs outperforming those of Core Strategies.

iv. The comparative runs-test shows that FDRs of Treasury F&O trades Mr. Leech allocated to Macro Opps, excluding Marex trades, outperformed his Marex trades for unusually long stretches of time. There were only 38 runs (when there were about 120 expected), with 216 days where Macro Opps trades exhibited positive FDRs and Macro Opps (Marex) negative FDRs. There were 21 days where Macro Opps (non-Marex) exhibited negative FDRs and Macro Opps (Marex) positive. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which yielded

similar results in the low number of runs and Macro Opps FDRs outperforming those of Macro Opps (Marex).

v. The comparative runs-test shows that FDRs of Treasury F&O trades Mr. Leech allocated to Macro Opps outperformed the FDRs of his 50/50 allocations for unusually long stretches of time. There were only 43 runs (when there were about 152 expected), with 280 days where Macro Opps trades exhibited positive FDRs and 50/50 negative FDRs. There were 23 days where Macro Opps exhibited negative FDRs and 50/50 positive. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which yielded similar results in the low number of runs and Macro Opps FDRs outperforming 50/50 FDRs.

vi. The comparative runs-test shows that FDRs of Treasury F&O trades Mr. Leech allocated to the Core Strategies underperformed the FDRs of his 50/50 allocations for unusually long stretches of time. There were only 40 runs (when there were about 106 expected), with 184 days where 50/50 trades exhibited positive FDRs and Core Strategies negative FDRs. There were 25 days where 50/50 exhibited negative FDRs and Core Strategies positive. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which yielded similar results in the low number of runs and 50/50 FDRs outperforming those of Core Strategies.

vii. Finally, the comparative runs-test shows that, when looking at returns on Treasury F&O trades within the 24 hours after allocation, Macro Opps did *not* outperform the Core Strategies for unusually long stretches of time. There were 150 runs (when there were about 148 expected), with 148 days where Macro Opps exhibited positive returns and Core Strategies negative returns. There were 146 days where Core Strategies exhibited positive returns and Macro Opps negative returns. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which likewise showed that the number of runs was consistent with expectations and that Macro Opps and Core Strategies performing similarly.

viii. Professor Kolm will also explain that he performed an additional set of runs-test analyses using relative outperformance instead of directional outperformance, which yielded similar results in that Macro Opps FDRs *did not* outperform those of Macro Opps (Marex).

31. Professor Kolm will testify that, overall, these runs-test analyses discussed in Paragraphs 29 and 30 show the unusual consistency of Mr. Leech's positive FDRs for Macro Opps and negative FDRs for Core Strategies. The number of runs for Mr. Leech's FDRs between Macro Opps and Core Strategies was low, as was the case for Macro Opps and 50/50, 50/50 and Core Strategies, and Macro Opps and Macro Opps (Marex). In contrast, there was a meaningfully higher number of runs for Mr. Leech's returns from allocation to 24 hours after allocation between Macro Opps and Core Strategies. For Mr. Leech's returns from allocation to 24 hours between Macro Opps and Core Strategies, this is also reflected by a similar number of positive Macro Opps, negative Core Strategies and positive Core Strategies, negative Macro Opps days. Professor Kolm will testify that performing runs-test analyses using relative outperformance yielded similar results as the runs-test analyses using directional outperformance.

## VI. Permutation Test Analyses

32. Professor Kolm will testify that one way to assess whether the first-day performance of the Treasury F&O trades that Mr. Leech allocated to Macro Opps or the Core Strategies occurred by chance is through permutation testing. Permutation testing is a popular statistical method that evaluates a hypothesis by randomly reshuffling the data to generate reference distributions. It is broadly applied across disciplines because it allows hypothesis testing with minimal model assumptions when comparing differences between two or more populations.[13]

33. Professor Kolm will testify that, for purposes of analyzing Mr. Leech's trading, he performed a permutation test using the Treasury F&O trades Mr. Leech allocated specifically to Macro Opps (excluding Marex), specifically to the Core Strategies, or to both strategies through a 50/50 allocation. Professor Kolm will explain that, for a given trading day the permutation testing reshuffles trades from their actual allocation to either Macro Opps, Core Strategies, or 50/50. On a given day, the number of Macro Opps, Core Strategies, and 50/50 trades remains the same between the realized outcome and the permuted outcome after reshuffling. This reshuffling is conducted separately for each day, so that trades are not shuffled across days. For each permutation outcome, FDRs are then recalculated for Macro Opps, Core Strategies, and 50/50 trades following the reshuffle. The results of Professor Kolm's permutation tests, and examples of the types of charts he may use to show those results are in subdirectory "Section 6." Professor Kolm will explain that this permutation test allowed him to see the range of distributions of FDRs that Mr. Leech's Treasury F&O trades would have generated, had he taken the same set of Treasury F&O trades he actually made, but allocated those trades in different ways.[14]

34. Professor Kolm will testify that the results of his permutation analysis are inconsistent with the hypothesis that the difference in FDRs between Macro Opps and the Core Strategies was the result of random chance or luck, and are instead consistent with Mr. Leech's using performance information from between the time of trade and the time of allocation when making allocation decisions.

35. Professor Kolm will testify that he reviewed records and data showing Mr. Leech had flexibility in deciding how to allocate Treasury F&O trades among between various strategies, so that there was a high degree of interchangeability between Treasury F&O trades he allocated specifically to Macro Opps, those he allocated specifically to the Core Strategies, and those he allocated to both strategies. Professor Kolm will testify that he reviewed this information as a check for his permutation analysis, to ensure that Mr. Leech's allocation decisions were not significantly constrained by factors outside his discretion. The data and tests that Professor Kolm analyzed are in subdirectory "Section 6." Specifically:

---

[13] *See, e.g.*, Good, Philip. I. (2005). Permutation, Parametric, and Bootstrap Tests of Hypotheses. 3rd ed. Springer; and Lehmann, Erich L. and Romano, Joseph P. (2005); Testing Statistical Hypotheses. 3rd ed. Springer.

[14] Professor Kolm will testify that his permutation testing analyses are conservative, in that the permutation outcomes are limited in how much they can deviate from the realized outcome. Professor Kolm will testify that he constrained the permutation testing by day and by allocation counts across Macro Opps, 50/50, and the Core Strategies to preserve the original trading structure. In reality, a trader has greater flexibility to allocate among the groups on a given day and to vary the number of trades assigned to each group. This is most exemplified by days in which there were only Macro Opps, 50/50, or Core Strategies trades. For those days, the permutation outcomes are identical to the realized outcome.

a. Professor Kolm has reviewed Western Asset's public information describing the investment strategies of Core, Core Plus, and Macro Opps. Professor Kolm will explain that the strategies described in those documents gave Mr. Leech a significant degree of flexibility in how he allocated Treasury F&Os. Indeed, the documents demonstrate that the strategies were all intended to reflect Western Asset's general views of the markets.

b. Professor Kolm will testify that he has analyzed data showing the patterns of Mr. Leech's Treasury F&O allocations to Macro Opps and the Core Strategies over time, as well as data showing the role Treasury F&Os played in those strategies compared to other assets. Professor Kolm will explain that this data shows that Mr. Leech had flexibility in deciding where to allocate Treasury F&O trades because:

i. Mr. Leech allocated trades to 50/50 more often than he allocated trades specifically to Macro Opps or specifically to the Core Strategies.

ii. Overall, Mr. Leech tended to allocate trades to Macro Opps and the Core Strategies similarly. That is, across both allocation groups, Mr. Leech tended to be more of an option seller than an option buyer and tended to sell more calls than puts. Mr. Leech also tended to buy and sell similar proportions of futures across the two sets of allocations, with a slight preference toward buying futures as compared to selling futures.

iii. Across the relevant period, Mr. Leech's trading did not show consistent patterns of allocating Treasury F&Os to Macro Opps and the Core Strategies in ways that reflected fundamentally differing or contrasting views about those assets. For example, Mr. Leech did not show consistent patterns of buying 10-year Treasury futures for one strategy and selling 10-year Treasury futures for a different strategy. Instead, to the extent Mr. Leech allocated trades going opposite ways to the different strategies on a particular day, that difference tended to be short lived. Professor Kolm will testify that, to confirm this view of the data, he also examined statistical analyses of the correlation between Treasury F&O trades that Mr. Leech allocated to Macro Opps and the Core Strategies, which showed that there was little correlation between his allocations on a daily, weekly, or monthly basis. However, amongst those correlations, the strongest one was actually a positive on a monthly basis.

c. Professor Kolm will testify that, while Macro Opps and the Core Strategies had different duration restrictions, those restrictions did not, in practice, meaningfully constrain how Mr. Leech allocated Treasury F&Os between the strategies because Mr. Leech had some flexibility to go outside the duration limitations for a brief period and because each Treasury F&O had a fairly small impact on the overall duration of the relevant portfolios, as compared to the duration limits.

d. Professor Kolm will review the input and results of analyses on how the daily duration of example portfolios in Macro Opps and the Core Strategies would have differed (1) if Mr. Leech had allocated 50/50 all the Treasury F&Os that he allocated specifically to Macro Opps or the Core Strategies, and (2) if Mr. Leech had reversed the allocation of all the Treasury F&Os that he allocated specifically to Macro Opps and the Core Strategies. The approach in these analyses is a useful way to assess the degree to which duration limits influenced Mr. Leech's Treasury F&O allocation decisions. The results of those analyses showed that the different trade

allocations produced duration results that were highly correlated with the actual duration of the exemplary portfolios (3313 for Macro Opps, 671 and 984 for Core Strategies), which is further evidence that duration limits did not significantly constrain Mr. Leech's flexibility in allocating Treasury F&Os.

e. Professor Kolm will testify that, while Macro Opps and the Core Strategies had different degrees of negative convexity, that did not mean that Mr. Leech was pursuing different strategies with the Treasury F&Os he allocated to those strategies. Much of the negative convexity in both of those strategies came from selling Treasury options and, to a lesser extent, Treasury futures. Mr. Leech sold those instruments to similar extents in trades he allocated to both strategies. The difference in the degree of negative convexity, then, was driven not by significantly different trading, but by the fact that a Treasury F&O trade in the Core Strategies had a significantly smaller impact on convexity than an identical trade in Macro Opps, due to the larger assets under management of the Core Strategies.

f. Professor Kolm will testify that the need to manage negative convexity in Macro Opps does not appear to have significantly constrained Mr. Leech's discretion in how he allocated trades for a number of reasons: First, the duration limits of Macro Opps were wide, and the actual duration of Macro Opps often fluctuated by a year or more over the course of a week, which suggests that Mr. Leech was not managing duration to a narrow band. Second, the analysis described in paragraph 32 and (d) above shows that the duration of Macro Opps would not have changed significantly if Mr. Leech had allocated trades 50/50 or flipped his allocations, suggesting that his allocations to Macro Opps were not necessary to manage duration. Third, Professor Kolm has reviewed the results of analyses of the correlation between pre-trade interest-rate movements and Mr. Leech's allocations, which show that his allocations to Macro Opps were not meaningfully associated with the type of trading that would be needed for duration management.

36. Professor Kolm will present the results of his permutation analysis, including through charts. Professor Kolm will explain that:

a. Professor Kolm will testify that, in the 100,000 permutations of his permutation test for Mr. Leech's FDRs, the FDRs of Macro Opps ranged between approximately -$100 million and $200 million. By contrast, the actual FDRs of the Treasury F&Os that Mr. Leech allocated specifically to Macro Opps was over $600 million. Professor Kolm will testify that this result is inconsistent with such highly positive FDRs in Macro Opps being a result of chance.

b. Professor Kolm will testify that, in the 100,000 permutations of his test, the FDRs of the Core Strategies ranged between approximately -$200 million and zero. By contrast, the actual FDRs of the Treasury F&Os that Mr. Leech allocated specifically to the Core Strategies was over $600 million in losses. Professor Kolm will testify that this result is inconsistent with such highly negative FDRs in the Core Strategies being the result of chance.

c. Professor Kolm will testify that, in the 100,000 permutations of his test, the difference in the FDRs between Macro Opps and the Core Strategies generally ranged between approximately $0 million and $300 million. By contrast, the actual difference in the FDRs between the Treasury F&Os that Mr. Leech allocated specifically to Macro Opps and those he allocated specifically to the Core Strategies was well over $1 billion. Professor Kolm will testify that this

result is inconsistent with the large difference between the FDRs for Macro Opps and the Core Strategies being the result of chance.

d. Professor Kolm will testify that, in the 100,000 permutations of his test, the returns in the 24 hours after allocation on Treasury F&O trades Mr. Leech allocated to Macro Opps ranged between approximately -$150 million to approximately $150 million. The actual return from allocation to 24 hours after allocation of Mr. Leech's trades for Macro Opps was about $15 million, comfortably within the range of the permutation outcomes. Professor Kolm will testify that this result is consistent with Mr. Leech's FDR performance in Macro Opps being related to something unique about the first day of those trades.

e. Professor Kolm will testify that, in the 100,000 permutations of his analysis, the returns within the 24 hours after allocation on Treasury F&O trades that Mr. Leech allocated to the Core Strategies ranged between approximately -$150 million to under $150 million. The actual return from allocation to 24 hours after allocation of Mr. Leech's trades for Core Strategies was about -$30 million, well within the range of the permutation outcomes. Professor Kolm will testify that this result is consistent with Mr. Leech's FDR performance in Macro Opps being related to something unique about the first day of those trades.

f. Professor Kolm will testify that, in the 100,000 permutations of his analysis, the difference between 24-hour post-allocation returns of Treasury F&O trades that Mr. Leech allocated to either Macro Opps or the Core Strategies differed by up to approximately $200 million, with Macro Opps sometimes higher than Core Strategies and vice versa. The actual difference in return from allocation to 24 hours after allocation of Mr. Leech's trades for Macro Opps versus Core Strategies was less than $50 million, well within the range of the permutation outcomes. Professor Kolm will testify that this result is consistent with the difference in Mr. Leech's FDR performance in Macro Opps and the Core Strategies being related to something unique about the first day of those trades.

## VII. Skewness Analyses

37. Professor Kolm will testify that one way to analyze the distribution of returns is through a statistical metric called skewness. Professor Kolm will explain that skewness characterizes the asymmetry of a distribution. Professor Kolm will testify that comparing the skewness of two data sets can show the magnitude and direction by which one data set is more asymmetrical than another. Skewness captures differences in the distribution of returns that may not be captured in the average returns.[15]

38. Professor Kolm will testify that, based on his review of relevant academic literature and his trading experience, he would expect that the FDRs of Mr. Leech's Treasury F&O trades would be close to a normal distribution.[16]

---

[15] See, for example, Kendall, M. G., & Stuart, A. (1969). *The Advanced Theory of Statistics, Volume 1: Distribution Theory*. London, UK: Charles Griffin & Company.

[16] There is a potential that the distribution could have a slight negative skew, as Mr. Leech often acts as an option seller. Option selling and covered call strategies produce left (negative) skewed return distributions, characterized by

39. Professor Kolm will testify that, consistent with his expectation, the FDRs of Mr. Leech's Treasury F&O trades overall was close to a normal distribution. Professor Kolm will also testify that this same distribution—that is, a close-to-normal distribution—appeared with respect to the Treasury F&O trades Mr. Leech allocated 50/50; the Treasury F&O trades Mr. Leech placed through Marex; the Treasury F&O trades Mr. Leech allocated to Macro Opps after October 19, 2023 (when Mr. Leech stopped having the option to allocate trades to the Core Strategies); and the performance of Mr. Leech's Treasury F&O trades in the 24 hours after allocation, regardless of how Mr. Leech allocated those trades. Additional data and example results of his analyses are in subdirectory "Section 7."

40. Professor Kolm will testify that he has performed statistical analyses of the skewness of the FDRs of Treasury F&O trades that Mr. Leech allocated specifically to Macro Opps or the Core Strategies. Professor Kolm will testify that—in contrast to his expectations based on his experience, the academic literature, and analyses described in the preceding paragraph—the skew of FDRs for Treasury F&Os Mr. Leech allocated specifically to Macro Opps was significantly positive, and the skew of the FDRs of Treasury F&Os that Mr. Leech allocated specifically to the Core Strategies was significantly negative. Professor Kolm will also testify that his analyses show that the skewness of these trades does not appear to be a result of differences between the strategies and is confined to FDRs. Professor Kolm will testify that these results are consistent with Mr. Leech using performance information from between the time of trade and the time of allocation when deciding to allocate trades with more pronounced positive FDRs to Macro Opps and deciding to allocate trades with more pronounced negative FDRs to the Core Strategies.

41. Professor Kolm will present the results of the analyses described in the preceding paragraph, including using charts. Additional data and the results of his analyses are in subdirectory "Section 7." Specifically:

a. Professor Kolm will testify that, as the FDRs of Mr. Leech's Treasury F&O trades grew, a higher percentage of those trades was allocated to Macro Opps as compared to the Core Strategies. For example, about 91% of trades with FDR greater than $250,000 went to Macro Opps instead of Core. By contrast, as the FDRs of Mr. Leech's Treasury F&O trades fell, a higher percentage of those trades was allocated to the Core Strategies. For example, about 92% of trades with FDR losses greater than $250,000 went to Core Strategies instead of Macro Opps. Because of this pattern, the 10% of Macro Opps trades with the highest FDRs accounted for approximately half of the cumulative FDRs in Macro Opps, and the top 10% of Core Strategies trades with the lowest FDRs accounted for approximately half of the cumulative FDRs in the Core Strategies.

b. Professor Kolm will testify that he compared the skewness of the FDRs for Treasury F&O trades that Mr. Leech allocated to Macro Opps with the skewness of the FDRs for the Treasury F&O trades that Mr. Leech allocated to the Core Strategies. Professor Kolm will testify that, consistent with the preceding paragraph, the FDRs of the trades Mr. Leech allocated to Macro

frequent small gains and infrequent large losses, because the strategy truncates upside while retaining full downside exposure. See, for example: Coval, J. D., & Shumway, T. (2001). "Expected option returns." *Journal of Finance*, 56(3), 983–1009; and Israelov, R., & Nielsen, L. N. (2015). "Covered calls uncovered." *Financial Analysts Journal*, 71(6), 44–57.

Opps were meaningfully more positively skewed than the FDRs of those he allocated to the Core Strategies.

c. Professor Kolm will testify that he compared the skewness of FDRs on Treasury F&O trades that Mr. Leech allocated specifically to Macro Opps with the skewness of the FDRs of Mr. Leech's Treasury F&O trades overall. He will explain that the skewness of the former was significantly more positive than the skewness of the latter. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced positive FDRs to Macro Opps.

d. Professor Kolm will testify that he compared the skewness of FDRs on Treasury F&O trades that Mr. Leech allocated specifically to the Core Strategies with the skewness of the FDRs of Mr. Leech's Treasury F&O trades overall. He will explain that the skewness of the former was significantly more negative than the skewness of the latter. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced negative FDRs to the Core Strategies.

e. Professor Kolm will testify that he compared the skewness of FDRs on Treasury F&O trades that Mr. Leech allocated specifically to Macro Opps with the skewness of the FDRs of the Treasury F&O trades that Mr. Leech allocated to 50/50. He will explain that the skewness of the former was significantly more positive than the skewness of the latter. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced positive FDRs to Macro Opps.

f. Professor Kolm will testify that he compared the skewness of FDRs on Treasury F&O trades that Mr. Leech allocated specifically to the Core Strategies with the skewness of the FDRs of the Treasury F&O trades that Mr. Leech allocated to 50/50. He will explain that the skewness of the former was significantly more negative than the skewness of the latter. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced negative FDRs to the Core Strategies.

g. Professor Kolm will testify that he compared the FDRs for Mr. Leech's Treasury F&O trades allocated to Macro Opps, excluding the Marex trades, with the FDRs of the trades that Mr. Leech placed through Marex. Professor Kolm will explain that this analysis controls for strategy differences because almost all Marex trades went to Macro Opps. Professor Kolm will testify that the FDRs of non-Marex trades that Mr. Leech allocated to Macro Opps were meaningfully more positively skewed than the FDRs of his Marex trades. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced positive FDRs to Macro Opps.

h. Professor Kolm will testify that he compared the FDRs for Mr. Leech's Treasury F&O trades allocated to Macro Opps between January 1, 2021 and October 19, 2023, with the FDRs of Treasury F&O trades he allocated to Macro Opps after October 20, 2023 (which is after Mr. Leech stopped allocating to the Core Strategies). Professor Kolm will explain that this analysis controls for strategy differences because all of the trades went to Macro Opps. Professor Kolm will testify that the FDRs of pre-October 19, 2023 trades that Mr. Leech allocated to Macro Opps were meaningfully more positively skewed than the FDRs of his post-October 19, 2023 trades

allocated to Macro Opps. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced positive FDRs to Macro Opps.

i. Professor Kolm will testify that he compared the FDRs for Mr. Leech's Treasury F&O trades allocated to the Core Strategies with the FDRs for the Treasury F&O trades that other portfolio managers allocated to the Core Strategies. Professor Kolm will explain that this analysis controls for strategy differences because almost all of these trades went to the Core Strategies. Professor Kolm will testify that Mr. Leech's trades were meaningfully more negatively skewed than those of other portfolio managers allocating to the Core Strategies. Professor Kolm will testify that this is consistent with Mr. Leech allocating trades with more pronounced negative FDRs to the Core Strategies.

j. Professor Kolm will testify that he conducted the analyses described in subparagraphs (a) to (i) above, this time examining the returns over the 24-hour period following allocation. He will testify that he did not observe significant differences in skewness in those returns, indicating that whatever skewness differences occurred between trade and allocation did not persist during the 24 hours after allocation.

k. Professor Kolm will testify that he performed analyses involving trade deciles to supplement the results for differences in skewness. He will explain, using deciles formed from the FDRs of Mr. Leech's Treasury F&O Macro Opps and Core Strategies trades, how Macro Opps trades were disproportionately likely to be represented in the highest performing decile, and Core Strategies disproportionately represented in the lowest performing decile. Not only are Macro Opps allocations more likely to be positive and Core Strategies allocations more likely to be negative, but this pattern became increasingly pronounced for more profitable or unprofitable trades. The comparison between Macro Opps and the Core Strategies is supported by comparisons using FDRs for Macro Opps and Macro Opps (Marex), Macro Opps and 50/50, and 50/50 and Core Strategies. Professor Kolm will explain how returns from allocation to 24 hours after allocation, by contrast, show that Macro Opps and Core Strategies trades were each found in similar proportions across deciles. These analyses of trade deciles further illustrate how differences in performance between Mr. Leech's Macro Opps and Core Strategies trades are present in FDRs—where Mr. Leech had the flexibility to make allocation decisions—but not after the allocation decisions were made.

l. Professor Kolm will testify that the differences in skewness between Mr. Leech's Macro Opps and Core Strategies trades only further illustrate the abnormality of outcomes relative to what one might expect under normal circumstances, where a trader is not able to predict interest rates and does not display isolated skill across different portfolio types. The differences in skewness reflect how Mr. Leech allocated very profitable trades to Macro Opps, but very unprofitable trades to Core Strategies. The comparisons using Mr. Leech's Macro Opps and Macro Opps (Marex), Macro Opps and 50/50, and 50/50 and Core Strategies provide additional support for the abnormal differences between his Macro Opps and Core Strategies trades.

P. Kolm

Professor Petter Kolm

# Petter N. Kolm

New York University
Courant Institute of Mathematical Sciences
Department of Mathematics
251 Mercer Street
New York, NY 10012

Office: (212) 998-4855
Email: petter.kolm@gmail.com
Web: linkedin.com/in/petterkolm

## ACADEMIC APPOINTMENTS

### NYU Courant

| | |
|---|---|
| 2007 – present | Clinical Full Professor and Director of the M.S. in Mathematics in Finance Program |

### Lund University (Sweden)

| | |
|---|---|
| 2022 – 2024 | Visiting Professor, Centre for Mathematical Sciences |

### Yale University

| | |
|---|---|
| 2005–2007 | Researcher and Teaching Assistant, Yale School of Management. Collaborated with Professors Frank J. Fabozzi, Roger G. Ibbotson, and Owen Lamont |

## PROFESSIONAL ACTIVITIES

### Advisory Boards

| | |
|---|---|
| 2025 – present | FDP Institute |
| 2024 – present | Axyon AI |
| 2022 – present | GoQuant |
| 2020 – present | Aisot Technologies |
| 2020 – present | International Scientific Committee of FaIR, Institut Louis Bachelier |
| 2019 – present | Volatility and Risk Institute, NYU Stern School of Business |
| 2019 – present | Quantitative Investing Group, CFA Society New York |
| 2019 – present | Quant Strats & Future Alpha Conferences, Alpha Events (U.S., Europe and Asia) |
| 2018 – present | Artificial Intelligence Finance Institute |
| 2018 – 2023 | Alternative Data Group |
| 2017 – 2022 | Investment Committee Member, Betterment |

### Boards of Directors

| | |
|---|---|
| 2023 – present | Society of Quantitative Analysts |
| 2008 – present | Treasurer, International Association for Quantitative Finance |
| 2018 – 2021 | Graduate School Alumni Association, Yale University |
| 2016 – 2020 | Scientific Committee, Organisation MSI |

### Editorial Boards

The Journal of Portfolio Management
The Journal of Financial Data Science
The Journal of Investment Strategies
International Journal of Portfolio Analysis and Management

### Conferences & Workshops Organized (Selected)

| | |
|---|---|
| June 26, 2025 | Workshop on AI/ML in Systematic Investing and Trading: |

| | |
|---|---|
| | Recent Advances and Challenges Ahead, Invited Workshop, Department of Engineering Enzo Ferrari, University of Modena and Reggio Emilia |
| June 20-21 & 23, 2025 | Machine Learning for Financial Decision Making, Invited CAS ETH-Workshop, FinsureTech Hub & School for Continuing Education, ETH Zurich |
| June 8, 2024 | Machine Learning for Trading and Investment Management: Transformers & LLM for Portfolio Construction, Invited CAS, ETH-Workshop, FinsureTech Hub & School for Continuing Education, ETH Zurich |
| June 3-4, 2024 | Workshop on Quantitative Investment Management, Invited Workshop, Department of Engineering Enzo Ferrari, University of Modena and Reggio Emilia |
| June 10-11, 2020 | Data Science in Techno-Socio-Economic Systems Online Workshop (joint NYU Courant, ETH Zurich) |
| May 26, 2018 | New Ideas and Cutting-Edge Developments in FinTech (joint Columbia University, NYU Courant, NYU Tandon) |
| November 3-5, 2017 | The 2nd Annual Eastern Conference on Mathematical Finance (joint Columbia University, NYU Courant, NYU Tandon) |
| October 13-15, 2017 | Jim Gatheral's 60th Birthday Conference |
| December 11-12, 2009 | High-Frequency Finance and Quantitative Strategies Workshop |
| November 12, 2009 | Conference on the Future of Risk Management |
| June 10-12, 2009 | High-Frequency Finance and Quantitative Strategies Workshop |
| February 5, 2009 | 2nd Annual Algorithmic Trading Conference: Dynamic Portfolios, Optimal Execution and Risk |
| October 3, 2008 | Algorithmic Trading Conference: Dynamic Portfolios, Optimal Execution and Risk |

**Other**

| | |
|---|---|
| 2007 – present | Organizer of the Mathematical Finance and Financial Data Science Seminar, NYU Courant |
| 2007–present | Leading invited speaker, presenter, and moderator at 10–15 top-tier academic and professional conferences annually (including keynote addresses and panel moderation) |

## NON-ACADEMIC POSITIONS

**The Heimdall Group**

| | |
|---|---|
| 2010 – present | Principal, Consultant and Expert Witness |

**Goldman Sachs Asset Management**

| | |
|---|---|
| 2000 – 2004 | Quantitative Strategies Group and the Global Alpha hedge fund |

## EDUCATION

| | |
|---|---|
| 2007 | Yale School of Management, Completed all Ph.D. requirements except dissertation in Financial Economics |
| 2000 | Yale University, Ph.D. in Mathematics |
| 2000 | Royal Institute of Technology (Sweden), M.Phil. in Applied Mathematics |
| 1999 | Yale University, M.S. and M.Phil. in Mathematics |
| 1994 | ETH Zürich (Switzerland), M.S. in Mathematics |

## HONORS AND AWARDS

| | |
|---|---|
| 2021 | Awarded the *"Quant of the Year Award 2021"* by Portfolio Management Research and the Journal of Portfolio Management |
| 2021 | Grant, Knut and Alice Wallenberg Foundation, *"Artificial Intelligence for Asset Allocation"* |
| 2005 – 2007 | Research Fellowship, Yale School of Management |
| 2006 | *Financial Modeling of the Equity Markets* awarded *"Top 10 Technical Books"* by Financial Engineering News |
| 2005 | Grant, Research Foundation of the CFA Institute |
| 1997 – 2000 | Research Fellowship, Department of Mathematics, Yale University |
| 1997 – 2000 | DARPA/AFOSR, Contract F49620-97-1-0011 |
| 1996 – 1997 | KTH's International Grant, Royal Institute of Technology |
| 1995 | Summer Scholarship, Royal Institute of Technology |
| 1994 | Dissertation Honors, ETH Zürich |

## TEACHING EXPERIENCE

Graduate level courses at NYU Courant:

| | |
|---|---|
| 2022 – present | Cryptocurrency and Blockchains: Mathematics and Technologies |
| 2020 – present | Trends in Financial Data Science |
| 2008 – present | Algorithmic Trading and Quantitative Strategies |
| 2017 – 2019 | Data Science in Quantitative Finance |
| 2010 – 2016 | Risk and Portfolio Management |
| 2007 – 2009 | Continuous Time Finance |
| 2007 – present | Overseeing all Master's theses in the M.S. in Mathematics in Finance program |

Undergraduate level courses at NYU Courant:

| | |
|---|---|
| 2024 – present | Mathematics of Finance |

Numerous bespoke training courses, programs and workshops at financial institutions and professional organizations in asset pricing, risk and portfolio management, derivatives pricing, machine learning, trading, and statistics

## GRADUATE STUDENT ADVISORY

| | |
|---|---|
| **Ph.D.** | (First placement in parenthesis) |
| 2024 – present | Clemente Romano, Thesis: "Dynamic Price Impact and Optimal Execution" |
| 2022 – present | Gregoire Macqueron, Thesis: "Adaptive Dynamic Programming and Reinforcement Learning for Dynamic Portfolio Trading with Nonlinear Price Impact" |
| 2012 – 2016 | Xingxin Zhong, Thesis: "Principal Dynamical Components: Methods, Properties and Financial Applications" (Morgan Stanley) |
| 2012 – 2015 | Stefano Attanasio, Thesis: "Single and Multi-Period Portfolio Theory: Two Extensions for Practical Applications" (Credit Suisse) |

**M.S.**

Advised numerous M.S. theses and mentored graduate students in the M.S. in Mathematics in Finance program, supporting their internships and full-time career placements

## RESEARCH INTERESTS

Asset pricing, financial econometrics, fintech, machine learning, portfolio and risk management, stochastic optimal control, trading

## PUBLICATIONS (SELECTED)

### Articles


1. Brini, A., & Kolm, P. N. (2026). On Deep Reinforcement Learning for Dynamic Trading with PPO: Challenges and Future Directions. *Journal of Financial Data Science (to appear)*

2. Kolm, P. N., & Ritter, G. (2025). Reinforcement Learning for Asset and Portfolio Management. *The Journal of Portfolio Management, AI/ML in Portfolio Management Special Issue (to appear)*

3. Kolm, P. N., & Westray, N. (2025b). Deep Learning Alpha Signals From Limit Order Books: Practical Insights and Lessons Learned. *Risk.net*

4. Kolm, P. N., & Webster, K. (2025). Do You Know Your P&L? The Importance of Impact-Adjusting Your Trading P&L. *Journal of Portfolio Management (to appear)*

5. Aydınhan, A. O., Kolm, P. N., Mulvey, J. M., & Shu, Y. (2024). Identifying Patterns in Financial Markets: Extending the Statistical Jump Model for Regime Identification. *Annals of Operations Research*, 1–37

6. Benveniste, J., Kolm, P. N., & Ritter, G. (2024). Untangling Universality and Dispelling Myths In Mean-Variance Optimization. *The Journal of Portfolio Management*, *50*(8), 90–116

7. Antulov-Fantulin, N., Cauderan, A., & Kolm, P. N. (2024). A Dynamic Regime-Switching Model Using Gated Recurrent Straight-Through Units. *Journal of Financial Data Science*, *6*(4)

8. Kolm, P. N., Turiel, J., & Westray, N. (2023). Deep Order Flow Imbalance: Extracting Alpha at Multiple Horizons from the Limit Order Book. *Mathematical Finance*, *33*(4), 1044–1081

9. Cortese, F. P., Kolm, P. N., & Lindstrom, E. (2023). What Drives Cryptocurrency Returns? A Sparse Statistical Jump Model Approach. *Digital Finance*, 1–36

10. Antulov-Fantulin, N., & Kolm, P. N. (2023). Advances of Machine Learning Approaches for Financial Decision Making and Time-Series Analysis: A Panel Discussion. *The Journal of Financial Data Science*, *5*(2), 146–155

11. Cortese, F. P., Kolm, P. N., & Lindström, E. (2023). Generalized Information Criteria for Sparse Statistical Jump Models. *Symposium i Anvendt Statistik*

12. Gutiérrez-Fandiño, A., Kolm, P. N., i Alonso, M. N., & Armengol-Estapé, J. (2022). FinEAS: Financial Embedding Analysis of Sentiment. *The Journal of Financial Data Science*, *4*(4), 45–53

13. Kolm, P. N., & Westray, N. (2022). Mean-Variance Optimization for Simulation of Order Flow. *The Journal of Portfolio Management*, *48*(6), 185–195

14. Kolm, P. N., & Westray, N. (2021a). What Happened To The Rest? A Principled Approach To Clean-Up Costs In Algorithmic Trading. *Risk.net*

15. Kolm, P. N., & Purushothaman, S. (2022). Systematic Pricing and Trading of Municipal Bonds. *The Journal of Financial Data Science*, *4*(1), 87–110

16. Nystrup, P., Kolm, P. N., & Lindstrom, E. (2021). Feature Selection in Jump Models. *Expert Systems with Applications*, *184*, 115558

17. Jazbec, M., Pásztor, B., Faltings, F., Antulov-Fantulin, N., & Kolm, P. N. (2021). On the Impact of Publicly Available News and Information Transfer to Financial Markets. *Royal Society Open Science*, *8*(202321)

18. Grealish, A., & Kolm, P. N. (2021b). Investment Advice Is Only an App Away: Robo-Advisors Today and Tomorrow. *The Journal of Wealth Management*, *24*(3), 144–155

19. Kolm, P. N., & Westray, N. (2021b). A Principled Approach to Clean-Up Costs in Algorithmic Trading. *Risk.net*

20. Ekster, G., & Kolm, P. N. (2021). Alternative Data in Investment Management: Usage, Challenges, and Valuation. *The Journal of Financial Data Science*, *3*(4), 10–32

21. Kolm, P. N., Ritter, G., & Simonian, J. (2021). Black–Litterman and Beyond: The Bayesian Paradigm in Investment Management. *The Journal of Portfolio Management*, *47*(5), 91–113

22. Kolm, P. N., & Ritter, G. (2020a). Factor Investing with Black–Litterman–Bayes: Incorporating Factor Views and Priors in Portfolio Construction. *The Journal of Portfolio Management*, *47*(2), 113–126

23. Du, J., Jin, M., Kolm, P. N., Ritter, G., Wang, Y., & Zhang, B. (2020). Deep Reinforcement Learning for Option Replication and Hedging. *The Journal of Financial Data Science*, *2*(4), 44–57

24. Nystrup, P., Kolm, P. N., & Lindström, E. (2020). Greedy Online Classification of Persistent Market States Using Realized Intraday Volatility Features. *The Journal of Financial Data Science*, *2*(3), 25–39

25. Kolm, P. N., & Ritter, G. (2020b). Modern Perspectives on Reinforcement Learning in Finance. *The Journal of Machine Learning in Finance*, *1*(1)

26. Kolm, P. N., & Ritter, G. (2019). Dynamic Replication and Hedging: A Reinforcement Learning Approach. *The Journal of Financial Data Science*, *1*(1), 159–171

27. Kolm, P. N., & Ritter, G. (2017). On the Bayesian Interpretation of Black-Litterman. *European Journal of Operational Research*, *258*(2), 564–572

28. Agaian, S., & Kolm, P. N. (2017). Financial Sentiment Analysis Using Machine Learning Techniques. *International Journal of Investment Management and Financial Innovations*, *3*(1), 1–9

29. Kolm, P. N., & Ritter, G. (2015). Multiperiod Portfolio Selection and Bayesian Dynamic Models. *Risk.net*, *28*(3), 50–54

30. Kolm, P. N., Tütüncü, R., & Fabozzi, F. J. (2014). 60 Years of Portfolio Optimization: Practical Challenges and Current Trends. *European Journal of Operational Research*, *234*(2), 356–371

31. Kolm, P. N. (2013). How Do Principal-Agent Effects in Delegated Portfolio Management Affect Asset Prices? *Journal of Mathematical Finance*, *3*(4), 407–415

32. Dimov, I. I., Kolm, P. N., Maclin, L., & Shiber, D. Y. C. (2012). Hidden Noise Structure and Random Matrix Models of Stock Correlations. *Quantitative Finance*, *12*(4), 567–572

**Working Papers**

1. Antulov-Fantulin, N., Kolm, P. N., & Sikic, M. (2025). *Implementing Systematic Risk Premia, Factor-Based Strategies, and Sector Rotation with ETFs.*

2. Yu, C., Kolm, P. N., & Mulvey, J. M. (2025). *Differentiable Statistical Jump Models.*

3. Cui, L., Jiang, Z.-P., Kolm, P. N., & Macqueron, G. G. (2025). *A Fully Data-Driven Value Iteration for Stochastic LQR: Convergence, Robustness and Stability.*

4. Kolm, P. N., & Westray, N. (2025a). *Information Content of Cross-Sectional and Multilevel Order Flow Imbalances: A Bayesian Approach*.

5. Hientzsch, B., Fu, H., Kolm, P. N., Pan, J., & Xu, S. (2025). *Dynamic Hedging of Option Portfolios under Price Impact: A Deep Learning FBSDE Approach*.

6. Kolm, P. N., & Shah, A. R. (2025). *A Bayesian Approach for Adapting Risk Models to Current Market Dynamics*.

**Books**

1. Kolm, P. N., & Ritter, G. (2026). *Risk and Portfolio Management: From Classical Theory to Machine Learning Applications*. In preparation

2. Fabozzi, F. J., Focardi, S. M., & Kolm, P. N. (2010). *Quantitative Equity Investing: Techniques and Strategies*. John Wiley & Sons

3. Fabozzi, F. J., Kolm, P. N., Pachamanova, D. A., & Focardi, S. M. (2007). *Robust Portfolio Optimization and Management*. John Wiley & Sons

4. Fabozzi, F. J., Focardi, S. M., & Kolm, P. N. (2006b). *Trends In Quantitative Finance*. Research Foundation of CFA Institute

5. Fabozzi, F. J., Focardi, S. M., & Kolm, P. N. (2006a). *Financial Modeling of the Equity Market: From CAPM to Cointegration*. John Wiley & Sons

**Chapters in Books**

1. Halperin, I., Kolm, P. N., & Ritter, G. (2025). Reinforcement Learning and Inverse Reinforcement Learning: A Practitioner's Guide for Investment Management. In J. Simonian (Ed.), *AI in Asset Management: Tools, Applications, and Frontiers*. CFA Institute

2. Grealish, A., & Kolm, P. N. (2021a). Robo-Advisory: From Investing Principles and Algorithms to Future Developments. In *Machine Learning for Financial Markets: A Guide to Contemporary Practices*. Cambridge University Press

3. Huang, L., & Kolm, P. N. (2019). Smart Beta Investing for the Masses: The Case for a Retail Offering. In K. Ghayur, R. G. Heaney, & S. C. Platt (Eds.), *Equity Smart Beta and Factor Investing for Practitioners*. Wiley

4. Fabozzi, F. J., & Kolm, N. P. (2012). Modeling Market Impact Costs. In F. J. Fabozzi (Ed.), *Encyclopedia of Financial Models*. John Wiley & Sons

5. Fabozzi, F. J., Kolm, N. P., Pachamanova, D., & Focardi, S. M. (2012). Robust Portfolio Optimization. In F. J. Fabozzi (Ed.), *Encyclopedia of Financial Models*. John Wiley & Sons

6. Cerniglia, J. A., Fabozzi, F. J., & Kolm, N. P. (2012b). Factor-Based Equity Portfolio Construction and Analysis. In F. J. Fabozzi (Ed.), *Encyclopedia of Financial Models*. John Wiley & Sons

7. Cerniglia, J. A., Fabozzi, F. J., & Kolm, N. P. (2012a). Cross-Sectional Factor-Based Models and Trading Strategies. In F. J. Fabozzi (Ed.), *Encyclopedia of Financial Models*. John Wiley & Sons

8. Fabozzi, F. J., Kolm, N. P., & Focardi, S. M. (2012). Model Selection and Its Pitfalls. In F. J. Fabozzi (Ed.), *Encyclopedia of Financial Models*. John Wiley & Sons

9. Fabozzi, F. J., Gupta, F., Kolm, P. N., & Markowitz, H. M. (2011). Portfolio Selection. In F. J. Fabozzi & H. M. Markowitz (Eds.), *The Theory and Practice of Investment Management: Asset Allocation, Valuation, Portfolio Construction, and Strategies*. John Wiley & Sons

10. Kolm, P. N., & Maclin, L. (2012). Algorithmic Trading, Optimal Execution, and Dynamic Portfolios. In B. Scherer & K. Winston (Eds.), *The Oxford Handbook of Quantitative Asset Management*. Oxford University Press

11. Fabozzi, F. J., Focardi, S. M., Kolm, P. N., Menn, C., & Rachev, S. T. (2009). Issues in the Theory of Portfolio Selection. In *Institutional Investment Management: Equity and Bond Portfolio Strategies and Applications*. John Wiley & Sons

12. Fabozzi, F. J., Focardi, S. M., & Kolm, P. N. (2009b). Transaction Costs and Trade Execution in Common Stock Portfolio Management. In *Institutional Investment Management: Equity and Bond Portfolio Strategies and Applications*. John Wiley & Sons

13. Fabozzi, F. J., Focardi, S. M., & Kolm, P. N. (2009a). Forecasting Stock Returns. In *Institutional Investment Management: Equity and Bond Portfolio Strategies and Applications*. John Wiley & Sons

14. Fabozzi, F. J., M. Focardi, S., Kolm, P. N., & Pachamanova, D. A. (2008b). Robust Portfolio Optimization. In F. J. Fabozzi (Ed.), *Handbook of Finance*. John Wiley & Sons

15. Fabozzi, F. J., M. Focardi, S., Kolm, P. N., & Pachamanova, D. A. (2008a). Quantitative Investment Management Today and Tomorrow. In F. J. Fabozzi (Ed.), *Handbook of Finance*. John Wiley & Sons

16. Fabozzi, F. J., M. Focardi, S., & Kolm, P. N. (2008b). Overview of Active Common Stock Portfolio Strategies. In F. J. Fabozzi (Ed.), *Handbook of Finance*. John Wiley & Sons

17. Fabozzi, F. J., M. Focardi, S., & Kolm, P. N. (2008a). Incorporating Trading Strategies in the Black-Litterman Framework. In F. J. Fabozzi (Ed.), *Handbook of Finance*. John Wiley & Sons

18. Fabozzi, F. J., M. Focardi, S., & Kolm, P. N. (2008c). Quantitative Modeling of Transaction and Trading Costs. In F. J. Fabozzi (Ed.), *Handbook of Finance*. John Wiley & Sons