# Supplemental Expert Witness Disclosure – Prof. Petter Kolm

## The Brattle Exercise

1. Professor Kolm will testify that he has reviewed the disclosures signed by Mr. Andrew Newman and Dr. Richard Goldberg, including materials describing a trading exercise that Mr. Newman and Dr. Goldberg designed and implemented with the Brattle Group (the "Brattle Exercise"). Professor Kolm will also testify that he has reviewed data and information that Mr. Newman and Dr. Goldberg used to conduct the Brattle Exercise and data reflecting the results of the Brattle Exercise.

2. Professor Kolm will testify that Brattle Exercise differed from Mr. Leech's actual trading in several important respects. These differences include, but are not limited to, the following:

a. First, because of both the timing and the design of the Brattle Exercise, Mr. Newman and Dr. Goldberg had information about market events and movements that were unknown to Mr. Leech at the time he placed and allocated his trades.

b. Second, whereas Mr. Leech determined both which trades to initiate and how to allocate each trade, Mr. Newman's participation in the Brattle Exercise was restricted solely to allocating a subset of trades that Mr. Leech had already chosen to execute.

c. Third, Mr. Leech allocated trades by trade group, whereas the Brattle Exercise required Mr. Newman to allocate all trades within an allocation period that were in the same instrument and same direction entirely to one strategy or the other.

d. Fourth, the Brattle Exercise involved attempting to manage the duration of 3313 and 984 to particular benchmarks. However, Mr. Leech's trades do not indicate he placed or allocated trades with respect to these particular benchmarks. In fact, as explained below, the first day returns ("FDRs") of Mr. Leech's trades are a much stronger predictor of Mr. Leech's allocations than are the particular benchmarks used in the Brattle Exercise.

e. Fifth, Mr. Leech had the authority to allocate trades 50/50 or to strategies other than Macro Opps and the Core Strategies, or to individual portfolios within the Macro Opps and Core Strategies, whereas Mr. Newman only had the ability to allocate trades to either Macro Opps or the Core Strategies and did not have the ability to make allocation decisions about the trades that Mr. Leech allocated 50/50 or to other strategies.

f. Sixth, Mr. Leech could elect not to place a trade at all, whereas the Brattle Exercise required Mr. Newman to allocate each trade that appeared in the exercise dataset.

g. Seventh, only 55 days of Mr. Leech's 687 trading days were selected for the Brattle Exercise. This represents a small subset of the available days, and those 55 days were unrepresentative of Mr. Leech's trading days in one or more ways given the Brattle Group's selection criteria. Specifically, Professor Kolm will explain that the days featured in Mr. Newman's Exercise were unusual in that they were selected to be "primarily" days in which Mr. Leech's Core Strategy FDRs performed distinctly poorly. Professor Kolm will testify that the Brattle Exercise days were unusual in the broader fixed-income market conditions observed on those days,

including high positive returns in the U.S. Treasury and investment grade bond market (as reflected in the Bloomberg Aggregate Index), large increases in US Treasury volatility (as measured by the MOVE index), and unusually frequent events such as option expiration dates and major economic releases. Professor Kolm will explain that these market conditions are closely linked to large shifts in duration and convexity exposure and were not representative of the overall environment Mr. Leech faced during the full trading period. The data, analyses, and results supporting Professor Kolm's opinion can be found in subdirectory "Trading Days and Market Conditions."

3. Professor Kolm will testify that—for the reasons given in Paragraph 2—it is not informative to compare the outcomes of the Brattle Exercise to Mr. Leech's actual outcomes on those 55 days, and it is even less informative to use the Brattle Exercise to draw conclusions about Mr. Leech's trading on other days. Mr. Newman and Dr. Goldberg had access to information unavailable to Mr. Leech at the time; Mr. Newman was constrained in multiple ways that did not apply to Mr. Leech's actual trading; and the Brattle Exercise relied on a small unrepresentative subset of days.

4. Professor Kolm will testify that, within the trade set Mr. Newman was given to allocate, Mr. Leech had allocated a total of 582 trades to the Core Strategies, and 540 to Macro Opps, including 19 which were allocated to Macro Opps and to account 1651. Mr. Newman allocated a total of 543 to the Core Strategies, 559 to Macro Opps, and labeled 23 as "uncertain."

5. Professor Kolm will testify that, while Mr. Newman stated he allocated trades at the time the trade was placed with the broker (i.e., order time), there are 142 trades which were placed on a trading date prior to the date on which the trade was executed. Rather than being allocated in the window in which these trades were placed, these 142 trades were allocated in the overnight window on the trade date on which they were executed, meaning the trades were allocated later than when they were placed. These trades comprise 13% (142 out of 1,122) of the trades Mr. Newman allocated. These trades are comprised of 91 trades Mr. Newman allocated to the Core Strategies, which have a cumulative first day return of -$51 million (representing 21% of the cumulative first day return of all trades Mr. Newman allocated to the Core Strategies), and 51 trades Mr. Newman allocated to Macro Opps, which have a cumulative first day return of $13 million (representing 20% of the cumulative first day return of all trades Mr. Newman allocated to Macro Opps).

6. Professor Kolm will testify that Mr. Newman's inability to allocate trades 50/50, and the requirement that he allocate trades grouped by instrument, side, and window instead of each individual trade group, likely had a significant effect on the Brattle Exercise because it restricted Mr. Newman's ability to treat Macro Opps and the Core Strategies in a comparable manner. For example:

a. Professor Kolm will explain that, in the Brattle Exercise, Mr. Newman often made allocation decisions by analyzing whether the duration of 3313 (for Macro Opps) or 984 (for the Core Strategies) was above or below the average duration of those portfolios over the preceding 90 trading days (the "Duration Benchmark"). Professor Kolm will testify that, according to the data Mr. Newman used for the Brattle Exercise, 3313 and 984 were routinely either *both* above or below their respective Duration Benchmarks at the time of Mr. Newman's allocation decision. Specifically, of the 989 trade groups Mr. Newman allocated (excluding trades with an order time

on a date prior to the trade date it was executed on), 3313 and 984 were both either above or below their respective Duration Benchmarks at the time of Mr. Newman's allocation for 751 of those trade groups (representing 76% of the trade groups). This means, for example, that if both were below their Duration Benchmarks, a duration adding trade could have brought both closer to their benchmarks; and if both were above, a duration reducing trade could have brought both closer to their benchmarks. But because Mr. Newman did not have the option to allocate trades 50/50, the Brattle Exercise prevented him from splitting trades that could have benefitted both strategies.

b. Professor Kolm will explain that, in the Brattle Exercise, Mr. Newman often made allocation decisions by analyzing whether the convexity of 3313 (for Macro Opps) or 984 (for the Core Strategies) was above or below the average convexity of those portfolios over the preceding 90 trading days (the "Convexity Benchmark"). Professor Kolm will testify that, according to the data Mr. Newman used, 3313 and 984 were routinely either *both* above or below their respective Convexity Benchmarks at the time of Mr. Newman's allocation decision. Specifically, of the 989 trade groups Mr. Newman allocated (excluding trades with an order time on a date prior to the trade date it was executed on), 3313 and 984 were both either above or below their respective Convexity Benchmarks at the time of Mr. Newman's allocation for 716 of those trade groups (representing 72% of the trade groups). This means, for example, that if both were below their Convexity Benchmarks, a convexity adding trade could have brought both closer to their benchmarks; and if both were above, a convexity reducing trade could have brought both closer to their benchmarks. But because Mr. Newman did not have the option to allocate trades 50/50, the Brattle Exercise prevented him from splitting trades that could have benefitted both strategies

c. As explained above, at the time Mr. Newman allocated 751 of the 989 trade groups (excluding trades with an order time on a date prior to the trade date it was executed on) both 3313 and 984 were either above or below their Duration Benchmarks. 286 of those 751 trade groups (representing 38% of trade groups) would have moved both 3313 and 984 further from their respective Duration Benchmarks. This means that many trade groups were, from a duration perspective, not suitable for either 3313 or 984. As explained above, at the time Mr. Newman allocated 716 of the 989 trade groups (excluding trades with an order time on a date prior to the trade date it was executed on) both 3313 and 984 were either above or below their Convexity Benchmarks. 291 of those 716 trade groups (representing 41% of trade groups) would have moved 3313 and 984 further from their respective Convexity Benchmarks. This means that many trade groups were, from a convexity perspective, not suitable for either 3313 or 984. Professor Kolm will explain that, as a result, Mr. Newman allocated many trades to either the Core Strategies or Macro Opps on the basis that the trade was "less unsuitable" for one strategy than the other. If a trade was unsuitable for both strategies, then an appropriate choice could have been to allocate it 50/50, rather than entirely to one strategy or the other, but the Brattle Exercise did not permit that option. This limitation affected a large number of trades: Mr. Newman allocated 559 trade groups to the Core Strategies, of which about 270 trade groups were allocated as "less unsuitable," and 543 trade groups to Macro Opps, of which about 43 trade groups were allocated as "less unsuitable." If Mr. Newman had the ability to allocate trades 50/50, he could have split some or all of these "less unsuitable" trades between the two strategies.

7. Professor Kolm will testify that Mr. Newman's stated allocation reasons often were not aligned with his purported methodology. For example:

a. Mr. Newman allocated 50 trade groups to Macro Opps on the basis that they provided greater duration benefit to Macro Opps, even though those trades added duration when 3313 was already above its Duration Benchmark. Similarly, Mr. Newman allocated 32 trade groups to the Core Strategies on the basis that they provided greater duration benefit to the Core Strategies, even though those trades added duration when 984 was already above its Duration Benchmark.

b. Mr. Newman allocated 27 trade groups to Macro Opps on the basis that they had a "less unsuitable" duration effect on Macro Opps, even though those trades added duration when 3313 was below its Duration Benchmark. Similarly, Mr. Newman allocated 123 trade groups to the Core Strategies on the basis that those trade groups had a "less unsuitable" duration effect on the Core Strategies, even though those trades added duration when 984 was below its Duration Benchmark.

c. Mr. Newman allocated 36 trade groups to Macro Opps on the basis that those trades had a greater duration benefit to Macro Opps, even though those trades reduced duration when 3313 was already below its Duration Benchmark. Similarly, Mr. Newman allocated 12 trade groups to the Core Strategies on the basis that those trades had a greater duration benefit to the Core Strategies, even though those trades reduced duration when 984 was already below its Duration Benchmark.

d. Mr. Newman allocated 8 trade groups to Macro Opps on the basis that those trade groups had a "less unsuitable" duration effect on Macro Opps, even though those trades reduced duration when 3313 was above its Duration Benchmark. Similarly, Mr. Newman allocated 60 trade groups to the Core Strategies on the basis that those trade groups had a "less unsuitable" duration effect on the Core Strategies, even though those trades reduced duration when 984 was above its Duration Benchmark.

e. Mr. Newman allocated 145 trade groups to Macro Opps on the basis that those trades had a greater convexity benefit to Macro Opps, even though those trades added convexity when 3313 was already above its Convexity Benchmark at the beginning of the day. Similarly, Mr. Newman allocated 5 trade groups to the Core Strategies on the basis that those trades had a greater convexity benefit to the Core Strategies, even though those trades added convexity when 984 was already above its Convexity Benchmark at the beginning of the day.

f. Mr. Newman allocated 6 trade groups to Macro Opps on the basis that those trade groups had a "less unsuitable" convexity effect on Macro Opps, even though those trades added convexity when 3313 was below its Convexity Benchmark at the beginning of the day. Similarly, Mr. Newman allocated 52 trade groups to the Core Strategies on the basis that those trade groups had a "less unsuitable" convexity effect on the Core Strategies, even though those trades added convexity when 984 was below its Convexity Benchmark at the beginning of the day.

g. Mr. Newman allocated 70 trade groups to Macro Opps on the basis that those trades had a greater convexity benefit to Macro Opps, even though those trades reduced convexity when 3313 was already below its Convexity Benchmark at the beginning of the day. Similarly, Mr. Newman allocated 182 trade groups to the Core Strategies on the basis that those trades had a greater convexity benefit to the Core Strategies, even though those trades reduced convexity when 984 was already below its Convexity Benchmark at the beginning of the day.

h. Mr. Newman allocated 23 trade groups to Macro Opps on the basis that those trade groups had a "less unsuitable" convexity effect on Macro Opps, even though those trades reduced convexity when 3313 was above its Convexity Benchmark at the beginning of the day. Similarly, Mr. Newman allocated 365 trade groups to the Core Strategies on the basis that those trade groups had a "less unsuitable" convexity effect on the Core Strategies, even though those trades reduced convexity when 984 was above its Convexity Benchmark at the beginning of the day.

The CRA Exercise

8. Professor Kolm will testify that he has reviewed the disclosures signed by Professor Bruce Tuckman and Mr. Aaron Dolgoff, including materials describing a trading exercise that Professor Tuckman and Mr. Dolgoff designed and implemented in conjunction with Charles River Associates (the "CRA Exercise"). Professor Kolm will also testify that he has reviewed the underlying data and information that Professor Tuckman and Mr. Dolgoff used to conduct the CRA Exercise and data reflecting the results of the CRA Exercise.

9. Professor Kolm will testify that the CRA Exercise was different from Mr. Leech's trading in a number of important respects. These differences include, but are not limited to, the following:

a. First, because of both the timing and the design of the CRA Exercise, Professor Tuckman and Mr. Dolgoff had information about market events and movements that were unavailable to Mr. Leech at the time of his trading.

b. Second, Mr. Leech both determined both which trades to place and how to allocate those trades, whereas the CRA Exercise only involved allocating a subset of trades that Mr. Leech had already placed.

c. Third, the CRA Exercise involved attempting to manage the duration of 3313 and 984 to particular targets. However, Mr. Leech's trades do not indicate he placed or allocated trades with respect to these particular benchmarks. In fact, as described below, the FDRs of Mr. Leech's trades are a much stronger predictor of Mr. Leech's allocations than are the particular benchmarks used in the CRA Exercise.

d. Fourth, Mr. Leech had the authority to allocate trades 50/50 or to strategies other than Macro Opps and the Core Strategies, or to individual portfolios within the Macro Opps and Core Strategies, whereas Professor Tuckman only had the ability to allocate trades to either Macro Opps or the Core Strategies and did not have the ability to make allocation decisions about the trades that Mr. Leech allocated 50/50 or to other strategies.

e. Fifth, Mr. Leech had the option to simply not trade at a given time, whereas the CRA Exercise required Professor Tuckman to allocate every trade.

f. Sixth, only 50 days from Mr. Leech's 687 trading days were selected for Professor Tuckman's Exercise. This represents a small and selective subset of trading days, and these days are unrepresentative of Mr. Leech's trading days in one or more ways given the CRA's selection criteria. Specifically, Professor Kolm will explain that the days featured in Professor Tuckman's Exercise were unusual in that they were selected to be days in which Mr. Leech's Core Strategy

FDRs performed distinctly poorly, Mr. Leech's Macro Opps FDRs performed distinctly well, or Mr. Leech's Macro Opps FDRs distinctly outperformed his Core Strategy FDRs.

10. Professor Kolm will testify that, within the trade set Mr. Tuckman was given to allocate, Mr. Leech had allocated a total of 424 trade groups to the Core Strategies and 511 trade groups to Macro Opps. Mr. Tuckman allocated a total of 434 trade groups to the Core Strategies and 501 trade groups to Macro Opps.

11. Professor Kolm will testify that Mr. Tuckman's inability to allocate trades 50/50, and the requirement that he allocate by trade type instead of trade group, likely had a significant impact on the CRA Exercise because it restricted Mr. Tuckman's ability to treat Macro Opps and the Core Strategies in a comparable manner. For example:

a. Professor Kolm will explain that, in the CRA Exercise, Mr. Tuckman often made allocation decisions by analyzing whether the duration of 3313 (for Macro Opps) or 984 (for the Core Strategies) was above or below the exponentially weighted 30-day average duration of those portfolios over the preceding 30 trading days (the "Duration Benchmark"). Professor Kolm will testify that, according to the data Mr. Tuckman used for the CRA Exercise, 3313 and 984 were routinely either *both* above or below their respective Duration Benchmarks at the time of Mr. Tuckman's allocation decision. Specifically, of the 935 trade groups Mr. Tuckman allocated, 3313 and 984 were both either above or below their respective Duration Benchmarks at the time of Mr. Tuckman's allocation for 579 of those trade groups (representing 62% of the trade groups). This means, for example, that if both were below their Duration Benchmarks, a duration adding trade could have brought both closer to their benchmarks. Similarly, if both were above their Duration Benchmarks, a duration reducing trade could have brought both them closer to their benchmarks. But because Mr. Tuckman did not have the option to allocate trades 50/50, the CRA Exercise prevented him from splitting trades that could have benefitted both strategies.

b. Professor Kolm will explain that, in the CRA Exercise, Mr. Tuckman often made allocation decisions by analyzing whether the convexity of 3313 (for Macro Opps) or 984 (for the Core Strategies) was above or below the exponentially weighted 30-day average convexity of those portfolios over the preceding 30 trading days (the "Convexity Benchmark"). Professor Kolm will testify that, according to the data Mr. Tuckman used for the CRA Exercise, 3313 and 984 were routinely either *both* above or below their respective Convexity Benchmarks at the time of Mr. Newman's allocation decision. Specifically, of the 935 trade groups Mr. Tuckman allocated, 3313 and 984 were both either above or below their respective Convexity Benchmarks at the time of Mr. Tuckman's allocation for 646 of those trade groups (representing 69% of the trade groups). This means, for example, that if both were below their Convexity Benchmarks, a convexity adding trade could have brought both closer to their benchmarks. Similarly, if both were above their Convexity Benchmarks, a convexity reducing trade could have brought both them closer to their benchmarks. But because Mr. Tuckman did not have the option to allocate trades 50/50, the CRA Exercise prevented him from splitting trades that could have benefitted both strategies.

c. As explained above, at the time Mr. Tuckman allocated 579 of the 935 trade groups, both 3313 and 984 were either above or below their Duration Benchmarks. 244 of those 579 trade groups (representing 42% of trade groups) would have moved 3313 and 984 further from their respective Duration Benchmarks. This means that many trade groups were, from a duration

perspective, not suitable for either 3313 or 984. As explained above, at the time Mr. Tuckman allocated 646 of the 935 trade groups, both 3313 and 984 were either above or below their Convexity Benchmarks. 360 of those 646 trade groups (representing 56% of trade groups) would have moved 3313 and 984 further from their respective Convexity Benchmarks. This means that many trade groups were, from a convexity perspective, not suitable for either 3313 or 984. Professor Kolm will explain that, as a result, Mr. Tuckman allocated many trades to either the Core Strategies or Macro Opps on the basis that the trade would "do least harm" for one strategy compared to the other. If a trade was unsuitable for both strategies, then an appropriate decision may have been to allocate the trade 50/50, rather than entirely to one strategy or the other, but Mr. Tuckman was not given that option. This mattered for a large number of trades. Mr. Tuckman allocated 434 trade groups to the Core Strategies, of which 267 were allocated on the basis that they would "do least harm." Mr. Tuckman allocated 501 trade groups to Macro Opps, of which 138 were allocated on the basis that they would "do least harm." If Mr. Tuckman had the ability to allocate trades 50/50, he could have split some or all of these "do least harm" trades between the two strategies.

12. Professor Kolm will testify that Mr. Tuckman's stated allocation reasons often do not appear to be consistent with his purported methodology. For example:

a. Mr. Tuckman allocated 17 trade groups to Macro Opps on the basis that those trades had a greater duration benefit to Macro Opps, even though those trades added duration when 3313 was already above its Duration Benchmark. Similarly, Mr. Tuckman allocated 6 trade groups to the Core Strategies on the basis that those trades had a greater duration benefit to the Core Strategies, even though those trades added duration when 984 was already above its Duration Benchmark.

b. Mr. Tuckman allocated 90 trade groups to Macro Opps on the basis that those trade groups would do least harm to Macro Opps, even though those trades added duration when 3313 was below its Duration Benchmark. Similarly, Mr. Tuckman allocated 16 trade groups to the Core Strategies on the basis that those trade groups would do least harm to the Core Strategies, even though those trades added duration when 984 was below its Duration Benchmark.

c. Mr. Tuckman allocated 8 trade groups to Macro Opps on the basis that those trades had a greater duration benefit to Macro Opps, even though those trades reduced duration when 3313 was already below its Duration Benchmark. Similarly, Mr. Tuckman allocated 1 trade group to the Core Strategies on the basis that that trade had a greater duration benefit to the Core Strategies, even though that trade reduced duration when 984 was already below its Duration Benchmark.

d. Mr. Tuckman allocated 41 trade groups to Macro Opps on the basis that those trade groups would do least harm to Macro Opps, even though those trades reduced duration when 3313 was above its Duration Benchmark. Similarly, Mr. Tuckman allocated 26 trade groups to the Core Strategies on the basis that those trade groups would do least harm to the Core Strategies, even though those trades reduced duration when 984 was above its Duration Benchmark.

e. Mr. Tuckman allocated 17 trade groups to Macro Opps on the basis that those trades had a greater convexity benefit to Macro Opps, even though those trades added convexity when

3313 was already above its Convexity Benchmark. Similarly, Mr. Tuckman allocated 4 trade groups to the Core Strategies on the basis that those trades had a greater convexity benefit to the Core Strategies, even though those trades added convexity when 984 was already above its Convexity Benchmark.

f. Mr. Tuckman allocated 26 trade groups to Macro Opps on the basis that those trade groups would do least harm to Macro Opps, even though those trades added convexity when 3313 was below its Convexity Benchmark. Similarly, Mr. Tuckman allocated 64 trade groups to the Core Strategies on the basis that those trade groups would do least harm to the Core Strategies, even though those trades added convexity when 984 was below its Convexity Benchmark.

g. Mr. Tuckman allocated 20 trade groups to Macro Opps on the basis that those trades had a greater convexity benefit to Macro Opps, even though those trades reduced convexity when 3313 was already below its Convexity Benchmark. Similarly, Mr. Tuckman allocated 6 trade groups to the Core Strategies on the basis that those trades had a greater convexity benefit to the Core Strategies, even though those trades reduced convexity when 984 was already below its Convexity Benchmark.

h. Mr. Tuckman allocated 23 trade groups to Macro Opps on the basis that those trade groups would do least harm to Macro Opps, even though those trades reduced convexity when 3313 was above its Convexity Benchmark. Similarly, Mr. Tuckman allocated 50 trade groups to the Core Strategies on the basis that those trade groups would do least harm to the Core Strategies, even though those trades reduced convexity when 984 was above its Convexity Benchmark.

Comparison of Mr. Leech's Trading and the Brattle Exercise

13. Professor Kolm will explain that he understands Dr. Goldberg has performed statistical analyses that Dr. Goldberg states show that "significant differences in the proportions of trades with positive and negative FDP across strategies could occur without cherrypicking" and that "significant differences in the average FDP across strategies could occur without cherrypicking."

14. Professor Kolm will testify that Dr. Goldberg's conclusion that Mr. Newman's results were not, in part, the product of cherry picking is Dr. Goldberg's opinion about how he designed, and Mr. Newman executed, the Brattle Exercise, not about the statistical analyses.

15. Professor Kolm will testify that, even if Dr. Goldberg's conclusion is correct, that simply means it is possible to design an exercise that produces positive first-day returns in Macro Opps and negative first-day returns in the Core Strategies. Professor Kolm will testify that this is not a surprising result, and is not informative for evaluating Mr. Leech's trading, in light of the many ways (described in Paragraphs 2 and 3) in which the Brattle Exercise was designed and differed from Mr. Leech's actual trading process. Professor Kolm will also testify that Dr. Goldberg's analyses are not useful for evaluating Mr. Leech's trading, and do not refute the statistical evidence that Mr. Leech was using performance between the time of trade and allocation, for the following reasons:

a. First, as described in Paragraphs 2 and 3, the Brattle Exercise was significantly different from Mr. Leech's actual trading. Mr. Newman was artificially constrained to choose between Macro Opps and Core Strategies, when Mr. Leech was able to allocate not only to Macro

Opps or Core Strategies, but to 50/50 trades or to simply not trade at all. By constraining the range of potential decisions and thus the resulting outcomes, the Brattle Exercise steers Mr. Newman's trading results toward Mr. Leech's actual trading results.

b. Second, Dr. Goldberg's analyses rely on a limited set of null hypotheses and statistical tests to evaluate Mr. Newman's trade performance. In Figure 4 of his Disclosure, Dr. Goldberg compares Mr. Newman's percentage positive and negative FDR for Macro Opps and Core Strategies, respectively, against their share of trades. In Figure 5 of his Disclosure, Dr. Goldberg compares Mr. Newman's average FDR for Macro Opps and Core Strategies against their share of trades. Dr. Goldberg does not compare Mr. Newman's trade performance against Mr. Leech's, nor does he consider measures of trading performance beyond percentage of positive (or negative) trades and average trade FDR.

c. Third, some of Mr. Newman's allocation decisions may be explained by derivative type and direction. Professor Kolm will explain how trading experiments can be designed after the fact that produce different FDR performance between two funds through factors such as derivative type and direction. As discussed further below in Paragraph 22, Professor Kolm will present analyses that show how little of Mr. Leech's allocation decisions can be explained by derivative type and direction and other factors. In contrast, much of his allocation decisions can be explained by trade FDRs.

d. Fourth, as explained further below in Paragraphs 18 to 20, comparisons between Mr. Leech's results and Mr. Newman's results further illustrate the substantial extent to which FDRs explain Mr. Leech's allocations.

16. Professor Kolm will testify that he understands Dr. Goldberg has performed simulation-based tests that Dr. Goldberg concludes show that the extent of "the matching between Mr. Newman's allocations and Mr. Leech's allocations cannot be caused by chance and cannot be due to FDP since Mr. Newman's allocations did not consider FDP."

17. Professor Kolm will testify that Dr. Goldberg's statistical analysis does not show that the matching between Mr. Newman's allocations and Mr. Leech's allocations "cannot be due to FDP." The claim that "Mr. Newman's allocations did not consider FDP" reflects Dr. Goldberg's characterization of how the Brattle Exercise was designed and carried out; it is not a conclusion derived from his statistical analysis.

18. Professor Kolm will testify that Dr. Goldberg's conclusion that "the matching between Mr. Newman's allocations and Mr. Leech's allocations cannot be caused by chance" is not surprising because Mr. Newman and Dr. Goldberg had access to information unavailable to Mr. Leech at the time of his actual trading and allocations, and an experiment can be designed after the fact to produce similarities between Mr. Leech's outcomes and the outcomes of the experiment.

19. Professor Kolm will testify that Dr. Goldberg analyzed whether the extent of matching between Mr. Leech and Mr. Newman could be the result of chance, but he did not analyze the extent of the *differences* between Mr. Newman's allocations and Mr. Leech's allocations. Professor Kolm will testify that he performed multiple analyses of the differences between Mr. Newman's and Mr. Leech's allocations, and the results of those analyses—described in more detail below—

are consistent with Mr. Leech using performance information from between the time of trade and the time of allocation in making allocation decisions.

20. Professor Kolm will testify that he performed analyses of the percentage of days and trades with positive or negative FDRs that Mr. Newman allocated to Macro Opps or the Core Strategies, compared to how Mr. Leech allocated those same trades. Professor Kolm will present the results of his analyses, including in the form of charts. Unless otherwise noted, Mr. Leech's trades are those that were used in the Brattle Exercise. The data, analyses, and results for Paragraph 20 can be found in subfolder "Data and Code." Specifically:

a. Professor Kolm will testify that Mr. Newman had net positive FDRs in Macro Opps on 60% of days in the Brattle Exercise, and net positive FDRs in the Core Strategies on 17% of days in the Brattle Exercise. On those same days, Mr. Leech had net positive FDRs of 94% in Macro Opps and 0% in Core Strategies.

b. Professor Kolm will testify that 64% of the trades Mr. Newman allocated to Macro Opps had a positive FDR and 37% of trades Mr. Newman allocated to the Core Strategies had a positive FDR. On those same days, 82% of trades Mr. Leech allocated to Macro Opps had a positive FDR and 21% of trades Mr. Leech allocated to the Core Strategies had a positive FDR.

c. Professor Kolm will testify that he performed analyses of odds and log odds on the results described in Paragraph 20(a). Professor Kolm will explain that odds compare the probability an outcome occurs against the probability it does not—for example, the probability trades have positive FDR against the probability trades have zero or negative FDR. Log odds are a transformation of odds, computed by taking the natural logarithm of odds. Professor Kolm will explain that comparing odds ratios across traders helps quantify whether one trader is more likely than another to generate positive (or negative) first-day returns. Professor Kolm will testify that Mr. Leech's Macro Opps trades had materially higher odds for percentage of positive FDR trades against the percentage of non-positive FDR trades than did those of Mr. Newman. Similarly, Professor Kolm will testify that Mr. Leech's Core Strategies trades had distinctly higher odds for percentage of negative FDR trades against the percentage of non-negative FDR trades than did those of Mr. Newman. Professor Kolm will testify this shows that, relative to Mr. Newman, Mr. Leech's Macro Opps trades were substantially more likely to be positive, and his Core Strategies trades substantially more likely to be negative, relative to Mr. Newman's.

d. Professor Kolm will testify that he performed binomial tests using the results described in Paragraph 20(a). Professor Kolm will explain that binomial tests are used in statistics for a sample of binary outcomes (e.g., successes or failures) to assess whether the proportion of successes in the sample is significantly different from an expected proportion. Using Mr. Newman's results as the null hypothesis, Professor Kolm tested the probability of observing Mr. Leech's outcomes if he performed like Mr. Newman. Professor Kolm will testify that the binomial tests showed that Mr. Leech's positive-FDR rate for Macro Opps (82%) was highly statistically significant relative to Mr. Newman's (64%), and that Mr. Leech's positive-FDR rate for the Core Strategies (37%) was also highly statistically significant relative to Mr. Newman's (21%). These results indicate that Mr. Leech's Macro Opps trades were substantially more likely to have positive FDR, and his Core Strategies trades substantially less likely to have positive FDR than Mr. Newman's.

e. Professor Kolm will testify that he performed the same analyses described in Paragraph 20(a)-(d), but looking at the percentage of trades with negative FDRs. Professor Kolm will testify that the results of those analyses were consistent with the results described in Paragraph 20(a)-(d).

f. Professor Kolm will testify that he performed analyses of the FDRs of the trades Mr. Newman allocated to Macro and the Core Strategies, compared to how Mr. Leech allocated those same trades. Professor Kolm will present the results of his analyses, including in the form of charts. Specifically, trades Mr. Leech allocated to the Core Strategies had net FDRs of -$389 million, whereas trades Mr. Newman allocated to Core Strategies had net FDRs of -$248 million. Additionally, trades Mr. Leech allocated to Macro Opps had net FDRs of $202 million, whereas trades Mr. Newman allocated to Macro Opps had net FDRs of only $67 million. Professor Kolm will testify that this means Mr. Leech's actual allocations to Macro Opps provided meaningfully higher gains to Macro Opps than did Mr. Newman's hypothetical allocations, and that Mr. Leech's actual allocations to Core Strategies provided meaningfully higher losses to Core Strategies than did Mr. Newman's hypothetical allocations. Professor Kolm will also present bootstrapping results to illustrate the unusualness of Mr. Leech's net FDR versus that of Mr. Newman's net FDR, the results of which are in the subfolder identified in Paragraph 20.

g. Similarly, Professor Kolm will testify that he calculated average FDR on both a daily and trade basis. The trades Mr. Newman allocated to Macro Opps had an average daily FDR of $1.2 million, and the trades he allocated to the Core Strategies had an average daily FDR of -$4.6 million. Similarly, each trade Mr. Newman allocated to Macro Opps had an average FDR of $0.1 million, and each trade he allocated to the Core Strategies had an average FDR of -$0.4 million. The trades Mr. Leech allocated to Macro Opps had an average daily FDR of $3.7 million, and the trades he allocated to the Core Strategies had an average daily FDR of -$7.2 million. Similarly, each trade Mr. Leech allocated to Macro Opps had an average FDR of $0.4 million, and each trade he allocated to the Core Strategies had an average FDR of -$0.7 million. Professor Kolm will present statistical tests comparing these outcomes using Mr. Newman's results as the null hypothesis, the results of which are in the subfolder identified in Paragraph 20.

h. Professor Kolm will testify that he performed analyses of odds and odds ratios, similar to the analyses described in Paragraph 20(a)-(c). As explained above, odds compare the probability an outcome occurs against the probability it does not. Odds ratios compare the odds between two groups. Professor Kolm used odds to compare the ratio of positive and negative FDR days for Macro Opps and Core Strategies by trader, and then odds ratios to compare the odds between Macro Opps and Core Strategies by trader. Professor Kolm will testify that he also performed a similar comparison, but using trade-level FDRs. Professor Kolm will testify that, on the days featured in Mr. Newman's exercise, Mr. Leech had a daily FDR odds ratio between Macro Opps and Core Strategies that was over 1,600. In contrast, Mr. Newman's daily FDR odds ratio was 7. Using trade-level FDRs instead of daily FDRs, Mr. Leech had an odds ratio of 19 and Mr. Newman an odds ratio of 3. Professor Kolm will testify that this shows the extreme outperformance of Mr. Leech's Macro Opps trades over his Core Strategies trades relative to that of Mr. Newman's.

i. Professor Kolm will testify that he performed analyses using Sharpe ratios on the results described in Paragraph 20(a)-(b). Professor Kolm will explain that Sharpe ratios are a commonly used metric in both academia and the investment-management industry for comparing

performance across funds, traders, or sources of returns. Sharpe ratios evaluate the average excess return generated by a fund, trader, or strategy relative to the volatility of those returns, after accounting for the risk-free rate.[1] Professor Kolm will testify that Mr. Leech's Sharpe ratio for Macro Opps was materially higher than Mr. Newman's, and Mr. Leech's Sharpe ratio for Core Strategies was materially lower than Mr. Newman's. The difference in Mr. Leech's Sharpe ratio between Macro Opps and Core Strategies was nearly twice Mr. Newman's difference between Macro Opps and Core Strategies. Professor Kolm will testify that this shows how Mr. Leech outperformed Mr. Newman in Macro Opps but underperformed Mr. Newman in Core Strategies, and that Mr. Leech's difference in FDR performance between Macro Opps and Core Strategies was meaningfully more significant than Mr. Newman's. Professor Kolm will also testify that using gross (unadjusted) returns provides similar results.

j. Professor Kolm will testify that he performed analyses using empirical asset pricing models. As described in his Disclosure, such models use the historical returns of one or more benchmark(s) to evaluate a fund's or trader's performance. Consistent skill, reflected in returns exceeding those of the benchmark, appears as a statistically significant positive intercept (sometimes also called "alpha") in a regression based on an empirical asset pricing model. A fund and/or trader can also have no skill, in delivering excess return below benchmark(s). Most commonly, funds or traders do not generate excess returns that are statistically or economically distinguishable from zero. Professor Kolm will testify that Mr. Leech delivered meaningfully larger positive alpha for Macro Opps and meaningfully larger negative alpha for Core Strategies than did Mr. Newman. Professor Kolm will also testify that Mr. Leech delivered meaningfully larger positive alpha compared to Mr. Newman with regard to Macro Opps over Core Strategies outperformance. Professor Kolm will explain he performed Cohen's D and paired *t*-tests on daily returns that also showed similar results as did the results for alpha.

k. Professor Kolm will testify that he performed analyses using deciles formed by trade FDRs to study the skew of Mr. Leech's trade allocations against that of Mr. Newman. Professor Kolm will explain how these analyses show that, amongst Mr. Leech's trades, trades in better-performing deciles tended to be disproportionately Macro Opps trades, and Macro Opps trades tended to be disproportionately allocated toward better-performing deciles. Professor Kolm will testify how these disproportionalities were more substantial for Mr. Leech than for Mr. Newman, and that analogous results were found for Core Strategy trades.

l. Professor Kolm will testify that he performed multiple run-test analyses of Mr. Leech's allocations, as compared to Mr. Newman's allocations. As explained in his prior disclosure, runs-test analyses study if the number of streaks between two outcomes is unusual, with a streak defined as when one of the two outcomes occurs one or more times in a row. Professor Kolm will present the results of his runs-test analyses, including in the form of charts. Specifically:

i. Professor Kolm will testify that he broke the period from January 1, 2021 through August 12, 2024 into batches of 55 days on which Leech placed Treasury F&O trades and analyzed Mr. Leech's win rate, the proportion of days with positive FDRs compared to days with negative FDRs. Professor Kolm will testify that from January 1, 2021 to October 19, 2023, Mr. Leech had a win rate for Macro Opps above 80% in each of the 11 batches, even achieving a win rate of 100%

[1] Sharpe, William F. (1994). "The Sharpe Ratio". *The Journal of Portfolio Management*. 21 (1): 49–58.

from March 16, 2023 to June 1, 2023. In contrast, Mr. Leech's win rate for Macro Opps falls to 53% from October 20, 2023 to March 20, 2024 and 68% from March 22, 2024 to August 12, 2024. Professor Kolm will testify that he performed the same analysis for Mr. Leech's allocations to the Core Strategies, which showed that all 10 batches for Core Strategies featured win rates 22% or under. Professor Kolm will explain that this shows how Mr. Leech consistently delivered positive FDRs for Macro Opps and negative FDRs for Core Strategies. Furthermore, Mr. Leech's ability to deliver positive FDRs for Macro Opps suddenly collapsed after October 19, 2023.

ii. Professor Kolm will testify that he calculated the win rates of Mr. Newman's allocations to Macro Opps and the Core Strategies. He will testify that Mr. Newman had a Macro Opps win rate of 60% for the 55 days in the Exercise. Professor Kolm will testify that he also calculated the win rate for Mr. Leech, using the same trades Mr. Newman allocated. He will testify that Mr. Leech's Macro Opps win rate was 94%, meaningfully higher than Mr. Newman's. Professor Kolm will testify that Mr. Newman had a win rate of 17% for Core Strategies on the Exercise's 55 days, in contrast to Mr. Leech's meaningfully lower win rate of 0%. Professor Kolm will support his opinion through binomial tests that use Newman's win rate on the 55 days as an assumption for the null hypothesis of Mr. Leech's win rate.

iii. Professor Kolm will testify that for Macro Opps on the 55 days of Mr. Newman's Exercise, Mr. Newman had 33 positive FDR days and 22 negative FDR days; 28 runs were expected and 21 runs occurred. Mr. Leech had 51 positive FDR days and only 3 negative FDR days; while 28 runs were expected, only 7 runs occurred. On the 22 days where Mr. Leech and Mr. Newman differed in the directionality of their FDRs (one had positive and the other negative FDR), 20 of these were days in which Mr. Leech directionally outperformed Mr. Newman—that is, Mr. Leech had positive FDR and Mr. Newman negative FDR. There were only 5 runs when 12 were expected. Professor Kolm will testify that using relative outperformance (measuring outperformance in dollars) yields similar results. Professor Kolm will testify that he performed analyses pairing up trades between Mr. Newman and Mr. Leech each day. Of the approximately 2,600 trade pairs where the two trades differed in directionality, approximately 1,800 of these were trades where Mr. Leech had positive and Mr. Newman negative FDR. Professor Kolm will testify these results illustrate how Mr. Leech's Macro Opps FDRs were meaningfully different from Mr. Newman's on the 55 days of Mr. Newman's Exercise. Professor Kolm will support his opinion with binomial and runs-test p-values. He will also testify that he found analogous results for Core Strategies.

21. Professor Kolm will testify that he analyzed the trades placed by Mr. Newman when either portfolios 3313 or 984 were outside their duration limits. Professor Kolm will testify that Mr. Newman did not always allocate trades in a way that would move the breached portfolio closer towards its duration limits. Specifically:

a. There are 58 duration adding trades which were placed when 3313 was below its lower duration limit and, even though these trades would have moved 3313's duration closer to its lower limit, Mr. Newman only allocated 48% (28 out of 58) of these trades to Macro Opps.

b. There are 30 duration decreasing trades which were placed when 984 was above its upper duration limit and, even though these trades would have moved 984's duration closed to its upper limit, Mr. Newman only allocated 57% (17 out of 30) of these trades to Core Strategies.

22. Professor Kolm will testify that he performed multiple regression analyses to compare Mr. Newman's allocations with Mr. Leech's allocations. Professor Kolm will explain that a regression analysis models the extent to which the outcome of a response (also called a "dependent") variable is associated with one or more explanatory (also called "independent") variables. Professor Kolm will explain that he used regressions to study the allocation decisions of Mr. Leech and Mr. Newman. Professor Kolm will present the results of his regression analyses, including in the form of charts. Specifically:

a. Professor Kolm will testify that he performed a regression analysis of Mr. Newman's allocations. Professor Kolm will explain the regression analyses modeled whether Mr. Newman allocated a trade to Macro Opps using explanatory variables such as a binary indicator for a positive FDR trade, the FDR of a trade in dollars, the trade type (e.g., 5-year put sell or 10-year future buy), whether a trade would move Macro Opps closer to its 90-day average duration, whether a trade would move Core Strategies closer to its 90-day average duration, whether a trade would move Macro Opps closer to its 90-day average convexity, whether a trade would move Core Strategies closer to its 90-day average convexity, whether a trade would move Macro Opps closer towards its duration limits when it is outside its limits, whether a trade would move Macro Opps further outside its duration limits when it is already outside its limits, whether a trade would move Core Strategies closer towards its duration limits when it is outside its limits, whether a trade would move Core Strategies further outside its duration limits when it is already outside its limits. Professor Kolm will explain that the AUC (Area Under the Curve) is a standard measure of a model's ability to distinguish between two outcomes, where a value of 0.5 reflects no explanatory power and a value closer to 1.0 reflects stronger explanatory power. Professor Kolm will present the results of his regression analysis, which show that FDR provided an AUC of 0.63 when expressed as a binary variable and 0.67 when expressed in dollars. Using the duration and convexity variables together attained an AUC of 0.74, higher than that of the two FDR variables. Adding the FDR variables alongside the duration and convexity variables only increases the AUC from 0.74 to 0.79. Professor Kolm will explain that this shows FDR does not explain much of Mr. Newman's allocation decisions, especially relative to other variables.

b. Professor Kolm will testify that he ran the same regression analysis described in Paragraph 22(a), using Mr. Leech's allocations instead of Mr. Newman's. Professor Kolm will present the results of his regression analysis, which show that the binary FDR coefficient for Mr. Leech was 1.39 and the dollar FDR coefficient 2.38 when alongside the duration and convexity variables, in contrast to the 0.8 and 0.5 for Mr. Newman, respectively. For Mr. Leech, FDR provided an AUC of 0.82 when expressed as a binary variable and 0.43 when expressed in dollars. Using the duration and convexity variables together attained an AUC of 0.65, lower than that of the two FDR variables. Adding the FDR variables alongside the duration and convexity variables increases the AUC from 0.65 to 0.91. Including the two FDR variables for Mr. Leech increased the AUC by 0.26. In contrast, including the two FDR variables for Mr. Newman only increased the AUC by 0.05.

c. Professor Kolm will explain that the Likelihood-Ratio Test compares the fit of a restricted regression model to a fuller model that includes additional variables, and the resulting test-statistic measures how much the added variables improve explanatory power. Larger values indicate that the added variables contribute meaningfully to explaining the allocation decisions. Furthermore, the Likelihood Ratio Test-statistic ("LRT-statistic") for Mr. Leech's results with or

without the two FDR variables was over 500. In contrast, the LRT-statistic for Mr. Newman's results with or without the two FDR variables was only about 90. Professor Kolm will testify that FDR was a meaningfully stronger predictor for Mr. Leech's allocation decisions than it was for Mr. Newman's.

d. Professor Kolm will testify that he has reviewed the regression analysis that Professor Cohen used to analyze Mr. Leech's trades. Professor Kolm will testify that he ran these regressions on Mr. Leech's trades for the trades at issue in the Brattle Exercise. Professor Kolm will present the results of the analyses, which show that FDR—whether expressed as a binary variable or in dollars—is the strongest predictor of Mr. Leech's allocation decisions and is stronger than variables such as yield changes at varying time horizons, trade size, convexity, and days to expiration. Professor Kolm will testify that he performed the same analyses using Mr. Newman's allocations. Professor Kolm will present the results of the analyses, which show that FDR is a much weaker predictor of Mr. Newman's allocations both when compared to other factors and when compared to Mr. Leech's allocations. Professor Kolm will also testify he calculated the LRT-statistic for each of the regressions he performed and found that the LRT-statistic for each regression predicting Mr. Leech's allocations to Macro Opps using FDR variables was significantly higher than those predicting Mr. Newman's allocations to Macro Opps using FDR variables. Professor Kolm will testify that this suggests FDR was a meaningfully stronger driver of Mr. Leech's allocation decisions than it was for Mr. Newman's allocation decisions.

23. Professor Kolm will explain that he understands Mr. Newman and Dr. Goldberg may testify that Macro Opps and the Core Strategies had different "duration and convexity profiles, which necessitated different Treasury futures and options trades." Professor Kolm will testify that this proposed testimony is not supported by the Brattle Exercise. The Brattle Exercise applied Duration and Convexity Benchmarks that Mr. Leech did not use, and Mr. Newman's choices were constrained in a way that Mr. Leech's were not, both because Mr. Newman could not place trades and because he could not allocate trades 50/50. For the majority of trades Mr. Newman allocated, both Macro Opps and the Core Strategies had duration or convexity above or below the relevant benchmark, which is inconsistent with the idea that trades necessarily had to be allocated to one strategy over the other. Mr. Newman routinely allocated trades not because they were necessary to manage duration and convexity, but because they were "less unsuitable" for one strategy versus the other. Furthermore, the regression analyses described above shows that the criteria Mr. Newman used for making allocation decisions were a weak predictor of Mr. Leech's allocations, whereas FDRs were a strong predictor.

<u>Comparison of Mr. Leech's Trading and the CRA Exercise</u>

24. Professor Kolm will explain that he understands Mr. Dolgoff has performed analyses that show a statistically significant 57% match rate between Professor Tuckman and Mr. Leech's trades. Mr. Dolgoff also performed analyses that show a statistically significant higher 3313 win rate than the overall population of trades for Professor Tuckman's exercise and conversely, a statistically significant lower 984 win rate.

25. Professor Kolm will testify that, even if Mr. Dolgoff's conclusion were correct, that simply means it is possible to design an exercise that produces positive first-day returns in Macro Opps and negative first-day returns in the Core Strategies. Professor Kolm will testify that this is not a

surprising result and is not a useful way for evaluating Mr. Leech's trading, in light of the many ways (described in Paragraph 9) in which the CRA Exercise was designed and differed from Mr. Leech's actual trading process. Professor Kolm will also testify that Mr. Dolgoff's analyses are not useful for evaluating Mr. Leech's trading, and do not refute the statistical evidence that Mr. Leech was using performance between the time of trade and allocation, for the following reasons:

a. First, as explained in Paragraph 9, the CRA Exercise was significantly different from Mr. Leech's actual trading. Among other things, Professor Tuckman was artificially constrained to choose between Macro Opps and Core Strategies, when Mr. Leech was able to allocate not only to Macro Opps or Core Strategies, but to 50/50, to individual portfolios, or to simply not trade at all. By constraining the range of potential decisions and thus the resulting outcomes, the CRA Exercise already steers Professor Tuckman's trading results toward Mr. Leech's actual trading results.

b. Second, Mr. Dolgoff's analyses rely on a limited set of null hypotheses and statistical tests to evaluate Professor Tuckman's trade performance. Mr. Dolgoff only compares win/loss rates and FDRs against the overall set of trades Professor Tuckman was set to allocate. Mr. Dolgoff does not compare Professor Tuckman's trade performance against Mr. Leech's, nor does he consider measures of trading performance beyond percentage of positive trades and average trade FDRs.

c. Third, some of Professor Tuckman's allocation decisions may be explained by derivative type and direction. Professor Kolm will explain how trading experiments can be designed after the fact that produce different FDR performance between two funds through factors such as derivative type and direction. As discussed further below in Paragraph 29, Professor Kolm will present analyses that show how little of Mr. Leech's allocation decisions can be explained by derivative type and direction and other factors. In contrast, much of his allocation decisions can be explained by trade FDRs.

d. Fourth, as explained further below in Paragraphs 26 to 29, comparisons between Mr. Leech's results and Professor Tuckman's results further illustrate the extreme extent to which FDRs explain Mr. Leech's allocations.

26. Professor Kolm will testify that Mr. Dolgoff analyzed whether the extent of matching between Mr. Leech and Professor Tuckman could be the result of chance, but he did not analyze the extent of the *differences* between Professor Tuckman's allocations and Mr. Leech's allocations. Professor Kolm will testify that he performed multiple analyses of the differences between Professor Tuckman's and Mr. Leech's allocations, and the results of those analyses—described in more detail below—are consistent with Mr. Leech using performance information from between the time of trade and the time of allocation in making allocation decisions.

27. Professor Kolm will testify that he performed analyses of the percentage of days and trades with positive or negative FDRs that Professor Tuckman allocated to Macro Opps or the Core Strategies, compared to how Mr. Leech allocated those same trades. The data used in those analyses, the analyses, and the results and in subfolder "Data and Code". Professor Kolm will present the results of his analyses, including in the form of charts. Unless otherwise noted, Mr. Leech's trades are those that were used in the CRA Exercise. Specifically:

a. Professor Kolm will testify that Professor Tuckman had net positive FDRs in Macro Opps on 60% of days in the CRA Exercise, and net positive FDRs in the Core Strategies on 38% of days in the CRA Exercise. On those same days, Mr. Leech had net positive FDRs of 98% in Macro Opps and 6% in Core Strategies.

b. Professor Kolm will testify that Professor Tuckman allocated 63% of trades with positive FDRs to Macro Opps and 46% to the Core Strategies. On those same days, Mr. Leech allocated 83% of trades with positive FDRs to Macro Opps and 22% to the Core Strategies.

c. Professor Kolm will testify that he performed analyses of odds and log odds on the results described in Paragraph 27(a). Professor Kolm will testify that Mr. Leech's Macro Opps trades had distinctly higher odds for percentage of positive FDR trades against the percentage of non-positive FDR trades than Professor Tuckman's trades. Similarly, Professor Kolm will testify that Mr. Leech's Core Strategies trades had distinctly higher odds for percentage of negative FDR trades against the percentage of non-negative FDR trades than Professor Tuckman's trades. Professor Kolm will testify this shows that, relative to Professor Tuckman, Mr. Leech's Macro Opps trades were distinctly more likely to have positive than non-positive FDR. Relative to Professor Tuckman, Mr. Leech's Core Strategies trades were distinctly more likely to have negative than non-negative FDR.

d. Professor Kolm will testify that he performed the same analyses described in Paragraph 27(a)-(c), but looking at the percentage of trades with negative FDRs. Professor Kolm will testify that the results of those analyses were consistent with the results described in Paragraph 27(a)-(c).

28. Professor Kolm will testify that he performed analyses of the FDRs of the trades Professor Tuckman allocated to Macro Opps and the Core Strategies, compared to how Mr. Leech allocated those same trades. The data used in those analyses, the analyses, and the results and in subfolder "Data and Code". Professor Kolm will present the results of his analyses, including in the form of charts. Specifically:

a. Professor Kolm will testify that, overall, the trades Professor Tuckman allocated to Macro Opps had net FDRs of $43 million and the trades he allocated to the Core Strategies had net FDRs of -$61 million. The trades Mr. Leech allocated to Macro Opps had net FDRs of $223 million and the trades he allocated to the Core Strategies had net FDRs of -$241 million. Professor Kolm will testify that this means Mr. Leech's actual allocations to Macro Opps provided meaningfully higher gains to Macro Opps than did Professor Tuckman's hypothetical allocations, and that Mr. Leech's actual allocations to the Core Strategies provided meaningfully higher losses to the Core Strategies than did Professor Tuckman's hypothetical allocations. Professor Kolm will also present bootstrapping results to illustrate the unusualness of Mr. Leech's net FDR versus that of Professor Tuckman's net FDR.

b. Similarly, Professor Kolm will testify that he calculated average FDR on a daily and trade basis. The trades Professor Tuckman allocated to Macro Opps had an average daily FDR of $0.9 million, and the trades he allocated to the Core Strategies had an average daily FDR of -$1.2 million. Similarly, each trade Professor Tuckman allocated to Macro Opps had an average FDR under $0.1 million, and each trade he allocated to the Core Strategies had an average FDR of

-$0.1 million. The trades Mr. Leech allocated to Macro Opps had an average daily FDR of $4.5 million, and the trades he allocated to the Core Strategies had an average daily FDR of -$4.9 million. Similarly, each trade Mr. Leech allocated to Macro Opps had an average FDR of $0.4 million, and each trade he allocated to the Core Strategies had an average FDR of -$0.6 million. Professor Kolm will present statistical tests using Professor Tuckman's average daily and trade-level FDR as assumptions for null hypotheses to illustrate the unusualness of Mr. Leech's outcomes.

c. Professor Kolm will testify that he performed analyses of odds and odds ratios, similar to the analyses described in Paragraph 27 (c). Professor Kolm will use odds to compare the ratio of positive and negative FDR days for Macro Opps and Core Strategies by trader, and then odds ratios to compare the odds between Macro Opps and Core Strategies by trader. Professor Kolm will also do a similar comparison but using trade-level FDRs. Professor Kolm will testify that, on the days featured in Professor Tuckman's exercise, Mr. Leech had a daily FDR odds ratio between Macro Opps and Core Strategies that was over 400. In contrast, Professor Tuckman's daily FDR odds ratio was 2. Using trade-level FDRs instead of daily FDRs, Mr. Leech had an odds ratio of 17 and Professor Tuckman an odds ratio of 2. Professor Kolm will testify that this shows the extreme outperformance of Mr. Leech's Macro Opps trades over his Core Strategies trades relative to that of Professor Tuckman's.

d. Professor Kolm will testify that he performed analyses using Sharpe ratios on the results described in Paragraph 27(a)-(b). Professor Kolm will testify that, using volatility-adjusted FDRs, Mr. Leech's Sharpe ratio for Macro Opps was materially higher than Professor Tuckman's, and Mr. Leech's Sharpe ratio for Core Strategies was materially lower than that of Professor Tuckman's. The difference in Mr. Leech's Sharpe ratio between Macro Opps and Core Strategies was nearly twice Professor Tuckman's difference between Macro Opps and Core Strategies. Professor Kolm will testify that this shows how, Mr. Leech outperformed Professor Tuckman in Macro Opps but underperformed Professor Tuckman in Core Strategies, and that Mr. Leech's difference in FDR performance between Macro Opps and Core Strategies was more extreme than Professor Tuckman's. Professor Kolm will also testify that using gross (unadjusted) returns provides similar results.

e. Professor Kolm will testify that Mr. Leech delivered meaningfully larger positive alpha for Macro Opps and meaningfully larger negative alpha for Core Strategies than Professor Tuckman. Professor Kolm will also testify that Mr. Leech delivered meaningfully larger positive alpha compared to Professor Tuckman with regard to Macro Opps over Core Strategies outperformance. Professor Kolm will explain he performed Cohen's D and paired *t*-tests on daily returns that also showed similar results as did the results for alpha.

f. Professor Kolm will testify that he performed analyses using deciles formed by trade FDRs to study the skew of Mr. Leech's trade allocations against that of Professor Tuckman. Professor Kolm will explain how these analyses show that, amongst Mr. Leech's trades, trades in better-performing deciles tended to be disproportionately Macro Opps trades, and Macro Opps trades tended to be disproportionately allocated toward better-performing deciles. Professor Kolm will testify how these disproportionalities were more substantial for Mr. Leech than for Professor Tuckman, and that analogous results were found for Core Strategy trades.

g. Professor Kolm will testify that he performed multiple run-test analyses of Mr. Leech's allocations, as compared to Professor Tuckman's allocations. As explained in his prior disclosure, runs-test analyses study if the number of streaks between two outcomes is unusual, with a streak defined as when one of the two outcomes occurs one or more times in a row. Professor Kolm will present the results of his runs-test analyses, including in the form of charts. Specifically:

i. Professor Kolm will testify that he broke the period from January 1, 2021 through October 19, 2023 into batches of approximately 50 days on which Leech placed Treasury F&O trades and analyzed Mr. Leech's win rate, the proportion of days with positive FDRs compared to days with negative FDRs. Professor Kolm will testify that from January 1, 2021 to October 19, 2023, Mr. Leech had a win rate for Macro Opps at or above 80% in each of the 12 batches, even achieving a win rate of 100% from April 3, 2023 to June 20, 2023. Professor Kolm will testify that he performed the same analysis for Mr. Leech's allocations to the Core Strategies, which showed that all 11 batches for Core Strategies featured win rates 18% or under. Professor Kolm will explain that this shows how Mr. Leech consistently delivered positive FDRs for Macro Opps and negative FDRs for Core Strategies.

ii. Professor Kolm will testify that he calculated the win rates of Professor Tuckman's allocations to Macro Opps and the Core Strategies. He will testify that Professor Tuckman had a Macro Opps win rate of 60% for the 50 days in the Exercise. Professor Kolm will testify that he also calculated the win rate for Mr. Leech, using the same trades Professor Tuckman allocated. He will testify that Mr. Leech's win rate was 98%, meaningfully higher than Professor Tuckman's. Professor Kolm will testify that Professor Tuckman had a win rate of 38% for Core Strategies on the Exercise's 50 days, in contrast to Mr. Leech's meaningfully lower win rate of 6%. Professor Kolm will support his opinion through binomial tests that use Tuckman's win rate on the 50 days as an assumption for the null hypothesis of Mr. Leech's win rate.

iii. Professor Kolm will testify that for Macro Opps on the 50 days of Professor Tuckman's Exercise, Professor Tuckman had 30 positive FDR days and 20 negative FDR days; 26 runs were expected and 22 runs occurred. Mr. Leech had 49 positive FDR days and only 1 negative FDR days; while 26 runs were expected, only 3 runs occurred. On the 21 days where Mr. Leech and Professor Tuckman differed in the directionality of their FDRs (one had positive and the other negative FDR), 20 of these were days in which Mr. Leech directionally outperformed Professor Tuckman—that is, days where Mr. Leech had positive FDR and Professor Tuckman negative FDR. There were 3 runs when 12 were expected. Professor Kolm will testify that using relative outperformance (measuring outperformance in dollars) yields similar results. Professor Kolm will testify that he performed analyses pairing up trades between Professor Tuckman and Mr. Leech each day. Of the approximately 2,800 trade pairs where the two trades differed in directionality, approximately 2,100 of these were trades where Mr. Leech had positive FDR and Professor Tuckman negative FDR. Professor Kolm will testify these results illustrate how Mr. Leech's Macro Opps FDRs were meaningfully different from Professor Tuckman's on the 50 days of Professor Tuckman's Exercise. Professor Kolm will support his opinion with binomial and runs-test p-values. He will also testify that he found analogous results for Core Strategies.

29. Professor Kolm will testify that he performed multiple regression analyses to compare Professor Tuckman's allocations with Mr. Leech's allocations. Professor Kolm will present the results of his regression analyses, including in the form of charts. Specifically:

a. Professor Kolm will testify that he performed a regression analysis of Professor Tuckman's allocations. Professor Kolm will explain the regression analyses modeled whether Professor Tuckman allocated a trade to Macro Opps using explanatory variables such as a binary indicator for a positive FDR trade, the FDR of a trade in dollars, the trade type (e.g., 5-year put sell or 10-year future buy), whether a trade would move Macro Opps closer to its 30-day exponentially weighted average duration, whether a trade would move Core Strategies closer to its 30-day exponentially weighted average duration, whether a trade would move Macro Opps closer to its 30-day exponentially weighted average convexity, whether a trade would move Core Strategies closer to its 30-day exponentially weighted average convexity, whether a trade would move Macro Opps closer towards its duration limits when it is outside its limits, whether a trade would move Macro Opps further outside its duration limits when it is already outside its limits, whether a trade would move Core Strategies closer towards its duration limits when it is outside its limits, whether a trade would move Core Strategies further outside its duration limits when it is already outside its limits. Professor Kolm will present the results of his regression analysis, which show that FDR provided an AUC of 0.59 when expressed as a binary variable and 0.59 when expressed in dollars. Using the duration and convexity variables together attained an AUC of 0.92, higher than that of the two FDR variables. Adding the FDR variables alongside the duration and convexity variables does not increase the AUC above 0.92. Professor Kolm will explain that this shows FDR does not explain much of Professor Tuckman's allocation decisions, especially relative to other variables.

b. Professor Kolm will testify that he ran the same regression analysis described in Paragraph 29(a), using Mr. Leech's allocations instead of Professor Tuckman's. Professor Kolm will present the results of his regression analysis, which show that the binary FDR coefficient for Mr. Leech was 1.0 and the dollar FDR coefficient 2.9 when alongside the duration and convexity variables, in contrast to the -0.2 and 0.2 for Professor Tuckman, respectively. For Mr. Leech, FDR provided an AUC of 0.80 when expressed as a binary variable and 0.89 when expressed in dollars. Using the duration and convexity variables together attained an AUC of 0.67, lower than that of the two FDR variables. Adding the FDR variables alongside the duration and convexity variables increases the AUC from 0.67 to 0.90. Including the two FDR variables for Mr. Leech increased the AUC by 0.23. In contrast, including the two FDR variables for Professor Tuckman did not change the AUC out to two decimal points. Furthermore, the LRT-statistic for Mr. Leech's results with or without the two FDR variables was over 400. In contrast, the LRT-statistic for Professor Tuckman's results with or without the two FDR variables was 3 (and not statistically significant). Professor Kolm will testify that FDR was a meaningfully stronger predictor for Mr. Leech's allocation decisions than it was for Professor Tuckman's.

c. Professor Kolm will testify that he has reviewed the regression analysis that Professor Cohen used to analyze Mr. Leech's trades. Professor Kolm will testify that he ran regressions on Mr. Leech's trades for the trades at issue in the CRA Exercise. Professor Kolm will present the results of the analyses, which show that FDR—whether expressed as a binary variable or in dollars—is the strongest predictor of Mr. Leech's allocation decisions, stronger than variables such as yield changes at varying time horizons, trade size, convexity, and days to expiration. Professor Kolm will testify that he performed the same analyses using Professor Tuckman's allocations. Professor Kolm will present the results of the analyses, which show that FDR is a much weaker predictor of Professor Tuckman's allocations. Professor Kolm will also testify he calculated the LRT-statistic for each of the regressions he performed and found that the LRT-

statistic for each regression predicting Mr. Leech's allocations to Macro Opps using FDR variables was significantly higher than those predicting Mr. Tuckman's allocations to Macro Opps using FDR variables. Professor Kolm will testify that this suggests FDR was a meaningfully stronger driver of Mr. Leech's allocation decisions than it was for Professor Tuckman's.

The Brattle and CRA Exercises

30. Professor Kolm will testify that between the Brattle Group and CRA Exercises, there are many ways in which the two Exercises could lead to spuriously evocative results.

31. Professor Kolm will testify that the days used in the Brattle and CRA Exercises were not randomly drawn from Mr. Leech's 687 trading days, but were selected based on criteria applied after the fact. This creates the possibility that the chosen dates make the replication Exercises appear more similar to Mr. Leech's outcomes than would be expected under a random sampling procedure. That is, there was non-random and post-hoc day selection. Furthermore, if at some point before or during the Exercises Mr. Newman or Professor Tuckman had access to information pertaining to Mr. Leech's trades and allocations, this could have influenced them to trade in a manner more similar to Mr. Leech.

32. The Defense's Disclosures do not state the order in which key analytical decisions were made—such as the criteria used to select days, the definition of grouping rules, or the treatment of ambiguous cases—nor whether alternative specifications were examined and discarded before the final version was chosen. The Defense's Disclosures also do not indicate the order in which the different trading simulations were conducted, including who performed their simulation first, whether later participants were informed of earlier results, whether modifications were made between simulations, or whether feedback was provided to participants within or between the trading simulations. Without a pre-specified analysis plan or a documented sequence of analytical steps, it cannot be determined whether the reported experimental, simulated trading outcomes are noteworthy or simply one of many possible results that could have arisen under alternative experimental choices.

33. Professor Kolm will testify that, if one of either Mr. Newman or Professor Tuckman's results should be considered, both Mr. Newman and Professor Tuckman's simulated trading results should both be considered together—as well as that of any past simulated trading exercises conducted by Mr. Newman, Professor Tuckman, or any other trader engaged by the Brattle Group or CRA. Professor Kolm will testify that, the more trading simulations that were run, the greater probability that at least one of them could mildly resemble Mr. Leech's trading outcomes.

Professor Petter Kolm