**Third Supplemental Expert Witness Disclosure - Prof. Petter Kolm**

1. Professor Kolm will testify that he calculated returns for Mr. Leech's Treasury Futures & Options (F&O) trades over various time horizons. Each of these time horizons starts at trade-execution time; however, they differ in how many minutes they end prior to allocation time. The number of minutes prior to allocation used for these time horizons was 0, 5, 10, 15, 30, 60, and 120 (the horizon using 0 minutes is the time horizon used for Pre-Allocation returns). Increasing the number of minutes prior to allocation time shortens the return time horizon. For example, if a trade's Pre-Allocation return was originally measured over a six-hour horizon, then using a 60-minute cutoff would instead measure the return over a five-hour horizon starting at execution time.

2. Professor Kolm will testify that, despite shortening the time horizon for measuring returns by up to two hours, a meaningfully large return difference between Macro Opps and Core Strategies persisted in the period from January 1, 2021 to October 19, 2023. For example:

a. Shortening the return time horizons by one hour from allocation time only reduced Macro Opps gains from $701 to $670 million. Similarly, shortening the return time horizons by one hour from allocation time only reduced Core Strategy losses from $702 to $672 million. That is, the Macro Opps outperformance over Core Strategies would still be over $1.3 billion if the time horizons for measuring returns were shortened by one hour from time of allocation.

b. Shortening the return time horizons by two hours from allocation time only reduced Macro Opps gains from $701 to $590 million. Similarly, shortening the return time horizons by two hours from allocation time only reduced Core Strategy losses from $702 to $610 million. That is, the Macro Opps outperformance over Core Strategies would still be about $1.2 billion if the time horizons for measuring returns were shortened by two hours from time of allocation.

3. Professor Kolm will testify that he performed binary regression analyses that were previously performed by Professor Cohen, as described in Professor Cohen's original Expert Witness Disclosure. In these regression analyses that model Mr. Leech's allocation decisions between Macro Opps and the Core Strategies, Professor Kolm replaced the three Pre-Allocation return variables (in binary, percentage, and dollar form) with their corresponding returns computed over varying time horizons that end prior to time of allocation. The regressions also include the same non-return explanatory variables found in Professor Cohen's original disclosure; namely, trade size, trade convexity, days to expiration, and pre-trade yield change.

4. Professor Kolm will testify that, using different time horizons that end prior to time of allocation, the coefficient estimates for the three return variables and their statistical significances remained similar to those using time from execution to allocation. Across the different time horizons prior to time of allocation, Professor Kolm found that the three return variables were consistently strong explanatory variables for Mr. Leech's allocation decisions across different tenors and between futures and options. In contrast, the non-return variables of size, convexity, days to expiration, and pre-trade yield change were consistently poor explanatory variables.

[signature]

Professor Petter Kolm