# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

January 26, 2026

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/26/2026___

Re:    *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods:

We respectfully write to request a one-week extension of Defendant's time to respond to the government's submission (a) challenging our privilege assertions, and (b) describing its filter process. Our response is currently due on Friday, January 30, 2026. (Order at 1, (S.D.N.Y. Nov. 17, 2025), Dkt. 51). If granted, our submission will be due on February 6, 2026. We have consulted with counsel for the government, who have informed us that they do not oppose this request.

We are requesting this extension in light of the need to respond to the government's detailed submission, which was filed last Wednesday, while simultaneously preparing replies to the government's opposition to (a) our motion to exclude expert testimony, (b) our motions in limine, and (c) our motion to preclude other acts evidence under Rule 404(b), all of which are due on January 29, 2026. In addition, we are continuing to prepare for trial, including by reviewing the more than one million documents (amounting to more than 6.5 million pages) produced by the government.

We thank your Honor in advance for your consideration of this application.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
January 26, 2026
Page 2 of 2

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By:    /s/ Jeremy Temkin
Jonathan S. Sack
Jeremy H. Temkin

565 Fifth Avenue
New York, NY 10017
(212) 880-9410 (telephone)
(212) 856-9494 (facsimile)
jsack@maglaw.com

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP

Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

Cc:    AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)
SAUSA Lindsey Keenan (via ECF)

Application granted. The defendant's response is due no later than February 6, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.
SO ORDERED.

Dated: January 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge