

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 2, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>S. Kenneth Leech II</u>, 24 Cr. 658 (GHW)

Dear Judge Woods:

    The Government respectfully requests that the parties be permitted to file their joint requests to charge on February 9, 2026, one week after the current due date.

    Pursuant to the Court's scheduling order, today the Government will file a joint description of the case and the law, a joint verdict form, and a joint proposed set of voir dire questions. The proposed voir dire questions set forth the parties' agreed questions in black text, note the defense's objections to the Government's proposals in red text, and note the Government's objections to the defense's proposals in blue text. The Court's scheduling order also contemplated the filing today of requests to charge.

    The Government requests a one-week extension of the request to charge deadline to work with defense counsel on narrowing and delineating areas of disagreement. Over the last month the parties have exchanged drafts in an effort to submit a joint request to charge, but those efforts have not been completed. The Government provided the defense with an initial draft on January 12, 2026. The defense returned edits on January 23, 2026, including a number of footnotes, beyond case citations, that the defense would like included in the joint requests to charge. While the Court's scheduling order required the parties to "include citations to legal authority supporting each proposed jury instruction," it indicated that "argument regarding the merits of [the parties] respective instructions" would be "submitted to the Court separately by letter." (ECF No. 30.) Nonetheless, because the defense proposes to include substantive footnotes about the merits of the instructions, which the parties are still conferring on, the Government seeks until February 9, 2026, to submit the joint requests to charge. The additional time will allow the Government to respond to the defendant's footnotes, add additional footnotes regarding the charges, and exchange them with the defense.

The defense does not object to this request.

>Respectfully submitted,
>
>SEAN BUCKLEY
>Attorney for the Government
>
>by: __/s/_____
>Thomas Burnett/Peter Davis
>Assistant United States Attorneys
>Lindsey Keenan
>Special Assistant United States Attorney
>(212) 637-2468/1064

cc:  Counsel (by ECF)