# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

February 20, 2026

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods,

We write in advance of the status conference scheduled for Monday morning, February 23, 2026, at 10:30 a.m.

As Your Honor is aware, Mr. Leech lives in Pasadena, California. While Mr. Leech is prepared to fly to New York, we respectfully request that his attendance at the conference be excused. Mr. Leech will be attending the Kastigar hearing on March 6, 2026. We have informed the government of our intent to make this request and they have notified us that they take no position on this application.

We appreciate Your Honor's consideration of this application.

    Respectfully submitted,

    MORVILLO ABRAMOWITZ
    GRAND IASON & ANELLO P.C.

By:    /s/ *Jeremy H. Temkin*
    Jeremy H. Temkin
    Jonathan S. Sack

    565 Fifth Avenue
    New York, NY 10017
    (212) 880-9470
    jtemkin@maglaw.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. Gregory H. Woods
February 20, 2026
Page 2

                              CLEARY GOTTLIEB
                              STEEN & HAMILTON, LLP

                              Joon H. Kim
                              One Liberty Plaza
                              New York, New York 10006
                              (212) 225-2000

                              *Attorneys for Defendant S. Kenneth Leech II*

cc:     AUSA Peter J. Davis (via ECF)
        AUSA Thomas S. Burnett (via ECF)
        SAUSA Lindsey Keenan (via ECF)