## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jtemkin@maglaw.com
(212) 880-9470

February 20, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2026

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods,

We write in advance of the status conference scheduled for Monday morning, February 23, 2026, at 10:30 a.m.

As Your Honor is aware, Mr. Leech lives in Pasadena, California. While Mr. Leech is prepared to fly to New York, we respectfully request that his attendance at the conference be excused. Mr. Leech will be attending the Kastigar hearing on March 6, 2026. We have informed the government of our intent to make this request and they have notified us that they take no position on this application.

We appreciate Your Honor's consideration of this application.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By:    /s/ *Jeremy H. Temkin*
Jeremy H. Temkin
Jonathan S. Sack

565 Fifth Avenue
New York, NY 10017
(212) 880-9470
jtemkin@maglaw.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. Gregory H. Woods
February 20, 2026
Page 2

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP

Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

cc:    AUSA Peter J. Davis (via ECF)
       AUSA Thomas S. Burnett (via ECF)
       SAUSA Lindsey Keenan (via ECF)

Application granted.  The conference set to take place on Monday, February 23, 2026 will concern scheduling of the upcoming trial.  Pursuant to Federal Rule of Criminal Procedure 43, Defendant's presence is not mandated at such a conference.  Accordingly, Defendant's request that his presence be excused is granted.  For avoidance of doubt, the conference will begin at 10:00 a.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 98.

SO ORDERED.
Dated:  February 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge