UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                        :

UNITED STATES,                  :

                        :

         -v-               :

                        :

S. KENNETH LEECH, II,       :

                        :

              Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference previously scheduled for Monday, February 23, 2026 is rescheduled

for Wednesday, February 25, 2026 at 11:00 a.m.  The conference will take place in person.

Defendant's presence is excused pursuant to Federal Rule of Criminal Procedure 43.

       SO ORDERED.

Dated:  February 24, 2026
        New York, New York

                                  _____
                                GREGORY H. WOODS
                            United States District Judge