USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                               :

  UNITED STATES,                 :

                                 :

                                 :

         -v-                 :                     1:24-cr-658-GHW

                                 :

  S. KENNETH LEECH, II,     :                 ORDER

                                 :

                  Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on February 25, 2026, the jury trial in this case is adjourned to June 15, 2026. The Court orders the parties to meet and confer regarding exchange of pretrial materials and propose a schedule by filing a joint letter no later than March 6, 2026.

        SO ORDERED.

Dated: March 1, 2026
      New York, New York

                                     _____
                                      GREGORY H. WOODS
                             United States District Judge