UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :

                                             :

          -against-                          :

                                             :

  S. KENNETH LEECH, II,                       :

                                             :

                 Defendant.       :
------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/4/2026

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     The Court scheduled an evidentiary hearing in this matter to take place on April 8, 2026 at

9:30 a.m.  Dkt. No. 105.  That proceeding will take place in Courtroom 14C of the United States

District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at

500 Pearl Street, New York, New York, 10007.

     SO ORDERED.

Dated: March 4, 2026
New York, New York

                                             _____
                                  GREGORY H. WOODS
                              United States District Judge