

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 6, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)

Dear Judge Woods:

    The Government respectfully writes regarding the pretrial schedule in this case. The Government and defense have conferred and are attaching a proposed schedule of pretrial dates for the Court's consideration, which are benchmarked from the new trial date in accordance with the Court's previous scheduling order.

                      Respectfully submitted,

                      SEAN BUCKLEY
                      Attorney for the United States

            by:  __/s/_____
                      Thomas Burnett / Peter Davis
                      Assistant United States Attorneys
                      (212) 637-2468/1064

                      Lindsey Keenan
                      Special Assistant United States Attorney
                      (212) 637-6523

cc:  Counsel (by ECF)

attachment

| | |
|---|---|
| 3500 Material production | **April 24, 2026:** Government provides to the defendant material covered by 18 U.S.C. § 3500 and *Giglio v. United States*, 405 U.S. 150 (1972), to the extent it was not previously produced to the defendant |
| Government witness list | **April 24, 2026:** The Government provides to the defendant a list of witnesses whom the Government reasonably expects to call in its case-in-chief. This list will be subject to good-faith revision as the Government continues to prepare for its case and as stipulations are (or are not) reached with respect to custodial and authentication witnesses |
| Trade-Specific Exhibits | **April 24, 2026**. |
| Government exhibit list | **May 11, 2026:** Government provides draft exhibit list. This list will be subject to good-faith revision as the Government continues to prepare for its case |
| Defense Rule 16(b) disclosures and exhibit list | **May 25, 2026:** The defendant provides to the government all materials subject to disclosure pursuant to Rule 16(b), as well as a list of exhibits he reasonably expects to seek to introduce in the defense case-in-chief (but not documents he intends to use only in the cross- examination of government witnesses or the redirect examination of defense witnesses). This list will be subject to good-faith revision as the defense continues to prepare for its case |
| Defense witness list | **May 25, 2026:** The defendant provides to the Government a list of witnesses whom the defendant reasonably expects to call in his case. This list will be subject to good-faith revision as the defendant continues to prepare his case and as stipulations are (or are not) reached with respect to custodial and authentication witnesses |
| Defense Rule 26.2 Disclosure | **May 25, 2026:** The defendant provides to the Government material covered by Rule 26.2 of the Federal Rules of Criminal Procedure |
| Trial Start Date | **June 15, 2026** |