MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

March 26, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Judge Woods:

During the court appearance held on February 25, 2026, the government stated that the Court does not have the defense's most updated privilege log. (Tr. 31). We write briefly to address that issue.

Pursuant to the schedule set by the Court on November 17, 2025, we submitted a PDF of our privilege log along with supporting declarations to the Court on January 7, 2026. The privilege log includes a column labeled "Category," which corresponds to different types of documents described in the supporting declarations.[1] Because the government has not disputed the applicability of the spousal communication privilege (as opposed to whether its breach of that privilege warrants a remedy), documents over which Mr. Leech asserted the spousal communications privilege were not intended to have a value in the "Category" column.

In the course of subsequent correspondence with the government, we identified and made corrections to the "Category" column for four entries on the January 7, 2026 privilege log:

- One document (FTPROD02-REL-00000485) was listed as a "Category 1" document, when it should have been identified as a spousal communication (*i.e.*, with no value in the "Category" column);

---

[1] "Category 1" documents are communications exchanged between Mr. Leech and Stephen Leech. "Category 2" documents are communications exchanged between Mr. Leech and Dexter Senft. "Category 3" documents are communications exchanged among Mr. Leech, Mr. Senft, and Autumn Sokup. "Category 4" and "Category 5" documents are notes Mr. Leech made in connection with discussions with counsel. "Category 6" documents are Google search history records.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Gregory H. Woods
March 26, 2026
Page 2 of 2

- Two documents (USAO_GOOGLE_02_00000161 and USAO_GOOGLE_01_00006676) did not have any value in the "Category" column, when they should have been identified as "Category 1" documents; and

- A fourth document (USAO_GOOGLE_02_00001941) did not have any value in the "Category" column, when it should have been identified as a "Category 3" document.

No documents were added to or removed from the privilege log that was submitted to the Court on January 7, 2026. We provided an updated log reflecting these changes to the government on January 20, 2026; a PDF version of the updated log is being filed with this letter and we will email a Microsoft Excel copy of this log to Your Honor's Chambers.

We apologize for any confusion caused by these revisions to the privilege log.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By:     /s/ Jonathan S. Sack
        Jonathan S. Sack
        Jeremy H. Temkin

        565 Fifth Avenue
        New York, NY 10017
        (212) 880-9410
        jsack@maglaw.com

        CLEARY GOTTLIEB
        STEEN & HAMILTON, LLP

        Joon H. Kim
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        *Attorneys for Defendant S. Kenneth Leech II*

Enclosure
cc:     AUSA Thomas S. Burnett (via ECF)
        AUSA Peter J. Davis (via ECF)
        SAUSA Lindsey Keenan (via ECF)