Case 1:24-cr-00658-GHW    Document 113    Filed 03/31/26    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA,             :

                  -against-             :

S. KENNETH LEECH, II,                 :

                Defendant.       :

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has scheduled an evidentiary hearing pursuant to *Kastigar v. United States*, 406 U.S. 441 (1972) to take place on April 8, 2026.  Dkt. No. 105.  On March 30, 2026, the Government, represented by attorneys who are not part of the prosecution team, made an *in camera* request to file a pre-hearing memorandum of law under seal because the submission "contains discussions of, and attaches as exhibits, documents defendant S. Kenneth Leech II has claimed are privileged."

The request to file the entirety of the memorandum under seal is denied.  The Court orders the parties to meet and confer to come to an agreement on proposed redactions.  The Government must file its memorandum and any associated exhibits on the public docket of this case with the parties' agreed-upon redactions no later than April 6, 2026.

      SO ORDERED.

Dated:  March 31, 2026
New York, New York

                            _____
                               GREGORY H. WOODS
                          United States District Judge