

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 6, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  **United States** v. **S. Kenneth Leech II**, 24 Cr. 658 (GHW)

Dear Judge Woods:

The Government writes to respectfully request that, to the extent the Court's schedule allows, it be permitted to call a brief witness tomorrow, April 7, as part of the evidentiary hearing scheduled for April 8, because that witness is unavailable on April 8 and for the following two days. The defense opposes this request.

The witness the Government seeks to call is Karl Metzner, the Associate United States Attorney. We would like to call Mr. Metzner to describe the filter review process in general terms, including what it is meant to accomplish, how it is structured, and what resources are devoted to it. Mr. Metzner's testimony will provide important background to the more specific accounts by other witnesses of the conduct of the filter review process in this particular case. But Mr. Metzner has unmovable family obligations on April 8, 9, and 10.

The defense has told us that they are available on Tuesday, April 7 at 2 p.m., but objects to this request on the following grounds:

> [W]e are unable to consent to your request to advance the hearing. As you know, we have been seeking discovery relating to the government's intrusion on Mr. Leech's privileges for over 18 months, since shortly after we learned that the government obtained Mr. Leech's personal emails. We made numerous written requests for information, including requests on September 24, 2024, April 7, 2025, July 2, 2025, February 24, 2026, March 6, 2026, March 19, 2026, March 24, 2026, and March 28, 2026. On March 16, Peter informed us that the government would be producing certain materials the Friday before the hearing. At 9:44 p.m. this past Friday, you produced two folders containing approximately 1,330 files, without providing any information regarding the scope of your production. Due to the holiday weekend, we have been unable to load these documents into Relativity and thus are unable to de-dupe them or to conduct word searches. We also have not been able to locate the document "entitled 'Filter Review Protocol – Cellebrite,'" which Peter described as having been authored by Molly Canick and as being the sole guidance document reflecting "the process in place at the time of the Leech

filter review."  Under the circumstances, agreeing to advance the hearing would prejudice our ability to fulfill our professional obligations to our client.

As the Court may recall, it stated on November 7, 2025, with respect to this hearing, "I do not expect to order the production of discovery by the Government to the defendant. Instead this evidence will be provided at a hearing." (11/7/25 Tr. at 100-01).  When the defense again raised its desire for discovery with respect to this hearing on February 25 of this year, the Court "invite[d] the parties to try to resolve any issues in that regard." (2/25/26 Tr. at 33).  Despite the Court's November 7 ruling, the Government has agreed to provide, and has provided, a substantial number of documents to the defense in categories the defense has requested.  In addition, yesterday, we sent separately to the defense the one document the defense raised specifically – the "Filter Review Protocol - Cellebrite."  Moreover, despite the fact that this evidentiary hearing is not among the proceedings to which Federal Rule of Criminal Procedure 26.2 says it applies, we also sent separately to the defense any prior statements by Mr. Metzner related to his testimony that we were able to find.

In these circumstances we respectfully submit that taking Mr. Metzner's testimony on Tuesday afternoon, to the extent the Court's schedule allows, would permit the Government to present its evidence fully and in a coherent manner, and would not prejudice the defense.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: __/s/ _____
    Stephen J. Ritchin
    Dina McLeod
    Adabelle U. Ekechukwu
    Assistant United States Attorneys
    (212) 637-2503/1040/1944

cc:  Counsel (by ECF)