# EXHIBIT A

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )

                )  File No. LA-05450-A

WESTERN ASSET          )  Amended: 3/28/2024

MANAGEMENT COMPANY          )

WITNESS:  Stephen Kenneth Leech

PAGES:    1 Through 244

PLACE:    Securities and Exchange Commission

     Los Angeles Regional Office

     444 South Flower Street, Suite 900

     Los Angeles, CA 90071

DATE:    Wednesday, March 6, 2024

     The above entitled matter came on for hearing, pursuant to notice, at 9:13 a.m.

     Diversified Reporting Services, Inc.

          (202) 467-9200

Page 2

APPEARANCES:

On behalf of the Securities and Exchange Commission:

     LINDSEY KEENAN, SENIOR COUNSEL

     RONNIE LASKY, SENIOR COUNSEL

     BRENT WILNER, ASSISTANT REGIONAL DIRECTOR

     BRIAN FITZPATRICK, INDUSTRY EXPERT

     Securities and Exchange Commission

     Division of Enforcement

     444 Flower Street, Suite 900

     Los Angeles, CA 90071

     (323) 965-3998

On behalf of the Witness:

     JONATHAN S. SACK, ESQ.

     NATHANIEL J. SOBEL, ESQ.

     JEREMY TEMKIN, ESQ.

     Morvillo Abramowitz Grand Iason & Anello, P.C.

     565 Fifth Avenue

     New York, NY 10017

     (212) 856-9600

Also Present:

     PETER KALISCH, VIDEOGRAPHER

Page 3

                CONTENTS

WITNESS                          EXAMINATION

Stephen Kenneth Leech                    7

EXHIBITS:    DESCRIPTION            IDENTIFIED

1    Supplemental Information Form 1662        6

2    Subpoena issued on February 20, 2024      11

3    Subpoena issued on November 8, 2023      11

4    Background Questionnaire            18

5    Notice of Omnibus Award,            42
     Bates No. WAMCO_SEC_1791

6    Email, Bates No. WAMCO_SEC_12531      141

7    Email, Bates No. WAMCO_SEC_7663      144

8    Email, Bates No. WAMCO_SEC_7495      146

9    Email, Bates No. WAMCO_SEC_20423      171

10    Trade blotter, Bates            186
     Nos. WAMCO_SEC_1 through SEC_5

11    Total Compensation Statement FY2022    204

12    EDIP - DCP Balance By Month        207
     Bates No. WAMCO_SEC_1827

13    Memo, Bates No. WAMCO_SEC_50663      212

Page 4

                P R O C E E D I N G S

     THE VIDEOGRAPHER:  Good morning.  My name is Peter Kalisch.  I'm the videographer.  Today's date is March 6, 2024, and the time is 9:13 a.m. This testimony is taking place at SEC Los Angeles Regional Office in the matter of Western Asset Management.  This is the videotaped testimony of Ken Leech.

     MS. KEENAN:  Okay.  We are on the record at 9:14 a.m.  On March 6, 2024.

     Mr. Leech could you please raise your right hand.  Do you swear to tell the truth, the whole truth, and nothing but the truth?

     MR. LEECH:  I do.

Whereupon,

        STEPHEN KENNETH LEECH II

was called as a witness and, having been first duly sworn, was examined and testified as follows:

     MS. KEENAN:  Could you please state and spell your name for the record, your whole name.

     THE WITNESS:  Stephen, S-t-e-p-h-e-n, Kenneth, K-e-n-n-e-t-h, Leech, L-e-e-c-h, II.

     MS. KEENAN:  You could take your hand down now.

     My name is Lindsey Keenan, and with me

Page 5

today are Ronnie Lasky and Brent Wilner. We're attorneys for the Division of Enforcement of the United States Securities and Exchange Commission. Joining us by WebEx is Brian Fitzpatrick. He's an industry expert in the Asset Management Unit of the SEC. And we are all officers of the Commission for purposes of this proceeding.

This is an investigation by the United States Securities and Exchange Commission in the matter of Certain Western Asset Management Company Asset Investment allocations, LA-05450. The investigation is to determine whether there have been violations of certain provisions of the federal securities laws. The facts developed in this investigation, however, might constitute violations of other federal or state civil or criminal laws.

Before the opening of the record, you were provided with a copy of the Formal Order of the investigation in this matter, and it will be available for your review and examination during the course of this proceeding.

Have you had an opportunity to review the formal Order?

THE WITNESS: I have.

MS. KEENAN: Before the opening of the

Page 6

record, you also were provided with a copy of the Commission's supplemental Information Form 1662. And a copy of that notice has been marked as Exhibit 1 today.

(SEC Exhibit No. 1 was marked for identification.)

MS. KEENAN: Have you had an opportunity to review Exhibit No. 1?

THE WITNESS: I have.

MS. KEENAN: Do you have any questions about exhibit 1?

THE WITNESS: I do not.

MS. KEENAN: Are you represented by counsel today?

THE WITNESS: I am.

MS. KEENAN: Would all counsel in person and appearing by WebEx please identify themselves for the record.

MR. SACK: On behalf of Mr. Leech, my name is Jonathan Sack, and I'm here with my colleague Nathaniel Sobel in person and my colleague Jeremy Temkin remotely, and we're from the firm Morvillo Abramowitz Grand Iason & Anello in New York.

MS. KEENAN: Mr. Sack, do you and Mr. Sobel and Mr. Temkin represent Mr. Leech as his personal

Page 7

counsel today?

MR. SACK: We do.

MS. KEENAN: Do you represent anyone else in this investigation?

MR. SACK: We have done some work in relation to certain SEC subpoenas to family members or affiliated companies of the Leeches, but we don't represent anyone outside the Leech family.

MS. KEENAN: Thank you.

EXAMINATION

BY MS. KEENAN:

Q   Mr. Leech, have you previously testified in any capacity?

A   I have.

Q   In what capacity?

A   I was director of portfolio management -- I don't remember the year -- circa 2000 in a matter that Western Asset had before the SEC.

Q   Do you remember the name of the matter?

A   It was -- it was -- it was a matter involving an investigation of our high yield practice and, specifically, our high yield manager, Trudy Whitehead.

Q   And you provided sworn testimony in a circumstance similar to this in that investigation?

Page 8

A   Yes, I did.

Q   Okay. Any other testimony?

A   No.

Q   That was a long time ago. So I'm going to go over some ground rules for today's testimony; okay?

A   Okay.

Q   You're under oath. The oath you took to tell the truth is the same oath that you would take in a court of law, and the Commission may submit today's testimony as evidence to a court or to another tribunal in a later proceeding. And for this reason, you should make every effort to give your best and most complete and, of course, most importantly, honest answers to my questions today. Do you understand that?

A   I do.

Q   The reporter will only go off the record at my instruction. Like I said earlier, you can take a break at any time you need. If you need to consult with counsel, if you need to go to the bathroom, if you need to stretch your legs, you can take a break at any time. but you have to let me know that you want to take a break, and then I'll instruct the court reporter that we're going to go off the record.

Page 9

Do you understand that?

A   I do.

Q   If a question is pending when you ask to take a break, I will ask that you answer the question before we take the break.  Do you understand that?

A   I do.

Q   Because testimony is being transcribed, it's important that we take turns speaking.  You might understand, for example, where my question is heading, or you might think that you know the answer before I've finished completing the question, but because one of the important things about today is getting a clear transcript, wait until I finish a question before you answer the question.  I'll try not to talk over you, and you try not to talk over me; okay?

A   It's a deal.

Q   Please provide verbal responses only.  You're already doing that.  But again, that's because the court reporter can't take down a shrug or a head nod or a head shake.  So answer with verbal answers; okay?

A   All right.

Q   If I ask you a question that's unclear, which I very well may, or you don't understand my

Page 10

question, just let me know, and I'll do my best to rephrase it.  If you do answer a question, I'm going to assume you understood the question that was being asked.  Does that make sense?

A   Yes.

Q   And then, this is important.  You understand that you're here to testify as to your best recollection of facts and events; right?

A   Yes.

Q   Your answers should all be based on your best recollection or knowledge.  To the extent you have a recollection that's not 100 percent, that's not a guess.  and your oath requires that you describe your recollection to the extent you have a recollection.  Does that make sense?

A   Yes.

Q   Have you taken any medication or anything during the last 24 hours that would impair your ability to remember facts or events?

A   No.

Q   Is there any reason why you cannot give your best recollection of facts and events today?

A   I'm sure there's no double negatives there.  There's no -- no reason I can't recollect, that's correct.

Page 11

Q   Right.  We'll try to avoid those with subsequent questions.

This is Government Exhibit 2.  This is the --

Would you like a copy?

MR. SACK:  Yes, please.

BY MS. KEENAN:

Q   This is the subpoena for your testimony today, and it was issued on February 20th, 2024.

(SEC Exhibit No. 2 was marked for identification.)

BY MS. KEENAN:

Q   You understand that you're appearing here today pursuant to this subpoena?

A   Yes.

Q   This is Government Exhibit 3.  This is the subpoena that originally was issued for your testimony.

(SEC Exhibit No. 3 was marked for identification.)

BY MS. KEENAN:

Q   In addition --

I'm sorry, Mr. Sack.  I only have two copies of that one.

MR. SACK:  It's okay.

Page 12

MS. KEENAN:  But you've seen it before.

Q   In addition to your testimony, Government exhibit 3, which was issued on November 8th, 2023, also calls for the production of certain documents.  Those document requests appear on pages 4 and 5 of the subpoena.

A   I recall getting the subpoena, yes, I do.

Q   Can you describe the search that was conducted for the subpoenaed documents?

A   Okay.  Now --

Q   Take your time.

A   Yeah.

Q   Pages 4 and 5.

A   And what exactly is your question?  I just want to make sure I'm answering what you're asking.

Q   What search did you conduct for those documents?

A   We conducted a thorough sort of search but in conjunction with my legal representation to make sure that we got these documents sent to them.  And then, I think -- believe that they sent them to you also.  That's my recollection of how we conducted the search.

Q   When you say "we," who is "we"?

A   It would be my family members who looked

Page 13

through all our -- our records and called our broker to try and see if their companies could produce the entirety of the historical record that you're asking for in this document.

Q   Have you withheld any documents called for by this subpoena based on any claim of privilege?

A   I don't -- I don't believe we have.

MR. SACK:  Yes, not on the basis of privilege.  I just want to note that we've had some correspondence where we indicated that, if there were company emails, WAMCO emails, or messages that were on the WAMCO server, that we didn't have those downloaded and produced from Mr. Leech's WAMCO phones.  We were leaving that for the company production.  So I just want that clear and that, you know, we obviously -- we have correspondence producing various financial account records.  But material was not withheld on the ground of attorney-client privilege.

MS. KEENAN:  And we have had that conversation.  and I'm not asking about the WAMCO server documents.  I'm asking about any searches that were conducted by Mr. Leech of his personal papers and records.

MR. SACK:  Understood.

Page 14

BY MS. KEENAN:

Q   Were any documents that were called for by this subpoena not produced for any reason other than privilege?

A   No.  I believe we produced them all.

Q   Do you know of any documents that are responsive to this subpoena that were in your possession at a prior time but which were lost or otherwise disposed of?

A   Yeah.  Let me answer this question.  Because just I'm confused as to what exactly what is the right answer.  If I had a brokerage statement in my possession in 2019 that was sent to me that I don't now have, it wasn't lost, I mean --

Q   It was disposed of.

A   It was disposed of in 2019 but then it's been reproduced and sent to you, well, I don't know.  Am I answering yes to that question --

Q   So that's one category of records that might have been disposed of which was responsive to this subpoena.

A   Okay.

Q   Another category of records that this subpoena calls for is documents and communications concerning trade allocations executed by you for

Page 15

WAMCO funds or portfolios within WAMCO funds.  So, for example, if you have a home office, did you have note pads at home on which you took down scratch notes and didn't save over periods of time.  That's what the question is designed to learn.

A   My practice is actually, which probably review, is very much oral or arian [sic] or over the phone.  I take very few notes.  It's not impossible, but I don't believe I had any records of allocations.

Q   Okay.  Are you aware that the SEC subpoenas call for communications from your cell phone?

A   I am.

Q   Have you searched your cell phone for responsive communications?

A   I have.  And again, with the aid of my attorneys and some of the technical folks that they have, yes.

MR. SACK:  And again, if they were WAM phones and they were information on the phones, we're relying on WAM to make a production of that information.  Because our understanding is it's covered by the server.

BY MS. KEENAN:

Q   Did there come a time when you actually gave your physical device to someone at WAMCO to

Page 16

image?

A   Not --

Q   Cell phone?

A   Not someone at WAMCO.  The technical advisors at -- how do I answer this question?

MR. SACK:  Well, not to WAM.  It wasn't imaged by WAM.

MS. KEENAN:  Okay.  But you said if it was a WAM device you were relying on WAM.

MR. SACK:  Right.  If there were emails on a WAM device, we were relying on WAM.  Because those emails, in our understanding, are covered -- are held by the server of WAM.

BY MS. KEENAN:

Q   Was your cell phone searched for communications that were not in the form of emails?

A   Communications that were not in the form of emails?  Is that what you're saying?

Q   Uh-huh.

A   I mean, the phone -- the technical people downloaded the phone, all the contacts, pictures of the apps.  I'm not Mr. Technology here, but I believe that we were responsive in every way possible.  Is that --

Q   Do you use your cell phone to send text

Page 17

messages, for example?

A   I do use my cell phone to occasionally send text messages.  Very rarely, though.

Q   Okay.  Do those text messages ever go to work contacts?

A   To work contacts?  Not for work purposes, no.

Q   Okay.  Have you searched your phone to confirm that no text messages were sent for work purposes?

A   I believe we had a pretty thorough search.  I can't say that I personally searched for it.  I wouldn't actually know how to search for that historical record.

MS. KEENAN:  Did you perform that search?

MR. SACK:  We imaged the phone, and to the best of our knowledge, work-related information that was in our possession, which was very limited, would have been -- has been produced.  Or you have the contacts.  You have a list of applications.  We've not withheld anything that we're aware of that's work-related.

THE WITNESS:  If I could add something.  I tend to use email pretty straightforwardly as opposed to messaging.  And so some of my work-related

Page 18

communication, in fact, almost all -- any work-related communication that I would -- is by email.  And so that's where I think you'll find all the information that you're looking for.

BY MS. KEENAN:

Q   I'm handing you what's marked as Exhibit 4, which is a background questionnaire.

(SEC Exhibit No. 4 was marked for identification.)

BY MS. KEENAN:

Q   Do you recognize this document?

A   I do.

Q   How is it prepared?

A   How is it prepared?  I provided the information by writing it down by pencil or pen and then consulted with my counsel, who were helpful in making sure that all the information was typed appropriately.  And there was a little bit back and forth.  I consulted with my wife on a couple of these topics, but eventually it was prepared by my counsel and sent to you, I believe.

Q   Did you review it before today?

A   I did.

Q   Is it accurate and complete?

A   To the best of my knowledge, yes.

Page 19

Q   Do you want to add anything or make any corrections?

A   No.

Q   Have you discussed the SEC's investigation with anyone other than counsel?

A   My family.

Q   I won't ask about communications with your family.

Anyone else?

A   No.

Q   Have you discussed your appearance here today with anyone other than counsel or your family?

A   Can I ask a clarifying question?  If we have hired experts, would that be a yes or no answer here?

Q   I think experts retained by your counsel would be an agent of your counsel, and so that would fall within the realm of a privileged communication, which I won't ask about.

A   Okay.  Then, the answer would be no.

Q   How you discussed your appearance here today with anyone from WAMCO?

A   No.

Q   If I say, "WAMCO," do you know what I mean?

A   Yes, I do.

Page 20

Q   Do you have an agreement to share the substance of your testimony today with anyone from WAMCO?

A   No.

Q   Do you intend to share the substance of your testimony today with anyone from WAMCO?

A   No.

Q   Do you intend to share the substance of your testimony today with anyone at all?

A   Outside of the list that we talked about, no.

Q   The list that we talked about being counsel and family?

A   And family, correct.

Q   Have you discussed with anyone other than counsel what you expect to say today?

A   No.

Q   What did you do to prepare for today?

A   I had discussions with my counsels yesterday.

Q   Did you review any documents?

A   We did look at a couple of documents, yes.

Q   Which documents did you review?

MR. SACK:  I think do you want to limit that to any documents that refreshed his

Page 21

recollection? Because I think, if it's not limited, then that would be privileged.

MS. KEENAN: I'm going to ask which documents he reviewed and then what they helped to refresh his recollection as to.

MR. SACK: I think you have to lay a predicate with did he review any documents that refreshed his recollection. Because if they didn't, I think it would be privileged.

BY MS. KEENAN:

Q   Did those documents refresh your recollection as to any of your activities over the past several years?

A   No.

Q   You began working at WAMCO in 1990?

A   Yes, I did.

Q   What's the reason that you went from Greenwich capital Markets to WAMCO?

A   You know, I started my career on the buy side in the '70s in Detroit. I thought the buy side, which is considered the investment arena of the financial field, as you know, as opposed to the sell side, which is where Greenwich Capital was, would be a better use of my services. And I wanted to get back to the buy side. I had actually talked to them

Page 22

when I --

MR. SACK: Who is "them," Ken?

THE WITNESS: I talked to Western Asset Management Company. I had talked with them two years earlier. And when a job opening came up, they invited me to come out and interview for the spot. And that's why I -- and that's why I -- and that's why I accepted the job opportunity.

BY MS. KEENAN:

Q   At the time you first spoke to WAMCO -- it sounds like that was in 1988 -- did you know Mr. Hirschmann?

A   No, I did not know Mr. Hirschmann, no.

Q   Since you started at WAMCO in 1990, have you held any board positions there?

A   At Western Asset Management?

Q   Uh-huh.

A   To the best of my recollection, no. You know, there were different times where Legg Mason had -- they may have had some kind of -- kind of board. It was -- so I'm not 100 percent sure. But Legg Mason was the company that owned Western Asset, and they had full control. I think, for some reason, the subsidiary might have -- they might have had some board which rarely met that had three members from

Page 23

Legg, since they owned the company, and two members from Western. And I don't believe -- I believe that I may have been on that for a short period of time, but I'm not 100 percent sure. But that would have been a long time ago, but it's not -- it's not impossible.

Q   I don't want to go through your whole Western resume, which is lengthy. I'm going to focus on your time as the chief investment officer. As the CIO of WAMCO, who do you actually report to?

A   Jim Hirschmann is our CEO.

Q   Are you answerable to WAMCO's board?

A   Western Asset is owned by Franklin Templeton, wholly owned. So there's not actually a Western Asset board.

Q   Are you answerable to Franklin Templeton's board?

A   I believe I'm answerable to Jim Hirschmann, and he may be answerable to their board.

Q   Do you make any presentations to the Franklin Templeton board?

A   I have -- think I was on a Zoom call with the Franklin Templeton board once, but I've never made any presentations, no.

Q   Understanding that, nominally, most of the

Page 24

investment team reports to you as WAMCO's CIO, who do you consider to be the members of your close team?

MR. SACK: And do you mean now, Lindsey, or in a particular period?

MS. KEENAN: I mean for the last few years.

THE WITNESS: Well, you raise a good point. everyone in the Investment Department, you know, rolls up through the organizational chart and reports to me, and we have a very large firm across the world. So -- and I have a lot of different responsibilities. I have key members of different teams that are very important to me. and so the context is not unimportant, and I'm not trying to be evasive.

So if you're talking about Business -- Global business Strategy, the key members are the key heads of my investment teams in those offices. If it's a certain portfolio group that I manage or manage with other people, then the key members of that team will be the key members of that group. And obviously, the key members running the entire department would be Mike Buchanan, who is the deputy CIO. And we always have a chief operating officer of our Investment Management Department, who currently is Connie Fischer but before that was Dennis

Page 25

McNamara. The three of us run the business side or meet weekly to organize the department.

So I'm trying to be responsive, but I just want to make sure that I'm not -- so if I've answered your question, I'm happy. If not, I'll do whatever I need to do.

BY MS. KEENAN:

Q   Why don't you walk me through the Global business teams you rely on and who are the key members of those teams.

A   Okay. On the Global Business teams, we have eight investment offices. So in Pasadena, Mike Buchanan and Connie Fischer are the key team members that we meet every week to look at. Kevin Kennedy is a senior investment professional of our New York office and where we do money markets and municipal bonds. Gordon Brown is the key investment leader of our London office and where we do our global portfolios, global credit portfolios, and we have a couple of other associated credit funds there.

Q   As you're doing names, I'll ask you to do them sort of carefully --

A   Okay.

Q   -- so that the court reporter can capture them.

Page 26

So you just did Mr. Brown.

A   I did. And now I've got to do --

MR. SACK: You did New York.

THE WITNESS: I did New York. Well, I've got to do Doi-san. This is -- our Japanese office, they like to go by their last name, and so we call them Doi-san. now I've got to -- I've always called him Doi-san, and I have to get his actual name. I feel embarrassed now because I can't -- I've never used his --

BY MS. KEENAN:

Q   First name?

A   But he runs our Japanese. That's a very small office. We don't have a lot of business in Japan, but he runs the office there.

Anthony Kirkham is the leader of our Australian team, and he actually now has the responsibility for running our Singapore office. So I don't actually call our Singapore office every week. I rely on him. And that's -- every two weeks we have a call to each office.

And then, Paulo Clini runs our Brazil office, and he's our leader of that office.

Q   Okay. That's Global?

A   That's Global.

Page 27

Q   In Pasadena, it sounds like you rely on Mr. Buchanan and Ms. Fischer?

A   They would be the two, yes. And I would say -- to be fair, I rely on them -- the three of us, I would say, run the entirety of the Investment Department together. So they would overlap with some of those international offices, to be fair.

And then, we have -- the way we're organized, we have the head of each sector team, our major sector teams.

Q   What are those?

A   So, for example, Corporate Bonds, Investment rate Corporate Bonds is a big sector at Western Asset, and that's Ryan Brist. We have a Long Duration program that's run by Amit Chopra. We have a Structured securities area that's run by Greg Handler. We have a mortgage-backed Securities group that reports in to Greg Handler. We have an Emerging Markets group which is run Kevin Ritter.

MR. SACK: Kevin who?

THE WITNESS: Kevin Ritter.

Before that, it was Chai Ling. My chinese pronunciation is very poor. He was kind enough to let us -- everyone call him CL.

We have our biggest business flagship

Page 28

program is our Core and Core Plus Portfolio Management that's run by Mark Lindbloom. We have our --

BY MS. KEENAN:

Q   Is there anyone besides Mr. Lindbloom who you rely on in the Core and Core Plus area?

A   Oh, yeah. That's our -- that's our flagship product. So we have a number of senior people there.

Q   Okay. Who are they?

A   They report in to him to me. So I was trying to do my direct reports. But you know, John Bellows would be kind of our key -- you know, thought leader. he's our fed -- he's the person who makes our federal reserve interest rate forecast, calls. That's kind of a very large decision. And he's a person who I think the firm is not -- not out of school, groomed to be the future leader of that group.

Julien Scholnick sits next to me.

(Whereupon, the reporter requested clarification.)

THE WITNESS: Julian Scholnick, s-c-h-n-o-e-k-l-i-c, I think.

He sits next to me, and he really is kind

Page 29

of the foreman of the group, watches the portfolios, monitors and makes sure everything is in line and manages very -- manages his own book, more conservative accounts. but he's part of that group.

Fred Marki is another senior member of that group. He runs our treasury-only portfolios and some of our Core portfolios in that group, in our -- that's our --

Q    Those Core and Core Plus?

A    That's Core and Core Plus.

Q    Macro Opportunities?

A    Macro Opportunities. You know, my partner in that team is Prashant Chandran. He's really the person who watches the portfolios and does a lot of client communication work.

Q    When you say, "Partner," what's his title?

A    You know, at Western, as you probably gather, we don't do a lot of titles at Western. It's kind of a cultural thing not to have titles. But he's a portfolio manager.

Q    Okay. Aside from Mr. Chandran, anyone else you consider to be a close member of the Macro Opportunities team?

A    Yeah. Rajiv Sachdeva. He's -- he's an important member of the entire department. So Risk

Page 30

management is obviously a huge function at a fixed income firm. We have a very large effort in Risk Management, which is a department that's separate from Investment management. But inside the department, in addition, we have what I would call kind of a consultive group. We call it a quantitative group.

But Rajiv Sachdeva is a, you know, former risk manager both on the buy side and hedge funds, and he's someone that you can look to to talk to about, you know, risks, projects, what-ifs. He's inside the department. it's not something you go outside the department and ask for, let's say, a report or special project. He would actually be there to, you know, give guidance. And in macro opportunities, he's very involved. Because it's a very mathematical program. We meet every day and go over some of the reports that are very specific to that group that he generates.

Q    Besides Mr. Sachdeva and yourself, who's in that every-day meeting?

A    Prashant.

Q    Mr. Chandran?

A    Yes, sorry.

Q    I'd like to talk a little bit about just

Page 31

the physical space at WAMCO.

A    Okay.

Q    I understand you have an office at WAMCO?

A    Yes.

Q    Do you also have a desk on the trading floor?

A    I do.

Q    Starting with your office, where in the building is your office?

A    Building in the office is at the far north end of the building.

Q    Is it on the same -- excuse me. Is it on the same floor as the trading desk?

A    I'm sorry. No, it's on the fifth floor. So we have the offices on the north end of the fifth floor. it's part of a three-office -- I guess you'd call suite. Michael Buchanan, who's the deputy CIO, has an office there, and Jim Hirschmann, who's the CEO, has -- you know, he's the CEO. He has the biggest office.

Q    You've said that you're not very technological. do you have a computer at your desk?

A    I do.

Q    Do you have multiple monitors?

A    Two.

Page 32

MR. SACK:  And we're still on the office -- right -- in the fifth floor?

MS. KEENAN:  Correct.

THE WITNESS:  Yes, two.

BY MS. KEENAN:

Q    At any given time, what do you have up on your monitors?

A    Traditionally, what I -- kind of a normal workday, I would have my email, you know, on one of the monitors. Because we're doing business-related work. and on the other one, I would have a Bloomberg screen which has, you know, prices, financial securities.

Q    And you use the email screen to communicate with your colleagues and the Bloomberg screen to monitor the prices of the various instruments you're interested in?

A    Yeah, that would be fair, yes.

Q    And are you monitoring those prices all day long to the extent you're seated at your desk?

A    To the extent that I'm seated at my desk and, you know, not talking to somebody or working on an email or something like that. I mean, they're up there. I'm aware of them, yes.

Q    Okay. On the trading floor, do you have a

Page 33

similar set-up?

A   On the trading floor, I have a desk at the back of the trading room, and I believe I have three monitors.

Q   And when you're on the trading floor, do you monitor similar information -- email, Bloomberg screen. What else?

A   So yeah. Basically, I have two Bloomberg -- usually I have two Bloomberg screens which has a wider variety and breadth of financial indicators that are -- that I'm monitoring. But it's pretty much the same practice, just that it's expanded Bloomberg number of securities. And then on the -- then, I would have the email on the other monitor.

And on the two monitors, it gives us the ability to -- or gives us the ability to also bring up Bloomberg chats, which I call it, I guess, IBs. And we have groups of different teams that -- that use different chats to communicate early in the morning thoughts, how we want to approach the day, things like that.

Q   Do you know what those groups are called? Do they have like chat group names?

A   Yeah. We have our Core -- our Core group. I can't remember the name for our Macro Opps group.

Page 34

Prashant often -- often is by himself. Because we're pretty -- he does investment-related things. He doesn't really need to bring Rajiv in for some of those conversations. So I think, more recently, those chats have been one to one. But I can't remember -- but I think, when we were bigger, we used to have a broader chat, but I can't remember the title of it.

Q   And so I understand the Bloomberg IB is like a short form messaging, like a quick text chat; is that right?

A   Yes.

Q   When you're not at your desk either in your office or on the trading floor where you have these multiple screens with the Bloomberg data, how are you monitoring the prices of the instruments you're interested in?

A   To be honest, I really am not. Every once in a while, if you're very lucky, you can pull out your phone. my phone, which is a Western Asset phone, does have Bloomberg on it, but the reception -- maybe it's because of the technology or whatever, it's very -- very difficult to get the Bloomberg off your phone at the firm. So I would monitor it, I would say, almost exclusively only when I'm in one of

Page 35

those two places.

Q   Okay. When were the Macro Opportunities portfolios created?

A   I believe the first Macro Opportunity fund -- supposed to be -- it was in 2012.

Q   What was your role in creating that strategy?

A   I mean, any role. So I'm trying to think of how to describe it.

MR. SACK: Well, you're asking how -- I think Lindsey is asking how did it come to be created.

THE WITNESS: Yeah. The firm --

MR. SACK: Is that okay?

THE WITNESS: The firm had a broad push, as many firms in our industry did. The big change in the industry came after the global financial crisis, when bond investors for the first time really started to think about making the kinds of decisions that equity investors have made for years. So I don't want to go buster here. So you tell me if I'm -- if I'm not being responsive.

Equity investors will invest in growth strategies, emerging market strategies, small cap -- variety. Historically, the biggest traditional

Page 36

investors invested in bonds, Core bonds, equity allocation, bond allocation and was almost predominantly Core. That was your business with very few outside businesses. After the global financial crisis, there was a real recognition by institutional investors they should do the same kind of segmentation. We should have "X" amount in treasuries, high yield bonds, emerging. They can make those decisions and not just put it in Core and depend on their Core managers.

And the big change was that people wanted what we call unconstrained bond funds, that is, bond funds that don't match an index. Interest rates had gone very low after the global financial crisis. Investors were reticent to tie themselves to a benchmark that had a lot of interest rate risk. And so unconstrained bond funds became the biggest industry. And the challenge was to create a wide suite of products, which we were -- which we tried. Many -- some worked. Some didn't. And the Macro Opportunities fund was for us an opportunity to start an unconstrained bond fund that would be tied to our global program that would have volatility different than the other components for our suite, and that would be -- that would be the Macro Opportunities.

Page 37

I managed the global businesses. I was the head of the Global Investment team at the time. I was not CIO. And I had developed that in conjunction with joe Filicetti, who was a specialist marker, and we designed the program together.

Q   You and Mr. Filicetti designed the program?

A   Yes.

Q   Have you been the thought leader of the Macro Opportunities funds since that 2012 inception?

A   I would say I was -- yes, as the senior investment person on the project. But the global nature of the Macro Opportunities fund is really sold with the idea that Western has a global footprint. We have eight offices. So we say that we are taking the best ideas from all of our global teams.

So our Australia team is, you know, long Australian corporates, we should have that in our fund. if the Japanese team believes that the yen is going to go down, we should have that in our fund. The Brazil team thinks the Brazilian bond market is particularly attractive, we should have that in our team.

So our global strategies for all of our global funds integrate all of the ideas of all of our offices. And so the senior portfolio management

Page 38

effort is basically to say what -- which ideas in what proportions should we take so we have a global strategy. We have global unconstrained funds which match the volatility of our global funds. Then we have a very high volatility Macro Opps.

So as the senior portfolio manager, you know, I would be responsible for proportionality, but it would incorporate the ideas from all these other offices around the world.

Q   Was your long expertise in bonds and, in particular, in treasuries marketed to investors as a reason to invest in these new funds?

A   Do it again.

Q   Was your long expertise in bonds and in -- particularly in treasuries, marketed to investors as a reasonable to invest in these new funds?

MR. SACK:  The Macro Opps funds.

MS. KEENAN:  Correct.

THE WITNESS:  I think -- I think -- yeah, I think, as the CIO with a long-standing track record of success broadly, that was a sales point for us. But I think it was also the breadth of our global -- our global -- our global program and then -- and the global fund. And I think we sold it as a very diversified global strategic fund. We did -- we did,

Page 39

to be fair, talk about the fact that we would be more active in trading securities in each of the liquid markets, which would be UK, Germany and, in particular, the U.S.

BY MS. KEENAN:

Q   I'm just trying to understand if your management of the Macro Opportunities funds and as sort of the creator of the concept of Macro Opportunities funds was marketed to investors as a reason to invest. Were you a draw to clients for those funds?

A   You know, I'd like to think that I was a draw for all the products. I was a lead portfolio manager on an awful lot of products, and I'd like to think that we were fortunate, till recently, to have an awful lot of success in the market. And I'd like to think that that was -- that my participation in some of these funds was a positive.

Q   I'm focusing particularly on the Macro Opportunities fund because they were a new product as of 2012 that, it sounds like, was sort of your baby, your idea. And so I think the Core and Core Plus funds were there when you got there, and so I'm trying to understand how you solicited investors in these new portfolios.

Page 40

MR. SACK:  Mr. Leech personally or Western asset Management solicited investors?

MS. KEENAN:  Western Asset Management.

THE WITNESS:  I think our program was to basically be very straightforward about our unconstrained programs. So we had this straightforward business with any -- when we talk to our clients -- because, you know, Western Asset's kind of DNA is institutional. It's very much one on one. It's not historically been a retail fund -- firm.

We said that you have to basically look at any unconstrained product across three fronts. First one is what kind of -- what kind of securities do you want? some people want U.S. Securities. Some want global. Some want just corporates. So fine. We have programs for all of these.

What risks do you want, and what volatility are you willing to withstand? How much risk can you take? So that would be kind of a volatility measure. So most of our unconstrained funds are tied to products. like our biggest fund is our total return unconstrained is our U.S. Fund. It's tied to the U.S. Core, Core Plus. Same volatility, same types of securities.

Page 41

And then, where do you want the risk budget to be driven from? So you want the risk budget to be driven bottom up, or do you want the risk budget to be driven top down? So those are the three characteristics.

So we were developing a suite, which we have a wide variety of products. And in Macro Opportunities, we differentiated all three lines versus our U.S. Core, Core plus. It's global instead of U.S. It's high volatility instead of market volatility. And the drivers of return, which are bottom up predominantly, Core and Core Plus, are going to be top down, which is why we named it Macro Opportunities.

BY MS. KEENAN:

Q   And from the time of inception, it was understood that you would be the manager of those portfolios?

A   I was the lead portfolio manager, it was understood. That's right.

Q   Who were the earliest investors in the Macro Opportunities portfolios?

A   --

(Whereupon, the reporter requested clarification.)

Page 42

THE WITNESS: I'm mumbling because I'm -- you're challenging my memory.

Okay. I think Invesco might have been one. and I -- now I'm drawing blank. There was a group out of Chicago that was an early investor. But I really don't -- I can't remember each investor, specifically. I'm sorry.

BY MS. KEENAN:

Q   At a high -- actually, I think you've already explained that.

In 2020 Franklin Resources acquired WAMCO?

A   Yes.

Q   I have here what's marked as Government exhibit 5. This is a Notice of Omnibus Award.

For the court reporter, it's WAMCO_SEC_1791.

(SEC Exhibit No. 5 was marked for identification.)

BY MS. KEENAN:

Q   Was is this award agreement issued in conjunction with Franklin Resources' acquisition of WAMCO?

A   The answer is most likely going to be yes. I'm looking at the specifics of the document. I've seen it. I am -- this appears to be the document

Page 43

that does cover the award. I want to be responsive. So the answer is 99 percent yes.

Q   Looking at the restricted shares award, which is on the first page. Those were issued in 2017 prior to the acquisition.

MR. SACK: There are two categories of restricted shares, the 2017 shares and the 2002 shares.

MS. KEENAN: That's why I said the 2017 shares.

MR. SACK: Right.

So I think she's directing you to the 2017 shares.

THE WITNESS: I see that. But I'm not sure how 2017 applies here. But I guess that must be some kind of a Franklin plan in 2017? I don't -- I'm happy to be directed to that, but I don't know what 2017 has to do with it.

BY MS. KEENAN:

Q   My question is do those -- did those shares vest in relation to any performance metrics, or did they just vest over time?

A   They just vested over time.

Q   And what about the phantom shares? Did those shares vest in relation to any performance

Page 44

metrics or just over time?

A   Just over time.

Q   Do you have any restricted stock or other stock that vests in accordance with performance metrics?

A   No, I do not.

Q   If you could look at the page that's 1799. lower right-hand corner, very small letters. Did you at some point execute a copy of this agreement? We only have an unexecuted copy.

A   It seems -- it seems a pretty reasonable supposition that I -- I executed a copy of some agreement with Franklin Templeton. This looks like the right one. So the supposition seems very straightforward.

MR. SACK: Do you remember --

THE WITNESS: I don't remember this specific piece of paper. That's the only reservation I have.

BY MS. KEENAN:

Q   If you could turn to Exhibit A of this agreement, which is on the next page. The top of page 2 of Exhibit A to this agreement, little paragraph C references an affiliate letter. Do you know what that is?

Page 45

A   No.

Q   It says "A certain letter agreement by and among the company participant" -- that's you -- "and James W. Hirschmann dated February 17, 2020, as amended from time to time." You don't know what that letter is?

A   I don't recall, no. I mean, we did have -- I want to be -- we did discuss -- have discussions with Franklin Templeton. The merger was -- seemed like it was, you know -- depending on certain, I guess, signatures they had to get would eventually be completed. So we had discussions. I don't remember this specific document.

Q   Do you recall entering into an agreement with Mr. Hirschmann and the company in February of 2020?

A   I recall entering into an agreement at some time with Mr. Hirschmann and the company.

Q   What did that agreement pertain to?

A   I think the agreement, as I understand it, was an agreement for us to remain employed for a certain length of time.

Q   When you say, "Us," who is "us"?

A   Jim Hirschmann and myself.

Q   What was the length of time that you were

Page 46

to remain employed for?

A   My understanding was that it was five years, or in my case, four, given my age, if I gave one year notice of prior to retirement.

Q   What did you receive in exchange for agreeing to stay with the company for an additional four or five years?

A   My memory of what we're discussing was documented at a later point, the one that you have which goes to the fall. It's not -- so, again, I don't have a memory of this specific -- anything like this in February. But if we're talking about the document and the agreement that we reached when the companies agreed, my understanding was that it was -- it was a five-year period of time.

Q   And what did you receive in exchange for agreeing to remain employed for an additional five years?

A   A schedule of the securities and the stock which we saw on the first page, which would be -- my understanding was being paid over a five-year period of time from Year 3 through Year 7.

Q   Turning to Exhibit D to this agreement, which is on the page labeled 1814. Again, the small letters on the lower right-hand corner. This is

Page 47

titled "Confidential Agreement and General Release of Claims."

A   Okay.

Q   Section 3-A -- which I'm sorry for all the page turning, but it's long agreement -- is on the page numbered 1819.

A   I see it, yeah.

Q   "Confidential agreement to be kept confidential. The employee" -- that's you -- "agrees not to disclose the underlying facts that led up to this confidential agreement or the terms, amount or existence of this confidential agreement to anyone other than" -- and then a series of persons.

What are the underlying facts referred to there?

A   I would assume that's the compensation agreement. And then, the facts of the amount and schedule of the stock awards.

MR. SACK: Just be careful. Do you know, specifically, and remember?

THE WITNESS: No. I mean -- no. I know we were asked to keep the agreement confidential. I remember that. I don't remember anything else. But the substance of the agreement was we were asked to be kept confidential, and I did.

Page 48

BY MS. KEENAN:

Q   So it's your view that the underlying facts referred to in section 3-A refer to the issuance of shares and other benefits, not to different underlying facts?

A   I haven't read 3-A carefully or this document in an awful long time. So what I believe -- what I'm answering is that I believe that I was asked to keep the agreement confidential, and my strong belief is that the key points that were to be kept confidential was the remuneration and the schedule of remuneration.

MS. KEENAN: We've been going for about an hour.

MR. SACK: Okay.

MS. KEENAN: I think it's a good time to take a break.

MR. SACK: Great. Thank you.

THE VIDEOGRAPHER: Going off the record. The time is 10:03 a.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: Going on the record. The time is 10:21 a.m.

MS. KEENAN: The videographer has 10:21, but I have that we are back on the record at 10:23

Page 49

a.m.

Q   Mr. Leech, you understand that you're under oath?

A   Yes, I do.

Q   Can you confirm that you had no substantive discussion with SEC counsel during the time that we were off the record?

A   I can confirm that.

Q   We were looking at what's marked as Government exhibit 5 before we took a break.  And you said that that agreement -- in connection with that agreement or an affiliate letter defined in that agreement, you could retire from WAMCO in five years or, if you gave certain notice, in four years from the time that the agreement was entered; is that right?

A   That's my understanding, yes.

Q   And does that mean that you could retire in 2024 if you gave notice?

A   I do believe if I gave notice I could retire in one year's time.

Q   Have you given notice of intent to retire?

A   I have not.

Q   You mentioned that one of the people you rely on in Pasadena is Michael Buchanan, who's now

Page 50

the co-CIO of WAMCO; is that right?

A   That's correct.

Q   When did you first learn that WAMCO was considering naming a co-CIO?

A   There was always -- there was always the plan that Michael would eventually become the CIO. He's much younger.  I'm obviously close to 70.  And he's the deputy CIO.  So it's -- it was a matter of timing.  I believe we had discussions about that timing starting in the year 2022 about starting to think about making that announcement.

And I believe that -- and again, this is -- I don't know how the right way to say this.  It's hearsay or second-hand.  But conversations had to be held with Franklin Templeton to make sure they were okay with that arrangement, et cetera.  And I think Jim Hirschmann handled that.  So I think those conversations started in 2022, and the decision -- the goal was to do that sometime in 2023.

Q   When you said that "We started talking about it," who is the "we" in that statement?

A   It would -- it would be Jim Hirschmann and Michael Buchanan.

Q   And yourself?

A   And myself.  We.  Sorry.

Page 51

Q   What was Mr. Buchanan's role before he was deputy CIO?

A   He was the head of our High Yield Department.  he came in as the head of High Yield Department in like 2005 or so.  He had a broad -- he was already head of high Yield, but he was our senior credit leader.  So we had elevated him after the global financial crisis, when we had a lot of credit problems, to basically really help reinstate and reinvigorate our credit process, our performance, our research effort.  So even though he's the head of High Yield, he became the chairman of our global Credit Committee, which is a -- it's really a clear signal that he was the lead credit person of all our global products.

Q   So he went from head of High Yield to deputy CIO to co-CIO?

A   That's correct.

Q   You mentioned a committee.  Are you on any committees?

A   I am on many committees, yes.

Q   More than you care to participate in?

A   Precisely so.

Q   Could you tell me the committees that you're a member of or have been a member of between

Page 52

the time period of 2019 and the fall of 2023?

A   I'd say the two major committees are I'm the chair of the Global Strategy Committee, which is the committee that meets once a week on our global programs.

I'm head of the U.S. Broad Strategy Committee, which is the U.S.  Strategy meeting that comes in once a week that really is -- sets the themes and strategies for all domestic programs, particularly Core and Core Plus.

We have an Asset Allocation Committee that meets every other Monday morning during the week. I'm -- I'm on that committee.  I'm not the chair.

On Tuesday we have a Global Credit Committee.  I believe I'm a member of that.  But I don't do much since I'm not a credit person.

Wednesday I talk about global strategy.

Tuesday afternoons, I don't know if -- I think we call it a Management Committee, which is only three people.  I've already talked about that.

Wednesday afternoons are our long duration strategy meetings.  I'm a member of that.

Thursday morning is our Inflation Link Strategy committee, Inflation Committee.  I'm on that.

Page 53

And then, we have our -- we have a once-a-month emerging Market Strategy Committee. I'm on that.

We have -- every other week, we have a Mortgage strategy Committee. I'm on that.

I might have missed one, but I think that covers it.

Q How did you and Mr. Buchanan divide responsibilities after he was promoted?

A You know, it wasn't -- well, I guess I should answer in two fronts. There's the -- kind of the organizational personal business side, and there's kind of the investment strategy side.

On the investment strategy side, it wasn't big meaningful change. Most fixed income firms really have two big components. One is kind of what we call macro strategies. You know, how do you make your money in bonds, interest rates, the fed, how do rates change, how do you -- how do you drive position for that.

The other is what we would call spread products, particularly, credit; right? So if you're going to invest in something and you're not worried about the interest rate change, you're really worried about whether the person will pay you back, are you

Page 54

getting enough compensation, have you done a deep dive into whether General Motors is compensating you well enough for the credit risk you're taking.

So he had been running that as our lead credit professional. So he's continued to lead that effort. and all the spread products globally report through Michael. All the macro -- the programs that are more interest rate, you know, macro, tend to report through me. You could probably split hairs on whether some of those groups -- because some of the groups have both, which ones should go where. But that's basically how we set it up.

On the reporting, though, it was helpful. because as CIO, I just had too many reports, which I named all the sector heads and office heads. And so he, then, was able to take all those sector heads in credit, and they reported to him, and that took a lot of the personal reporting responsibilities, made those more -- more evenly distributed.

And then, I'm trying to remember if we made it official or not, but he took a couple of the offices. I think he took Australia and Tokyo under his responsibility for, you know, monitoring the business and compensation personnel.

Q So after his promotion, you continued to

Page 55

lead the macro side. He continued to lead the spread side where the investment management is concerned?

A Yes, that's right.

Q Were there responsibilities besides the credit sector heads and the Australian and Tokyo offices that you relinquished when Mr. Buchanan was promoted?

A I don't think so, no.

Q You mentioned before a Mr. John Bellows. Were you involved in the decision to promote Mr. Bellows?

A Yes.

Q When did conversations about Mr. Bellows' promotion commence?

A I think the major thrust of when a lot of these conversations started to percolate was in 2022. The firm had had a plan all along. Obviously, given my age, eventually the firm would have to have a transition and succession planning. And so it had always been straightforward who the -- who the up and coming leaders of the firm were. So I don't think there were surprises. but to officially -- the official timing of how we were going to do that started in 2022.

And as time went on, we were under a lot of

Page 56

stress. Not only was there bear market in bonds, which was very difficult for our firm, but our investment strategy was very off side. And we needed to have a reduction in force that was going to be meaningful, right sizing the firm.

And so that decision, even though it was discussed in 2022 and 2023, it was eventually decided we would have all those -- have all those announcement together with one shot so that, you know, Michael's promotion, John's promotion would coincide with the change in the size of the firm, and reporting arrangements would all be laid out in one -- in one fell scoop as opposed to doing piecemeal.

So I think that that decision was made earlier, but I think the announcement was, you know, postponed until summer -- I think it was August of 2023.

Q Prior to August of 2023, what was Mr. Bellows' title?

A Again, we don't use a lot of titles at Western asset. So he was a senior portfolio manager, which is kind of our senior-most title. But his responsibilities really were being our lead -- our lead forecaster and lead fed -- you know, fed follower, which is a very important position in a

Page 57

bond firm.

Q   What portfolios was he the senior portfolio manager for?

A   Our Core and Core Plus program is our flagship program.  It's kind of on the key problems for every fixed income firm.  And so we have a lot of senior portfolio managers who have groups of portfolios.  So he was -- he had a subset of the Core and Core Plus portfolios that he was the lead on.

Q   And what was his -- the title to which he was promoted in August of 2023?

A   You know, that's a good question.  Again, we don't use official titles.  So I think we called him -- I mean, he's the head of our Core and Core Plus group.  I don't know if we have -- I don't know what specific title we assigned to him, but we made it very clear in the organizational chart and our communication that he's now leading our Core and Core Plus effort.

Q   Did you personally have conversations with Mr. Bellows about his anticipated promotion before August of 2023?

A   I did.

Q   And what was the substance of those conversations?

Page 58

A   I remember telling him in -- I think it was June, pretty confident, actually, that, you know, we were looking for him to lead the group going forward.  And we had some discussions about, you know, what -- what those roles entailed.  It's a weird thing being kind of a leader and an investment manager.  You know, your No. 1 job is investment performance.  It's -- you know, it's crucial.  If you have that, you can do other things poorly.  If you don't have it, you can do all the other things great.  It doesn't help you.

But you do need other skill sets.  Because you've got to manage client relationships and communications.  That's the second most important thing.  but then, you also have to manage people, and you have to manage the business.  And not very many people, including myself here, can be good at all those.  There are some things you're going to be good at, some things you aren't.

And we had conversations about he's very good in investments, he's very good at client communications.  and so we had, you know, really actually conversations about how we should be thinking about, you know, managing people, managing business.  This would be a new area for him.  But it

Page 59

was -- I don't know.  It was more friendly advice, I would say, than serious direction.

Q   Prior to June did you have conversations with him about his anticipated promotion, June of 2023?

A   I don't think I had anything explicit.  But I don't think there was a lack of clarity about the firm's intention to go down that road.  But no, nothing specific that were explicit.

Q   Who else would have been involved in the decision to promote Mr. Bellows?

A   Well, Jim Hirschmann, our CEO, would have been part of any major organizational decision and change, absolutely.

Q   You said that prior to August of 2023 he managed a subset of the Core and Core Plus portfolios.  in connection with his promotion, did he take on additional portfolio management responsibilities?

A   Well, as the head, he has the opportunity to take on whichever responsibilities he chose.  And over -- over a period of time, we were going to transition the portfolios where I was the lead portfolio manager and had the client relationship, sometimes for years, you know, in whatever way we

Page 60

thought would be most effective for the firm to go through that transition; right?

Q   In connection with those conversations, did you discuss your continued management of Portfolio 1651, the ███████ portfolio?

A   I don't think we specifically talked about my continued management of that.  What we did talk about -- because I wasn't going to -- all my portfolios were going to be transitioned in whatever time frame the firm wanted to.  What I remember discussing was that -- and this dates back a long time ago.  We try and give every client whatever guidelines.  And you know, our firm prides itself that any client can ask us for any solution at any fixed income in any currency.  And so every client can negotiate their -- if they have their separate account, can negotiate their guidelines, the risk tolerances.

So I tried to advise him.  I just made a note that that -- and he actually -- he was aware of it.  because he does the client presentations.  He goes to Boise and presents to their forum.  But they have a much different risk target and volatility than the other Core plus -- the accounts and tend to be very different than the others.

Page 61

Q   Did you transition the management of the ████ portfolio to Mr. Bellows in August of 2023?

A   I did see -- I just want to be clear on the question.  John became the leader of the Core and Core plus group in 2023.  He had the opportunity to run that department as he saw fit.  And we had discussed that we should have a plan for transitioning those accounts to make sure that the client was comfortable with the transition.  If I'm the person they've met with all these years, you know, you would -- you wouldn't transition that until people are comfortable.  You bring a second person in.  You have two people talk to the client. eventually, the senior person can recede.

Q   So when was that portfolio transitioned to Mr. Bellows?

A   I don't believe -- I believe that what happened -- to be straightforward, I don't believe it was transitioned in August '23.  I believe straightforwardly that what happened was I was advised that there was an investigation that the firm was conducting in the allocation practices.

Q   I don't want to hear anything that a lawyer at WAMCO advised you about.  So I'll ask you not to get into the substance of the advice you received.

Page 62

But let me ask a couple of questions just so I understand timing.

A   Okay.

Q   Was this in approximately November of 2023?

A   Late October of 2023, yes.

Q   So as of late October of 2023, had you transitioned management of Portfolio 1651 to Mr. Bellows?

A   The confusion or the clarity that I need to provide here is that we decided, pursuant to the investigation, that I would not trade in the Core and the core Plus portfolios during the investigation but would only trade in the Macro and Macro Opps. Whether those positions have been permanently or not transitioned is -- is actually still uncertain.

I can say that I made a presentation as the lead portfolio manager to the ████ board one week ago.  So I think that there is some lack of clarity about whether that portfolio has been transitioned at all.  On the investment trading monitoring daily, I'm not involved at the moment because it's been suspended pursuant to the investigation.  But in terms of a full transition and how that's going to eventually transpire, I don't think we have clarity on that.

Page 63

Q   Okay.  So from August of 2023, when Mr. Bellows was promoted, until late October of 2023, you were the lead portfolio manager of that portfolio, and you had full authority to do any trading or allocating of trades in Portfolio 1651. Do I have that part of your answer correct?

A   Again, we have a team approach, and John and his team were watching and deciding how to monitor it.  but yes, I had -- I had authority to trade in that account, yes.

Q   After late October of 2023, you weren't allocating trades to that account, but you still, for purposes of client perception, were the lead portfolio manager of Portfolio 1651, and as recently as late February of 2024, you gave a presentation to ████ as the lead portfolio manager of Portfolio 1651?

A   Yes.

Q   Okay.  What was the reason that you wanted to retain control of that portfolio, in particular? You mentioned sort of a friendly directional conversation that you had with Mr. Bellows, and in that, you referenced a long-standing relationship with the ████ client.  Was your long-standing relationship with that client the reason you wanted

Page 64

to retain control of that portfolio?

A   I need to be clear.  I did not want to retain control of that portfolio whatsoever.  I think the context of the question is maybe misplaced.

All of the portfolios that I managed were being transitioned at some point under John's direction at a time that he and the firm felt would be good for our business to transition.  There was no portfolio of any -- no portfolio that was not going to be transitioned.  There was no portfolio that I was going to be lead portfolio manager on.

I think that all the portfolios for which I was lead portfolio manager, I think there has been some lack of clarity about whether I'm still the lead portfolio manager.  I still do because I'm working every day.  I'm still communicating.  I'm still on roundtables as the senior portfolio manager of the Core and Core Plus group.  every portfolio in that group is -- has the same -- same situation.  No portfolio has a different situation.  There's nothing different about the ████ situation than any other portfolio.

Q   You didn't have any specific discussion with Mr. Bellows about transitioning the ████ portfolio?

Page 65

A   I had a discussion -- I'm trying to think about where you might be going. I'm just guessing now. Again, I had a discussion about all the portfolios. So I remember early in this process, which you can understand was unsettling in terms of how quickly needing to think about different investment processes. There was a presentation that had to be made in short order -- and I believe we could check the notes somewhere -- October or early November, asking him if he would do the presentation.

No, I don't remember having any conversations about that portfolio being transitioned in any way, shape or form, no.

A   If I could add. I mean -- I mean, if we had transitioned -- and I don't know why I would have been giving the presentation as the lead portfolio manager a week ago.

MS. LASKY: Can I one small follow-up question?

Q   I believe it was -- thank you.

I believe it was talking about Mr. Bellows -- and I'm paraphrasing here; so correct me if I'm wrong -- that you called him the main fed follower. Is that --

A   Yeah, he leads. He's -- he is our fed

Page 66

expert yes.

Q   Okay. What does that mean?

A   The Federal Reserve makes the decision on interest -- short-term interest rates in the United states. They adjust interest rates when they feel it's appropriate. It's a crucial consideration as a bond manager to try and think about what they may do and what the path of interest rates might be based on the Federal reserve's decision-making.

John is a Ph.D. Economist who worked in a very senior level at the -- in the Obama administration. And he is the person who we rely on to lead the discussion of how we should position ourselves based on our and his expectation of what the fed might do.

Q   Okay. Thank you.

MR. WILNER: Sorry, Mr. Leech. And we will try not to do this where we're asking -- multiple people asking questions. I just have one follow-up to    Ms. Keenan's line of questioning.

Q   Since late October 2023, other than ████ have you had any -- have you given client presentations to any other Core and Core Plus portfolio clients?

A   I believe the answer is yes. I'm trying to

Page 67

remember. My senior memory, kind of Alzheimer's here. do I -- can I remember the exact presentation I gave. but I have given, as I do pretty routinely, a lot of presentations. So I think the answer to that question is yes.

Q   Okay.

A   But I don't have a specific memory of a client that -- I'm trying to search for one.

Q   Can you think of any examples?

A   I'm pretty confident one's going to come to me. I don't have one right now, but I actually do believe the answer to that question is yes.

Q   Thanks.

BY MS. KEENAN:

Q   Before I transition to another subject, I'd like to confirm that you do not have Alzheimer's.

A   It's in my best interest to answer that question yes or no? I do not have Alzheimer's.

Q   Or dementia?

A   Or dementia. At least at this -- at this moment.

Could I follow-up the answer to your question?

MR. WILNER: Of course.

THE WITNESS: We've had several consultants

Page 68

come to our firm to talk about our Core and Core Plus business and -- one last week. I can't remember which consultant that came Wednesday to talk about our Core and core Plus business, how it was running. And I was the lead spokesman for Core and Core Plus business, which would be natural in our way we talked about our business. and I talked to him about our Core and Core Plus strategies. And then he wanted to talk about the succession planning and that transition to John over time. That would be one specific example I can remember.

BY MS. KEENAN:

Q   Do you attend regulatory compliance training at WAMCO?

A   I do.

Q   How frequent is the regulatory compliance training?

A   Well, we have a once-a-year meeting that's -- everyone goes to. And it's -- and it's changed. Because with COVID there was a tremendous change to more video -- you know, video watching and checking of compliance. And then, that's -- that's really been expanded pretty meaningfully. So now there are all sorts of compliance. There's technology awareness; security awareness; how you

Page 69

treat your fellow employees; different, you know, gender, racial kind of issues. So we have a lot of those. And anyway, so it's -- it's become -- it's become prevalent.

Q   I'm asking you specifically about regulatory compliance. It sounds like that's once annually?

A   Historically, it was, where we had one big annual meeting. That's my memory, yeah.

Q   Who, for the time period of approximately 2019 to as you sit here today, who led those big annual meetings?

A   Historically, the person who's led our annual compliance meeting has been the head of our Compliance department. So that was Kevin Ehrlich until very recently.

Q   After Kevin Ehrlich left WAMCO, is there someone else who has led a regulatory compliance meeting, or has there not yet been one?

A   If there's been one after this process started -- I'm trying to -- I don't think there's been one with that -- I don't think there's been one led physically that Kevin hasn't led. Again, there has been this transition to these video-driven compliance sessions.

Page 70

Q   By "video-driven compliance sessions" --

A   No, there was -- you're right about that. There -- no, there was one. Yeah, I take that back. There was one. I'm just nervous. Now I'm drawing a blank. The head of compliance, he gave the presentation.

Q   Was that Mr. Giddings?

A   Thank you.

Q   By "video-driven compliance trainings" do you mean a training that you watch on a computer, not a training that is actually conducted or led by a WAMCO employee?

A   That's right.

Q   Okay. In, it sounds like, the once-annual compliance training that Mr. Ehrlich and then Mr. Giddings led between approximately 2019 and today, what information did Mr. Ehrlich or Mr. Giddings convey about best practices for trade allocation?

A   I think that they -- they had the trade allocation. Aspirationally, you'd like to have your trade allocation in as soon after a trade was executed and reported. And very serious detail and admission, all trades had to be done certainly by end of day.

Page 71

Q   When you say, "As soon as possible after a trade is executed and reported," what do the "executed and reported" parts of that sentence mean?

A   Well, Western Asset is not aware that a trade has been executed unless it's been reported. So as soon as you can allocate a trade that's executed and reported would be after it was reported.

Q   And by "reported" do you mean entered into a system?

A   No. I'm sorry. I meant -- what I mean by "reported" is the dealer that does the trade has an obligation to report to our back office that that trade has been executed.

Q   Okay.

A   And once the back office gets the report, they are now in a position to receive the allocation and enter it into the system.

Q   Does that report come in the form of a Bloomberg confirmation?

A   You know, I'm not aware of how each dealer organized their reporting. I believe some may have used other forms of communication, email or -- I don't know whether they use Bloomberg or whether they call direct or email direct. But they would communicate with our back office in some way, shape

Page 72

or form.

Q   What's your -- who was the person in the back office who you view as the lead person in the back office?

A   The lead person in the back office is really -- really unfortunate but until this summer was Rosemarie snoke.

Q   Okay. So the dealer who executed the trade would communicate that the trade was executed to Ms. Snoke?

A   No. You said who was the lead of that -- I'm sorry. It's a large department.

Q   Okay.

A   I apologize. It's a large department. There are many trading assistants that will report to Rosemarie snoke. Each dealer, depending on what type of security transaction, corporate bond, mortgage bond, future, option, treasury, we have different trading assistants that are skilled in different parts of that arena. And so different dealers will work -- over time known which trading assistant to talk to, and they would communicate to that person.

You ask who the lead of the whole operation was who could probably take any communication from any sector and be skilled in terms of how to organize

Page 73

it, Rosemarie had that breadth of skill set.

Q   I see.  So in the annual compliance regulatory compliance training, the best practice that's conveyed is, as soon as a trade is executed and reported, it should be allocated, if possible.  And when you say, "Reported," you mean someone in the trading assistance pool is aware of the trade?

A   That Western -- yeah, I don't want to miss -- that Western Asset has become aware that a trade's been executed on our client's behalf.

Q   Okay.  Can you, turning to a different subject, talk to me about prior to, it sounds like, late October of 2023, what did your typical day look like?  What time are you waking up in the morning?  What time do you start trading?  What time do you get to the office?  Just walk me through your typical morning, with the understanding that everyone says, "I never have a typical morning.  I might be on a flight to Tokyo.  I might be on vacation with my family."  Just an average day in the life of Mr. Leech as CIO of WAMCO.

A   Well, I liked your -- I liked your suggestion of being on vacation with my family.  So thank you.

I get up at around four o'clock in the

Page 74

morning.  I'm at work usually by quarter to 5:00.  Our senior leadership group revolves around our key program, which is our Core and Core Plus program, are usually in right around that time.  And usually, while we're drinking our first cup of coffee and getting organized, we really start to talk about the markets, what's happened.  Somebody might have had idea.  Somebody might have read something overnight, what happened in the markets overseas that night.

Even though it's really early in the morning, let's say, by a normal person's time, five o'clock in the morning, these conversations are starting to move.  That's eight o'clock in New York.  So it's actually -- that would be late in New York, early traders day.  So there's not -- the chitchat is not about the Dodgers; right?  It about -- it really gets to business pretty quickly.

So that -- those conversations and what trades we might want to do, how we might want to reposition the firm or what we're expecting that day.  Usually a lot of fed speakers in this period of time.  Interest rate's all over the place.  Fed activity is very important to monitor.  Those conversations will be ongoing.

The economic release that the U.S.

Page 75

Government uses which often influence the direction of interest rates in a day are usually released at 5:30.  So those conversations are usually finished.  5:15, 5:20, people are back to their desks.  They're looking at the daily reports, the portfolios, changes, what the diagnostic reports are.

And then we get the economic releases at 5:30.  for me, after I've done that meeting, I talk to my -- the Macro Opps team.  Usually we meet -- it's, again, the small team.  But Rajiv Sachdeva has a number of reports.  it's a complex, very complicated portfolio.  And he has -- especially with respect to options and a thing called convexity.  And we have reports that he goes   over and explains how things have changed, where we are.  and so we talk as a team usually, you know, through    six o'clock.  You know, Prashant might have ideas, what do you want to do.  So those meetings go to 6:00.

Twice a week, we have six o'clock Core and Core plus calls that -- those are Tuesdays and Fridays, where we then talk about our discussions there.

Monday we have a six o'clock allocation meeting.  The market's usually open.  I would tend to usually -- usually trade during this window.  Because

Page 76

I'm on the floor.  I've had suggestions from my teams.  So I would be involved in trading.

We have seven o'clock meetings on every -- every day except Fridays on different topics.  So on seven o'clock on Mondays, the entire staff meets.  It's Monday morning.  Everyone get together, review what happened last week.  People have the opportunity to bring out whatever issues they have.  Tuesday is credit.  Wednesday is global.  Thursday is inflation.  And then, that would take me to eight o'clock.

And then I might come back, often would come back, talk to other people in the firm who have issues, or maybe there's a client issue or whatever.  But I get to my desk, monitor the market.  I usually trade and then work downstairs somewhere -- and, again, kind of, typical, we don't have typical days.  But somewhere in the, let's say, 9:00 to 10:30 time frame -- let's just generalize -- I would go upstairs, to my office upstairs.  because that's where you could really work on client agendas.  If your people working for you had an issue and you had to have a talk about, you know, personal things, in the office you have privacy you don't have on a trading floor.

So from that point on, traditionally, I

Page 77

would be upstairs. And all of our client meetings, when clients came in, are done upstairs. Our client Zooms are done in the upstairs, videos in the conference rooms we have. Usually the one next to mine is where I do the video Zooms that involve me.

And then, if we had our other sector meeting. So if we're meeting with the insurance team, what's our -- you know, what's our insurance program, what do we want to be doing, should we make changes. Our long duration, our corporate teams, those meetings are small groups, and we can meet upstairs in a small conference room.

And traditionally -- and then, later in the day, because -- because the Investment side starts so early and the Client Service side, because they're dealing with clients, many whom are on the West Coast, they have a different time. I'm sure it varies by client service professional. But they get in at 6:30, 7:00, and then they go later.

So business meetings that overlap or the investment Department is -- needs to meet with the Client service, maybe talk about a client issue or a related issue or if there's a business issue that Jim Hirschmann perhaps really as well wants to talk about or Executive committee meeting, those tend to be

Page 78

later in the afternoon so that both sides, the market closing, almost closed, can be done in tandem with those meetings. And so traditionally I would be -- I would be upstairs for the rest of the day.

Q   Okay. It sounds like, between five o'clock and about eight o'clock a.m. Pacific Time, you're on the trading floor digesting information and also issuing and executing trades. And then at about eight o'clock on a typical day when you're in Pasadena, you're going upstairs and turning your focus to a different type of work?

MR. SACK: I think he actually said different times.

But why don't you -- you can respond.

I think he said different times.

THE WITNESS: It certainly could be eight o'clock, but it might be nine o'clock or ten o'clock. But yes, if we had an 8:00 to 10:00 window, somewhere in there, I'm going upstairs for sure.

BY MS. KEENAN:

Q   And around 5:00 a.m. Is when you start your trading day?

A   Or just before, yeah.

Q   Or just before, in the wee hours of the

Page 79

4:50s.

A   Well, you call it the wee hours, and I'm sure my wife calls it the wee hours. But 34 years of it, it's just early morning.

Q   We talked before about your desk on the trading floor and your office on the fifth floor. I omitted to consider the COVID pandemic. During the pandemic, were you working from home, or were you working from the office?

A   I'm sure, like you all, everyone in L.A. County understands that there was a lot of working from home. and there were a lot of fits and starts to that. Because L.A. County and -- the City of Pasadena, I think, had separate outbreaks and provisions. So there were a lot of time spent working from home, coming back to the office, suspending that, working back from home. So, yes, a lot of working from home during that period.

Q   Do you have a similar set-up at home to your set-up at the office? Do you have a desk with multiple monitors?

A   Yes. It's very similar. I have -- I have three monitors. Two I usually keep Bloomberg on, and one email.

Q   And you're able to access all of those

Page 80

systems from home just as if you are in the office?

A   Predominantly. I don't know that I could get everything but predominantly. And if I couldn't, I would -- the tech support was very -- very strong during this period of time, which was helpful -- being helpful.

Q   What instruments do you trade for WAMCO?

A   Well, I think there's two parts to that question. What instruments do I trade predominantly and, then, what instruments can I trade. I think -- I think I can trade them all, actually. And I think I have traded a huge variety during my period of time. But my historical background is in treasuries, futures, and options. Those are the -- those are the areas I'd say constitute high 90 percent of all my trades.

Q   Okay. For expedience sake today, then we'll just focus on the treasuries, futures and options.

A   Okay.

Q   What types of trading strategies do you employ? are you buying those instruments outright?

A   Well, there's a long list there.

Q   Let's hear it. We're here.

A   Yeah. My -- the way I think about a

Page 81

treasury future is it's like a treasury bond. So if you buy a treasury bond as an investor, you want to own the treasury bond for a -- as an investment. A treasury future is, essentially, just buying the right to own the treasury in the future. You don't have to put as much capital. There are certain regulatory capital benefits to that practice. The markets are highly liquid. We can argue the treasury markets are as liquid.

My background was in treasury, futures and options dating all the way back to the '80s. And I like the -- I like the fact that there's an exchange. it's a market. You don't have to haggle about the price, which you do with other products. So I tended to use that sector.

Now, everything you can do in treasury bond, you can do in treasury bond, futures, and options. What part of the yield curve is the most attractive for your client? Is it the two-year, the bond, ten-year and seven. We do an awful lot of yield curve trades where we're buying one segment of the market and selling another.

We do a tremendous amount of option to cash -- or option to the actual futures trade, where we're basically trying to say are the options cheaper

Page 82

than the futures, the futures cheaper than the options? Then we might combine that as a yield curve trade. If you think that the -- it might be a long five-year yield curve and you sell a 30-year. Then you ask yourself do you want to be long in the call options or the outright option in the five or short the 30-year or the 30-year call options and the bond. So you would sometimes buy five-year call options, sell 30-year bonds or vice versa. You would use futures and options to hedge other products.

So, for example, if you're participating in the bond auctions, the treasury has a huge deficit these days. As we all know, they have a tremendous number of auctions not every week but most every week. And so you might want to take advantage of the fact that often, when the treasury is selling so many securities, they bring these -- bring the securities, the expectation is that you'll get a discount. That by participating in the auction, the treasury just dumps these bonds, and you have to get a little bit of a price advantage by participating in the auction.

But if you don't want to take that specific risk, that is, you don't want to get long in the market and buy them as a long only, you might hedge them by using futures. So you would sell

Page 83

futures to hedge the interest rate of the outright security. You would hold. You would use futures to manage the breadth of your portfolio structure, depending on the product, so that you would be able to complement, let's say, a program that had a lot of credit. So a spread product.

One of the challenges of portfolio is they have a lot of credit is that they are very susceptible to a recession, weak economic outlook. And one of the historical -- actually, most of history, not recent history, unfortunately, antidotes to that is that, if you bought treasury bonds, especially short-term treasury bonds, that would be complementary to your credit program. Because if your credit became getting weaker in a recession, the treasuries would do better. And if things really got bad, the fed would come in and start to ease policy, and that would be very good for your treasury bonds. And you would need that. Because you would be in deep distress on your credit.

So you would be thinking about how to use futures in conjunction with the other parts of your portfolios to organize it. You also need to manage something. And it depends on the product. One product we're going to be talking about is Macro

Page 84

Opps, but other programs have it. We have an issue in negative convexity. So if you're using strategy of shorting options, selling options, which is a program that historically has been very profitable. Because the price that people -- if you buy an option on a -- if you buy an option on a treasury future, then if -- just like if you bought an option on a stock, you're in a -- you're kind of in a privileged position. If the stock goes way up, you get the benefit. If it doesn't, you'll lose your premium, but you're not -- you're not at risk. But you pay for that privilege; right? That's what you pay the premium for.

And in fixed income, historically, this has been a low volatility asset class and -- just like selling insurance. The historical benefit goes to the seller, and except the hurricanes, it's a profitable strategy. We use it quite a bit. We use it in a tremendously rigorous way in our Macro Opps portfolios. So in this context, the challenge you have in a negative convexity portfolio are your short options. Is that when prices go up, the person who owns the option is benefiting. And benefiting very successfully.

We're on the -- if we're on the other side

Page 85

of that trade, which in this practice we are, we need to keep buying the market as it goes up in order to keep our risk neutral. So the higher the market goes, the more we have to buy. And conversely, the more the market drops, the more we have to sell. And the idea, really just like insurance, is that the losses you'll sustain and hedging should be less than the premiums you receive from your option sale. And if that works going to Hoyle, then that will be a profitable investment strategy and business endeavor.

And that's -- and then, when you hedge those options and futures, you can hedge them in a variety -- negative convexity, you can hedge them in a variety of ways. You can -- if your interest rate exposure is making it longer and longer and longer and you need to sell, you can sell futures, you can buy puts, you can sell calls. You can do all three. There's lots of different ways to manage your interest rate in convexity exposure, but you do need to manage it in a direction that's exactly opposite to what you would be doing in other portfolios.

Q   Do you execute what are called pairs trades?

A   Yeah. You know, this -- this terminology in this investigation is interesting. Because the

Page 86

jargon in our business, it's just -- it's just everywhere. And then, so either they're called pair trades or match trades or yield curve trades, yes. But pair trades, trades where you're doing one instrument versus the other in a wide variety of context, we do an awful lot of that.

And as I said, a yield curve trade would be one where you might buy a five-year future and you're trying to sell a 30-year future. And you might do that in conjunction with each other through one broker. But that's expensive. Because if I give you that order, you're going to want to be safe. You're going to want to, you know, pay the offered side on a five-year note, bid side a 30-year note. So a more productive or reasonable practice for us would be to leg those trades; right? You buy one, sell the other. Match and match. match them with those maybe over trade.

Q   Do you do those at the same time?

A   Not always. A lot of times, you leg the trade. legging is a verb in our business which means doing them at different times. You do one first, the other second. That would be a leg trade. You can do them at the same time. Or you can do them by giving someone an order and saying, "You do the trade. Do

Page 87

both sides at a spread." and then I'm out of it. If you find the spread as a broker and you do it, you report back. And all three of those are things we do.

We also do a lot of our yield curve trades in conjunction with options, where the treasury -- securities are being sold in one area, and then you don't have to hedge that exact area. If you want to put a yield curve trade on, you could sell something else. And an awful lot of paired or matched trades, if you will, are buying futures and selling options or buying one option and selling another option. Because that's really where we're been successful over the years as a firm. it's an area that not everyone is involved in. And so you see a lot of that. You could buy -- and you can buy all the different verbiage of option trading -- calendar spreads, call spreads, converse. We do -- we do them all. That's really our bailiwick.

Q   Who are the brokers with whom you trade? Or dealers, as you say.

A   Well, no, it's a fair point. Because brokers are usually -- you know, people, you know, associate them with exchanges, and we use those because, obviously, I'm trading on the Chicago

Page 88

futures exchange. And then, dealers writ large deal in all the fixed income securities. So both are reasonable. So I think we, as a firm, deal with all the major brokers.

Q   I'm just asking about you.

A   Well, I mean I have relations with all the major brokers, and I'm in charge of all the products for all the firm. So I'm -- in terms of just the futures options trading -- I'm sorry. Because you wanted to limit it to that. I've gotten down to a handful of relationships. Because I think I've outlived everybody. and in my business with all the firms, I'm down to a handful. So ███████, ████████████████. ████ is a broker, fellow I've known for a long time. ██████████ There may be others. I think those would be the major ones.

Q   ██████

A   Did I not say that? I'm sorry. ███ ████ for sure, yes. Thank you.

Q   Starting with the first broker. You mentioned ██████████ Do you have a particular contact there?

A   Yes.

Q   Who is that?

A   It's now ██████. It's been different

Page 89

people at different times.

MR. SACK: Who is it now?

THE WITNESS: ███████.

BY MS. KEENAN:

Q At ███████, do you have a particular contact there?

A ███████ is my particular contact, but I kind of deal with -- I deal with other people on their exchanges, but he's my contact.

Q At ██████, do you have a particular contact there?

A Yeah. ███████.

Q ██████ which I think used to be ███████ ██████ or now is ███████

A Yeah, it's very confusing which way that goes. it's ███████.

Q ███████

A I'm going to draw a blank on his last name, but ████ has taken over for -- ████, who died unexpectedly last year.

Q And ███████

A ███████ I remember three first names.

Q We talked about your trading morning. Is that sort of the group of people who you're trading

Page 90

with in the morning?

A Yeah.

Q How do you communicate your trades to those people?

A Via phone.

Q Exclusively by phone?

A No, no, no. I'm sorry. Well, in the trading morning, it would be almost exclusively by phone. I do think that with ███████ I use IB more than -- I use IB to some extent. So I think with ███████ even though it was by phone for years, I've come more to use the practice of IB. But the others, by phone.

Q And IB is the chat function that we spoke about?

A The chat on Bloomberg, yes.

Q And I didn't mean to confine you specifically to the trading morning. Are you trading all day by phone?

A Predominately, yes.

Q Okay. How do you determine who among those individuals or which among those brokers is best positioned to execute a particular trade?

A You know, it's a good question. I've done smaller time. I know the different individuals' and

Page 91

firms' capabilities, usually try and match those two together. We also, as a firm, consider, you know, the broad context of our relationships in terms of making sure that we're -- in terms of how we do business broadly. Because we receive research and other services that are very valuable from some firms that are more valuable than others.

But usually it's -- I would say if it's -- if it's a straight trade that really doesn't take -- if it's like a limit order on the exchange where you're buying, let's say, five-year or ten-year notes at a price and you're just going to put the limit order in, that's a trade that's -- you could give to, let's say, anyone.

Otherwise, you'd look for the expertise. If it was a -- if it was a futures versus an option trade, for example, ███████ is an expert. That's their specialty. And that's what we've used them for, or at least I have, for many, many years. So you'd see a lot of futures versus options trades being directed -- directed their way.

Q Is there a particular capability that you would turn to ██████ for?

A I think -- it depends on who in the firm I'm talking to in terms of whether it's a sore

Page 92

subject or not. But ██████ is a -- is a fellow who I've known since the '70s who does futures. And when we started Macro Opportunities, it was a very small program. I always thought it was going to be a small program because it's a very volatile, very, very risky program, and I didn't think many fixed income investors would want to self-select in the program.

And so one of the things to try and just make the -- you know, kind of the allocation reporting easy was to suggest that maybe ██████ should do the Macro Opportunities trades and none other so that the back office would know that if they got a ██████ trade they could just prorate that across our Macro Opps accounts.

Q Is there a particular capability that you would turn to ███████ for?

A I think ███████ had a breadth of -- of capabilities. You know, it's one of the major deal -- bank dealers in the country. You know, I think they were competent in most -- in most -- in most of the areas that I dealt with.

Q Is there a particular capability that you would turn to ██████ for?

A Yeah, ██████, I think -- yeah. ██████ was a firm. I mean, they had a broad

Page 93

capability across the thing.  The gentleman there, ████████ worked with for an awful long time.  I actually worked all the way back in New York in the '80s.  Very -- so he's very skilled in derivative markets.  So we'd use him for broad-based derivatives.

The ████ one, I'd say, is the one that had the capabilities most constrained, where it's a small firm.  They only do execution.  Unlike Western Asset.  Broadly likes to do business with firms that provide a broader range of services.

Q   Is there a particular capability you would turn to ████████ for?

A   ████████ has -- yeah.  ████████ has a tremendous breadth of capabilities.  Actually, they're one of the leaders in our field, as you all know, in so many fields.

I would say in futures options they were okay.  I didn't have a specific point of contact in their futures department.  And I talked to the gentleman who did the broad -- broad security capability for the firm.  So -- but they were -- they had a lot -- their research was fantastic.  We always had a terrific relationship with their desk, corresponding with their senior traders in New York

Page 94

in terms of what they thought might happen in the market.  And we did an awful lot of business, and still do, with them in terms of getting their guidance and suggestions on treasury bond option involvement.

Q   And last thing, ████████.  Is there a particular capability you would turn to ████ ████ for?

A   No.  I would think that they would be broad-based.  You know, again, tremendous firm, broad-based skill set across a wide variety of products.  They do a tremendous amount of business with us and a lot other products, specialty products.  I think, in terms of futures options, their capabilities are very strong.  But I don't have -- not one -- no one thing stands out.

Q   You mentioned that you've known ████ it sounds like, for almost 50 years and ████ for quite a long time as well.  Your other contacts, are your relationship with those contact -- did I get the wrong first, last name?

A   I was actually -- I was wondering whether -- you got me on the 50 years.  I was trying to count back 50 years.  Was it truly all the way --

Q   Well, you said 1970s.  So --

Page 95

A   Right.  So -- so it's close.  No, no, you're right.  So it's close to 50 years; right?  I was trying to figure out whether it was -- it's just under, yes.  I get that.  I'm under the bar there.

Q   I gave you an "almost."

A   You did.  Thank you.

And ████████████, I met him only after I came to Western Asset.  So it's only 30-something years.  and ████████ was the '80s.  So that's -- that's over 40.  So those are the three that I have the longest relationships with.

Q   ████████████████, do you have friendships with those people outside of your professional relationship?

A   Did you say ████████?  Yeah.  I'm sorry.  Those three, that's right.

Do I have --

Q   Friendships with them outside of your professional relationships?

A   You know, you work with people that long, you're friends.  I mean, so I would consider myself friends with all three.

Q   Do you have social engagements with them?

A   I don't social engagements ████████ or ████████ because they both reside in Chicago.  I

Page 96

have had -- you know, I don't know whether social or business dinner with both when I'm in Chicago.  I have met socially with both when they come to L.A.

████████ I have a better relationship with.  I've known him a long time.  And he resides in L.A.  So I have had social relationships with him and gone out to dinner with he and his, I guess, now ex-wife.  And so we have had some social relationships with.  That's fair.

Q   Is ████████████████████ invested in any WAMCO funds that you know of?

A   No.  Not that I know of.

Q   It's been about an hour since our last break.  I have a topic transition.  Happy to go for another 35 minutes and break for lunch or happy to take a break now and then have a later lunch, as you prefer.

MR. SACK:  Let me just step out.  You can stay.  I just want to step out with Mr. Leech, and we'll figure it out.  Since as you know, his day starts early.

MS. KEENAN:  Okay.  So, then, I'm going to say we're going off the record.  It's 11:23.

THE VIDEOGRAPHER:  Going off the record.  The time is 11:22 a.m.

Page 97

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: Going on the record. The time is 11:28 a.m.

MS. KEENAN: We're back on the record at 11:29 a.m.

Q   You understand that you remain under oath, Mr. Leech?

A   Yes, I do.

Q   And can you confirm that we had no substantive conversation during the break that we took?

A   I can confirm that.

Q   I'm going to tick through the portfolios that I understand you allocate trades to in the Macro Opps and Core and Core Plus portfolios. And for each one, I'd like you to confirm that you do, in fact, allocate trades to that portfolio --

A   So you're using present tense, and I just want to be clear --

Q   Between 2019 and the fall of 2023, did, in fact, allocate trades to that portfolio.

A   Yes.

Q   Thanks for the correction.

-- that I've got the strategy correctly assigned to the portfolio; and if you could tell me,

Page 98

for each one, who you understand to be the -- let's call it top three investors in the portfolio.

MR. SACK: You mean in a particular account on --

MS. KEENAN: Uh-huh.

MR. SACK: Okay. Well, let's just try it and see how it goes. I'm sure --

THE WITNESS: I'm good on everything. I was a little confused by the top three investors.

BY MS. KEENAN:

Q   Okay. Let's start with Portfolio 1074, the Western Asset Opportunistic Value Portfolio. That's in the Macro Opportunities strategy?

A   No. It is not in the Macro Opportunities strategy. It is -- if I could just provide a little context before we get started.

Q   Yeah.

A   So Western Asset has always had, you know, kind of an institutional DNA. And so we have tried to give all of our clients the opportunity to have whatever type of bond portfolio they want with whatever guidelines and whatever restrictions they want, essentially, any -- and so we have a tremendous variety of accounts.

And over the years, many of those clients

Page 99

that I've had have stuck with me in a wide variety of assignments, and then, other clients have asked if they're big enough to have the CIO as part of their senior leadership team. So I have a lot of varied accounts. And some are, for ease of trading, bucketed together when they may be different.

So 1074 is actually a leveraged fund that's explicitly allowed to use leverage, up to ten times leverage. And it was devised -- it was devised as a strategy by ▓ circa 2000 with the idea that it's a very, very small part of a very, very large portfolio; that it could provide value without the risk being dangerous. Because if it's only -- if it's less than 5 percent of the account, even if it goes up 5 or 10 percent, which is -- you know, can easily happen in a leveraged portfolio, then it wouldn't be detrimental to the overall performance of the fund.

That account -- so it is very highly leveraged. it does use a lot of progressive trading strategies like Macro Opps. But we can leverage -- we can explicitly leverage spread products. So we can buy three times the value of the fund in corporate bonds -- or three times mortgages and corporate bonds. So they have huge spread product.

Page 100

And can't do it international, unlike Macro Opps. So it's very specific.

So it's part of the ▓ portfolio. The ▓ portfolio has migrated as ▓ has said, "Look, we want to be in Core and Core Plus." And one time they said, "We want to actually change our -- you know, our strategy to long corporates." A lot of fixed income firms like to match their assets to our liabilities. So they've migrated to long corporates. I believe that's where they are now. And so it's a -- it's a small piece of the ▓ portfolio.

Q   Okay. So it sounds like the client of the Western Asset Opportunistic Value Portfolio is ▓

A   That's correct, 100 percent.

Q   No other investors but ▓

A   That's correct, that's correct.

Q   Okay. Let's frame this exercise slightly differently. If you allocated a trade to Opps would it be, in part, allocated to 1074?

A   If it weren't specifically excluded, it would.

Q   Okay. So we'll frame it that way.

Portfolio 3313 the Western Asset Macro Opportunities Portfolio Master, if you allocated a trade to Opps, would that be included in the

Page 101

allocation?

A   Yes.  That -- yes.

Q   And who's client of that?

A   It's an LLC for all our institutional clients.  So it varies quite -- as people come in and out.  And I don't have the -- I don't know the top three investors offhand.

Q   If you were making a client presentation, who would it be to?

A   I don't believe I ever made a client presentation on 3313.  I've made client presentations Macro Opp Web Cast, Macro Opps Broad Strategy.  I made some presentations to specific Macro Opp clients but -- and so I've probably made specific presentations to, perhaps, people who are in the 3313 at times.  But I honestly at this moment cannot tell you the top three investors of 3313.

Q   3484, the Western Asset Macro Opportunities fund, if you were allocating a trade to Opps, would that receive part of the allocation?

A   It would.  It's a usage fund.  It's got -- it's subject to the usage guideline rules, and sometimes has to be checked for specificity.

Q   Who is the client of that fund?

A   The European investors.  And I don't know

Page 102

the top three.

Q   3486, FTGF Western Asset Macro Opportunities bond Fund, if you were allocating a trade to Opps, would that receive part of the allocation?

A   Yes.

Q   And --

A   I believe that might be usage as well.  I have to check that.

Q   Okay.  Investors?

A   So you've got 3486 and 3484, and I'm trying to think which one's usage and I -- I don't know.

Q   3612, Kaiser Foundation Hospitals, if you were allocating a trade to Opps, would that receive part of the allocation?

A   Yes.  And you just reminded me.  They were one of the initial investors.  That jogged my memory.

Q   Who is the client contact there?

A   I don't know.  Client -- the way we work kaiser, you would expect we have a Client --

Q   Services?

A   -- Service person who works with them.  And over the years, their client -- people change, and I just don't know.

Q   Have you made presentations to them?

Page 103

A   I have.

Q   Who would that presentation be to?

A   I think they left us a couple of years ago.  So it's been a while.  And I -- I don't remember the lady's name, but the lady who ran their Alternatives group at kaiser was the person I spoke to.

Q   3635, the Kaiser Permanente Group Trust?

A   It's the same, same client.

Q   And if you were allocating a trade to Opps, would that receive part of the allocation?

A   Yes.

Q   3654, AST Academic Strategies Asset Allocation group, if you were allocating a trade to Opps, would that receive part of the allocation?

A   I think so.  Some of these -- some of these numbers in the 3000s are -- we use them for both -- for a bunch of different groups.  I just want to be very careful.  I manage the Core and Core Plus groups.  I don't want to be -- Core and Core Plus groups, insurance groups, long duration groups, you know, match liability groups.  I just really just don't want to get myself in a position where I've misspoken.  Because I don't remember the number or the exact client but --

MR. SACK:  If you're not sure, just say

Page 104

you're not sure.

THE WITNESS:  Okay.  I'm not sure.

BY MS. KEENAN:

Q   3671, the Walt Disney Master Co Retirement plan, if you were allocating a trade to Opps?

A   I believe that's their Macro Opportunities fund.  I do believe, though, they have a Core Plus fund as well, just to be clear about the numbers.

Q   3699, the Western Asset Opportunities alternatives Fund?

A   Clearly, would be in the Macro Opps allocation group, yes.

Q   Client?

A   I don't remember.

Q   3753 J&L Multi Manager Alternative Fund, would that receive an allocation to Opps?

A   It seems -- it seems reasonable.

Q   If you don't know, say you don't know.

A   I'm not 100 percent sure.  The way we organize it, the portfolio manager for all of these -- every group that I manage is the senior strategic leader.  We have, in order -- because the list is so varied over the years and I've taken on so many assignments, we have a person who actually is the portfolio manager, watches the fund daily, organizes

Page 105

it, communicates with the client, often does the client presentations, would be able to answer these questions straightforwardly.

And so I don't -- I'm not trying to be hesitant, but I don't deal directly with every single client of every single portfolio of which I'm the portfolio manager.

Q   4042, Citi Group Pension Plan?

A   Yeah, that's -- straightforwardly, they are part of Macro Opps.  They had a specific -- I think they had a specific strategy in Macro Opps, which Prashant had to look after, but then, that's a Citi Group pension fund.

Q   4126, the SALI Fund Management, LLC?

A   Yeah.  That's definitely part of Macro Opps.  I believe that that had a -- some kind of a -- not quite ASG, but some kind of sustainability specificity to the program.  Prashant would know that.

Q   Do you know who the client is?

A   I'm looking so bad here.  I don't know.  But I know the lady.  I've seen her.  I can see her.  I don't know the client.

Q   4262, K2 Western Liquid Macro Opps Master Fund, if you were allocating a trade to Opps?

Page 106

A   That would definitely go to Macro Opportunities.  I'm not sure who the main investor is.

Q   4543, Western Asset Bond Opportunities, if you were allocating a trade to Opps, would that receive the allocation?

A   Yes.  But I don't know who the investor -- main investor is.

Q   4570, Western Asset Sustainable Macro Opportunities Limited?

A   There you go.  There's the sustainable one.  I don't know the specific client.  Definitely would go to Macro Opportunities, yes.

Q   Okay.  Blue Falcon -- 4619, Blue Falcon Western asset Management GIBI Aggregate, Macro Opportunities?

A   It definitely would go to Macro Opportunities.  and that is the Abu Dhabi fund.

Q   When you allocate a trade to Opps, it does go to a broad group of portfolios; right?

A   It does go to a broad group of portfolios.  I mean, definitely goes to a broad group of portfolios.  It would be, you know, sometimes reviewed, you know, the next day.  But yeah.

MR. SACK:  Would there be some restrictions

Page 107

on what some --

THE WITNESS:  Yes.

MR. SACK:  -- fund could take?

THE WITNESS:  Some restrictions because of the specific guidelines.  You know, you might see in the notes that it was checked for guidelines, for usage restrictions or sustainability.  You know, can't do certain types of trades.  That wouldn't be futures and options.  But yeah.  So it -- those trades are typically distributed across a broad group of accounts, yes.

BY MS. KEENAN:

Q   Are you certain of the group of accounts that you're allocating a trade to when you allocate it to Opps?

A   Yes.  It's the Macro Opps group that we talked about in the morning and looked through in our strategic review, yeah.

Q   But your --

A   Do I look at each -- and I know the -- yeah, I know the group of accounts.  But the persons who are -- the people who are responsible for monitoring the group, making the communications, checking for the restrictions, checking to make sure all strategies are in place correctly are the teams

Page 108

of all the different portfolio groups for which I'm lead.

In the Macro Opportunities case, that would be Prashant Chandran, now a very small group.  And under him would have been the trader -- in that case, Ann Smith -- over the period of time we're talking about.

Q   And you're not confident precisely which portfolios are receiving that allocation?

A   I just really -- I don't know that that's a yes or no question.  I'm resisting the characterization that I don't know which accounts are getting it.  Do I know all the -- do I know all the specifics of every single account under which the entire umbrella allocation is placed?  The answer is I do not know all the specifics.

Q   Turning to the Core and Core Plus funds.  portfolio 671, the Western Asset Corp Portfolio, if you were allocating a trade to Core or SKL1, that would receive the allocation?

A   Yes.  That is our Core mutual fund.

Q   Do you know who the three clients are there?

A   It's a fund that we -- is broadly available to our entire retail base.  So I don't know the

Page 109

changes.

Q   Portfolio 984, the Western Asset Core Plus Bond fund, if you were allocating a trade to Core Plus or to sKL1, would that receive the allocation?

A   It would.  And that's our Core Plus mutual fund available for all retail clients, some institutional, but it would vary over time.

Q   As of last year, do you know who the retail investors were?  I mean, the institutional investors?

A   No.  I mean, the number of investors in that fund is very, very large, no.  So in terms of knowing which the three biggest are, no, I don't.

Q   1221, the Church Pension Core Fund Fixed income, if you were allocating a trade to Core or to sKL1, would that receive the allocation?

A   It would if it were futures.  They had all options.  It's the Episcopal Church pension fund.

Q   1369, the Western Asset U.S. Core Bond, if you were allocating a trade to Core or SKL1, would that receive the allocation?

A   It would.  Again, that's -- that's kind of a sister account to the Core mutual fund.  It's an LLC that many of the institutions use who want to replicate the core fund but don't want to go through the mutual fund, the retail mutual fund.

Page 110

Q   Do you have institutional investors in mind when you think of that fund?

A   No.

Q   1601, Western Asset U.S. Core Plus LLC, if you were allocating a trade to Core Plus or SKL1, would that receive the allocation?

A   It would.  It's a sister account to the 984 core Plus Mutual Fund, same in sales.

Q   1651, ███████████████████████ ████, if you were allocating a trade to the Core Plus or sKL1 allocation groups, would that receive the trade?

A   Predominantly, yes.

Q   What do you mean by "predominantly"?

A   Well, it had different -- like the explanation I had for 1074, it's a Core Plus account. It has different risk targets and expansion of -- its Plus sectors are much different than the others but - - so the answer is -- the answer actually, I should have said -- the answer is yes unless it was explicitly excluded.

Q   1982, Walt Disney Company?

A   That's the -- yes, that's their Core -- that would be Core Plus allocation, yes.

Q   And it would also fall within the SKL1

Page 111

allocation group?

A   Yes.

Q   2236, AST Core Plus Fixed Income.  If you were allocating a trade to Core Plus or SKL1, would that receive the allocation?

A   Yes.  See, now you've helped me.  Because that's why I was hesitant when you said the AST Macro Opps Fund.  I wasn't sure which one was which, which number went to which.

Q   Okay.  Do you have a client in mind when you think of that fund?

A   It's AST.

Q   2797, Western Asset Smash Series Core Plus completion Fund?

A   Yeah, that's -- that's one out of our New York office.  Now, I actually think it's transitioned now to Pasadena.  But yeah, that's a fund that's used for people who want individual accounts, but they want it replicated -- they want their account to be replicated strategically against our -- either our Core or Core Plus account.  And so that's our Smash product.  And that's out of New York.  And I don't know who the individual investors are.

Q   If you were allocating a trade to Core Plus or sKL1, would that portfolio receive the allocation?

Page 112

A   Yes.

Q   3003, Pacific Select Diversified Bond Fund, if you were allocating a trade to Core Plus or to the SKL1 allocation group, would that receive the allocation?

A   Yes.

Q   And do you have a client in mind when you hear that?

A   No.

Q   3607, Hand Composite Core Benefit, if you were allocating a trade to Core Plus or to SKL1, would that receive the allocation?

A   Yes.

Q   Do you have a client in mind?

(Whereupon, the reporter requested clarification.)

THE WITNESS:  Hand Composite, the name of the account.

BY MS. KEENAN:

Q   Maybe it's a good time to remind you to --

A   To speak up.

Q   -- keep your voice up, if you can, Mr. Leech, so that the folks who are on WebEx and, most importantly, the court reporter can hear you.

3665, the PL Managed Bond Fund, if you were

Page 113

allocating a trade to Core Plus or SKL1, would that receive the allocation?

A  It would.  But now I'm trying to remember what PL stands for.  So I don't know for sure.

Q  3729, Prudential Retirement SA-4BJ, if you were allocating a trade to the Core Plus or SKL1 allocation group, would that receive the allocation?

A  Yes, it would.

Q  So I think we can guess from the name, but do you have an investor in mind when you hear that?

A  Prudential.

Q  4054, AT&T Savings Group Investment Trust, if you were allocating a trade to Core Plus or SKL1, would that receive the allocation?

A  It would.

Q  And again --

A  AT&T.

Q  Is the client?

A  Yes.

Q  4453, Smash Series Core Completion Fund, if you were allocating a trade to Core or SKL1 allocation group, would that receive the allocation?

A  It would.  And again, that's the Smash for the core Plus, and we already discussed Smash for the Core.

Page 114

Q  4490, Western Asset, you said Smash Series Core plus Completion Fund.  If you were allocating a trade to core Plus or to SKL1 allocation group, would that receive the allocation?

A  It would.  And that's the Smash program for clients out of here.

Q  For the time period of, roughly, 2019 until late October 2023, were you the named portfolio manager for each of those portfolios?

A  I think that practice at Western Asset is pretty strongly that we have a portfolio team that's named for every portfolio.  But I was one of the named portfolio managers for all those portfolios, yes.  And I don't want to duck the suggestion that I was lead.  because the CIO in a group of named portfolio managers, one would certainly have the high expectation that I was the lead.

Q  Would the client guidelines have a named portfolio manager on them?

A  I don't -- I don't believe so.  I don't -- they may or they may not.  But I believe that many of our contractual agreements, we really do strongly rely on the team-based approach.

Q  How do you monitor the performance of those portfolios?

Page 115

A  We get --

MR. SACK:  You mean the Core and the Macro Opps or just the Core?

BY MS. KEENAN:

Q  I mean all of the portfolios we just discussed.

A  Okay.  Well, we -- well, there are a wide variety of ways.  Every day I get a performance report of all the portfolios that are under my aegis across all the different groups, including the groups you were talking about today.

Q  Who prepares that performance report?

A  Well, there you go.  I don't know.  I mean, we -- it's available to everybody in the desk.  We have an open culture.

Q  Is it in the electronic --

A  It's electronic, yes.  It's electronically delivered.

Q  Is it delivered by email, or is it available on some sort of WAMCO Internet, and you click on it?

A  I have it delivered every day by email. usually one of the -- one of my assistants delivers it to me on the portfolio system.  So it might be the case that it's something you have to download.  It

Page 116

could be.  But I've been fortunate.  So they send it to me.  I get it every day.  I look at it.

And what it has is all the portfolios, and it has one-day performance, month-to-day performance, year-to-day performance.  I'm not sure whether it had since inception.  Then it will have the duration, convexity, kind of overall diagnostics and size of the fund.  And that -- that's a first cut.

A  Clearly, we have meetings on every product and group at the firm.  So every product group at the firm has a meeting run by the Risk Management Department.  it's a broad-based meeting.  So performance is usually discussed there.  The -- whenever you have to give a client presentation, which is often, you're always looking at the performance and the attribution.

Whenever you talk to a Client Service person about a presentation they may give, even if you're not going to give it with them, if they have a question because they have to talk their client about the performance -- where is the performance coming from, is it the yield curve, corporate bond, et cetera -- they usually come back and maybe ask you for that if it's not matching their intuition.

We have a Risk Management group once a

Page 117

month. I guess that's a committee I forgot to tell you about. That's a monthly committee, Risk Management. The Risk management Department runs a meeting with all the senior investment leaders, Client Service leaders and Risk management leaders where every portfolio is open to be discussed.

And one of the elements of that is they talk about portfolio -- how a portfolio group of performance is doing relative to our -- to the benchmarks, if they're running its benchmarks, outright if they're running -- if they're unconstrained, how we're doing versus competitors. And then they run a diagnostic where they look at all the portfolios in the group to make sure that the dispersion of performance in the entire portfolio group is within limits. And then they discuss what remediation would have to be done if they were outside of those limits.

Q   The electronic report that you receive with the metrics for each of these portfolios, for the funds without a benchmark, what's it measured against?

A   It's measured on just the change in the -- the percentage change.

Q   On a day, week, month, year and,

Page 118

potentially, since inception basis?

A   I'm trying to think if it was. Daily, monthly, year to date, for sure. Those are the three that I know. I should amend my -- daily, monthly, year to date are all on -- are all on the sheet.

Q   When you're traveling or when you were home for covid, did you receive that report every day?

A   I don't know that I received it every day. I certainly could have. Whenever I needed to look at it, I could -- I could get it from someone. But I -- but I don't know if I got it every day.

Q   Do any of the portfolios that you manage charge a performance fee?

A   I think the answer to that question is no. I'm pretty -- I think 100 percent no. But I think I might -- think there might have been one. There might have been one. And I think it might have been the Walt Disney Macro Opps account. And that was at their insistence.

Q   Okay.

We're at sort of a natural breaking point, Mr. Sack.

MR. SACK:  Good.

MS. KEENAN:  And it's noon. We're at seven to.

Page 119

MR. SACK:  Yeah, great.

MS. KEENAN:  Can we go off the record, please.

THE VIDEOGRAPHER:  Going off the record. The time is 11:53 a.m.

(Whereupon, a luncheon recess was taken.)

Page 120

AFTERNOON SESSION

THE VIDEOGRAPHER:  Going on the record. The time is 12:51 p.m.

MS. KEENAN:  We're on the record at -- I have 12:53 p.m.

BY MS. KEENAN:

Q   Mr. Leech, I'll remind you you're still under oath. Do you understand that?

A   Yes, I do.

Q   And can you confirm that we had no substantive discussion during the break?

A   I can confirm that.

Q   Before we took the break, we were talking about -- not immediately before but before the break, we were talking about the portfolio metrics that you receive electronically or from your assistant at the end of the day. Are there reports that you review about your portfolios' performance throughout the day? How do you keep track of portfolio performance during the day?

MR. SACK:  Did you say, "Receive at the end of the day," Lindsey?

MS. KEENAN:  Yes.

MR. SACK:  I thought he said early the next day, but I think you want to clarify that.

Page 121

BY MS. KEENAN:

Q   So you receive this report with metrics in the morning?

A   Beginning of every day, we get the portfolio diagnostic. To be fair, we also have access to every portfolio at the beginning of the day. So you can actually -- depending on what you're doing, you can actually call up and say, "I want to see the portfolios," and one of the things that we have is what we call a one-pager, which has got an incredible amount of data on it. But you can say, "I want to see Account 3313," which is our policy for Macro Opps, and it will come up and have percentages, populated, duration reports, convexity. The idea is that everything you could possibly think of on one page.

And then, we also have the ability to get a report every morning on any portfolio. If you just want to get the total portfolio, you want to get the full catalogue of every portfolio holding in the deck -- it would be helpful maybe if you're trying to raise cash and trying to plan an issue.

So the amount of diagnostics available on any portfolio, group of portfolios is broad. The report that I'm saying is we just devised for me,

Page 122

which is all the accounts across all the different areas of responsibility, which is, you know, all the global accounts, all the insurance accounts I'm on, long duration accounts, liability matched accounts, performance short accounts, Macro Opp accounts, Core accounts. They're all -- they're all listed. And then they've got the diagnostics. But that comes in the morning.

Q   And after you get the diagnostics in the morning, are you monitoring during the day the performance of the portfolios that you manage?

A   No, we don't -- we don't monitor the -- the portfolios. The only thing we do do is in the Macro Opps area, because we have this very volatile component, what we would call negative convexity, we do monitor the change in the duration of the portfolio with respect to market moves during the day. It's not something that, you know, we have on some screen or something, but if the market moves, then either Prashant or myself or even Rajiv will say, you know, "I think I want to just update you on where we stand at the moment." We do have those reports.

And then, Macro Opps, because of its extraordinary volatility, we also report -- we also

Page 123

do have a separate end-of-day report.

Q   And what does that end-of-day report tell you?

A   The end-of-the-day report just shows you what the duration of the portfolio is and the performance of the portfolio for the day.

Q   And because Macro Opps is the unconstrained strategy, is that performance metric change in NAV, like you said before?

A   Yeah, change in the metric, right.

Q   Okay. One of the other things that you said was available on those reports was a dispersion metric?

A   The dispersion metric, I'm not trying to -- I think where I used the dispersion metric in context was we have a monthly meeting that's run by our Risk management team called the MCRC. And they -- this is run by our Risk Management Department, and the Client Service has the Investment Department heads. And so what they do is they run each product group and the performance of the product group outright versus competitors, and then they run a dispersion analysis. So they say, "Well, in Macro Opps you've got these accounts that are all over the place. They're not -- they're not in line."

Page 124

And then -- and then, we have these warning levels, which we use that are yellow, orange, red. So if it's a yellow warning, you know, each -- while there's metrics they map, they have different levels of warnings for different things. "That's a red warning. You need to get back in." And so that dispersion report is run across the whole firm.

We also have a monthly Macro Opps meeting where we -- which is the Macro Opps team, where we go through the dispersion of returns and positioning. And the Core and Core portfolios has a risk -- a once-a-month meeting with the risk manager, and we go through the dispersion and make sure that the accounts are in line.

Or if they're not in line, which they often aren't because of the breadth of different -- you know, core is different than Core Plus and this account has more of this and more of that, that whatever the dispersion is, it's explainable due to market factors, guidelines or idiosyncratic elements of the portfolio.

Q   So if there's an issue with dispersion in the Core and Core Plus portfolios, who is that discussed amongst?

A   The Core and Core portfolio team; the

Page 125

trading -- the portfolio assistants, who are the people monitor the portfolio every day; and the Risk Management team, who follow the portfolios. It would be available to all those people.

Q   And if there's an issue with dispersion in the Macro Opps portfolios, who is that discussed amongst?

A   Again, the portfolio is available for everybody, but the people who would be monitoring it would be our -- our quantitative analysts, Rajiv, Prashant. We had a trader full-time, not now, would be able to see it. Myself. The Risk Management department -- Risk Management focus group. Every product has a Risk Management assigned, either officer or team, depending on how big it is. But they would have it.

And then, as I just said, it would be -- it would be broadly available at the bigger meetings firm-wide if it were, as stated -- if it stayed, you know, in the state of being --

Q   Dispersed.

A   -- dispersed. Thank you.

Q   Does Compliance become involved in dispersion issues, or is that just on the investment side?

Page 126

MR. SACK: Well, he said Risk Management as well. He said Investment and Risk Management.

BY MS. KEENAN:

Q   It sounded like there was a Risk Management person assigned to the Investment team.

A   So the Risk Management Department is outside the investment Department.

Q   Okay.

A   The Risk Management Department -- the firm prides itself on that. They do the risk metrics. The clients can know that's independent of the Investment managed department. It reports to the executive side.

Inside, this is -- and I started this earlier today. Maybe it wasn't clear. Inside the Investment department, we have a group led by Rajiv Sachdeva. And he's got some quantitative analysts who work for him who really internally --

Q   I see.

A   -- consulting -- you know, if the Core person had a portfolio, if Mike Buchanan said "Yeah, I don't understand how this portfolio is wreaking havoc" or "I don't understand why oil prices are going up and these portfolios do well and these don't. That seems unlikely," they can quickly dive

Page 127

into that. They work for -- they work for the Investment Department. They're market savvy, not just mathematically.

So that group -- so when I said the Risk management Department, I meant that each product in the investment Department, the Risk Management Department has one, at least one, person assigned to monitor that product.

Q   I see.

A   And they have all the information, reports. and once a month, the Risk Management Department at our firm holds their meeting firm-wide to say "Here's what we're seeing. And we want everyone to understand what we're seeing."

And it's a huge book, 140 pages. And they talk about all sorts of things -- liquidity and marketability and concentration in corporate or things being -- but they'll also show for each product group how did you perform and how did you perform versus your major competitors. Now, that -- Macro Opps is kind of a unicorn. So we don't have a competitive analysis. But for Core and Core Plus, all the usual suspects that we would look at.

And then they'll look at the Core and Core Plus group and say, "Okay. It looks like -- what's

Page 128

your flagship program?" Okay. We use the mutual funds, 6784. Well, are the other accounts in line? Are they showing the same metrics, situations and convexities, same -- same performance characteristics. And if they're not, how far off are they, or how bad is the dispersion.

And each -- and I can't remember what the metric is. Because we have metrics for dispersion and concentration. But they have -- and what you see in the report that catches your attention is if it's yellow. That's like a minor. You need to get back on. Orange, not good. You know, now you need to show cause. Red, you need right -- you need to get down right now. You've got a problem. Unless you can explain it. Unless you can say, "Now, that was a sustainability account. They wouldn't let us buy this one. And that one went way up. So they're behind. We can explain it." If that was explainable and straightforward, it's not -- nothing untoward.

So, then, you have the ability to explain, based on differential either guidelines or market circumstances, why something might be legitimately dispersed and not a lack of attention or cash flow got through the cracks or something like that.

Q   So between 2019 and late fall 2023, were

Page 129

there times and how many times were portfolios that you manage in a red flag position as far as dispersion is concerned?

A   So I'm not going to remember the exact --

Q   I'd just like to understand if -- is it like monthly, or is a red flag a rare occurrence?

A   A red flag is a rare occurrence.  Because you do have to show an instantaneous course of action.

Q   Okay.

A   I think we were in red across the firm not for dispersion -- probably didn't have a lot of dispersion.  but probably for breaking our volatility guidelines badly during COVID.  Because when COVID hit, if you don't recall, GDP went to zero.  And that usually -- you know, from 5 percent value actually to zero.  And so corporate bonds, high yield bonds, equity market.  So if you have a risk budget where you're supposed to be 10 percent volatility, prices go up 40 points, you're way out of bounds; right? It's huge volatility.

In the equity space, the way to think about it is if you had said, "I'm going to have a fully invested equity portfolio with a risk measure of 15."  Because let's say that was the risk.  And it went to

Page 130

40.  Your risk went up two and a half times.  So if you were measuring to a risk measure, which a lot of bond people do, you're out of bounds.  And in fact, in UCITS, the European, they actually have hard rules on that.

And so -- but they have the ability to petition for -- they have a name for it, like an emergency exemption.  And most regulatory bodies around the country understood that the emergency exemption for the enormity of what was happening during COVID was reasonable.  And I think almost everyone was responsive to that.

And so most of our clients were also responsive.  This was a -- so we communicated with them and said, "Look, we're out of bounds temporarily for these reasons.  We have an expectation that we could get back."  You need to show that you're not going to increase risk, that this risk was not something that you're voluntarily taking on.  So that you can't increase your risk.  Any trading you have to do has to be a decrease in risk.  But you're allowed time.  At the time most people were pretty understanding about the enormity of that.

So I would say during COVID it was -- it was very much a problem, but I think it was an

Page 131

understandable problem.

Q   Okay.  And it sounds like that was a broad red flag situation.  I just want to understand the dispersion metric.  Are there months where portfolios that you manage in the Core and Core Plus or Macro Opps strategy have been in the red flag dispersion category?

A   So I don't know about red.  I know yellows and oranges, that's what they -- they bring to your attention so that you don't go to red; right?  You see, well, these two accounts are -- you might have sister accounts, accounts that, you know, one client gives you an account and says, "You know, well, I want this account.  I'll give you this other account, but it's got to be a separate account," for whatever reason.  And since it's the same client, you really are in a bad spot if you don't have the same performance.  So you would get -- that would be brought to your attention, and you would have to organize your way out.

So I would say, then, that group of accounts, we did have some -- look, we had some dispersion -- I'm sorry.  I use the word a lot.  But we had dispersion during this period of time. Because the volatility in

Page 132

'22 and '23 was the biggest bear market of all time in bond, our history.

And the correlations, as we all remember reading our 60/40 newspapers; right?  Usually your government bonds and your high yield bonds are not correlated; right?  That's the beauty of the 60/40 portfolio.  You have 60 percent equities, 40 percent bonds.  When your equities do well, bonds don't and vice versa.  And then, of course, that was completely -- they all did poorly together.

And so based on your guidelines, you were having a lot of dispersion.  Clients that had more -- you know, more high yield were doing, you know, considerably worse than the ones that didn't.  And so you really had to -- you had to drill down.

We also had a lot of client outflows. Because not only were people getting out of the bond market because the bond market was doing so poorly, but we had a particularly ill-advised strategy of believing that the inflation -- the enormity of the inflation peak, which was high, would eventually turn and come back down.  And in our business, sometimes, you know, being early and being wrong is a distinction without a difference.  And so we did have a lot of clients who left because our performance was

Page 133

actually south of the benchmark more than others.

And that causes enormous strain on dispersion. because your clients are taking money out of their portfolios, and you have to liquidate certain securities, and this is -- and you can't just sell corporate bonds and high yield bonds and mortgages and commercial real estate securities in a pro rata basis, you know, like picking up the phone. It's got to be done over time. So we had a lot -- and Macro Opps has -- had a lot of that -- a lot of those challenges as well. And that's a high volatility program. So that dispersion can be meaningful.

So we were -- we were -- we followed it, and we were very attentive. And we talked about it at our monthly meetings. We talked about it with the -- with the folks. There was no lack of clarity that there was dispersion, and there was always a firm-wide open culture about how to -- how to try and mitigate it.

Q   And there are no portfolios that you can think of, in particular, that had a red flag dispersion situation?

A   I can't think of a specific example at this time. But I'm trying -- not trying to duck the idea

Page 134

that we had red flags. I'm not trying to suggest that we didn't.

Q   You mentioned that one of the metrics you're attuned to during the day is duration and that Mr. Sachdeva would say, "We need to talk about duration," something like that. Is that an everyday thing that you're having that conversation? Is it multiple times per day? Or is it only if there's significant volatility that you're having that conversation?

A   It would be always at least once a day on -- and certainly in the Macro Opps. Because the volatility component of that strategy in the U.S. Is a negatively -- is a very high negative convexity position. So which means that the duration changes very, very quickly relative to market moves and always adversely.

So it was always reviewed in the morning. It was always reported at night. And if there were a big move in the day, yes, my expectation would be that I would speak with, or get a report from, Rajiv during the day.

BY MS. LASKY:

Q   When you said that you'd get a report from him, in what form would that come? Would it be a

Page 135

phone call? an email?

A   Well, if I were on the desk, he would just usually walk over. He produces -- he produces a report that shows all the different positions, how they've changed in duration relative to the market moves, what the convexity of the portfolios and what his change is.

And then we run a diagnostic that shows what the portfolio duration will be if the market moves by 5, 10, 15, 20. So you can see, okay, here's where we are now. And you get a quick kind of a rule of thumb. because not every instrument moves by 25 base points at the same time. But the idea is, a quick rule of thumb, if the market moves another 25 base points, this is what your duration will be.

And he would produce that report every morning, and we'd look at it. And then -- but -- and if the market moved a lot, he would come over and give us those reports while I was on the desk, or maybe he would just give it to Prashant if I weren't around or traveling or whatever. Or he might actually come up and ask Nichole if I was there and just walk in and hand it to me at my desk.

Q   Okay. So when you say he'd give you the report --

Page 136

A   I meant physical piece of paper, yeah.

Q   Physical piece of paper?

A   Yeah.

BY MS. KEENAN:

Q   You mentioned outflows. And you mentioned performing below the benchmark for the funds that have benchmarks. So in 2021 were the Core and Core Plus funds performing below the benchmark?

A   Mildly. That was the first year that we had -- yeah. We'd gotten through COVID. We were way behind the benchmark but eventually caught up in 2021. I think some of our conservative accounts eked out small gains. But I think that we were down. But in '22 we were down, you know, very hard.

Q   So in 2022 the Core and Core Plus funds were below the benchmark?

A   Core Plus funds and Core, I think, were also down in '21. But they were down very badly in '22. as -- yes.

Q   What about '23?

A   '23, they were down through September, which I know is part of the time period we're discussing. But the last three months of the year were tremendous -- actually, the biggest rally in bond market history. And so our funds, actually, the

Page 137

last quarter of the year, got back to benchmark or above.

Q   And the Macro Opps strategies no benchmark, was performance down for the Macro Opps strategies in 2021?

A   Yeah.  Macro Opps was -- I'm trying to remember.  Again, '21 wasn't that bad a year for us. again, we had some up, some down.  But 2022 was really just -- just awful.

Q   And what is that measured against?  Past performance?

A   Zero.

Q   Zero.  2023?

A   '23, we were down some big number.  '23, we were down -- again, we were down many percentage points by the end of September.  But the fourth quarter, like I just discussed, brought that portfolio group back up.

Q   In early 2022, did the Macro Opps portfolios have exposure to Russia?

A   Yes.

Q   Who was involved in managing that position?

A   See, this is where I get to point the finger at somebody else.  I mean, I was the senior portfolio manager, and obviously I okayed the

Page 138

position.  So I can't.  We had Russia across a wide variety of our portfolio groups -- global portfolios, you know, our Core plus portfolios had Russia, government bonds.

And we did a -- I don't know.  I'm going to get myself into trouble.  I'm not trying to filibuster, but we had -- there was a risk analysis, take off 15 points. in the first week of the war, they went down 15 points. and we thought, well, we did a terrific job.  Because we knew unlikely they'd invade.  But if they did, it would give out 15 points.

And then, of course, over the weekend, Zelensky made his famous "Don't gave me a ride.  Give me ammunition."  And the world sanctioned their central bank and cut off their ability to pay, and you had a government bond that went from 85 to zero over the weekend.  And you had a client who would pay you -- would pay you but was not allowed to pay you. So that was really kind of a horrific position for us.

You know, our process as a firm is -- it's a team-based program.  But I'm -- you know, I'm the leader, and so I own the final responsibility.  But it was based on, you know, our research, our client

Page 139

calls of what the sanctions were going to be, what the risk cases were going to be.  Like I said, our global team had it.  So Macro Opps is, again, tied to our global program.  So -- so it was -- it was broad-based is all I could tell you.

Q   After that position went to zero and sanctions were imposed, were you stuck holding it?

A   Yes.  And that was even worse.  Because you know, we had like state funds.  I mean, really -- really, people -- clients for a long time, and they would call and say, "Hey, we have to be out of Russia.  I can't go to my board and tell them we own Russian bonds.  Just get rid of them."

And you couldn't even -- you had to tell them you couldn't get rid it.  It's zero.  You couldn't even sell it at zero.  It wasn't legal to sell the bond at zero.

Q   What clients did you hear from on that issue?

A   I think an easier question would be which clients did we not hear from on that issue.  We heard from almost all of our clients on that issue.  And we had an outreach program as well, that we wanted to make sure that we -- you know, be a very forthcoming firm.  "Here's what we have.  Here's what we did.

Page 140

Here's the problem."

Whenever we have a broad-based client performance or issue, we usually have a very strong client service outreach with calls and Macro Opps. We not only had the client calls, but we also had specific risk management and risk mitigation calls that Prashant, Rajiv -- I did some.  But Rajiv really knew the math.  Sometimes with our Risk Management. Because people wanted to know how -- if there was a path to recovery or how.

We had some interest rate swaps in Russia because they were cheaper than the bonds.  And they were very complicated, and they became -- they weren't zeroed out right away because it wasn't obvious.  Because you look at Russia and could -- could have sold them.  So they weren't zero, but you couldn't -- so there was some possibility that, you know, Russia could sell them to, you know, somebody in -- you know, all the kind of bad actors.  So Russians could sell them to Iranians.  Iranians could sell them to somebody -- Great Britain.  So they weren't zero.

So we had a lot of those types of calls. They were -- on the Macro Opps side, it was Rajiv and Prashant who had the unfortunate challenge of facing

Page 141

our clients and explaining the math to those positions.

Q   I'm showing you an email now.  It's marked as exhibit 6.

For the court reporter, this is WAMCO_SEC_12531.

(SEC Exhibit No. 6 was marked for identification.)

BY MS. KEENAN:

Q   I wanted to give you a chance to read it.

A   Yeah, I know.  I read it.

Q   You mentioned Joe Filicetti earlier. Remind me of his title, although WAMCO is not big on titles.

A   He was the lead Marketing and Client Service executive on the Macro Opportunities team.

Q   Okay.  And Mr. Zelouf, Mike Zelouf, what was his role?

A   Mike Zelouf is the head of our London office.  So he -- he runs the office, but he also has some marketing and Client Service responsibilities as the head of the office.  He's a terrific ambassador for the firm, talks to clients, makes presentations, et cetera.

(Whereupon, the reporter requested

Page 142

clarification.)

BY MS. KEENAN:

Q   Are you a Lewis Carroll reader?

A   Yeah.  A little bit, yes.

Q   The first thing you say here "As my erstwhile supporters at a time when I have few" -- what was happening in April of 2023 to make you feel like you had few supporters?

A   I think, when you look at the assets under management and the Macro Opportunities, it's in each program.  And obviously, we had terrific outflows in '22. and so the program was under duress, shrinking. February was a very difficult month for Macro Opps.

Q   February of '23?

A   Of '23.

Q   Okay.

A   And yeah, that's why I probably -- you know, people were enthusiastic about Macro Opportunities, and it was growing but not when it was shrinking.  And so I'm sure that's what I meant by "erstwhile supporters."

Q   Who were the primary outflows in your mind in the 2022 time period for the Macro Opp portfolios?

A   We lost a few clients.  We had huge outflows in our usage program.  We lost the Abu Dhabi

Page 143

account.  You know, the program was -- you know, it's a high volatility program.  People self-select that could take it off a lot of risk.  But it's not a traditional fixed income program.  Because fixed income traditionally is for people who want very low risk.

Where we'd had success, surprisingly, actually, was the investors outside of fixed income, like alternative investment kind of programs that said, you know, 10 percent, 20 percent, those are big numbers if you're -- they're not big numbers for people in the hedge fund world.  We had had investors that we've really never had before come to us.

I guess the good news about hot money is that when it comes in, it comes in -- can come in fast.  And that program grew for us.  The bad news is it goes out just as fast.  So we were -- money was coming out the door pretty fast in '22, broadly.

Q   You identify Mr. Filicetti and Mr. Zelouf as erstwhile supporters.  Are there people at this time, April of 2023, who you felt were particularly unsupportive of you?

A   No.  I was just -- you know, they both were supporting the program, facing clients.  And so I just -- it's a comment, you know.  You know, at least

Page 144

we're -- at least we've got our head above water for the moment.

Q   I see.

This is another email.  It's marked as exhibit 7.

For the court reporter, it's WAMCO_SEC_7663.

(SEC Exhibit No. 7 was marked for identification.)

MR. SACK:  Thank you.

BY MS. KEENAN:

Q   Take your time, and let me know when you're finished reading it.

A   I've read it, yeah.

Q   Okay.  So the top line of the email is a response from you to Mr. Hirschmann and Kyle Colburn, among other people.  And the date is April 3rd of 2023.  So it's right around the same time period.

I want to direct your attention to the first email in the thread, which is March 30th, 2023, at    11:15 a.m.  What is Mr. Colburn's job?  He's the author of that first email.

A   He was the Client Service executive assigned to the pacific Management account.

Q   And who are Howard and Carlton?

Page 145

A   They are the two senior clients at the Pacific life account.

Q   In the Pacific Life account.  I just want to understand.  Which portfolio was Pacific Life?

A   It's a Core Plus account.

Q   It's a Core Plus account.

When Mr. Colburn refers to a draw-down, do you know what that means?

A   It means performance under-shooting the benchmark.

Q   When he says you're scheduled to present to the board in June, is that the Pacific Life board?

A   Yes.

Q   What was the purpose of that presentation?

A   I think the present -- well, I know.  I may not know exact at that time, but I did it and have gone through it.  It was really a -- as he's describing, a sing-for-your-supper kind of -- you know, why are you doing poorly?  What are you going to do to remedy it?  and you know, it's going to be a severe warning that we were in jeopardy of losing the account unless we could show a path to better performance, which is --

In our industry, the different clients have different responses to performance.  But kind of

Page 146

the -- I don't know if it's a joke or the rule of thumb in our business is the first year you're offside, you get disappointment; the second year, you get a warning; and you third year, you get terminated.

And so I think that's where we were here.  We were in the third year of challenging performance.

Q   Did you give this presentation alone, or did someone else give the presentation with you?

A   Well, we always have a Client Service officer when we give the presentation.  But in this case, we also had two investment professionals.  So it was myself, John bellows, and Mr. Colburn.

Q   Exhibit 8 is the same email thread.  For the court reporter, it's WAMCO_SEC_7495.

(SEC Exhibit No. 8 was marked for identification.)

BY MS. KEENAN:

Q   Take your time.

A   Yeah, I read it.

Q   So Mr. Colburn wrote this email.  It just seems like you saw them in your inbox out of turn.  But this email, though, is, I think, dated before you responded to the prior thread.  You didn't respond

Page 147

directly to this one.  And I just want to understand some of the things that Mr. Colburn is talking about, your understanding of what they were.

So when Mr. Colburn writes "two consecutive 90th percentile years," what does that mean?  It's the second paragraph.  The first paragraph is just one line.  and then, the second paragraph, first hyphen bullet.

A   90th percentile would be, you know, 10 percent off the bottom.

Q   As measured by what?

A   Measured by a 1 would be good and -- best be  in the top percentage would be good.  Being in the    99th percentile would be bad.

Q   I understand how -- how test scores work, typically.  I'm just trying to understand who are the members of this --

A   Well, actually, I -- I'm sorry.  I wasn't trying to be flippant.  Some diagnostics go the other way, where 90 is a good number.  In this case, it's a bad number.

Q   I get the concept of first place, 100th place out of 100, but I just don't understand what is this percentile metric?

MR. SACK:  What's the group being compared?

Page 148

compared to what?

BY MS. KEENAN:

Q   Is there like a public ranking, like U.S. News and World Report?  That's what I don't understand.

A   Yeah.  There are a lot of metrics.  Usually a lot of consultants have metrics for all the Core and Core plus.  Evest has a metric.  All the consultants have a metric.  I don't know which --  which of the many reports he pulled from.  I think, if you looked at every firm, the reason your Core and Core Plus is your flagship product is because it's visible and it's an    apples-to-apples kind of comparison that, unfortunately, every firm can see, and you can see how you're doing.

So I don't -- I don't believe that they would be massively different, whichever one he pulled.  but I can't tell you which one he pulled because he didn't source it here.

Q   I see.  Okay.  If you look at the third paragraph, it starts with "We obviously."  About six lines down, there's a line that starts with "Definitely."  it says "Definitely need to re-emphasize the output from our task force/lessons learned."

Page 149

What is the task force that he is referring to?

A   Well, the task force that we put in place in late '22 was a task force to try and look at what went wrong with our investment program. And what we've done, really -- what's painful for me is how much money we lost on back foot on performance. Because we were awful.

The reason we've been in business for 50 years, I think, is because, one, we've been right more than we've have been wrong. But also, you have to be very introspective. Markets change. Conditions change. And when things go badly, you need to do what -- our CEO has this phrase. He's a football nut. So all of our phrases are football phrases: Run the game tapes. Look at what did you do right? What did you do wrong? What could you do better?

You know, and we've done it many times. After the emerging market crisis, after the Nasdaq crash, after the global financial crisis. And so the biggest -- we had three challenges aside from just being wrong on the market. Three challenges. One was the volatility of the market was the highest it had ever been since the 1970s. it was -- it was many

Page 150

standard deviations north of where it should be.

So as the volatility continued to explode on the north side, even if you knew it was getting higher, you would know, then, to take a smaller position. But unless you had anticipated that it would even double again, you wouldn't have known that even that was -- that was the right size for this new level but not for this level. And it wasn't till the fourth quarter of '22 that that volatility started to ebb. And so that was -- so that was a challenge for us. So wrong on the market, wrong on volatility.

But the other one that that really was very tough for us is that our firm really had been successful at a concept which is broadly called risk parity. That's too august an impression. Because we're just in fixed income. So we don't do risk parity across all these asset classes. Complicated.

But the idea is simple. It's the same idea that depends on 60/40 portfolio. 60/40 portfolio that most people have, most institutions have, that equity fixed mix, is based on idea that these two asset classes will have low correlations. In fact, often they have negative correlations. One goes up; one goes down. It's terrific.

So you can build a portfolio where you can,

Page 151

let's say, take extra duration, extra treasury bonds. That's our, in our world, the 40. And extra corporate bonds, high yield bonds, in this case, the 60. And if we hit a recession, this is in trouble, but this is good. and if you get, you know, a boom, then this goes up, and this goes down. And we really did go to town with that concept. That was a concept that we used. Because it allowed us to be aggressive in both buckets. We had to be careful about adjusting the buckets and hedging the risk.

But '22 was a disaster. Both buckets went down hard together. 60/40 portfolios, that's all the articles you saw. Bonds went down just as fast as stocks. Our portfolios, therefore, went down. So when you looked at our portfolios from a risk metric -- the risk metric we use for our Core and Core Plus is something we call --

(Whereupon, the reporter requested clarification.)

THE WITNESS: Tracking error. I'm sorry.

And tracking error is the percentage of difference for a one standard deviation difference between your portfolio's performance and your benchmark. So, for example, at 984, if I said -- which is our most aggressive program -- we'll allow

Page 152

you to have a 3 percent tracking, or 300 basis points. Then if things go wrong and we get off 300 basis points, that's a one standard deviation move against us. You'll be as displeased as you choose. But that's not going to be out of bounds. because we would give you the report before the fact. We have to give you an ex ante tracking error report. Our risk Management team makes that available. And we have to be within bounds on 300.

And we were. But our performance was way south of that. Well, how could that be; right? And the answer is because the tracking error metric is based on the historical performance of all the securities. So it takes not only the volatilities of securities but the historical correlations, which, between equities and fixed, turned out to be much different that year.

So one of the things that we did, we'd say, "Look, what could we have done differently?" When you look at what you could do differently, you want to do things differently that are going to help you without changing your kind of core DNA. You don't want to say, "Well, we've changed our investment process and changed the way we're" --

So we looked at it, and what we did is we

Page 153

came up with a task force.  Let's look at that.
Let's look at things that we can change that won't be disruptive to our core investment philosophy but that will be helpful in managing risk and keeping risk down in the future.

And the biggest change we made was in that 60/40, having a separate calculation of both -- if, in fact, the correlation were to break down again and go to 1, we would have a special risk metric that we would provide for our clients that would keep us from moving out of bounds on that metric as well.  We added that as a risk barrier or rail, if you will, to give our clients confidence that our risk wouldn't be difficult if that were to happen again.

The task force that we put in place was made up of our senior client executives, our senior core leaders, and our risk team to try and come up with the measures and the recommendations that we would have going forward.

Q   Did the task force have a name?

A   It may have.  I don't know.  It may.  I don't remember what the name was.

Q   Besides yourself, who were the senior core leaders in the task force?

MR. SACK:  Were you in the task force?

Page 154

THE WITNESS:  Actually, I wasn't in the task force.  Mark Lindbloom and John Bellows were our two leaders for Core.

BY MS. KEENAN:

Q   How were the findings of the task force messaged out?  I thought you were in it.  Apologies. because it seems like Mr. Colburn expected you to be familiar with it but --

A   Well, definitely -- I definitely was familiar with it.  You know, the findings were given to everyone.  They had to be accepted by the senior leadership of the investment Department.  I was completely cognizant of what was happening and eventually the output, but I wasn't actually at the day-to-day meetings.

Q   Okay.  Who were the senior core leaders on the task force?

A   Mark Lindbloom and John Bellows.

Q   Okay.  The last line of the big middle paragraph on this email says "If the board forces a move, they," being Howard and Carlton, I think, "lose credibility with the board."

What's your understanding of what that meant?

A   You know -- well, clearly, I think the

Page 155

message that he's getting from Howard and -- is "Look, you need to -- you need not just to prove to us that you're going to get back on track, but you need to prove -- you know, you need to get the confidence of our board of directors, our fund board, that you're still -- you're still a viable candidate."

My own personal sense was that this was -- this was -- this was somewhat kind of a -- you know, kind of a little bit of smoke; right?  The clients -- you say, like, "I don't really -- I'm really on fire.  I think you're terrific.  Unfortunately, my boss -- you know, what can I do?"

So I think, you know, we're doing badly. We're on thin ice.  He's saying, "Look, even if my two buddies at Pacific would go to bat for you," they're saying they have -- the board also has -- you know, so they're putting the onus on the board even though they have an awful lot of input with the board.

The message -- the key message here is that we're in big trouble, and we need to convince them that we're going to get our program turned around.

Q   Turning back to trading practices, you describe that you start trading between the 4:50s and

Page 156

the 5:00 a.m.s?

A   Yes.

Q   How many -- and you're trading by voice, by phone --

A   Yes.

Q   -- primarily?

A   Primarily.

Q   How many trades would you say you do on a typical day?

A   Well, we get back to your question of what's a typical day.

Q   You're not on a 18-hour flight, and you're not on vacation with your family.  You're in Pasadena.

A   Right.  But here I think what defines a typical day is actually the market move itself as opposed to my being at my desk or not.  So it wouldn't be the case that just because I'm at my desk it would be an average day, would it be an average account.

A lot of your trades are dictated by market movements, market opportunities, what your team is thinking about changing.  In the Macro Opportunities group, you have a lot of negative convexity.  Our theme was that the enormity of the dislocation of the

Page 157

fixed income markets would be eventually subject to reversion and mean kind of thinking. And therefore, the opportunity set was in taking advantage of some of the volatile situations by -- by trading against them. And so trading was very -- very heavy during that period of time.

A lot of our trades have multiple legs and multiple -- you know, multiple execution. So, for example, if you were going to buy -- if you were going to sell options -- we do a lot of option selling. Our view was that the volatility, which was historically high, would subside.

Options are as liquid as futures. And so when you're selling -- when you're selling securities, a little less liquid is often ill-advised to try and -- you know, hit the bid. You know, if you sell something that's illiquid and you just try and sell it at the market, if nobody is there, the price can plummet.

So what usually is a reasonable strategy for selling illiquid security is to put in orders. So let's say, for options, our typical practice would be to say -- let's say I'm going to sell 5,000 options. You might put in an order sell 1,000 at '20, '21, '22, '23 and hope that the market would go

Page 158

up. Each individual size wouldn't be scary to the market, and you could -- you know, if the market would hold or go up, you would eventually -- now, is that one trade? Is that five trades? You know, on our system, it's five trades.

Q    You tell me how you consider it.

A    Our system calls that five trades.

Q    Okay.

A    So you have -- we have a lot of trades like that. So if you do -- if you do 20 trades in a day, it might show up as 100. That's all I'm saying.

Q    So somewhere between 20 and 100?

A    No. I'm saying 20 looks like 100 is all. So 100 wouldn't be a big number.

Q    Okay. So would you say, from your personal perspective, you're doing about 20 trades per day?

A    That look like 100 or more than 100.

Q    Okay. At the time that you pick up the phone and place a trade order with a broker, do you document any place that you have placed that trade order?

A    I place the trade orally. The broker knows what the trade order is.

Q    At the time you place the trade order, do you typically have an allocation in mind?

Page 159

A    Yes.

Q    Do you document that allocation anywhere?

A    No. I know -- I know where I want to put the trade. I do it orally.

Q    You do it orally?

A    I give my -- my instructions orally. I don't document the trade. I don't document the trade, no.

Q    So you place the trade orally, and you give the allocation instruction orally?

A    I don't usually give the allocation instruction to the broker, no.

Q    Okay. You have an allocation instruction in mind at the time you place the trade order with the broker?

A    Yes.

Q    Do you document that allocation instruction, if not to the broker, to anyone else?

A    Yeah. Occasionally, if I -- you know, if I have the ability to communicate with my trading assistant, I'll let her know what my allocation would be if the trade happens to get executed and reported.

Q    I understand your trading assistant is Julie Marquez; right?

A    That's correct.

Page 160

Q    I'll refer to her as Ms. Marquez.

Occasionally, if you're in a position to communicate to her, you'll communicate it just after you execute the trade order.

MR. SACK: I'd be careful of "execute." You mean "place the trade order."

MS. KEENAN: Place the trade order.

THE WITNESS: Yeah.

BY MS. KEENAN:

Q    Okay. That's occasionally? Most of the time?

A    Yeah, often. Yeah. I mean, you know, she doesn't sit in close proximity to me. We sit at opposite ends of the trading floor. We usually communicate by phone. That would be our -- that would be a reasonable practice, yeah.

Q    Okay. Does Ms. Marquez contact you to get the allocation instructions, or are you contacting her?

A    It goes both ways. I might call her and -- you know, because as you talked -- we talked about my schedule and all the things I'm doing. If I've got free time to communicate with her and tell her what my instructions are, I will. She might -- she usually called me in the morning and in afternoon and

Page 161

then had an aggressive sweep program late in the day. But the communication went both ways.

Q   Okay.  So you'll have a conversation in the morning.  Approximately how many allocation instructions would you relay in that conversation?

A   I might say, you know, "If you get the trades from ▓▓▓▓▓ they're going to be 50/50 today."

The ▓▓▓ trades didn't need to have communication because of the nature of the way they were pre -- pre-organized to be allocated.  You know, it was -- it was -- you know, it was reasonably often.  I can't give you a number.

Q   My understanding of how this process works -- worked in practice was Ms. Marquez would keep track of Bloomberg confirmations of trades executed by you, and she would tick through confirmations she had received, and you would recite an allocation to her.  Is that incorrect?

A   No.  If she called me and said, "I've got these -- these trades reported by the brokers.  I'd like allocations," I gave her the allocations.

Q   Most of the time when Ms. Marquez was obtaining allocation instructions from you, was it she called you and ticked through a number of

Page 162

executed trades and received an allocation instruction?

A   Often that was the case.

Q   And that happened a handful of times each day, and then you said a big sweep at the end of the day?

A   Yes.

Q   What time would the end-of-the-day sweep typically occur?

A   I think, you know, the firm has a very strong same-day program.  It's always been our -- all trades have to be on the same day.  And roughly -- roughly -- roughly around one o'clock, 12:30 to one o'clock, would be the time she would usually -- you know, we need to get all the trades in.

Now, in the fixed income market, unlike the equity market, closing prices end of day, it's a confusing topic only because the market's open 23 hours a day for five straight days.  There's not a bell that goes off on the equity market.  These are the prices.  These are the closing prices.  The market keeps trading all the way.

So, yeah, I'd say between 12:30 and 1:00, that was when she would call.  If brokers didn't report trades till later, if they didn't report them,

Page 163

she might have to call me much later.  And if you had gone for the day, Rosemarie might have to call if the trades aren't reported even later and find me and make sure that they got in on the same day.  That happened as well.

Q   Between the time that you called the broker to issue the trade order and, in the typical instance, the time when Ms. Marquez contacted you to tick through trade confirms, did you document anywhere your allocation instruction?

A   I didn't -- no, I didn't.  It's not my practice to write down notes, no.

Q   So the only allocation instruction would be the oral instruction that Ms. Marquez received from you?

A   Yes.

Q   What did you consider when deciding how to allocate a particular trade?

A   I decided -- I thought about what was going to be the strategic investment need for usually -- sometimes one account but usually the group of accounts for which I was placing the trade.

Q   Did you confer with other members of your team before you made an allocation determination?

A   Yes.  I mean, I -- we had -- I mean, there

Page 164

are a lot of trades.  So it's not -- I don't want to get myself in trouble for over-generalizing, but we had discussions in the Macro Opps group.  We had discussions in the Core and Core Plus group.  We had discussions in the insurance group, the Global group about what trades we'd want to do and what strategies we wanted to effect.  and so sometimes I would make those decisions on my own without discussion, but often they were in conjunction with strategies and discussions we'd had as a group.

Q   Did you convey an allocation decision about any of your trades to anyone on your team besides Ms. Marquez before conveying it to Ms. Marquez?

MR. SACK:  And do you mean a specific trade or what he wants to do --

MS. KEENAN:  As a general practice.

MR. SACK:  Well, no.  The difference is as to specific trades or what he's thinking of trading generally.

MS. KEENAN:  Well, each trade has to be allocated; right?

MR. SACK:  I understand.

THE WITNESS:  Yes.

BY MS. KEENAN:

Q   So for each trade, Ms. Marquez would tick

Page 165

through the trade confirm, and you would convey an allocation; right?

A    Yes.

Q    Before that phone call happened, did you discuss with anyone else on your team, "I did these 10, 8, 12, 30 trades. Here's how I plan to allocate them"?

A    I would say that the answer to that question is yes sometimes but not -- not -- the majority, I wouldn't. once I've done the trade and know where I'm going to allocate it, I don't need to re-review it. I was saying that the idea of whether or not to do a trade was often done as -- in response to the strategy of the firm or in conjunction with conversations I'd had with other people.

Q    Were there occasions when Ms. Marquez was ticking through trade confirms when you would tell her, "Circle back to that one. Come back to me and get an allocation"?

A    Yes.

Q    And what were those circumstances?

A    Usually it was a trade that could be part of a pair trade or a question I had whether the trade was correct or not. And the size.

One of the challenges we had was in our --

Page 166

as I said, in our options trading. So if you had an option order -- take our previous example. We sell 1,000 in '20, '21, '22, '23, '24. Usually the broker won't report that trade unless all 5,000 are sold until the end of the day. Because they're hopeful lightning will strike and try to come back. So those trades came in very late. and those trades, you know, might have 3,721 or 2,500 or 5,000.

And so often I'd be like -- I'd want to check with the broker, make sure that that account was right. That was one possibility. Sometimes I'd call the broker and double-check whether the trade actually was right. Sometimes I thought we might have a challenge. But usually it was -- usually any delay was very short-lived, very --

I don't know how to answer except for that. I mean, I would -- I think, when we did our allocations, they were finished within several minutes.

Q    Other than an instance in which you would question the size of the trade, are there other circumstances that would merit a comeback?

A    Yeah. I'm trying to -- if it were a pair trade, I just wanted -- sometimes I wanted to make

Page 167

sure that the pair was correct. Or if I wanted to check with a broker and double-confirm that the trade quantity and price was right, I might -- I might -- I might check that box. But again, these were -- there was no substantive delay. They were done very quickly.

Q    How did you keep track of the legs of your pairs trades to the extent that they were done with different brokers?

A    I've been doing this for an awful long time. I mean, I knew what -- I knew what pair trades I wanted to do, and I never had trouble keeping track of them.

Q    When you execute a pairs trade, what information do you convey to Ms. Marquez? How does she know that a trade is a pairs trade?

A    She may or may not know that it's a pairs trade. Because one leg may come in before the other. but often you'll see in the notes that I just say, you know, the USC should be -- should be allocated versus the five years, something like that. And she'll write that in the trade notes.

Q    So that will be a trade comment that says "verse"?

A    Yeah.

Page 168

Q    Are there occasions when she doesn't know that --

A    Yeah.

Q    -- you've executed a pairs trade?

And so there is no documentation that a particular trade or two trades were a pairs trade?

A    Yeah, that would happen -- that would happen often. Usually when you do a pairs trade and you're legging the trade, you do one -- one leg with one broker and one leg with another. And she came in and said that this leg got filled. I'd give her the allocation for that leg. I have no reason to have her allocate it versus something that doesn't exist yet. And make sure they all got --

Or another example might be ███████  If it's a trade versus ███████ I have to tell her what it's about. because as you know, the ███████ trades are Opps.

Q    Has the standing allocation for ███████ into the Opps allocation group been in existence since the Macro Opps portfolios were created?

A    Yeah, I believe so.

Q    What's the basis for that standing allocation?

A    So, you know, this was supposed to be a

Page 169

really small project, a really small project of fixed income investors. You might want to put a small money in a high volatility sleeve of a unconstrained portfolio. And ████ is a small firm that only does execution and provides no other service or resource that the firm could utilize.

And so it started out as a -- this was a way to make sure that this allocation process could be straightforward, help the timing and provide -- and provide a little bit of the segregation of outsource. I guess all those are true.

But it was, again -- that was when, in terms of the bulk of the responsibilities of book I had, that was a very small one and didn't want to be lost in the shuffle.

Q   Do other WAMCO portfolio managers convey allocations orally to a particular trading assistant?

A   We have a wide range of practice. historically, I would say the answer was most -- most of our managers did, not all. But as times evolved, I think more and more of our -- people are more comfortable with electronic devices and electronic communication, and more of it's going that way. But it's certainly a practice that's available to all of our professionals.

Page 170

Q   Between 2019 and late fall of 2023, were there other portfolio managers at WAMCO who had the practice of conveying oral allocations to a particular trading assistant?

A   You know, I just -- I would assume so, but I'm not -- I don't -- these are senior professionals who have huge books of businesses. And we talked about investments and investment strategy. How they convey their instructions wouldn't be a topic unless we had a problem.

Q   Is anyone authorized to allocate your trades if you are unavailable?

A   You know, we have a very strong practice of same-day allocations. It's always been. Have to be done by the end of the day. So the question of what you would do in my absence if I had not given pre-instructions -- which was unusual. Because I always -- usually even when I was traveling, I would give pre-instructions.

But the senior leadership of the group of -- book of business, whatever it happened to be, I think would endeavor to, you know, provide their insight into what they thought the right practice was. And often, as you can see from this history, my history most of the time was pro rata distribution

Page 171

across account groups.

So, you know, senior Core professionals would probably help out if it was a Core account or Macro Opps account. Professionals would help out if it were a Macro Opps group.

MR. SACK: Lindsey, if there's a convenient time to break soon, I would appreciate it. It's not urgent but just, you know, sooner rather than later. I would appreciate it.

MS. KEENAN: Okay.

I'm showing you what's marked as Government exhibit 9. This is WAMCO_SEC_20423.

(SEC Exhibit No. 9 was marked for identification.)

BY MS. KEENAN:

Q   Take your time and let me know what you've read it.

A   I'm good.

Q   This is an email dated April 11th, 2023, at 2:27 p.m. From Ms. Marquez. She says "I tried to get ahold of you but was unable."

What are the mechanisms Ms. Marquez would use to get ahold of you?

A   Predominantly, phone but email sometimes. But predominantly, by phone.

Page 172

Q   By phone, phone call or text message?

A   Phone. I really don't use text messages.

Q   Okay. By phone, WAMCO desk phone? WAMCO cell phone? Personal cell phone? Would she try all three?

A   Predominantly, we're talking about -- the predominant method would be the WAMCO phone system. everybody has a turret. She would call me. That phone could be reached at my desk either on the trading floor or upstairs. That would be the predominant.

And if I were upstairs, which I was for half the day, and I wasn't there, you know, my personal assistant, Nichole Salmon, would pick up the phone and be able to tell her that I was, you know, meeting with AT&T down the hall or whatever it was. So she could get information and have some sense of when she would reasonably be able to get ahold of me. So that would be the no. 1 way.

Now, during COVID, because there was an awful lot of work from home -- and we have a work-from-home policy on Friday as well even to this day -- she would use the cell phone. She would try and contact me by cell phone.

Q   Okay. Then she writes "Ian helped with the

Page 173

allocations for the below trades."  Is that Ian Smith?

A   Yes.

Q   Is that one of the senior professionals you had in mind when you said she could go to a senior investment professional?

A   On my Macro Opps team, yes.

Q   Is there someone else on the Macro Opps team who she could go to?

A   Prashant Chandran.

Q   And what about on the Core and Core Plus teams?

A   Core and Core Plus teams, I think she could go to any of the senior leaders of that.  Mark Lindbloom, john Bellows, Julien.  I think that if she were -- any one of them might be willing to help out.

Q   If you were not available and none of those senior investment professionals were available, did you have a standing 50/50 allocation that she could default to?

A   Yeah.  We often talked about -- especially when I was running around and doing something else, yeah, that 50/50 might be the right -- a lot of times, if I were traveling, I'd say, "Look, if you get a trade and you can't find me, allocate 50/50."

Page 174

So I would say -- I think that you characterize it exactly right.  We often had a 50/50 relation -- you know, default.  Often.

Q   When did you establish that as a default allocation?  I understand Ms. Marquez has been supporting you pretty exclusively since the 2010 time frame.  That whole time?

A   No.  You said, "Often."  Often we had that. We have that conversation often to use 50/50 as a default.  So it's not -- it's not a standing over 15 years.  It's just that I talk to her --

Q   I understand.  I want to understand when you established that as a default that she could fall back on.

A   Yeah.  So I wouldn't -- so in 2010, you know, I was -- I was on the Global team.  I wasn't the CIO.  I was on the Global team.  There was no Macro Opps.  I wasn't managing any Core portfolios. So it would have to be circa, at a minimum, 2013. Because that's the first -- Macro Opps came in 2012. But I did not go back to managing Core portfolios until I was reinstated or -- I don't know what the right word is when you succeed the person who succeeded you.

Q   Refenestrated.

Page 175

A   Really?  Is that the word?  That's a great word.  Anyway.  So the earliest, I don't remember. But the earliest it could have been would have been 2013.  I would think it would have been later. Because when we first started Macro Opps, it was so small.  But -- so it would have taken a handful of years to have gotten big enough to even be on the radar screen.  So maybe, as a complete guess, '14, '15, '16.

Q   Okay.  And --

MR. SACK:  I just want to be clear, though. I don't think he's saying it's a general standing order.

I think you're saying --

MS. KEENAN:  No.

MR. SACK:  -- for discrete periods.

MS. KEENAN:  If he's unavailable.

THE WITNESS:  If I'm unavailable, I usually talk to Julien, explain before the fact that I'm unavailable what the instruction should be.

BY MS. KEENAN:

Q   And Ms. Marquez does not know how to allocate, and Ian Smith is not available?

A   Correct.

Q   Okay.  50/50, does that mean half to the

Page 176

SKL1 group, half to the Macro Opps group pro rata by market value?

A   Yes.

Q   Okay.

I think now is a good time for a break.

MR. SACK:  Great.  Thank you.

THE VIDEOGRAPHER:  Going off the record. The time is 1:58 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  Going on the record. The time is 2:19 p.m.

MS. KEENAN:  We're on the record at 2:21 p.m.

Q   Mr. Leech, you understand you're still under oath?

A   Yes.

Q   And can you confirm that we had no substantive conversation during the break?

A   I can confirm that.

Q   Before we took the break, we were talking about what a 50/50 trade allocation meant.  What circumstances would merit allocating a trade 50/50?

A   If you thought an investment that you thought had broad-based merit for the strategies of both groups of portfolios, that would be a trade that

Page 177

you would want to be broadly represented across the whole group if you could allocate that 50/50.

Q   Are there particular trades that you would never allocate to the SKL1 allocation group?

A   Never.  Global bonds probably, yeah.  I mean, the entirety of the SKL1 group can't take them.  Although our compliance system might actually be able to ferret them out even if I did that.

MR. SACK:  Do you mean just the things that Mr. Leech did or across the entire program?

MS. KEENAN:  I'm only asking Mr. Leech about his practices.

MR. SACK:  Well, he's a portfolio manager for the whole portfolio.  You mean --

MS. KEENAN:  I'm asking about his allocations.

MR. SACK:  His trades?

MS. LASKY:  His trades.

THE WITNESS:  Okay.  So, then, thank you for that clarification.  So these are just U.S. Futures, U.S. Options and U.S. Treasuries we're talking about only.  They would be -- they would be appropriate depending on the strategy circumstance for both portfolios.  They're a big part of both portfolio in terms of percentages.  I can't think of

Page 178

a reason why necessarily any one of those three would be precluded from either group.

BY MS. KEENAN:

Q   There's an allocation notation that I've seen in some of the data that says "SKL1 or 50/50 no opt," o-p-t, no options.  Is there an SKL1 allocation group portfolio that doesn't accept options?

A   Yes.

Q   Which one is that?

A   It depends on the time frame as to whether the answer to that question is one or -- one for certain is the church pension, 1221.

Q   And so if the allocation says "Opt only," that would mean the SKL1 portfolios that accept options and not the Church pension fund?

A   Yes.  Now, during this period of five years, there were times during this period of time when we had other accounts at the moment that that's the one.  But there are other accounts that didn't do options as well.  What it meant -- so the notation means any SKL1 account that can't do options should be excluded from the trading.

Q   Okay.  Other than 1221 in this five-year trading, what were the other no options portfolios?

A   I think the Kuwait portfolio was another

Page 179

one.  and I'm trying to think of whether we had another portfolio in that time period.  It seems like we did, but I can't recall offhand.

Q   What circumstances would merit allocating a trade to SKL1 instead of 50/50?

A   Well, let's say we had another bill.  There would be a number.  The key question is what are the right strategies that are appropriate for our SKL1 group, you know, for participating in -- remember, the SKL1 strategy is a U.S. Core strategy against the benchmark.  it's a bottom-up spread product, duration.  Note these strategies are important, but they're not the principal drivers of performance and return.

We were doing an option trade, for example, and we were buying the bond option for the U.S. Core portfolio group.  We were going to hedge it with the appropriate futures contract.  We'd obviously do that for the portfolios that were participating in the trade.  If there were deal trade that our team wanted to do using futures, that would only be appropriate for the SKL1 group.  Then the allocation would be straightforward.

If we were hedging a strategic change in our spread product, we were increasing our mortgage

Page 180

exposure there or decreasing treasuries or increasing corporates and decreasing treasuries, something like that, then those futures and options positions would only be appropriate for the SKL1 group.

Q   What circumstances would merit allocating a trade to Opps rather than 50/50?

A   Well, the Opps program is, you know, spectacularly different.  It's a global portfolio.  It's an unconstrained portfolio.  It's a high volatility portfolio.

But with respect to treasuries, futures and options, the principal and really powerful differentiating feature is the negative convexity aspect.  So, again, with negative convexity, you have to trade -- you have to position -- you have to keep your -- you have to trade in order to keep your duration constant by trading in the direction of the market.

And so those types of trades that were forced by a sharp market move would only be appropriate as you don't need to respond in a Core, Core Plus group similarly for the Macro Opps group.

Q   What circumstances would merit allocating a trade to a particular portfolio?  For example, an allocation to Opps and 1651?

Page 181

A   The key to the individual portfolios is the breadth of the different guidelines and characteristics of the accounts.  And you know, when you have accounts across a wide variety of fronts that have cash flows that have different trading patterns, you're going to look at the accounts and see whether -- you know, we've already talked about dispersion, alignment.

So, for example, if there were a trade that was good for Opps but at the same you had a reason to be going in the same direction, same security for further accounts, any -- it could be anybody.  You might go in the same direction.

1651 was our prime -- our most aggressive Core plus account.  So sometimes it would have, you know, the opportunity to do things that were more aggressive than other accounts in that -- in that space.

Q   When an allocation is 50/50 but 1651 or any individual portfolio has a directed allocation of a number of contracts, does the directed portfolio get its pro rata market value share plus the specific number of contracts, or it's excluded from the pro rata allocation?

A   It's excluded from the pro rata allocation.

Page 182

Q   What are the circumstances that would merit an allocation to Portfolio 671 but not the rest of the SKL1 allocation group?

A   Really, I don't know how -- I think different interest rates.  Basically, when you have a single account trade, you have the characteristic of that account needed to be adjusted.  You found that its duration is lower than the others.  You found that, because it had a cash flow, you know, it needed to have its -- a curve shape reorganized.  You needed to restore corporate bonds to it, or you need to sell corporates and buy treasuries.

So you've got a specific one account need for a trade.  And the only reason it would be with others is that for the same -- when you were thinking about what you might do during the day and you've got an idea for a group of accounts and you actually know that a single account has the need to go in the same direction, that would be the reason I could see where you might combine allocations.  But normally, you would see an allocation to this specific account on a stand-alone basis would be more normal for us.

Q   What are the circumstances that would merit an allocation to 1074 but not the rest of the Macro Opps allocation group?

Page 183

A   Well, the first key, which, again, is confusing is that 1074 is not a Macro Opps account.

Q   But it's in the Macro Opps allocation group?

A   Yes.  So when you said, "The rest of the Macro Opps accounts," I just wanted to clarify that it's not.  So, again, that's a U.S.  Only account.  That's a leveraged account.  And it's part of the ███ stand-alone portfolio.  It's not part of the others.

So the strategy for that account, it's very -- because it's -- because it's a very aggressively managed account, we put it with the Macro applications.  Because it's a high volatility, high -- so when trades can work for Macro Opps, they can work for 1074.  But the reverse is not always true.  First of all, the leveraging account is explicit.  You can leverage ten times.  So you might be buying ten times as many -- ten times as many corporates you could buy as the actual face value of the account, which is -- this is a much, much different animal.

So you might find that your duration has moved more quickly.  You might find that you're reducing your corporate position, so you need to increase your government position.  You might be

Page 184

doing trades for Macro Opps that are adjacent to global bond portfolios.  because Macro Opp accounts are global again.  So if you're reducing your German exposure and increasing your Macro Opps, that wouldn't apply to 1074 because it's all U.S.

So there are a number of reasons why you would have to treat 1074 as a one-off versus a group which has different guidelines and benchmarks.

Q   What are the circumstances in which it's appropriate to re-allocate a trade?

A   Well, hopefully, we don't have very many re-allocations.  Re-allocations have, in my mind, two kind of connotations.  And so I would separate, if I might, those that are done on the same day versus those that are done a day later, where we have a very robust process that we don't want to go through.

Q   Start with same day.  What are the circumstances that would merit a same day re-allocation?

A   I think that if a trade turned out to have a compliance issue of some kind or a percentage of bucket issue.  We've got -- you know, we've got a trade now.  It turns out this account can't take its pro rata share because it's got a percentage of certain exposure that the compliance people are

Page 185

saying, "No, that actually exceeds its compliance exposure. So we can't have a pro rata trade."

Or if you do a currency trade that bankrupts the account. It's full, and it's currency. So you can't actually take that trade. It has to be re-apportioned in order for that trade to go through.

Those are -- I would say almost all -- first of all, I don't think we have that very high percentage really. I think they're very low. But usually it would be for a compliance or -- compliance reason that would cause us to re-allocate from the pro rata starting point.

Q   Can you think of instances in which you've re-allocated trades for compliance reasons?

A   Yeah. For the easiest example would be currency trades, where you say, "Okay. I'm going to buy, you know, 1 percent position." And they come back and say, "These three accounts are exceeding their limit, and you will need to reconsider that trade."

Q   Can you think of occasions when you've re-allocated trades for reasons other than compliance?

A   I can't think of a single example. It doesn't mean it didn't happen, but I can't think of an example.

Page 186

MR. SACK: And that currency example, was that your trade or someone else's on the table?

THE WITNESS: It could be -- I think we're talking about my trades. And it has happened to me.

BY MS. KEENAN:

Q   I'm going to give you what I've just re-marked as Exhibit 10. This is a particular date of trade blotter data. And I know that you're not familiar with the format. So take your time and look at it. And I'll tell you it's not every trade that occurred on this date.

For the record, this is WAMCO -- this data is from WAMCO_SEC_1 through SEC_5 and the date of the blotter data is November 4th, 2021. It doesn't have a bates number because it's in Excel.

(SEC Exhibit No. 10 was marked for identification.)

THE WITNESS: Well, I've looked at --

(Whereupon, the reporter requested clarification.)

THE WITNESS: I said I've looked through the exhibit, and I'm broadly familiar with it. I haven't examined every single line, but I'm sure I'll be able to answer your question.

BY MS. KEENAN:

Page 187

Q   If it's helpful for you to have one that you can turn over so you can look at it line by line, we can give you one like that.

But I want to look, in particular, at Row 54 to row 58. My understanding of this data is that execution time is the time that the trade was allocated.

A   That's your understanding, you're saying. Is that a question or a comment?

Q   I'm just advising you that's my understanding so that we're operating with the same understandings.

There's a Transaction Type column, Mr. Sack, that says "Purchase or sale." I'm not eavesdropping.

And so if you just go down 54 to 58, at 8:43 a purchase of 30 years is allocated to Opps. And at 8:59 a sale of 30 years is allocated to SKL1 Core Plus, which, based on our conversation, I think means just the Core plus portfolios. And then, at 11:03 another sale, which is at a better price, is allocated to Opps. And then, a minute later, another sale, which is at a slightly worse price, is allocated 50/50. And then, a minute later, another purchase is allocated 50/50. Plus F. Excuse me.

Page 188

Opps only. So not pension fund, including Ford.

So the 30 years could have appropriately been allocated to all of these strategies, but they're allocated differently within this short period of time. can you help me understand these decisions?

A   I'm just trying to make -- you've got opening purchases and opening sales. So the first three groups, the first two are done 8:43 and 8:59. Just you're ahead of me in terms of having looked through the detail. And that -- one's a buy and one's a sale; right?

Q   Uh-huh.

A   So that would suggest to me that it was appropriate for the Opps team to be buying that security, made a completely different need at the time for the SKL1 core Plus group to be selling. Could be part of a yield curve trade. It could be part of a match trade. I mean, just may need to sort through the different strategies. and it certainly could be hedging another product, which would be a list of securities that would be outside the futures and options specified list. But -- but I don't see an issue with why -- why one would be buying and one would be selling. That seems something that would be

Page 189

routine.

Q   There's no "verse" in the trade comment to help us think of it as a yield trade; right?

A   There is no "versus" specifically in the yield comment. That's right. The 50/50 plus Ford is a little bit of a different allocation. Because that includes the long duration flagship count, which is Ford, for which I'm a portfolio manager, which is a separate distinct allocation. And often the needs of the long duration account are part and parcel of the decision on buying it. and that allocation also includes all accounts, not just option accounts. And the last allocation is different still; right? That's 50/50 plus Ford options only. So that's a specific 50 percent of the SKL1 group plus Ford, excluding our options group. So --

Q   That one's a purchase like the 8:43 transaction?

A   Which was several hours earlier; right?

MR. SACK: I would just say, Ms. Keenan, this is what I actually had talked about, something that I thought would be unfair to show Mr. Leech. Trades completely out of context that happened over three years ago, to actually expect him to answer these questions without more data I thought would be

Page 190

unreasonable. You can obviously ask the questions. I can't stop. But that's actually what I had said, you know, earlier in this process that I thought would not be a fair way to proceed.

MS. KEENAN: I'm sure the court reporter will take down your note. As we discussed before we started today, we're doing this for one date based on your request.

MR. SACK: And I think the one date is one date too many for the reasons I said. But I understand. It's your prerogative.

THE WITNESS: So I'm not -- I'm not trying to duck the question at all. I don't really actually understand what the -- what the issue is. Different portfolios with different strategies and different needs have all sorts of reasons why they would buy or sell bonds. Bond futures are kind of the no. 1 instrument for changing duration exposure and hedging other products. Doing yield curve trades different times of the day with the market moving around and the portfolio, you do something at a different time of day, would obviously necessitate a different price level. And each one of these account groups is a different configuration of portfolio. So I wouldn't see a reason why a priori

Page 191

they would have to be the same. So I'm struggling to get started on what -- on what you see is the challenge here.

BY MS. KEENAN:

Q   What I see as the challenge is the 8:43 purchase at a much better price -- well, it's the 8:43 allocation -- we don't know when they were purchased -- at a much better price than the 11:05 purchase allocation, which plainly was appropriate 50/50, when the earlier allocation just went to Opps. It seems like you're buying and selling within a few hours and then buying again. It doesn't seem like a duration-driven issue.

A   Why would you say that? I guess, first of all, in the context of the markets, we're talking about several hours' differences. I mean, it's not like the ten years before COVID, when the market hardly moved. It was zero percent interest rates. These markets -- the market would be vastly different between -- could easily be vastly different between eight o'clock and eleven o'clock. And the portfolios may be coming up with eleven o'clock could be meaningfully different than the one we had eight o'clock. And it does appear, as you're saying, that

Page 192

that actually is possible here given the price differential. although it's a point and a half, which, while that's a large price differential, the context of the way the market would eventually be moving is not -- is not extreme. So the question is why would a purchase at eight o'clock in the morning that goes to Opps, only half of that next purchase would go to Opps, and why would the ford account be included. If the Ford account is being included, it's often the case that the reason that's the case is the long duration need has been determined to be to buy bonds. And you also see other allocations that might say "50/50 plus Chubb" or something like that.

(Whereupon, the reporter requested clarification.)

THE WITNESS: Chubb.

MR. SACK: C-h-u-b-b.

THE WITNESS: So the question is which -- you know, what's driving the decision to have a broad-based allocation. Is it the decision that this is a reasonably good decision and we're going to include the long duration account and now it's going to be a broad-based decision to add duration to all portfolios? That's a legitimate reason to have a

Page 193

broad-based allocation across a wider group of securities.

BY MS. KEENAN:

Q   One minute before an allocation, that's 50/50 plus Ford, which was a sale.

MR. SACK:  And what's the question?

MS. KEENAN:  Well, it seems like then maybe it wasn't the duration-based need that drove that.

MR. SACK:  So what's the question?

MS. KEENAN:  I'm asking Mr. Leech.

MR. SACK:  What?

MS. KEENAN:  To help me understand.

MR. SACK:  When Julie placed the allocation?

MS. KEENAN:  I don't think Julie would know the rationale for the allocation.

MR. SACK:  But the trade may have been called in hours earlier.

BY MS. KEENAN:

Q   Mr. Leech, if you don't understand the question --

A   Look, I understand the question.  I'm still -- honestly, I'm still not -- I'm really not finding an issue.  So I'm having trouble getting started on the issue.

Page 194

You have an option opening purchase, as described by the transaction.  The transaction, though, actually looks like a bond future and not an option.  And so I'm just mentally trying to decide whether that was just a challenge of mis-typing or whether the trade might be associated with an option. So I started there.

There's so many reasons why you would do different trades for different groups at different times.  You know, that -- these are not stand-alone transactions that are just straightforwardly a buy or a sell in isolation without any other -- without any other side.  and I am -- I am a little bit confused by the option opening purchase and sale note. Because this is not an option trade.  So that suggests to me that's an issue.  but I -- I'm not struggling with that one too.

Q   That's not a trade comment.  I think that's just --

A   It's a transaction type.

Q   Yeah?

A   It's a transaction type.

Q   Yeah.

A   But that's not the transaction type you're asking about.

Page 195

Q   Okay.

A   You're asking about a futures transaction.

Q   Okay.

A   And the transaction type noted is the note -- in our log here is that it's an option trade.

Q   Okay.

A   Well, that suggests to me that one of the two is wrong.

Q   One of what two?

A   Well, it's either a futures trade or an options trade.  It can't be both.  So it says it's a futures trade, which seems like it's right, but then it's noted that it's an option trade, which seems like that is at variance with it being a futures trade.  I'm just reading what's in front of me; right?

The note says that this is an option transaction.  So I haven't seen that notation before, and it seems at variance with the actual description of the security.  It may have no merit.  I'm not saying it does.  but that got -- that got my attention.

One of the things we talked about was could it actually be trading where the Opps portfolios have to chase the market up and the other portfolios

Page 196

don't.  So that could be a reason why we had to buy for Opps, and that would be inappropriate for everybody else at a different time of the day.

The allocation time may or may not bear any resemblance to the transaction time.  I mean, if you had an order at a certain price and you put the allocation in at eight o'clock and the broker executed the trade at 10:00 a.m.  And called the trade back in at 11:03, it will show up at 11:03, but it actually wasn't done a minute before.  The allocation phone call came in a minute before is what this says.

Q   What do you mean by that?  The allocation phone call that you made to Ms. Marquez came in a minute before.

A   That's right.

Q   Is that what you mean?

A   That's what I'm saying.  So if I gave you broker instructions at 6:00 in the morning --

Q   Instruction is to execute the trade, not an allocation; right?

A   That's correct.

Q   Okay.

A   Let's say you did the trade at 7:00.  Let's say he called you at 11:00.  And she called me at

Page 197

11:03, and I allocated it, and it goes down here at 11:03. Could you rightly -- could you rightly definitively conclude that those two trades were made within a minute of each other?

Q    No. You conclude they were allocated within a minute of each other.

A    Right. So they may have been done at much different times of the day for different reasons. It's not impossible.

But I don't find that -- but I want to be straightforward. I don't want to be argumentative too. I really -- you know, I see these blotters all the time and doing trades in securities for vastly different portfolios across all my books for different reasons. and I don't find it extraordinarily unusual to see these kinds of trades. But in order to really get the full context of the day and what was going on with the other books and whether it was or not a matched trade, I just need more information for that.

Q    Okay. We talked about the re-allocation of trades for compliance reasons. Do you document when you re-allocate a trade?

A    The perform documents when I do a trade, I don't -- I don't usually do the documentation for the

Page 198

allocation, nor do I do the documentation for the re-allocation traditionally.

Q    Where is that documentation maintained?

A    I believe it's maintained in our -- our trading -- trade Opps group. So that would be -- you know, Julie would keep a record or someone on her team if they were fully informed. If we're talking about my trades.

Q    If Julie was re-allocating a trade for compliance reasons -- and by "Julie," apologies. I mean if Ms. Marquez was re-allocating a trade for compliance reasons, would she contact you to say, "There's a compliance issue, and we have to re-allocate"?

A    Not always but most of the time. You can see right -- you can see here there's already one on your sheet. So this is a re-allocation note on the trade comment, the one that's really long to the right.

Q    Uh-huh. "Broker typo on confirm."

A    Yeah. And so you can see what happened here was -- this would be something she wouldn't call me for. She would have seen that she had made an entry error.

Q    Some typographical error?

Page 199

A    But she would have to go get -- instead of talking to me, she would go to the Compliance Department. So this is Kevin Ehrlich is the head of our -- director of our Compliance. So she got, in her notes, his say-so change that number.

Q    But if it were not for a typographical error, if there were a compliance-related reason to re-allocate a trade, would Ms. Marquez confer with you about it?

A    Yes, often she would.

Q    And then, does she have authority, then, to just perform the re-allocation without your reviewing the ticket or the documentation after that?

A    She would -- I mean, she doesn't have the authority to re-allocate the trade. My answer to that is no. My prior answer, to be fair, I'd be the principal person she would talk to. But she would feel free to talk to any member of the group in this space. So if it was in the Opps space, Prashant. Ian could help her with a trade that had a compliance problem. The same would be true in the Core and the Core Plus. If she had a compliance problem that was a percentage problem, she could go to senior members there and say, "How should I re-allocate this new," and help her with it.

Page 200

Q    And she would re-allocate with their instructions or with your instructions?

A    That's correct.

Q    You mentioned duration when we were looking at these November 4th trades. I understand that WAMCO's policy permits a three-day window for a portfolio to be out of the duration limits as set forth in the portfolio guidelines; is that right?

A    That's my understanding, yeah.

Q    What's your understanding of what happens if you go to the fourth day?

A    I don't really have one. I think we're pretty good about not going to the fourth day.

Q    There is no, as we talked about with dispersion, red-flag situation?

A    No, I didn't say that. I said I didn't know. I'm sure there's a red -- I'm sure there's a red flag. I'm sure there's a red flag. I'm sure there's all sorts of -- people would be very upset with us. There might be notes to the clients. There might be all sorts of escalation procedures. I'm just not aware of what they are.

Q    You don't have a recollection of a fourth day --

A    I'm not -- I don't have --

Page 201

Q    -- of excess duration?

A    I don't have a recollection of going through that process, the fourth day.  That doesn't mean -- I mean, one of my accounts didn't go over it or, unfortunately, one of the people who really helped me manage each account didn't have to go through that process but -- so I don't want to suggest that that never happened.  But I -- I don't recollect having to go through that process.

Q    We talked a little bit about restricted stock earlier.  Your annual compensation is comprised of a base salary and incentive compensation in the form of a bonus; is that right?

A    Yes, that's correct.

Q    Are there any other components of your annual compensation?

A    No.

Q    Do you have any stock or other compensation that is tied to performance metrics or agreements about stock or other compensation that is tied to performance metrics?

A    No.

MR. SACK:  When you say, "Performance," of the funds, I take it?  As opposed to performance of the company?

Page 202

MS. KEENAN:  Any performance metrics.

THE WITNESS:  No.  I --

MS. KEENAN:  He answered no.

THE WITNESS:  I answered no.  There are no metrics.

BY MS. KEENAN:

Q    The incentive compensation is a cash bonus, and there are also contributions to WAMCO's deferred stock program; is that right?

A    Yeah.  I look at it as kind of the inverse. most people do.  You get a cash bonus from which they subtract out deferred comp, yes.

Q    The deferred comp, Employee Deferred Incentive plan, EDIP for short?

A    Yeah.  I think there's two; right?  I think there's two separate plans.  But EDIP is one, yes.

Q    Okay.  So I understand there is EDIP, and then there is something that seems like it's just called "the deferred compensation plan;" is that right?

A    Right.  DFI or something.  There's two.

Q    Who determines the amount of your incentive compensation?

A    Well, Jim Hirschmann decides.  He's the CEO.  I think, as the senior members of the firm who

Page 203

have been there for a long time, our performance is straightforwardly a function of one variable, which is the financial success of the firm that year.  So, essentially, my understanding is that the compensation we receive is after all the other bonuses have been paid and expenses have been met.

Q    I'll ask you to keep your voice up.

A    Okay.  And expenses have been met, yes.

Q    When you -- do you confer with Mr. Hirschmann about the amount of your annual incentive  compensation?

A    No.

Q    Mr. Hirschmann makes that decision and then you're given an amount?

A    Yes.

Q    Okay.  What was the amount of your incentive compensation in 2023?  That's -- our records pre-date that.

A    Zero.

Q    Zero.  In 2021 your incentive compensation was realigned.  Was that a company-wide incentive compensation realignment?

A    I don't know at all what that means, realigned. unless it's a function of the date of the merger and we changed our -- we changed our year-end

Page 204

date from Legg mason's March 31st to Franklin's September 30th.  But I can't think -- I can't think of any other change that would -- you know, I don't know what else "realignment" might mean.

Q    This is marked as Government Exhibit 11.

MR. SACK:  Thank you.

(SEC Exhibit No. 11 was marked for identification.)

BY MS. KEENAN:

Q    If you look at the sort of bottom third of the page, it says "Realignment period."  And then, there are numbers that fall under the 2021 column.

A    Yeah, okay.

Q    It seems like incentive compensation is $31 million above the realignment line, and then it's reduced to about $18 million below the realignment line.

A    Okay.

Q    Do you remember that reduction of incentive compensation?

A    I really think that all we're talking about -- because I don't -- I think we're talking about the change of year-end statements.  I think that's my best conjecture about what we're talking here.  The compensation program at the firm has not

Page 205

changed. So maybe this is a function of a change of the period over which the bonus would be paid.

The merger with Franklin closed in '20, and the year-end start date of getting -- getting with theirs was September 2021. So my best guess is this '21-'20 overlap asking me to do this. Otherwise, I don't have any specific recollection or knowledge of these numbers, no.

Q   And you don't have any understanding of whether this was company-wide or specific to your compensation?

A   If it were just the realignment of dates, it would obviously have been company-wide. Otherwise, I don't know, no.

Q   Okay. It's plainly not just a realignment of dates. It's a realignment of amount as well.

A   Well, was the realignment amount because the period was shorter and it's pro rata, or is it because -- I've just never -- obviously, I've seen this. I must have. I don't recall any of this. I don't think there was any reduction or change that was due for a reason that nobody told me. I honestly -- I'm still sticking with my conjecture it's the time period of adjustment.

Q   Okay. Do you recall anticipating a $31

Page 206

million bonus and instead receiving an $18 million bonus?

A   No.

Q   Do you know which bonus you actually received in 2021?

A   It really depends on the time frame. I'm sure we got paid for the 18-month period between March of the one year and the September of the next year, and I don't know how they broke that up in the 18-month period between one year and the next, no.

Q   Who determines the portfolios in which your deferred compensation is invested?

A   The choice of how we invest our deferred comp is a choice that each employee can make over -- and, then, we've got a wide variety of menu items that you can invest in --

Q   Are you -- are you permitted to make changes to the portfolios which your deferred compensation is invested in?

A   Yes, I believe we can actually make those changes monthly.

Q   Is any permission required to make those changes?

A   Not that I know. I think it just allows you to go in and change the allocations.

Page 207

Q   Exhibit 12 is your 2023. Well, it only goes up to October, again, because of our -- when we received these documents. But it's 2023 EDIP balances.

And it does not have a Bates number because it was in an Excel spreadsheet. But the Bates number assigned to the document, if it were on there, would be WAMCO_SEC_1827.

(SEC Exhibit No. 12 was marked for identification.)

BY MS. KEENAN:

Q   In March of 2023, you made substantial changes to your EDIP contributions. If you look at the third line down, the Western Asset Core Plus Bond institutional, you went from 10,764,114 to 169,221. Do you remember the reason for that change?

A   Yes, I do.

Q   What was the reason for that?

A   First, if I could just, for the record for context, I mean, I'm extraordinarily embarrassed. These numbers are very, very large. We're very fortunate. We started this company with 30 people in 1990 and grew it to one of the biggest bond firms in the world. We made an awful lot of money. It's embarrassing. These numbers are -- these numbers are

Page 208

truly large numbers, and I appreciate that.

This is a contingent -- this is a contingent ownership on my part. And the reason that I invest in the Western Asset funds is, broadly, because we get asked by clients and consultants all the time if we're willing to invest in the funds that we manage. Essentially, the question is "Are you willing to have skin in the game? would you buy it?"

So I don't own any of these funds. My personal account, where I'm allowed to buy them pretty much without restriction, I don't own. So this is the contingent interest I have.

Now, to answer your question specifically, my tendency when I invest in the broad variety funds -- and I move around frequently, if you look at the history of my investments -- is to try and invest in the funds that sometimes it's done very poorly and I think are going to do better moving forward.

So what you see in that fund is that I reduced my allocation with the Core and Core Plus fund and meaningfully increased my allocation to the Western U.S. Long Duration Fund, which is the bottom one.

So those funds are very, very akin to each other. The Core fund is managed against what they

Page 209

call the broad market. That's the -- it used to be called –

(Whereupon, the reporter requested clarification.)

THE WITNESS: -- the Lehman aggregate. Then I think it was the Barclays Aggregate. Now I think it's the Bloomberg Aggregate. That's the -- every bond that's been issued. So it's like the S&P 500. So it's a very broad-based bond mix.

The long duration is managed against just the long part of that. Cut the index in half. So you only get the long-term securities. And my belief was -- it still is and was -- that interest rates are going to eventually revert to where they used to be, they're going to go down, and our long duration bonds would recover. They had a terrible month in February.

So I made a very large change to our long duration fund, which I held throughout this entire period, actually increased the allocation from time to time. But that, at least in this period, turned out to be an unwise choice.

Q   You also made a very large contribution to the Western Asset Macro Opportunities Fund in March of 2023?

Page 210

A   I did. And that's because the fund had done very poorly in February. So I increased my allocation to both the longer part of the Core, Core Plus index that I would have otherwise gone against, and I got the global exposure to the Macro Opportunities fund.

Q   And you also substantially increased your contribution to the Western Asset Macro Opportunities portfolio LLC. It went from $142,000 to $6,800,000.

A   Okay.

Q   What was the reason for that?

MR. SACK: Well, I think he just said why he increased his exposure to Macro Opps.

BY MS. KEENAN:

Q   Well, it's --

A   They're two different funds. But that -- yeah. I think the two different -- the two different programs have different funds that they can allocate. And I don't view them as really being separate but -- I would say that I increased my exposure Macro Opps. You add the two together. That's how you'll get it. I think the two different programs have different funds. That's my guess as to why they're two line items. And then -- and I held them the entire time.

Page 211

MS. KEENAN: We've been going about an hour. for situational awareness, I'd say I think we have another hour and a half.

So do you want to break for 10 minutes or 15 minutes?

MR. SACK: Yes.

MS. KEENAN: Going off the record at 3:05 p.m.

THE VIDEOGRAPHER: Going off the record. The time is 3:04 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: Going on the record. The time is 3:24 p.m.

MS. KEENAN: Going on the record. The time is 3:25 p.m.

Q   Mr. Leech, I'll remind you that you're still under oath. Do you understand that?

A   Yes.

Q   And can you confirm that we had no substantive conversation during the break?

A   I can confirm that.

Q   And if you could try to keep your voice up, that would be great.

I'm handing you what's marked as Exhibit 13. it's WAMCO_SEC_50663.

Page 212

(SEC Exhibit No. 13 was marked for identification.)

BY MS. KEENAN:

Q   If you'd take your time and look at it. because it is a few pages long. And the circle in the middle of the page was on the document when we received it.

MR. SACK: This is Exhibit 12, Lindsey?

MS. KEENAN: Yes.

MR. SACK: Thank you.

MR. SOBEL: I'm sorry. 12 or 13?

MS. LASKY: 13.

MS. KEENAN: 13. Sorry.

MR. SACK: My mistake.

THE WITNESS: Okay. I've read it.

BY MS. KEENAN:

Q   This is a January 11th, 2012, memo from Tim Lorber to various WAMCO employees and an accounting firm, pricewaterhousecoopers. The reason I think this document pertains to you is because you signed it. Does it pertain to you?

A   I'm going to answer that yes. But what I want to clarify is that the document that says "Agreement of assignment," that document I signed, that does pertain to me. But this other document,

Page 213

which has actually no Western Asset employees on it that speaks in --

Q   Okay.

A   -- that's not -- is separate and distinct from the document behind it.

Q   Okay.  Do you know Tim Lorber?

A   Not really.

Q   Do you know what Tim Lorber's role at Legg mason was as of 2012?

A   Totally conjecture, but it's a pretty good bet some kind of a lawyer.

Q   As of 2012 had you had any interaction with Mr. Lorber?

A   Not that I know of.

Q   Did you confer with him about the subject matter of this memorandum?

A   No.  No.

Q   What about after this memorandum was prepared, did you confer with him about the subject matter of it?

A   Tim Lorber is an employee of what firm?

Q   Legg Mason.

A   No.

Q   Directing your attention to the end of the first line of this memorandum.  What was the Western

Page 214

asset Macro Speculation Fund LLC?

A   The -- as I said earlier today -- as I said earlier, we started a lot of unconstrained products during -- after the financial crisis, a broad variety of them, and ranged from very, very risky or very, very volatile to less volatile.  This was the most volatile one we started, which -- as you know, Macro Opportunities suggest a very high volatility.  Macro Speculations would be extremely high volatility fund that we started.

Q   The sentence states that the Western Asset macro Speculation Fund was formed in September 1999.  Were you a part of the formation of the Western Asset macro Speculation Fund in 1999?

A   Boy, then I'm off site.  I want to apologize.  I would have, obviously, read over that.  I did not realize it was around for that many years, no.

MR. SACK:  It does say, though, it assumed it's current objective in 2009.

MS. KEENAN:  Yeah.  I'm just focused on the first sentence right now.

THE WITNESS:  Yeah, yes.  Okay.  So that was my memory, the 2000 -- after the crisis, yes.  So, obviously, it was adapted from whatever it had

Page 215

been previously.  I don't recall the September 1999 date at all.

BY MS. KEENAN:

Q   You were not a part of the formation of the macro -- Western Asset Macro Speculation Fund in 1999?

A   I think the question is going to be whether it had the same name or was reformatted -- formatted.  It says it assumed its current name and objective.  So whatever it was named before that -- I don't want to say definitively I wasn't part of it because I don't know what it was.  But I don't believe I was.

Q   Do you recall whether you become a part of managing the Western Asset Macro Speculation Fund LLC in 2009?

A   I suspect that I did.  Because I was involved in most of the Macro non-benchmark funds that were -- you know, the Macro fund's named specifically because they were built by Macro or differentiate between those funds that one constrained that were bottom-up or credit funds.  and I was a part of the management of virtually all those funds.  So yes.

Q   It says it assumed its current name and investment objective in 2009.  Do you know what

Page 216

investment objective it assumed in 2009?

A   I don't have it in front of me.  It was a long time ago.  My recollection, it was a high volatility -- very high volatility government, you know, Macro fund they used.  Macro strategies tend to be government bonds, currencies, you know, global bonds.  I'm assuming that's right, but it may be appropriate.  But that's probably a reasonably good guess.

Q   The penultimate sentence of the first paragraph says "Macro Spec is mainly used as a leveraged government securities investment vehicle."

A   Sounds right.  Very leveraged.

Q   Do you know what instruments the Macro speculation Fund invested in?

A   Do I remember 12 years later?  No.  I'm assuming, from what you said, treasuries would be one.  I'm sure they -- I would assume a wide variety of global government bonds and currencies.

MR. SACK:  Just say what you remember.

THE WITNESS:  Okay.  I don't remember.

BY MS. KEENAN:

Q   Were there written portfolio guidelines for the macro Speculation Fund?

A   One presumes.  I don't remember.

Page 217

Q   Aside from you, who were the executives who were invested in the Macro Spec Fund?

A   I don't -- I don't remember.

Q   As of 2012, how much did you have invested in the macro Spec Fund?

A   The $64 question is going to be here what was the date of the assignment of $6 million.  And I don't know whether that was before or after.  I don't know the answer to your question.

Q   Well, it says "During May and June 2011, a senior executive" -- that's you -- "of WAM re-invested about $8 million into Macro Spec."

A   That would be in June of '11.  I thought you said January of '11 when this is written; right?

MR. SACK:  January '12 is on the memo.

THE WITNESS:  Oh, '12.  I'm sorry.  That's my mistake.  I apologize.

BY MS. KEENAN:

Q   I'm asking if you know what the size of your investment in the Macro Speculation fund was.

MR. SACK:  As of when?

MS. KEENAN:  As of the time of this memo.

THE WITNESS:  At the time of the memo is January 11th, 2012.  That's how I got off side.  On January 11th of 2012, whatever investment I might

Page 218

have had during 2011 was reduced by the $6 million.  And I don't know what date that was.  So I'm just -- I'm not trying -- I'm trying to be responsive in terms of the exact -- answering the exact date of your question.

So I do know I had a lot of money in the fund.  I do know that at some point I did have to voluntarily just waive my right to some of it.  And where that leaves us precisely on January 11th is the only reason I'm not able to answer your question clearly.

BY MS. KEENAN:

Q   As of 2012 were you managing the Macro Spec fund?

A   I believe I was a senior, you know, member of the team.  Sure, yes.

Q   Who was managing it with you?

A   I think -- I don't remember, but at Western we almost always have a team-based approach to our management.  Almost every portfolio has multiple managers.  I would assume that I was the lead.

Q   And who were the other members of the team that was managing the Macro Spec Fund in 2012?

A   I would assume, again, the person who managed it in my absence.  So I'm assuming he was --

Page 219

part of it would be Steve Walsh, who was the CIO of the firm at the time.

Q   Steve Walsh?

A   He was my boss, yeah.

Q   Do you know whether Mr. Walsh also was invested in the Macro Spec Fund?

A   I do not.

Q   Were your trading practices in the 2011-2012 time frame similar to the trading practices you described earlier, that is, voice trades were to set up brokers throughout the day?

A   Oh, yes, yes.  Yes, they were.

Q   How did you decide what trades to allocate to the macro Spec Fund?

A   I allocated the trades that were high leveraged government bond trades, I would assume.

Q   Were there treasury futures and options that you allocated to the Macro Spec Fund?

A   Look, it's 13 years ago.  One might assume that, but I don't recollect it clearly, no.

Q   Do you recall there being an approval process to invest in the Macro Spec Fund?

A   Every fund -- everything we have has an approval process, yes.  Yes, I do know there was an approval process.

Page 220

Q   What was that approval process?

A   Approval process was through our Compliance department.  You had to -- you had to call your -- the compliance Department, get permission to invest in the fund and -- and then, like all the funds that you invest in at Western, after you get Compliance approval and you fund the fund, they issue statements.

And my memory is I got monthly statements from the compliance Department.

Q   Who would have been the compliance person at that time?

A   The director of compliance was Eileen Harker.

Q   Eileen?

A   Harker, H-a-r-k-e-r.

Q   And do you remember Ms. Harker approving your investments in the Macro Spec Fund?

A   Yes.  I couldn't have gotten in otherwise and invested otherwise.

Q   Directing your attention to the second sentence of the second paragraph.  It says "Upon review, WAM management deemed that the re-investment" -- that's the $8 million -- "could narrowly be construed to have

Page 221

not had had all appropriate approvals documented."

A   How many --

MR. SACK:  What's your question?

THE WITNESS:  Yeah, how many negatives could you get in that sentence?  There's a lot of them.

BY MS. KEENAN:

Q   What approvals were you missing?

A   Can I --

MR. SACK:  He didn't say he was missing approvals.  And that doesn't say he was missing approvals.

THE WITNESS:  I can answer myself.

I wasn't missing any approvals.

BY MS. KEENAN:

Q   What's your understanding of what that sentence referred to?

A   That's a good question.  And that's why, when you look at this document, I'm willing to sign for the second page of this document.

Q   Okay.  The second page of this --

A   No.  I meant the second document.  This document.

Q   It says "Agreement of Assignment."  And then, there's attached an Agreement of Assignment.

Page 222

So is it your view that these two documents don't go together?

A   My view is that the second document that I signed is the one I've seen and I understand and I agree with.

Q   Uh-huh.

A   This document was not sent to me.  As you can see, I'm not on the attached list.  And I can't speak to it.

Q   What's the reason that you agreed to give up $6 million of gains attributed to your $8 million re-investment?

A   So if I might recollect the story line here, this was an extremely high volatility, very leveraged fund.  And I was going back and forth from London to Pasadena, back and forth.  And I got apprised that we had a margin call in the Macro Speculations Fund.

And I tried without success to reach my boss, Steve Walsh, and -- and he was monitoring the fund and must have been aware of it, or at least the firm was aware of it.  But the margin call, obviously, would have been ruinous -- not ruinous.  That's a bad word.  But if we made to make a margin

Page 223

call, you have to liquidate securities to make a margin call.

So I made the margin -- I called.  So I decided to make the margin call of my own money.  And I called Eileen Harker and asked her for permission to invest in the Macro Opportunities Fund and make the margin call.  She approved it.  I made the -- I put the money in the fund.  And when I was able to contact Steve, I apprised him of it.  And I thought that would be the end of it.

And I was fortunate.  Because a super heavily leveraged fund that was on death's door recovered.  I was apprised later, I believe by Brett Canon, who was the COO of the firm, that he felt that he and other -- he felt that he and the firm were not appropriately apprised of my involvement, which, since Eileen reports to him, seems unlikely.  And since Steve is my boss and I told him, that seems unlikely too.  But that was the story.

But the good news, I think, from our firm, which has a tremendous culture of compliance, takes our -- take our responsibilities very seriously, the firm said, "You know what we're going to do?  We're going to have an investigation.  We're going to have an open look at this situation."

Page 224

And they called in Munger Tolles and reviewed it, and I got a counsel and reviewed it.

Q   Please don't tell me anything that your counsel told you.

A   No, I'm not going to -- Jim Hirschmann came to me.  He's the CEO, was the CEO -- even then I wasn't CIO -- and told me that he felt that we had had terrible miscommunication throughout the firm, which had to be true since half the firm knew and half the firm claimed not to know.  And I had statements from the firm, for Pete's sake.

The decision, which was blessed by a lot of parties -- let's put it that way -- was the easy thing to do here was just -- to just divulge the position, and there would be no issues --

MR. SACK:  You mean divulge.

THE WITNESS:  Give up the gains, whatever the right.  He suggest -- I don't know.  I don't want to say -- I can't say -- yeah, it's privileged.

But everyone agreed that this was easy or at the time considered a reasonable solution to a situation that had been allowed to develop.

BY MS. KEENAN:

Q   You said that when you were going back and forth from Tokyo to Pasadena you were apprised of a

Page 225

margin call.

MR. SACK: He said London.

BY MS. KEENAN:

Q   London. Sorry. Who apprised you of the margin call?

A   Again, this is 12 years ago. I don't recall. it must have been the -- it must have been either the custodian on the account or one of the -- one of the analysts on the desk would have said that they received a margin call and told me. I can't imagine it would be anybody else.

Q   Who was the custodian on the account?

A   You know, 12 years ago, I honestly don't remember. I'm sure it could be found out. I don't know.

Q   You said that Mr. Walsh was monitoring the account. What's the reason you believed he was monitoring the account?

A   Well, every -- every account we have at the firm, if somebody is off the desk or travels or something like that, you can't -- you just don't leave it unattended. And so the practice and procedures we had for the -- the high -- you know, accounts that had my name on them at the time, he covered for me. And traditionally, I covered for his

Page 226

when he was out. We'd been working together for a long time.

Q   So you have a recollection of his telling you he would monitor the account in your absence, or that was just the practice at the time?

A   That was the practice.

Q   So you don't actually know that he was monitoring the account at that time?

A   Well, that -- as I said, I called him without success. That suggested to me that he may not have been paying as much attention as I would have been hoping.

Q   So in the middle of the second paragraph where it says "Following an internal review," is that the Munger Tolles review?

MR. SACK: To the best of his knowledge, you mean? Because he didn't write the memo.

THE WITNESS: Yeah, this memo -- there was an internal review, and it was run by Munger Tolles. Whether I -- one could make the logical leap that that's what they're referring to.

BY MS. KEENAN:

Q   Was there a second internal review that you participated in?

A   No.

Page 227

Q   What charity were the $6 million of gains donated to?

A   I think it says here somewhere; right? The Western Asset Foundation or something. I can't -- where does it say?

Oh, I see. It says -- it doesn't name it, but it says it was funded for many years by Western Asset Management.

Q   So do you know what charity that is?

A   I always assumed it was the Western Asset charity, but I don't know -- I don't know its name. Jim organizes that and runs that.

Q   Jim being Jim --

A   Jim Hirschmann, yeah.

Q   After you disgorged that $6 million in gains, what happened to the remainder of your investment in the macro Speculation Fund?

A   I believe it says in the memo, and so that's -- I assume that that's correct, that the fund was liquidated. It says it somewhere in here it's being liquidated. I'm sure, whenever it was liquidated, I got whatever money I had left in it back.

Q   It's my understanding that Western defines as a proprietary account accounts where the

Page 228

investments are 25 percent or more from WAMCO executives. Do you know whether the Macro Speculation Fund was classified as a proprietary account?

A   I don't know, but that's my presumption.

Q   Are there any other proprietary accounts at WAMCO that you have been invested in from 2012 to present?

A   I don't believe so. No, I don't believe that happened, no.

Q   Currently, are you aware of the existence of any proprietary accounts?

A   Yeah, that's what I was trying to think. I don't think there have been any proprietary accounts at WAMCO for quite some time.

Q   Since this period of time?

A   Well, you know, from time to time, the firm will start funds to incubate products in the hopes that someday, with a track record, you know, we might be able to participate in getting a broad base of clients to be -- to be interested.

But I don't -- but I think, as our financial condition improved as the years passed since the global financial crisis, that was not -- that was not necessary. So I don't think we've had

Page 229

any for -- I don't know -- ten years.

Q   So from 2012 to present, have there been any funds in incubation that you have been invested in?  setting aside your deferred compensation and the EDIP.

A   No.

Q   Prior to 2023, have there been other investigations of your allocation practices at WAMCO?

A   No.  What did you say "other"?  No, I have never had -- I've never had any allocation investigation of my practices during my history at Western Asset, full stop.  Not other.  Full stop.

Q   Well, there's this one.  That's why I said, "Other."

A   Well, is that -- is what that is?  That it's not an investigation --

Q   The one you're presently sitting in this room.

A   Other than the one currently.  I'm sorry.  I thought you meant the one in the memo.  I'm sorry.  I apologize.  I misunderstood you.

Q   So prior to 2023.

A   No, I've never had any.  Nor have I had any memos from the Compliance Department talking to me even about our allocation process during that time,

Page 230

during my history at Western Asset.

Q   Are you aware of any internal complaints regarding your allocation practices at WAMCO?

A   No.

Q   Have you ever been personally invested in the ▓▓▓▓ account?

A   No.

Q   In 2023, when did you first learn that your allocation practices were a subject of concern to WAMCO management?

A   I got off a plane on a business trip from New York on -- circa October of 20-something, whatever that Friday it was.  I was told that --

Q   Don't tell me what you were -- who told you?

A   My assistant told me that my CEO, Jim Hirschmann, wanted me to come in late in the afternoon, which -- highly unlikely since he's rarely around late in the afternoon on Fridays.

And I called him and asked him if -- I'd been ill, if there were any chance that whatever he needed to talk to me about he could do over the phone.  And he said that he could do that, but it would have to wait until three o'clock.  And then, he did call me with the firm's attorney.

Page 231

Q   Okay.  When you say your assistant called you, do you mean Ms. Marquez or Ms. Salmon?

A   Ms. Salmon in this case.  Because she runs my business calendar.

Q   You referenced earlier that you have not been allocating trades in the Core and Core Plus accounts.  did that start at the same time that you had this conversation with Mr. Hirschmann and counsel?

A   Yes.

MR. SACK:  I take it you mean the next business day, since this was a Friday at 3:00 p.m.

THE WITNESS:  The answer is yes.  It started straightforwardly from that point in time, yeah.

BY MS. KEENAN:

Q   Did you convey that limitation on allocations to anyone on your teams?

A   Well, the answer is yes.

Q   Who did you convey it to?

A   Getting me on the next question.  That's why I was struggling.

I talked to John Bellows.  Because he's -- was the now named head of the Core and Core Plus.  I talked to Mike Buchanan, who was the co-CIO who would

Page 232

need to be aware of this situation.  It was complicated.  Because I wasn't sure exactly what the firm would want from me during this period of time with the variety of breadth of accounts that I had.  And I believe I told Julie that all my trades from my -- Ms. Marquez that all my trades going forward should be, unless directed otherwise, pro rata Macro Opps.

MS. KEENAN:  It's ten to 4:00.  Can we take a break until four o'clock?

MR. SACK:  Yeah.

THE VIDEOGRAPHER:  Going off the record.  The time is 3:49 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  Going on the record.  The time is 4:04 p.m.

MS. KEENAN:  We are on the record at 4:06 p.m.

Q   Mr. Leech, I'll remind you that you're still under oath.

Can you confirm that we did not have any substantive conversation during the break?

A   I can confirm that.

Q   And I'll ask you to try to keep your voice up.

Page 233

What is the business of KE Leech LLC?

A   The business.  KE Leech LLC is a LLC that holds investments for the trusts of my children.

Q   When you -- where is its principal place of business?

A   In Los Angeles.

Q   Does KE Leech LLC have investments anyplace other than ▇▇▇?

A   It has -- KE Leech at the LLCs is completely -- the investments are held at ▇▇▇ I'm trying to think the -- each trust has a bank account.  Whether that's legally under the KE Leech umbrella or outside, I'm not aware.  And then, as of January 1st, KE Leech invested in a private equity fund called Himalaya capital.

Q   Your children are Stephen Kenneth Leech III and catherine Leech Dovetta?

A   That's correct.

Q   Do they each have a trust and a generation-skipping trust?

A   They each do, yes.

Q   And are those all -- are KE Leech LLC's investments for the benefit of the trust and the generation-skipping trust or just the trust in their name?

Page 234

A   All the investments are pro rata between those four trusts.

Q   What's the business of Greywacke LLC?

A   Greywacke LLC is a LLC that holds the rights to a private equity investment I made over the years that, unfortunately, is in bankruptcy, and there's a bankruptcy proceeding.  And the bankruptcy claims are held by greywacke for administrative ease so that our administrator in Colorado can do most of the work without us having to do it from Los Angeles.

Q   What was that private equity investment?

A   Medical simulations.

Q   When you formed KE Leech LLC, did you notify WAMCO?

A   I believe so.  We have to give a copy of every brokerage statement of all kinds to the Western Asset compliance Department every month.

Q   Do you also have to give certifications of outside business activity?

A   Certification of side business activity --

Q   Outside.

A   -- outside of investment accounts?

Q   Well, KE Leech LLC is a limited liability company that you formed.  Did you notify WAMCO that you formed a limited liability company?

Page 235

A   I provided Western Asset with a KE Leech brokerage statement which has everything in it every month since its inception 10, 12 years ago.

Q   Did you notify WAMCO when you formed the greywacke LLC?

A   I provided Western Asset with the Greywacke brokerage account where all the assets are held every single month since its inception.  And I could also say that Jim Hirschmann was a co-investor with me and is obviously aware of the situation.  But they get the statements every month.

Q   When you made the private equity investment in the medical simulator, simulations, did you notify WAMCO?

A   Well, I was co-investing with both Jim Hirschmann and Steve Walsh.  So my assumption is that we followed all the procedures.  And there is no question that Western Asset wasn't aware of it. There are a number of people at Western Asset invested.  The three of us -- Steve Walsh, myself and Jim -- were all significant.  Jim was actually -- I think he was chairman of the board at one time.

Q   What is the business of the Lazy L Foundation?

A   It's no business.  It's a for-profit

Page 236

foundation which gives to charities of various types.

Q   It's a for-profit foundation?

A   No.  It's a not-for-profit foundation. It's designed for my family to give charitably.

Q   Where is its principal place of business?

A   Los Angeles.

Q   Does it have an address?

A   Well, there's a question for you.  All the assets are held by ▇▇▇ which go to the firm every month, which is not the question you asked, but I believe probably would be my home address would be the address.

Q   Is that 1905 Country Lane in Pasadena?

A   Yes, it is.

Q   Who resides at 1681 San Pasqual in Pasadena?

MR. SACK:  I'm sorry.  Could you say that again, please?

BY MS. KEENAN:

Q   Who resides at 1681 San Pasqual?

A   My daughter Catherine Dovetta Leech.  And from time to time -- we have a guest house in the back.  My son uses that.

Q   What is your relationship to Rollin Bush?

A   Rollin Bush was my college roommate, life-

Page 237

long friend. And he's the administrator of the trusts for my children.

Q Did you invest in a business with him, TRF operating Corp?

A Wow, you're really going back. Yes. Many, many, many decades ago, he started a restaurant in New York, which is where he lives, and I was an investor in his restaurant.

Q When you say many, many, many decades ago, how many decades?

A I was trying to remember whether it was '80s or '90s. It's late '80s or early '90s, something like that.

Q Where are the assets of the Leech Family Trust held?

A The Leech Family Trust was organized just for legal convenience. So any asset that we put in the Leech family Trust is just changing the name from, you know, ken and Eileen to the Leech Family Trust. The assets are -- I mean, we get all the statements at home, and the assets are held by whichever broker or mutual fund company we've invested in.

Q Where do the statements come from?

Page 238

A Well, mutual fund companies provide statements. T. Rowe Price is where we hold a lot of their funds. They provide monthly statements, and they come -- they come to our house. But they're provided by the T. Rowe price company. The different brokerage companies that we have invested in provide statements that they send to our house.

Q Do you have an investment in the Miller Value fund?

A Yes, I do.

Q What's the size of that investment?

A The Miller Value Fund, Bill Miller was the lead equity investor for Legg Mason since the early 1990s and started that fund -- I'm trying to -- there's a value fund, and there's an income fund. And I'm trying to remember which one we're talking about here. The one that has bonds in it had several hundred thousand dollars. That would be the one that I think we're talking about.

Q Okay. Aside from 1905 Country Lane, do you own other residential premises in Pasadena or in California?

A Well, the 1681 San Pasqual residence you referenced, we own that. Our children live there. I believe we have -- I'm trying to remember which one -

Page 239

- I think that my wife's mother and her sister each live in apartments in Sierra Madre which we bought. In California that would -- I think that does it in California.

Q Do you own 1905 Country Lane and 1681 San Pasqual in your own name or in the name of an LLC or foundation?

A Well, I think I own it with -- in myself and my wife's name.

Q Do you own 610 Union Street in Los Angeles?

A My son -- my son, he owns it, and he lives there.

Q Do you have a role in managing the Powder River global Value Fund?

A No. That's my son's fund, and it's an equity fund.

Q There are occasions when you write $9,000 checks to cash from your bank account. What's the purpose of that?

A So that I'll have cash.

Q Okay. No significance to the amount?

A Is that a question?

Q Yes. Just there are many occasions where you write a $9,000 check to cash.

A Many. I mean, around Christmastime, around

Page 240

kids' birthdays. I -- just to have cash. Look, I've been very fortunate. I've made an awful lot of money. I mean, I spend a lot of money locally, yeah. I don't want to be a jerk here. $9,000 seems like a lot of money. it's not -- it's not a lot of money in the operation of my -- you know, my family's lifestyle.

Q It's not about the amount. It's just the same amount each time.

That's all.

That's why I'm asking about the $9,000 figure. No significance other than to have $9,000 of cash?

A You know, well, to be perfectly frank, my understanding is that if you go higher than that you have -- there may be reporting obligations.

Q We have no further questions at this time. We may call you again to testify in this investigation.

And if we're going to do that, we'll notify Mr. Sack, and as we came to you on this date, we'll reach a date that's convenient for everybody.

Is there anything that you want to clarify or add to the statements that you made today?

Page 241

MR. SACK: I think we'd like to take a short break.

MS. KEENAN: Okay. I was asking Mr. Leech if there was anything he wanted to clarify. I understand you want to take a break. I'll also ask you when we come back if there's anything you want to clarify. So you can think about that during the break too.

THE WITNESS: Okay.

MS. KEENAN: We're going off the record.

THE VIDEOGRAPHER: Going off the record. The time is 4:16 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: Going back on the record. The time is 4:37 p.m.

MS. KEENAN: Back on the record 4:38 p.m.

Q   Mr. Leech, I'll remind you you're still under oath. Can you confirm that there is no substantive conversation that we had over the break?

A   I can confirm that.

Q   Before we left, I asked if there was anything you wished to clarify or add to the statements that you made today. Is there?

A   No, I'm fine.

MS. KEENAN: Counsel, do you wish to ask

Page 242

any clarifying questions?

MR. SACK: Not at this time.

MS. KEENAN: Okay.

In that case, we are off the record at 4:39 p.m.

THE VIDEOGRAPHER: Going off the record. The time is 4:38 p.m.

(Whereupon, at 4:39 p.m., the examination was concluded.)

* * * * *

Page 243

PROOFREADER'S CERTIFICATE

In The Matter of:   WESTERN ASSET MANAGEMENT COMPANY

Witness:        Stephen Kenneth Leech

File No.     LA-05450-A

Date:        Wednesday, March 6, 2024

Location:       Los Angeles, CA

This is to certify that I, Kyleigh McGinnis, (the undersigned), do hereby certify that the foregoing transcript is a complete, true, and accurate transcription of all matters contained on the recorded proceedings of the investigative testimony.

3/11/2024

Kyleigh McGinnis            Date

Page 244

REPORTER'S CERTIFICATE

UNITED STATES OF AMERICA ) ss:
STATE OF CALIFORNIA      )

I, ELIZABETH TORSTENBO, CSR. 9048, RPR, the officer before whom the proceedings occurred, do hereby certify that the testimony was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that said transcript is a true record of the testimony given; that I am neither counsel for, related to, nor employed by any of the parties to the proceeding, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, not financially or otherwise interested in the outcome of the proceeding, or any action involved therewith.

# Transcript Word Index

**[& - 21]**

**&**

**&**
2:18 6:23

**0**

**05450**
1:4 5:11 243:5

**1**

**1**
1:9 3:7,18 6:4,5,8,11 58:7 147:12 153:9 172:19 185:17 186:13 190:18

**1,000**
157:24 166:3

**1:00**
162:23

**1:58**
176:8

**10**
3:17 99:15 129:19 135:10 143:10 147:9 165:6 186:7 186:16 211:4 235:3

**10,764,114**
207:15

**10:00**
78:18 196:8

**10:03**
48:20

**10:21**
48:23,24

**10:23**
48:25

**10:30**
76:17

**100**
10:12 22:21 23:4 100:14 104:19 118:15 147:23 158:11,12,13,14,17,17

**10017**
2:20

**100th**
147:22

**1074**
98:11 99:7 100:19 110:16 182:24 183:2,15 184:5,7

**11**
3:8,9,19 204:5,7 217:13,14

**11:00**
196:25

**11:03**
187:21 196:9,9 197:1,2

**11:05**
191:8

**11:15**
144:21

**11:22**
96:25

**11:23**
96:23

**11:28**
97:3

**11:29**
97:5

**11:53**
119:5

**11th**
171:19 212:17 217:24,25 218:9

**12**
3:20 165:6 207:1,9 212:8 212:11 216:16 217:15,16 225:6,13 235:3

**12:30**
162:13,23

**12:51**
120:3

**12:53**
120:5

**1221**
109:13 178:12,23

**12531**
3:13 141:6

**13**
3:22 211:25 212:1,11,12,13 219:19

**1369**
109:18

**14**
175:8

**140**
127:15

**141**
3:13

**142,000**
210:9

**144**
3:14

**146**
3:15

**15**
129:24 135:10 138:8,9,11 174:10 175:9 211:5

**16**
175:9

**1601**
110:4

**1651**
60:5 62:7 63:5,14,17 110:9 180:25 181:14,19

**1662**
3:7 6:2

**1681**
236:15,20 238:23 239:5

**169,221**
207:15

**17**
45:4

**171**
3:16

**1791**
3:12 42:16

**1799**
44:7

**18**
3:10 156:12 204:16 206:1,7 206:10

**1814**
46:24

**1819**
47:6

**1827**
3:21 207:8

**186**
3:17

**1905**
236:13 238:20 239:5

**1970s**
94:25 149:25

**1982**
110:22

**1988**
22:11

**1990**
21:15 22:14 207:23

**1990s**
238:14

**1999**
214:12,14 215:1,6

**1st**
233:14

**2**

**2**
3:8 11:3,10 44:23

**2,500**
166:9

**2:19**
176:11

**2:21**
176:12

**2:27**
171:20

**20**
3:8 135:10 143:10 157:25 158:10,12,13,16 166:4 205:3,6 230:12

**2000**
7:17 99:10 214:24

**2002**
43:7

**2005**
51:5

**2009**
214:20 215:15,25 216:1

**2010**
174:6,15

**2011**
217:10 218:1 219:8

**2012**
35:5 37:9 39:21 174:20 212:17 213:9,12 217:4,24 217:25 218:13,23 219:9 228:7 229:2

**2013**
174:19 175:4

**2017**
43:5,7,9,12,15,16,18

**2019**
14:13,16 52:1 69:11 70:16 97:20 114:7 128:25 170:1

**202**
1:25

**2020**
42:11 45:4,16

**2021**
136:7,12 137:5 186:14 203:20 204:12 205:5 206:5

**2022**
50:10,18 55:16,24 56:7 136:15 137:8,19 142:23

**2023**
3:9 12:3 50:19 52:1 56:7,17 56:18 57:11,22 59:5,15 61:2,5 62:4,5,6 63:1,2,11 66:21 73:13 97:20 114:8 128:25 137:13 142:7 143:21 144:18,20 170:1 171:19 203:17 207:1,3,12 209:25 229:7,22 230:8

**2024**
1:14 3:8 4:4,10 11:9 49:19 63:15 243:6

**204**
3:19

**20423**
3:16 171:12

**207**
3:20

**20th**
11:9

**21**
136:18 137:7 157:25 166:4 205:6

[212 - 8:43]

**212**
  2:21 3:22
**22**
  132:1 136:14,19 142:12
  143:18 149:4 150:9 151:11
  157:25 166:4
**2236**
  111:3
**23**
  61:19 132:1 136:20,21
  137:14,14 142:14,15
  157:25 162:18 166:4
**24**
  10:18 166:4
**244**
  1:9
**25**
  135:12,14 228:1
**2797**
  111:13

**3**

**3**
  3:9 11:16,19 12:3 46:22
  47:4 48:3,6 152:1
**3,721**
  166:9
**3/11/2024**
  243:16
**3/28/2024**
  1:5
**3:00**
  231:12
**3:04**
  211:10
**3:05**
  211:7
**3:24**
  211:13
**3:25**
  211:15
**3:49**
  232:13
**30**
  82:4,7,7,9 86:9,14 95:8
  165:6 187:17,18 188:2
  207:22
**300**
  152:1,2,9
**3000s**
  103:16
**3003**
  112:2
**30th**
  144:20 204:2
**31**
  204:15 205:25

**31st**
  204:1
**323**
  2:12
**3313**
  100:23 101:11,15,17
  121:12
**34**
  79:3
**3484**
  101:18 102:11
**3486**
  102:2,11
**35**
  96:15
**3607**
  112:10
**3612**
  102:13
**3635**
  103:7
**3654**
  103:12
**3665**
  112:25
**3671**
  104:4
**3699**
  104:9
**3729**
  113:5
**3753**
  104:15
**3rd**
  144:17

**4**

**4**
  3:10 12:5,13 18:6,8
**4:00**
  232:9
**4:04**
  232:16
**4:06**
  232:17
**4:16**
  241:12
**4:37**
  241:15
**4:38**
  241:16 242:7
**4:39**
  242:4,8
**4:50s**
  79:1 155:25
**40**
  95:10 129:20 130:1 132:7

**40 (cont.)**
  151:2
**4042**
  105:8
**4054**
  113:12
**4126**
  105:14
**42**
  3:11
**4262**
  105:24
**444**
  1:12 2:10
**4453**
  113:20
**4490**
  114:1
**4543**
  106:4
**4570**
  106:9
**4619**
  106:14
**467-9200**
  1:25
**4bj**
  113:5
**4th**
  186:14 200:5

**5**

**5**
  3:11,18 12:5,13 42:14,17
  49:10 99:14,15 129:16
  135:10 186:13
**5,000**
  157:23 166:5,9
**5:00**
  74:1 78:22 156:1
**5:15**
  75:4
**5:20**
  75:4
**5:30**
  75:3,8
**50**
  94:18,23,24 95:2 149:9
  189:15
**50/50**
  161:7 173:19,23,25 174:2,9
  175:25 176:21,22 177:2
  178:5 179:5 180:6 181:19
  187:24,25 189:5,14 191:10
  192:13 193:5
**500**
  209:9

**50663**
  3:22 211:25
**54**
  187:5,16
**565**
  2:19
**58**
  187:5,16

**6**

**6**
  1:14 3:7,13 4:4,10 141:4,7
  217:7 218:1 222:12 227:1
  227:15 243:6
**6,800,000**
  210:9
**6:00**
  75:18 196:19
**6:30**
  77:19
**60**
  132:7 151:4
**60/40**
  132:4,6 150:19,19 151:12
  153:7
**610**
  239:10
**64**
  217:6
**671**
  108:18 182:2
**6784**
  128:2

**7**

**7**
  3:4,14 46:22 144:5,8
**7:00**
  77:19 196:24
**70**
  50:7
**70s**
  21:20 92:2
**7495**
  3:15 146:16
**7663**
  3:14 144:7

**8**

**8**
  3:9,15 146:14,17 165:6
  217:12 220:25 222:12
**8:00**
  78:18
**8:43**
  187:17 188:9 189:17 191:5
  191:7

**[8:59 - allocate]**

**8:59**
187:18 188:9
**80s**
81:11 93:4 95:9 237:12,13
**85**
138:17
**856-9600**
2:21
**8th**
12:3

| 9 |

**9**
3:16 171:12,13
**9,000**
239:17,24 240:4,11,12
**9:00**
76:17
**9:13**
1:18 4:4
**9:14**
4:10
**90**
80:15 147:20
**900**
1:12 2:10
**90071**
1:13 2:11
**9048**
244:6
**90s**
237:13,13
**90th**
147:5,9
**965-3998**
2:12
**984**
109:2 110:7 151:24
**99**
43:2
**99th**
147:14

| a |

**a.m.**
1:18 4:4,10 48:20,23 49:1
78:6,22 96:25 97:3,5 119:5
144:21 196:8
**a.m.s**
156:1
**ability**
10:19 33:16,16 121:17
128:20 130:6 138:16
159:20 244:9
**able**
54:16 79:25 83:4 105:2
125:12 172:15,18 177:7

**able (cont.)**
186:24 218:10 223:8
228:20
**abramowitz**
2:18 6:23
**absence**
170:16 218:25 226:4
**absolutely**
59:14
**abu**
106:18 142:25
**academic**
103:12
**accept**
178:7,14
**accepted**
22:8 154:11
**access**
79:25 121:6
**account**
13:17 60:17 63:10,12 98:3
99:14,19 108:14 109:22
110:7,16 111:19,21 112:18
118:18 121:12 124:18
128:16 131:13,14,14,15
143:1 144:24 145:2,3,5,6
145:22 156:20 163:21
166:11 171:1,3,4 178:21
181:15 182:6,7,13,18,21
183:2,7,8,10,12,16,20
184:23 185:4 189:10
190:24 192:9,10,23 201:6
208:10 225:8,12,17,18,19
226:4,8 227:25 228:4 230:6
233:12 235:7 239:18
**accounting**
212:18
**accounts**
29:4 60:24 61:8 92:14
98:24 99:5 107:11,13,21
108:12 111:18 122:1,3,3,4
122:4,5,5,6 123:24 124:14
128:2 131:11,12,12,22
136:12 163:22 178:18,19
181:3,4,6,12,17 182:17
183:6 184:2 185:18 189:12
189:12 201:4 225:24
227:25 228:6,12,14 231:7
232:4 234:22
**accurate**
18:24 243:11
**acquired**
42:11
**acquisition**
42:21 43:5

**action**
129:9 244:16
**active**
39:2
**activities**
21:12
**activity**
74:22 234:19,20
**actors**
140:19
**actual**
26:8 81:24 183:19 195:19
**adapted**
214:25
**add**
17:23 19:1 65:14 192:24
210:21 240:25 241:22
**added**
153:12
**addition**
11:22 12:2 30:5
**additional**
46:6,17 59:18
**address**
236:7,11,12
**adjacent**
184:1
**adjust**
66:5
**adjusted**
182:7
**adjusting**
151:10
**adjustment**
205:24
**administration**
66:12
**administrative**
234:8
**administrator**
234:9 237:1
**admission**
70:24
**advantage**
82:15,21 157:3
**adversely**
134:17
**advice**
59:1 61:25
**advise**
60:19
**advised**
61:21,24 132:19 157:15
**advising**
187:10

**advisors**
16:5
**aegis**
115:9
**affiliate**
44:24 49:12
**affiliated**
7:7
**afternoon**
78:1 160:25 230:18,19
**afternoons**
52:18,21
**age**
46:3 55:18
**agendas**
76:20
**agent**
19:17
**aggregate**
106:15 209:5,6,7
**aggressive**
151:8,25 161:1 181:14,17
**aggressively**
183:12
**ago**
8:4 23:5 60:12 62:18 65:17
103:3 189:24 216:3 219:19
225:6,13 235:3 237:6,9
**agree**
222:5
**agreed**
46:14 222:10 224:20
**agreeing**
46:6,17
**agreement**
20:1 42:20 44:9,13,22,23
45:2,14,17,19,20,21 46:13
46:23 47:1,5,8,11,12,17,22
47:24 48:9 49:11,12,13,15
212:24 221:24,25
**agreements**
114:22 201:19
**agrees**
47:9
**ahead**
188:10
**ahold**
171:21,23 172:18
**aid**
15:15
**akin**
208:24
**alignment**
181:8
**allocate**
71:6 97:14,17,21 106:19

**[allocate - asking]**

**allocate (cont.)**
107:14 163:18 165:6,11
168:13 170:11 173:25
175:23 177:2,4 184:10
185:11 197:23 198:14
199:8,15,24 200:1 210:19
219:13
**allocated**
73:5 100:18,19,24 161:11
164:21 167:20 185:14,22
187:7,17,18,22,24,25 188:3
188:4 197:1,5 219:15,18
**allocating**
63:5,12 101:19 102:3,14
103:9,13 104:5 105:25
106:5 107:14 108:19 109:3
109:14,19 110:5,10 111:4
111:24 112:3,11 113:1,6,13
113:21 114:2 176:22 179:4
180:5,23 198:9,11 231:6
**allocation**
36:2,2 52:11 61:22 70:19
70:21,22 71:16 75:23 92:9
101:1,20 102:5,15 103:10
103:13,14 104:12,16 106:6
108:9,15,20 109:4,15,20
110:6,11,24 111:1,5,25
112:4,5,12 113:2,7,7,14,22
113:22 114:3,4 158:25
159:2,10,11,13,17,21
160:18 161:4,19,24 162:1
163:10,13,24 164:11 165:2
165:19 168:12,19,20,24
169:8 173:19 174:5 176:21
177:4 178:4,6,13 179:22
180:25 181:19,20,24,25
182:2,3,21,24,25 183:3
184:19 189:6,9,11,13 191:7
191:9,10 192:21 193:1,4,14
193:16 196:4,7,11,13,21
197:21 198:1,2,17 199:12
208:20,21 209:20 210:3
229:8,10,25 230:3,9
**allocations**
5:11 14:25 15:9 161:22,22
166:19 169:17 170:3,14
173:1 177:16 182:20
184:12,12 192:13 206:25
231:18
**allow**
151:25
**allowed**
99:8 130:22 138:19 151:8
208:10 224:22
**allows**
206:24

**alternative**
104:15 143:9
**alternatives**
103:5 104:10
**alzheimer's**
67:1,16,18
**ambassador**
141:22
**amend**
118:4
**amended**
1:5 45:5
**america**
244:3
**amit**
27:15
**ammunition**
138:15
**amount**
36:7 47:11,17 81:23 94:12
121:11,23 202:22 203:10
203:14,16 205:16,17
239:21 240:8,9
**analysis**
123:23 127:22 138:7
**analysts**
125:10 126:17 225:9
**anello**
2:18 6:23
**angeles**
1:11,13 2:11 4:5 233:6
234:10 236:6 239:10 243:7
**animal**
183:21
**ann**
108:6
**announcement**
50:11 56:9,15
**annual**
69:9,12,14 70:14 73:2
201:11,16 203:10
**annually**
69:7
**answer**
9:4,10,14,21 10:2 14:10,12
16:5 19:14,20 42:23 43:2
53:11 63:6 66:25 67:4,12
67:17,22 105:2 108:15
110:19,19,20 118:14
152:12 165:8 166:17
169:19 178:11 186:24
189:24 199:15,16 208:13
212:22 217:9 218:10
221:13 231:13,19
**answerable**
23:12,16,18,19

**answered**
25:5 202:3,4
**answering**
12:15 14:18 48:8 218:4
**answers**
8:15 9:21 10:10
**ante**
152:7
**anthony**
26:16
**anticipated**
57:21 59:4 150:5
**anticipating**
205:25
**antidotes**
83:11
**anybody**
181:12 225:11
**anyplace**
233:7
**anyway**
69:3 175:2
**apartments**
239:2
**apologies**
154:6 198:10
**apologize**
72:14 214:16 217:17
229:21
**appear**
12:5 191:25
**appearance**
19:11,21
**appearances**
2:1
**appearing**
6:17 11:13
**appears**
42:25
**apples**
148:13,13
**applications**
17:20 183:13
**applies**
43:15
**apply**
184:5
**apportioned**
185:6
**appreciate**
171:7,9 208:1
**apprised**
222:18 223:9,13,16 224:25
225:4
**approach**
33:20 63:7 114:23 218:19

**appropriate**
66:6 177:23 179:8,18,21
180:4,21 184:10 188:15
191:9 216:8 221:1
**appropriately**
18:18 188:2 223:16
**approval**
219:21,24,25 220:1,2,7
**approvals**
221:1,8,11,12,14
**approved**
223:7
**approving**
220:17
**approximately**
62:4 69:10 70:16 161:4
**apps**
16:22
**april**
142:7 143:21 144:17
171:19
**area**
27:16 28:6 58:25 87:7,8,14
122:14
**areas**
80:15 92:21 122:2
**arena**
21:21 72:20
**argue**
81:8
**argumentative**
197:11
**arian**
15:7
**arrangement**
50:16
**arrangements**
56:12
**articles**
151:13
**asg**
105:17
**aside**
29:21 149:22 217:1 229:4
238:20
**asked**
10:4 47:22,24 48:9 99:2
208:5 223:5 230:20 236:10
241:21
**asking**
12:15 13:3,21,22 35:10,11
65:10 66:18,19 69:5 88:5
177:11,15 193:10 194:25
195:2 205:6 217:19 240:11
241:3

**[aspect - believes]**

**aspect**
180:14
**aspirationally**
70:21
**asset**
1:5 4:6 5:5,10,11 7:18 22:3
22:16,22 23:13,15 27:14
34:20 40:2,3 52:11 56:21
71:4 73:9 84:15 93:9 95:8
98:12,18 100:13,23 101:18
102:2 103:12 104:9 106:4,9
106:15 108:18 109:2,18
110:4 111:13 114:1,10
150:17,22 207:14 208:4
209:24 210:8 213:1 214:1
214:11,13 215:5,14 227:4,8
227:10 229:12 230:1
234:17 235:1,6,18,19
237:18 243:3
**assets**
100:8 142:9 235:7 236:9
237:15,21,22
**asset's**
40:8
**assigned**
57:16 97:25 125:14 126:5
127:7 144:24 207:7
**assignment**
212:24 217:7 221:24,25
**assignments**
99:2 104:24
**assistance**
73:7
**assistant**
2:6 72:21 120:16 159:21,23
169:17 170:4 172:14
230:16 231:1
**assistants**
72:15,19 115:23 125:1
**associate**
87:24
**associated**
25:20 194:6
**assume**
10:3 47:16 170:5 216:18
218:21,24 219:16,19
227:19
**assumed**
214:19 215:9,24 216:1
227:10
**assuming**
216:7,17 218:25
**assumption**
235:16
**ast**
103:12 111:3,7,12

**at&t**
113:12,17 172:16
**attached**
221:25 222:8
**attend**
68:13
**attention**
128:10,23 131:10,19
144:19 195:22 213:24
220:21 226:11
**attentive**
133:15
**attorney**
13:18 230:25 244:14
**attorneys**
5:2 15:16
**attractive**
37:21 81:19
**attributed**
222:12
**attribution**
116:16
**attuned**
134:4
**auction**
82:19,21
**auctions**
82:12,14
**august**
56:16,18 57:11,22 59:15
61:2,19 63:1 150:15
**australia**
37:16 54:22
**australian**
26:17 37:17 55:5
**author**
144:22
**authority**
63:4,9 199:11,15
**authorized**
170:11
**available**
5:20 108:24 109:6 115:14
115:20 121:23 123:12
125:4,8,18 152:8 169:24
173:17,18 175:23
**avenue**
2:19
**average**
73:20 156:19,19
**avoid**
11:1
**award**
3:11 42:14,20 43:1,3
**awards**
47:18

**aware**
15:10 17:21 32:24 60:20
71:4,20 73:7,9 200:22
222:22,23 228:11 230:2
232:1 233:13 235:10,18
**awareness**
68:25,25 211:2
**awful**
39:14,16 48:7 81:20 86:6
87:10 93:2 94:2 137:9
149:8 155:19 167:10
172:21 207:24 240:2

**b**

**baby**
39:21
**back**
18:18 21:25 33:3 48:25
53:25 60:11 70:3 71:12,15
71:25 72:3,4,5 75:4 76:11
76:12 79:16,17 81:11 87:3
92:12 93:3 94:24 97:4
116:23 124:6 128:11
130:17 132:22 137:1,18
149:7 155:3,24 156:10
165:18,18 166:7 174:14,21
185:18 196:9 222:16,17
224:24 227:23 236:23
237:5 241:6,14,16
**backed**
27:17
**background**
3:10 18:7 80:13 81:10
**bad**
83:17 105:21 128:6 131:17
137:7 140:19 143:16
147:14,21 222:25
**badly**
129:14 136:18 149:13
155:14
**bailiwick**
87:19
**balance**
3:20
**balances**
207:4
**bank**
92:19 138:16 233:11
239:18
**bankruptcy**
234:6,7,7
**bankrupts**
185:4
**bar**
95:4
**barclays**
209:6

**barrier**
153:12
**base**
108:25 135:13,15 201:12
228:20
**based**
10:10 13:6 66:8,14 93:5
94:10,11 114:23 116:12
128:21 132:11 138:23,25
139:5 140:2 150:21 152:13
176:24 187:19 190:7
192:21,24 193:1,8 209:9
218:19
**basically**
33:8 38:1 40:5,12 51:9
54:12 81:25 182:5
**basis**
13:8 118:1 133:8 152:1,3
168:23 182:22
**bat**
155:16
**bates**
3:12,13,14,15,16,17,21,22
186:15 207:5,6
**bathroom**
8:21
**bear**
56:1 132:1 196:4
**beauty**
132:6
**began**
21:15
**beginning**
121:4,6
**behalf**
2:3,14 6:19 73:10
**belief**
48:10 209:12
**believe**
12:21 13:7 14:5 15:9 16:22
17:11 18:21 23:2,2,18 33:3
35:4 48:7,8 49:20 50:9,12
52:15 61:17,17,18,19 65:8
65:20,21 66:25 67:12 71:21
100:10 101:10 102:8 104:6
104:7 105:16 114:20,21
148:16 168:22 198:4
206:20 215:12 218:15
223:13 227:18 228:9,9
232:5 234:15 236:11
238:25
**believed**
225:17
**believes**
37:18

**[believing - business]**

**believing**
132:20
**bell**
162:20
**bellows**
28:13 55:9,11,13 56:19
57:21 59:11 61:2,16 62:8
63:2,22 64:24 65:22 146:13
154:2,18 173:15 231:23
**benchmark**
36:16 117:21 133:1 136:6,8
136:11,16 137:1,3 145:10
151:24 179:11 215:17
**benchmarks**
117:10,10 136:7 184:8
**benefit**
84:10,16 112:10 233:23
**benefiting**
84:23,23
**benefits**
48:4 81:7
**best**
8:14 10:1,8,11,22 17:17
18:25 22:18 37:15 67:17
70:18 73:3 90:22 147:12
204:24 205:5 226:16 244:8
**bet**
213:11
**better**
21:24 83:16 96:4 145:22
149:18 187:21 191:6,8
208:18
**bid**
86:14 157:16
**big**
27:13 35:16 36:11 53:15,16
69:8,11 99:3 125:15 134:20
137:14 141:13 143:10,11
154:19 155:22 158:14
162:5 175:7 177:24
**bigger**
34:6 125:18
**biggest**
27:25 31:20 35:25 36:17
40:22 109:12 132:1 136:24
149:22 153:6 207:23
**bill**
179:6 238:12
**birthdays**
240:1
**bit**
18:18 30:25 82:20 84:18
142:4 155:10 169:10 189:6
194:13 201:10
**blank**
42:4 70:5 89:18

**blessed**
224:12
**bloomberg**
32:11,15 33:6,8,9,13,17
34:9,15,21,23 71:19,23
79:23 90:16 161:16 209:7
**blotter**
3:17 186:8,14
**blotters**
197:12
**blue**
106:14,14
**board**
22:15,21,25 23:12,15,17,19
23:21,23 62:17 139:12
145:12,12 154:20,22 155:5
155:5,17,18,20 235:22
**bodies**
130:8
**boise**
60:22
**bond**
35:18 36:2,12,13,17,22
37:20 57:1 66:7 72:17,18
81:1,2,3,17,17,20 82:7,12
94:4 98:21 102:3 106:4
109:3,18 112:2,25 116:22
130:3 132:2,17,18 136:25
138:17 139:17 179:16
184:2 190:17 194:3 207:14
207:23 209:8,9 219:16
**bonds**
25:17 27:12,13 36:1,1,8
38:10,14 53:18 56:1 82:9
82:20 83:12,13,18 99:24,25
129:17,17 132:5,5,8,8
133:6,6 138:4 139:13
140:12 151:1,3,3,13 177:5
182:11 190:17 192:12
209:15 216:6,7,19 238:17
**bonus**
201:13 202:7,11 205:2
206:1,2,4
**bonuses**
203:6
**book**
29:3 127:15 169:13 170:21
**books**
170:7 197:14,18
**boom**
151:5
**boss**
155:13 219:4 222:21
223:18
**bottom**
41:3,12 147:10 179:11

**bottom (cont.)**
204:10 208:22 215:21
**bought**
83:12 84:7 239:2
**bounds**
129:20 130:3,15 152:5,9
153:11
**box**
167:4
**boy**
214:15
**brazil**
26:22 37:20
**brazilian**
37:20
**breadth**
33:10 38:22 73:1 83:3
92:17 93:15 124:16 181:2
232:4
**break**
8:20,22,24 9:4,5 48:17
49:10 96:14,15,16 97:10
120:11,13,14 153:8 171:7
176:5,18,20 211:4,20
232:10,22 241:2,5,8,19
**breaking**
118:21 129:13
**brent**
2:6 5:1
**brett**
223:13
**brian**
2:7 5:4
**bring**
33:16 34:3 61:12 76:8
82:17,17 131:9
**brist**
27:14
**britain**
140:21
**broad**
35:15 51:5 52:6 91:3 92:25
93:5,21,21 94:10,11 101:12
106:20,21,22 107:10
116:12 121:24 131:2 139:4
140:2 176:24 192:21,24
193:1 208:14 209:1,9 214:4
228:20
**broader**
34:7 93:11
**broadly**
38:21 91:5 93:10 108:24
125:18 143:18 150:14
177:1 186:22 208:4
**broke**
206:9

**broker**
13:1 86:11 87:2 88:14,20
158:19,22 159:12,15,18
163:6 166:4,11,13 167:2
168:10 196:7,19 198:20
237:23
**brokerage**
14:12 234:16 235:2,7 238:6
**brokers**
87:20,23 88:4,7 90:22
161:21 162:24 167:9
219:11
**brought**
131:19 137:17
**brown**
25:17 26:1
▮
89:22 95:7,12,25
**buchanan**
24:22 25:13 27:2 31:17
49:25 50:23 53:8 55:6
126:21 231:25
**buchanan's**
51:1
**bucket**
184:22
**bucketed**
99:6
**buckets**
151:9,10,11
**buddies**
155:16
**budget**
41:2,3,4 129:18
**build**
150:25
**building**
31:9,10,11
**built**
215:19
**bulk**
169:13
**bullet**
147:8
**bunch**
103:17
**bush**
236:24,25
**business**
24:15,16 25:1,9,11 26:14
27:25 32:10 36:3 40:7
53:12 54:24 58:16,25 64:8
68:2,4,6,7 74:17 77:20,23
85:10 86:1,21 88:12 91:5
93:10 94:2,12 96:2 132:22
146:2 149:9 170:21 230:11

**[business - choice]**

**business (cont.)**
231:4,12 233:1,2,5 234:3
234:19,20 235:23,25 236:5
237:3
**businesses**
36:4 37:1 170:7
**buster**
35:21
**buy**
21:19,20,25 30:9 81:2 82:8
82:24 84:5,6 85:4,17 86:8
86:16 87:16,16 99:23
128:16 157:9 182:12
183:19 185:17 188:11
190:17 192:12 194:11
196:1 208:8,10
**buying**
80:22 81:4,21 85:2 87:11
87:12 91:11 179:16 183:18
188:15,24 189:11 191:11
191:12

**c**

**ca**
1:13 2:11 243:7
**calculation**
153:7
**calendar**
87:17 231:4
**california**
238:22 239:3,4 244:4
**call**
15:11 23:22 26:6,19,21
27:24 30:5,6 31:17 33:17
36:12 52:19 53:17,21 71:24
79:2 82:5,7,8 87:18 98:2
121:8,10 122:15 135:1
139:11 151:17 160:20
162:24 163:1,2 165:4
166:13 172:1,8 196:11,14
198:22 209:1 220:3 222:18
222:23 223:1,2,4,7 225:1,5
225:10 230:25 240:18
**called**
4:17 13:1,5 14:2 26:7 33:22
57:13 65:23 75:13 85:22
86:2 123:17 150:14 160:25
161:20,25 163:6 193:18
196:8,25,25 202:19 209:2
223:3,5 224:1 226:9 230:20
231:1 233:15
**calls**
12:4 14:24 28:15 75:20
79:3 85:17 139:1 140:4,5,6
140:23 158:7
**candidate**
155:7

**canon**
223:14
**cantz**
89:12 93:2 95:9,15 96:4,10
**cap**
35:24
**capabilities**
91:1 92:18 93:8,15 94:15
**capability**
91:22 92:15,22 93:1,12,22
94:7
**capacity**
7:13,15
**capital**
21:18,23 81:6,7 233:15
**capture**
25:24
**care**
51:22
**career**
21:19
**careful**
47:19 103:18 151:9 160:5
**carefully**
25:22 48:6
**carlton**
144:25 154:21
**carroll**
142:3
**case**
46:3 108:3,5 115:25 146:12
147:20 151:3 156:18 162:3
192:10,11 231:3 242:4
**cases**
139:2
**cash**
81:24 121:22 128:23 181:5
182:9 202:7,11 239:18,20
239:24 240:1,13
**cast**
101:12
**catalogue**
121:20
**catches**
128:10
**categories**
43:6
**category**
14:19,23 131:7
**catherine**
233:17 236:21
**caught**
136:11
**cause**
128:13 185:11

**causes**
133:2
**cell**
15:11,13 16:3,15,25 17:2
172:4,4,23,24
**central**
138:16
**ceo**
23:11 31:19,19 59:12
149:14 202:25 224:6,6
230:16
**certain**
5:10,13 7:6 12:4 24:18 45:2
45:10,22 49:14 81:6 107:8
107:13 133:5 178:12
184:25 196:6
**certainly**
70:24 78:16 114:16 118:9
134:12 169:24 188:20
**certificate**
243:1 244:1
**certification**
234:20
**certifications**
234:18
**certify**
243:9,10 244:8
**cetera**
50:16 116:23 141:24
**chai**
27:22
**chair**
52:3,13
**chairman**
51:12 235:22
**challenge**
36:18 84:20 140:25 150:10
166:15 191:3,5 194:5
**challenges**
83:7 133:11 149:22,23
165:25
**challenging**
42:2 146:7
**chance**
141:10 230:21
**chandran**
29:13,21 30:23 108:4
173:10
**change**
35:16 36:11 53:15,19,24
56:11 59:14 68:21 100:6
102:23 117:23,24 122:16
123:8,10 135:7 149:12,13
153:2,6 179:24 199:5 204:3
204:23 205:1,21 206:25
207:16 209:18

**changed**
68:20 75:15 135:5 152:23
152:24 203:25,25 205:1
**changes**
75:6 77:10 109:1 134:15
206:18,21,23 207:13
**changing**
152:22 156:23 190:18
237:19
**characteristic**
182:6
**characteristics**
41:5 128:5 181:3
**characterization**
108:12
**characterize**
174:2
**charge**
88:7 118:13
**charitably**
236:4
**charities**
236:1
**charity**
227:1,9,11
**chart**
24:8 57:17
**chase**
195:25
**chat**
33:23 34:7,10 90:14,16
**chats**
33:17,19 34:5
**cheaper**
81:25 82:1 140:12
**check**
65:9 102:9 166:11,13 167:2
167:4 239:24
**checked**
101:23 107:6
**checking**
68:22 107:24,24
**checks**
239:18
**chicago**
42:5 87:25 95:25 96:2
**chief**
23:9 24:23
**children**
233:3,16 237:2 238:24
**chinese**
27:22
**chitchat**
74:15
**choice**
206:13,14 209:22

**[choose - compliance]**

choose
152:4
chopra
27:15
chose
59:21
christmastime
239:25
chubb
192:14,17
church
109:13,17 178:12,15
cio
23:10 24:1,23 31:17 37:3
38:20 50:1,4,6,8 51:2,17,17
54:14 73:21 99:3 114:15
174:17 219:1 224:7 231:25
circa
7:17 99:10 174:19 230:12
circle
165:18 212:5
circumstance
7:25 177:23
circumstances
128:22 165:21 166:23
176:22 179:4 180:5,23
182:1,23 184:9,18
citi
105:8,12
city
79:13
civil
5:16
cl
27:24
claim
13:6
claimed
224:10
claims
47:2 234:8
clarification
28:22 41:25 112:16 142:1
151:19 177:20 186:20
192:16 209:4
clarify
120:25 183:6 212:23
240:24 241:4,7,22
clarifying
19:13 242:1
clarity
59:7 62:9,18,24 64:14
133:17
clark
89:22 94:18 95:7,12 96:10

class
84:15
classes
150:17,22
classified
228:3
clear
9:13 13:15 51:13 57:17
61:3 64:2 97:19 104:8
126:15 175:11
clearly
104:11 116:9 154:25
218:11 219:20
click
115:21
client
13:19 29:15 58:13,21 59:24
60:12,14,15,21 61:9,13
63:13,24,25 66:22 67:8
76:13,20 77:1,2,15,18,22
77:22 81:19 100:12 101:3,8
101:10,11,24 102:18,19,20
102:23 103:8,24 104:13
105:1,2,6,20,23 106:12
111:10 112:7,14 113:18
114:18 116:14,17,20 117:5
123:19 131:12,16 132:16
138:18,25 140:2,4,5 141:15
141:21 144:23 146:10
153:16
clients
39:10 40:8 66:24 77:2,16
98:20,25 99:2 101:5,13
108:22 109:6 114:6 126:11
130:13 132:12,25 133:3
139:10,18,21,22 141:1,23
142:24 143:24 145:1,24
153:10,13 155:10 200:20
208:5 228:21
client's
73:10
clini
26:22
close
24:2 29:22 50:7 95:1,2
160:13
closed
78:2 205:3
closing
78:2 162:17,21
coast
77:17
coffee
74:5
cognizant
154:13

coincide
56:11
colburn
144:16 145:7 146:13,22
147:2,4 154:7
colburn's
144:21
colleague
6:20,21
colleagues
32:15
college
236:25
[redacted]
89:14,14
colorado
234:9
column
187:13 204:12
combine
82:2 182:20
comeback
166:23
comfortable
61:9,12 169:22
coming
55:21 79:16 116:21 143:18
191:22
commence
55:14
comment
143:25 167:23 187:9 189:2
189:5 194:18 198:18
commercial
133:7
commission
1:1,10 2:3,8 5:3,6,9 8:10
commission's
6:2
committee
51:13,19 52:3,4,7,11,13,15
52:19,24,24 53:2,5 77:25
117:1,2
committees
51:20,21,24 52:2
communicate
32:14 33:19 71:25 72:9,22
90:3 159:20 160:3,3,15,23
communicated
130:14
communicates
105:1
communicating
64:16
communication
18:1,2 19:18 29:15 57:18

communication (cont.)
71:22 72:24 161:2,10
169:23
communications
14:24 15:11,14 16:16,17
19:7 58:14,22 107:23
comp
202:12,13 206:14
companies
7:7 13:2 46:14 238:1,6
company
1:6 5:10 13:11,14 22:4,22
23:1 45:3,15,18 46:6
110:22 201:25 203:21
205:10,13 207:22 234:24
234:25 237:23 238:5 243:3
compared
147:25 148:1
comparison
148:14
compensating
54:2
compensation
3:19 47:16 54:1,24 201:11
201:12,16,18,20 202:7,19
202:23 203:5,11,17,20,22
204:14,20,25 205:11
206:12,19 229:4
competent
92:20
competitive
127:22
competitors
117:12 123:22 127:20
complaints
230:2
complement
83:5
complementary
83:14
complete
8:14 18:24 175:8 243:11
completed
45:12
completely
132:10 154:13 188:16
189:23 233:10
completing
9:11
completion
111:14 113:20 114:2
complex
75:11
compliance
68:13,16,22,24 69:6,14,15
69:18,25 70:1,5,9,15 73:2,3

**[compliance - core]**

**compliance (cont.)**
125:23 177:7 184:21,25
185:1,10,10,14,22 197:22
198:10,12,13 199:2,4,7,20
199:22 220:2,4,6,10,11,13
223:21 229:24 234:17
**complicated**
75:12 140:13 150:17 232:2
**component**
122:15 134:13
**components**
36:24 53:16 201:15
**composite**
112:10,17
**comprised**
201:11
**computer**
31:22 70:10
**concentration**
127:17 128:9
**concept**
39:8 147:22 150:14 151:7,7
**concern**
230:9
**concerned**
55:2 129:3
**concerning**
14:25
**conclude**
197:3,5
**concluded**
242:9
**condition**
228:23
**conditions**
149:13
**conduct**
12:16
**conducted**
12:9,18,22 13:23 70:11
**conducting**
61:22
**confer**
163:23 199:8 203:9 213:15
213:19
**conference**
77:4,12
**confidence**
153:13 155:5
**confident**
58:2 67:10 108:8
**confidential**
47:1,8,9,11,12,22,25 48:9
48:11
**configuration**
190:24

**confine**
90:17
**confirm**
17:9 49:5,8 67:16 97:9,12
97:16 120:10,12 165:1
167:2 176:17,19 198:20
211:19,21 232:21,23
241:18,20
**confirmation**
71:19
**confirmations**
161:16,18
**confirms**
163:9 165:17
**confused**
14:11 98:9 194:13
**confusing**
89:15 162:18 183:2
**confusion**
62:9
**conjecture**
204:24 205:23 213:10
**conjunction**
12:19 37:4 42:21 83:22
86:10 87:6 164:9 165:14
**connection**
49:11 59:17 60:3
**connie**
24:25 25:13
**connotations**
184:13
**consecutive**
147:4
**conservative**
29:4 136:12
**consider**
24:2 29:22 79:7 91:2 95:21
158:6 163:17
**considerably**
132:14
**consideration**
66:6
**considered**
21:21 224:21
**considering**
50:4
**constant**
180:17
**constitute**
5:15 80:15
**constrained**
93:8 215:21
**construed**
220:25
**consult**
8:20

**consultant**
68:3
**consultants**
67:25 148:7,9 208:5
**consulted**
18:16,19
**consulting**
126:20
**consultive**
30:6
**contact**
88:22 89:6,7,9,11 93:19
94:20 102:18 160:17
172:24 198:12 223:9
**contacted**
163:8
**contacting**
160:18
**contacts**
16:21 17:5,6,20 94:19
**contained**
243:12
**context**
24:13 64:4 84:20 86:6 91:3
98:16 123:16 189:23
191:15 192:4 197:17
207:20
**contingent**
208:2,3,12
**continued**
54:5,25 55:1 60:4,7 150:2
**contract**
179:18
**contracts**
181:21,23
**contractual**
114:22
**contribution**
209:23 210:8
**contributions**
202:8 207:13
**control**
22:23 63:20 64:1,3
**convenience**
237:18
**convenient**
171:6 240:22
**conversation**
13:21 63:22 97:10 134:7,10
161:3,5 174:9 176:18
187:19 211:20 231:8
232:22 241:19
**conversations**
34:4 50:14,18 55:13,16
57:20,25 58:20,23 59:3
60:3 65:12 74:12,18,23

**conversations (cont.)**
75:3 165:15
**converse**
87:18
**conversely**
85:4
**convexities**
128:4
**convexity**
75:13 84:2,21 85:13,19
116:7 121:14 122:15
134:14 135:6 156:24
180:13,14
**convey**
70:18 164:11 165:1 167:15
169:16 170:9 231:17,20
**conveyed**
73:4
**conveying**
164:13 170:3
**convince**
155:22
**coo**
223:14
**copies**
11:24
**copy**
5:18 6:1,3 11:5 44:9,10,12
234:15
**core**
28:1,1,6,6 29:7,9,9,10,10
33:24,24 36:1,3,9,10 39:22
39:22 40:24,24 41:9,9,12
41:12 52:10,10 57:4,4,8,9
57:14,14,18,18 59:16,16
60:24 61:4,5 62:11,12
64:18,18 66:23,23 68:1,1,4
68:4,5,5,8,8 74:3,3 75:19
75:20 97:15,15 100:5,5
103:18,18,19,19 104:7
108:17,17,19,21 109:2,3,5
109:13,14,18,19,22,24
110:4,5,8,10,16,23,24
111:3,4,13,21,21,24 112:3
112:10,11 113:1,6,13,20,21
113:24,25 114:2,3 115:2,3
122:5 124:11,11,17,17,23
124:23,25,25 126:20
127:22,22,24,24 131:5,5
136:7,7,15,15,17,17 138:3
145:5,6 148:7,8,11,12
151:16,17 152:22 153:3,17
153:23 154:3,16 164:4,4
171:2,3 173:11,11,13,13
174:18,21 179:10,16
180:21,22 181:15 187:19

**[core - definitely]**

**core (cont.)**
187:20 188:17 199:21,22
207:14 208:20,20,25 210:3
210:3 231:6,6,24,24
**corner**
44:8 46:25
**corp**
108:18 237:4
**corporate**
27:12,13 72:17 77:10 99:24
99:25 116:22 127:17
129:17 133:6 151:3 182:11
183:24
**corporates**
37:17 40:16 100:7,9 180:2
182:12 183:19
**correct**
10:25 20:14 32:3 38:18
50:2 51:18 63:6 65:22
100:14,16,16 159:25
165:24 167:1 175:24
196:22 200:3 201:14
227:19 233:18
**correction**
97:23
**corrections**
19:2
**correctly**
97:24 107:25
**correlated**
132:6
**correlation**
153:8
**correlations**
132:3 150:22,23 152:15
**correspondence**
13:10,16
**corresponding**
93:25
**counsel**
2:4,5 6:13,16 7:1 8:21
18:16,20 19:5,12,16,17
20:12,16 49:6 224:2,4
231:9 241:25 244:11,14
**counsels**
20:19
**count**
94:23 189:7
**country**
92:19 130:9 236:13 238:20
239:5
**county**
79:11,13
**couple**
18:19 20:22 25:20 54:21
62:1 103:3

**course**
5:21 8:14 67:24 129:8
132:9 138:13
**court**
8:10,11,25 9:20 25:24
42:15 112:24 141:5 144:6
146:15 190:5
**cover**
43:1
**covered**
15:22 16:12 225:25,25
**covers**
53:7
**covid**
68:20 79:7 118:7 129:14,14
130:11,24 136:10 172:20
191:17
**cracks**
128:24
**crash**
149:21
**create**
36:18
**created**
35:3,12 168:21
**creating**
35:6
**creator**
39:8
**credibility**
154:22
**credit**
25:19,20 51:7,8,10,13,14
52:14,16 53:22 54:3,5,17
55:5 76:9 83:6,8,14,15,20
215:21
**criminal**
5:16
**crisis**
35:17 36:5,15 51:8 149:20
149:21 214:4,24 228:24
**crucial**
58:8 66:6
**csr**
244:6
**cultural**
29:19
**culture**
115:15 133:19 223:21
**cup**
74:5
**currencies**
216:6,19
**currency**
60:15 185:3,4,16 186:1

**current**
214:20 215:9,24
**currently**
24:24 228:11 229:19
**curve**
81:18,21 82:2,4 86:3,7 87:5
87:9 116:22 182:10 188:18
190:20
**custodian**
225:8,12
**cut**
116:8 138:16 209:11

**d**

**daily**
62:20 75:5 104:25 118:2,4
■
89:19
**dangerous**
99:13
**data**
34:15 121:11 178:5 186:8
186:12,14 187:5 189:25
**date**
1:14 4:4 118:3,5 144:17
186:7,11,13 190:7,9,10
203:18,24 204:1 205:4
215:2 217:7 218:2,4 240:21
240:22 243:6,17
**dated**
45:4 146:24 171:19
**dates**
60:11 205:12,16
**dating**
81:11
**daughter**
236:21
**day**
30:17,21 32:19 33:20 64:16
70:25 73:13,20 74:15,20
75:2 76:4 77:14 78:4,9,23
90:19 96:20 106:24 115:8
115:22 116:2,4,4,5 117:25
118:7,8,11 120:17,19,20,22
120:25 121:4,7 122:10,18
123:1,2,4,6 125:2 134:4,8
134:11,20,22 154:15,15
156:9,11,16,19 158:10,16
161:1 162:5,6,8,11,12,17
162:19 163:2,4 166:6
170:14,15 172:13,22
182:16 184:14,15,17,18
190:20,22 196:3 197:8,18
200:6,11,13,24 201:3
219:11 231:12
**days**
76:16 82:13 162:19

**dcp**
3:20
**deal**
9:17 88:1,3 89:8,8 92:18
105:5 179:20
**dealer**
71:11,20 72:8,16
**dealers**
72:20 87:21 88:1 92:19
**dealing**
77:16
**dealt**
92:21
**death's**
223:12
**decades**
237:6,9,10
**decide**
194:4 219:13
**decided**
56:7 62:10 163:19 223:4
**decides**
202:24
**deciding**
63:8 163:17
**decision**
28:16 50:18 55:10 56:6,14
59:11,13 66:3,9 164:11
189:11 192:20,21,22,24
203:13 224:12
**decisions**
35:19 36:9 164:8 188:6
**deck**
121:21
**decrease**
130:21
**decreasing**
180:1,2
**deemed**
220:23
**deep**
54:1 83:20
**default**
173:20 174:3,4,10,13
**deferred**
202:8,12,13,13,19 206:12
206:13,18 229:4
**deficit**
82:12
**defined**
49:12
**defines**
156:15 227:24
**definitely**
105:15 106:1,12,17,22
148:23,23 154:9,9

**[definitively - document]**

**definitively**
197:3 215:11
**delay**
166:16 167:5
**delivered**
115:18,19,22
**delivers**
115:23
**dementia**
67:19,20
**dennis**
24:25
**department**
24:7,22,24 25:2 27:6 29:25
30:3,5,12,13 51:4,5 61:6
69:15 72:12,14 77:21 93:20
116:12 117:3 123:18,19
125:13 126:6,7,9,12,16
127:2,5,6,7,11 154:12
199:3 220:3,4,10 229:24
234:17
**depend**
36:10
**depending**
45:10 72:16 83:4 121:7
125:15 177:23
**depends**
83:24 91:24 150:19 178:10
206:6
**deputy**
24:22 31:17 50:8 51:2,17
**derivative**
93:4
**derivatives**
93:6
**describe**
10:14 12:8 35:9 155:25
**described**
194:2 219:10
**describing**
145:18
**description**
3:6 195:19
**designed**
15:5 37:5,6 236:4
**desk**
31:5,13,22 32:20,21 33:2
34:13 76:14 79:5,20 93:24
115:14 135:2,19,23 156:17
156:18 172:3,9 225:9,20
**desks**
75:4
**detail**
70:23 188:11
**determination**
163:24

**determine**
5:12 90:21
**determined**
192:12
**determines**
202:22 206:11
**detrimental**
99:17
**detroit**
21:20
**develop**
224:22
**developed**
5:14 37:3
**developing**
41:6
**deviation**
151:22 152:3
**deviations**
150:1
**device**
15:25 16:9,11
**devices**
169:22
**devised**
99:9,9 121:25
**dfi**
202:21
**dhabi**
106:18 142:25
**diagnostic**
75:6 117:13 121:5 135:8
**diagnostics**
116:7 121:23 122:7,9
147:19
**dictated**
156:21
**died**
89:19
**difference**
132:24 151:22,22 164:17
**differences**
191:16
**different**
22:19 24:10,11 33:18,19
36:23 48:4 60:23,25 64:20
64:21 65:6 69:1 72:18,19
72:20 73:11 76:4 77:17
78:11,13,15 85:18 86:22
87:17 88:25 89:1 90:25
99:6 103:17 108:1 110:15
110:17,18 115:10 122:1
124:4,5,16,17 135:4 145:24
145:25 148:17 152:17
167:9 180:8 181:2,5 182:5
183:21 184:8 188:16,20

**different (cont.)**
189:6,13 190:15,15,16,20
190:22,23,24 191:20,20,23
194:9,9,9 196:3 197:8,8,14
197:15 210:16,17,18,18,22
210:23 238:5
**differential**
128:21 192:2,3
**differentiate**
215:20
**differentiated**
41:8
**differentiating**
180:13
**differently**
100:18 152:19,20,21 188:4
**difficult**
34:23 56:2 142:13 153:14
**digesting**
78:7
**dinner**
96:2,7
**direct**
28:12 71:24,24 144:19
**directed**
43:17 91:21,21 181:20,21
232:7
**directing**
43:12 213:24 220:21
**direction**
59:2 64:7 75:1 85:20
180:17 181:11,13 182:19
244:10
**directional**
63:21
**directly**
105:5 147:1
**director**
2:6 7:16 199:4 220:13
**directors**
155:5
**disappointment**
146:3
**disaster**
151:11
**disclose**
47:10
**discount**
82:18
**discrete**
175:16
**discuss**
45:8 60:4 117:16 165:5
**discussed**
19:4,11,21 20:15 56:7 61:7
113:24 115:6 116:13 117:6

**discussed (cont.)**
124:24 125:6 137:17 190:6
**discussing**
46:8 60:11 136:23
**discussion**
49:6 64:23 65:1,3 66:13
120:11 164:8
**discussions**
20:19 45:8,12 50:9 58:4
75:21 164:3,4,5,10
**disgorged**
227:15
**dislocation**
156:25
**disney**
104:4 110:22 118:18
**dispersed**
125:21,22 128:23
**dispersion**
117:15 123:12,14,15,23
124:7,10,13,19,22 125:5,24
128:6,8 129:3,12,13 131:4
131:6,23,24 132:12 133:3
133:12,18,23 181:8 200:15
**displeased**
152:4
**disposed**
14:9,15,16,20
**disruptive**
153:3
**distinct**
189:9 213:4
**distinction**
132:24
**distress**
83:20
**distributed**
54:19 107:10
**distribution**
170:25
**dive**
54:2 126:25
**diversified**
1:24 38:25 112:2
**divide**
53:8
**division**
2:9 5:2
**divulge**
224:14,16
**dna**
40:9 98:19 152:22
**document**
12:5 13:4 18:11 42:24,25
45:13 46:13 48:7 158:20
159:2,7,7,17 163:9 197:22

**[document - equity]**

**document (cont.)**
207:7 212:6,20,23,24,25 213:5 221:19,20,22,23 222:3,7
**documentation**
168:5 197:25 198:1,3 199:13
**documented**
46:9 221:1
**documents**
12:4,9,17,20 13:5,22 14:2,6 14:24 20:21,22,23,25 21:3 21:7,11 197:24 207:3 222:1
**dodgers**
74:16
**doi**
26:5,7,8
**doing**
9:19 25:21 32:10 56:13 77:9 85:21 86:4,22 117:9 117:12 121:8 132:13,18 145:19 148:15 155:14 158:16 160:22 167:10 173:22 179:15 184:1 190:7 190:19 197:13
**dollars**
238:18
**domestic**
52:9
**donated**
227:2
**door**
143:18 223:12
**double**
10:23 150:6 166:13 167:2
**dovetta**
233:17 236:21
**download**
115:25
**downloaded**
13:13 16:21
**downstairs**
76:15
**draw**
39:10,13 89:18 145:7
**drawing**
42:4 70:4
**drill**
132:15
**drinking**
74:5
**drive**
53:19
**driven**
41:2,3,4 69:24 70:1,9 191:13

**drivers**
41:11 179:13
**driving**
192:20
**drops**
85:5
**drove**
193:8
**duck**
114:14 133:25 190:13
**due**
124:19 205:22
**duly**
4:17
**dumps**
82:20
**duration**
27:15 52:21 77:10 103:20 116:6 121:14 122:4,16 123:5 134:4,6,15 135:5,9 135:15 151:1 179:12 180:17 182:8 183:22 189:7 189:10 190:19 191:13 192:11,23,24 193:8 200:4,7 201:1 208:22 209:10,15,19
**duress**
142:12

**e**

**earlier**
8:19 22:5 56:15 126:15 141:12 189:19 190:3 191:10 193:18 201:11 214:2,3 219:10 231:5
**earliest**
41:21 175:2,3
**early**
33:19 42:5 65:4,9 74:10,15 77:15 79:4 96:21 120:24 132:23 137:19 237:13 238:13
**ease**
83:17 99:5 234:8
**easier**
139:20
**easiest**
185:15
**easily**
99:16 191:20
**easy**
92:10 224:13,20
**eavesdropping**
187:15
**ebb**
150:10
**economic**
74:25 75:7 83:9

**economist**
66:10
**edip**
3:20 202:14,16,17 207:3,13 229:5
**effect**
164:7
**effective**
60:1
**effort**
8:13 30:2 38:1 51:11 54:6 57:19
**ehrlich**
69:15,17 70:15,17 199:3
**eight**
25:12 37:14 74:13 76:10 78:6,9,17 191:21,23 192:7 196:7
**eileen**
220:13,15 223:5,17 237:20
**either**
34:13 86:2 111:20 122:20 125:14 128:21 172:9 178:2 195:10 225:8
**eked**
136:12
**electronic**
115:16,17 117:19 169:22 169:22
**electronically**
115:17 120:16
**elements**
117:7 124:20
**elevated**
51:7
**eleven**
191:21,22
**elizabeth**
244:6
**else's**
186:2
**email**
3:13,14,15,16 17:24 18:2 32:9,14,23 33:6,14 71:22 71:24 79:24 115:19,22 135:1 141:3 144:4,15,20,22 146:14,22,24 154:20 171:19,24
**emails**
13:11,11 16:10,12,16,18
**embarrassed**
26:9 207:20
**embarrassing**
207:25
**emergency**
130:8,9

**emerging**
27:18 35:24 36:8 53:2 149:20
**emphasize**
148:24
**employ**
80:22
**employed**
45:21 46:1,17 244:12,14
**employee**
47:9 70:12 202:13 206:14 213:21 244:14
**▬▬▬**
69:1 110:9 212:18 213:1
**endeavor**
85:10 170:22
**ends**
160:14
**enforcement**
2:9 5:2
**engagements**
95:23,24
**enormity**
130:10,23 132:20 156:25
**enormous**
133:2
**▬▬▬**
89:7
**entailed**
58:5
**enter**
71:17
**entered**
49:15 71:8
**entering**
45:14,17
**enthusiastic**
142:18
**entire**
24:21 29:25 76:5 108:15,25 117:15 177:10 209:19 210:25
**entirety**
13:3 27:5 177:6
**entitled**
1:17
**entry**
198:24
**episcopal**
109:17
**equities**
132:7,8 152:16
**equity**
35:20,23 36:1 129:18,22,24 150:21 162:17,20 233:14 234:5,11 235:12 238:13

**equity (cont.)**
239:16
**error**
151:20,21 152:7,12 198:24
198:25 199:7
**erstwhile**
142:6,21 143:20
**escalation**
200:21
**especially**
75:12 83:13 173:21
**esq**
2:15,16,17
**essentially**
81:4 98:23 203:4 208:7
**establish**
174:4
**established**
174:13
**estate**
133:7
**et**
50:16 116:22 141:24
**european**
101:25 130:4
**evasive**
24:14
**evenly**
54:19
**events**
10:8,19,22
**eventually**
18:20 45:11 50:6 55:18
56:7 61:14 62:24 132:21
136:11 154:14 157:1 158:3
192:4 209:14
**everybody**
88:12 115:14 125:9 172:8
196:3 240:23
**everyday**
134:6
**evest**
148:8
**evidence**
8:11
**evolved**
169:20
**ex**
96:7 152:7
**exact**
67:2 87:8 103:24 129:4
145:16 218:4,4
**exactly**
12:14 14:11 85:20 174:2
232:2

**examination**
3:3 5:20 7:10 242:8
**examined**
4:18 186:23
**example**
9:9 15:2 17:1 27:12 68:11
82:11 91:17 133:24 151:24
157:9 166:2 168:15 179:15
180:24 181:9 185:15,23,25
186:1
**examples**
67:9
**exceeding**
185:18
**exceeds**
185:1
**excel**
186:15 207:6
**excess**
201:1
**exchange**
1:1,10 2:3,8 5:3,9 46:5,16
81:12 88:1 91:10
**exchanges**
87:24 89:9
**excluded**
100:20 110:21 178:22
181:23,25
**excluding**
189:16
**exclusively**
34:25 90:6,8 174:6
**excuse**
31:12 187:25
**execute**
44:9 85:22 90:23 160:4,5
167:14 196:20
**executed**
14:25 44:12 70:23 71:2,3,5
71:7,13 72:8,9 73:4,10
159:22 161:17 162:1 168:4
196:8
**executing**
78:8
**execution**
93:9 157:8 169:5 187:6
**executive**
77:25 126:13 141:16
144:23 217:11
**executives**
153:16 217:1 228:2
**exemption**
130:8,10
**exercise**
100:17

**exhibit**
6:3,5,8,11 11:3,10,16,19
12:3 18:6,8 42:14,17 44:21
44:23 46:23 49:10 141:4,7
144:5,8 146:14,17 171:12
171:13 186:7,16,22 204:5,7
207:1,9 211:24 212:1,8
**exhibits**
3:6
**exist**
168:13
**existence**
47:12 168:20 228:11
**expanded**
33:12 68:23
**expansion**
110:17
**expect**
20:16 102:20 189:24
**expectation**
66:14 82:18 114:17 130:16
134:20
**expected**
154:7
**expecting**
74:20
**expedience**
80:17
**expenses**
203:6,8
**expensive**
86:11
**expert**
2:7 5:5 66:1 91:17
**expertise**
38:10,14 91:15
**experts**
19:14,16
**explain**
128:15,18,20 175:19
**explainable**
124:19 128:18
**explained**
42:10
**explaining**
141:1
**explains**
75:14
**explanation**
110:16
**explicit**
59:6,9 183:17
**explicitly**
99:8,22 110:21
**explode**
150:2

**exposure**
85:15,19 137:20 180:1
184:4,25 185:2 190:19
210:5,13,21
**extent**
10:11,14 32:20,21 90:10
167:8
**extra**
151:1,1,2
**extraordinarily**
197:16 207:20
**extraordinary**
122:25
**extreme**
192:5
**extremely**
214:9 222:15

**f**

**face**
183:19
**facing**
140:25 143:24
**fact**
18:1 39:1 81:12 82:16
97:16,21 130:3 150:22
152:6 153:8 175:19
**factors**
124:20
**facts**
5:14 10:8,19,22 47:10,14
47:17 48:2,5
**fair**
27:4,7 32:18 39:1 87:22
96:9 121:5 190:4 199:16
**falcon**
106:14,14
**fall**
19:18 46:10 52:1 97:20
110:25 128:25 170:1
174:13 204:12
**familiar**
154:8,10 186:9,22
**family**
7:6,8 12:25 19:6,8,12 20:13
20:14 73:20,23 156:13
236:4 237:15,17,19,20
**family's**
240:6
**famous**
138:14
**fantastic**
93:23
**far**
31:10 128:5 129:2
88:15 89:17 92:16,17

**[fast - foundation]**

**fast**
143:16,17,18 151:13
**feature**
180:13
**february**
3:8 11:9 45:4,15 46:12
63:15 142:13,14 209:17
210:2
**fed**
28:14 53:18 56:24,24 65:23
65:25 66:15 74:21,22 83:17
**federal**
5:13,16 28:15 66:3,9
**fee**
118:13
**feel**
26:9 66:5 142:7 199:18
**fell**
56:13
**fellow**
69:1 88:14 92:1
**felt**
64:7 143:21 223:14,15
224:7
**ferret**
177:8
**field**
21:22 93:16
**fields**
93:17
**fifth**
2:19 31:14,15 32:2 79:6
**figure**
95:3 96:20 240:12
**file**
1:4 243:5
**filibuster**
138:7
**filicetti**
37:4,6 141:12 143:19
**filled**
168:11
**final**
138:24
**financial**
13:17 21:22 32:12 33:10
35:17 36:4,14 51:8 149:21
203:3 214:4 228:23,24
**financially**
244:15
**find**
18:3 87:2 163:3 173:25
183:22,23 197:10,15
**finding**
193:24

**findings**
154:5,10
**fine**
40:16 241:24
**finger**
137:24
**finish**
9:13
**finished**
9:11 75:3 144:13 166:19
**fire**
155:12
**firm**
6:22 24:9 28:17 30:2 34:24
35:13,15 40:11 55:17,18,21
56:2,5,11 57:1,6 60:1,10,13
61:21 64:7 68:1 74:20
76:12 87:14 88:3,8 91:2,24
92:25 93:9,22 94:10 116:10
116:11 124:7 125:19 126:9
127:12,12 129:11 133:19
138:22 139:25 141:23
148:11,14 150:13 162:10
165:14 169:4,6 202:25
203:3 204:25 212:19
213:21 219:2 222:23
223:14,15,20,23 224:8,9,10
224:11 225:20 228:17
232:3 236:9
**firms**
35:16 53:15 88:13 91:1,6
93:10 100:8 207:23
**firm's**
59:8 230:25
**first**
4:17 22:10 26:12 35:4,18
40:13 43:4 46:20 50:3 74:5
86:22 88:20 89:22 94:21
116:8 136:9 138:8 142:5
144:20,22 146:2 147:6,7,22
174:20 175:5 183:1,16
185:8 188:8,9 191:14
207:19 213:25 214:22
216:10 230:8
**fischer**
24:25 25:13 27:2
**fit**
61:6
**fits**
79:12
**fitzpatrick**
2:7 5:4
**five**
46:2,7,15,17,21 49:13
74:11 78:5 82:4,6,8 86:8,14
91:11 158:4,5,7 162:19

**five (cont.)**
167:21 178:16,23
**fixed**
30:1 53:15 57:6 60:15
84:14 88:2 92:6 100:7
109:13 111:3 143:4,4,8
150:16,21 152:16 157:1
162:16 169:1
**flag**
129:2,6,7 131:3,6 133:22
200:15,18,18
**flags**
134:1
**flagship**
27:25 28:8 57:5 128:1
148:12 189:7
**flight**
73:19 156:12
**flippant**
147:19
**floor**
31:6,13,14,16 32:2,25 33:2
33:5 34:14 76:1,24 78:7
79:6,6 160:14 172:10
**flow**
128:23 182:9
**flower**
1:12 2:10
**flows**
181:5
**focus**
23:8 78:11 80:18 125:13
**focused**
214:21
**focusing**
39:19
**folks**
15:16 112:23 133:17
**follow**
65:18 66:19 67:22 125:3
**followed**
133:14 235:17
**follower**
56:25 65:24
**following**
226:14
**follows**
4:18
**foot**
149:7
**football**
149:15,15
**footprint**
37:13
**force**
56:4 148:24 149:1,3,4

**force (cont.)**
153:1,15,20,24,25 154:2,5
154:17
**forced**
180:20
**forces**
154:20
**ford**
188:1 189:5,8,14,16 192:9
192:9 193:5
**forecast**
28:15
**forecaster**
56:24
**foregoing**
243:10
**foreman**
29:1
**forgot**
117:1
**form**
3:7 6:2 16:16,17 34:10
65:13 71:18 72:1 134:25
201:13
**formal**
5:18,23
**format**
186:9
**formation**
214:13 215:4
**formatted**
215:8
**formed**
214:12 234:13,24,25 235:4
**former**
30:8
**forms**
71:22
**forth**
18:19 200:8 222:16,17
224:25
**forthcoming**
139:24
**fortunate**
39:15 116:1 207:22 223:11
240:2
**forum**
60:22
**forward**
58:3 153:19 208:18 232:6
**found**
182:7,8 225:14
**foundation**
102:13 227:4 235:24 236:1
236:2,3 239:7

[four - good]

**four**
46:3,7 49:14 73:25 232:10 234:2
**fourth**
137:16 150:9 200:11,13,23 201:3
**frame**
60:10 76:18 100:17,22 174:7 178:10 206:6 219:9
**frank**
240:14
**franklin**
23:13,16,21,23 42:11,21 43:16 44:13 45:9 50:15 205:3
**franklin's**
204:1
**fred**
29:5
**free**
160:23 199:18
**frequent**
68:16
**frequently**
208:15
**friday**
172:22 230:13 231:12
**fridays**
75:21 76:4 230:19
**friend**
237:1
**friendly**
59:1 63:21
**friends**
95:21,22
**friendships**
95:13,18
**front**
195:15 216:2
**fronts**
40:13 53:11 181:4
**ftgf**
102:2
**full**
22:23 62:23 63:4 121:20 125:11 185:4 197:17 229:12,12
**fully**
129:23 198:7
**function**
30:1 90:14 203:2,24 205:1
**fund**
35:5 36:21,22 37:12,18,19 38:24,25 39:20 40:10,22,23 99:7,18,23 101:19,21,24 102:3 104:7,8,10,15,25

**fund (cont.)**
105:13,14,25 106:18 107:3 108:21,24 109:3,6,11,13,17 109:22,24,25,25 110:2,8 111:8,11,14,17 112:2,25 113:20 114:2 116:8 143:12 155:5 178:15 188:1 208:19 208:21,22,25 209:19,24 210:1,6 214:1,9,12,14 215:5,14 216:5,15,24 217:2 217:5,20 218:7,14,23 219:6 219:14,18,22,23 220:5,7,7 220:18 222:16,19,22 223:6 223:8,12 227:17,19 228:3 233:15 237:23 238:1,9,12 238:14,15,15 239:14,15,16
**funded**
227:7
**funds**
15:1,1 25:20 30:9 36:12,13 36:17 37:9,24 38:3,4,12,16 38:17 39:7,9,11,18,23 40:22 96:11 108:17 117:21 128:2 136:6,8,15,17,25 139:9 201:24 208:4,6,9,15 208:17,24 210:16,18,23 215:17,20,21,23 220:5 228:18 229:3 238:3
**fund's**
215:18
**further**
181:12 240:17 244:13
**future**
28:18 72:18 81:1,4,5 84:6 86:8,9 153:5 194:3
**futures**
80:14,18 81:10,17,24 82:1 82:1,10,25 83:1,2,22 85:12 85:16 87:11 88:1,9 91:16 91:20 92:2 93:18,20 94:14 107:9 109:16 157:13 177:21 179:18,21 180:3,11 188:22 190:18 195:2,10,12 195:14 219:17
**fy2022**
3:19

**g**

**gains**
136:13 222:12 224:17 227:1,16
**game**
149:16 208:8
**gather**
29:18
**gdp**
129:15

**gender**
69:2
**general**
47:1 54:2 164:16 175:12
**generalize**
76:18
**generalizing**
164:2
**generally**
164:19
**generates**
30:19
**generation**
233:19,24
**gentleman**
93:1,21
**german**
184:3
**germany**
39:3
**getting**
9:13 12:7 54:1 74:6 83:15 94:3 108:13 132:17 150:3 155:1 193:24 205:4,4 228:20 231:21
**gibi**
106:15
**giddings**
70:7,16,18
**give**
8:13 10:21 30:15 60:12 86:11 91:13 98:20 116:14 116:18,19 131:14 135:19 135:20,24 138:11,14 141:10 146:8,9,11 152:6,7 153:13 159:6,9,11 161:13 168:11 170:19 186:6 187:3 222:10 224:17 234:15,18 236:4
**given**
32:6 46:3 49:22 55:17 66:22 67:3 154:10 170:16 192:1 203:14 244:11
**gives**
33:15,16 131:13 236:1
**giving**
65:16 86:24
**global**
24:16 25:8,11,18,19 26:24 26:25 35:17 36:4,14,23 37:1,2,11,13,15,23,24 38:2 38:3,4,22,23,23,24,25 40:16 41:9 51:8,12,15 52:3 52:4,14,17 76:9 122:3 138:2 139:3,4 149:21 164:5 174:16,17 177:5 180:8

**global (cont.)**
184:2,3 210:5 216:6,19 228:24 239:14
**globally**
54:6
**go**
8:5,18,21,25 17:4 23:7 26:6 30:12,17 35:21 37:19 54:11 59:8 60:1 75:18 76:18 77:19 84:22 96:14 106:1,11 106:13,17,20,21 109:24 115:13 119:2 124:9,12 129:20 131:10 139:12 147:19 149:13 151:7 152:2 153:9 155:16 157:25 158:3 173:5,9,14 174:21 181:13 182:18 184:16 185:6 187:16 192:8 199:1,2,23 200:11 201:4,6,9 206:25 209:15 222:1 236:9 240:15
**goal**
50:19
**goes**
46:10 60:22 68:19 75:14 84:9,16 85:2,4 89:16 98:7 99:15 106:22 143:17 150:23,24 151:6,6 160:20 162:20 192:7 197:1 207:2
**going**
8:4,25 10:2 21:3 23:8 37:19 41:13 42:23 48:13,19,22 53:23 55:23 56:4 58:3,18 59:22 60:8,9 62:23 64:9,11 65:2 67:10 78:10,19 83:25 85:9 86:12,13 89:18 91:12 92:4 96:22,23,24 97:2,13 116:19 119:4 120:2 126:24 129:4,23 130:18 138:5 139:1,2 145:19,20 152:5,21 153:19 155:3,23 157:9,10 157:23 161:7 163:19 165:11 169:23 176:7,10 179:17 181:6,11 185:16 186:6 192:22,23 197:18 200:13 201:2 208:18 209:14,15 211:1,7,9,12,14 212:22 215:7 217:6 222:16 223:23,24,24 224:5,24 232:6,12,15 237:5 240:20 241:10,11,14 242:6

88:13,21 93:13,14,14
**good**
4:2 24:6 48:16 57:12 58:17 58:18,21,21 64:8 83:18 90:24 98:8 112:20 118:23

[good - honestly]

**good (cont.)**
128:12 143:14 147:12,13
147:20 151:5 171:18 176:5
181:10 192:22 200:13
213:10 216:8 221:18
223:20
**gordon**
25:17
**gotten**
88:10 136:10 175:7 220:19
**government**
11:3,16 12:2 42:13 49:10
75:1 132:5 138:4,17 171:11
183:25 204:5 216:4,6,12,19
219:16
**grand**
2:18 6:23
**great**
48:18 58:10 119:1 140:21
175:1 176:6 211:23
**greenwich**
21:18,23
**greg**
27:16,18
**grew**
143:16 207:23
**greywacke**
234:3,4,8 235:5,6
**groomed**
28:18
**ground**
8:5 13:18
**group**
24:18,20 27:17,19 28:19
29:1,4,6,7 30:6,7,19 33:23
33:24,25 42:4 57:15 58:3
61:5 64:18,19 74:2 89:25
103:6,7,13 104:12,21 105:8
105:13 106:20,21,22
107:10,13,16,21,23 108:4
111:1 112:4 113:7,12,22
114:3,15 116:10,10,25
117:8,14,16 121:24 123:21
123:21 125:13 126:16
127:4,19,25 131:21 137:18
147:25 156:24 163:21
164:3,4,5,5,10 168:20
170:20 171:5 176:1,1 177:2
177:4,6 178:2,7 179:9,17
179:22 180:4,22,22 182:3
182:17,25 183:4 184:7
188:17 189:15,16 193:1
198:5 199:18
**groups**
33:18,22 54:10,11 57:7
77:11 103:17,19,20,20,20

**groups (cont.)**
103:21 108:1 110:11
115:10,10 138:2 171:1
176:25 188:9 190:24 194:9
**growing**
142:19
**growth**
35:23
**guess**
10:13 31:16 33:17 43:15
45:11 53:10 96:7 113:9
117:1 143:14 169:11 175:8
191:14 205:5 210:23 216:9
**guessing**
65:2
**guest**
236:22
**guidance**
30:15 94:4
**guideline**
101:22
**guidelines**
60:13,17 98:22 107:5,6
114:18 124:20 128:21
129:14 132:11 181:2 184:8
200:8 216:23

**h**

**haggle**
81:13
**hairs**
54:9
**half**
130:1 172:13 175:25 176:1
192:2,8 209:11 211:3 224:9
224:10
**hall**
172:16
**hand**
4:12,23 44:8 46:25 50:14
112:10,17 135:23
**handful**
88:11,13 162:4 175:6
**handing**
18:6 211:24
**handled**
50:17
**handler**
27:17,18
**happen**
94:1 99:16 153:14 168:7,8
185:24
**happened**
61:18,20 74:7,9 76:7 162:4
163:5 165:4 170:21 186:4
189:23 198:21 201:8
227:16 228:10

**happening**
130:10 142:7 154:13
**happens**
159:22 200:10
**happy**
25:5 43:17 96:14,15
**hard**
130:4 136:14 151:12
**harker**
220:14,16,17 223:5
**havoc**
126:23
**head**
9:20,21 27:9 37:2 51:3,4,6
51:11,16 52:6 57:14 59:20
69:14 70:5 141:19,22 144:1
199:3 231:24
**heading**
9:10
**heads**
24:17 54:15,15,16 55:5
123:20
**hear**
61:23 80:24 112:8,24
113:10 139:18,21
**heard**
139:21
**hearing**
1:17
**hearsay**
50:14
**heavily**
223:12
**heavy**
157:5
**hedge**
30:9 82:10,25 83:1 85:11
85:12,13 87:8 143:12
179:17
**hedging**
85:7 151:10 179:24 188:21
190:19
**held**
16:12 22:15 50:15 209:19
210:24 233:10 234:8 235:7
236:9 237:16,22
**help**
51:9 58:11 152:21 169:9
171:3,4 173:16 188:5 189:3
193:12 199:20,25
**helped**
21:4 111:6 172:25 201:6
**helpful**
18:16 54:13 80:5,6 121:21
153:4 187:1

**hesitant**
105:5 111:7
**hey**
139:11
**high**
7:21,22 36:8 38:5 41:10
42:9 51:3,4,6,12,16 80:15
114:16 129:17 132:5,13,21
133:6,11 134:14 143:2
151:3 157:12 169:3 180:9
183:13,14 185:8 214:8,9
216:3,4 219:15 222:15
225:23
**higher**
85:3 150:4 240:15
**highest**
149:24
**highly**
81:8 99:19 230:18
**himalaya**
233:15
**hired**
19:14
**hirschmann**
22:12,13 23:11,18 31:18
45:4,15,18,24 50:17,22
59:12 77:24 144:16 202:24
203:10,13 224:5 227:14
230:17 231:8 235:9,16
**historical**
13:3 17:14 80:13 83:10
84:16 152:13,15
**historically**
35:25 40:10 69:8,13 84:4
84:14 157:12 169:19
**history**
83:11,11 132:2 136:25
170:24,25 208:16 229:11
230:1
**hit**
129:15 151:4 157:16
**hold**
83:2 158:3 238:2
**holding**
121:20 139:7
**holds**
127:12 233:3 234:4
**home**
15:2,3 79:8,12,16,17,18,19
80:1 118:6 172:21,22
236:11 237:22
**honest**
8:15 34:18
**honestly**
101:16 193:23 205:23
225:13

**[hope - intend]**

**hope**
157:25
**hopeful**
166:6
**hopefully**
184:11
**hopes**
228:18
**hoping**
226:12
**horrific**
138:20
**hospitals**
102:13
**hot**
143:14
**hour**
48:14 96:13 156:12 211:2,3
**hours**
10:18 78:25 79:2,3 162:19
189:19 191:12,16 193:18
**house**
236:22 238:4,7
**howard**
144:25 154:21 155:1
**hoyle**
85:9
**huge**
30:1 80:12 82:12 99:25
127:15 129:21 142:24
170:7
**huh**
16:19 22:17 98:5 188:13
198:20 222:6
**hundred**
238:18
**hurricanes**
84:17
**hyphen**
147:8

**i**

**i'm**
22:21 42:7 74:1 121:25
189:8 200:17,18 216:18
233:13
**i've**
96:5 99:1 116:1 205:19
**ian**
172:25 173:1 175:23
199:20
**iason**
2:18 6:23
**ib**
34:9 90:9,10,12,14
■ 99:10 100:3,3,4,11,13,15

**■ (cont.)**
183:8 230:6
**ibs**
33:17
**ice**
155:15
**■**
62:17 64:21,24 66:21
110:10
**idea**
37:13 39:22 74:8 85:6
99:10 121:14 133:25
135:13 150:18,18,21
165:12 182:17
**ideas**
37:15,24 38:1,8 75:17
**identification**
6:6 11:11,20 18:9 42:18
141:8 144:9 146:18 171:14
186:17 204:8 207:10 212:2
**identified**
3:6
**identify**
6:17 143:19
**idiosyncratic**
124:20
**ifs**
30:11
**ii**
4:16,22
**iii**
233:16
**illiquid**
157:17,21
**image**
16:1
**imaged**
16:7 17:16
**imagine**
225:11
**immediately**
120:14
**impair**
10:18
**important**
9:8,12 10:6 24:12 29:25
56:25 58:14 74:23 179:12
**importantly**
8:15 112:24
**imposed**
139:7
**impossible**
15:8 23:6 197:9
**impression**
150:15

**improved**
228:23
**inappropriate**
196:2
**inbox**
146:23
**incentive**
201:12 202:7,14,22 203:11
203:17,20,21 204:14,19
**inception**
37:9 41:16 116:6 118:1
235:3,8
**include**
192:23
**included**
100:25 192:9,10
**includes**
189:7,12
**including**
58:17 115:10 188:1
**income**
30:2 53:15 57:6 60:15
84:14 88:2 92:6 100:8
109:14 111:3 143:4,5,8
150:16 157:1 162:16 169:2
238:15
**incorporate**
38:8
**incorrect**
161:19
**increase**
130:18,20 183:25
**increased**
208:21 209:20 210:2,7,13
210:20
**increasing**
179:25 180:1 184:4
**incredible**
121:11
**incubate**
228:18
**incubation**
229:3
**independent**
126:11
**index**
36:13 209:11 210:4
**indicated**
13:10
**indicators**
33:10
**individual**
111:18,23 158:1 181:1,20
**individuals**
90:22,25

**industry**
2:7 5:5 35:16,17 36:18
145:24
**inflation**
52:23,24 76:9 132:20,21
**influence**
75:1
**information**
3:7 6:2 15:19,21 17:17 18:4
18:15,17 33:6 70:17 78:7
127:10 167:15 172:17
197:20
**informed**
198:7
**initial**
102:17
**input**
155:19
**inside**
30:4,12 126:14,15
**insight**
170:23
**insistence**
118:19
**instance**
163:8 166:21
**instances**
185:13
**instantaneous**
129:8
**institutional**
36:5 40:9 98:19 101:4
109:7,9 110:1 207:15
**institutions**
109:23 150:20
**instruct**
8:24
**instruction**
8:19 159:10,12,13,18 162:2
163:10,13,14 175:20
196:20
**instructions**
159:6 160:18,24 161:5,24
170:9,17,19 196:19 200:2,2
**instrument**
86:5 135:12 190:18
**instruments**
32:16 34:16 80:7,9,10,22
216:14
**insurance**
77:7,8 84:16 85:6 103:20
122:3 164:5
**integrate**
37:24
**intend**
20:5,8

**[intent - keeping]**

**intent**
49:22
**intention**
59:8
**interaction**
213:12
**interest**
28:15 36:13,16 53:18,24
54:8 66:4,4,5,8 67:17 74:22
75:2 83:1 85:14,19 140:11
182:5 191:18 208:12
209:13
**interested**
32:17 34:17 228:21 244:15
**interesting**
85:25
**internal**
226:14,19,23 230:2
**internally**
126:18
**international**
27:7 100:1
**internet**
115:20
**interview**
22:6
**introspective**
149:12
**intuition**
116:24
**invade**
138:11
**inverse**
202:10
**invesco**
42:3
**invest**
35:23 38:12,16 39:10 53:23
206:13,16 208:4,6,14,16
219:22 220:4,6 223:6 237:3
**invested**
36:1 96:11 129:24 206:12
206:19 216:15 217:2,4,12
219:6 220:20 228:7 229:3
230:5 233:14 235:20
237:24 238:6
**investigation**
5:8,12,15,19 7:4,21,25 19:4
61:21 62:11,12,22 85:25
223:24 229:11,16 240:19
**investigations**
229:8
**investigative**
243:13
**investing**
235:15

**investment**
5:11 21:21 23:9 24:1,7,17
24:24 25:12,15,17 27:5,13
30:4 34:2 37:2,11 53:13,14
55:2 56:3 58:6,7 62:20 65:7
77:14,21 81:3 85:10 113:12
117:4 123:19 125:24 126:2
126:5,7,12,16 127:2,6
143:9 146:12 149:5 152:23
153:3 154:12 163:20 170:8
173:6,18 176:23 215:25
216:1,12 217:20,25 220:24
222:13 227:17 234:5,11,22
235:12 238:8,11
**investments**
58:21 170:8 208:16 220:18
228:1 233:3,7,10,23 234:1
**investor**
42:5,6 81:2 106:2,7,8
113:10 235:9 237:8 238:13
**investors**
35:18,20,23 36:1,6,15
38:11,15 39:9,24 40:2
41:21 92:7 98:2,9 100:15
101:7,17,25 102:10,17
109:9,9,10 110:1 111:23
143:8,12 169:2
**invited**
22:6
**involve**
77:5
**involved**
30:16 55:10 59:10 62:21
76:2 87:15 125:23 137:22
215:17 244:16
**involvement**
94:5 223:16
**involving**
7:21
**iranians**
140:20,20
**isolation**
194:12
**issuance**
48:3
**issue**
76:13,21 77:22,23,23 84:1
121:22 124:22 125:5
139:19,21,22 140:3 163:7
184:21,22 188:24 190:14
191:13 193:24,25 194:16
198:13 220:7
**issued**
3:8,9 11:9,17 12:3 42:20
43:4 209:8

**issues**
69:2 76:8,13 125:24 224:15
**issuing**
78:8
**items**
206:15 210:24

**j**

**j&l**
104:15
**james**
45:4
**january**
212:17 217:14,15,24,25
218:9 233:14
**japan**
26:15
**japanese**
26:5,13 37:18
**jargon**
86:1
**▮▮▮▮**
88:25 89:3
**▮▮▮▮▮**
88:14 89:10 92:23,24,25
233:8,10 236:9
**jeopardy**
145:21
**jeremy**
2:17 6:21
**jerk**
240:4
**jim**
23:11,18 31:18 45:24 50:17
50:22 59:12 77:23 202:24
224:5 227:12,13,13,14
230:16 235:9,15,21,21
**job**
22:5,8 58:7 138:10 144:21
**joe**
37:4 141:12
**jogged**
102:17
**john**
28:12 55:9 61:4 63:7 66:10
68:10 146:13 154:2,18
173:15 231:23
**john's**
56:10 64:6
**joining**
5:4
**joke**
146:1
**jonathan**
2:15 6:20
**julian**
28:23

**julie**
159:24 193:13,15 198:6,9
198:10 232:5
**julien**
28:20 173:15 175:19
**june**
58:2 59:3,4 145:12 217:10
217:13

**k**

**k2**
105:24
**kaiser**
102:13,20 103:6,7
**kalisch**
2:24 4:3
**ke**
233:1,2,7,9,12,14,22
234:13,23 235:1
**keenan**
2:4 4:9,19,23,25 5:25 6:7
6:10,13,16,24 7:3,9,11 11:7
11:12,21 12:1 13:20 14:1
15:23 16:8,14 17:15 18:5
18:10 21:3,10 22:9 24:5
25:7 26:11 28:4 32:3,5
38:18 39:5 40:3 41:15 42:8
42:19 43:9,19 44:20 48:1
48:13,16,24 67:14 68:12
78:21 89:4 96:22 97:4 98:5
98:10 104:3 107:12 112:19
115:4 118:24 119:2 120:4,6
120:23 121:1 126:3 136:4
141:9 142:2 144:11 146:19
148:2 154:4 160:7,9 164:16
164:20,24 171:10,15
175:15,17,21 176:12
177:11,15 178:3 186:5,25
189:20 190:5 191:4 193:3,7
193:10,12,15,19 202:1,3,6
204:9 207:11 210:14 211:1
211:7,14 212:3,9,13,16
214:21 215:3 216:22
217:18,22 218:12 221:7,15
224:23 225:3 226:22
231:16 232:9,17 236:19
241:3,10,16,25 242:3
**keenan's**
66:20
**keep**
47:22 48:9 79:23 85:2,3
112:22 120:19 153:10
161:16 167:7 180:15,16
198:6 203:7 211:22 232:24
**keeping**
153:4 167:12

**[keeps - legitimate]**

**keeps**
162:22
**ken**
4:7 22:2 237:20
**kennedy**
25:14
**kenneth**
1:8 3:4 4:16,22 233:16
243:4
**kept**
47:8,25 48:11
**kevin**
25:14 27:19,20,21 69:15,17
69:23 199:3
**key**
24:11,16,17,19,20,21 25:9
25:13,17 28:13 48:10 57:5
74:2 155:21 179:7 181:1
183:1
**kids**
240:1
**kind**
22:20,20 27:23 28:13,16,25
29:19 30:6 32:8 36:6 40:9
40:14,14,20 43:16 53:11,13
53:16 56:22 57:5 58:6 67:1
69:2 76:16 84:8 89:8 92:9
98:19 105:16,17 109:21
116:7 127:21 135:11
138:20 140:19 143:9
145:18,25 148:13 152:22
155:9,10 157:2 184:13,21
190:18 202:10 213:11
**kinds**
35:19 197:16 234:16
**kirkham**
26:16
**knew**
138:10 140:8 150:3 167:11
167:11 224:9
**know**
8:23 9:10 10:1 13:16 14:6
14:17 17:13 19:24 21:19,22
22:11,13,19 24:7 28:12,13
29:12,17 30:8,11,15 31:19
32:9,12,22 33:22 37:16
38:7 39:12 40:8 43:17
44:25 45:5,10 47:19,21
50:13 52:18 53:10,17 54:8
54:23 56:10,15,24 57:12,15
57:15 58:2,4,7,8,22,24 59:1
59:25 60:13 61:11 65:15
68:21 69:1 71:20,23 75:16
75:17 76:22 77:8 80:2
82:13 85:24 86:13 87:23,23
90:24,25 91:2 92:9,12,18

**know (cont.)**
92:19 93:17 94:10 95:20
96:1,1,11,12,20 98:18
99:15 100:6 101:6,25
102:12,19,24 103:21
104:18,18 105:18,20,21,22
105:23 106:7,12,23,24
107:5,7,20,21 108:10,12,13
108:13,16,22,25 109:8
111:23 113:4 115:13 118:4
118:8,11 122:2,18,21 124:3
124:17 125:20 126:11,20
128:12 129:16 131:8,8,12
131:13 132:13,13,23 133:8
136:14,22 138:3,5,22,23,25
139:9,24 140:9,18,18,19
141:11 142:18 143:1,1,10
143:23,25,25 144:12 145:8
145:15,16,19,20 146:1
147:9 148:9 149:19 150:4
151:5 153:21 154:10,25
155:4,9,13,14,18 157:8,16
157:16 158:2,4 159:3,3,19
159:21 160:12,21 161:6,11
161:12 162:10,15 165:11
166:8,17 167:16,17,20
168:1,17,25 170:5,13,22
171:2,8,16 172:13,15 174:3
174:16,22 175:22 179:9
180:7 181:3,7,16 182:4,9
182:17 184:22 185:17
186:8 190:3 191:7 192:20
193:15 194:10 197:12
198:6 200:17 203:23 204:3
204:4 205:14 206:4,9,24
213:6,8,14 214:7 215:12,18
215:25 216:5,6,14 217:8,9
217:19 218:2,6,7,15 219:5
219:24 223:23 224:10,18
225:13,15,23 226:7 227:9
227:11,11 228:2,5,17,19
229:1 237:20 240:6,14
**knowing**
109:12
**knowledge**
10:11 17:17 18:25 205:7
226:16
**known**
72:21 88:15 92:2 94:17
96:5 150:6
**knows**
158:22
**kuwait**
178:25
**kyle**
144:16

**kyleigh**
243:9,17

**l**

**l.a.**
79:10,13 96:3,6
**la**
1:4 5:11 243:5
**labeled**
46:24
**lack**
59:7 62:18 64:14 128:23
133:17
**lady**
103:5 105:22
**lady's**
103:5
**laid**
56:12
**lane**
236:13 238:20 239:5
**large**
24:9 28:16 30:2 72:12,14
88:1 99:11 109:11 192:3
207:21 208:1 209:18,23
**lasky**
2:5 5:1 65:18 134:23
177:18 212:12
**late**
62:5,6 63:2,11,15 66:21
73:13 74:14 114:8 128:25
149:4 161:1 166:8 170:1
230:17,19 237:13
**law**
8:10
**laws**
5:14,16
**lawyer**
61:23 213:11
**lay**
21:6
**lazy**
235:23
**lead**
39:13 41:19 51:14 54:4,5
55:1,1 56:23,24,24 57:9
58:3 59:23 62:17 63:3,13
63:16 64:11,13,14 65:16
66:13 68:5 72:3,5,11,23
108:2 114:15,17 141:15
218:21 238:13
**leader**
25:17 26:16,23 28:14,18
37:8 51:7 58:6 61:4 104:22
138:24
**leaders**
55:21 93:16 117:4,5,5

**leaders (cont.)**
153:17,24 154:3,16 173:14
**leadership**
74:2 99:4 154:12 170:20
**leading**
57:18
**leads**
65:25
**leap**
226:20
**learn**
15:5 50:3 230:8
**learned**
148:25
**leave**
225:22
**leaves**
218:9
**leaving**
13:14
**led**
47:10 69:11,13,18,23,23
70:11,16 126:16
**leech**
1:8 3:4 4:8,11,14,16,22
6:19,25 7:8,12 13:23 40:1
49:2 66:17 73:21 96:19
97:7 112:23 120:7 176:14
177:10,11 189:22 193:10
193:20 211:16 232:19
233:1,2,7,9,12,14,16,17,22
234:13,23 235:1 236:21
237:15,17,19,20 241:3,17
243:4
**leeches**
7:7
**leech's**
13:13
**left**
69:17 103:3 132:25 227:22
241:21
**leg**
86:16,20,23 167:18 168:9
168:10,11,12
**legal**
12:19 139:16 237:18
**legally**
233:12
**legg**
22:19,22 23:1 204:1 213:8
213:22 238:13
**legging**
86:21 168:9
**legitimate**
192:25

**[legitimately - macro]**

**legitimately**
128:22
**legs**
8:22 157:7 167:7
**lehman**
209:5
**length**
45:22,25
**lengthy**
23:8
**lessons**
148:24
**letter**
44:24 45:2,6 49:12
**letters**
44:8 46:25
**level**
66:11 150:8,8 190:23
**levels**
124:2,4
**leverage**
99:8,9,21,22 183:17
**leveraged**
99:7,16,20 183:8 216:12,13
219:16 222:16 223:12
**leveraging**
183:16
**lewis**
142:3
**liabilities**
100:9
**liability**
103:21 122:4 234:23,25
**life**
73:20 145:2,3,4,12 236:25
**lifestyle**
240:7
**lightning**
166:6
**liked**
73:22,22
**limit**
20:24 88:10 91:10,12
185:19
**limitation**
231:17
**limited**
17:18 21:1 106:10 234:23
234:25
**limits**
117:16,18 200:7
**lindbloom**
28:2,5 154:2,18 173:15
**lindsey**
2:4 4:25 24:3 35:11 120:22
171:6 212:8

**line**
29:2 66:20 123:25 124:14
124:15 128:2 144:15 147:7
148:22 154:19 186:23
187:2,2 204:15,17 207:14
210:24 213:25 222:14
**lines**
41:8 148:22
**ling**
27:22
**link**
52:23
**liquid**
39:2 81:8,9 105:24 157:13
157:15
**liquidate**
133:4 223:1
**liquidated**
227:20,21,22
**liquidity**
127:16
**list**
17:20 20:10,12 80:23
104:22 188:22,23 222:8
**listed**
122:6
**little**
18:18 30:25 44:23 82:20
98:9,15 142:4 155:10
157:15 169:10 189:6
194:13 201:10
**live**
238:24 239:2
**lived**
166:16
**lives**
237:7 239:11
**llc**
101:4 105:14 109:23 110:4
210:9 214:1 215:14 233:1,2
233:2,7 234:3,4,4,13,23
235:5 239:6
**llcs**
233:9
**llc's**
233:22
**locally**
240:3
**location**
243:7
**log**
195:5
**logical**
226:20
**london**
25:18 141:19 222:17 225:2

**london (cont.)**
225:4
**long**
8:4 23:5 27:14 32:20 37:16
38:10,14,20 47:5 48:7
52:21 60:11 63:23,24 77:10
80:23 82:3,5,23,24 88:15
93:2 94:19 95:20 96:5
100:7,9 103:20 122:4
139:10 167:10 189:7,10
192:11,23 198:18 203:1
208:22 209:10,11,12,15,18
212:5 216:3 226:2 237:1
**longer**
85:15,15,15 210:3
**longest**
95:11
**look**
20:22 25:14 30:10 40:12
44:7 73:13 91:15 100:4
105:12 107:20 116:2
117:13 118:9 127:23,24
130:15 131:22 135:17
140:15 142:9 148:20 149:4
149:16 152:19,20 153:1,2
155:2,15 158:17 173:24
181:6 186:9 187:2,4 193:22
202:10 204:10 207:13
208:15 212:4 219:19
221:19 223:25 240:1
**looked**
12:25 107:17 148:11
151:15 152:25 186:18,21
188:10
**looking**
18:4 42:24 43:3 49:9 58:3
75:5 105:21 116:15 200:4
**looks**
44:13 127:25 158:13 194:3
**lorber**
212:18 213:6,13,21
**lorber's**
213:8
**los**
1:11,13 2:11 4:5 233:6
234:10 236:6 239:10 243:7
**lose**
84:10 154:21
**losing**
145:21
**losses**
85:7
**lost**
14:8,14 142:24,25 149:7
169:15

**lot**
24:10 26:14 29:14,18 36:16
39:14,16 51:8 54:17 55:15
55:25 56:20 57:6 67:4 69:2
74:21 79:11,12,15,18 81:20
83:5,8 86:6,20 87:5,10,15
91:20 93:23 94:2,13 99:4
99:20 100:7 129:12 130:2
131:23 132:12,16,25 133:9
133:10,10 135:18 140:23
143:3 148:6,7 155:19
156:21,24 157:7,10 158:9
164:1 172:21 173:23
207:24 214:3 218:6 221:5
224:12 238:2 240:2,3,5,5
**lots**
85:18
**low**
36:14 84:15 143:5 150:22
185:9
**lower**
44:8 46:25 182:8
**lucky**
34:19
**lunch**
96:15,16
**luncheon**
119:6

**m**

**macro**
29:11,12,22 30:15 33:25
35:2,4 36:20,25 37:9,12
38:5,17 39:7,8,19 41:7,13
41:22 53:17 54:7,8 55:1
62:13,13 75:9 83:25 84:19
92:3,11,14 97:14 98:13,14
99:21 100:1,23 101:12,12
101:13,18 102:2 104:6,11
105:10,11,15,24 106:1,9,13
106:15,17 107:16 108:3
111:7 115:2 118:18 121:13
122:5,13,24 123:7,23 124:8
124:9 125:6 127:21 131:5
133:10 134:12 137:3,4,6,19
139:3 140:4,24 141:16
142:10,13,18,23 156:23
164:3 168:21 171:4,5 173:7
173:8 174:18,20 175:5
176:1 180:22 182:24 183:2
183:3,6,13,14 184:1,2,4
209:24 210:5,8,13,21 214:1
214:7,8,12,14 215:5,5,14
215:17,18,19 216:5,5,11,14
216:24 217:2,5,12,20
218:13,23 219:6,14,18,22
220:18 222:18 223:6

[macro - mentioned]

**macro (cont.)**
227:17 228:2 232:7
**madre**
239:2
**main**
65:23 106:2,8
**maintained**
198:3,4
**major**
27:10 52:2 55:15 59:13
88:4,7,16 92:18 127:20
**majority**
165:10
**making**
18:17 35:19 50:11 66:9
85:15 91:4 101:8 107:23
**manage**
24:18,19 58:13,15,16 83:3
83:23 85:18,20 103:18
104:21 118:12 122:11
129:2 131:5 201:6 208:7
**managed**
37:1 59:16 64:5 112:25
126:12 183:12 208:25
209:10 218:25
**management**
1:6 4:7 5:5,10 7:16 22:4,16
24:24 28:2 30:1,3,4 37:25
39:7 40:2,3 52:19 55:2
59:18 60:4,7 61:1 62:7
105:14 106:15 116:11,25
117:3,3,5 123:17,18 125:3
125:12,13,14 126:1,2,4,6,9
127:5,6,11 140:6,8 142:10
144:24 152:8 215:22
218:20 220:23 227:8
230:10 243:3
**manager**
7:22 29:20 30:9 38:6 39:14
41:17,19 56:21 57:3 58:6
59:24 62:17 63:3,14,16
64:11,13,15,17 65:17 66:7
104:15,20,25 105:7 114:9
114:19 124:12 137:25
177:13 189:8
**managers**
36:10 57:7 114:13,16
169:16,20 170:2 218:21
**manages**
29:3,3
**managing**
58:24,24 137:22 153:4
174:18,21 215:14 218:13
218:17,23 239:13
**map**
124:4

**march**
1:14 4:4,10 144:20 204:1
206:8 207:12 209:24 243:6
███████
88:14 89:13 91:23 92:1,10
92:13 93:7 161:9 168:15,16
168:17,19 169:4
**margin**
222:18,23,25 223:2,3,4,7
225:1,5,10
**mark**
28:2 154:2,18 173:14
**marked**
6:3,5 11:10,19 18:6,8 42:13
42:17 49:9 141:3,7 144:4,8
146:17 171:11,13 186:7,16
204:5,7 207:9 211:24 212:1
**marker**
37:5
**market**
35:24 37:20 39:16 41:10
53:2 56:1 76:14 78:1 81:13
81:22 82:24 85:2,3,5 94:2
122:17,19 124:20 127:2
128:21 129:18 132:1,18,18
134:16 135:5,9,14,18
136:25 149:20,23,24
150:11 156:16,21,22
157:18,25 158:2,2 162:16
162:17,20,22 176:2 180:18
180:20 181:22 190:21
191:17,19 192:4 195:25
209:1
**marketability**
127:17
**marketed**
38:11,15 39:9
**marketing**
141:15,21
**markets**
21:18 25:16 27:19 39:3
74:7,9 81:8,9 93:5 149:12
157:1 191:15,19
**market's**
75:24 162:18
**marki**
29:5
**marquez**
159:24 160:1,17 161:15,23
163:8,14 164:13,13,25
165:16 167:15 171:20,22
174:5 175:22 196:14
198:11 199:8 231:2 232:6
**mason**
22:19,22 213:9,22 238:13

**mason's**
204:1
**massively**
148:17
**master**
100:24 104:4 105:24
**match**
36:13 38:4 86:3,17,17,17
91:1 100:8 103:21 188:19
**matched**
87:10 122:4 197:19
**matching**
116:24
**material**
13:18
**math**
140:8 141:1
**mathematical**
30:17
**mathematically**
127:3
**matter**
1:3,17 4:6 5:10,19 7:17,19
7:20 50:8 213:16,20 243:3
**matters**
243:12
**mcginnis**
243:9,17
**mcnamara**
25:1
**mcrc**
123:17
**mean**
14:14 16:20 19:24 24:3,5
32:23 35:8 45:7 47:21
49:18 57:14 65:14,14 66:2
70:10 71:3,8,10 73:6 88:6
90:17 92:25 95:21 98:3
106:22 109:9,10 110:14
115:2,5,13 137:24 139:9
147:5 157:2 160:6,12
163:25,25 164:14 166:18
167:11 175:25 177:6,9,14
178:14 185:24 188:19
191:16 196:5,13,17 198:11
199:14 201:4,4 204:4
207:20 224:16 226:17
231:2,11 237:21 239:25
240:3
**meaningful**
53:15 56:5 133:13
**meaningfully**
68:23 191:23 208:21
**means**
86:21 134:15 145:8,9
178:21 187:20 203:23

**meant**
71:10 127:5 136:1 142:20
154:24 176:21 178:20
221:22 229:20
**measure**
40:21 129:24 130:2
**measured**
117:21,23 137:10 147:11
147:12
**measures**
153:18
**measuring**
130:2
**mechanisms**
171:22
**medical**
234:12 235:13
**medication**
10:17
**meet**
25:2,14 30:17 75:9 77:11
77:21
**meeting**
30:21 52:7 68:18 69:9,14
69:19 75:8,24 77:7,7,25
116:11,12 117:4 123:16
124:8,12 127:12 172:16
**meetings**
52:22 69:12 75:18 76:3
77:1,11,20 78:3 116:9
125:18 133:16 154:15
**meets**
52:4,12 76:5
**member**
29:5,22,25 51:25,25 52:15
52:22 199:18 218:15
**members**
7:6 12:25 22:25 23:1 24:2
24:11,16,19,20,21 25:10,13
147:17 163:23 199:23
202:25 218:22
**memo**
3:22 212:17 217:15,22,23
226:17,18 227:18 229:20
**memorandum**
213:16,18,25
**memory**
42:2 46:8,11 67:1,7 69:9
102:17 214:24 220:9
**memos**
229:24
**mentally**
194:4
**mentioned**
49:24 51:19 55:9 63:21
88:21 94:17 134:3 136:5,5

**[mentioned - negative]**

**mentioned (cont.)**
141:12 200:4
**menu**
206:15
**merger**
45:9 203:25 205:3
**merit**
166:23 176:22,24 179:4
180:5,23 182:1,23 184:18
195:20
**message**
155:1,21,21 172:1
**messaged**
154:6
**messages**
13:11 17:1,3,4,9 172:2
**messaging**
17:25 34:10
**met**
22:25 61:10 95:7 96:3
203:6,8
**method**
172:7
**metric**
123:8,10,13,14,15 128:8
131:4 147:24 148:8,9
151:16,16 152:12 153:9,11
**metrics**
43:21 44:1,5 117:20 120:15
121:2 124:4 126:10 128:3,8
134:3 148:6,7 201:19,21
202:1,5
**michael**
31:17 49:25 50:6,23 54:7
**michael's**
56:10
**middle**
154:19 212:6 226:13
**migrated**
100:4,9
**mike**
24:22 25:12 126:21 141:17
141:19 231:25
**mildly**
136:9
**miller**
238:8,12,12
**million**
204:15,16 206:1,1 217:7,12
218:1 220:25 222:12,12
227:1,15
**mind**
110:1 111:10 112:7,14
113:10 142:22 158:25
159:14 173:5 184:12

**mine**
77:5
**minimum**
174:19
**minor**
128:11
**minute**
187:22,24 193:4 196:10,11
196:15 197:4,6
**minutes**
96:15 166:20 211:4,5
**mis**
194:5
**miscommunication**
224:8
**misplaced**
64:4
**missed**
53:6
**missing**
221:8,10,11,14
**misspoken**
103:23
**mistake**
212:14 217:17
**misunderstood**
229:21
**mitigate**
133:20
**mitigation**
140:6
**mix**
150:21 209:9
**moment**
62:21 67:21 101:16 122:22
144:2 178:18
**monday**
52:12 75:23 76:6
**mondays**
76:5
**money**
25:16 53:18 133:3 143:14
143:17 149:7 169:3 207:24
218:6 223:4,8 227:22 240:3
240:3,5,5
**monitor**
32:16 33:6,14 34:24 63:9
74:23 76:14 114:24 122:12
122:16 125:2 127:8 226:4
**monitoring**
32:19 33:11 34:16 54:23
62:20 107:23 122:10 125:9
222:21 225:16,18 226:8
**monitors**
29:2 31:24 32:7,10 33:4,15
79:21,23

**month**
3:20 53:2 116:4 117:1,25
124:12 127:11 142:13
206:7,10 209:16 234:17
235:3,8,11 236:10
**monthly**
117:2 118:3,4 123:16 124:8
129:6 133:16 206:21 220:9
238:3
**months**
131:4 136:23
██████████
88:14 89:5 94:6,7
**morning**
4:2 33:20 52:12,23 73:14
73:17,18 74:1,11,12 76:6
79:4 89:24 90:1,8,18
107:17 121:3,18 122:8,10
134:18 135:17 160:25
161:4 192:7 196:19
**mortgage**
27:17 53:5 72:17 179:25
**mortgages**
99:24 133:7
**morvillo**
2:18 6:22
**mother**
239:1
**motors**
54:2
**move**
74:13 134:20 152:3 154:21
156:16 180:20 208:15
**moved**
135:18 183:23 191:18
**movements**
156:22
**moves**
122:17,19 134:16 135:6,10
135:12,14
**moving**
153:11 190:21 192:5
208:18
**multi**
104:15
**multiple**
31:24 34:15 66:18 79:21
134:8 157:7,8,8 218:20
**mumbling**
42:1
**munger**
224:1 226:15,19
**municipal**
25:16
**mutual**
108:21 109:5,22,25,25

**mutual (cont.)**
110:8 128:1 237:23 238:1

**n**

**name**
4:2,20,20,25 6:19 7:19 26:6
26:8,12 33:25 89:18 94:21
103:5 112:17 113:9 130:7
153:20,22 215:8,9,24
225:24 227:6,11 233:25
237:19 239:6,6,9
**named**
41:13 54:15 114:8,12,13,15
114:18 215:10,18 231:24
**names**
25:21 33:23 89:23
**naming**
50:4
**narrowly**
220:25
**nasdaq**
149:20
**nathaniel**
2:16 6:21
**natural**
68:6 118:21
**nature**
37:12 161:10
**nav**
123:8
**necessarily**
178:1
**necessary**
228:25
**necessitate**
190:23
**need**
8:20,20,21,22 25:6 34:3
58:12 62:9 64:2 83:19,23
85:1,16,19 124:6 128:11,12
128:13,13 130:17 134:5
148:23 149:14 155:2,2,4,4
155:22 161:9 162:15
163:20 165:11 180:21
182:11,13,18 183:24
185:19 188:16,19 192:11
193:8 197:19 232:1
**needed**
56:3 118:9 182:7,9,10
230:22
**needing**
65:6
**needs**
77:21 189:9 190:16
**negative**
84:2,21 85:13 122:15
134:14 150:23 156:24

**negative (cont.)**
180:13,14
**negatively**
134:14
**negatives**
10:23 221:4
**negotiate**
60:16,17
**neither**
244:11
**nervous**
70:4
**neutral**
85:3
**new**
2:20 6:23 25:15 26:3,4
38:12,16 39:20,25 58:25
74:13,14 93:3,25 111:15,22
150:7 199:24 230:12 237:7
**news**
143:14,16 148:4 223:20
**newspapers**
132:4
**nichole**
135:22 172:14
**night**
74:9 134:19
**nine**
78:17
**nod**
9:21
**nominally**
23:25
**non**
215:17
**noon**
118:24
**normal**
32:8 74:11 182:22
**normally**
182:20
████
89:16
**north**
31:10,15 150:1,3
**nos**
3:18
**notation**
178:4,20 195:18
**note**
13:9 15:3 60:20 86:14,14
179:12 190:6 194:14 195:4
195:17 198:17
**noted**
195:4,13

**notes**
15:4,8 65:9 91:11 107:6
163:12 167:19,22 199:5
200:20
**notice**
1:18 3:11 6:3 42:14 46:4
49:14,19,20,22
**notify**
234:14,24 235:4,13 240:21
**november**
3:9 12:3 62:4 65:10 186:14
200:5
**number**
28:8 33:13 75:11 82:14
103:23 109:10 111:9
137:14 147:20,21 158:14
161:13,25 179:7 181:21,23
184:6 186:15 199:5 207:5,6
235:19
**numbered**
47:6
**numbers**
103:16 104:8 143:11,11
204:12 205:8 207:21,25,25
208:1
**nut**
149:15
**ny**
2:20

**o**

**oath**
8:8,8,9 10:13 49:3 97:6
120:8 176:15 211:17
232:20 241:18
**obama**
66:11
**objective**
214:20 215:9,25 216:1
**obligation**
71:12
**obligations**
240:16
████
88:17,19 89:21 90:9,11
91:17 161:7
**obtaining**
161:24
**obvious**
140:15
**obviously**
13:16 24:21 30:1 50:7
55:17 87:25 137:25 142:11
148:21 179:18 190:1,22
205:13,19 214:16,25
222:24 235:10

**occasionally**
17:2 159:19 160:2,10
**occasions**
165:16 168:1 185:21
239:17,23
**occur**
162:9
**occurred**
186:11 244:7
**occurrence**
129:6,7
**o'clock**
73:25 74:12,13 75:16,19,23
76:3,5,10 78:5,6,9,17,17,18
162:13,14 191:21,21,22,24
192:7 196:7 230:24 232:10
**october**
62:5,6 63:2,11 65:9 66:21
73:13 114:8 207:2 230:12
**offered**
86:13
**offhand**
101:7 179:3
**office**
1:11 4:6 15:2 25:16,18 26:5
26:14,15,18,19,21,23,23
31:3,8,9,10,16,18,20 32:1
34:14 54:15 71:12,15,25
72:3,4,5 73:16 76:19,23
79:6,9,16,20 80:1 92:12
111:16 141:20,20,22
**officer**
23:9 24:23 125:15 146:11
244:7
**officers**
5:6
**offices**
24:17 25:12 27:7 31:15
37:14,25 38:9 54:22 55:6
**official**
54:21 55:23 57:13
**officially**
55:22
**offside**
146:3
**oh**
28:7 217:16 219:12 227:6
████
88:25 89:3
**oil**
126:23
**okay**
4:9 8:2,6,7 9:16,22 11:25
12:10 14:22 15:10 16:8
17:4,8 19:20 25:11,23
26:24 28:10 29:21 31:2

**okay (cont.)**
32:25 35:2,14 42:3 47:3
48:15 50:16 62:3 63:1,19
66:2,16 67:6 70:14 71:14
72:8,13 73:11 78:5 80:17
80:20 90:21 93:19 96:22
98:6,11 100:12,17,22
102:10 104:2 106:14
111:10 115:7 118:20
123:11 126:8 127:25 128:1
129:10 131:2 135:10,24
141:17 142:16 144:15
148:20 154:16,19 158:8,15
158:18 159:13 160:10,17
161:3 171:10 172:3,25
175:10,25 176:4 177:19
178:23 185:16 195:1,3,6
196:23 197:21 202:17
203:8,16 204:13,18 205:15
205:25 210:10 212:15
213:3,6 214:23 216:21
221:21 231:1 238:20
239:21 241:3,9 242:3
**okayed**
137:25
**omitted**
79:7
**omnibus**
3:11 42:14
**once**
23:23 34:18 52:4,8 53:1
68:18 69:6 70:14 71:15
116:25 124:12 127:11
134:11 165:10
**ones**
54:11 88:16 132:14
**one's**
67:10 102:12 188:11,12
189:17
**ongoing**
74:24
**onus**
155:18
**open**
75:24 115:15 117:6 133:19
162:18 223:25
**opening**
5:17,25 22:5 188:8,8 194:1
194:14
**operating**
24:23 187:11 237:4
**operation**
72:23 240:6
**opp**
101:12,13 122:5 142:23
184:2

**opportunistic**
98:12 100:13

**opportunities**
29:11,12,23 30:16 35:2
36:21,25 37:9,12 39:7,9,20
41:8,14,22 92:3,11 98:13
98:14 100:24 101:18 102:3
104:6,9 106:2,4,10,13,16
106:18 108:3 141:16
142:10,19 156:22,23
209:24 210:6,8 214:8 223:6

**opportunity**
5:22 6:7 22:8 35:4 36:21
59:20 61:5 76:7 98:20
157:3 181:16

**opposed**
17:24 21:22 56:13 156:17
201:24

**opposite**
85:20 160:14

**opps**
33:25 38:5,17 62:13 75:9
84:1,19 92:14 97:15 99:21
100:1,18,25 101:12,19
102:4,14 103:9,14 104:5,11
104:16 105:10,11,16,24,25
106:5,19 107:15,16 111:8
115:3 118:18 121:13
122:14,24 123:7,24 124:8,9
125:6 127:21 131:6 133:10
134:12 137:3,4,6,19 139:3
140:4,24 142:13 164:3
168:18,20,21 171:4,5 173:7
173:8 174:18,20 175:5
176:1 180:6,7,22,25 181:10
182:25 183:2,3,6,14 184:1
184:4 187:17,22 188:1,15
191:10 192:7,8 195:24
196:2 198:5 199:19 210:13
210:21 232:8

**opt**
178:6,13

**option**
72:18 81:23,24 82:6 84:5,6
84:7,23 85:8 87:12,12,17
91:16 94:4 157:10 166:2
179:15,16 189:12 194:1,4,6
194:14,15 195:5,13,17

**options**
75:13 80:14,19 81:11,18,25
82:2,6,7,8,10 84:3,3,22
85:12 87:6,11 88:9 91:20
93:18 94:14 107:9 109:17
157:10,13,22,24 166:1
177:21 178:6,7,15,20,21,24
180:3,12 188:23 189:14,16

**options (cont.)**
195:11 219:17

**oral**
15:7 163:14 170:3

**orally**
158:22 159:4,5,6,9,10
169:17

**orange**
124:2 128:12

**oranges**
131:9

**order**
5:18,23 65:8 85:2 86:12,25
91:10,13 104:22 157:24
158:19,21,23,24 159:14
160:4,6,7 163:7 166:2
175:13 180:16 185:6 196:6
197:17

**orders**
157:21

**organizational**
24:8 53:12 57:17 59:13

**organize**
25:2 72:25 83:23 104:20
131:20

**organized**
27:9 71:21 74:6 161:11
237:17

**organizes**
104:25 227:12

**originally**
11:17

**outbreaks**
79:14

**outcome**
244:16

**outflows**
132:16 136:5 142:11,22,25

**outlived**
88:12

**outlook**
83:9

**output**
148:24 154:14

**outreach**
139:23 140:4

**outright**
80:22 82:6 83:1 117:11
123:22

**outside**
7:8 20:10 30:13 36:4 95:13
95:18 117:18 126:7 143:8
188:22 233:13 234:19,21
234:22

**outsource**
169:11

**overall**
99:17 116:7

**overlap**
27:6 77:20 205:6

**overnight**
74:8

**overseas**
74:9

**owned**
22:22 23:1,13,14

**ownership**
208:3

**owns**
84:23 239:11

**p**

**p.c.**
2:18

**p.m.**
120:3,5 171:20 176:8,11,13
211:8,10,13,15 231:12
232:13,16,18 241:12,15,16
242:5,7,8

**pacific**
78:6 112:2 144:24 145:2,3
145:4,12 155:16

**pads**
15:3

**page**
43:4 44:7,22,23 46:20,24
47:5,6 121:16 204:11 212:6
221:20,21

**pager**
121:10

**pages**
1:9 12:5,13 127:15 212:5

**paid**
46:21 203:6 205:2 206:7

**painful**
149:6

**pair**
86:2,4 165:23 166:24 167:1
167:11

**paired**
87:10

**pairs**
85:22 167:8,14,16,17 168:4
168:6,8

**pandemic**
79:7,8

**paper**
44:18 136:1,2

**papers**
13:23

**paragraph**
44:24 147:6,6,7 148:21
154:20 216:11 220:22

**paragraph (cont.)**
226:13

**paraphrasing**
65:22

**parcel**
189:10

**parity**
150:15,17

**part**
29:4 31:16 59:13 63:6
81:18 99:3,11 100:3,19
101:20 102:4,15 103:10,14
105:10,15 136:22 165:22
177:24 183:8,9 188:18,19
189:10 208:3 209:11 210:3
214:13 215:4,11,13,22
219:1

**participant**
45:3

**participate**
51:22 228:20

**participated**
226:24

**participating**
82:11,19,21 179:9,19

**participation**
39:17

**particular**
24:4 38:11 39:4 63:20
88:21 89:5,7,10 90:23
91:22 92:15,22 93:12 94:7
98:3 133:22 163:18 168:6
169:17 170:4 177:3 180:24
186:7 187:4

**particularly**
37:21 38:15 39:19 52:10
53:22 132:19 143:21

**parties**
224:13 244:12,15

**partner**
29:12,16

**parts**
71:3 72:20 80:8 83:22

**pasadena**
25:12 27:1 49:25 78:10
79:14 111:17 156:14
222:17 224:25 236:13,16
238:21

**pasqual**
236:15,20 238:23 239:6

**passed**
228:23

**path**
66:8 140:10 145:22

**patterns**
181:6

**paulo**
  26:22
**pay**
  53:25 84:11,12 86:13
  138:16,18,19,19
**paying**
  226:11
**peak**
  132:21
**pen**
  18:15
**pencil**
  18:15
**pending**
  9:3
**pension**
  105:8,13 109:13,17 178:12
  178:15 188:1
**penultimate**
  216:10
**people**
  16:20 24:19 28:9 36:11
  40:15 49:24 52:20 58:15,17
  58:24 61:12,13 66:19 75:4
  76:7,12,21 84:5 87:23 89:1
  89:8,25 90:4 95:13,20
  101:5,15 102:23 107:22
  111:18 125:2,4,9 130:3,22
  132:17 139:10 140:9
  142:18 143:2,5,12,20
  144:17 150:20 165:15
  169:21 184:25 200:19
  201:5 202:11 207:22
  235:19
**percent**
  10:12 22:21 23:4 43:2
  80:15 99:14,15 100:14
  104:19 118:15 129:16,19
  132:7,7 143:10,10 147:10
  152:1 185:17 189:15
  191:18 228:1
**percentage**
  117:24 137:15 147:13
  151:21 184:21,24 185:9
  199:23
**percentages**
  121:13 177:25
**percentile**
  147:5,9,14,24
**perception**
  63:13
**percolate**
  55:16
**perfectly**
  240:14

**perform**
  17:15 127:19,20 197:24
  199:12
**performance**
  43:21,25 44:4 51:10 58:7
  99:17 114:24 115:8,12
  116:4,4,5,13,16,21,21
  117:9,15 118:13 120:18,19
  122:5,11 123:6,8,21 128:4
  131:18 132:25 137:4,11
  140:3 145:9,23,25 146:7
  149:7 151:23 152:10,13
  179:13 201:19,21,23,24
  202:1 203:1
**performing**
  136:6,8
**period**
  23:3 24:4 46:15,21 52:1
  59:22 69:10 74:21 79:18
  80:5,12 108:6 114:7 131:24
  136:22 142:23 144:18
  157:6 178:16,17 179:2
  188:5 204:11 205:2,18,24
  206:7,10 209:20,21 228:16
  232:3
**periods**
  15:4 175:16
**permanente**
  103:7
**permanently**
  62:14
**permission**
  206:22 220:4 223:5
**permits**
  200:6
**permitted**
  206:17
**▮▮▮**
  60:5 61:2 63:16,24
**person**
  6:16,21 28:14,17 29:14
  37:11 51:14 52:16 53:25
  61:10,12,14 66:12 69:13
  72:2,3,5,22 84:22 102:22
  103:6 104:24 116:18 126:5
  126:21 127:7 174:23
  199:17 218:24 220:11
**personal**
  6:25 13:23 53:12 54:18
  76:22 155:8 158:15 172:4
  172:14 208:10
**personally**
  17:12 40:1 57:20 230:5
**personnel**
  54:24

**persons**
  47:13 107:21
**person's**
  74:11
**perspective**
  158:16
**pertain**
  45:19 212:21,25
**pertains**
  212:20
**pete's**
  224:11
**peter**
  2:24 4:3
**petition**
  130:7
**ph.d.**
  66:10
**phantom**
  43:24
**philosophy**
  153:3
**phone**
  15:8,11,13 16:3,15,20,21
  16:25 17:2,8,16 34:20,20
  34:21,24 90:5,6,9,11,13,19
  133:8 135:1 156:4 158:19
  160:15 165:4 171:24,25
  172:1,1,2,3,3,4,4,7,9,15,23
  172:24 196:11,14 230:23
**phones**
  13:14 15:19,19
**phrase**
  149:14
**phrases**
  149:15,16
**physical**
  15:25 31:1 136:1,2
**physically**
  69:23
**pick**
  158:18 172:14
**picking**
  133:8
**pictures**
  16:21
**piece**
  44:18 100:11 136:1,2
**piecemeal**
  56:13
**pl**
  112:25 113:4
**place**
  1:10 4:5 74:22 107:25
  123:25 147:22,23 149:3
  153:15 158:19,20,22,24

**place (cont.)**
  159:9,14 160:6,7 233:4
  236:5
**placed**
  108:15 158:20 193:13
**places**
  35:1
**placing**
  163:22
**plainly**
  191:9 205:15
**plan**
  43:16 50:6 55:17 61:7
  104:5 105:8 121:22 165:6
  202:14,19
**plane**
  230:11
**planning**
  55:19 68:9
**plans**
  202:16
**please**
  4:11,19 6:17 9:18 11:6
  119:3 224:3 236:18
**plummet**
  157:19
**plus**
  28:1,6 29:9,10 39:22 40:24
  41:9,12 52:10 57:4,9,15,19
  59:16 60:24 61:5 62:12
  64:18 66:23 68:1,4,5,8 74:3
  75:20 97:15 100:5 103:18
  103:19 104:7 108:17 109:2
  109:4,5 110:4,5,8,11,16,18
  110:24 111:3,4,13,21,24
  112:3,11 113:1,6,13,24
  114:2,3 124:17,23 127:22
  127:25 131:5 136:8,15,17
  138:3 145:5,6 148:8,12
  151:17 164:4 173:11,13
  180:22 181:15,22 187:19
  187:20,25 188:17 189:5,14
  189:15 192:13 193:5
  199:22 207:14 208:20
  210:4 231:6,24
**point**
  24:6 38:21 44:9 46:9 64:6
  76:25 87:22 93:19 118:21
  137:23 185:12 192:2 218:7
  231:14
**points**
  48:10 129:20 135:13,15
  137:16 138:8,9,12 152:2,3
**policy**
  83:17 121:12 172:22 200:6

**[pool - proceedings]**

| | | | |
|---|---|---|---|
| **pool** | **position** | **predominantly** | **price** (cont.) |
| 73:7 | 53:19 56:25 66:13 71:16 | 36:3 41:12 80:2,3,9 110:13 | 190:23 191:6,8 192:1,3 |
| **poor** | 84:9 103:22 129:2 134:15 | 110:14 171:24,25 172:6 | 196:6 238:2,5 |
| 27:23 | 137:22 138:1,20 139:6 | **predominately** | **prices** |
| **poorly** | 150:5 160:2 180:15 183:24 | 90:20 | 32:12,16,19 34:16 84:22 |
| 58:9 132:10,18 145:19 | 183:25 185:17 224:15 | **prefer** | 126:23 129:19 162:17,21 |
| 208:17 210:2 | **positioned** | 96:17 | 162:21 |
| **populated** | 90:23 | **premises** | **pricewaterhousecoopers** |
| 121:14 | **positioning** | 238:21 | 212:19 |
| **portfolio** | 124:10 | **premium** | **prides** |
| 7:16 24:18 28:1 29:20 | **positions** | 84:10,13 | 60:13 126:10 |
| 37:25 38:6 39:13 41:19 | 22:15 62:14 135:4 141:2 | **premiums** | **primarily** |
| 56:21 57:2,7 59:18,24 60:4 | 180:3 | 85:8 | 156:6,7 |
| 60:5 61:2,15 62:7,17,19 | **positive** | **prepare** | **primary** |
| 63:3,4,5,14,14,16,16,20 | 39:18 | 20:18 | 142:22 |
| 64:1,3,9,9,10,11,13,15,17 | **possession** | **prepared** | **prime** |
| 64:18,20,22,25 65:12,16 | 14:8,13 17:18 | 18:13,14,20 213:19 | 181:14 |
| 66:24 75:12 83:3,7 84:21 | **possibility** | **prepares** | **principal** |
| 97:17,21,25 98:2,11,12,21 | 140:17 166:12 | 115:12 | 179:13 180:12 199:17 |
| 99:12,16 100:3,4,11,13,23 | **possible** | **prerogative** | 233:4 236:5 |
| 100:24 104:20,25 105:6,7 | 16:23 71:1 73:5 192:1 | 190:11 | **prior** |
| 108:1,18,18 109:2 111:25 | **possibly** | **present** | 14:8 43:5 46:4 56:18 59:3 |
| 114:8,11,12,13,16,19 | 121:15 | 2:23 97:18 145:11,15 228:8 | 59:15 73:12 146:25 199:16 |
| 115:24 117:6,8,8,15 120:15 | **postponed** | 229:2 | 229:7,22 |
| 120:19 121:5,6,18,19,20,24 | 56:16 | **presentation** | **priori** |
| 122:17 123:5,6 124:21,25 | **potentially** | 62:16 63:15 65:7,10,16 | 190:25 |
| 125:1,2,8 126:21,22 129:24 | 118:1 | 67:2 70:6 101:8,11 103:2 | **privacy** |
| 132:7 135:9 137:18,25 | **powder** | 116:14,18 145:14 146:8,9 | 76:23 |
| 138:2 145:4 150:19,19,25 | 239:13 | 146:11 | **private** |
| 169:4,16 170:2 177:13,14 | **powerful** | **presentations** | 233:14 234:5,11 235:12 |
| 177:25 178:7,25 179:2,17 | 180:12 | 23:20,24 60:21 66:23 67:4 | **privilege** |
| 180:8,9,10,24 181:20,21 | **practice** | 101:11,13,15 102:25 105:2 | 13:6,9,19 14:4 84:12 |
| 182:2 183:9 189:8 190:21 | 7:21 15:6 33:12 73:3 81:7 | 141:23 | **privileged** |
| 190:25 200:7,8 210:9 | 85:1 86:15 90:12 114:10 | **presently** | 19:18 21:2,9 84:8 224:19 |
| 216:23 218:20 | 157:22 160:16 161:15 | 229:17 | **pro** |
| **portfolios** | 163:12 164:16 169:18,24 | **presents** | 133:8 170:25 176:1 181:22 |
| 15:1 25:19,19 29:1,6,7,14 | 170:3,13,23 225:22 226:5,6 | 60:22 | 181:23,25 184:24 185:2,12 |
| 35:3 39:25 41:18,22 57:2,8 | **practices** | **presumes** | 205:18 232:7 234:1 |
| 57:9 59:17,23 60:9 62:12 | 61:22 70:18 155:24 177:12 | 216:25 | **probably** |
| 64:5,12 65:4 75:5 83:23 | 219:8,9 229:8,11 230:3,9 | **presumption** | 15:6 29:17 54:9 72:24 |
| 84:20 85:21 97:13,15 | **prashant** | 228:5 | 101:14 129:12,13 142:17 |
| 106:20,21,23 108:9 114:9 | 29:13 30:22 34:1 75:17 | **pretty** | 171:3 177:5 216:8 236:11 |
| 114:13,25 115:5,9 116:3 | 105:12,18 108:4 122:20 | 17:11,24 33:11 34:2 44:11 | **problem** |
| 117:14,20 118:12 120:18 | 125:11 135:20 140:7,25 | 58:2 67:3,10 68:23 74:17 | 128:14 130:25 131:1 140:1 |
| 121:9,24 122:11,13 124:11 | 173:10 199:19 | 114:11 118:15 130:22 | 170:10 199:21,22,23 |
| 124:23 125:3,6 126:24 | **pre** | 143:18 174:6 200:13 | **problems** |
| 129:1 131:4 133:4,21 135:6 | 161:11,11 170:16,19 | 208:11 213:10 | 51:9 57:5 |
| 137:20 138:2,3 142:23 | 203:18 | **prevalent** | **procedures** |
| 151:12,14,15 168:21 | **precisely** | 69:4 | 200:21 225:23 235:17 |
| 174:18,21 176:25 177:24 | 51:23 108:8 218:9 | **previous** | **proceed** |
| 178:14,24 179:19 181:1 | **precluded** | 166:2 | 190:4 |
| 184:2 187:20 190:15 | 178:2 | **previously** | **proceeding** |
| 191:22 192:25 195:24,25 | **predicate** | 7:12 215:1 | 5:7,21 8:12 234:7 244:13 |
| 197:14 206:11,18 | 21:6 | **price** | 244:16 |
| **portfolio's** | **predominant** | 81:14 82:21 84:5 91:12 | **proceedings** |
| 151:23 | 172:7,11 | 157:19 167:3 187:21,23 | 243:13 244:7 |

**[process - reading]**

**process**
51:10 65:4 69:20 138:22 152:24 161:14 169:8 184:16 190:3 201:3,7,9 219:22,24,25 220:1,2 229:25
**processes**
65:7
**produce**
13:2 135:16
**produced**
13:13 14:3,5 17:19
**produces**
135:3,3
**producing**
13:17
**product**
28:8 39:20 40:13 83:4,6,24 83:25 99:25 111:22 116:9 116:10 123:20,21 125:14 127:5,8,19 148:12 179:11 179:25 188:21
**production**
12:4 13:15 15:20
**productive**
86:15
**products**
36:19 39:13,14 40:22 41:7 51:15 53:22 54:6 81:14 82:10 88:7 94:12,13,13 99:22 190:19 214:3 228:18
**professional**
25:15 54:5 77:18 95:14,19 173:6
**professionals**
146:12 169:25 170:6 171:2 171:4 173:4,18
**profit**
235:25 236:2,3
**profitable**
84:4,18 85:10
**program**
27:15 28:1 30:17 36:23 37:5,6 38:23 40:4 57:4,5 74:3,3 77:9 83:5,14 84:4 92:4,5,6,7 105:18 114:5 128:1 133:12 138:23 139:4 139:23 142:11,12,25 143:1 143:2,4,16,24 149:5 151:25 155:23 161:1 162:11 177:10 180:7 202:9 204:25
**programs**
40:6,17 52:5,9 54:7 84:1 143:9 210:18,23
**progressive**
99:20

**project**
30:14 37:11 169:1,1
**projects**
30:11
**promote**
55:10 59:11
**promoted**
53:9 55:7 57:11 63:2
**promotion**
54:25 55:14 56:10,10 57:21 59:4,17
**pronunciation**
27:23
**proofreader's**
243:1
**proportionality**
38:7
**proportions**
38:2
**proprietary**
227:25 228:3,6,12,14
**prorate**
92:13
**prove**
155:2,4
**provide**
9:18 62:10 93:10 98:15 99:12 153:10 169:9,10 170:22 238:1,3,6
**provided**
5:18 6:1 7:24 18:14 235:1,6 238:5
**provides**
169:5
**provisions**
5:13 79:15
**proximity**
160:13
**prudential**
113:5,11
**█████**
110:9 148:3
**pull**
34:19
**pulled**
148:10,18,18
**purchase**
187:14,17,25 189:17 191:6 191:9 192:6,8 194:1,14
**purchased**
191:8
**purchases**
188:8
**purpose**
145:14 239:19

**purposes**
5:7 17:6,10 63:13
**pursuant**
1:18 11:14 62:10,22
**push**
35:15
**put**
36:9 81:6 87:9 91:12 149:3 153:15 157:21,24 159:3 169:2 183:12 196:6 223:8 224:13 237:18
**puts**
85:17
**putting**
155:18

**q**

**quantitative**
30:7 125:10 126:17
**quantity**
167:3
**quarter**
74:1 137:1,17 150:9
**question**
9:3,4,9,11,14,14,24 10:1,2 10:3 12:14 14:10,18 15:5 16:5 19:13 25:5 43:20 57:12 61:4 64:4 65:19 67:5 67:12,18,23 80:9 90:24 108:11 116:20 118:14 139:20 156:10 165:9,23 166:22 170:15 178:11 179:7 186:24 187:9 190:13 192:6,19 193:6,9,21,22 208:7,13 215:7 217:6,9 218:5,10 221:3,18 231:21 235:18 236:8,10 239:22
**questioning**
66:20
**questionnaire**
3:10 18:7
**questions**
6:10 8:15 11:2 62:1 66:19 105:3 189:25 190:1 240:17 242:1
**quick**
34:10 135:11,14
**quickly**
65:6 74:17 126:25 134:16 167:6 183:23
**█████**
89:16 94:17 95:12,24 96:10
**quite**
84:18 94:19 101:5 105:17 228:15

**r**

**█**
88:17,18 89:21 90:9,11 91:17 161:7
**racial**
69:2
**radar**
175:8
**rail**
153:12
**raise**
4:11 24:6 121:22
**rajiv**
29:24 30:8 34:3 75:10 122:20 125:10 126:16 134:21 140:7,7,24
**rally**
136:24
**ran**
103:5
**range**
93:11 169:18
**ranged**
214:5
**ranking**
148:3
**rare**
129:6,7
**rarely**
17:3 22:25 230:18
**rata**
133:8 170:25 176:1 181:22 181:24,25 184:24 185:2,12 205:18 232:7 234:1
**rate**
27:13 28:15 36:16 53:24 54:8 83:1 85:14,19 140:11
**rates**
36:14 53:18,19 66:4,5,8 75:2 182:5 191:18 209:13
**rate's**
74:22
**rationale**
193:16
**reach**
222:20 240:22
**reached**
46:13 172:9
**read**
48:6 74:8 141:10,11 144:14 146:21 171:17 212:15 214:16
**reader**
142:3
**reading**
132:4 144:13 195:15

[real - replicate]

**real**
36:5 133:7
**realigned**
203:21,24
**realignment**
203:22 204:4,11,15,16
205:12,15,16,17
**realize**
214:17
**really**
28:25 29:13 34:3,18 35:18
37:12 42:6 51:9,13 52:8
53:16,24 56:23 58:22 68:23
72:6,6 74:6,10,16 76:20
77:24 83:16 85:6 87:13,19
91:9 103:21 108:10 114:22
126:18 131:16 132:15
137:9 138:20 139:9,10
140:7 143:13 145:17 149:6
150:12,13 151:6 155:11,11
169:1,1 172:2 175:1 180:12
182:4 185:9 190:13 193:23
197:12,17 198:18 200:12
201:5 204:21 206:6 210:19
213:7 237:5
**realm**
19:18
**reason**
8:13 10:21,24 14:3 21:17
22:23 38:12 39:10 63:19,25
131:16 148:11 149:9
168:12 178:1 181:10
182:14,19 185:11 190:25
192:11,25 196:1 199:7
205:22 207:16,18 208:3
210:11 212:19 218:10
222:10 225:17
**reasonable**
38:16 44:11 86:15 88:3
104:17 130:11 157:20
160:16 224:21
**reasonably**
161:12 172:18 192:22
216:8
**reasons**
130:16 184:6 185:14,22
190:10,17 194:8 197:8,15
197:22 198:10,12
**recall**
12:7 45:7,14,17 129:15
179:3 205:20,25 215:1,13
219:21 225:7
**recede**
61:14
**receive**
46:5,16 71:16 85:8 91:5

**receive (cont.)**
101:20 102:4,14 103:10,14
104:16 106:6 108:20 109:4
109:15,20 110:6,11 111:5
111:25 112:4,12 113:2,7,14
113:22 114:4 117:19 118:7
120:16,21 121:2 203:5
**received**
61:25 118:8 161:18 162:1
163:14 206:5 207:3 212:7
225:10
**receiving**
108:9 206:1
**reception**
34:21
**recess**
48:21 97:1 119:6 176:9
211:11 232:14 241:13
**recession**
83:9,15 151:4
**recite**
161:18
**recognition**
36:5
**recognize**
18:11
**recollect**
10:24 201:9 219:20 222:14
**recollection**
10:8,11,12,14,15,22 12:22
21:1,5,8,12 22:18 200:23
201:2 205:7 216:3 226:3
**recommendations**
153:18
**reconsider**
185:19
**record**
4:9,20 5:17 6:1,18 8:18,25
13:3 17:14 38:20 48:19,22
48:25 49:7 96:23,24 97:2,4
119:2,4 120:2,4 176:7,10
176:12 186:12 198:6
207:19 211:7,9,12,14
228:19 232:12,15,17
241:10,11,15,16 242:4,6
244:11
**recorded**
243:12
**records**
13:1,17,24 14:19,23 15:9
203:18
**recover**
209:16
**recovered**
223:13

**recovery**
140:10
**red**
124:2,5 128:13 129:2,6,7
129:11 131:3,6,8,10 133:22
134:1 200:15,17,18,18
**reduced**
204:16 208:20 218:1 244:9
**reducing**
183:24 184:3
**reduction**
56:4 204:19 205:21
**refenestrated**
174:25
**refer**
48:3 160:1
**referenced**
63:23 231:5 238:24
**references**
44:24
**referred**
47:14 48:3 221:17
**referring**
149:1 226:21
**refers**
145:7
**reformatted**
215:8
**refresh**
21:4,11
**refreshed**
20:25 21:7
**regarding**
230:3
**regional**
1:11 2:6 4:6
**regulatory**
68:13,16 69:6,18 73:3 81:7
130:8
**reinstate**
51:9
**reinstated**
174:22
**reinvigorate**
51:10
**related**
17:17,22,25 18:2 32:10
34:2 77:23 199:7 244:12
**relation**
7:6 43:21,25 174:3
**relations**
88:6
**relationship**
59:24 63:23,25 93:24 94:20
95:14 96:4 236:24

**relationships**
58:13 88:11 91:3 95:11,19
96:6,8
**relative**
117:9 134:16 135:5 244:13
**relay**
161:5
**release**
47:1 74:25
**released**
75:2
**releases**
75:7
**relinquished**
55:6
**rely**
25:9 26:20 27:1,4 28:6
49:25 66:12 114:23
**relying**
15:20 16:9,11
**remain**
45:21 46:1,17 97:6
**remainder**
227:16
**remediation**
117:17
**remedy**
145:20
**remember**
7:17,19 10:19 33:25 34:6,7
42:6 44:16,17 45:12 47:20
47:23,23 54:20 58:1 60:10
65:4,11 67:1,2 68:2,11
89:22 103:4,23 104:14
113:3 128:7 129:4 132:3
137:7 153:22 175:2 179:9
204:19 207:16 216:16,20
216:21,25 217:3 218:18
220:17 225:14 237:11
238:16,25
**remind**
112:20 120:7 141:13
211:16 232:19 241:17
**reminded**
102:16
**remotely**
6:22
**remuneration**
48:11,12
**reorganized**
182:10
**rephrase**
10:2
**replicate**
109:24

**[replicated - rooms]**

replicated
111:19,20
report
23:10 28:11 30:14 54:6,9
71:12,15,18 72:15 87:3
115:9,12 117:19 118:7
121:2,18,25 122:25 123:1,2
123:4 124:7 128:10 134:21
134:24 135:4,16,25 148:4
152:6,7 162:25,25 166:5
reported
54:17 70:23 71:2,3,5,7,7,8
71:11 73:5,6 134:19 159:22
161:21 163:3
reporter
8:18,25 9:20 25:24 28:21
41:24 42:15 112:15,24
141:5,25 144:6 146:15
151:18 186:19 190:5
192:15 209:3
reporter's
244:1
reporting
1:24 54:13,18 56:12 71:21
92:10 240:16
reports
24:1,8 27:18 28:12 30:18
54:14 75:5,6,11,14 120:17
121:14 122:23 123:12
126:12 127:10 135:19
148:10 223:17
reposition
74:20
represent
6:25 7:3,8
representation
12:19
represented
6:13 177:1
reproduced
14:17
request
190:8
requested
28:21 41:24 112:15 141:25
151:18 186:19 192:15
209:3
requests
12:5
required
206:22
requires
10:13
research
51:11 91:5 93:23 138:25

resemblance
196:5
reservation
44:18
reserve
28:15 66:3
reserve's
66:9
reside
95:25
residence
238:23
residential
238:21
resides
96:5 236:15,20
resisting
108:11
resource
169:5
resources
42:11,21
respect
75:13 122:17 180:11
respond
78:14 146:25 180:21
responded
146:25
response
144:16 165:13
responses
9:18 145:25
responsibilities
24:11 53:9 54:18 55:4
56:23 59:19,21 141:21
169:13 223:22
responsibility
26:18 54:23 122:2 138:24
responsible
38:7 107:22
responsive
14:7,20 15:14 16:23 25:3
35:22 43:1 130:12,14 218:3
rest
78:4 182:2,24 183:5
restaurant
237:6,8
restore
182:11
restricted
43:3,7 44:3 201:10
restriction
208:11
restrictions
98:22 106:25 107:4,7,24

resume
23:8
retail
40:10 108:25 109:6,8,25
retain
63:20 64:1,3
retained
19:16
reticent
36:15
retire
49:13,18,21,22
████████████
46:4 104:4 110:9 113:5
return
40:23 41:11 179:14
returns
124:10
reverse
183:15
reversion
157:2
revert
209:14
review
5:20,22 6:8 15:7 18:22
20:21,23 21:7 76:6 107:18
120:17 165:12 220:23
226:14,15,19,23
reviewed
21:4 106:24 134:18 224:2,2
reviewing
199:12
revolves
74:2
rid
139:13,15
ride
138:14
right
4:11 9:23 10:8 11:1 14:12
16:10 32:2 34:11 41:20
43:11 44:8,14 46:25 49:16
50:1,13 53:22 55:3 56:5
60:2 67:11 70:2,13 74:4,16
81:5 84:12 86:16 95:1,2,2
95:16 106:20 123:10
128:13,14 129:20 131:10
132:4,6 140:14 144:18
149:10,17 150:7 152:11
155:10 156:15 159:24
164:21 165:2 166:12,14
167:3 170:23 173:23 174:2
174:23 179:8 188:12 189:3
189:5,14,19 195:12,16
196:16,21 197:7 198:16,19

right (cont.)
200:8 201:13 202:9,15,20
202:21 214:22 216:7,13
217:14 218:8 224:18 227:3
rightly
197:2,2
rights
234:5
rigorous
84:19
risk
29:25 30:2,9 36:16 40:20
41:1,2,4 54:3 60:17,23
82:23 84:11 85:3 99:13
110:17 116:11,25 117:2,3,5
123:17,18 124:11,12 125:2
125:12,13,14 126:1,2,4,6,9
126:10 127:4,6,11 129:18
129:24,25 130:1,2,18,18,20
130:21 138:7 139:2 140:6,6
140:8 143:3,6 150:14,16
151:10,15,16 152:8 153:4,4
153:9,12,13,17
risks
30:11 40:18
risky
92:6 214:5
ritter
27:19,21
river
239:14
road
59:8
████
89:12 93:2 95:9 96:4
████
89:22 95:7
robust
184:16
role
35:6,8 51:1 141:18 213:8
239:13
roles
58:5
rollin
236:24,25
rolls
24:8
ronnie
2:5 5:1
room
33:3 77:12 229:18
roommate
236:25
rooms
77:4

[rosemarie - senior]

**rosemarie**
72:7,16 73:1 163:2
███████
89:13,14
**roughly**
114:7 162:12,13,13
**roundtables**
64:17
**routine**
189:1
**routinely**
67:3
**row**
187:4,5
**rowe**
238:2,5
**rpr**
244:6
**ruinous**
222:24,24
**rule**
135:11,14 146:1
**rules**
8:5 101:22 130:4
**run**
25:1 27:5,15,16,19 28:2
61:6 116:11 117:13 123:16
123:18,20,22 124:7 135:8
149:16 226:19
**running**
24:21 26:18 54:4 68:4
117:10,11 173:22
**runs**
26:13,15,22 29:6 117:3
141:20 227:12 231:3
**russia**
137:20 138:1,3 139:12
140:11,15,18
**russian**
139:13
**russians**
140:20
**ryan**
27:14 89:7,19

**s**

**s&p**
209:8
**sa**
113:5
**sachdeva**
29:24 30:8,20 75:10 126:17
134:5
████████
88:13,21 93:13
**sack**
2:15 6:19,20,24 7:2,5 11:6

**sack (cont.)**
11:23,25 13:8,25 15:18
16:6,10 17:16 20:24 21:6
22:2 24:3 26:3 27:20 32:1
35:10,14 38:17 40:1 43:6
43:11 44:16 47:19 48:15,18
78:12 89:2 96:18 98:3,6
103:25 106:25 107:3 115:2
118:22,23 119:1 120:21,24
126:1 144:10 147:25
153:25 160:5 164:14,17,22
171:6 175:11,16 176:6
177:9,13,17 186:1 187:14
189:20 190:9 192:18 193:6
193:9,11,13,17 201:23
204:6 210:12 211:6 212:8
212:10,14 214:19 216:20
217:15,21 221:3,10 224:16
225:2 226:16 231:11
232:11 236:17 240:21
241:1 242:2
**safe**
86:12
**sake**
80:17 224:11
**salary**
201:12
**sale**
85:8 187:14,18,21,23
188:12 193:5 194:14
**sales**
38:21 110:8 188:8
**sali**
105:14
**salmon**
172:14 231:2,3
**san**
26:5,7,8 236:15,20 238:23
239:5
**sanctioned**
138:15
**sanctions**
139:1,7
**save**
15:4
**savings**
113:12
**savvy**
127:2
**saw**
46:20 61:6 146:23 151:13
**saying**
16:18 86:25 121:25 155:15
155:17 158:11,13 165:12
175:12,14 185:1 187:8
191:25 195:21 196:18

**says**
45:2 73:17 131:13 145:11
148:23 154:20 167:23
171:20 178:5,13 187:14
195:11,17 196:12 204:11
212:23 215:9,24 216:11
217:10 220:22 221:24
226:14 227:3,6,7,18,20
**scary**
158:1
**schedule**
46:19 47:18 48:12 160:22
**scheduled**
145:11
**scholnick**
28:20,23
**school**
28:18
**scoop**
56:13
**scores**
147:15
**scratch**
15:3
**screen**
32:12,14,15 33:7 122:19
175:8
**screens**
33:9 34:15
**search**
12:8,16,18,23 17:11,13,15
67:8
**searched**
15:13 16:15 17:8,12
**searches**
13:22
**seated**
32:20,21
**sec**
3:12,13,14,15,16,18,18,21
3:22 4:5 5:6 6:5 7:6,18
11:10,19 15:10 18:8 42:16
42:17 49:6 141:6,7 144:7,8
146:16,17 171:12,13
186:13,13,16 204:7 207:8,9
211:25 212:1
**second**
50:14 58:14 61:12 86:23
146:3 147:6,7 220:21,22
221:20,21,22 222:3 226:13
226:23
**sec's**
19:4
**section**
47:4 48:3

**sector**
27:9,10,13 54:15,16 55:5
72:25 77:6 81:15
**sectors**
110:18
**securities**
1:1,10 2:3,8 5:3,9,14 27:16
27:17 32:13 33:13 39:2
40:14,15,25 46:19 82:17,17
87:7 88:2 133:5,7 152:14
152:15 157:15 188:22
193:2 197:13 209:12
216:12 223:1
**security**
68:25 72:17 83:2 93:21
157:21 181:11 188:16
195:20
**seeing**
127:13,14
**seen**
12:1 42:25 105:22 178:5
195:18 198:23 205:19
222:4
**segment**
81:21
**segmentation**
36:7
**segregation**
169:10
**select**
92:7 112:2 143:2
**self**
92:7 143:2
**sell**
21:22 82:4,9,25 85:5,16,16
85:17 86:9,16 87:9 133:6
139:16,17 140:18,20,21
157:10,17,18,23,24 166:2
182:11 190:17 194:12
**seller**
84:17
**selling**
81:22 82:16 84:3,16 87:11
87:12 157:11,14,14,21
188:17,25 191:11
**send**
16:25 17:2 116:1 238:7
**senior**
2:4,5 25:15 28:8 29:5 37:10
37:25 38:6 51:6 56:21,22
57:2,7 61:14 64:17 66:11
67:1 74:2 93:25 99:4
104:21 117:4 137:24 145:1
153:16,16,23 154:11,16
170:6,20 171:2 173:4,5,14
173:18 199:23 202:25

**[senior - soon]**

**senior (cont.)**
217:11 218:15
**sense**
10:4,15 155:8 172:17
**sent**
12:20,21 14:13,17 17:9
18:21 222:7
**sentence**
71:3 214:11,22 216:10
220:22 221:5,17
**separate**
30:3 60:16 79:14 123:1
131:15 153:7 184:13 189:9
202:16 210:20 213:4
**september**
136:21 137:16 204:2 205:5
206:8 214:12 215:1
**series**
47:13 111:13 113:20 114:1
**serious**
59:2 70:23
**seriously**
223:22
**server**
13:12,22 15:22 16:13
**service**
77:15,18,22 102:22 116:17
117:5 123:19 140:4 141:16
141:21 144:23 146:10
169:5
**services**
1:24 21:24 91:6 93:11
102:21
**sessions**
69:25 70:1
**set**
33:1 54:12 73:1 79:19,20
94:11 157:3 200:7 219:10
**sets**
52:8 58:12
**setting**
229:4
**seven**
76:3,5 81:20 118:24
**severe**
145:21
**shake**
9:21
**shape**
65:13 71:25 182:10
**share**
20:1,5,8 181:22 184:24
**shares**
43:3,7,7,8,10,13,20,24,25
48:4

**sharp**
180:20
**sheet**
118:5 198:17
**she'll**
167:22
**shooting**
145:9
**short**
23:3 34:10 48:21 65:8 66:4
82:6 83:13 84:21 97:1
122:5 166:16 176:9 188:4
202:14 211:11 232:14
241:2,13
**shorter**
205:18
**shorting**
84:3
**shot**
56:9
**show**
127:18 128:13 129:8
130:17 145:22 158:11
189:22 196:9
**showing**
128:3 141:3 171:11
**shows**
123:4 135:4,8
**shrinking**
142:12,20
**shrug**
9:20
**shuffle**
169:15
**sic**
15:7
**side**
21:20,20,23,25 25:1 30:9
53:12,13,14 55:1,2 56:3
77:14,15 84:25 86:13,14
125:25 126:13 140:24
150:3 194:13 217:24
234:20
**sides**
78:1 87:1
**sierra**
239:2
**sign**
221:19
**signal**
51:14
**signatures**
45:11
**signed**
212:20,24 222:4

**significance**
239:21 240:12
**significant**
134:9 235:21
**similar**
7:25 33:1,6 79:19,22 219:9
**similarly**
180:22
**simple**
150:18
**simulations**
234:12 235:13
**simulator**
235:13
**sing**
145:18
**singapore**
26:18,19
**single**
105:5,6 108:14 182:6,18
185:23 186:23 235:8
**sister**
109:22 110:7 131:12 239:1
**sit**
69:11 160:13,13
**site**
214:15
**sits**
28:20,25
**sitting**
229:17
**situation**
64:19,20,21 131:3 133:23
200:15 223:25 224:22
232:1 235:10
**situational**
211:2
**situations**
128:3 157:4
**six**
75:16,19,23 148:21
**size**
56:11 116:7 150:7 158:1
165:24 166:22 217:19
238:11
**sizing**
56:5
**skill**
58:12 73:1 94:11
**skilled**
72:19,25 93:4
**skin**
208:8
**skipping**
233:20,24

**skl1**
108:19 109:4,15,19 110:5
110:11,25 111:4,25 112:4
112:11 113:1,6,13,21 114:3
176:1 177:4,6 178:5,6,14
178:21 179:5,8,10,22 180:4
182:3 187:18 188:17
189:15
**sleeve**
169:3
**slightly**
100:17 187:23
**small**
26:14 35:24 44:8 46:24
65:18 75:10 77:11,12 92:3
92:4 93:8 99:11 100:11
108:4 136:13 169:1,1,2,4
169:14 175:6
**smaller**
90:25 150:4
**smash**
111:13,21 113:20,23,24
114:1,5
**smith**
108:6 173:2 175:23
**smoke**
155:10
**snoke**
72:7,10,16
**sobel**
2:16 6:21,24 212:11
**social**
95:23,24 96:1,6,8
**socially**
96:3
**sold**
37:12 38:24 87:7 140:16
166:5
**solicited**
39:24 40:2
**solution**
60:14 224:21
**somebody**
32:22 74:7,8 137:24 140:18
140:21 225:20
**someday**
228:19
**somewhat**
155:9
**son**
236:23 239:11,11
**son's**
239:15
**soon**
70:22 71:1,6 73:4 171:7

[sooner - subject]

**sooner**
171:8
**sore**
91:25
**sorry**
11:23 30:24 31:14 42:7
47:4 50:25 66:17 71:10
72:12 88:9,18 90:7 95:15
131:23 147:18 151:20
212:11,13 217:16 225:4
229:19,20 236:17
**sort**
12:18 25:22 39:8,21 63:21
89:25 115:20 118:21
188:19 204:10
**sorts**
68:24 127:16 190:16
200:19,21
**sounded**
126:4
**sounds**
22:11 27:1 39:21 69:6
70:14 73:12 78:5 94:18
100:12 131:2 216:13
**source**
148:19
**south**
1:12 133:1 152:11
**space**
31:1 129:22 181:18 199:19
199:19
**speak**
112:21 134:21 222:9
**speakers**
74:21
**speaking**
9:8
**speaks**
213:2
**spec**
216:11 217:2,5,12 218:13
218:23 219:6,14,18,22
220:18
**special**
30:14 153:9
**specialist**
37:4
**specialty**
91:18 94:13
**specific**
30:18 44:18 45:13 46:11
57:16 59:9 64:23 67:7
68:11 82:23 93:19 100:2
101:13,14 105:10,11
106:12 107:5 133:24 140:6
164:14,18 181:22 182:13

**specific (cont.)**
182:21 189:15 205:7,10
**specifically**
7:22 42:7 47:20 60:6 69:5
90:18 100:20 189:4 208:13
215:19
**specificity**
101:23 105:18
**specifics**
42:24 108:14,16
**specified**
188:23
**spectacularly**
180:8
**speculation**
214:1,12,14 215:5,14
216:15,24 217:20 227:17
228:3
**speculations**
214:9 222:19
**spell**
4:20
**spend**
240:3
**spent**
79:15
**split**
54:9
**spoke**
22:10 90:14 103:6
**spokesman**
68:5
**spot**
22:6 131:17
**spread**
53:21 54:6 55:1 83:6 87:1,2
99:22,25 179:11,25
**spreads**
87:18,18
**spreadsheet**
207:6
**ss**
244:3
**staff**
76:5
**stand**
122:22 182:22 183:9
194:10
**standard**
150:1 151:22 152:3
**standing**
38:20 63:23,24 168:19,23
173:19 174:10 175:12
**stands**
94:16 113:4

██████
88:14 89:5 94:6,8
**start**
36:21 73:15 74:6 78:22
83:17 98:11 155:25 184:17
205:4 228:18 231:7
**started**
21:19 22:14 35:18 50:18,20
55:16,24 69:21 92:3 98:16
126:14 150:9 169:7 175:5
190:7 191:2 193:25 194:7
207:22 214:3,7,10 231:14
237:6 238:14
**starting**
31:8 50:10,10 74:13 88:20
185:12
**starts**
77:14 79:12 96:21 148:21
148:22
**state**
4:19 5:16 125:20 139:9
244:4
**stated**
125:19
**statement**
3:19 14:12 50:21 234:16
235:2
**statements**
204:23 220:8,9 224:11
235:11 237:22,25 238:2,3,7
240:25 241:23
**states**
1:1 5:3,9 66:5 214:11 244:3
**stay**
46:6 96:19
**stayed**
125:19
**step**
96:18,19
**stephen**
1:8 3:4 4:16,21 233:16
243:4
**steve**
219:1,3 222:21 223:9,18
235:16,20
**sticking**
205:23
**stock**
44:3,4 46:19 47:18 84:8,9
201:11,18,20 202:9
**stocks**
151:14
**stop**
190:2 229:12,12
**story**
222:14 223:19

**straight**
91:9 162:19
**straightforward**
40:5,7 44:15 55:20 61:18
128:19 169:9 179:23
197:11
**straightforwardly**
17:24 61:20 105:3,9 194:11
203:2 231:14
**strain**
133:2
**strategic**
38:25 104:21 107:18
163:20 179:24
**strategically**
111:20
**strategies**
35:24,24 37:23 52:9 53:17
68:8 80:21 99:21 103:12
107:25 137:3,4 164:6,9
176:24 179:8,12 188:3,20
190:16 216:5
**strategy**
24:16 35:7 38:3 52:3,6,7,17
52:22,24 53:2,5,13,14 56:3
84:2,18 85:10 97:24 98:13
98:15 99:10 100:7 101:12
105:11 123:8 131:6 132:19
134:13 157:20 165:14
170:8 177:23 179:10,10
183:10
**street**
1:12 2:10 239:10
**stress**
56:1
**stretch**
8:22
**strike**
166:7
**strong**
48:10 80:4 94:15 140:3
162:11 170:13
**strongly**
114:11,22
**structure**
83:3
**structured**
27:16
**struggling**
191:2 194:17 231:22
**stuck**
99:1 139:7
**subject**
67:15 73:12 92:1 101:22
157:1 213:15,19 230:9

**[submit - term]**

**submit**
8:10
**subpoena**
3:8,9 11:8,14,17 12:6,7
13:6 14:3,7,21,24
**subpoenaed**
12:9
**subpoenas**
7:6 15:10
**subsequent**
11:2
**subset**
57:8 59:16
**subside**
157:12
**subsidiary**
22:24
**substance**
20:2,5,8 47:24 57:24 61:25
**substantial**
207:12
**substantially**
210:7
**substantive**
49:5 97:10 120:11 167:5
176:18 211:20 232:22
241:19
**subtract**
202:12
**succeed**
174:23
**succeeded**
174:24
**success**
38:21 39:16 143:7 203:3
222:20 226:10
**successful**
87:13 150:14
**successfully**
84:24
**succession**
55:19 68:9
**suggest**
92:10 134:1 188:14 201:8
214:8 224:18
**suggested**
226:10
**suggestion**
73:23 114:14
**suggestions**
76:1 94:4
**suggests**
194:16 195:7
**suite**
1:12 2:10 31:17 36:19,24
41:6

**summer**
56:16 72:6
**super**
223:11
**supper**
145:18
**supplemental**
3:7 6:2
**support**
80:4
**supporters**
142:6,8,21 143:20
**supporting**
143:24 174:6
**supposed**
35:5 129:19 168:25
**supposition**
44:12,14
**sure**
10:23 12:15,20 18:17 22:21
23:4 25:4 29:2 43:14 50:15
61:8 77:17 78:20 79:3,10
88:19 91:4 98:7 103:25
104:1,2,19 106:2 107:24
111:8 113:4 116:5 117:14
118:3 124:13 139:24
142:20 163:4 166:11 167:1
168:14 169:8 186:23 190:5
200:17,17,18,18 206:7
216:18 218:16 225:14
227:21 232:2
**surprises**
55:22
**surprisingly**
143:7
**susceptible**
83:9
**suspect**
215:16
**suspects**
127:23
**suspended**
62:22
**suspending**
79:17
**sustain**
85:7
**sustainability**
105:17 107:7 128:16
**sustainable**
106:9,11
**swaps**
140:11
**swear**
4:12

**sweep**
161:1 162:5,8
**sworn**
4:18 7:24
▬▬▬▬
71:9,17 110:9 115:24 158:5
158:7 172:7 177:7
**systems**
80:1

**t**

**table**
186:2
**taken**
10:17 48:21 89:19 97:1
104:23 119:6 175:6 176:9
211:11 232:14 241:13
244:8
**talk**
9:15,15 30:10,25 39:1 40:7
52:17 60:7 61:13 68:1,3,9
72:22 73:12 74:6 75:8,15
75:21 76:12,22 77:22,24
116:17,20 117:8 127:16
134:5 174:11 175:19
199:17,18 230:22
**talked**
20:10,12 21:25 22:3,4
52:20 60:6 68:6,7 79:5
89:24 93:20 107:17 133:15
133:16 160:21,21 170:7
173:21 181:7 189:21
195:23 197:21 200:14
201:10 231:23,25
**talking**
24:15 32:22 46:12 50:20
65:21 83:25 91:25 108:6
115:11 120:13,15 147:2
172:6 176:20 177:22 186:4
191:15 198:7 199:2 204:21
204:22,24 229:24 238:16
238:19
**talks**
141:23
**tandem**
78:2
**tapes**
149:16
**target**
60:23
**targets**
110:17
**task**
148:24 149:1,3,4 153:1,15
153:20,24,25 154:2,5,17
**team**
24:1,2,20 25:13 26:17 27:9

**team (cont.)**
29:13,23 37:2,16,18,20,22
63:7,8 75:9,10,16 77:8 99:4
114:11,23 123:17 124:9,25
125:3,15 126:5 138:23
139:3 141:16 152:8 153:17
156:22 163:24 164:12
165:5 173:7,9 174:16,17
179:20 188:15 198:7
218:16,19,22
**teams**
24:12,17 25:9,10,11 27:10
33:18 37:15 76:2 77:10
107:25 173:12,13 231:18
**tech**
80:4
**technical**
15:16 16:4,20
**technological**
31:22
**technology**
16:22 34:22 68:25
**tell**
4:12 8:9 35:21 51:24 97:25
101:16 117:1 123:2 139:5
139:12,14 148:18 158:6
160:23 165:17 168:16
172:15 186:10 224:3
230:14
**telling**
58:1 226:3
**temkin**
2:17 6:22,25
**templeton**
23:14,21,23 44:13 45:9
50:15
**templeton's**
23:16
**temporarily**
130:15
**ten**
78:18 81:20 91:11 99:8
183:17,18,18 191:17 229:1
232:9
**tend**
17:24 54:8 60:24 75:24
77:25 216:5
**tended**
81:14
**tendency**
208:14
**tense**
97:18
**term**
66:4 83:13 209:12

**terminated**
146:5
**terminology**
85:24
**terms**
47:11 62:23 65:5 72:25
88:8 91:3,4,25 94:1,3,14
109:11 169:13 177:25
188:10 218:4
**terrible**
209:16 224:8
**terrific**
93:24 138:10 141:22
142:11 150:24 155:12
**test**
147:15
**testified**
4:18 7:12
**testify**
10:7 240:18
**testimony**
4:5,7 7:24 8:2,5,11 9:7 11:8
11:18 12:2 20:2,6,9 243:13
244:8,11
**text**
16:25 17:3,4,9 34:10 172:1
172:2
**thank**
7:9 48:18 65:20 66:16 70:8
73:24 88:19 95:6 125:22
144:10 176:6 177:19 204:6
212:10
**thanks**
67:13 97:23
**theirs**
205:5
**theme**
156:25
**themes**
52:9
**thereto**
244:15
**therewith**
244:17
**thin**
155:15
**thing**
29:19 58:5,15 75:13 93:1
94:6,16 122:13 134:7 142:5
224:14
**things**
9:12 33:21 34:2 58:9,10,18
58:19 75:15 76:22 83:16
87:3 92:8 121:9 123:11
124:5 127:16,18 147:2
149:13 152:2,18,21 153:2

**things (cont.)**
160:22 177:9 181:16
195:23
**think**
9:10 12:21 18:3 19:16
20:24 21:1,6,8 22:23 23:22
28:17,24 34:4,6 35:8,11,19
38:19,19,20,22,24 39:12,15
39:17,22 40:4 42:3,9 43:12
45:20 48:16 50:11,16,17
52:19 53:6 54:22 55:8,15
55:21 56:14,15,16 57:13
58:1 59:6,7 60:6 62:18,24
64:3,12,13 65:1,6 66:7 67:4
67:9 69:21,22 70:20 78:12
78:15 79:14 80:8,10,11,11
80:25 82:3 88:3,11,16
89:13 90:9,10 91:24 92:6
92:17,19,24 94:9,14 102:12
103:3,15 105:10 110:2
111:11,16 113:9 114:10
118:2,14,15,15,16,17
120:25 121:15 122:21
123:15 129:11,22 130:11
130:25 133:22,24 136:12
136:13,17 139:20 142:9
145:15 146:6,24 148:10
149:10 154:21,25 155:12
155:14 156:15 162:10
166:18 169:21 170:22
173:13,15 174:1 175:4,12
175:14 176:5 177:25
178:25 179:1 182:4 184:20
185:8,9,13,21,23,24 186:3
187:19 189:3 190:9 193:15
194:18 200:12 202:15,15
202:25 204:2,2,21,22,23
205:21 206:24 208:18
209:6,7 210:12,17,22 211:2
212:19 215:7 218:18
223:20 227:3 228:13,14,22
228:25 233:11 235:22
238:19 239:1,3,8 241:1,7
**thinking**
58:24 83:21 156:23 157:2
164:18 182:15
**thinks**
37:20
**third**
146:4,7 148:20 204:10
207:14
**thorough**
12:18 17:11
**thought**
21:20 28:13 37:8 60:1 92:4
94:1 120:24 138:9 154:6

**thought (cont.)**
163:19 166:14 170:23
176:23,24 189:22,25 190:3
217:13 223:9 229:20
**thoughts**
33:20
**thousand**
238:18
**thread**
144:20 146:14,25
**three**
22:25 25:1 27:4 31:16 33:3
40:13 41:5,8 52:20 79:23
85:17 87:3 89:22 95:10,16
95:22 98:2,9 99:23,24
101:7,17 102:1 108:22
109:12 118:3 136:23
149:22,23 172:5 178:1
185:18 188:9 189:24 200:6
230:24 235:20
**thrust**
55:15
**thumb**
135:12,14 146:2
**thursday**
52:23 76:9
**tick**
97:13 161:17 163:9 164:25
**ticked**
161:25
**ticket**
199:13
**ticking**
165:17
**tie**
36:15
**tied**
36:22 40:22,24 139:3
201:19,20
**till**
39:15 150:8 162:25
**tim**
212:17 213:6,8,21
**time**
4:4 8:4,20,23 12:11 14:8
15:4,24 22:10 23:3,5,9 32:6
35:18 37:2 41:16 43:22,23
44:1,2 45:5,5,18,22,25
46:15,22 48:7,16,20,23
49:6,15,21 52:1 55:25
59:22 60:10,12 64:7 68:10
69:10 72:21 73:14,15,15
74:4,11,21 76:17 77:17
78:6 79:15 80:5,13 86:19
86:24 88:15 90:25 93:2
94:19 96:5,25 97:3 100:5

**time (cont.)**
108:6 109:7 112:20 114:7
119:5 120:3 125:11 130:22
130:22 131:24 132:1 133:9
133:25 135:13 136:22
139:10 142:6,23 143:21
144:12,18 145:16 146:20
157:6 158:18,24 159:14
160:11,23 161:23 162:8,14
163:6,8 167:11 170:25
171:7,16 174:6,7 176:5,8
176:11 178:10,17 179:2
186:9 187:6,6 188:5,17
190:22 196:3,4,5 197:13
198:15 203:1 205:24 206:6
208:6 209:20,21 210:25
211:10,13,14 212:4 216:3
217:22,23 219:2,9 220:12
224:21 225:24 226:2,5,8
228:15,16,17,17 229:25
231:7,14 232:3,13,16
235:22 236:22,22 240:9,17
241:12,15 242:2,7
**times**
22:19 78:13,15 86:20,22
89:1 99:8,23,24 101:16
129:1,1 130:1 134:8 149:19
162:4 169:20 173:24
178:17 183:17,18,18
190:20 194:10 197:8
**timing**
50:9,10 55:23 62:2 169:9
**title**
29:16 34:8 56:19,22 57:10
57:16 141:13
**titled**
47:1
**titles**
29:18,19 56:20 57:13
141:14
**today**
5:1 6:4,14 7:1 8:15 9:12
10:22 11:9,14 18:22 19:12
19:22 20:2,6,9,16,18 69:11
70:17 80:17 115:11 126:15
161:8 190:7 214:2 240:25
241:23
**today's**
4:3 8:5,11
**tokyo**
54:22 55:5 73:19 224:25
**told**
205:22 223:18 224:4,7
225:10 230:13,14,16 232:5
**tolerances**
60:18

**[tolles - typically]**

**tolles**
224:1 226:15,19
**top**
41:4,13 44:22 98:2,9 101:6
101:17 102:1 144:15
147:13
**topic**
96:14 162:18 170:9
**topics**
18:20 76:4
**torstenbo**
244:6
**total**
3:19 40:23 121:19
**totally**
213:10
**tough**
150:13
**town**
151:7
**track**
38:20 120:19 155:3 161:16
167:7,12 228:19
**tracking**
151:20,21 152:1,7,12
**trade**
3:17 14:25 62:11,13 63:10
70:18,20,22,22 71:2,5,6,11
71:13 72:8,9 73:4,7 75:25
76:15 80:7,9,10,11 81:24
82:3 85:1 86:7,18,21,23,25
87:9,20 90:23 91:9,13,17
92:13 100:18,25 101:19
102:4,14 103:9,13 104:5
105:25 106:5,19 107:14
108:19 109:3,14,19 110:5
110:10,12 111:4,24 112:3
112:11 113:1,6,13,21 114:3
158:4,19,20,22,23,24 159:4
159:7,8,9,14,22 160:4,6,7
163:7,9,18,22 164:14,20,25
165:1,10,13,17,22,23,23
166:5,13,22,25 167:2,14,16
167:16,18,22,23 168:4,6,6
168:8,9,16 173:25 176:21
176:22,25 179:5,15,20,20
180:6,15,16,24 181:9 182:6
182:14 184:10,20,23 185:2
185:3,5,6,20 186:2,8,10
187:6 188:18,19 189:2,3
193:17 194:6,15,18 195:5
195:10,11,12,13,15 196:8,9
196:20,24 197:19,23,24
198:5,9,11,18 199:8,15,20
**traded**
80:12

**trader**
108:5 125:11
**traders**
74:15 93:25
**trades**
63:5,12 70:24 74:19 78:8
80:16 81:21 85:23 86:3,3,3
86:4,4,16 87:5,10 90:3
91:20 92:11 97:14,17,21
107:8,10 156:8,21 157:7
158:4,5,7,9,10,16 161:7,9
161:16,21 162:1,12,15,25
163:3 164:1,6,12,18 165:6
166:7,8 167:8,11 168:6,17
170:12 173:1 177:3,17,18
180:19 183:14 184:1
185:14,16,22 186:4 189:23
190:20 194:9 197:3,13,16
197:22 198:8 200:5 219:10
219:13,15,16 231:6 232:5,6
**trade's**
73:10
**trading**
31:5,13 32:25 33:2,3,5
34:14 39:2 62:20 63:5
72:15,19,21 73:7,15 76:2
76:24 78:7,23 79:6 80:21
87:17,25 88:9 89:24,25
90:8,18,18 99:5,20 125:1
130:20 155:24,25 156:3
157:4,5 159:20,23 160:14
162:22 164:18 166:1
169:17 170:4 172:10
178:22,24 180:17 181:5
195:24 198:5 219:8,9
**traditional**
35:25 143:4
**traditionally**
32:8 76:25 77:13 78:3
143:5 198:2 225:25
**training**
68:14,17 70:10,11,15 73:3
**trainings**
70:9
**transaction**
72:17 187:13 189:18 194:2
194:2,20,22,24 195:2,4,18
196:5
**transactions**
194:11
**transcribed**
9:7
**transcript**
9:13 243:11 244:10
**transcription**
243:12

**transition**
55:19 59:23 60:2 61:1,9,11
62:23 64:8 67:15 68:10
69:24 96:14
**transitioned**
60:9 61:15,19 62:7,15,19
64:6,10 65:12,15 111:16
**transitioning**
61:8 64:24
**transpire**
62:24
**traveling**
118:6 135:21 170:18
173:24
**travels**
225:20
**treasuries**
36:8 38:11,15 80:13,18
83:16 177:21 180:1,2,11
182:12 216:17
**treasury**
29:6 72:18 81:1,1,2,3,4,5,8
81:10,16,17 82:12,16,19
83:12,13,18 84:6 87:6 94:4
151:1 219:17
**treat**
69:1 184:7
**tremendous**
68:20 81:23 82:13 93:15
94:10,12 98:23 136:24
223:21
**tremendously**
84:19
**trf**
237:3
**tribunal**
8:12
**tried**
36:19 60:19 98:19 171:20
222:20
**trip**
230:11
**trouble**
138:6 151:4 155:22 164:2
167:12 193:24
**trudy**
7:22
**true**
169:11 183:16 199:21
224:9 243:11 244:10
**truly**
94:24 208:1
**trust**
103:7 113:12 233:11,19,20
233:23,24,24 237:16,17,19
237:21

**trusts**
233:3 234:2 237:2
**truth**
4:12,13,13 8:9
**try**
9:14,15 11:1 13:2 60:12
66:7,18 91:1 92:8 98:6
133:19 149:4 153:17
157:16,17 166:7 172:4,23
208:16 211:22 232:24
**trying**
24:13 25:3 28:12 35:8 39:6
39:24 54:20 65:1 66:25
67:8 69:21 81:25 86:9
94:23 95:3 102:11 105:4
113:3 118:2 121:21,22
123:14 133:25,25 134:1
137:6 138:6 147:16,19
166:24 179:1 188:7 190:12
194:4 218:3,3 228:13
233:11 237:11 238:14,16
238:25
**tuesday**
52:14,18 76:8
**tuesdays**
75:20
**turn**
44:21 91:23 92:16,23 93:13
94:7 132:21 146:23 187:2
**turned**
152:16 155:23 184:20
209:21
**turning**
46:23 47:5 73:11 78:10
108:17 155:24
**turns**
9:8 184:23
**turret**
172:8
**twice**
75:19
**type**
72:16 78:11 98:21 187:13
194:20,22,24 195:4
**typed**
18:17
**types**
40:25 80:21 107:8 140:23
180:19 236:1
**typewriting**
244:9
**typical**
73:13,16,18 76:16,16 78:9
156:9,11,16 157:22 163:7
**typically**
107:10 147:16 158:25

**[typically - volatilities]**

**typically (cont.)**
162:9
**typing**
194:5
**typo**
198:20
**typographical**
198:25 199:6

**u**

**u.s.**
39:4 40:15,23,24 41:9,10
52:6,7 74:25 109:18 110:4
134:13 148:3 177:20,21,21
179:10,16 183:7 184:5
208:22
**ucits**
130:4
**uh**
16:19 22:17 98:5 188:13
198:20 222:6
**uk**
39:3
**umbrella**
108:15 233:13
**unable**
171:21
**unattended**
225:22
**unavailable**
170:12 175:17,18,20
**uncertain**
62:15
**unclear**
9:24
**unconstrained**
36:12,17,22 38:3 40:6,13
40:21,23 117:12 123:7
169:3 180:9 214:3
**underlying**
47:10,14 48:2,5
**undersigned**
243:10
**understand**
8:16 9:1,5,9,25 10:7 11:13
31:3 34:9 39:6,24 45:20
49:2 62:2 65:5 97:6,14 98:1
120:8 126:22,23 127:14
129:5 131:3 145:4 147:1,15
147:16,23 148:5 159:23
164:22 174:5,12,12 176:14
188:5 190:11,14 193:12,20
193:22 200:5 202:17
211:17 222:4 241:5
**understandable**
131:1

**understanding**
15:21 16:12 23:25 46:2,14
46:21 49:17 73:17 130:23
147:3 154:23 161:14 187:5
187:8,11 200:9,10 203:4
205:9 221:16 227:24
240:15
**understandings**
187:12
**understands**
79:11
**understood**
10:3 13:25 41:17,20 130:9
**unexecuted**
44:10
**unexpectedly**
89:20
**unfair**
189:22
**unfortunate**
72:6 140:25
**unfortunately**
83:11 148:14 155:12 201:5
234:6
**unicorn**
127:21
**unimportant**
24:13
**union**
239:10
**unit**
5:5
**united**
1:1 5:3,8 66:4 244:3
**unreasonable**
190:1
**unsettling**
65:5
**unsupportive**
143:22
**untoward**
128:19
**unusual**
170:17 197:16
**unwise**
209:22
**update**
122:21
**upset**
200:19
**upstairs**
76:19,19 77:1,2,3,12 78:4
78:10,19 172:10,12
**urgent**
171:8

**usage**
101:21,22 102:8,12 107:7
142:25
**usc**
167:20
**use**
16:25 17:2,24 21:24 32:14
33:19 56:20 57:13 71:23
81:15 82:9 83:2,21 84:18
84:18 87:24 90:9,10,12
93:5 99:8,20 103:16 109:23
124:2 128:1 131:23 151:16
171:23 172:2,23 174:9
**uses**
75:1 236:23
**usual**
127:23
**usually**
33:9 74:1,4,4,21 75:2,3,9
75:16,24,25,25 76:14 77:4
79:23 87:23 91:1,8 115:23
116:13,23 129:16 132:4
135:3 140:3 148:6 157:20
159:11 160:14,25 162:14
163:20,21 165:22 166:4,15
166:15 168:8 170:18
175:18 185:10 197:25
**utilize**
169:6

**v**

**vacation**
73:19,23 156:13
**valuable**
91:6,7
**value**
98:12 99:12,23 100:13
129:16 176:2 181:22
183:19 238:9,12,15 239:14
**variable**
203:2
**variance**
195:14,19
**varied**
99:4 104:23
**varies**
77:18 101:5
**variety**
33:10 35:25 41:7 80:12
85:13,14 86:5 94:11 98:24
99:1 115:8 138:2 181:4
206:15 208:14 214:4
216:18 232:4
**various**
13:17 32:16 212:18 236:1
**vary**
109:7

**vastly**
191:19,20 197:13
**vehicle**
216:12
**verb**
86:21
**verbal**
9:18,21
**verbiage**
87:17
**versa**
82:9 132:9
**verse**
167:24 189:2
**versus**
41:9 86:5 91:16,20 117:12
123:22 127:20 167:21
168:13,16 184:7,14 189:4
**vest**
43:21,22,25
**vested**
43:23
**vests**
44:4
**viable**
155:6
**vice**
82:9 132:9
**video**
68:21,21 69:24 70:1,9 77:5
**videographer**
2:24 4:2,3 48:19,22,24
96:24 97:2 119:4 120:2
176:7,10 211:9,12 232:12
232:15 241:11,14 242:6
**videos**
77:3
**videotaped**
4:7
**view**
48:2 72:3 157:11 210:19
222:1,3
**violations**
5:13,15
**virtually**
215:22
**visible**
148:13
**voice**
112:22 156:3 203:7 211:22
219:10 232:24
**volatile**
92:5 122:14 157:4 214:6,6
214:7
**volatilities**
152:14

**[volatility - worried]**

**volatility**
36:23 38:4,5 40:19,21,25
41:10,11 60:23 84:15
122:25 129:13,19,21
131:25 133:12 134:9,13
143:2 149:24 150:2,9,11
157:11 169:3 180:10
183:13 214:8,9 216:4,4
222:15

**voluntarily**
130:19 218:8

**w**

**wait**
9:13 230:24

**waive**
218:8

**waking**
73:14

**walk**
25:8 73:16 135:3,23

**walsh**
219:1,3,5 222:21 225:16
235:16,20

**walt**
104:4 110:22 118:18

**wam**
15:18,20 16:6,7,9,9,11,11
16:13 217:11 220:23

**wamco**
3:12,13,14,15,16,18,21,22
13:11,12,13,21 15:1,1,25
16:4 19:22,24 20:3,6 21:15
21:18 22:10,14 23:10 31:1
31:3 42:11,16,22 49:13
50:1,3 61:24 68:14 69:17
70:12 73:21 80:7 96:11
115:20 141:6,13 144:7
146:16 169:16 170:2
171:12 172:3,3,7 186:12,13
207:8 211:25 212:18 228:1
228:7,15 229:8 230:3,10
234:14,24 235:4,14

**wamco's**
23:12 24:1 200:6 202:8

**want**
8:24 12:15 13:9,15 19:1
20:24 23:7 25:4 33:20
35:21 40:15,15,15,16,18
41:1,2,3 43:1 45:8 61:3,23
64:2 73:8 74:19,19 75:17
77:9 81:2 82:5,15,22,23
86:12,13 87:8 92:7 96:19
97:19 98:21,23 100:5,6
103:17,19,22 109:23,24
111:18,19,19 114:14
120:25 121:8,12,19,19

**want (cont.)**
122:21 127:13 131:3,14
143:5 144:19 145:3 147:1
152:20,23 159:3 164:1,6
166:10 169:2,14 174:12
175:11 177:1 184:16 187:4
197:10,11 201:7 211:4
212:23 214:15 215:10
224:18 232:3 240:4,24
241:5,6

**wanted**
21:24 36:12 60:10 63:19,25
68:8 88:10 139:23 140:9
141:10 164:7 166:25,25
167:1,12 179:20 183:6
230:17 241:4

**wants**
77:24 164:15

**war**
138:8

**warning**
124:1,3,6 145:21 146:4

**warnings**
124:5

**watch**
70:10

**watches**
29:1,14 104:25

**watching**
63:8 68:21

**water**
144:1

**ways**
85:14,18 115:8 160:20
161:2

**weak**
83:9

**weaker**
83:15

**web**
101:12

**webex**
5:4 6:17 112:23

**wednesday**
1:14 52:17,21 68:3 76:9
243:6

**wee**
78:25 79:2,3

**week**
25:14 26:20 52:4,8,12 53:4
62:17 65:17 68:2 75:19
76:7 82:14,15 117:25 138:8

**weekend**
138:13,18

**weekly**
25:2

**weeks**
26:20

**weird**
58:5

█████
88:15 89:17 92:16,17

**went**
21:17 51:16 55:25 111:9
128:17 129:15,25 130:1
138:9,17 139:6 149:5
151:11,13,14 161:2 191:10
207:15 210:9

**west**
77:16

**western**
1:5 4:6 5:10 7:18 22:3,16
22:22 23:2,8,13,15 27:14
29:17,18 34:20 37:13 40:1
40:3,8 56:21 71:4 73:8,9
93:9 95:8 98:12,18 100:13
100:23 101:18 102:2 104:9
105:24 106:4,9,15 108:18
109:2,18 110:4 111:13
114:1,10 207:14 208:4,22
209:24 210:8 213:1,25
214:11,13 215:5,14 218:18
220:6 227:4,7,10,24 229:12
230:1 234:16 235:1,6,18,19
243:3

**we've**
13:9 17:20 48:13 67:25
91:18 143:13 144:1 149:6,9
149:10,11,19 152:23 181:7
184:22,22 206:15 211:1
228:25 237:23

**whatsoever**
64:3

**whichever**
59:21 148:17 237:23

**whitehead**
7:23

**wholly**
23:14

**wide**
36:18 41:7 86:5 94:11 99:1
115:7 125:19 127:12
133:19 138:1 169:18 181:4
203:21 205:10,13 206:15
216:18

**wider**
33:10 193:1

**wife**
18:19 79:3 96:8

**wife's**
239:1,9

**willing**
40:19 173:16 208:6,8
221:19

**wilner**
2:6 5:1 66:17 67:24

**window**
75:25 78:19 200:6

**wish**
241:25

**wished**
241:22

**withheld**
13:5,18 17:21

**withstand**
40:19

**witness**
1:8 2:14 3:3 4:17,21 5:24
6:9,12,15 17:23 22:3 24:6
26:4 27:21 28:23 32:4
35:13,15 38:19 40:4 42:1
43:14 44:17 47:21 67:25
78:16 89:3 98:8 104:2
107:2,4 112:17 151:20
154:1 160:8 164:23 175:18
177:19 186:3,18,21 190:12
192:17,19 202:2,4 209:5
212:15 214:23 216:21
217:16,23 221:4,13 224:17
226:18 231:13 241:9 243:4

**wondering**
94:22

**word**
131:23 174:23 175:1,2
222:25

**work**
7:5 17:5,6,6,9,17,22,25
18:1 29:15 32:11 72:21
74:1 76:15,20 78:11 95:20
102:19 126:18 127:1,1
147:15 172:21,21 183:14
183:15 234:10

**workday**
32:9

**worked**
36:20 66:10 93:2,3 161:15

**working**
21:15 32:22 64:15 76:21
79:8,9,11,16,17,18 226:1

**works**
85:9 102:22 161:15

**world**
24:10 38:9 138:15 143:12
148:4 151:2 207:24

**worried**
53:23,24

**[worse - zooms]**

**worse**
132:14 139:8 187:23
**wow**
237:5
**wreaking**
126:22
**writ**
88:1
**write**
163:12 167:22 226:17
239:17,24
**writes**
147:4 172:25
**writing**
18:15
**written**
216:23 217:14
**wrong**
65:23 94:21 132:23 149:5
149:11,17,23 150:11,11
152:2 195:8
**wrote**
146:22

**y**

**yeah**
12:12 14:10 28:7 29:24
32:18 33:8,24 35:13 38:19
47:7 65:25 69:9 70:3 73:8
78:24 80:25 85:24 89:12,15
90:2 92:24,24 93:14 95:15
98:17 105:9,15 106:24
107:9,18,21 111:15,17
119:1 123:10 126:21 136:1
136:3,10 137:6 141:11
142:4,17 144:14 146:21
148:6 159:19 160:8,12,12
160:16 162:23 166:24
167:25 168:3,7,22 173:21
173:23 174:15 177:5
185:15 194:21,23 198:21
200:9 202:10,15 204:13
210:17 214:21,23 219:4
221:4 224:19 226:18
227:14 228:13 231:15
232:11 240:3
**year**
7:17 46:4,15,21,22,22
50:10 68:18 81:19,20 82:4
82:4,7,7,8,9 86:8,9,14,14
89:20 91:11,11 109:8 116:5
117:25 118:3,5 136:9,23
137:1,7 146:2,3,4,7 152:17
178:23 203:3,25 204:23
205:4 206:8,9,10
**years**
21:13 22:4 24:5 35:20 46:3

**years (cont.)**
46:7,18 49:13,14 59:25
61:10 79:3 87:14 90:12
91:19 94:18,23,24 95:2,9
98:25 102:23 103:3 104:23
147:5 149:10 167:21
174:11 175:7 178:17
187:17,18 188:2 189:24
191:17 214:17 216:16
219:19 225:6,13 227:7
228:23 229:1 234:6 235:3
**year's**
49:21
**yellow**
124:2,3 128:11
**yellows**
131:8
**yen**
37:18
**yesterday**
20:20
**yield**
7:21,22 36:8 51:3,4,6,12,16
81:18,21 82:2,4 86:3,7 87:5
87:9 116:22 129:17 132:5
132:13 133:6 151:3 188:18
189:3,5 190:20
**york**
2:20 6:23 25:15 26:3,4
74:13,14 93:3,25 111:16,22
230:12 237:7
**younger**
50:7

**z**

**zelensky**
138:14
**zelouf**
141:17,17,19 143:19
**zero**
129:15,17 137:12,13
138:17 139:6,15,16,17
140:16,22 191:18 203:19
203:20
**zeroed**
140:14
**zoom**
23:22
**zooms**
77:3,5