# EXHIBIT C

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———
WRITER'S CONTACT INFORMATION

jsack@maglaw.com
212-880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

September 23, 2024

**FOIA Confidential Treatment Requested**

**By Email (WilnerB@SEC.GOV)**
Mr. Brent Wilner
Associate Regional Director
Division of Enforcement
U.S. Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

Re:    In the Matter of Certain Western Asset Management Company Investment Allocations, LA-05450

Dear Mr. Wilner:

In the September 11, 2024 meeting with Enforcement Director Gurbir Grewal and the Staff, I noted that, based on additional analysis, we were withdrawing the paragraph on page 42 of our Wells submission on behalf of S. Kenneth Leech II under the heading "The Trades Mr. Leech Executed Through ▇▇▇ Are Not A Reliable Control For All Of Mr. Leech's Macro Opps Trades"; and that we would be replacing that material with new language. Accordingly, I request that you replace the withdrawn language with the following:

> The suggestion that trades executed through ▇▇▇ serve as a "control" group for all trades Mr. Leech allocated to Macro Opps is misplaced. This view relies on an assumption that the first-day returns ("FDRs") on ▇▇▇ trades should look like the FDRs on other brokers' trades allocated to Macro Opps, and that the difference in these FDRs must be due to dishonest allocations. But this assumption is wrong, and the use of ▇▇▇ as a control group is flawed, for several reasons.
>
> First, the brokers' FDRs are too variable to justify the assumption that ▇▇▇ should be the same as the non-▇▇▇ brokers. NERA has analyzed the results for the six other brokers: two have average returns of roughly $22,000, two have

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

U.S. Securities and Exchange Commission
September 23, 2024
Page 2

average returns between $34,000 and $38,000, one has average returns of $57,000, and one has average returns of $74,000. NERA's analysis shows that ▓▓▓▓▓ average FDRs are not statistically unusual given the distribution of average FDR outcomes for brokers whose trades are allocated to Macro Opps. The variability of broker performance is reflected in the fact that ▓▓▓▓ performs better than other brokers on certain days and in certain months, just as there are days and months when ▓▓▓▓ performs worse than other brokers. ▓▓▓▓ is not a proper "control" group given this variability among brokers.

Second, more fundamentally, this methodology of looking at FDRs for evidence of misallocation assumes – and therefore does not test – the proposition that FDRs influenced allocations in the first place. Variation among brokers in their FDRs undermines the assumption underlying the Staff's ▓▓▓▓ comparison – that differences in FDRs are evidence of misallocation. To account for this problem, the Staff would have to know the degree by which FDRs could vary among brokers during this period, and they have provided no methodology for determining the relevant range of variation.

As a result, a comparison of ▓▓▓▓ and non-▓▓▓▓ broker allocations can suggest misallocation when none exists. Looking at FDRs before 2021, and at FDRs before trades are allocated to the Core Strategies and Macro Opps in 2021 to 2023, reveals that FDRs exhibit more differences among brokers than one would expect by chance. This is a critical fact. It means that the FDRs are being affected by many different variables such as when trades are placed and market conditions. That is not evidence of misallocation. That is evidence of a flawed and unreliable test.

In sum, the ▓▓▓▓ versus non-▓▓▓▓ comparison is one chosen to confirm a predetermined conclusion – that FDRs influenced Mr. Leech's allocations. The comparison does not answer why ▓▓▓▓ and non-▓▓▓▓ FDRs vary so widely, or, ultimately, whether trades were misallocated based on FDRs.

***

Please let me know if you have any questions about this new material for the Wells submission or any other any other matter relating to the above-captioned investigation.

Very truly yours,

/s/ Jonathan S. Sack

Jonathan S. Sack

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

U.S. Securities and Exchange Commission
September 23, 2024
Page 3

cc:    Ronnie B. Lasky (LaskyR@SEC.GOV)
       Lindsey Keenan (KeenanLi@SEC.GOV)