# EXHIBIT D

**S. Kenneth Leech II Trades in Core Strategies and Macro Opportunities**
**November 4, 2021 and August 2, 2022**

## PRELIMINARY STATEMENT

In a video meeting on September 25, 2024, the Staff identified six days on which Mr. Leech allocated certain trades of concern to the Staff, as follows: (i) trades in the same instrument and the same direction ("same instrument/direction") in which Macro Opportunities ("Macro Opps") appears to have received a better execution price than Core and Core Plus (collectively, the "Core Strategies") (November 4, 2021; March 16, 2022; and March 10, 2023); and (ii) trades which resulted in first-day mark-to-market gains purportedly being realized ("first-day realization") in Macro Opps and first-day mark-to-market losses purportedly being realized in the Core Strategies (July 13, 2022; August 2, 2022; and September 27, 2023). We understand that, in the Staff's view, trades of these types occurred more generally.

We appreciate the opportunity to address the issues raised by the Staff. None of the trades on the days identified by the Staff are evidence of misallocations, as explained below. As the manager of strategies with disparate asset compositions and risk profiles, Mr. Leech frequently needed to do different trades for the Core Strategies and Macro Opps.[1] He did many types of paired trades in which both "legs" must be considered together. Based on the days chosen by the Staff, it appears that the Staff's analysis is incorrectly taking into account dozens of paired trades. The overwhelming majority of the trades we believe to be of concern do not belong in the analysis at all, and are thus false positives. The relatively small number of remaining trades were properly allocated and are also false positives.

\*\*\*

We note that Mr. Leech traded Treasury futures and options hundreds of days a year for over 40 years. While he does not have a specific recollection of individual trades that were executed between January 2021 and October 2023, he has attempted to reconstruct, based on available information, the reasons for placing and allocating trades on two of the six days the Staff has identified in that period: November 4, 2021 ("November 4") and August 2, 2022 ("August 2"). We discuss "same instrument/ direction" trades on November 4, and "first-day realization" trades on August 2. In some instances, we supplement Mr. Leech's best reconstruction of trading with data researched and provided by experts.

\*\*\*

The material below is organized as follows. *First*, we provide a discussion as to why certain categories of trades are not properly included in both the "same instrument/direction" and "first-day realization" analysis. (pp. 2-5). The discussion of Mr. Leech's trading on November 4

---

[1] *See* Wells Submission on Behalf of S. Kenneth Leech II at 6-12, 19-29 (Sept. 9, 2024).

and August 2 refers back to this section. *Second*, we discuss certain trades on November 4. (pp. 6-12). *Third*, we discuss certain trades on August 2. (pp. 13-18). The discussion of each of these days is based on trade data provided by the Western Asset Management Company ("Western") and begins with a brief overview of the positioning of the Core Strategies and Macro Opps and key market events that influence trading on those days. It then proceeds to address specific trades.

**DISCUSSION**

## I. Background

This background section discusses three matters of broad relevance to trades on specific days.

*First*, we provide a very brief overview of fixed income derivatives in order to illustrate that portfolio managers have a limited number of tools to manage portfolio risk. In light of that fact, it is not surprising that trades of the same securities in both the same and opposite directions are placed on a given day—and if anything, the number of such trades is relatively small considering the number of trades at issue between 2021 and 2023.

*Second*, we discuss trades referred to by the Chicago Mercantile Exchange ("CME") as "inter-commodity spread trades," which are paired trades in which pre-existing risk in a portfolio is transitioned to meet a portfolio's needs, for example, by modifying convexity. This trading practice is central to understanding why (i) not all "same instrument/direction" trades present a fair apples-to-apples comparison, and (ii) certain trades that may appear to be intended to realize a same-day gain or loss are actually part of larger transactions that are executed to adjust the existing risk profile of a portfolio.

*Third*, we explain a subset of "inter-commodity spread trades" designated as "ETD Roll/Swap" in the Western trade blotter that, similarly, are not intended to realize a first-day gain or loss and thus are not properly included in the "same instrument/direction" or "first-day realization" analysis.

### A. Use of Fixed-Income Derivatives

The tools used to manage the Core Strategies, Macro Opps, and other fixed-income portfolios do not lend themselves to the sort of cherry-picking analysis we understand the Staff is employing. Managers of large, institutional fixed-income portfolios have a limited number of liquid fixed-income derivatives with which to position and adjust portfolio duration risks quickly and simply. Within US Treasury futures, there are only five liquid tenors on the yield curve—the 5-year, 10-year, Ultra 10-year, 30-year bond and Ultra-bond.

As a result, Mr. Leech relied on Treasury futures as a tool for managing duration risk. In some instances, when a portfolio required immediate duration management, Mr. Leech would execute trades in the most liquid instruments available and would adjust the exposure later if

warranted. In the fixed income market, portfolio managers commonly use liquid futures to manage immediate risks, and then use "inter-commodity spread trades"—a type of trade discussed below—to achieve the portfolio's intended risk profile.

Because the Core Strategies and Macro Opps pursued different investment strategies, as we previously discussed and addressed in our Wells submission, a trade placed or executed early in the day may have been appropriate for one strategy while an apparently similar trade placed or executed later in the day was appropriate for the other strategy. In those circumstances, any first-day unrealized mark-to-market losses for the Core Strategies or first-day unrealized mark-to-market gains for Macro Opps observed by the Staff are a byproduct of trading strategies and not evidence of misallocation.

### B. "Inter-Commodity Spread Trades"

Mr. Leech placed many paired trades referred to by the CME as "inter-commodity spread trades."[2] These types of trades should not be viewed as part of the analysis of "same instrument/direction" or "first-day realization" trades.[3]

Duration risk is the primary risk of investment grade fixed income securities and their derivatives. Paired "inter-commodity spread trades" do not change the duration risk of portfolios investing in these instruments but make nuanced changes to the nature of that risk. For example, without changing a portfolio's overall duration, these trades can affect its convexity or exposure to a particular sector of the yield curve. An example of such a paired trade is the sale of options combined with the purchase of futures in specific ratios: the trades do not alter a portfolio's overall duration risk but adjusts its convexity. Another example is the sale of 10-year futures and the purchase of 5-year futures in specified ratios, which likewise do not alter overall duration but adjusts a portfolio's sensitivity to changes in the yield curve. In short, such trades change the nature of the risk in a portfolio but do not reflect an intent to close a position or realize a gain or loss.

---

[2] CME Group, *Interest Rate Futures Inter-Commodity Spreads*, https://www.cmegroup.com/trading/interest-rates/intercommodity-spread.html (last accessed Oct. 6, 2024).

[3] This memorandum refers to three separate events in the life-cycle of a trade and allocation: (1) order placement times, which refer to when Mr. Leech placed trade orders with brokers; (2) order execution times, which refer to when brokers executed the transaction (which in some cases were hours after an order was placed); and (3) the times at which trades were entered into Western's ATP system. Mr. Leech gave his allocations to Western's trade assistants before the trades were entered into the ATP system and thus the allocation time recorded on the blotter is subsequent to the time when Mr. Leech gave his allocation instruction. The order placement and execution times are derived from broker data; the time trades were allocated in the ATP system is derived from the Western trade blotter.

In some instances, these types of trades are identified by comments in the blotter. One such trade discussed below (on August 2) is Trade ID 17350738, which has the trade note of "vs 17351021," meaning that it was executed in conjunction with Trade Group ID 17351021 (which included Trade IDs 17351021-23). In other instances, these trades can be identified based on (i) the relative trade placement or execution times and (ii) the offsetting duration contribution of the trades. An example of such paired trades not identified by trade notes (on November 4) is the purchase of 250 Long Bond 30-year futures[4] in Trade ID 16183481 and the sale of 2,500 five-year call options in Trade ID 16182958 for Macro Opps: execution started within minutes of each other, and, at the time the trades were executed, they were roughly duration neutral. (The trades were done at a 10:1 ratio to reflect the difference between the duration contribution of the purchase of the Long Bond and the duration reduction from the sale of the 5-year call options.)

Some types of "inter-commodity spread trades" are so commonly used in the market that the CME supports them as pairs on their Globex trading platform, as discussed below. Other types of these spread trades, such as trades involving more than two legs or those involving both futures and options can be executed as individual legs—sometimes with different futures brokers and sometimes with a lag between the executions. Whether supported by CME or not, these paired trades are functional equivalents and are viewed by market participants as such.

When only one "leg" of these trades is included in the "same instrument/direction" analysis, the first-day mark-to-market performance of the single isolated "leg" does not support a conclusion that a trade was misallocated. A trade that is part of a paired trade is unrelated to any other "same instrument/direction" trade allocated on a given day. Moreover, because these types of trades typically involve a long and a short position, the combined "legs" will have relatively low first-day mark-to-market returns. Lastly, when allocating a paired trade Mr. Leech's discretion is constrained—both legs of the paired trade *must* be allocated to the same strategy.

"Inter-commodity spread trades" do not result in the intentional realization of a gain or loss. While for accounting purposes, the closing of Treasury futures or options contracts via "inter-commodity spread trades" may have the effect of closing out an existing position and realizing a gain or loss, the newly and simultaneously established positions are a continuation of the duration risks associated with the previously existing positions. From the standpoint of portfolio management, the new paired trade does not so much eliminate or close out an existing duration risk but rather continues and adjusts it. On occasion, Mr. Leech did deliberately on occasion close positions. But trades in which he kept substantially the same risk within the respective strategies do not reflect an intention to realize gains or losses.

---

[4] Although the Western trade blotter refers to "Long Bond Futures," the security is more accurately described as a "Bond" future. For the sake of clarity, this memorandum refers to the securities using the terminology in the blotter.

### C. "ETD Roll/Swap" Trades

A substantial number of Mr. Leech's trades were done on "ETD Roll/Swap" tickets. As noted above, "ETD Roll/Swap" trades are a subset of "inter-commodity spread trades."

These "ETD Roll/Swap" trades were paired trades that were executed simultaneously with the same broker, generally on a duration-neutral basis. They included calendar spreads and yield curve trades which used Treasury futures, or covered puts and calls using a combination of Treasury futures and options. An example of such a paired trade on November 4 are the two unique Trade IDs (16183373 and 16183372) included in the Trade Group ID 16183372, in which Mr. Leech bought Bond future call options and sold the duration-neutral equivalent of Long Bond futures through ███████

Crucially, "ETD Roll/Swap" trades were placed on a spread basis (often using a broker's order book to "work" the price or yield spread on a Good-Til-Cancelled basis). Execution was not dependent on the price or yield of an individual "leg," but on the difference between the prices or yields of both "legs". Trades could therefore be executed at any time relative to the order entry. As an economic matter, the specific prices at which the trades were confirmed were irrelevant. In fact, for such trades the CME establishes that "[t]he only requirements are that the leg prices remain within the spread range established for that trading day, the leg prices are at the tick level, and the prices conform to the differential price."[5] Thus, the broker is allowed to confirm any prices that conform to the spread between the time the order is placed and subsequently executed.

This industry practice leads to a conclusion vital to analyzing Mr. Leech's trades: because the prices used for the execution of "ETD Roll/Swap" trades were arbitrary and because these trades were not used to initiate new duration risk, these trades should be excluded from any analysis of "same instrument/day" trades and "first-day realization" trades. Based on the days selected by the Staff, it appears that the Staff is inappropriately considering "ETD Roll/ Swap" trades in both analyses.

***

We now turn to specific "same instrument/direction" trades on November 4 and specific trades that appear to have generated realized first-day gains for Macro Opps or realized first-day losses for the Core Strategies on August 2. We have sought to identify and address the relevant Trade IDs based on our understanding of the Staff's description of the two types of trades, as we have explained in our accompanying letter to the Staff, dated October 8, 2024.

---

[5] CME Group, *Accepted Trade Types*, https://www.cmegroup.com/clearing/operations-and-deliveries/accepted-trade-types.html (last accessed Oct. 6, 2024).

## II. November 4, 2021

### A. Overview

On Thursday, November 4, the Bank of England's Monetary Policy Committee ("BOE") surprised market participants by holding its overnight benchmark rate steady, despite prior indications that a rate hike was imminent.[6] The BOE seemed out of step with the US Federal Reserve (the "Fed"), which had raised its overnight rate just the day before. Prices on Treasuries moved higher, and Western used the rally to reduce portfolio durations across strategies in light of the monthly US Employment report that would be released the next morning (Friday, November 5). Duration would be shed both actively and passively, with Macro Opps executing some "chase up" trades to temper its passive duration decline from negative convexity. Much of the active duration reduction was through the sale of call options on intermediate-term Treasury Futures.

The table below shows the start of day ("SOD") and end of day ("EOD") duration and convexity for both Core Plus (account 984) and Macro Opps (account 3313), as well as the contribution to duration ("CTD") of the trades executed during the day. On November 4, trading for Core Plus caused a .07-year reduction of duration, and convexity likely caused an additional .10-year reduction; in contrast, trading for Macro Opps caused a .17-year reduction of duration, and convexity likely caused an additional 1.58-years reduction.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **SOD** | **% vs** | **CTD of** | **Sum Before** | **Actual EOD** | | **Duration Change** | **SOD** | **EOD** |
| **Portfolio** | **Duration** | **Benchmark** | **All Trades** | **Convexity** | **Duration** | **Difference** | **Due to Yield Change**[1] | **Convexity** | **Convexity** |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| | | | | = (2) + (4) | | = (6) - (5) | | | |
| Core Plus (984) | 7.42 | 118% | (0.07) | 7.35 | 7.26 | (0.09) | (0.10) | (1.23) | (2.16) |
| Macro Opps (3313) | 8.56 | - | (0.17) | 8.39 | 6.84 | (1.55) | (1.58) | (26.43) | (32.67) |

**Notes and Sources:**
[1] Calculated through $\Delta 10Y * (D^2 - 100*C)$ where D is the prior day duration and C is prior day convexity.

### B. "Same Instrument/Direction" Trades

The discussion below explains five groups of "same instrument/direction" trades: purchases of Long Bond futures, sales of Long Bond futures, and sales of 10-year futures. Within

---

[6] Elliot Smith, *Bank of England could be about to hike rates in the face of surging inflation*, CNBC (Nov. 3, 2021), https://www.cnbc.com/2021/11/03/bank-of-england-could-be-about-to-hike-rates-in-the-face-of-surging-inflation.html ("Policymakers have intimated that a hike is imminent, but the nine-member MPC will need to determine whether to tighten policy this week or wait until its mid-December meeting, in light of persistent above-trend inflation and moderating growth.").

each group, the trades are discussed chronologically, in order of earliest to latest (except for "ETD Roll/Swap" trades which are listed at the end of each section).

Of the five different sets of "same instrument/direction" trades, none of the trades provides a basis to conclude that trades were misallocated.

### 1. Purchases of Long Bond Futures (Trade IDs 16183481 and 16184446)

On November 4, Mr. Leech allocated two unique Futures & Options Trade IDs that reflected purchases of Long Bond futures. Viewed in isolation, the trade with the ultimate higher first-day unrealized mark-to-market gain was allocated to Macro Opps (Trade ID 16183481) and the trade with the lower first-day unrealized mark-to-market gain was allocated to a variation of the "50/50" group. (Trade ID 16184446).

However, both trades were part of an "inter-commodity spread trade," in which Mr. Leech bought Long Bond futures together with sales of call options of different tenors. When both legs are considered, the paired trade with the higher first-day unrealized gain for Macro Opps actually resulted in a net first-day unrealized loss, whereas the paired trade that was allocated "50/50" resulted in a net first-day unrealized gain. The two sets of trades were executed almost 17 hours apart for reasons consistent with the objectives of the different portfolios.

### a. Trade ID 16183481 (Macro Opps)

Trade ID 16183481 was the purchase of 250 Long Bond futures contracts for Macro Opps through ▇▇▇▇▇▇▇▇ Mr. Leech placed the order at 3:04 p.m. on November 3, and the trade was executed shortly thereafter.[7] The trade was entered into Western's ATP system at 8:43 a.m. on November 4.

The futures purchase in Trade ID 16183481 was done in conjunction with Trade ID 16182958, which was the sale of 2,500 5-year call options through ▇▇▇▇ Mr. Leech placed the order for the call options sale at 1:51 p.m. on November 3, and it was executed between 3:01 p.m. and 11:23 p.m. that day. These trades were legs of a paired trade given that (1) Mr. Leech placed the futures trade just minutes after ▇▇▇▇▇▇▇▇ started executing the options order and (2) the trades were effectively duration neutral based on the delta of the call options at the time they were executed.[8]

This paired trade was appropriate for Macro Opps and was not necessary for the Core Strategies. Both were selling the 5-year sector outright via 50/50 trades occurring at roughly the

---

[7] All times are in Pacific Time.

[8] An option delta reflects how much an option's price can be expected to move for every $1 change in the price of the underlying security.

same time, but Macro Opps had increased its exposure to the 2- and 5-year sectors on November 3, and this trade offset that increased exposure without affecting Macro Opps' overall duration.

Viewed alone, the purchase of the Long Bond futures resulted in a first-day unrealized mark-to-market gain of $335,937 for Macro Opps. When considered together with the call option sales, the pair of trades resulted in a first-day unrealized mark-to-market loss of $191,407.

### b. Trade ID 16184446 ("50/50" group)

Trade ID 16184446 was the purchase of 500 Long Bond futures contracts through ▮▮▮▮▮▮▮▮ for a subset of the "50/50" group that excluded Core Strategies accounts that were not allowed to hold options. The trade was executed around 8:29 a.m. on November 4 and was entered in Western's ATP system at 11:05 a.m. the same day. The purchase of futures in Trade ID 16184446 was done as part of a paired trade with Trade ID 16183485, which was the sale of 1,000 10-year call option contracts through ▮▮▮▮▮▮ and was executed at 7:55 a.m. In executing these trades, Mr. Leech reduced convexity in the portfolios, expressing a view on the level of implied volatility at the time of the trade.

These legs were part of a paired trade given that (1) they were executed within 34 minutes of one another; (2) they reflected a 2:1 ratio of 10-year call option sales (1,000 contracts) to Long Bond future purchases (500 contracts), which meant that if prices rose to the point where the options were at their full delta (*i.e.*, delta of 1), the trade would be duration neutral (as the futures would serve as a hedge against the call options); and (3) the trade comment "opt only" on Trade ID 16184446 (the futures buy transaction) indicates that the futures would be allocated only to the accounts Mr. Leech managed that accepted options trades—which was necessary here to avoid a situation where the Core accounts that do not accept options would receive *unhedged* futures.[9]

Consistent with Mr. Leech's 50/50 allocation, these trades were appropriate for both the Core Strategies and Macro Opps. Unlike the earlier purchase of futures that was paired against the sale of 5-year call options ((Trade ID 16183481 for Macro Opps), the futures in these trades were purchased against the sale of 10-year call options, which more evenly distributed Core's duration sales across the yield curve for the day.

The purchase of Long Bond futures resulted in a first-day unrealized gain of approximately $54,000 each for the Core Strategies and Macro Opps. Because the call option sales also generated first day unrealized gains of approximately $7,600, the paired trades together resulted in a first-day unrealized mark-to-market gain of approximately $62,000 for

---

[9] It was not necessary to note that options trades could only be allocated to the Core Strategies accounts that accept options; Western's back office was aware that options trades could only be allocated to certain Core Strategies accounts.

each strategy. In other words, properly viewed as a pair, the "50/50" group received the more profitable paired trade than Macro Opps.

## 2. Sales of Long Bond Futures (Trade IDs 16183373, 16183464, 16183597, 16184390, and 16184522)

On November 4, Mr. Leech allocated three distinct Futures & Options Trade IDs that consisted of the sale of Long Bond futures. The first of these trades (Trade ID 16183597) resulted in a first-day loss to Core Plus, while the remaining two trades were executed within 33 minutes of one another with the trade resulting in the higher first-day gain being allocated to Macro Opps while the trade with a lower first-day gain was allocated to the "50/50" group. Mr. Leech also executed two sales of Long Bond futures as part of "ETD Roll/Swap" trades.

The trade that ultimately resulted in a first-day loss was executed overnight for the Core Strategies, consistent with "selling high" relative to the previous day and the objective of reducing duration ahead of an impending employment report. The later sales for Macro Opps and the "50/50" group were done in a different market environment.

### a. Trade ID 16183597 (Core Plus)

Trade ID 16183597 was the sale of 500 Long Bond future contracts for Core Plus (and not Core) through ▮▮▮▮▮▮▮. The trade was executed at 3:23 a.m. on November 4 and entered in Western's ATP system at 8:59 a.m. the same day. This was a "sell-high" trade for Core Plus: the trade price was $160.25, more than a half-point above the prior day's 2:00 p.m. price of $159.6875. It was consistent with the Core Strategies' goal of reducing duration ahead of market uncertainty anticipated in the impending employment report.

At that time, it would not have made sense to sell futures for Macro Opps, as that portfolio had lost an estimated .49 years in duration between its close-of-day duration on November 3 and the time this trade was executed as compared to Core Plus, which had lost an estimated .03 years in duration in the same period. In essence, Macro Opps was shedding duration at the very same time, but rather than doing so actively via the trades like the trades being executed in Core Plus, Macro Opps was doing so passively as a function of the move in rates to that point and the portfolio's negative convexity. Notably, the Core Strategies did not execute any unhedged trades that added duration between the time this trade was executed and the end of the trading day on November 4. In sum, the sale of futures was not appropriate for Macro Opps; as noted above, that portfolio was losing more duration passively in the rally than was Core Plus.

After the market rallied later in the day in light of the unexpected BOE announcement, the trade had a first-day unrealized mark-to-market loss of $453,125.

### b. Trade ID 16184390 ("50/50" group)

Trade ID 16184390 was the sale of 500 Long Bond futures through▐▐▐▐▐ for the "50/50" group. The trade was executed at 10:20 a.m. after the market had rallied in response to the BOE announcement and was consistent with the strategy of shedding duration across both the Core and Macro Opps strategies before the next day's employment report. Macro Opps had previously shed duration passively due to its negative convexity. With greater certainty on where the market would be when the employment data was released the next day, and therefore less chance of a significant duration change due to negative convexity, Macro Opps could actively reduce its duration in order to reduce risk ahead of the employment report the next day. As a result, unlike the 3:23 a.m. Core Plus sale of the same security, Macro Opps was able to participate in this substantially later trade.

The trade resulted in a first-day unrealized mark-to-market gain of roughly $23,000 for the Core Strategies and Macro Opps, respectively.

### c. Trade ID 16184522 (Macro Opps)

Trade ID 16184522 was the sale of 250 Long Bond future contracts for Macro Opps through▐▐▐▐▐. The trade was executed at 10:53 a.m. on November 4 and entered in Western's ATP system 10 minutes later, at 11:03 a.m. This was the last trade Mr. Leech executed on November 4 and—as noted above—it reflected the desire to reduce Macro Opps' duration ahead of the uncertain employment report on November 5, and the ability to do so actively once there was greater certainty on where the market would be when the employment data was released the next day.

The trade resulted in a first-day unrealized mark-to-market gain of $85,937.

### d. Trade IDs 16183373 and 16183464 (Macro Opps)

Trade IDs 16183373 and 16183464 were sales of Long Bond futures executed as part of "ETD Roll/Swap" trades along with the purchases of Bond future call options in Trade IDs 16183372 and 16183463. As described above, these trades were quoted at a spread and the execution prices of the trades were irrelevant.

### 3. Sales of 10-Year Futures (Trade IDs 16183168, 16183403, 16183750)

On November 4, Mr. Leech allocated two distinct Futures & Options Trade IDs that consisted of sales of 10-year futures. Of those trades, the trade with the larger first-day unrealized loss was allocated to Macro Opps and the trade with the smaller first-day unrealized loss was allocated to a subset of the "50/50" group. Mr. Leech also executed one sale of 10-year futures as part of an "ETD Roll/Swap" trade.

### a. Trade ID 16183750 ("50/50" group)

Trade ID 16183750 was the sale of 1,000 10-year futures through ████ for a subset of the "50/50" group. The order was placed above the market around 6:32 a.m. and executed around 7:32 a.m. on November 4. It was entered into Western's ATP system at 8:39 a.m.

The trade was appropriate for the Core Strategies and Macro Opps. For the Core Strategies, it was a "sell-high" value trade that decreased duration due to concern about a potential downward price move following the employment report due to be released the next day. Macro Opps could also participate in this trade because, as described above, the risk of duration drift before the employment report was declining with the passage of time.

The trade resulted in a first-day unrealized loss of approximately $30,000 each for the Core Strategies and Macro Opps.

### b. Trade ID 16183168 (Macro Opps)

Trade ID 16183168 was the sale of 1,000 10-year futures through ████ for Macro Opps. The trade was executed at 7:15 a.m. on November 4 and it was entered into Western's ATP system less than 30 minutes later, at 7:41 a.m.

Again, Macro Opps could participate because, as described above, the risk of duration drift before the employment number was declining with the passage of time.

The trade resulted in a first-day unrealized loss in Macro Opps of $156,250.

### c. Trade ID 16183403 (Macro Opps)

Trade ID 16183403 was the sale of 10-year futures executed as part of a "ETD Roll/Swap" along with the purchase of 10-year call options in Trade ID 16183402. These trades were quoted at a spread and the execution price of the trades was irrelevant.

## 4. Purchases of Ultra Bond futures (Trade IDs 16183812, 16183813, and 16183643)

On November 4, Mr. Leech executed three purchases of Ultra futures. Two of the purchases were done early in the morning for Macro Opps to offset some of the duration lost passively overnight, a function of the portfolio's negative convexity and the market move to that point. The third trade was part of an "ETD Roll/Swap" Trade for a single Core account.

### a. Trade IDs 16183812 and 16183813 (Macro Opps)

At 4:52 a.m. and 5:05 a.m. respectively, Mr. Leech placed orders to buy 500 Ultra Bond futures through ████ (Trade IDs 16183812-13). They were entered into Western's ATP system between 8:44 a.m. and 8:45 a.m.

11

These two trades were placed by Mr. Leech early in the trading day. They were part of trades placed between 4:52 a.m. and 5:20 a.m. that on net added duration to Macro Opps and partially offset the passive duration reduction caused by its large negative convexity and the overnight market rally. Between the end-of-the-day on November 3 and 5:15 a.m. on November 4, Macro Opps had lost an estimated .81 years of duration as compared to Core Plus which had lost only .05 years duration the same period. These trades were done to manage Macro Opps' duration given the portfolios' negative convexity.

The trades resulted in a first-day gain for Macro Opps of $796,875.

### b. Trade ID 16183643 (Account 671)

Trade ID 16183643 was part of an "ETD Roll/Swap" trade for a single Core account—account 671. The trade involved buying Ultra Bonds and selling 5-year futures in Trade ID 16183642. These trades were quoted at a spread and the execution prices of the trades were irrelevant.

### 5. Sales of 5-Year Futures (Trade IDs 16183584, 16183583, and 16183642)

On November 4, Mr. Leech allocated three distinct Trade IDs that entailed sales of 5-year futures. Two of those Trade IDs were allocated to a subset of the "50/50" group. One was part of the "ETD Roll/Swap" trade described above.

### a. Trade IDs 16183583 and 16183584 ("50/50" group)

At 3:14 p.m. on November 3, Mr. Leech placed orders to sell 5-year futures for a subset of the 50/50 group. The trades were entered in Western's ATP system between 8:52 a.m. and 8:53 a.m. the next day. The trades reduced duration, consistent with the portfolio's goal that day.

The trades resulted in a first-day loss that was split between the Core Strategies and Macro Opps of approximately $560,000.

### b. Trade ID 16183642 (Account 671)

Trade ID 16183642 was part of an "ETD Roll/Swap" with Trade ID 16183643 for a single Core account (discussed above in Part II.B.4.b.). These trades were quoted at a spread and the execution price of the trades was irrelevant.

***

In sum, of the 43 trades in 5 trade clusters discussed above, only 5 Trade IDs were not invovled in a paired "intercommunity spread trade."  Those five trades were properly allocated.

### III. August 2, 2022

#### A. Overview

The Treasury market rallied significantly in the early summer of 2022. By the morning of August 2, 10-year Treasury yields had dropped roughly 90 bps from their June highs. In the days leading up to August 2, portfolio durations were decreased across the Core Strategies and Macro Opps. Western's strategy was to add duration back to the portfolios if the market moved lower, targeting the 5-year sector of the Treasury curve. Western also wished to use the sale of options to take advantage of high implied volatility. Finally, Western understood that the market rally might not be sustained, but was nonetheless reluctant to sell duration (*i.e.*, make judgments based on anticipated increase in yields) because of its view that that weakening economic data would keep rates from moving substantially higher, and thus would keep prices from dropping substantially.

Unknown at the start of the day on August 2 was that a modest, early morning sell-off would gain considerable speed after a series of Federal Reserve officials made bearish comments in separate public events. Of note, President of the San Francisco Federal Reserve, Mary Daly, said in an interview on CNBC that the Fed was "nowhere near almost done" in its policy response to inflation, thus suggesting higher rates for longer.[10]

Having added significant duration and with the market moving lower than anticipated, Western would employ "buffer trades" near the end of the trading day— selling out-of-the-money call options—in an effort to lessen the impact of a further market decline.

#### B. Purported "First-Day Realization" Trades

While it appears that seven different securities were closed out, the discussion of trades below demonstrates that the duration risk of only one position may have been intentionally closed, resulting in a de minimis gain for the "50/50" group (a $23,000 gain for each the Core Strategies and Macro Opps) that had nothing to do with the type of conduct in a paradigmatic cherry-picking case. When Mr. Leech changed the nature of preexisting risk on the books with "inter-commodity spread trades," he was not trading in order to realize gains or losses; rather, he was managing the portfolios to adjust their risk positions. This is one of the many substantial distinctions between the trades at issue and a paradigmatic cherry-picking situation.

##### 1. Core Strategies: US 10YR NOTE (CBT) Sep22 (10-year futures)

In the afternoon of August 1, Mr. Leech placed orders to buy 10-year futures contracts for a subset of Core Strategies accounts that were executed between the afternoon of August 1 and

---

[10] Jeanna Smialek, *A Fed Pivot? Not Yet, Policymakers Suggest, as Rapid Inflation Lingers*, N.Y. Times (Aug. 2, 2022), https://www.nytimes.com/2022/08/02/business/economy/fed-inflation-interest-rates.html.

7:30 a.m. on the morning of August 2. (Trade IDs 17350400-03 and 17350904-06). These purchases were consistent with many other trades adding duration to Core Plus that were executed during the late afternoon of August 1 and during the morning of August 2.

Later on August 2, Mr. Leech traded 10-year futures contracts for Core Strategies accounts as part of a series of "ETD Roll/Swap" trades. As with other similar trades, these "ETD Roll/Swap" trades did not not reflect an intent to realize first-day returns.

a. Trade IDs 17350582, 17351051, 17350668 were the only sales of 10-year futures that were allocated to Core Strategies' accounts. All three Trade IDs were allocated 50/50 and were part of "ETD Roll/Swap" trades.

b. Trade IDs 17350658 and 17350841 are buys of 10-year futures for either the Core Strategies or the 50/50 group. Those trades were also part of "ETD Roll/Swap" trades with other legs.

## 2. Macro Opps: US 10YR NOTE (CBT) Sep22 (10-year futures)

Over the course of August 2, Mr. Leech purchased 6,450 contracts of 10-year futures and sold 2,880 contracts of 10-year futures for Macro Opps. Each sale was paired as an "inter-commodity spread trade" or specifically an "ETD Roll/Swap" trade and was not intended to realize gains for Macro Opps. 10-year futures are the most liquid of all treasury futures and were often used by Mr. Leech as a means of adjusting duration while he was implementing less liquid trades that took more time to complete.

a. Around 5:01 a.m., Mr. Leech placed an order that was executed shortly thereafter to sell 1,000 10-year futures contracts for Macro Opps through ▇▇▇▇ (Trade ID 17350351). This trade should be considered with Mr. Leech's sale of Ultra Bond futures at 5:51 a.m. through ▇▇▇▇▇▇ (Trade ID 17350748) and his purchase of 5-year futures through ▇▇▇ (Trade ID 17349989) at 6:46 a.m. Together, these trades expressed a "curve steepener," adding exposure to the 5-year while subtracting duration-weighted exposure to 10-year and Bonds. The combination of these trades did not alter the portfolio's overall duration but had the effect of reducing existing curve risk.[11]

---

[11] A "yield curve" is a graphical representation showing the difference in yield between maturities of debt instruments. The slope of a yield curve can be described as relatively flat or steep, meaning the differences in yields are relatively small or large, respectively. The term "yield curve steepener" describes a trade that benefits if the difference in yields between points on the curve increase (*i.e.*, the slope of the curve "steepens," while "curve flatteners" would benefit from the opposite). To express a yield curve steepener, one would buy securities with shorter maturities and sell one with longer maturities, looking for the former to perform better in price than the latter.

b. Between 6:48 a.m. and 7:56 a.m., ▮▮▮▮ executed Mr. Leech's August 1 orders to buy 10-year futures. (Trade IDs 17350146-48). These trades covered the duration risk created through the purchase of very short-dated put options during the early evening hours of August 1, and the subsequent decline in Treasury prices that resulted in the delta on the options increasing.

c. At 7:58 a.m., Mr. Leech placed an order to sell 10-year futures contracts. (Trade ID 17350738). The trade was executed at 8:35 a.m. Based on the trade note "vs 17351021," this trade was done against Mr. Leech's 7:52 a.m. order to purchase 10-year call options. (Trade Group ID 17351021 and Trade IDs 17351021-23). This was a relative value trade done for Macro Opps to increase convexity in the portfolio (*i.e.*, reduce negative convexity).

d. Between 9:48 a.m. and 11:50 a.m., Mr. Leech placed orders to buy 10-year futures contracts (Trade IDs 17350920-22, 17350729-33). Each buy has the trade note "opps vs usu" and was done against the sale of Long Bond futures. (Trade IDs 117350734-37). Macro Opps began the day with Key-Rate Durations ("KRD") that expressed a significant yield "curve flattener;" these trades reduced that exposure.

e. Around 12:19 p.m., Mr. Leech placed orders to buy 10-year futures contracts through ▮▮▮▮▮▮▮▮ (Trade IDs 17350664-66). Based on the trade note "opps vs US" those trades were part of a paired "inter-commodity spread trade" with sales of different Long Bond futures through ▮▮▮▮▮▮ (Trade IDs 17351046-49).

3. **Core Strategies: US10Y NOTE W1 OP Aug22C 121.75 EXP08/05/22 (10-year future call options)**

a. In the evening on August 1, Mr. Leech placed a limit order at or below the market price to buy 10-year call options for the Core Strategies. (Trade IDs 17350551-53). Trade ID 17350551 was executed at 5:01 p.m. on August 1, and Trade IDs 17350552 and 17350553 were executed around 6:18 a.m. on August 2 as the market traded lower. These trades increased duration and convexity for the Core Strategies. Adding duration was consistent with the many trades effected in the overnight and early morning hours for the Core Strategies.

b. In the morning on August 2, Mr. Leech placed an order to sell the same 10-year call options for the 50/50 group. (Trade ID 17350824). This trade was done as a paired "inter-commodity spread trade" with the buy of 10-year call options at a lower strike price with the same expiry for the 50/50 group. (Trade ID 17350593). This combination of trades is a "call spread," in which an account buys the lower strike while selling the higher strike. It is a paired

relative value option trade, and therefore it does not give rise to a first-day return realization as Mr. Leech continued to hold the long position of 10-year call options.

4. **Macro Opps: US10Y NOTE W1 OP Aug22C 121 EXP08/05/22 (10-year future call options)**

   a. At 7:52 a.m. on August 2, Mr. Leech placed orders to buy 10-year call options for Macro Opps that were executed shortly thereafter. (Trade ID 17351021-22). As discussed above, the trade notes on Trade ID 17350738, the sale of 10-year futures placed at 7:58 a.m., specifically referenced this trade and demonstrate that the trade was part of an "inter-commodity spread trade" that decreased negative convexity on a duration-neutral basis.

   b. At 11:35 a.m. on August 2, Mr. Leech executed a sale of 10-year call options for the 50/50 group. (Trade ID 17351052). The trade may have realized an accounting loss on the purchase described above, but it was consistent with the other "buffer trades" being executed in both portfolios at the time. The market had sold off more deeply than expected given the day's news, and these "buffer" trades were meant to insulate both portfolios from further market declines.

5. **Macro Opps: US ULTRA BOND CBT Sep22 (Ultra bond futures)**

   a. At 5:51 a.m., Mr. Leech placed an order to sell Ultra bond futures for Macro Opps that was executed shortly thereafter. (Trade ID 17350748). As noted above (*see* Part III B.2.a.), this trade was part of a multi-leg yield curve trade with Trade IDs 17350351 (Selling 1,000 10-year futures for Macro Opps via ████ and 17349989 (Buying 3,000 5-year notes via ████ The sales were executed between 5:00 a.m. and 6:00 a.m., while the purchase was executed at 6:46 a.m. This trade combination was consistent with the day's goal of adding yield curve steepening trades in Macro Opps, which entered the session with both a significant underweight in 5-year KRDs and a significant overweight in 20s and 30s.

   b. In trades placed on August 1 and executed at 5:17 a.m. and 12:39 p.m. on August 2, Mr. Leech bought Ultra bonds for Macro Opps. (Trade IDs 17350749-50). Mr. Leech had effected a number of curve steepeners in Macro Opps throughout the day, including the ten-year futures versus Long Bond futures trades just 15 minutes earlier (see Part III.B.2.e above). Mr. Leech had also reduced longer KRDs in Macro Opps enough during the day that he could buy Ultra bonds without adversely affecting Macro Opps' net curve position. The timing of the trade—it was among the last of the day—indicates that it was entered to fine-tune Macro Opps' duration, as Mr. Leech would then have known the sum duration effect of his day's trades and the amount of passive duration Macro Opps would have added from increase in yields (decline in

prices) given the negative convexity in the portfolio. Among the considerations underlying this trade were Mr. Leech's overnight purchase of put options on Treasury futures and his net sales of Euro-Bund exposure which reduced duration in the portfolio. *See* Trade IDs 17348896-98; 17350171-76; 17350547-48; and 17350620).

6. **Core Strategies: US 10YR FUT OPTN Sep22C 121.5 EXP08/26/22 (10-year future call options)**

   a. At 6:03 p.m. on August 1, Mr. Leech placed an order to buy 10-year call options. The trade was executed on August 2 at 6:29 a.m. (Trade ID 17350918). From the trade note, this trade was done to close a pre-existing short options position in the Core Strategies book.

   b. Later in the morning on August 2, at 9:33 a.m., Mr. Leech placed an order to sell 10-year call options for the Core Strategies. (Trade IDs 17350656-57). These trades were part of an "ETD Roll/Swap" trade together with buying 10-year futures for the Core Strategies. (Trade ID 17350658). This duration-neutral "inter-commodity spread trade" generated negative convexity for the Core Strategies. Because it was a paired options vs futures spread trade, it was not seeking to monetize first day returns.

7. **Core Strategies and Macro Opps: US 10YR FUT OPTN Sep22P 120 EXP08/26/22 (10-year future put options)**

   a. On July 31, Mr. Leech placed orders to sell 3,000 10-year put options for the 50/50 group—over two days after the orders were placed. (Trade IDs 17351054-56). The trades were executed between 11:20 a.m. and 12:47 p.m. on August 2.

   b. At 12:58 p.m. on August 2, Mr. Leech executed an order to buy 3,000 10-year put options for the 50/50 group. (Trade ID 17350842). This trade reversed the previous trade within just twelve minutes. Such a reversal is exceedingly rare in the January 2021 to October 2023 period. The unusual timing indicates that Mr. Leech may have believed that the trade was no longer appropriate for the 50/50 group. The Core Strategies and Macro Opps each realized a gain of approximately $23,000.

***

In sum, the "first-day realization" trades of concern to the Staff do not cast doubt on the analysis put forward in Mr. Leech's Wells Submission that, on average, Mr. Leech held positions for at least 26.6 days in Core Plus and 25.7 days in Macro Opps between 2021 and 2023. Using a standard accounting methodology, that analysis considered exactly the type of "first-day realization" trades that appear to be of concern to the Staff and nonetheless showed that Mr. Leech held positions for several weeks on average. In fact, had that analysis considered the

paired trades discussed in this memorandum or the extension of positions beyond their expiry dates—which was a common practice—the average holding periods would be much longer.

## CONCLUSION

In recent video meetings, the Staff has asked us to provide our view as to why the Staff sees on many days in the relevant period the sort of "same instrument/direction" and "first-day realization" trades that we have addressed for November 4 and August 2. We believe this perception, or rather misperception, on the part of the Staff has two primary explanations.

*First*, for the reasons we have set forth above, the purported "same instrument/direction" and "first-day realization" trades cannot fairly be characterized in that way. Many of the same "instrument/direction" trades are part of paired trades, and a head-to-head comparison is unwarranted and misleading. Mr. Leech's trading does not exhibit cherry picking of the same or like instruments that can be found in equities trading cases. Trades that are not part of paired trades are explained by portfolio characteristics and needs at the time the trades were placed and executed.

We have likewise shown that the trades that appear to have resulted in the realization of gains or losses were not designed or intended to close out gains in Macro Opps or losses in the Core Strategies on a first-day basis. Each of the "first-day realization" trades, most of which were part of paired trades, was executed to manage the risks in the two portfolios, and the trading does not refute or even diminish the importance of the weeks-long holding period analysis of Mr. Leech's positions.

*Second*, we believe the Staff is trying to fit the square peg of fixed-income portfolio management into the round hole of relatively straightforward equities cherry-picking cases. In paradigmatic cherry-picking cases, portfolio managers allocate comparable equities trades between comparable favored and disfavored accounts and realize gains in the favored accounts on the same day or very quickly. The many paired trades and the remaining non-paired trades that Mr. Leech placed for, and allocated to, two very different portfolios—the Core Strategies and Macro Opps—do not fit that template. The holding periods and other characteristics of the trades demonstrate a desire to take and maintain risk positions for extended periods and adjust the different portfolios to volatile market conditions.

In sum, Mr. Leech placed and allocated trades based on the needs of two very different portfolios, with very different risk profiles, in highly volatile market conditions. First-day returns were not relevant to his allocation of trades. We are not aware of any evidence to suggest he thought or inquired about first-day returns when allocating trades. Nor was he comparing the prices at which "same instrument/direction" trades were executed and intentionally allocating better trades to a favored account, or seeking to realize first-day gains in Macro Opps or (illogically) first-day losses in the Core Strategies. The Staff's perception of such instances is mistaken.