# EXHIBIT E

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
212-880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 23, 2024

**<u>FOIA Confidential Treatment Requested</u>**

**<u>By Email (WilnerB@sec.gov)</u>**
Mr. Brent Wilner, Esq.
Associate Regional Director
Division of Enforcement
U.S. Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

      Re:    **<u>In the Matter of Certain Western Asset Management Company Investment Allocations, LA-05450</u>**

Dear Mr. Wilner:

In our Wells submission and subsequent Wells meeting in September, we informed you and your colleagues that our expert, National Economic Research Associates, Inc. ("NERA"), has prepared analyses showing that certain types of trading in Core and Core Plus (collectively, "Core Strategies") and Macro Opportunities ("Macro Opps") would explain a substantial portion of the differential in unrealized mark-to-market first-day returns ("FDRs") of concern to the Staff.

We write on behalf of our client, S. Kenneth Leech II, to update you on additional work that NERA has done since that time. This work provides further support for our position that the difference in FDRs under investigation was due to portfolio management necessitated by two very different strategies in highly volatile, unprecedented market conditions; the difference was not the result of cherry picking done to harm the Core Strategies in order to benefit Macro Opps.

In a recent meeting with representatives of the Office of the United States Attorney for the Southern District of New York, we summarized this additional work performed by NERA—specifically, three models that explain why FDRs in the Core Strategies and Macro Opps would be different in the specific market conditions of 2021 to October 2023. This letter, which

summarizes those models for the benefit of the Staff, supplements our Wells submission of September 9 and our letter of September 23.

## DISCUSSION

As set forth below, each of these models is based on the approaches Mr. Leech followed when managing the Core Strategies and Macro Opps, using simple rules to implement trades. The models show the following: (i) trades executed to effectuate strategies in the two portfolios should be expected to produce first-day unrealized mark-to-market losses in the Core Strategies and gains in Macro Opps in the market conditions of 2021 to October 2023; and (ii) at the very least, the assumption that the Core Strategies and Macro Opps should have had the same profile of FDRs in that period is not reasonable or justifiable.

**Simplified Chase Up/Chase Down and Buy Low/Sell High:** As previously explained, managing Macro Opps' negative convexity required active trading to manage portfolio duration, which we have also called a "chase up/chase down" strategy. This strategy consists of adding duration in response to decreasing rates (increasing prices) and reducing duration in response to increasing rates (decreasing prices). In contrast, Mr. Leech generally employed a value investing strategy for the Core Strategies: buying when he perceived prices were low and selling when he perceived prices were high.

NERA's first model replicates these strategies at a simplified level using proxies for the Core Strategies and Macro Opps between January 2021 and October 2023. The model is mechanistic; the only input is the day-to-day change in yield without incorporating elements of portfolio manager judgment. The model replicates trading on days when the yield of the five-year Treasury Note increased or decreased by more than five bps (from the prior day's close to the current day's close), which was more common in the 2021 to 2023 period than the period before. If the closing yield of a five-year Treasury Note on a specific day (*e.g.*, on a Tuesday) was more than five bps higher than the close the prior day (*i.e.*, prices decreased from Monday's close), the model assumes the Core Strategies would buy a five-year Treasury Note at the price implied by that day's (Tuesday's) closing yield, thereby replicating a buy low trade, and that Macro Opps would sell a five-year Treasury Note, thereby replicating a chase down trade. The model assumes the opposite trading when yields decreased (prices increased) by more than five bps over the course of a day. The model calculates FDRs by comparing the trade execution price to the closing price of the five-year Treasury Note on the following day.

For the 2021 to 2023 period, the model generates first-day losses for the Core Strategies and first-day gains for Macro Opps. By comparison, for the periods immediately preceding and following the 2021 to 2023 period, the results are inverted: in both periods the results are (i) an order of magnitude *smaller* and (ii) a *different sign* as compared to the 2021 to 2023 period.

Specifically, between January 2021 and October 2023, the model produces a 3.73% loss in the Core Strategies and a corresponding 3.73% gain in Macro Opps. In contrast, from April 2018 to December 2020 (a period with a similar number of trading days), the model produces a 0.80% gain for the Core Strategies and 0.80% loss for Macro Opps. Over the shorter subsequent period of October 2023 to August 2024, the model produces a 0.11% gain for the Core Strategies and a 0.11% loss for Macro Opps.

This model is significant because while there is nothing inherent in Core and Core Plus's buy low/sell high strategy that makes it likely to produce first-day losses, and there is nothing inherent in Macro Opps' chase up/chase down strategy that makes it likely to produce first-day gains, the model demonstrates that applying simple replicas of these strategies over the unique market conditions that prevailed between 2021 and 2023 should be expected to generate starkly different FDRs.

**Overnight & Intraday Duration Management in Macro Opps:** Macro Opps' substantial negative convexity required daily management of duration, as we have explained. In very simple terms, negative convexity is akin to an "accelerant" that moves the portfolio's duration in the opposite direction of the market; a highly negatively convex strategy gets longer in duration as rates rise (and prices decline) and shorter in duration as rates decline (and prices go up). To offset the effect of negative convexity, it was necessary to place trades to rebalance Macro Opps' duration in response to both overnight and intraday market moves.

NERA's second model predicts the effect of duration rebalancing trades executed in response to both overnight and intraday market moves. The first part of this model predicts trades done at 5:20 a.m. (PT) to rebalance overnight changes in duration, and the second part of the model predicts trades executed in response to two-to-five bp intraday movements in yield. The model predicts a range of possible results: the overnight aspect of the model forecasts trading that would be necessary to restore duration to its prior end-of-day level as well as trades done to bring Macro Opps' duration to targets below its duration limit to provide flexibility for further trading; and the intraday aspect of the model forecasts the results of trades based on the size of the movement in yields and how quickly the corrective trade is executed. Under all scenarios, running the model over the 2021 to 2023 period, these duration rebalancing trades result in net positive FDRs.

Specifically, the ranges of FDRs produced by the model for Macro Opps (represented by account 3313) between April 2021 and October 2023 are between $59 million and $136 million for overnight rebalancing and on average $13 million for intraday rebalancing, or a total range of $72 million to $149 million—compared to the account's actual FDRs during the period of $122 million. In other words, necessary duration management could reasonably have accounted for substantially all, or even more than all, of the unrealized first-day gains in Macro Opps.

**Buy Low/Sell High in Core:** NERA's third model addresses trading in the Core Strategies based on its buy low/sell high strategy. This model seeks to predict FDRs from Core Plus's non-50/50 trading between 4:00 a.m. and 12:00 p.m. (PT). It assumes that Core Plus purchased five-year futures in response to intraday increases in yields (decreases in prices) in one bp increments ("buy signals") and sold five-year futures in response to intraday decreases in yields (increases in prices), also in one bp increments ("sell signals").

The model generates $80 million in losses between 2021 and October 2023 for Core Plus (represented by account 984), as compared to actual losses during the modeled trading hours of approximately $140 million—which is more than half of the overall first-day unrealized losses in that period. This model is not meant to capture all the dynamics of Mr. Leech's trading in the Core portfolios—in part because Mr. Leech used Treasury derivatives not simply to buy low/sell high, but also to hedge other positions in the portfolio, such as structured products (*e.g.*, RMBS and CMBS). Rather this model is meant to capture what Core Plus's FDRs would be if Core Plus implemented only this variation of the buy low/sell high trading strategy, with the size of the trades being based on the volume actually traded in account 984 on a particular day.

## CONCLUSION

In sum, NERA's three models demonstrate that trading in the very different Core Strategies and Macro Opps in the 2021 to 2023 period should be expected to produce a pattern of FDRs similar in direction and magnitude to the FDRs actually observed in Mr. Leech's trades. At a minimum, NERA's work shows that any model that assumes that trades are equally suitable for, or that FDRs should be substantially the same in, the two strategies is fundamentally flawed. Thus, any conclusion premised upon such a model is wrong.

We would appreciate an opportunity to discuss the analysis set forth above and its implications for your investigation.

\* \* \*

I hereby request on behalf of Mr. Leech that this letter, which contains sensitive and confidential information, be treated as confidential pursuant to the Freedom of Information Act ("FOIA") and all other applicable statutes and regulations. *See* 18 U.S.C. § 1905; 17 C.F.R. § 200.83. I further request that these materials be kept in a non-public file and that they neither be disclosed to others nor made part of any public record. Additionally, I request that these materials be returned when the current investigation is completed.

In the event that you should receive a request, whether from an employee of the Commission, an employee of any other agency of the United States, or any other person to review the above-referenced materials, please notify me at once, prior to any disclosure, so that I may address such potential disclosure and, if necessary, pursue alternative remedies. Because

these materials constitute investigatory records obtained by the Commission in connection with a potential law enforcement proceeding, it is subject to exemption from mandatory disclosure under Exemption 7(A) of FOIA, 5 U.S.C. § 552(b)(7)(A).  In addition, I believe that Exemptions 4, 7(B), and 7(C) of FOIA, 5 U.S.C. §§ 552(b)(4), (b)(7)(B), (b)(7)(C), also are applicable to the documents, together with the protections available under the Privacy Act of 1974, 5 U.S.C. § 522a.  If you are of a different view, please let me know so that we may address the issue further and, if necessary, request a hearing on the subject.

*     *     *

We appreciate your considering the matters set forth above and look forward to continuing our discussions.

Very truly yours,

/s/ Jonathan S. Sack
Jonathan S. Sack

cc:     Andrew Dean (DeanAn@sec.gov)
        Ronnie Lasky (LaskyR@sec.gov)
        Lindsey Keenan (KeenanLi@sec.gov)