UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

              -against-

  S. KENNETH LEECH, II,

                       Defendant.
-------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/10/2026

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 10, 2026, counsel for the Government provided the Court with electronic copies of exhibits submitted in connection with the hearing the Court held pursuant to *Kastigar v. United States*, 406 U.S. 441 (1972). The Court orders that Defendant also provide electronic copies of their exhibits no later than April 13, 2026.

       SO ORDERED.

Dated: April 10, 2026
New York, New York

                               _____
                                  GREGORY H. WOODS
                              United States District Judge