UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :

           -against-                    :

  S. KENNETH LEECH, II,                    :                1:24-cr-658-GHW

                Defendant.    :                ORDER
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2026

GREGORY H. WOODS, United States District Judge:

     The final pretrial conference scheduled for April 20, 2026 is adjourned to April 27, 2026 at 9:30 a.m.  The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

     SO ORDERED.

Dated:  April 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge