UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                 :
                                          :
            -against-                     :
                                          :
  S. KENNETH LEECH, II,                   :                    1:24-cr-658-GHW
                                          :
                        Defendant.        :                    ORDER
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2026

GREGORY H. WOODS, United States District Judge:

On April 22, 2026, the Government filed a letter motion to exclude expert testimony and analyses disclosed on April 15, 2026. Dkt. No. 131. The defense is ordered to file an opposition to this motion no later than April 26, 2026. The Government may file a reply no later than April 29, 2026. The Court expects that it will resolve this application separately from the parties' fully briefed motions to exclude expert testimony.

On April 22, 2026, the Government also filed a letter motion seeking various forms of relief in connection with subpoenas issued by the defense pursuant to Federal Rule of Criminal Procedure 17(c). Dkt. No. 132. Among these is a request that the Court unseal its order authorizing the defense's subpoenas. *Id.* at 1. The Court is inclined to grant this request. Should the defense oppose the unsealing of the Court's order, the defense must file its opposition no later than April 24, 2026. The Court will establish a briefing schedule regarding the Government's request to quash the defendant's Rule 17(c) subpoenas after that threshold issue has been reached.

Any opposition to the Government's application to compel the defendant to disclose any materials produced to him in response to those subpoenas must be filed no later than April 26, 2026; any reply is due no later than April 29, 2026.

SO ORDERED.

Dated: April 23, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge