UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,                     :

                                            :

             -against-                     :

                                              :

 S. KENNETH LEECH, II,                        :                     1:24-cr-658-GHW

                                            :

                 Defendant.        :                     ORDER
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026

GREGORY H. WOODS, United States District Judge:

On April 27, 2026, the Court held a final pretrial conference in this case.  The Court resolved several of the parties' outstanding motions *in limine*.  As stated on the record, the Court granted in part and denied in part the parties' motions *in limine*.

As stated on the record, the Court granted the defendant's motion to conduct voir dire via a written questionnaire.  The Court provided the parties with a draft of the questions to be asked.  The Court set a deadline of May 11, 2026 for the parties to provide objections to those questions and to provide a formatted questionnaire.

The defendant's motion in limine to exclude evidence of alleged compliance violations with respect to his personal trading is granted.  The Court requests that the parties provide the Court a complete copy of the memorandum notifying the defendant of his obligation to "report trades in a timely manner" described on page 5 of Dkt. No. 61-1.  The memorandum should be provided to the Court no later than May 8, 2026.  The Court reserves ruling on that aspect of the defendant's motion pending its review of that memorandum.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 57, 60.

SO ORDERED.

Dated: May 5, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge