UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
  S. KENNETH LEECH, II,                    :
                                           :
                        Defendant.         :
--------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026
```

1:24-cr-658-GHW


ORDER

GREGORY H. WOODS, United States District Judge:

On April 22, 2026, the Government filed a motion seeking various forms of relief in connection with subpoenas issued by the defense pursuant to Federal Rule of Criminal Procedure 17(c). Dkt. No. 132. Among these was a request to unseal the Court's order granting these subpoenas. On April 24, 2026, Defendant stated that they do not object to the Government's request to unseal the Court's order dated January 25, 2026. Dkt. No. 135. Accordingly, the Court orders the defense to provide each subpoena recipient with a copy of the Order no later than May 15, 2026. Should any recipient move to quash, that motion must be made by filing it on the public docket of this case. Any request to seal must be made in accordance with the Court's Individual Rules of Practice in Criminal Cases.

The Government moved to quash the Rule 17(c) subpoenas. Dkt. No. 132. Defendant must file an opposition to that motion no later than May 22, 2026. Any reply, if any, must be filed three business days following service of the opposition.

On May 12, 2026, the Government filed a motion *in limine*.  Dkt. No. 146.  Defendant must file an opposition no later than May 19, 2026.  Any reply, if any, must be filed three business days following service of the opposition.

SO ORDERED.

Dated:  May 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2