UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,    :

    :

    -against-    :

    :

S. KENNETH LEECH, II,    :    1:24-cr-658-GHW

    :

                    Defendant.    :    ORDER

------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2026
```

GREGORY H. WOODS, United States District Judge:

Defendant previously applied for subpoenas pursuant to Federal Rule of Criminal Procedure 17(c). *See* Dkt. No. 132. The Government granted its request and authorized the issuance of subpoenas to certain individuals *in camera* and under seal.

The Court understands that at least some of the justification for the Court's decision to respond to the Rule 17(c) application *in camera* and under seal has since been vitiated. *See* Dkt. No. 132 (Government's application to unseal Court's order granting subpoenas); Dkt. No. 135 (letter from defense agreeing to provide subpoena recipients copies of the Court's order).

Accordingly, the Court orders the defense to file the materials associated with its application for Rule 17(c) subpoenas no later than May 27, 2026. This includes all materials submitted in connection with its application to the Court and the Court's order in response to that application. The Court also orders the parties to meet and confer on any proposed redactions. The Court expects that any request to seal these materials in part or entirely will be made in full compliance with the Court's Individual Rules.

SO ORDERED.

Dated:  May 21, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge