UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,      :

         :

    -against-    :

         :

 S. KENNETH LEECH, II,   :      1:24-cr-658-GHW

         :

      Defendant. :      ORDER

-------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/26/2026 |

GREGORY H. WOODS, United States District Judge:

On May 25, 2026, the Government requested a hearing "to establish the existence of an agency relationship between the defendant and his trading assistants, and that certain communications the Government intends to offer were within the scope of that agency relationship." Dkt. No. 159. Alongside that request, the Government included copies of the exhibits that it argues contain statements made by the alleged agents. *See id.*

The Government's request is granted. The Court will hold a hearing pursuant to Federal Rule of Evidence 104 on June 1, 2026, at 9:30 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Given the volume of exhibits containing statements that the Government seeks to admit, the Court will undertake the following procedure to resolve the Government's request following the hearing. The Court requests that the parties submit to the Court by email (WoodsNYSDChambers@nysd.uscourts.gov) a native Excel spreadsheet containing information regarding the exhibits and the statements therein. That spreadsheet should have the following columns in this order: (1) the identity of the alleged agent making the statement ("Alleged Agent"); (2) the exhibit containing the statement ("Exhibit"); (3) the basis for admitting the statement

("Government's View"); (4) any basis for excluding the Statement ("Defense's View"); and (5) "Court's View" (to be completed by the Court).  Each cell containing the exhibit citation—*i.e.,* the cells in column (2)—must include a "comment" that reproduces the statement in full.  The bases for admitting (excluding) the statement—*i.e.*, the third and fourth columns—must include an analysis of the scope of the alleged agent's agency and how the statement does (does not) fit within that scope. The Government and the defense must cite to the transcript of the hearing as is appropriate.

The Government must send the defense a copy of the spreadsheet with columns (1), (2), and (3) filled out no later than Wednesday, June 3, 2026, at 5:00 p.m. E.T.  The defense must email the Court a version of the spreadsheet with column (4) filled out no later than Friday, June 5, 2026.

SO ORDERED.

Dated:  May 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2