UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,

               -against-

S. KENNETH LEECH, II,

                     Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2026

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 1, 2026, the Court ruled orally on the Government's motion to quash subpoenas issued pursuant Federal Rule of Criminal Procedure 17(c). Dkt. No. 132. The Court also described its reasoning in ruling on a motion *in limine* not addressed during the final pretrial conference held in this case. *See* Dkt. Nos. 140, 145. Finally, the Court ruled on the Government's outstanding motion *in limine*. Dkt. No. 146.

For the reasons stated on the record in the conference held on June 2, 2026, the Government's motion to quash is granted and the Government's outstanding motion *in limine* is granted in part and denied in part.

During the conference, the Court also ordered the parties to provide the Court a copy of the jury questionnaire in Word format via email. The parties are directed to comply with this order no later than June 2, 2026.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 132, 146.

SO ORDERED.

Dated: June 2, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge