UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2026

UNITED STATES OF AMERICA,                    :
                                             :
                 -against-                   :
                                             :
  S. KENNETH LEECH, II,                      :          1:24-cr-658-GHW
                                             :
                        Defendant.           :          ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has emailed the parties a final copy of the questionnaire to be used to screen potential jurors. No later than Monday, June 8, 2026 at 12:00 p.m. E.T., the parties are ordered to print one hundred and fifty (150) single-sided copies of the questionnaire and deliver them to the Jury Department of the Southern District of New York at the following address:

United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 124
New York, NY 10007
**Attn**: Amanda Gonzalez, Jury Specialist

The Court has considered the defense's request to add the highlighted language. That request is granted in part. The first proposed highlighted portion has been included in the final questionnaire. The second proposed highlighted portion has been omitted. The Clerk of Court is directed to terminate the motion at Dkt. No. 171.

SO ORDERED.

Dated: June 4, 2026

_____
GREGORY H. WOODS
United States District Judge