

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 8, 2026

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:     United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)

Dear Judge Woods:

The Government writes respectfully to confirm that the Government printed one hundred and fifty single-sided copies of the questionnaire to be used to screen potential jurors. These questionnaires were delivered to the Jury Clerk on June 8, 2026. Due to a miscommunication, the questionnaires were not delivered until 5:00 p.m. The Government apologizes for the delay.

Respectfully submitted,

SEAN BUCKLEY
Attorney for the Government

by: ___/s/_____
Thomas Burnett/Peter Davis
Assistant United States Attorneys

Lindsey Keenan
Special Assistant United States Attorney
(212) 637-2468/1064/6523

cc: Counsel (by ECF)