UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,    :
:
-against-    :
:
S. KENNETH LEECH, II,    :    1:24-cr-658-GHW
:
Defendant.    :    ORDER
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2026
```

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for September 21, 2026 at 12:00 p.m. is rescheduled. The hearing will take place on October 30, 2026 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than September 8, 2026; the Government's sentencing submissions are due no later than September 22, 2026. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: June 18, 2026

_____
GREGORY H. WOODS
United States District Judge