## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

_____

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

August 14, 2026

COUNSEL
PIPPA HYDE***
KEFIRA WILDERMAN

_____

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

_____

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    ***United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

We represent S. Kenneth Leech, the defendant in the above-captioned case. With the government's consent, we respectfully write to request a modification of Your Honor's June 18, 2026 scheduling order (ECF No. 181).

Pursuant to that order, defendant's sentencing submissions are due no later than September 8, 2026, the government's sentencing submissions are due no later than September 22, 2026, and the sentencing hearing is scheduled to take place on October 30, 2026 at 12:00 p.m. The parties received the initial disclosure of the Presentence Report ("PSR") last Thursday, and our objections are due on August 20, 2026, with the final report scheduled to be disclosed on Thursday, September 3, 2026.

Under the current schedule, the defendant's sentencing submissions are due two business days after disclosure of the final PSR, on the Tuesday after Labor Day. Given the need to adjust our sentencing memorandum to address matters in the final PSR, we respectfully request leave to file our sentencing submissions two weeks after the final PSR is disclosed to the parties with the government's sentencing submissions due two weeks later. Assuming the final PSR is disclosed on September 3, defendant's submissions will be due on September 17, and the government's submissions will be due on October 1.

We have conferred with counsel for the government who have informed us that they consent to the requested adjournment.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. Gregory H. Woods
August 14, 2026
Page 2 of 2

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

/s/ *Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin
565 Fifth Avenue
New York, NY 10017
(212) 880-9410
jsack@maglaw.com

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP

/s/ *Joon H. Kim*
Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

cc:    AUSA Peter J. Davis (via ECF)
       AUSA Thomas S. Burnett (via ECF)
       U.S.P.O. Megan Henriquez (via email)