Claro Que Sí

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

Your Honor

My name is Carl Eichstaedt
I have known Ken Leech since the day I started at Western Asset in July 1994.

I actually sat directly next to him for at least 15 years. I have during that time never seen him act in anything but a fair, honest, and gentlemanly way. I have personally seen nothing but him conduct himself in a extremely charitable manner. He and his reputation have suffered enough. I do not feel any further punishment is necessary or proper.

RECEIVED
AUG 11 2026
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

Sincerely,

[signature]

Carl Eichstaedt
carl.eichstaedt@gmail.com



Claro Que Sí

RECEIVED

AUG 1 1 2026

GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

GRAND JUNCTION 815
15 JUL 2026 PM 1 L




Honorable Gregory H. Woods
United States District Judge
Southern District NY
Daniel Moynihan US Courthouse
NY NY 10007-1312

USMAILD
SDNY

7[redacted]0933247

[redacted]