USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

RECEIVED
AUG 11 2026
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

August 4, 2026

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. S. Kenneth Leech, II*
Case No. 24-cr-658

Dear Judge Woods:

I am writing in support of Stephen Kenneth Leech, II, whom I have always known as Ken. I hope to share a personal perspective about the kind of man Ken has been to my brother and our family.

I understand that Ken is before the Court because of serious mistakes and that he has accepted responsibility for his actions. I am not writing to excuse what happened. I am writing because the Ken I have known for many years is a good, kind, and humble man whose influence on my brother's life was profound.

My late brother worked alongside Ken for many years. Their relationship grew far beyond that of employer and employee. Ken became his mentor, trusted advisor, dear friend, and, in many ways, a brother to him. My brother often spoke about how much he respected Ken, not only because of his intelligence and professional success, but because of the way he treated people.

Ken believed in my brother, encouraged him, and helped guide him toward a successful career. He gave my brother confidence in his abilities and opportunities that changed the direction of his life. Our family will always be grateful to Ken for the role he played in helping my brother become the man he was.

Ken has always struck me as a man of intelligence, humility, kindness, and quiet strength. He did not need attention or recognition. He simply helped people. He shared what he knew, encouraged others to succeed, and treated people with dignity and respect.

The clearest example of Ken's character came after he had retired.

When my brother unexpectedly passed away, our family was devastated. There was only one person I believed could give his eulogy and truly do justice to his life, and that person was Ken. Ken understood my brother's professional journey, his accomplishments, and the man he had become.

When I asked Ken to give the eulogy, he agreed without hesitation.

His words that day were heartfelt, genuine, and filled with love. He honored my brother in a way no one else could have. He gave our family comfort during one of the most difficult moments of our lives, and I will never forget what he did for us. He had no obligation to take on that responsibility. He did it because he loved my brother and because that is the kind of man he is.

Ken is also a devoted family man. The love he has for his family has always been clear. He is a man who cares deeply about the people in his life and who has quietly made a positive difference in the lives of others without expecting praise or recognition.

I know that Ken must answer for the mistakes he has made. I also know that those mistakes are not the whole of who he is. In my personal experience, Ken is a good man who found himself in a very bad situation. He has spent many years mentoring others, helping people succeed, and showing kindness when it mattered most.

Because of Ken, my brother found a career he loved and confidence in himself. Because of Ken, our family received an unforgettable act of compassion when we were grieving. That is the Ken I know and the man I will always remember.

I respectfully ask that you consider the person Ken has been throughout his life, the good he has done for others, and the positive influence he has had on my brother and our family.

Thank you for taking the time to read my letter and consider my personal experience with Ken.

Respectfully submitted,

Holly Schulte
29601 Jefferson
St. Clair Shores, MI 48082
(313) 460-2934
fierce60@yahoo.com

Best-Paralegal
Post Office Box 751072
Forest Hills, NY 11375

USM 5W
SDNY

RECEIVED
AUG 04 2026
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

RECD SDNY CLERK'S OFF.
2026 AUG 4 AM 2:11

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York. New York 10007