MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

We write to request an adjournment of the date for the defense to submit comments and objections to the draft Presentence Report ("PSR"), which are currently due today, to Friday, August 28. We have conferred with counsel for the government and Probation Officer Megan Henriquez, and they consent to this request.

The present schedule contemplates completion of a final PSR on or before September 3. We have confirmed with Ms. Henriquez that if our comments and objections are adjourned, as requested, the final PSR can be completed on or before September 10. Pursuant to the Court's Order dated August 17, 2026 (ECF No. 187), the defense's sentencing submissions are now due on or before September 17, 2026. We do not anticipate needing a further adjournment of that deadline.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By: /s/ *Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin
565 Fifth Avenue
New York, NY 10017
(212) 880-9410
jsack@maglaw.com

CLEARY GOTTLIEB
STEEN & HAMILTON LLP

/s/ *Joon H. Kim*
Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

Attachments

Cc: AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)
U.S. Probation Officer Megan Henriquez (via email)

Application granted. The deadline for the defendant to submit comments and objections to the draft PSR is extended to August 28, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 188.
SO ORDERED.

Dated: August 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge