# Exhibits for SENTENCING SUBMISSION by S. Kenneth Leech, II (ECF No. 193)