# Volume II

***United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**
**Volume II – Exhibits Not Cited in the Sentencing Memorandum on Behalf of S. Kenneth Leech II**

| Exhibit No. | Document |
|---|---|
| **Family, Friends, & Community Members** | |
| 105. | Arata, Thais |
| 106. | Bahoritsch, Linda |
| 107. | Barrett, Miranda J. |
| 108. | Berg, Rick |
| 109. | Bernava, Daniel |
| 110. | Blum, Aurora |
| 111. | Boutilier, James |
| 112. | Boutilier, Patti |
| 113. | Bowman, Karl |
| 114. | Brockwell, Naomi |
| 115. | Bryant, Timothy Lee |
| 116. | Bullock, Scott |
| 117. | Case, George V. |
| 118. | Cook, Kate and Tom |
| 119. | Desodt, Clément |
| 120. | Doshna, Barbara |
| 121. | Dovetta, Benjamin |
| 122. | Dovetta, Lise and Gilles |
| 123. | Dovetta, Marion |
| 124. | Duvall, Sandra |
| 125. | Feis, Steven |
| 126. | Gamick, Anastasia |
| 127. | Geragos, Michael G. |

| Exhibit No. | Document |
|---|---|
| 128. | Griffin, Rick W. |
| 129. | Harker, James G. |
| 130. | Harlow, Peggy |
| 131. | Higginbottom, Brandi |
| 132. | Kildow, Cassandra |
| 133. | Kinder, Kimberly |
| 134. | Knezevich, Karen |
| 135. | McKelvey, Holly |
| 136. | Mims, Carmel |
| 137. | Moar, Harrison E. |
| 138. | Moriconi, Clara |
| 139. | Morris, Dylan H. |
| 140. | Mudera, Aparajita |
| 141. | Mukharji, Auyon |
| 142. | Murphy, Kevin C. |
| 143. | Murray, Kevin |
| 144. | O’Brien, Ken |
| 145. | Palmer, Dr. Tom G. |
| 146. | Powell, Julie A. |
| 147. | Powers, Sandra |
| 148. | Rupinen, Arthur S. |
| 149. | Salembier, C. Hunt |
| 150. | Serr, Madison |
| 151. | Serrano, Octavio |
| 152. | Southwell, Alison Peabody |
| 153. | Stueck, JJ |
| 154. | Stueck, Paul Charles |
| 155. | Swaidan, Karl I. |

| Exhibit No. | Document |
|---|---|
| 156. | Temple, David |
| 157. | Temple Esq., Marisa V. |
| 158. | Tomlinson, Anne |
| 159. | Tucci, Tyler |
| 160. | Wedell, Gerald D. |
| 161. | Wedell, Ramona D. |
| 162. | Yamamoto, Zena M. |
| **Western Asset Management & Industry Colleagues** | |
| 163. | Amici, Veronica |
| 164. | Ayala-Huerta, Irma |
| 165. | Boyle, Joseph M. |
| 166. | Brist, Ryan K. |
| 167. | Budinger, Vernon Hamilton |
| 168. | Carvalho, Ronaldo |
| 169. | Chen-Young, Gerald Alain P. |
| 170. | Conder, Gail S. |
| 171. | Davis, Sara E. |
| 172. | DeAngelis, Jefferson |
| 173. | Devries, Donna |
| 174. | Diamond, Harold L. |
| 175. | Eichstaedt, Carl |
| 176. | Gardner, Keith |
| 177. | Goodman V, William E. |
| 178. | Hamrock, Henry P. |
| 179. | Hyland, Michael S. |
| 180. | James, Gavin L. |
| 181. | Kilcullen, Walter E. |

| Exhibit No. | Document |
|---|---|
| 182. | Lesin, Alejandro |
| 183. | Livingston, George |
| 184. | MacDonald, Audrey |
| 185. | Mass, Ronald |
| 186. | McClymonds, Alan R. |
| 187. | Nelson, James V. |
| 188. | Park, Jaehoon |
| 189. | Pedersen, Brian |
| 190. | Power, Jeffery L. |
| 191. | Ross, Robin S. |
| 192. | Ruys de Perez, Charles A. |
| 193. | Salmon, Nichole |
| 194. | Sanchez, Gloria M. |
| 195. | Smith, Davis |
| 196. | Van Raaphorst, Mike |
| 197. | Vaughn, Ryan |
| 198. | Zelouf, Michael B. |

# Family, Friends,
# & Community Members

# Exhibit 105

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Thais Arata. I am 37 years old and live in Los Angeles, working remotely as an Operations Analyst for Apple Inc. I have known Ken Leech since I was 11 years old when I became good friends with his daughter, Catherine, at Pasadena Waldorf School. I arrived at the school in 6th grade when most of the students had already known each other since kindergarten, so it was extremely difficult to make friends, but Catherine was the first and only person who reached out to me with kindness, compassion, and laughter. We have been close friends ever since.

Throughout my time with Catherine, I would often go to her house, and her parents always welcomed me with open arms. I was quite a silly child and would often get Catherine into trouble with my strange ideas, for example, seeing if their new Labrador puppy, Daisy, could swim by putting her in the fountain and watching her flail about a bit before ultimately coming to her rescue. Throughout all these antics, her father never once became cross or mean. In fact, he was more prone to laughing at our silliness and encouraging our child-like ways as long as it was harmless fun. His kindness and attentiveness have remained constant throughout all the years I have known him. He has always made me feel welcome and respected.

Ken has always been a very present and devoted father in Catherine's life. Catherine and I performed together for years in the Los Angeles Children's Chorus, and Ken never missed a single performance. He also attended every school event, despite it being inconvenient at times, ensuring Catherine knew that he was supporting her life endeavors. I remember an especially hot day when our middle school band marched in the Altadena parade. Ken stood watching in the heat and picked Catherine right up on time, rescuing her from the baking sun. His steady, reliable presence at these events meant the world to Catherine and left a lasting impression on me as well.

As the years have passed, he always has a genuine smile on his face when he sees me and shows interest in my life. More recently, I was able to introduce him to my life partner, Kevin, who is generally shy in large social gatherings, and Ken put Kevin at ease by only focusing on him and talking about sports. It's this same intent, as if you're the only and most important person in the room, that I see in Catherine every time I have a conversation with her, and I know it comes from having those values instilled in the home from a young age. His parenting gave her the freedom to be authentic, and that example has left a deep impression on me.

I realize that Ken has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission and fully respect the seriousness of the legal process. I recognize that this letter is just one small piece of the information Your Honor must weigh, but I wanted the Court to know the Ken I have witnessed over the course of my two-and-a-half decades of friendship with his daughter, Catherine: a devoted parent and someone whose love for his family has never wavered. I have no doubt that he understands the seriousness of this situation and is committed to moving forward as a better person. I respectfully ask that Your Honor consider this when determining an appropriate sentence, and I thank you sincerely for your time and consideration.

Respectfully,



Thais Arata
Apple Inc.
Los Angeles, CA

# Exhibit 106

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007-1312

Dear Judge Woods:

My name is Linda Bahoritsch. I am writing this letter on behalf of Ken Leech regarding his guilty plea sentence.

My knowledge of Ken preceded the first in-person meeting by a couple of years through Rollin Bush. I first heard of Ken as Rollin's roommate at the University of Pennsylvania. I cannot pinpoint the exact date when I met Ken, it probably was at Montana Eve a now defunct restaurant in the West Village of New York City. This was where I first met Rollin, my life partner. I worked as a waitress and Rollin was one of the owners. Ken use to drop by the restaurant after work with financial colleagues and friends.

I worked as a waitress for many years between jobs at various graphic artist positions. These jobs were not rewarding so I decided to return to college at 38 years of age. I received a BA in Geography/Geology and then a Masters Degree in Secondary Education in Earth Science.

I then went on to teach at A. Philip Randolph High School in Harlem. I loved my job and "my kids", but after 15 years of serving the relentless demands of the NYC Department of Education, I began to have health issues. I would have had to work another five years to receive benefits which would have made me feel comfortable enough to retire but by Ken's generosity to Rollin, as trustee to their children's estate, I was able to retire and preserve my well being at 65 years of age. I am forever grateful.

During the forty plus years I have known Ken and Eileen I have been present at their engagement party, wedding, daughter's wedding and many other social events meeting family, long time friends and acquaintances. Conversations applauded their acts of kindness, generosity, and charitable donations, one of which was sponsoring me year after year when I walked for AIDS.

As well as knowing Ken as a devoted husband and father to Catherine and Steven and grandfather to GD and OD, never have I heard a disparaging whisper against this humble, soft spoken man. I have only heard of his love and generous support of everyone that enters his orbit.

I ask for you to consider leniency when sentencing Ken Leech.

Respectfully,

Linda Bahoritsch

Linda Bahoritsch

[redacted]

[redacted]

New York, New York [redacted]

[redacted]

# Exhibit 107

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

July 15th 2026.

Dear Judge Woods,

I would like to begin with my gratitude and acknowledgment for you dedicating your precious time and attention to reading this letter in regards to my dearest friend Kenneth Leech.

The purpose of me writing this, is with the knowledge that Ken has pleaded guilty to an offense. Yet with the hope this letter will provide you with some insight into the type of man I know Ken to be over the last thirty years.

I have experienced Ken to be a devoted family man and deeply committed to his extended community and to charitable organizations. I have also witnessed the extraordinary impact he has on so many people's lives. Therefore I am hoping beyond hope that you will consider my knowledge of him when you make your decision with regards to his sentencing.

My name is Miranda, I am English and in my late 50s and am a devoted grandmother of two and they are my greatest joy. I am an author and counselor and lead retreats for my work and until recently, I had resided in Altadena, California for the last 30 years of my life. Unfortunately, with the Eaton fires three generations of my family lost our homes. We are still in the Los Angeles area, but heartbroken to lose our community in Altadena.

I have known the Leech family since our children were young and grew up together. When I first moved here from England, they became a part of my community and non blood family that I still cherish to this day. And now all those children are in their early thirties with children of their own who now play together.

Kennith Leech is a man who has been a constant support and clear headed source of help to me over all these years and has given me guidance and care in more ways than I can even put pen to paper. Yet I will attempt to do so here. He is a person I know to be of deep integrity and honor and has touched many lives.

I am someone who lives by my own code of ethics, hence I rely heavily on knowing the values of the inner circle of people in my life. Ken and his wife Eileen are certainly in that category. The values that I

know Ken to have are ones of generosity, authenticity, aligned with a deep sense of his own honor and keeping his word. I have also witnessed his cherished and resourceful desire to protect and provide for those he cares about with a quiet and solid steadfastness that follows through against all odds.

His depth of character, along with his beloved wife Eileen has always made me feel cared for in a way that I have not always experiencing in other areas of my life.

Interestingly Ken is often one of the quietest people in the room during social gatherings. Never one to boast or reveal that he is probably one of the most intelligent people in the room! His quiet presence is invaluable and then when an interaction arises his direct attention, listening and care is unprecedented. I am always impressed and amazed at his wonderful public speaking when called upon at events and his great sense of humor.

Throughout his career in the financial markets, I have been in awe at Ken's determination, capacity and resilience to ride the financial waves, particularly during low economic times. How he never wavers from committing to his work. Tireless hours, sleepless nights, authentic concern. Always with the intention to help those he is deems his responsibility with their financial stability, safety and needs. And even today, through his own exhaustion and health concerns, he still pursues his own values in this unprecedented situation he finds himself in.

The following are some specific examples of ways Ken selflessly helps others and how he is a force of good throughout his community and how this ripples out into the world.

He has helped and supported countless family members throughout his life, but specifically there was an elderly family member who was in need of full-time care and visitors and Ken took charge of this and financially supported all that she needed. She was then able to live out her last years in comfort and safety as she did not have any immediate family to assist her. This was done quietly and sincerely and without hesitation by Ken and his wife Eileen.

Another example that comes to mind because our children attended the same school was the way Ken made anonymous donations to the school so that children who did not have the means could go on trips and outings and have rides to events. Also giving generously and frequently the funds needed to support teachers and the school itself. It was a school that demanded a lot of parent involvement and I know how much Ken and Eileen gave of their time and attention because I was often standing along side them. Yet also knowing that behind the scenes, there were countless donations and financial gifts offered to keep the school working at its highest possible level of care and education for both the teachers, faculty and students.

I am certain there are hundreds of other examples that I am not aware of, yet these are a sprinkling of the ones I noticed throughout the years.

And on a personal level, as I mentioned, my home and workspace were burned in the Eaton fires in California a little over a year ago. And the care and love and financial aid given by this family deeply helped my family in that time of need, especially my elderly mother.

I am not intimately familiar with the ins and outs of the foundation that the Leech family started, yet I do know that I was not at all surprised when Eileen, his wife who is to this day one of my closest friends, mentioned that they were going to begin a foundation. This is the quality and backbone of this family. To live in the gratitude and grace of their good fortune and blessings and from that place to give generously to others who are in need.

Last year I became an American citizen. Which has instilled in me a hope for this country I now call home and in the judicial system of which you are an integral part. Therefore I humbly ask if you could take this letter into consideration when imposing the sentence and I am asking for your leniency and mercy for this good man who I have born witness to all these years.

So he can be free to keep living his life of caring for his family, his friends, his community, his country with the deep generosity and wisdom and guidance that so many turn to him for.

And I do feel it it needs to be said that with my own personal knowledge and experience of Ken's character, the act that he has pleaded guilty to is inconsistent with who I know him to be.

I appreciate your concern and care with this and for taking the time to have mercy on Ken whose life has such a profound beneficial impact on so many. As my heart is breaking for all that he and his dear family are going through during this harrowing time.

With deepest respect,

Miranda J Barrett



[redacted]

[redacted]

# Exhibit 108

July 13, 2026

Rick Berg
Code Entertainment
280 S Beverly Dr, Ste 513
Beverly Hills, CA 90212

The Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Woods:

I am writing this letter on behalf of my friend Ken Leech. I'm 66 years old and have known Ken for more than 30 years. I'm a longtime California resident and have been working here as an agent and manager-producer representing screenwriters for film and television. I understand that Ken has pleaded guilty to a federal offense and is awaiting sentencing.

I have only known Ken as a social friend and have never had any business dealings with him. However, as a friend, Ken has been nothing but kind and generous. He regularly asks about my family and is especially proud of his own. I have had the pleasure of getting to know his daughter Catherine, who is wonderfully bright and thoughtful. She interned in our office one summer and was unusually dedicated about her work as she read and synopsized screenplays. She shares her father's self-effacing humor and work ethic.

What stands out most about Ken is his decency and humility. In spite of his professional success, he's clearly focused on his close family. I genuinely admire how they all interact with such ease and affection. I appreciate your keeping in mind my comments as part of your sentencing decision and thanks for your consideration.

Respectfully,

Rick Berg
[redacted]

# Exhibit 109

L'Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Monsieur le Juge,

Je m'appelle Daniel Bernava, résidant en France, et je me permets de vous écrire au sujet de Monsieur Ken Leech dont j'ai eu le plaisir de faire la connaissance au travers de sa fille, mariée à mon meilleur ami Nicolas Dovetta.

Je suis conscient qu'il a reconnu sa culpabilité dans la procédure actuellement en cours. Je ne souhaite pas m'exprimer sur les faits de cette affaire, mais simplement partager avec vous l'image de l'homme que j'ai eu la chance de connaître.

J'ai eu l'occasion de côtoyer Ken à plusieurs reprises, notamment lors du mariage de mon ami et de sa fille. J'ai également eu la chance d'être accueilli chez lui en Californie pendant les fêtes de fin d'année. À cette occasion, il m'a logé et invité à découvrir deux événements emblématiques de la culture américaine : la Parade des Roses de Pasadena et le Rose Bowl.

Même si notre relation n'est pas aussi ancienne ou aussi proche que celle de certains membres de sa famille ou de ses amis, chacune de nos rencontres m'a laissé la même impression.

Ken a toujours été un hôte d'une grande gentillesse et d'une remarquable générosité. Il m'a accueilli avec une chaleur et une simplicité qui m'ont immédiatement mis à l'aise. J'ai toujours eu le sentiment qu'il prenait un réel plaisir à faire découvrir son pays et à partager ces moments avec les personnes qui l'entouraient.

Au-delà de son hospitalité, ce qui m'a le plus marqué est l'amour profond qu'il porte à ses enfants. À chacune de nos rencontres, j'ai été touché par l'attention, la bienveillance et la fierté qu'il leur témoignait. J'ai également toujours été impressionné par son tempérament calme et posé. Ken est une personne qui inspire naturellement la confiance. Il écoute avec attention, ne cherche jamais à se mettre en avant et traite chacun avec respect.

Au regard de l'homme que j'ai eu l'occasion de connaître, les faits pour lesquels il a plaidé coupable me paraissent en contradiction avec le caractère qu'il m'a toujours montré. Sans minimiser la gravité de la situation, je pense qu'il est important que vous puissiez également connaître ces qualités humaines qui le définissent.

Je vous remercie sincèrement du temps que vous consacrerez à la lecture de cette lettre. Je vous serais reconnaissant de bien vouloir prendre en considération ce témoignage au moment de déterminer la peine de Monsieur Leech, et de faire preuve de clémence.

Je vous prie d'agréer, Monsieur le Juge, l'expression de ma haute considération.

Daniel Bernava

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Daniel Bernava, residing in France, and I am taking the liberty of writing to you regarding Mr. Ken Leech, whom I had the pleasure of meeting through his daughter, who is married to my best friend, Nicolas Dovetta.

I am aware that he has pleaded guilty in the current proceedings. I do not wish to comment on the facts of this case, but simply to share with you my impression of the man I was fortunate enough to know.

I had the opportunity to spend time with Ken on several occasions, notably at my friend's wedding and his daughter's wedding. I also had the good fortune to be welcomed into his home in California during the holiday season. On that occasion, he hosted me and invited me to experience two iconic events in American culture: the Pasadena Rose Parade and the Rose Bowl.

Even though our relationship is not as long-standing or as close as the one he has with some of his family members or friends, each of our meetings has left me with the same impression.

Ken has always been a host of great kindness and remarkable generosity. He welcomed me with such warmth and sincerity that I immediately felt at ease. I've always felt that he truly enjoyed showing people around his country and sharing those moments with those around him.

Beyond his hospitality, what struck me most was the deep love he has for his children. Every time we met, I was touched by the care, kindness, and respect he showed them. I have also always been impressed by his calm and composed temperament. Ken is someone who naturally inspires trust. He listens carefully, never tries to draw attention to himself, and treats everyone with respect.

Based on my experience with this man, the charges to which he pleaded guilty seem to me to be at odds with the character he has always shown me. Without minimizing the seriousness of the situation, I believe it is important that you also be aware of these human qualities that define him.

I sincerely thank you for taking the time to read this letter. I would be grateful if you would take this testimony into consideration when determining Mr. Leech's sentence, and show leniency.

Please accept, Your Honor, the assurance of my highest regard.

Daniel Bernava

I, Michele Luford, hereby certify that I am competent to translate from French to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following documents from French to English:

“letter KEn”

**Michele Antoinette Luford**

______________________

Printed Name



______________

Signature

# Exhibit 110

July 20, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Aurora Blum. I work in cyber threat intelligence at Google, and have had the privilege of being a close friend of Catherine, Ken Leech's daughter, since we met as college freshmen in 2007. I first met Ken the following summer, and have come to know him over the years as a devoted father and a genuinely humble and generous man. I am writing to share my experiences with him that illustrate these qualities, and to ask that you take them into account when determining his sentence.

I first met Ken the summer after my freshman year of college. When visiting their home, circumstances led me to need to remain there overnight, and he welcomed me with genuine warmth and open hospitality. Ken always created an environment where I knew I was welcome, whatever was going on in my life. I would come to the Leech house, especially during the tumultuous years during college and after college while my own family was going through the turmoil of a divorce, and Ken would greet me and create a quiet space for me to talk through what was going on in my life. He was always sincerely pleased to see me and took a genuine interest in me as a person. Being in their home was a sanctuary and remains a place of joy where friends can gather and connect.

That same generous and gracious spirit has characterized every interaction I have had with him over the years. One particularly telling example occurred when my husband and I were visiting family about an hour away. When Catherine learned we were in town, she invited us on the spur of the moment to her 33rd birthday celebration at her parents' house. Ken went out of his way to make my husband, Kilian, a newcomer to the group and to California, comfortable in the large social gathering. I remember them standing over the grill chatting, as Ken created a space for Kilian to be introduced to the group, and become a part of it. Ken's focused attention on ensuring everyone felt welcomed and included, both at this event and many others, underscores how deeply he values his family's most important moments. As often happens when spending time with the Leech family, we had such a good time that we stayed much later than planned. Without hesitation, Ken invited us to spend the night. Because we were close with his daughter, he and Eileen treated us like family.

Ken's generous spirit looks out for people in small but important ways. One memory that remains especially vivid is the French celebration of Catherine and Nico's wedding in Nico's hometown in the Alps. Ken appeared quietly content simply to be present, taking evident joy in watching the occasion unfold. Yet, he also was looking out for everyone around him. Ken had worried that guests would be hungry in the long gap between the ceremony and the French dinner time, and bought sandwiches and quietly made sure they were handed out on the bus ride back from the town to the hotel. What looked like a small gesture made a huge difference to me. It was many hours from that bus ride until dinner would be served, and as someone with [redacted], it was the difference between enjoying an openair concert, laughter, and a unique milestone with my best friend, and the discomfort of having to leave the festivities to find something to eat and to rest. It was a small but revealing gesture that showed how naturally generosity and hospitality extend from Ken to the people his family cares about.

For my entire friendship with Catherine, I have known Ken as a kind and generous man, devoted to his family. While I know that Ken has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission, this is the antithesis of the character of the person I have come to know and respect through my long friendship with his daughter.

I respectfully request that Your Honor consider this letter when weighing the sentencing decision. Reflecting on the genuine kindness and generosity Ken has consistently shown to his family and to those of us privileged enough to know him and his family, I urge you to extend leniency and mercy.

Thank you for your time and consideration.

Very respectfully,



Aurora Blum

[redacted]
New York, NY [redacted]

# Exhibit 111

August 21, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Jim Boutilier and I have been a close friend of Ken Leech and his wife Eileen since the early 1980s. I met Ken when he came to New York through our mutual friend and Ken's college roommate, Rollin Bush, who was a co-owner of a restaurant in Greenwich Village. This was essentially the gathering spot for our entire social group, and it is where I met Ken's then-girlfriend and now wife Eileen. We were young and full of vinegar, shared our mutual love of sports and just generally ran around the city together.

My background may be different than most. I got my master's degree in theology from Westminster Theological Seminary but then decided to move to New York and try my hand as a playwright. Later in the '80s I moved to Los Angeles as a screenwriter. It was here that I caught up with Eileen and Ken in 1990. They had two very young children, Catherine and Stephen, and knew virtually no one outside of Ken's work. We reconnected and I was often invited over for Friday night barbecues. A few years later, my financial situation had deteriorated to a level where I could no longer support myself with my writing. In an act of compassion and generosity Ken and Eileen took me into their home where I stayed for two years. They had rented a three bedroom as Ken was starting his new job. Two children, a brand-new company three thousand miles from the East Coast and yet they added an old friend down on his luck.

I tried to make myself useful in any way I could. I got to know the children as Uncle Jim and became an integral part of their family group. But the lack of self-esteem when you are financially struggling is severe. Again, fortunately for me, Ken introduced me to a job opportunity at Western Asset. The company had started to grow rapidly, and there was an opening in their RFP (request for proposal) department where I could utilize my writing skills. I can honestly say this turned my entire life around. I had a new career. I was financially self-sufficient. I would shortly meet my now wife of 30 years, Patti.

I can also attest that Ken and Eileen are people of deep faith. I was present when they chose the local Presbyterian church, watched as Ken involved himself in his church community, which included teaching Sunday school when his children were young. To say that the charges he has

pled guilty to are inconsistent with the man I have known for over 40 years is not just an understatement, but when I heard them, I thought it was crazy.

Ken and Eileen stood by me yet again after the financial crisis. My wife had a very significant career with Pimco, Western's biggest competitor. Her parents' health had started to decline, and she was able to relocate to northern Michigan and work remotely. This was important because my own health issues had led me leave work. But when the financial crisis hit, she lost her job. Her parents still needed her help, so we stayed. And then we lost our home in foreclosure. Ken bailed us out. He purchased the house out of the foreclosure program and has let us live there for a nominal rent. This has served as a lifeline for all these years. Patti found another job and has continued to be able to care for me and her entire family, even as her parents' conditions have worsened.

I have known Ken well. He is devoted to his family. He is hard working. And I have known him to be as honest as the day is long. I hope you take my comments into consideration and ask that you please show mercy in your sentencing.

Respectfully,

James S. Boutilier

James Boutilier

# Exhibit 112

August 21, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Patti Boutilier. I live in Upper Michigan with my husband, Jim, who has been a close friend of Ken's since the 1980s. I spent the majority of my career as a Vice President at PIMCO, one of Western's competitors.

I understand that Ken has pleaded guilty to obstructing an SEC investigation. I am writing to provide you with information about who Ken is as a person that I sincerely hope you will consider in making a decision with regards to sentencing.

I first met Ken through my husband Jim in 1994. My first memory of Ken is actually from Jim and my (very memorable) first date after meeting in San Francisco. Ken and his wife came to support Jim when he ran the L.A. Marathon and positioned themselves at varied spots to hand him water. This day set the tone for a special friendship that developed between the four of us in Pasadena.

I remember ventures to Ken and Eileen's place on Camillo St., and how both their children Catherine and Stephen greeted me with such cheerful aplomb. They quickly switched to the "Leech mode" of how to treat people. They treated me like I had known them forever. Like their parents, they welcomed me into their home and treated me like family even though mine was back in the Midwest. I was instantly on the floor with Thomas the Tank Engine toys and other various and sundry objects that had been encompassing their time. It was very clear how deeply honest and truly earnest their intentions were, and that they had learned this way of treating others through Ken and Eileen. While living

in Pasadena, Ken and Eileen always included Jim and me in a broad swath of family events. We were treated like family in so many ways.

When Jim and I got married, Ken's generosity was truly extraordinary. He and his wife organized and paid for a beautiful rehearsal dinner with over 100 of our friends and family. It's hard to find words to adequately describe and define the emotions we felt at that event. My family had never been far from Gladwin, Michigan. I was incredibly touched by the way Ken went out of his way to make them feel comfortable. My family commented to me afterwards (and even still to this day) on how kind Ken had been to them and how down to earth he was.

Ken's support extends from one of our happiest moments as a couple to one of the most difficult. In 2003, Jim and I relocated to northern Michigan to be closer to my family. Soon after, the financial crisis hit and I unfortunately was let go from PIMCO/State Street Corp. We went about a year before declaring bankruptcy and the government foreclosed on our home. When I told Ken the news, he interrupted me over the phone: "I'll buy it." Ken bought the house at the auction for resale and allowed us to rent it below market while we got back on our feet. And it's important to note that such an act of generosity had very long arms. Ken knew purchasing the home would allow us to stay nearby my parents who were enduring medical conditions as well as two of my nephews who had been struggling. Again, it truly is amazing how deep and wide an act of generosity can ripple.

When I first heard of the charges, I couldn't believe it. This is entirely inconsistent with the Ken I know. I respectfully implore you consider these extraordinary acts of generosity and exercise leniency in sentencing my dear friend Ken.

Sincerely,

Patti Bout

Patti Boutilier

# Exhibit 113

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Karl Bowman, and I am a retired Commercial Banker residing in Pasadena, California. I have known Ken for over 30 years, having first met when he moved into the neighborhood and joined Trinity Presbyterian Church. I am writing this letter to attest to Ken's character, as I know him to be friendly, responsible, dedicated to family, polite, and respectful of faith.

I am aware of the charge that Ken has pleaded guilty to. While I understand the severity of this situation and respect the judicial process, I want to share my individual experiences with Ken to provide a broader insight into who he is.

During the time I have know Ken, he has been instrumental in the success of the music program at Trinity Presbyterian Church. The music program is an integral part of the worship services. Ken continues to provide the resources necessary to support the music program.

The Eaton Fire was highly destructive fire and burned 9,000 nearby homes and businesses in Altadena and Pasadena on January 7,2025. Ken made significant contributions to community organizations helping those who lost homes and businesses. His contributions will help the homeowners and community recover from the fire.

I respectfully ask that you consider this letter and Ken's history of positive contributions to our community when determining your decision.

Thank you for your time, attention, and service.

Respectfully,

Karl Bowman

Karl Bowman
[redacted]
Pasadena, CA [redacted]
[redacted]

# Exhibit 114

July 20, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Naomi Brockwell. I am the President and Founder of the Ludlow Institute, a research and media institute dedicated to advancing freedom through technology. I am also a longtime friend of Catherine, Ken Leech's daughter.

Catherine and I have been friends since 2013, and through her I have come to know Ken as a good, kind, and generous man, a devoted father, and a man of humility and integrity. I am writing you today to convey these aspects of Ken's good character, in hopes that you will take this information into account when determining his sentence.

When I first met Ken in person in 2017, he immediately resembled the person Catherine had so lovingly described for years. What struck me was how warm, humble, and genuinely interested he was in the people in his daughter's life. Even though we had just met, he made me feel welcomed and at ease.

One example that speaks both to his devotion to his daughter and to his humility is how dedicated Ken was to his daughter's happiness on her wedding day. He was a quiet presence behind the scenes, with all the light shining on her. He wasn't visible for most of the day (apart from the beautiful father-daughter dance) yet he had quietly arranged and orchestrated everything to make sure the day was perfect for her. It spoke volumes about the kind of father he is: always putting his children first, supporting them with love and care, without ever needing or seeking the spotlight himself.

At Catherine's 35th birthday, my husband and I had a great time chatting with him for hours. Ken told me stories about his adventures with his wife in their early years, and he was quick to laugh at himself in that trademark self-deprecating way, always with an easy smile. He was also so generous with his time and expertise, ready to give advice for my own non-profit. One piece of guidance he gave me that evening has stayed with me ever since: he said that when it comes to hiring, character is everything. Skills can be taught, but character is foundational. That insight has shaped how I build my team, and it speaks to the very values Ken himself embodies. His genuine desire to see me succeed in my mission was clear.

Ken is also a man of principle who follows through on his word. Over our conversations, his passion for the ideals of liberty is clear. He speaks about human flourishing and how he wants to help people reach their potential. I know from my many conversations with Catherine that he not only cares for these principles in theory, but also supports organizations on the national and international level that are working to promote liberty and flourishing to those who are underserved or oppressed.

That Ken pled guilty to obstructing a federal SEC investigation is something I have sat with honestly, and it is hard to reconcile with the person I have known for nearly a decade — the man who quietly made his daughter's wedding perfect, who gave me advice that shaped my organization, who lives by the belief that character is foundational. That man made a serious mistake. But a mistake, even a grave one, does not erase a lifetime of consistent good.

Your Honor, I share these stories not to minimize the seriousness of the offense, but to offer a fuller picture of who Ken is. The man described in this letter — the devoted father, the quiet supporter, the person who lifts others up without seeking credit — that is the man who stands before you. I ask that you consider the totality of his character, and that you grant a sentence rooted in the possibility of redemption rather than mere retribution. Ken has spent a lifetime giving of himself to others — his family, his community, and the causes he holds dear. So many lives have been made better by his actions. I respectfully ask for mercy, so that the good he has done, and still has left to do, can continue to ripple outward into the world.

Respectfully,

**Naomi Brockwell**
[redacted]

# Exhibit 115

Timothy Lee Bryant
[redacted]
Los Angeles, CA [redacted]

August 17, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Timothy Lee Bryant. I am 63 years old. I have worked as a professional driver in the Los Angeles area for many years. Over a twenty-year period, I have often driven Ken to and from the airport and to corporate and personal events. Here in the Los Angeles area, you are typically in the vehicle with someone for an average of one hour. As the years passed, our professional relationship developed into a genuine friendship.

I am aware that Ken has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission. Although I was disappointed to learn of this, I am writing to provide the Court with information about the Ken I have known for two decades.

During the countless hours we have spent together, I have come to know Ken as a man of consistency, kindness and integrity in his personal life. I have driven a lot of different kinds of people, but Ken is top notch. We have developed a habit of discussing sports, politics, and other aspects of life during our drives. These conversations showed me his thoughtful perspectives, sense of humor, and appreciation for hard work and fair play. No matter what we talked about, Ken was always transparent in his thinking and matter of fact, never getting defensive. He has always treated me and others with respect and genuine interest.

Some people I have driven for will become frustrated if we get in crazy traffic or things do not go as planned. Ken is the polar opposite. He never took what could have been a stressful situation and placed it in my direction.

Over the years, Ken has been a steady, reliable presence in my life — someone I consider a true friend. When the original company I drove for went bankrupt, he followed me to my next company, and two other companies after that. Ken is someone who stays loyal to the people in his life.

I respectfully ask that the Court exercise leniency in sentencing Ken.

Respectfully,

Timothy Lee Bryant

Timothy Lee Bryant
[redacted]

# Exhibit 116

INSTITUTE FOR JUSTICE

July 31, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Woods:

My name is Scott Bullock, and I am president and chief counsel of the Institute for Justice (IJ), a nonprofit public interest law firm that protects constitutional rights. I understand that Ken Leech has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission. I am writing to offer a perspective on what his many years of support for IJ says about the principles and priorities he has chosen to advance.

Although I have only met Mr. Leech once, at an IJ event, he and his wife, Eileen, have supported our work for more than two decades. Our clients are ordinary people whose rights have been violated by the government and who often have nowhere else to turn. A representative case is our work to save a soup kitchen in Washington state that had served people experiencing homelessness for years, only to have the city revoke its permit after nearby businesses complained about the people it served—even though the soup kitchen had followed every rule the city gave it. IJ stepped in to challenge the shutdown and keep the kitchen serving people in need.

Through his sustained support, Mr. Leech has helped ensure that people without power, influence, or resources have an advocate. That commitment reflects a concern for individual rights, access to justice, and the protection of people who might otherwise have no effective recourse.

I respectfully ask that you consider this demonstrated commitment to others seeking justice, along with all the other information before you, in imposing sentence.

Sincerely,

Scott Bullock

Scott Bullock
President and Chief Counsel

ARLINGTON AUSTIN CHICAGO MIAMI PHOENIX SEATTLE
901 N. Glebe Road, Suite 900 Arlington, VA 22203 [redacted] [redacted]
[redacted], www.ij.org

# Exhibit 117

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

Ken Leech is a valued part of my extended Case family. We are first cousins. His mother and my father were siblings.

I am 66 years old and have lived in Dallas, Texas, for over 30 years. I'm semi-retired after spending most of my working career in the IT industry in Dallas.

I'm aware that Ken has pled guilty to an offense, and I'm writing to tell you about Ken in the hope that you will take this information into consideration during sentencing.

I probably met Ken for the first time as a child during a trip my family took to Syracuse and stayed in Ken's childhood home.

As an adult, I've been with Ken at Case family reunions (wherever they were held) and Ken has been an active participant. After a Case reunion we all attended in 1998 at a state park in Kentucky, Ken thoughtfully had made a framed set of pictures from the event and sent it to family members as a keepsake. I have that keepsake on a wall in my home today.

During at least one of those family reunions (one in LA), Ken generously sponsored my hotel stay (and may have done so on at other family retreats; I simply don't recall now). I'm confident he did the same for my father and brother (both deceased) at that family retreat. I don't know about other family members, but probably so. It's in Ken's nature not to make a big production of his thoughtfulness and generosity.

I've also been with Ken on my occasional trips to LA to visit an aunt we shared (now deceased). Such visits might include a visit to Ken's home for a meal, which I considered a treat. Ken's generosity to me has also extended to a couple of overnight stays as a guest in his home.

Many years ago, when I was exploring a career change into investing, it was natural for me to reach out to my cousin Ken to get his thoughts, knowing his expertise in the industry. He graciously took the time to talk with me and thoughtfully (and unexpectedly) sent me a couple of investing books to read.

Ken invited his first cousins to his daughter's wedding, and we were glad to attend and celebrate with him.

Ken's attention to family begins with devotion to his immediate family, his wife and two children, whom I know. Many years ago, I swam with his kids in their pool. I've sung a duet with his wife at a family reunion. I've always felt welcome in Ken's home.

In October 2020 during the pandemic, Ken, his wife, and two children came to Dallas to attend a World Series baseball game, a demonstration of devotion to his family. Ken thoughtfully reached out to me and invited me to join them for lunch, and we had a meal together in a place with seats outdoors in the fresh air. He could have come to Dallas and left without connecting with me, but he chose to do so out of his generous, kind spirit.

Returning to the purpose of this letter, please consider the whole Ken as you make a decision about sentencing. I request that you be lenient.

Respectfully,

George V. Case

George V. Case
[redacted]
Dallas, TX [redacted]

# Exhibit 118

August 3, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

We are writing in support of Ken Leech who has pleaded guilty to the crime of obstructing a proceeding before the Securities and Exchange Commission. We think very highly of Ken and are hoping you will take his good character and service to the community into consideration as part of your sentencing decision.

We are 69 and 70 years old, are both graduates of Stanford University and Dartmouth Business School. We have lived in Sierra Madre, California, a small town against the San Gabriel mountain Foothills for around 40 years. We have three adult children we have raised in the same community, church, and school as the Leech Family.

We have known Ken for over thirty years, primarily as a key member of our small church community, also as a parent whose son attended the same school at the same time as our children, and to a small extent on a professional level. He has always been kind, humble, thoughtful and generous in those roles. We think very highly of him, and cannot imagine Ken engaged in unsavory behavior. The current charges are inconsistent with his actions that we have always observed. He is someone whose honesty and good judgement we would have the highest faith in.

As a member of our church Ken and his family and we raised our children, who are of similar age, where we have been members for 30 years or more. It is a small Church of 80 congregants or less, where everyone knows everyone intimately. Ken has always been courteous and thoughtful, showing consideration of others and good values. He and his family have been strong supporters of the stewardship and choir in the church.

Ken's son, Steven, attended Flintridge Preparatory School where our three children also graduated. As a member of our school community Ken contributed his time and expertise as a member of the Board of Trustees. He would have been asked to volunteer for this role because of his judgement, experience, and strong values. He served this role as well as being a supportive and caring parent.

I, Kate, spent my career in the field of finance working for Morgan Stanley, Deutsche Bank, and Wachovia. Although it was unusual for a woman in Corporate Finance, I was selected

as a Managing Director at two firms. When I found myself looking for work in the finance field in Los Angeles, Ken kindly provided me with the opportunity to discuss whether my experience was a fit with an area of Western Asset Management. In the process of determining that there wasn't a job for me there, I spoke with many people in many areas of the firm who universally had positive opinions of Ken, his management style, his sincere caring about his employees, and his strength and intelligence as Chief Investment Officer. I remember one employee speaking of her admiration for him and sharing that he kindly demonstrated interest in her personal life when they were on a business trip together.

Subsequently, he extended the same kindness to our son-in-law, Stephen, when he was job-seeking. Stephen accepted a position with Western Asset Management and worked there for several years until he joined the Peace Corp.

I hope you will consider Ken's long record of service and his strong values when you determine his sentence.

Respectfully,

Kate and Tom Cook
[redacted]
Sierra Madre, CA [redacted]
Home phone: [redacted]

Kate Cook
[redacted]
Cell phone [redacted]

Tom Cook
cookpias@yahoo.com
Cell phone: [redacted]

# Exhibit 119

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Dear Judge Woods :**

My name is Clément Desodt. I am a university instructor in civil engineering at Université Paris-Saclay. I currently reside in Chevreuse, France, with my wife, Éloïse Desodt, and our two children. I am writing to you today regarding the upcoming sentencing of Ken Leech. I am fully aware that Ken has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission. While I deeply respect the judicial process and acknowledge the gravity of this offense, I wish to share my personal experiences with Ken to offer a complete picture of his character.

I have known Ken through my best friend, Nicolas Dovetta, who is Ken's son-in-law and is married to his daughter, Catherine Leech. Over the years, I have had the pleasure of meeting Ken during wedding celebrations in both France and the United States. When I traveled to Los Angeles to attend Nicolas and Catherine's wedding, which I attended on my own, Ken was exceptionally welcoming, kind, and generous toward me, ensuring I felt completely at home.

A few years later, my wife, Eloise, and I traveled to California for our honeymoon. Ken welcomed us with incredible warmth and hospitality. He hosted us, treated us to meals at restaurants, and went so far as to lend us his personal car so we could travel to Joshua Tree National Park. He also welcomed us into his parish and introduced us to members of his religious community. Throughout our stay, his selflessness was on full display; he looked after us as if we were his own family and never asked for anything in return. Generosity is truly one of his defining traits.

In all my interactions with him, Ken has consistently shown deep kindness, hospitality, and selflessness. Based on my experiences with him, the actions to which he has pleaded guilty stand in stark contrast to the welcoming and generous man I have interacted with.

I respectfully ask that you take Ken's positive qualities, his devotion to his family and community, and his history of quiet generosity into consideration when deciding his sentence. I humbly ask for your leniency on his behalf.

Thank you for your time and for considering this letter.

Respectfully,


Clément Desodt
University instructor of civil engineering, université Paris-Saclay
Chevreuse, France [redacted]

# Exhibit 120

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Barbara Doshna and I am a close family friend of Ken Leech. I am a retired Syracuse City School teacher and currently live in Marcellus NY. I grew up in Fayetteville NY quite close to where Ken and his family lived in DeWitt.

I understand that Ken has pleaded guilty to an offense, and I am writing to you on his behalf in order to provide additional insight about Ken and the person he is. I hope you will consider this letter when making a decision in regards to his sentencing.

Our families were always quite close. Growing up we enjoyed many weekends, dinners and outings together. Ken enjoyed spending time with his family and friends and that has carried over into his adult life. Several evenings were spent listening to his father play the trombone. It was clear Ken enjoyed these times listening intently and showing his appreciation for his father's talent.

Ken spent a lot of time studying and more than excelled in school. I admired him for his discipline and attention to details He is well read and confident in his ability to provide facts and examples on different topics. My father certainly enjoyed their debates on everything from sports to finance and world news. Ken never got into any trouble in school and avoided the parties and social aspects of high school preferring to focus on his studies and the goals he set for himself. The quiet, thoughtful side of Ken could be seen during dinnertime conversation. He would listen carefully and was respectful of other's opinions even though they might be different from his own. Ken has always been reliable and compassionate always helping others when asked.

I still remember having so much trouble with 9th grade algebra that I was close to failing. My mother suggested asking Ken for help, but I was reluctant to ask assuming he wouldn't have time for something that was so easy for him. Not only did he make time for me but patiently explained the problems in simple ways that I could understand. He was never condescending and encouraged me to ask questions ensuring me that no question was stupid. He told me asking questions and looking for answers to solve problems was a one of the best ways to learn and understand new things. I remembered the advice he gave me from all those years ago and used it frequently in my classroom while teaching.

Knowing Ken as I do the acts with which he has pleaded guilty to are very inconsistent with his character. I hope you will be lenient when sentencing him.

Respectfully,

Barbara Doshna

# Exhibit 121

Expéditeur :
DOVETTA Benjamin
[redacted]
[redacted] Ambert
France

Destinataire :
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Monsieur le Juge Woods,

Je suis le frère de Nicolas Dovetta (gendre de Ken). Je suis chef de projet en Auvergne, région française dans laquelle je vis avec ma femme et mes trois enfants.

J'ai rencontré Ken la première fois lors du mariage de mon frère. C'était la première fois que je venais aux Etats-Unis et que je voyageais aussi loin. Ken et Eileen m'ont accueilli dans leur maison à mon arrivée pour partager un repas. J'ai été surpris de la paix qui règne dans leur domicile et de la douceur de leur accueil. Durant les échanges notamment, chaque personne était écoutée avec attention et Ken et Eileen veillaient à ce que chacun participe au rassemblement en l'incluant dans la conversation même avec notre maîtrise de l'anglais parfois branlante.

Quelques jours plus tard, j'ai pu confirmer mon jugement, puisque j'ai eu l'occasion de traduire une conversation entre mon père, Dovetta Gilles, et Ken. Ken est une personne humble, honnête et attentionnée, durant cette dizaine de minutes, il ne s'est jamais mis en avant, au contraire. Son attention était concentrée sur l'échange d'expérience avec mon père. Il m'a félicité pour ma traduction en fin de conversation, pas simplement un « bravo », mais sincèrement, en appuyant sur ma compétence. Cela peut paraitre anodin, mais ces félicitations étaient l'étincelle qui m'a retiré la peur de parler anglais. Quelques années plus tard j'ai obtenu mon premier poste international, je ne lui ai jamais dit qu'il avait participé, un peu, à cela. Il faudrait.

L'homme que j'ai rencontré est quelqu'un de bon, d'humble, de généreux. Factuellement, sans lui, sans la confiance qu'il m'a donnée, je n'aurais pas tenté une expérience internationale, je n'aurais pas progressé à cette vitesse dans ma carrière, je serais probablement moins heureux et libre aujourd'hui.

Les faits pour lesquels il a plaidé coupable sont en totale contradiction avec l'homme que j'ai rencontré.

Je vous demande respectueusement, Monsieur le Juge Woods, de prendre en considération ces éléments de caractère dans votre décision, et de faire preuve de clémence, notamment pour le bien de mon frère et sa famille, qui fait aussi partie de la mienne.

Nous vous prions d'agréer l'expression de notre considération respectueuse.

DOVETTA Benjamin
[redacted] Ambert, France
[redacted]

Sender:
Benjamin Dovetta
[redacted]
[redacted] Ambert
France

Recipient:
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

I am the brother of Nicolas Dovetta (Ken's son-in-law). I am a project manager in Auvergne, a French region where I live with my wife and my three children.

I met Ken for the first time at my brother's wedding. It was the first time I had been to the United States and had traveled so far. Ken and Eileen welcomed me into their home upon my arrival to share a meal. I was surprised by the peace that reigns in their home and the warmth of their welcome. During the exchanges in particular, everyone was listened to attentively, and Ken and Eileen ensured that everyone participated in the gathering by including them in the conversation, even given our sometimes shaky command of English.

A few days later, I was able to confirm my assessment, as I had the opportunity to translate a conversation between my father, Dovetta Gilles, and Ken. Ken is a humble, honest, and thoughtful person; during those ten minutes or so, he never put himself forward - on the contrary. His attention was focused on exchanging experiences with my father. At the end of our conversation, he congratulated me on my translation skills - not just a casual "good job," but a sincere compliment that highlighted my competence. This may seem trivial, but those congratulations were the spark that removed my fear of speaking English. A few years later I obtained my first international position; I never told him that he had played a small part in it. I should have.

The man I met is a good, humble, and generous person. In fact, without him, and without the trust he placed in me, I would not have pursued an international opportunity, I would not have advanced so rapidly in my career, and I would likely be less happy and independent today.

The acts to which he pleaded guilty are in total contradiction with the man I met.

I respectfully ask you, Judge Woods, to take these matters of character into consideration in your decision, and to show leniency, particularly for the sake of my brother and his family, which is also a part of my own.

Respectfully,

Benjamin Dovetta
[redacted] Ambert, France
[redacted]

[signature]

I, Michele Luford, hereby certify that I am competent to translate from French to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following documents from French to English:

“Dovetta, Benjamin Letter_Finalized 7.17.2026”

**Michele Antoinette Luford**

_______________________

Printed Name

_______________

Signature

# Exhibit 122

Monsieur et Madame Gilles et Lise Dovetta
[redacted]
[redacted] Ambert
France

Ambert, le 11 juillet 2026

Monsieur le Juge Gregory H. Woods
Juge du Tribunal de district des États-Unis
District sud de New York
New York, New York
États-Unis d'Amérique

Monsieur le Juge,

Nous sommes les parents de Nicolas Dovetta, gendre de Ken.

Nous sommes tous deux retraités et vivons dans le Massif central, en France. Lise a exercé la profession d'infirmière et poursuit aujourd'hui ses activités de musicienne, chanteuse lyrique et cheffe de chœur. Pour ma part, j'ai travaillé comme fonctionnaire territorial et chef du corps des sapeurs-pompiers d'une petite commune voisine de notre lieu de résidence à l'époque.

Nous avons rencontré Ken et Eileen en 2018, lors d'un week-end passé dans les Alpes avant le mariage de nos enfants. Ils ont parcouru la moitié de la planète pour venir jusqu'à notre tout petit village de Prelles, qui comptait alors à peine 300 habitants et où nous vivions. La ville la plus proche, Briançon, se trouvait à une dizaine de minutes.

Ils avaient entrepris ce long voyage parce qu'ils estimaient qu'il était important de rencontrer la famille de leur futur gendre avant le mariage. Le déplacement était considérable et, de surcroît, les conditions météorologiques étaient difficiles. Cela a certainement été très éprouvant pour un séjour d'à peine un week-end. Pourtant, ils ont fait cet effort.

Avec notre anglais presque inexistant et leurs quelques mots de français, cette première rencontre aurait pu être malaisée. Au contraire, chacun s'est appliqué, pour le bonheur de nos enfants, à créer un lien et à trouver des sujets d'échange.

Ken nous est immédiatement apparu comme un homme humble, sincère, profondément intéressé par les autres. Il était curieux d'entendre des anecdotes sur notre fils, de découvrir notre mode de vie et de mieux connaître l'histoire de France, notamment celle, si riche, de Briançon. Nous avons visité ensemble plusieurs sites historiques de la région, et ils semblaient véritablement heureux de cette découverte.

A l'occasion du mariage, Ken nous a accueillis chez lui, tous les deux, ainsi que Marie-Laurence, la sœur de Gilles, et notre plus jeune fils, Benjamin. Nous étions arrivés épuisés, presque hébétés par la fatigue du voyage. Pourtant, Ken et toute sa famille ont fait tout leur possible pour que nous nous sentions immédiatement chez nous.

À tel point que Benjamin, pourtant âgé de 35 ans, s'est endormi sur l'épaule de Lise dans le salon, tant il était fatigué mais aussi rassuré et en confiance. Ce souvenir est resté pour nous une illustration touchante de l'atmosphère chaleureuse et bienveillante que Ken savait créer autour de lui.

Quelques années plus tard, trois semaines après la naissance de notre premier petit-fils américain, GD, nous sommes venus rendre visite à Catherine et Nicolas. Malheureusement, Lise a contracté la [redacted] durant le vol.

À notre arrivée, notre fils a préféré que nous séjournions à l'hôtel le temps que Lise guérisse. Nous étions alors à plus de 10 000 kilomètres de notre domicile, dans un pays dont nous ne parlions pas la langue, et Lise était très malade.

Sans même vraiment nous laisser le choix, Ken nous a demandé de venir vivre chez lui. Il avait déjà plus de 70 ans et savait parfaitement que la [redacted] représentait un risque important pour lui. Malgré cela, il n'a pas hésité un seul instant.

Il nous a installés confortablement. Pendant près de deux semaines, Ken et Eileen ont pris soin de nous, préparant notamment des soupes pour Lise. Ken et moi communiquions tant bien que mal grâce aux traducteurs de nos téléphones. Ce qui aurait pu être une période difficile, marquée par la solitude et l'inquiétude, est finalement devenu un souvenir profondément chaleureux : celui de deux hommes qui, chaque matin, se souriaient et faisaient de leur mieux pour se comprendre malgré la barrière de la langue.

L'homme que nous avons appris à connaître est un homme bon, humble et profondément généreux.

Les faits pour lesquels il a plaidé coupable ne correspondent pas à la personne que nous avons connue au fil des années.

Nous sommes conscients que la justice doit apprécier les faits qui lui sont soumis. Notre intention n'est ni de les minimiser ni de les contester. Nous souhaitons simplement témoigner, avec sincérité, de l'homme que nous avons connu personnellement : un homme profondément bienveillant, généreux, humble et attentif aux autres, qui nous a toujours traités avec respect et humanité.

Nous vous demandons respectueusement, Monsieur le Juge, de bien vouloir prendre en considération ces éléments de caractère dans votre décision et de faire preuve de clémence, notamment pour le bien de nos petits-enfants, GD, âgé de trois ans, et OD, âgée d'un an.

Nous vous prions d'agréer, Monsieur le Juge, l'expression de notre très respectueuse considération.

Lise Dovetta

Gilles Dovetta

[redacted]
[redacted] Ambert
France

Courriels :
Lise : [redacted]
Gilles : [redacted]

Mr. and Mrs. Gilles and Lise Dovetta
[redacted]
[redacted] Ambert
France

Ambert, July 11, 2026

The Honorable Gregory H. Woods
Judge of the United States District Court
Southern District of New York
New York, New York
United States of America

Dear Judge Woods,

We are the parents of Nicolas Dovetta, Ken's son-in-law.

We are both retired and live in the Massif Central in France. Lise worked as a nurse and is now active as a musician, opera singer, and choir director. As for me, I worked as a local government employee and was the chief of the fire department in a small town near where we lived at the time.

We met Ken and Eileen in 2018 during a weekend trip to the Alps before our children's wedding. They traveled halfway around the world to come to our tiny village of Prelles, which at the time had barely 300 residents and was where we lived. The nearest town, Briançon, was about ten minutes away.

They had undertaken this long journey because they felt it was important to meet their future son-in-law's family before the wedding. It was a long trip, and moreover, in difficult weather conditions. That was certainly very trying for a stay of barely a weekend. Yet they made that effort.

With our almost non-existent English and their few words of French, this first meeting might have been awkward. Instead, for the sake of our children, everyone made an effort to build a connection and find things to talk about.

Ken immediately struck us as a humble, sincere man, deeply interested in others. He was curious to hear anecdotes about our son, to learn about our way of life, and to better understand the history of France, especially the rich history of Briançon. We visited several historical sites in the region together, and they seemed truly happy about this discovery.

For the wedding, Ken welcomed us both into his home, along with Marie-Laurence, Gilles's sister, and our youngest son, Benjamin. We had arrived exhausted, almost dazed by the fatigue of the journey. Yet Ken and his whole family did everything they could to make us feel right at home.

So much so that Benjamin, despite being 35, fell asleep on Lise's shoulder in the living room. He was so tired, but also reassured and at ease. For us, this memory continues to be a touching illustration of the warm and caring atmosphere that Ken knew how to create around him.

A few years later, three weeks after the birth of our first American grandson, GD, we came to visit Catherine and Nicolas. Lise unfortunately contracted [redacted] during the flight.

When we arrived, our son preferred that we stay at the hotel until Lise recovered. At the time, we were more than 10,000 kilometers from home, in a country where we didn't speak the language, and Lise was very ill.

Without even really giving us a choice, Ken asked us to come live with him. He was already over 70 years old and knew full well that [redacted] posed a significant risk to him. Despite this, he did not hesitate for a single moment.

He got us comfortably settled. For nearly two weeks, Ken and Eileen took care of us, including preparing soups for Lise. Ken and I communicated as best we could using the translators on our phones. What could have been a difficult time, marked by loneliness and anxiety, ultimately became a deeply heartwarming memory: that of two men who, every morning, smiled at each other and did their best to understand each other despite the language barrier.

The man we have come to know is a good, humble, and deeply generous man.

The charges to which he pleaded guilty do not reflect the person we have come to know over the years.

We are aware that the court must evaluate the facts presented to it. It is not our intention to downplay or dispute them. We simply wish to testify, with sincerity, to the man we knew personally: a man who was deeply kind, generous, humble, and considerate of others, and who always treated us with respect and humanity.

We respectfully ask you, Your Honor, to please take these character traits into consideration in your decision and to show leniency, particularly for the sake of our grandchildren, GD, who is three years old, and OD, who is one year old.

Please accept, Your Honor, our most respectful regards.

Lise Dovetta [signature] [signature]

Gilles Dovetta

[redacted]
[redacted] Ambert
France

Emails:
Lise [redacted]
Gilles: [redacted]

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Michelle Warmath, am fluent in the French and English Languages; I have been translating documents for over 45 years and am competent to translate from French to English. I am a native speaker of English and bilingual in French, and I have an Associate's Degree in English Language and Literature from the University of Metz (France) and a Bachelor of Science in Education from the University of Nancy II (France), now both the University of Lorraine. I lived and worked in France as a teacher and translator for over 30 years. I have been a certified vendor for Transperfect Translations Inc since 2015.

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached Document_2026-08-16_121512 from French into English.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2026 in Orlando, Florida.

Michelle Warmath
Michelle Warmath (Aug 27, 2026 08:56:10 EDT)

Michelle Warmath

# Exhibit 123

**The Honorable Gregory H. Woods**
**United States District Judge**
**Southern District of New York**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl Street**
**New York, New York 10007-1312**

**Monsieur le Juge Woods,**

Je m'appelle Marion Dovetta, j'ai 40 ans et je suis la sœur de Nicolas. Je vous écris aujourd'hui pour vous faire part de mon expérience personnelle avec Ken Leech. Bien que je ne l'aie rencontré qu'à deux reprises en raison de la distance géographique, ces moments ont suffi à me donner une idée de l'homme qu'il est.

Je parle très peu anglais, j'avais une certaine appréhension lors de ma venue aux États-Unis. J'avais besoin d'être rassurée de savoir que mon petit frère, installé si loin, avec la distance et le décalage horaire, soit entouré de personne correcte et saine.

Lors de mon voyage pour le mariage de mon frère et de ma belle soeur, j'ai donc observé attentivement les interactions de la famille Leech. Même sans comprendre toutes les paroles, les gestes, les regards et les sourires parlaient d'eux-mêmes. J'ai vu de mes propres yeux à quel point mon frère était bien entouré. J'ai découvert un beau-père avenant, entier et sincère. J'étais très consciente de la grande différence de niveau de vie entre Ken et moi. Pourtant, dès le premier instant, il a su nous mettre parfaitement à l'aise. Il nous a accueillis d'égal à égal, avec un respect naturel et une immense bienveillance. Ken a agi avec altruisme, une valeur essentielle que l'on ressent d'ailleurs chez tous les membres de la famille Leech.

Notre seconde rencontre a eu lieu en France. Ken et une parti de sa famille ont fait le voyage jusqu'à notre petit village d'enfance pour célébrer un remariage avec nos proches qui n'avaient pas pu se déplacer aux États-Unis. Ils ont partagé notre quotidien en s'adaptant avec une simplicité exemplaire. Porté par de profondes valeurs humaines, Ken s'est montré particulièrement heureux de célébrer l'union de nos deux familles.

À travers ces deux expériences, j'ai découvert un homme d'une grande humanité, respectueux et authentique. Mon intention est simplement d'apporter ce témoignage sincère sur ses qualités humaines et sur l'accueil chaleureux qu'il a réservé à ma famille.

Je vous remercie pour le temps que vous consacrerez à la lecture de ce témoignage.

Je vous prie d'agréer, Monsieur le Juge, l'expression de mon profond respect,

**Marion Dovetta**
**Martigues, France**



**The Honorable Gregory H. Woods**
**United States District Judge**
**Southern District of New York**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl Street**
**New York, New York 10007-1312**

**Dear Judge Woods,**

My name is Marion Dovetta. I am 40 years old, and I am Nicolas's sister. I am writing to you today to share my personal experience with Ken Leech. Although I have only met him twice due to the geographic distance, those moments were enough to give me an idea of the kind of man he is.

I speak very little English, so I was a little nervous when I came to the United States. I needed reassurance that my little brother, living so far away, given the geographical distance and the different time zone, was surrounded by decent, wholesome people.

During my trip for my brother and sister-in-law's wedding, I therefore closely observed the interactions within the Leech family. Even without understanding every word, the gestures, looks, and smiles spoke for themselves. I saw with my own eyes just how much support my brother had. I discovered a pleasant, forthright, and sincere father-in-law. I was very aware of the large difference in standard of living between Ken and me. However, from the very first moment, he knew how to put us completely at ease. He welcomed us as equals, with innate respect and immense kindness. Ken acted selflessly, a core value that seems to be shared by all members of the Leech family.

Our second meeting took place in France. Ken and part of his family made the trip to our small childhood village to celebrate a second wedding with our loved ones who hadn't been able to travel to the United States. They shared our daily lives, adapting with exemplary simplicity. Driven by deep human values, Ken was especially happy to celebrate the union of our two families.

Through these two experiences, I discovered an extremely kind-hearted, respectful, and genuine man. My intention is simply to offer this sincere testimony about his human qualities and the warm welcome he extended to my family.

Thank you for taking the time to read this testimony.

Please accept, Your Honor, my most respectful regards,

**Marion Dovetta**
**Martigues, France**

[signature]

TRANSPERFECT

**CERTIFICATE OF TRANSLATION**

I, Michelle Warmath, am fluent in the French and English Languages; I have been translating documents for over 45 years and am competent to translate from French to English. I am a native speaker of English and bilingual in French, and I have an Associate's Degree in English Language and Literature from the University of Metz (France) and a Bachelor of Science in Education from the University of Nancy II (France), now both the University of Lorraine. I lived and worked in France as a teacher and translator for over 30 years. I have been a certified vendor for Transperfect Translations Inc since 2015.

I hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached Dovetta, Marion Letter_Received 8.19.2026 from French into English.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2026 in Orlando, Florida.

*Michelle Warmath*
Michelle Warmath (Aug 27, 2026 08:56:10 EDT)

Michelle Warmath

# Exhibit 124

**The Honorable Gregory H. Woods**
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Sandra Duvall, and I am the owner of two long-established Sierra Madre businesses. Sierra Fitness is a full-service boutique gym offering fitness and Pilates instruction, and The Shabby Dog provides daycare, grooming, boarding, dog walking, and pet transportation services. I also operate The Shabby Dog Rescue, a 501(c)(3) nonprofit animal rescue. Through these businesses, I have served families, pet owners, and animals in our community for many years. I have known Ken Leech for many years as a valued client of Sierra Fitness and as a customer and supporter of The Shabby Dog. I am writing because I understand that Mr. Leech has pleaded guilty to obstructing an SEC investigation, and I respectfully ask the Court to consider my personal experiences with his character as it determines an appropriate sentence.

Over the many years I have known Ken, I have consistently found him to be one of the kindest, most generous, and most thoughtful people I have had the privilege of knowing. My opinion is based entirely on firsthand experience through our many interactions over the years.

A meaningful example of Ken's generosity is the support that he and his wife, Eileen Leech, have provided to our 501(c)(3) animal rescue, The Shabby Dog Rescue. Through their yearly donations, they have helped us house and feed animals in need and find loving homes for many of them. Their continued support has made a genuine difference in our ability to care for animals and families in our community.

Ken's generosity also extended directly to our small business and its employees. During the COVID-19 pandemic, when Sierra Fitness faced extraordinary challenges, Mr. Leech provided meaningful support that helped our business survive and allowed us to continue supporting our staff and trainers. His assistance during that uncertain time reflected genuine concern for the people whose livelihoods depended on our business.

Ken has also been deeply committed to helping others. He has generously donated both his time and resources to people facing health challenges and has encouraged others to improve their lives through fitness, wellness, and compassion. He has never sought recognition for his generosity; helping others simply seems to be part of who he is.

Throughout the years, Ken has always treated our staff, clients, and everyone around him with kindness, respect, and genuine concern. His character has been consistent over the entire time I have known him. The conduct to which he has pleaded guilty is completely inconsistent with the man I have come to know over many years of friendship and business.

I recognize the seriousness of these proceedings, and I am not attempting to minimize them. I simply hope the Court will also consider the many positive ways Ken has impacted the lives of others. His generosity, compassion, and commitment to helping people and animals have made a meaningful difference in our community.

Thank you for taking the time to consider my letter and my personal perspective regarding Ken's character. I respectfully ask that you consider these qualities in determining an appropriate sentence.

Respectfully,

Sandra Duvall
Owner, Sierra Fitness
Owner, The Shabby Dog & The Shabby Dog Rescue
Sierra Madre, California

# Exhibit 125

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

I write in connection with Ken Leech's guilty plea in obstructing a proceeding before the Securities and Exchange Commission. Though of course I am in no position to comment on the specifics of the case, I hope to share my experience with Ken over nearly two decades in the event that such provides any color that may inform your sentencing decision.

By way of background, I am a 38-year old resident of Nevada and currently a Senior Manager at Amazon. I am also a close family friend of the Leech family. Specifically, I attended college with his daughter, Catherine, in 2007-2011. As Catherine and I participated in many musical performances together and became friends ourselves, I met and got to know both Ken and his wife, Eileen, as well as their extended family, many of whom attended such performances regularly in support of Catherine. I further got to know Ken as Catherine and I co-founded a business together after college. During the course of business, she and I had opportunity to travel to Los Angeles, where Ken and Eileen kindly hosted me. Ken then advised me as I contemplated and applied to MBA programs, and as I prepared to matriculate to one. Over the years, I have spent more time with Ken; Eileen; Catherine; Ken's son, Stephen; Ken's grandchildren; their extended family; and their family friends. This has occurred as we have shared attendance at Dodgers baseball games to which they invited me as passionate fans, Catherine's birthday parties and wedding, and otherwise. My interactions with Ken himself have ranged from 1:1 conversations, to group discussions, to contact in larger events.

I hope to convey that during the entirety of this time period, I have consistently witnessed Ken as a generous and civic-minded individual who goes above and beyond to act in the greater good. As small examples, at least as I recall, Ken supported one of the student groups in which Catherine and I participated despite no public recognition for such. He also hosted a brunch for Catherine's friends at her graduation, again, with nothing expected in return. On a larger scale, I have some limited exposure to Ken's charitable support through the family's Lazy L Foundation, which has made a very material positive difference for a range of organizations. During the entirety of the time I have known Ken, I have witnessed nothing approaching the unethical or illegal, much less such actions taken for the purpose of enriching himself. Indeed, well before this case emerged, my understanding over multiple instances was that Ken repeatedly intended to retire from Western Asset Management, but remained in his post at the request of the firm's leadership, despite the fact that his retirement would have meant giving up the associated income. For all these reasons, in my judgment, although once again I cannot speak to the act to which he has pleaded guilty, it is fundamentally inconsistent with his character and his values.

Should it help reach your sentence determination, please feel free to request any further information.

Respectfully,

Steven Feis
[redacted]
Las Vegas, NV
[redacted]

# Exhibit 126

The Honorable Gregory H. Woods
United States District Judge Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street
New York, New York 10007-1312

August 20, 2026

Dear Judge Woods:

My name is Anastasia Gamick. I am the cofounder of a nonprofit called Convergent Research. We design and run scientific research and development programs to create beneficial technologies. I grew up near Pasadena and I now live in New York. I have known Ken for almost 25 years, since his daughter, Catherine, joined our high school. Catherine and I were immediately close friends and Ken and his family have been extremely welcoming to me.

I understand that Ken has pleaded guilty to an offense, and I am not writing to comment on that, though it breaks my heart to hear the pain the family has gone through. I am writing because I want you to know the person I have known for 25 years, someone who influenced me to become who I am today.

From the time I was young, Ken welcomed me into his family without hesitation. I went to church with the Leeches. I sat at their dinner table. Watched movies on their couch. And generally made chaos in their house.

Ken would frequently be at the office, and even on weekends would be in his home office, reading, working or learning. He obviously loved what he did and was passionate to talk about the market at length. He also loved baseball - I remember long dinner conversations where Ken, Catherine and his son Stephen would discuss baseball. I, honestly, was completely lost. But their family was so close, and this passion was extremely evident. Ken and the rest of the Leeches took the idea of moral duty seriously as seriously as they took baseball — we talked about our role in society. Different frameworks for making decisions. How we could show up for our neighbors and our country. Those conversations shaped how I think about my own responsibilities to other people.

I remember one moment from when we were in high school that stayed with me: one of our friends called Ken a "space cadet," and Catherine came to his defense immediately. I chuckle now, because sometimes Ken was a space cadet. It’s a tendency that I recognize in some of the most intelligent and smart people I know - obviously brilliant, and he would sometimes get lost in thought working through a problem. The thing in most clear focus at the moment - work, baseball, a conversation were perfectly clear to him, and he’d let the rest of the world fade to background noise. I hire a lot of scientists now, when a particularly brilliant one acts like this, it reminds me with love of growing up with Ken.

The clearest example I can give of Ken's generosity came in March of 2020. I was in Kinshasa working with UNHCR and other humanitarian organizations, and I made the decision not to

return to the apartment I shared with two roommates in New York. I had nowhere else to go while I took on the work of helping stand up COVID testing infrastructure in Los Angeles. Ken gave me a home for six months, without a second thought, so that I could do that work. That is not a small thing to offer someone, and it is exactly consistent with how he has always treated the people around him.

Based on everything I know of Ken's character — his sense of duty, his generosity, the way he raised his family and welcomed others into it — what he has pleaded guilty to is inconsistent with the man I have known for almost 25 years. I ask that you take this letter, and the person it describes, into consideration in imposing a sentence, and that you show him leniency.

Respectfully,

Anastasia Gamick

# Exhibit 127

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Michael G. Geragos. I am 35 years old and an attorney licensed to practice in California. I live in Pasadena, California and practice civil litigation at a firm in Beverly Hills. I am aware that Ken Leech has pleaded guilty to an offense. I write respectfully to share what I know of his character from more than twenty years of personal experience, in the hope that the Court will consider it in connection with his sentencing.

I met Mr. Leech in the fall of 2005, when his son Stephen and I started ninth grade together. Stephen quickly became my best friend, and he remains so today. I have always attributed that friendship, and the person Stephen is, to the strong family he comes from and the values his father instilled in him. Stephen and I played water polo together for all four years of high school and swam together for two. A good portion of my high school years was spent at the Leech home, where I spent countless hours with Stephen, his family, and Mr. Leech. Mr. Leech and I bonded over a shared love of sports. I joined the family at many Dodgers games and college football games, and I was fortunate enough to go on trips with them as well. In all the time I spent with him, whether an ordinary weeknight at their home or a family vacation, he was generous with his time and treated everyone around him with respect regardless of their position in life.

Two memories in particular have stayed with me.

The first is from a career day at our high school, when Mr. Leech came to speak to the students about his work. To a room of high schoolers, the subject could easily have landed as dry. It did not, because of the evident pride he took in what he did and the passion with which he spoke about it. He treated a group of teenagers as an audience worth his full effort.

The second is from my senior year, when I was enrolled in an investments class. The course required a final project in which students developed and presented real investment recommendations based on original research, and I was struggling to complete mine. One night, over dinner at the Leech home, the project came up in conversation and I mentioned in passing that I was having issues with the project. Mr. Leech immediately stopped, offered his help, and then insisted on it. Right after dinner, Mr. Leech sat down with me in the living room and went over what I had.

What I appreciated most was that it was not what people usually picture when a parent helps a kid with a project. He became a teacher to me that night. He started with foundations, asking me questions and walking through core investment principles I thought I understood but did not. Then, when we turned to my proposed investment strategy, he never once told me what I should do instead. He asked thought-provoking questions that led me to arrive at a better plan on my own. He spent well over an hour doing this. He had no obligation to do it. I was not his son. He did it because that is who he is: kind, generous, and always willing, even insistent, on helping where he can.

Mr. Leech also had a habit of opening his home up to our school community regardless of the reason. On more than one occasion, he hosted our water polo team’s year-end banquets at his house. And when one of my classmates started a food club at school but had no place to hold its event, Mr. Leech offered his home for that as well.

That is the man I have known since I was a teenager, and the man I know today. Based on more than twenty years of knowing Mr. Leech, I can say that the acts to which he has pleaded guilty are inconsistent with his history and with his character as I have personally known it. I respectfully ask that the Court take this letter into consideration in imposing sentence, and I ask the Court to extend leniency to Mr. Leech.

Respectfully,

*Michael Geragos*

Michael G. Geragos
[redacted]
Pasadena, California [redacted]
[redacted]

# Exhibit 128

Rick W. Griffin
[redacted]
Augusta, Georgia [redacted]

July 2026

The Honorable Judge Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York. 10007-1312

RE: Ken Leech

Dear Judge Woods,

I am writing to you on behalf of Mr. Ken Leech who will be sentenced by you in response to his guilty plea for obstructing a proceeding before the Securities and Exchange Commission. I have known Ken for over 25 years as his brother is a close friend of mine.

By way of background, I have been a member of the Georgia Bar since 1980. I practiced law in both state and federal courts in Georgia for a number of years before becoming the CEO of a large health care company that provided services across the country. My company was backed by Private Equity which led me to seek Ken's advice on a number of business issues. I always found Ken to be helpful and to advise me in a manner that, I feel, was based on both integrity and sound business practice.

Given both my legal and business background I understand the serious nature of Ken's plea and the potential consequences of that plea. I do, however, hope that you will consider Ken's whole person and the kind of life he has lived outside of this event. In addition to providing me counsel and advise in my business, Ken has demonstrated enormous compassion to both my wife and me. We once visited Pasadena where Ken, without my requesting such, arranged door to door transportation to and from the Rose Bowl for my mobility challenged wife. He also secured seating for us in a non-handicap area that she could navigate. Without Ken's natural warmth and empathy my wife would not have been able to attend this event. On another occasion Ken, his brother and I traveled to Oregon for a golf outing. Unfortunately, I injured my knee later resulting in replacement surgery. Ken did not hesitate to arrange for my travel back to Georgia in order to accommodate my limitations from the injury. These two examples may seem small to some, but they are exemplary examples of Ken's character.

I have also spent a good deal of time with Ken, his brother, and a few of his friends from his early days growing up in New York and it is evident that Ken cares deeply for his family, friends, business associates and others that he may come in contact with. I have never heard anyone speak negatively of Ken on any level. He is indeed a respected member of his community.

Again, I understand the seriousness of Ken's plea but frankly I am surprised by the situation as it is inconsistent with both Ken's personal and professional background of which I am personally familiar. I would thus respectfully ask that you consider my thoughts on Ken as you make your decision with regard to sentencing.

Sincerely,

Rick Griffin

Rick W. Griffin

# Exhibit 129

HARKER, CAMPBELL & BELFIELD LLP

1527 EAST FOURTH STREET
SANTA ANA, CALIFORNIA 92701-5115
TELEPHONE (714) 836-5700
FACSIMILE (714) 836-5300

5000 BIRCH STREET, SUITE 9600
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE (949) 955-0170
FACSIMILE (949) 955-0180

OUR FILE NUMBER:
0000

September 1, 2026

PLEASE REPLY TO:
Santa Ana

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Ken Leech Sentencing on October 20, 2026

Dear Judge Woods:

I write as a friend of Ken Leech for over three decades. My spouse was a colleague of Ken's, and we remain friends with Ken and his family to this day.

Ken has never been a client of my firm, which I founded over 48 years ago. My practice has focused on civil matters and I remain an active member of the California State Bar. [redacted]

The reason for my letter is to address the issue of Ken's sentencing following his guilty plea to the change of obstructing a proceeding of the Securities and Exchange Commission. In my experience, this is not indicative of the fine person who I know. Ken is an honest, hard-working and dedicated professional. He is an outstanding husband and family man.

Knowing the long hours Ken worked, how hard he worked and how professionally he handled the responsibilities of managing other peoples' money, I can say that in my opinion, he is an honest man who possesses great personal integrity.

Observing Ken as a father over the years, I have had the opportunity to observe the positive impact and inspiration which he has provided to his children. Stephen and Catherine are fine young adults who are a testament to Ken and Eileen's outstanding personal qualities.

Much of the financial security which my family has today is due to the professionalism, brilliance and hard work of Ken Leech.

It is my hope that the court will give weight to Ken's outstanding qualities, life accomplishments and help for so many others, when making its decision on sentencing.

Respectfully,

James G. Harker

JAMES G. HARKER

# Exhibit 130

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Peggy Harlow, and I am writing to you on behalf of Kenneth Leech, a much-admired friend. I am aware that Ken has plead guilty to an offense that is before you and I wanted to share my feelings about who Ken is as a man of strength in character in hopes you will take this into consideration in his sentencing.

I have known Kenneth Leech for almost forty years. I met Ken through his brother-in-law, Paul Stueck. In 1986, I was a senior in college, and I had been dating Paul for only a month when I was invited to Thanksgiving with the entire family including Ken. From day one, Ken, along with his wife and their extended family welcomed me and allowed me to be a part of their lives, sharing in all of life's events: family vacations, holidays, graduations, weddings and children and grandchildren's births.

Ken and I are part of an esprit-de-corps consisting of his wife's siblings' spouses and partners. Ken and I are kindred spirits as early morning risers. When visiting from out-of-state, I often spent quality time with Ken in the quiet of the early morning as he was having a cup of coffee before setting off for a job that he loved. As an indirect family member, I feel I have seen and can appreciate the man behind the title of husband, father, grandfather, or CIO without bias.

Over the years, I have been witness to many acts of Ken's generosity. No doubt there are other letters attesting to the direct kindness that Ken and his wife have bestowed upon individual family members, friends, employees, and good causes. Whether it was helping with his nephews' education, providing long term financial and emotional support for elderly relatives in memory care, or other thoughtful acts.

I know Ken Leech to be a kind, generous man whose priorities are his family, his faith, and his strong work ethic. Ken is someone who lifts people up and helps them along in life with no grand gestures requiring acknowledgement, but in a genuine way, asking for nothing in return. He is a selfless man who would do nothing to jeopardize his family or

his career. Therefore, the current situation is very much out of character for the man I know.

I ask for your grace and leniency with Ken's sentencing so that he can move forward and continue to bestow his kindness and generosity to others.

Sincerely,

Peggy Harlow
4201 Peaceful Ln
Lanexa, VA 23089

# Exhibit 131

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

I appreciate your time in reading my letter of personal character on behalf of Ken Leech. My name is Brandi Higginbottom, and I am one of Ken's nieces and the oldest of all the children in the family. I currently reside in Evans, Georgia, which is part of the Augusta, Georgia, area. I am 52 and have an established family with my husband of 31 years and two adult children. I have been a high school counselor for 20 years with the Columbia County School System and work with the at-risk population.

I do understand and acknowledge that Ken has pleaded guilty to an offense; however, I would like to give you a little insight into the person Uncle Ken is and has always been to our family. I do hope that you will consider this letter of character in making your decision regarding sentencing.

Uncle Ken has been in my life through marriage since I was twelve – so for around 40 years. I was the first grandchild and niece in the Leech family, but Uncle Ken made me feel like I was always part of the family. When I was fourteen, we visited him that summer in New York City, which was my first time ever experiencing the city. He took me around New York City and showed me the impressive sights including… Broadway, shopping, and restaurants. It was important to him to make sure I had the perfect experience in NYC!

Later in my life, when I had my children, he was sending them Christmas and birthday gifts and asking how they were doing. Then, when my oldest child graduated from high school in 2018, her graduation present was a visit to California, specifically Los Angeles. My husband and our two children stayed the week with Uncle Ken and Aunt Eileen in Pasadena. We were treated as "royals" and went to some of the most iconic placed in Los Angeles, all on his dime. My son, who was sixteen at the time, was only interested seeing the Dodgers play the Braves. Uncle Ken made sure we all had tickets to see the Braves play the Dodgers, since that was my son's only request. My daughter who graduated high school in 2018 is about to graduate from Mercer Law School. She still talks about this experience and Uncle Ken's generosity in creating this momentous memory for the family. My husband and I are so thankful yfor Uncle Ken's kindness and generosity in hosting us and taking us around Los Angeles.

Judge Woods, I am asking you to consider this letter of character for Uncle Ken when you determine sentencing. He is a kind, passionate, and fun person who loves his family and friends. Uncle Ken is now retired and has young grandchildren that he would like to be there for and possibly take to New York City and Dodger games one day! Again, I appreciate your time in reading my letter.

Best Regards,

Brandi Higginbottom

Brandi Higginbottom
[redacted]
Evans, Georgia [redacted]

[redacted]

# Exhibit 132

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

I am aware that Kenneth Leech has recently pled guilty to an offence, and I write to you on his behalf to provide information that I hope you will consider in making a decision with regard to his sentencing. Catherine Leech (Ken's daughter) and I were roommates in college and she and I have remained best friends for nearly twenty years, over the course of which I have grown to know Ken well. I am a lawyer, 37 years old, and live in Washington, D.C. with my husband, young daughter, and two dogs.

First, Ken has always been enormously generous. Beyond monetary generosity, such as his obvious enjoyment in paying discretely for meals before the check arrives or his charitable foundation work, he is also generous with his time. As a naive college sophomore, I once asked him for investing advice. He took me seriously, and explained low-fee index ETFs to me, recommended a book that provided further background at a level that was just right for a precocious but uninformed college student, and gave me the name of two big financial institutions that provide a range of entry-level index funds. The lessons he gave me then continue to serve me well.

Second, Ken is a hard worker who is passionate about his work. He got up before dawn in California to catch the opening of the markets in NY, working long after sunset. Perhaps a decade ago, Catherine told me he was considering retiring, but I was not surprised to learn shortly thereafter that his company had prevailed upon him to stay and take on even more duties. To be quite honest, if it were not for these proceedings, I would not have been surprised if he worked another decade or more; he clearly found the work fulfilling and mentally stimulating.

Finally, Ken is a loving father and grandfather. He likes to tell about the time when Catherine was in grade school and, at a parent-teacher conference, her teacher said that she was the caboose of the class. Sensing Ken's indignation on his daughter's behalf, the teacher hurried to clarify that the great thing about the caboose is that it may be at the back, but it is still with the train. Ken tells this story with obvious love for his daughter's unique and whimsical ways of looking at the world, and with pride for the fact that "the caboose of the class" went on to graduate from Yale. When asked (repeatedly) at Catherine's baby shower what his "grandparent" name would be, he ruefully admitted that he would like to be "Granddad" but that his grandkids would ultimately be the arbiters of his new name. [redacted], as the first grandkid, approved the name, and Ken has been a loving and supportive "Granddad" to [redacted] and [redacted] His absence would be devastating for them and leave a hole in a tight-knit family.

I hope this information is helpful in making a decision regarding Ken's sentence.

Respectfully,

Cassandra Kildow
[redacted]
Washington, DC [redacted]

# Exhibit 133

July 20, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

Thank you for the opportunity to introduce myself and to write to you on behalf of Ken Leech. My name is Kimberly Kinder; I was the Chief Financial Officer at Flintridge Preparatory School from 1990 until my retirement in 2020. An independent school, Flintridge Prep is a non-profit, serving grades 7 through 12, in La Canada, California. For almost half of my tenure at the school, I had the distinct privilege and honor of working with Ken Leech, for thirteen years, from 2007 through 2020, during which time Ken wore multiple hats: board of trustees' member, board finance committee member and chair, audit committee member, treasurer of the corporation, and board portfolio advisory committee member. For context, the standard term for a board member at the school was six years and, as a 501(c)(3) organization, board membership was an unpaid volunteer commitment. Trustees tended to coordinate their six-year board tenure with their son's and/or daughter's enrollment at the school. Ken did become a trustee when Stephen, his son, was a student entering his junior year, in 2007. However, well after Stephen's graduation in 2009, Ken's dedication to the school extended for over a decade. Ken's duty of care, loyalty, and range of contributions to school governance was truly exceptional. He was also a generous donor. If nonprofit board members are encouraged to guide an organization with their time, talent, or treasure, Ken stepped up in every possible way.

I understand that Ken has pleaded guilty to an offense for acts that are at variance with the Ken I knew. I hope this letter helps convey the Ken with whom I worked for more than a decade and can aid with decisions regarding leniency in his sentencing. When I reflect on those years, his qualities which come to mind are wisdom, altruism, steadiness, integrity, gentleness, modesty, humor, generosity, diligence, level-headed thinking, and impartiality. As a fiduciary, Ken consistently brought these qualities to bear on behalf of Flintridge Prep but I recall two stories in particular:

> When Ken joined the board in 2007, the school already had a portion of its endowment invested, dating back to the 1990s, with the firm for which Ken worked. One of Ken's earliest recommendations to the finance committee, with

the goal of portfolio diversification and strengthening, was to transfer ½ of those funds to another financial investment house new to the school. Ken also advised on refinement of the school's overall portfolio strategy. His recommendations were implemented and proved to be extraordinarily valuable, in the best interests of the school, as the financial crisis and Great Recession unfolded from late 2007 through mid-2009.

As a board and finance committee member, Ken was not alone in his financial and investments expertise. Over the years, the school was fortunate to have an abundance of such talent, knowledge, and wisdom in the boardroom. Nevertheless, during the financial crisis, many board members were understandably concerned and vocal in recommending the school get out of certain markets and investments. At one particularly unsettled meeting, Ken quietly but persuasively steadied board members with his reminder of the school's long-term investment strategy for the endowment, even during such volatile times. He may well have preserved a substantial amount of the school's endowment that day. Ken continued to participate in the school's portfolio advisory board meetings for over a decade, until 2020, providing continuity and, also, orientation to new trustees who joined the board during his thirteen-year commitment to the school.

Since my retirement and Ken's departure from the school's board, he and I have not crossed paths. Nevertheless, he remains an exemplary figure from my professional life. I appreciate the opportunity to share my perspectives on Ken and hope you will consider these reflections in sentencing him.

Respectfully,

Kimberly Kinder

Kimberly Kinder
[redacted]
La Canada, California [redacted]
[redacted]

# Exhibit 134

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

I am writing on behalf of my first cousin, Ken Leech. Our mothers were sisters and we spent at least one or two vacations a year together since we were small children either in Kentucky or New York. Ken was always my favorite cousin because he never let anyone pick on me or take advantage when we were growing up.

Ken has always been the responsible cousin. He made sure we were always included in any celebrations and family activities. As the older cousin, he made sure we were all safe and happy whatever the situation.

Ken has always been a family man. As adults, he made sure we all stayed connected and often shared his time and resources to bring all the family together. He never let us know in advance and was always very humble about his contributions.

His immediate family was a major priority for Ken. He loves and supports his wife and children unconditionally as well as his brother and, of course, the rest of us.

Ken has always been patient and genuinely kind. I can remember many times he has shared his knowledge of sports, family history, and life experiences with me. His willingness to answer questions has always been appreciated, as well as his personal support. I am proud to have Ken as family and value his leadership role in our family.

Please consider my letter as a reason for leniency in his case.

Respectfully,

Karen Knezevich

Karen Knezevich
[redacted]

# Exhibit 135

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Holly McKelvey. I am a freelance illustrator living in Freiburg, Germany, and have known Catherine, Ken Leech's daughter, since high school. I was fourteen when I first met Catherine and subsequently began spending time at her home; over my years of close friendship with Catherine and my many visits to her home, I came to know Ken and his wife well.

What always impressed me was the generosity that Catherine's parents displayed to their children's friends, and I saw this particularly in Ken's quiet, kind and consistent presence. When we gathered at the Leech's home — sometimes five, sometimes ten teenage girls downstairs talking late into the night about everything and nothing — Ken would make sure we had enough to eat and drink. He always arranged an additional vegetarian lasagna or other meat-free option for me, despite me being the only vegetarian in the group. This small but consistent gesture made me feel seen and acknowledged, and represented how thoughtfully he looked after the people his daughter cared about.

Another memory that has stayed with me is Catherine's 18th birthday, when she wanted to invite us all to a Dodgers game. Ken immediately made this possible: he bought the tickets and accompanied us to the stadium, where he made sure we had drinks and hot dogs (again making sure I had my vegetarian alternative), as well as scoring cards so we could keep track of the game. I may not have had a clue how to score a baseball game, but even just holding the card made me feel included in the Leech family's love of baseball. After we were settled, he went to sit with friends elsewhere in the stadium, striking the perfect balance between making sure we were comfortable and having fun, and then giving us space to be goofy high schoolers in peace. It was a generous and inclusive gesture, and that balance spoke to how thoughtful, kind, and genuinely caring Ken was and is.

Another moment where Ken's thoughtfulness moved me was when we all went to a concert in downtown L.A. where parking would have been difficult, and public transport home afterwards would have felt unsafe as a group of high school girls out late at night. Without hesitation, Ken arranged for a professional driver to take our whole group there and home again. For me this was yet another way Ken shows up for his children and those close to them: he ensured that not just Catherine, but her whole group of friends that night were able to go out to an event safely, and enjoy the evening for as long as we wanted without the concern of how we'd be able to get back home afterward. We were always included in his gestures of care and he always made sure we were safe and looked after, even when he couldn't be there himself.

Years later, at Catherine and Nico's wedding in France, I saw that same warmth. In the evening after the celebration I went over to congratulate him on the wedding and on his role as father of the bride. I was a

bit tipsy and accidentally called him Stephen (Catherine's brother's name), whom I had just been talking to a few minutes prior. Ken didn't even blink, and just hopped right into conversation as if his name really were Stephen. I spent the rest of our chat over-correcting by saying "Ken" after almost every sentence. He didn't mention a thing, didn't let me feel embarrassed at all, and handled the moment with immense grace and kindness.

Ken may have been "just" a background figure to my friendship with Catherine, but I always perceived him as a loving and important part of Catherine's life. He was kind and curious about what I was up to when I saw him at their house or at other academic or social events, and it was impossible for me to experience the Leech family without feeling how much of an influence Ken's warmth, kindness and easy acts of generosity had. My most consistent experience of Ken was through the thoughtful acts of service and support he performed for Catherine and Stephen — gestures in which he so naturally included her friends as well.

The Ken I am familiar with is a man of quiet integrity and deep care for his family. Although I am aware that he has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission, this stands in clear contrast to the person I have encountered throughout my friendship with Catherine: a kind, diligent and quietly supportive father who stands at the center of the Leech family while welcoming in those around them without a moment's hesitation.

I ask that you take these qualities into account when determining the appropriate sentence. I hope the Court will show mercy in recognition of the kind of father and person Ken has consistently been to his daughter and to those around her.

Thank you for your time and for considering these qualities when determining the appropriate sentence.

Respectfully,

**Holly McKelvey**
Friend of Ken Leech's daughter
Freelance Illustrator
[redacted]

# Exhibit 136

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Carmel Mims, and I reside in Pasadena, California. I am 38 years old and the owner of Pet Porter Pals, a pet care business based in Pasadena.

Although I realize that Ken has pleaded guilty to the crime of obstructing a proceeding before the Securities and Exchange Commission, I am writing on his behalf to share information about him that I hope you will consider in making your decision with regard to sentencing.

I have had the pleasure of knowing Ken and his family since 2012. I was introduced to them through my mother, Pamela Mims, who assisted in organizing their paperwork through her consulting business. I quickly grew attached to their sweet black Labrador Retriever, Daisy, and began pet sitting in their home while they were out of town. When Daisy passed away, they eventually brought another pup, Beorn, into their family in 2016. I have happily provided weekly dog walks and pet sitting services for Beorn ever since.

What began as a friendship/business relationship between Ken and me, evolved into a bond that feels like family. Ken absolutely adores his wife and children, and they are all exceptionally close - frequently taking trips, attending sporting events, and celebrating holidays together. Over the years, Ken has graciously included my mother and me in their inner circle, warmly welcoming us to holiday dinners, birthday parties, sporting events, seasonal performances, and church events. We were never treated just as friends, we were treated like family. During these times, I have been able to get to know Ken more, and consistently witnessed his thoughtfulness, generosity, witty sense of humor, and deep devotion to his loved ones.

In 2013, I experienced Ken’s kindness first-hand when I was in dire need of reliable transportation. My car was having very costly, ongoing mechanical issues and I had no choice but to let it go. Ken graciously offered to sell me a well-maintained used car with very low mileage, for $250 - yes, two hundred and fifty dollars. The car was easily worth

thousands, which I certainly could not have afforded at that time. I cannot express how much of a tremendous blessing it was to not only have a fully operating vehicle, but to pay so little for one; it was unimaginable in the best way possible. I will forever be immensely grateful to Ken for his thoughtfulness and generosity during my time of need - both of which speak volumes about his character.

Thank you for your time and for considering my perspective as you determine Ken's sentence.

Respectfully,

Carmel Mims

Carmel Mims
[redacted]

# Exhibit 137

July 30, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

Thank you for taking the time to read this letter. My name is Harrison Moar, and I live in Bethesda, Maryland with my wife and our son. I serve as Senior Vice President for Marketing and Partnerships at the Cato Institute in Washington, DC. I am writing on behalf of my friend Ken Leech in the hope that what I share will be helpful as you consider his sentence.

I have known Ken for more than ten years. While we first met through my work at the Cato Institute, over time our professional relationship grew into a friendship. Ken and I discovered we shared a connection through upstate New York, New York sports, and a mutual interest in history and ideas. Those conversations gradually extended well beyond work, and I came to know Ken and his family through dinners at their home, Cato events, and time spent together outside the office. Ken always made time for people and often went out of his way in small but meaningful ways to show kindness. He knew I was a big Buffalo Bills fan, so he invited me to a Los Angeles Rams—Bills game with him and his son, Stephen. We spent the day talking about sports, history, family, and life.

During the past ten years, I also came to know his wife, Eileen, and their children, Catherine and Stephen, well. Spending time with their family only reinforced the impression I had formed of Ken over the years. Based on everything I have personally observed, the conduct to which Ken pleaded guilty is inconsistent with the man I have known.

When I think about why I wanted to write this letter, three memories immediately come to mind.

The first is the many evenings I spent around the Leech family dinner table. What always struck me was the atmosphere. Everyone genuinely wanted to be there. Ken was never loud or the center of attention, yet it was obvious how much his family respected him and enjoyed being with him. He never felt the need to dominate the conversation. Instead, he created space for everyone else to speak and simply enjoyed listening. As the years went by, I watched his family grow and change—from watching his children build their lives to seeing how excited he was to become a grandfather. It was clear that nothing meant more to him than his family. As I have begun raising my own family, I have often thought about that example. He showed me that you do not have to dominate a room to lead a family well.

The second is something that may seem small but has stayed with me over the years. At one Cato event, I watched Ken spend time talking with my wife. He asked thoughtful questions about her work and interests, listened carefully, and made her feel like she mattered in her own right rather than simply as my spouse. That kind of attentiveness is uncommon. It reflected a genuine interest in other people that I saw consistently throughout our friendship.

Finally, I have always appreciated Ken's curiosity. I rarely remember conversations where he was trying to impress anyone with what he knew. More often, he was asking questions, listening, or exploring an idea together. Whether we were talking about history, sports, current events, or our families, he approached conversations with humility rather than certainty. That willingness to listen is one of the qualities I most associate with him.

Because of my role at Cato, I also had many conversations with Ken about why he chose to support our work. What always struck me was that he never talked about recognition or influence. Instead, he talked about the responsibility of private citizens to support the institutions and causes they believe in. Whether someone agreed with Cato or not was almost beside the point. What mattered to him was that people willingly invest in organizations they believe make society better. Those conversations left me with the impression that his generosity came from conviction rather than personal benefit.

I recognize that nothing I have written changes the seriousness of the offense to which Ken pleaded guilty, and it is not my place to suggest otherwise. My hope is simply that this letter gives Your Honor a fuller picture of the person I have known for more than a decade: a devoted husband and father, a generous friend, and someone who consistently treated other people with kindness, humility, and respect. I respectfully ask that you take these observations into account in imposing his sentence and extend Ken leniency.

Respectfully,

Harrison E. Moar
Senior Vice President for Marketing and Partnerships
Cato Institute

[redacted]

# Exhibit 138

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007-1312

Dear Judge Woods,

I am writing this letter in support of Ken Leech as the Court considers his case. I understand that he has pleaded guilty and accepts responsibility for his actions. I write this letter to share my personal experiences with him and the character I have observed, so that you may take them into account for the sentencing.

My name is Clara Moriconi. I am a French woman in my late thirties. I am an engineer in the aeronautical/aerospace field, with more than 10 years of experience in big companies. My partner was one of the groomsmen at the wedding of Ken's daughter in Pasadena, California, in 2018. He is also French. Through my partner's connection to the wedding party, I was invited to attend the celebration that lasted for a couple of days in Pasadena, along with other French friends of the groom and their partners. That was the very first time I met Ken.

Although I was essentially a guest from abroad who had never met him before, I felt genuinely welcome from the moment I arrived. Throughout the wedding, he ensured that I was fully included in the celebrations alongside everyone else. One thing I particularly remember, and that I was very happy about, is that, without asking for anything specific, he arranged for me and another French guest accompanying a member of the wedding party to participate in an activity during the bridal shower festivities—a visit to Universal Studios. Ken made sure that we would feel included rather than left on our own while the wedding events were taking place. It was a thoughtful gesture that demonstrated his kindness and consideration for people who were, at the time, complete strangers to him. I felt included.

A few years later, in 2022, my partner and I were invited to Ken and his wife's home in Pasadena for Thanksgiving, together with their family and a few close friends I was meeting for the first time. As a French person, Thanksgiving was something I had only ever seen portrayed in American television shows. They welcomed me to their family table just like everyone else. I felt honored to be there.

I contributed to the meal by preparing a homemade lemon tart. It was a simple dessert, but during the meal Ken personally told me how much he enjoyed it. That small moment reflected something I sensed when I first met him at the wedding: Ken truly appreciates simple and sincere gestures and makes people feel that their contributions mattered.

Across both experiences, I never felt like an outsider or merely someone's guest. Instead, I was treated with the same warmth, respect, and inclusion as people who had known Ken and his family for many years. Despite our brief acquaintance and the distance between our worlds, he made me feel like part of his extended family.

These experiences left a lasting impression on me, even years after. I hope these small, personal observations of Ken's good character will be of value to the Court when imposing sentence. I felt that Ken was a good person at heart, able to appreciate simple attentions, and willing to make everyone feel included as part of his extended family.

Thank you for your time and consideration.

Respectfully,

Clara Moriconi

[redacted]

# Exhibit 139

Dylan H. Morris
52 Roger Road
New Haven, CT 06515
14 September 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

I am writing to you on behalf of Kenneth (Ken) Leech. I am aware that he has pled guilty to obstructing a proceeding before the SEC and will be sentenced in your court. I hope that you will consider the reflections and information I am sharing here when making your sentencing decision.

I have known Ken well since 2011. Ken's daughter Catherine, our friends Eric, Cooper, Megan, and Cassandra, and I all lived together in a six-person dormitory suite during our undergraduate senior year at Yale University. This was the first time that male and female undergraduates had been permitted to share university housing. Ken was, of course, supportive. He wanted his daughter to live with good friends she trusted, regardless of gender.

I got to know Ken when he and his family graciously hosted our friend group in Los Angeles the week after we finished exams. I was struck by Ken's generosity, the warmth of the welcome he and his wife Eileen extended to Catherine's friends, and the gratitude he expressed to us for the ways we had supported and been good friends to his daughter.

Catherine and I remained good friends after graduation, and I have fond memories of chatting with and congratulating Ken during Catherine's 2018 wedding to her husband Nicolas (Nico) Dovetta. Here again Ken's generosity and commitment to family were evident. Nico is from Briançon, France. Ken made sure the Dovetta family felt welcome in LA and into his own family. He was similarly welcoming to all of Catherine's friends; he remembered us well, despite not having seen some of us since 2011.

I got to spend more time with the Leech-Dovettas when my wife Elizabeth (Lizzie) and I moved to Los Angeles in 2021. Catherine and Nico themselves had recently moved back to Pasadena after living in France (Ken had of course supported the move even though he missed them), and we were able to join them in celebrating the birth of Catherine and Nico's first child, a son named [redacted] I vividly remember attending a celebration of [redacted] first birthday (at a Dodgers game; Ken, his son Stephen, Catherine, and I all share a love of baseball), where I had the privilege of taking a family photo of Nico, Catherine, [redacted] Ken, Eileen, and Stephen. Ken and Eileen were and are clearly overjoyed to be grandparents, and to have Catherine, Nico, and their children living near them in Pasadena.

Lizzie and I had left LA by the time Catherine and Nico's second child, a daughter [redacted], was born. But we see Catherine, Nico, and their children whenever we have a chance to go back (for a wedding, work, et cetera). It is clear to me that Catherine and Nico are wonderful parents. Lizzie and I are expecting our own first child, and Lizzie has said repeatedly to me that she wants to emulate Catherine. I think that this is a tribute to Ken and Eileen's parenting of their daughter and to their presence as engaged but not intruding grandparents to [redacted] and [redacted] They are eager to be involved in their grandchildren's livesand to help their daughter and son-in-law, but also trusting and respectful enough that they to give Catherine and Nico the freedom to raise their son and daughter according to their own best judgement.

I know Ken first and foremost as Catherine's father and as [redacted] and [redacted] grandfather. He is a kind, generous, and loving father and grandfather, who values every minute he gets to spend with his family. I feel strongly that Catherine, Nico, [redacted], and [redacted] will all benefit greatly from whatever time they are able to spend with him, and that he will be grateful for all the time he gets to spend with them. With this in mind, I hope that you will consider being lenient when sentencing Ken.

Thank you very much for considering this letter.

Yours sincerely,

Dylan Morris

Dylan H. Morris

# Exhibit 140

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007-1312

Dear Judge Woods,

By way of introduction, my name is Aparajita Mudera, I am a finance professional of 15 years residing here in New York and both a colleague and friend of Ken Leech. I am writing on behalf of Ken, who I understand has pleaded guilty, but whose character I hope to provide some insight into, which I hope you will consider when deliberating his sentence.

I first met Ken through his son Stephen, who I consider a close family friend of ours, while on holiday in Morocco in 2023. My partner and I were there coincidentally as the Leech's, and they very kindly invited us to dine with them. As a woman working in the field of finance, I am often met with an incredible amount of machismo and arrogance when meeting senior men in finance. I was immediately taken aback by how humble, soft spoken and gracious Ken was, incredibly forthcoming with advice and wisdom and completely void of the braggadocio and posturing exhibited by many who have only accomplished a fraction of what Ken has. I recall fondly our conversation over dinner-his passion for his work and firm apparent, and his career advice invaluable. It struck me as refreshing and inspiring how someone with the level of success and skill that Ken has, was so modest and kept such a low profile- a rarity among contemporaries who flaunt their achievements and broadcast their opinions.

As a global macro portfolio manager myself, I can attest to how difficult it is in a volatile market to manage large and complex portfolios, much less run a firm alongside it, and I manage a fraction of what Ken did.  I can't even fathom the mental toll it must have taken. When you're under that much stress and when the market is going against you, it takes a toll on your sleep, your health and your cortisol is at its max. Your body is in a constant state of fight or flight. Having to manage the level of decision making that Ken had to, and deal with running a business at the same time is a feat few people are capable of. The complex products he was managing, the breadth of products that he oversaw, the time zones he had to manage are challenging for even the most seasoned traders. Even though

he had a team under him, ultimately, as the CIO this was all his responsibility – that's a lot of people, egos and risk to manage, which is hard at the best of times. The fact that he was able to juggle all of these for years and maintain his calm, collected and kind demeanor speaks volumes as these environments and situations have turned lesser men into truculent individuals.

Ken has always been a foundational figure of the industry who never sought the spotlight. For all his achievements, he has always chosen to help those around him without the praise and attention that others in his position seek. He conducts himself with the utmost integrity and grace in all his interactions and above all he is one of the kindest people I have ever met. I implore you to take this into consideration when deliberating over his sentence and afford him some leniency as integrity of his character is nothing short of rare in this industry.

I appreciate you taking the time to read this letter and hope that you will take my words into consideration.

Yours Sincerely,



Aparajita Mudera

# Exhibit 141

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Auyon Mukharji. I'm 40 years old, and I am a musician and author. I've been writing, touring, and recording as a member of the internationally touring folk band Darlingside since 2009. My bandmates and I met at Williams College in Massachusetts, and we have been based in New England ever since.

One of the ways my band makes touring more enjoyable and sustainable is by staying at the homes of friends and patrons rather than hotels or Airbnbs. It was in this capacity that I first met Ken and his wife Eileen. My bandmate Dave is an old family friend of Ken's, and Ken had mentioned that he'd be willing to host us during our brief stay in Los Angeles back in August of 2016.

That first homestay blossomed into a decade-long friendship with the Leeches. Ken and Eileen have welcomed us back into their home several times since, feeding and housing not only us but also whatever ragtag group of folk musicians and crew we brought along on each visit. The Leeches have been generously and consistently supportive of not only our art, but also our well-being on the road. Our connection with them has grown well beyond a mere artist-benefactor relationship, and I'm honored to consider Ken and Eileen family.

I'm aware that Ken has pleaded guilty to an offense. I'm writing this note in the hopes that it adds another dimension of truth and identity to your judicial accounting. Thank you for the consideration.

Respectfully,

Auyon Mukharji
[redacted]

# Exhibit 142

July 16, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

In advance of his scheduled sentencing, I offer for your consideration my insight into the character of Ken Leech, a dear personal and family friend for some 46 years.

My name is Kevin Murphy. I am 72 years old and live with my wife in central New York. I graduated from the University of Virginia School of Law in 1979. My legal career began as an assistant district attorney in Kings County (Brooklyn) New York. After five plus years as a prosecutor in Brooklyn, I was one of the first attorneys hired for the newly formed United States Department of Justice Environmental Crimes Section. As a member of the Crimes Section, I prosecuted criminal environmental cases from coast to coast and border to border, often times the first time such offenses were prosecuted criminally not only in the subject district but anywhere in the nation. After leaving the Department, I transitioned to private practice in Connecticut and New York with a primary focus on environmental litigation, including environmental criminal defense. As my career winds down, I can report it has been an amazing, wonderful, hard, at times humbling, challenging, and fun experience that has taught me much about the world we live in and who we are as a people -- some amazingly good and others not so much.

I first met Ken in New York City on or shortly after February 16, 1980 – coincidentally, the day I first met my wife. We met through a mutual friend and were two of a group of -- party hard but work even harder -- young professionals finding our way in the world. From the first day we met, Ken stood out. He was a thoughtful and caring young man always interested in what you were doing and how he might be able to help you. I knew from the start he was a good man and a good person. None of that has changed.

We and our future and current spouses became true friends, people with whom we could celebrate our joys and who would stand with you through difficult times. We became family to each other. We celebrated holidays together and later, birthdays and vacations with all the kids. Ken has always been the salt of the earth, someone doing the right things for the right reasons.

Taking care of people and others in so many ways and always without being asked. Simply stepping up and doing the right thing.

Ken is the godparent of our middle child. We asked Ken to serve in that role because we could think of no better choice of someone who could guide our child in moral and religious matters and overall serve as a lifelong mentor and supporter. He was an excellent choice and has flourished in that role, indeed, a role model for all of our children.

Ken is a devoted husband and father. He has always been committed to and caring of his family and the well-being of his parents and to this day, his in-laws, and makes sure to find the time to travel and visit with distant senior family members.

These may seem to be small things but when done over a lifetime and done selflessly his good character is writ large.

I will confess that when I learned of the charges against Ken, I was shocked. That is not the person I have known for so many years and not the person I know he will be in the future. No matter the irreparable damage suffered, in the eyes of those who do not know him, to his reputation, his character and his career, my family and Ken's other good friends and family have and will continue to rally around and support Ken, the individual, because of the life he has lived, his caring for others, and the man of character we know him to be.

In consideration of a life so well-lived, and Ken being one of those amazingly good people I have had the good fortune to know, I ask that you consider the above in advance of whatever sentence might be imposed and whatever it might be, that it be seasoned with mercy.

Thank you.

Respectfully,

Kevin C. Murphy
[redacted]
Fayetteville, NY [redacted]
[redacted]

# Exhibit 143

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Kevin Murray. I am a founding board member of Autism Speaks and its predecessor, the Autism Coalition, and I have known Ken Leech for more than thirty years, both personally and professionally. I understand that Ken has pleaded guilty to obstructing a proceeding before the Securities and Exchange Commission, and I am writing not to comment on that matter, but to share what I know of Ken as a person, in the hope that it may be helpful to you at sentencing.

Over the three decades I have known him, Ken has consistently shown himself to be a kind and caring person who supports the causes and people around him. When I founded the Autism Coalition, Kenny was among its earliest and most generous supporters, stepping forward without hesitation and asking nothing in return, and he continued to support our community, remaining genuinely concerned about the challenges it faced. I have also known Ken professionally: in the 1990s we explored working together in fixed-income, and I found him thoughtful, deliberate, and genuinely open to new ideas, never needing to be the smartest person in the room. He listened more than he spoke and cared more about getting the right answer than being right himself. To me, Kenny has always embodied intellectual curiosity over intellectual or possessory bravado, a rare quality in our business, then and now.

Based on my more than thirty years of knowing Ken, both as a friend and as someone I nearly went into business with, the conduct underlying this case is inconsistent with the man I know: generous, curious, humble, and genuinely caring about the people and causes around him.

I respectfully ask that the Court take this letter into consideration at sentencing and show Ken leniency. Thank you for your time and consideration.

Respectfully,

Kevin Murray

Founding Board Member, Autism Speaks

# Exhibit 144

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Ken O'Brien. I have been a longtime friend of Ken Leech. I understand that Ken has pleaded guilty to an offense. I am writing to provide information on Ken that I hope you will consider when deciding sentencing.

Prior to moving back home to California, after graduating college, I spent years in New York playing football. I hope you are a Jet fan! Since the end of my playing career I have worked in the Wealth Management world of Family offices. Currently, I am helping coach a high school football team and loving every second!

Home is where I first met Ken. I have seen Ken in social and business settings over the last 25 years. In every instance, Ken has been a true gentleman and engaging friend. Many times I have witnessed Ken's generosity in helping and being kind to others. At one Rose Bowl get together, he welcomed many who were not as fortunate and let them enjoy his hospitality. I remember him asking others to feel free to join his group and watched him make these folks feel at home. He would always be the first to ask about my family's well-being. Ken and his wife, Eileen, are a loving couple. They always radiate the close relationship they share and the love they have for each other. Witnessing these type of actions makes me evaluate how I approach others and present myself. Ken always seems to take the high road and makes himself available for others. These actions come to him naturally as this is how he lives his life. He genuinely has a kind heart and enjoys people and helping them.

In summing up, I feel fortunate to call Ken Leech a friend. He is a special person who has always put others above himself. This thought reminds me of what my Dad would preach to me – treat others as you would want to be treated.

Judge Woods, thank you for taking the time to read this. I hope this letter provides background on Ken and you can take this information into consideration while imposing sentencing and be lenient.

Respectfully,

Ken O'Brien

Ken O'Brien

[redacted]

Manhattan Beach, CA [redacted]
[redacted]

# Exhibit 145

ATLAS NETWORK

901 N. Glebe Road, Suite 1200
Arlington, VA 22203

August 21, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

I'm writing in regards to a case involving Ken Leech. I understand that he has pled guilty to an offense and I'm writing to provide some context about his character and his commitment to doing the right thing.

I've known Ken for some years, going back more than 15 years, mainly in the context of intellectual discussions about economics, morality, and history. Over the years I ran a series of seminars on the political economy of free societies, which mixes ethics with the social sciences. Ken and his wife took part and we also met a few times on other occasions to discuss the "state of the world" and its problems. (I'm at a conference this week at which I delivered this morning two talks on social ethics and the extended order.) I've written journal articles and books on these and related topics (most recently two academic books on development economics) and I have a B.A. in liberal arts (St. John's College), an M.A. in philosophy (Catholic University of America), and a D.Phil. in politics (Oxford University).

I have clear recollections of discussions with Ken and his wife and a number of others, including other people in the financial services industry, about the foundations of good conduct and prosperous social orders. I'm rather inclined to the thinking of David Hume and Adam Smith and I remember that the topic of the "impartial spectator" that Smith described was one of our discussion topics. My take-away regarding Ken from those discussions is that he takes ethical obligations quite seriously, that he understands not only the importance of trust, but the deeper importance of *trustworthiness*, and that he would have easily passed the test of the Ring of Gyges, namely, that even if one were 100% certain that one could "get away" with an infraction, the malefactor would still know what he or she had done and that that inescapable knowledge would be sufficient to keep Ken on the straight and narrow.

It's the bread-and-butter of discussions of moral theory – whether virtue ethics, utilitarianism, categorical imperatives, or other theories – for people to discuss exceptions and to raise weird

and niggling "special cases." Ken seemed to be uninterested in such thinking. The right thing is the right thing and when unsure what the right thing is, get expert opinion. But if you know what the right thing is, you're obligated to do it, regardless of your interests, what others will think, and so on. I believe that Ken is the kind of person who wouldn't cut ethical corners. The acts to which he pled guilty seem, to me, at least, inconsistent with what I have known to be his ethical commitments and to the character he displayed in our interactions.

I'm not an expert in Ken's business (I recently hired an advisor to manage my modest retirement assets), but I think I know him well enough to know that I could trust him 150% to follow law and morality scrupulously and that if I were rich enough to need his assistance, I'd know that he would treat my assets fully in accord with justice, morality, and law.

I travel a good bit, but if you were to wish to discuss this further, my personal email is [redacted] and I'm reachable on WhatsApp or telephone at [redacted]

Submitted respectfully,



Dr. Tom G. Palmer
George M. Yeager Chair for Advancing Liberty
Executive Vice President for International Programs

# Exhibit 146

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Julie Powell and reside in Sarasota, FL and spend summers outside of Cleveland, OH. I am currently retired but spent the majority of my career at the Federal Reserve Bank of Cleveland and a short period at the Federal Reserve Bank of Dallas. My focus was on financial analysis of banking organizations.

I have known Ken for over 60 years. He is my first cousin as our mothers were sisters. Growing up we spent family holidays or vacations together at our home in Kentucky or at the Leech home outside of Syracuse. As we have gotten older we continue to stay in touch through several family reunions, funerals, weddings and occasional visits.

Ken has always served as a family leader. He has helped many of our family with advice on many topics from senior living care to career advice. I personally asked for Ken's advice on some career direction choices. His counsel and willingness to support others has been greatly appreciated.

Generosity is central to the definition of Ken. While Ken acknowledges his financial success, he is quick to provide accommodations, dinners, and travel for family. Ken self-initiates these financial gifts quietly and without our prior knowledge.

When I think of Ken I think of his story telling prowess. He has great stories from his life experiences that often can include self-deprecating notes. Lastly Ken is a high level bridge player and has enjoyed competing in bridge competitions.

I have discussed Ken's case with him and his decision to plead guilty to the felony charge. Ken is genuinely saddened by this situation. In keeping with his personality, Ken would not want any unfavorable attention and would never want to tarnish his name or bring any negativity to his family and friends. Ken's immediate family are the core of Ken Leech.

I appreciate the opportunity to write on Ken's behalf and hope my comments are impactful to your sentencing process.

Respectfully,

Julie A. Powell
[redacted]

# Exhibit 147

July 10, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Sandra Powers, and I am writing to you on behalf of Ken Leech in advance of his sentencing. I am a director, writer, and animation editor based in Los Angeles, California. Over the course of my career I have been nominated three times for an Emmy Award and once for the Annie Award, and I have worked as a lead film editor for Disney, Netflix, Nickelodeon — including Marvel's Moon Girl and Devil Dinosaur, and Dora the Explorer.

I am aware that Ken has pleaded guilty to a criminal offense, and I do not write to make light of that or of why he stands before you. The purpose of my letter is solely about the Ken I have known for over fifteen years, in the hope that it helps you see him more fully as a person.

He has been incredibly generous over the years, but one chapter stands out above the rest. A few years ago, my home was undergoing major repairs. The disruption dragged on far longer than expected, and the strain of it began to take a real toll, not only on my daily life, but also my personal, which was under more pressure than I knew how to carry at the time. When Ken learned what I was going through, he did far more than offer words of support. He opened his home to me. He gave me a place to stay, made sure I had meals, and, more importantly, checked in on me regularly to make sure I was doing okay. From the moment I arrived, he wanted me to know that I was welcome and that his home was my home for as long as I needed it. His concern for my wellbeing during those weeks was steadfast and genuine, and it gave me the support and care I needed to find my footing again. When I was finally able to return home, I was in a much better place than when I had arrived. I am deeply grateful for the refuge Ken gave me during one of the most difficult periods of my life, and I will never forget the generosity and compassion he showed me when I needed it most.

Ken has been to me someone who shows up for the people he cares about, quietly and without being asked.

I respectfully ask that you take this letter into account, and that you show Ken whatever leniency you believe is appropriate, as you decide his sentence. Thank you for allowing me to share this with you.

Respectfully,

Sandra Powers
[redacted]

# Exhibit 148

Arthur S. Rupinen
[redacted]
Springfield, VA [redacted]
August 11, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is Arthur Rupinen, 65 years old and recently retired, living in Springfield, VA. I am a 21-year veteran of the United States Army, with an additional 21 years spent as a contractor supporting the Department of the Army and Office of the Secretary of Defense (Intelligence and Security) staffs at the Pentagon with Intelligence and planning, programming, budgeting, and execution subject matter expertise.

I am submitting this letter in support of Ken Leech, who is being sentenced by you (currently scheduled for October 30, 2026) as he has pleaded guilty to the crime of obstructing a proceeding before the Securities and Exchange Commission. I know Ken because he had the good sense to marry my first cousin Eileen Leech, who I have been close to since our youth. I would like to provide my observations and knowledge of Ken that I hope will be considered by you as you decide on his sentencing.

I have known Ken since the 1980s, when he married Eileen, and I preface my input to you as it is based in many cases on my exchanges with Eileen over the past four decades. I believe it is relevant as Eileen and I have had many conversations during that time where we updated each other on what was going on with our extended families. My impression is that Ken and Eileen are partners in marriage, so whatever they do has the support of both. And what she's told me and what I've observed are in keeping with my basic premise that the crime Ken pleaded to isn't representative of him – at all.

I've met many wealthy families over the years, and in many cases it becomes apparent to me very quickly that they have money. Not at all the case with Ken and Eileen; Ken may have done well, but they are pretty discrete. When I've asked, or as part of family updates, Eileen has talked about their generosity, but otherwise I'd never have known how much they have given in support of their family, their community, and a number of charitable organizations. A few examples. First, my Godparents (Eileen's parents) had some financial issues later in life. Ken and Eileen bought them a condominium and from what I can tell pretty much covered their

living expenses. They also bought a condominium next door for Eileen's youngest sister, so that her parents would have support as needed, support (for her mother) that continues to this date. Unfortunately, my Godfather developed dementia later in life. They could have put him in a local VA facility, but that's not how they work. Instead, they found the best facility available, and then when he started having some violent outbursts, paid for additional staff so that he could remain in the best living environment possible. From my talks with her and my own support of my mother through her journey with [redacted], I know that level of care was a significant cost. They additionally provided both financial support and their time to assist Ken's parents as they aged, as well as at least two or three of Ken's Aunts.

I recall Eileen's brother John mentioned to her his concerns with the local NJ high school he would have to send his boys to; Ken and Eileen covered the cost of tuition for an independent high school, where both thrived. After the Eaton Wildfire in California last year, they donated a very large amount from their charity to help rebuild the local community. There are plenty of other examples of the works of the charitable organization they established, without a word to anyone. Just do it and move on.

Eileen told me years and years ago that Ken was trading early in life, that he really liked working with financial numbers, and was good at it. When I'd see Ken at gatherings, he was often off to bed early so he could get up – I think it was around 3 – to see what the overseas markets were doing. Eileen remarked to me once (again, years ago) that Ken really stressed over how his clients' funds were doing, that he didn't want to let them down. My observations of Ken and that comment by Eileen led me to invest in one of the Western Asset bond funds - and that fund did significantly better than any of the other bond funds I had (I cashed it in a few years later to help cover one of my six children's college tuition).

The two rented a nice, but not what I would consider stand-out, house in the Los Angeles area until Ken became a higher-ranking officer in his company – Eileen mentioned that he was then counseled by a senior at Western Asset that he needed to buy a place that better reflected his position at the company, and so that he could properly entertain when needed. Had that 'counseling' not happened, I think they'd still be in that rental, as I have never seen Ken or Eileen fixated on having a particular amount of square footage or material things. Rather, Ken has always seemed like a family-oriented guy, one who would rather be home than at some gala or other outside social event. He's a very quiet person. I asked Eileen what he was doing in recent months with all that has happened, and she noted that he plays bridge. I've played bridge in the past, and I realize that's another reason I like him. You trust your partner, you follow the bidding conventions you agreed to, you don't cheat, you respect the people you are playing against. It's a very numbers/percentages focused game, and exactly what I'd expect Ken to enjoy.

On a personal level, Ken and Eileen have hosted my family on a few occasions as we crisscrossed the globe during my Army career, and their house and hospitality provided a much appreciated stopover as we returned from South Korea and traveled to and from a tour in Hawaii – once when they weren't even home, and just arranged to get us a key. And I still recall that time, as

we were getting in from Hawaii after a long travel day, exhausted by the time we got to their house, and my children (four at the time) were starving. Ken and Eileen were living in their current house, which is in a very, very nice community. Kids wanted... Dominoes. I called, wondering to myself what the neighbors might think of a Dominoes deliveryman coming into such an upscale community. When I gave the house phone number, the person taking the order said "Oh, the Leeches! No problem!" – instant relief, and yet another clear signal to me that Ken and Eileen are ordinary folk. Separately, when I was on temporary duty from the Pentagon to California, Ken and Eileen hosted me for the afternoon and brought over the family in the area to visit. It was a wonderful start to a business trip, and typical of their generosity and love of family.

I'm not sure the above adequately conveys how I feel about Ken. He's been a wonderful father, a good husband, and a very quiet mannered and generous man. Ken has never appeared to me to be someone looking out for himself, particularly at anyone else's expense. No looking for the limelight, no talking about all the good he and Eileen have done. He talks about his children (whom they both are very proud of) and his grandchildren. In light of all I have heard and seen over the past four decades, while I understand he's pleaded guilty to this charge – this isn't Ken. This is an anomaly, not representative of him or what he's done throughout his life. As I noted when I began this letter, I hope you will take this letter into consideration as you decide on Ken's sentence; I am asking that you be lenient.

Respectfully,

Arthur S. Rupinen
[redacted]
Cell: [redacted]

# Exhibit 149

THE STERLING GROUP

*Registered Investment Advisor*

July 20, 2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

I am writing to offer a character reference for Ken Leech and to share my perspective based on knowing him through our church community for the past 20 years. I have served on the Finance Committee at Trinity Presbyterian Church for more than a decade, and currently serve as an Elder of the church the Chairman of the Finance Committee. As a member of this Committee, I have become familiar with the financial operations of the Church, and the impact that the Leech family has had on our congregation.

I understand that Mr. Leech has pled guilty to an offense and is now before the Court. While I do not seek to minimize the seriousness of the matter, I hope to provide insight into the character of the man I have come to know over the past two decades.

Ken and his wife Eileen have been faithful and humble members of our church since before I became a member, nearly 25 years ago. During that time, they have consistently demonstrated compassion, generosity, and a sincere commitment to serving others. Their contributions to the church have long supported our general operations, as well as our music program. Were it not for their generosity, I do not believe we would have been able to operate the chuch with a full-time pastor and a music director.

One of the qualities that stands out most about Ken is his humility. He approaches others with kindness and respect, regardless of their background or circumstances. While the circumstances that have brought him before the Court are concerning, I do not feel that they are representative of the character I have observed over the many years we have know each other. I know that Ken cares deeply about others, values personal responsibility, and strives to live with integrity.

I respectfully ask the Court to consider the positive impact he has on those around him as you determine an appropriate outcome in this matter.

Respectfully,

C. Hunt Salembier
Chairman, Finance Committee, Trinity Presbyterian Church

*225 South Lake Avenue, Suite 1075 / Pasadena, California 91101*
*Phone 626.440.5995 / Fax 626.440.5998 / E-Mail contact@tsgadvisor.com*

*Mr. Salembier, Mrs. Prince & Mr. Nahra are Registered Representatives with, and securities are offered through LPL Financial. Member FINRA/SIPC*

# Exhibit 150

September 14, 2026

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S Courthouse

500 Pearl Street

New York. New York 10007-1312

Dear Judge Woods:

I am writing on behalf of my friend and employer Ken Leech, in the hope that you will consider leniency in determining his sentence. Ken and his wife Elieen have been in my life for over six years now. I have been lucky enough to become very close with their entire family, including his mother-in-law, who is now like a mother to me. I met Ken and Elieen through Elieen's sister Flo, and from the moment we met they felt like family. Getting to be a part of birthdays, Christmas celebrations, and family milestones. I have been a happy outsider looking in on a beautiful and strong family. Ken was always the one to keep to himself, but we would always find something to laugh and talk about.

Last year when the Eaten canyon fires hit, I unfortunately lost my home and all of my belongings. Ken and Elieen did not hesitate to donate to me. Not once but twice. During this time of extreme loss and tragedy, I did receive a lot of support. But as the months went by, people started to forget. I began the process of looking for an apartment about four months ago. I was feeling extremely overwhelmed financially. I was getting to the point where I wasn't sure if I could do it. Then one day, when I went to walk their dog Beorn, Ken and Elieen gave me a gift. A care package, as well as a generous monetary donation. I couldn't believe it. The generosity that was being shown to me after an entire year had gone by since the fires. All of the sudden I didn't feel lost or forgotten anymore. It's something that I will be eternally grateful for and will never forget.

Ken has always been an extremely kind person to me and to those around him. He has made a very positive impact on my life. He was there for me at one of the hardest times of my life. I understand that Ken has pleaded guilty and with that the importance of taking accountability for one's actions. I only wish to give my perspective in hopes to provide a broader picture of who Ken is. I am forever grateful to Ken and truly wouldn't be where I am now without his generosity and kindness.

Thank you for taking the time to read this letter and for considering my perspective.

Respectfully,

Madison Serr

[redacted], CA [redacted]

# Exhibit 151

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl St.
New York, New York 10007-1312

August 15, 2026

Judge Woods,

My name is Tavo and my main business is Chiquita Bonita, a Mexican restaurant in Pasadena that has been in my family for about 43 years. I also love baseball and coach Little League in the area though I don't have kids who play.

I met Ken Leech 30 years ago when I had the privilege to coach his son, Stephen, in Little League. What impressed me about Ken most was he never missed his son's games. This is before even talking about how demanding Ken's job was. My parents never came to my games so I know how much it means. Stephen loves baseball and I got to coach him for 7 years from age 5 to 12, the best 7 years of my life. Ken and his wife raised a great young man who is the favorite player I've ever coached.

Over the years, we developed a real friendship that continued even after I stopped coaching his son. Ken never forgot about me. I felt like I was his younger brother or maybe his oldest son. I was invited to many events and Dodger games, including his 50th birthday. Ken also hosted our baseball team party at their home one year. Whenever I tried to return to the favor, he wouldn't have it. I never had the money Ken has, but what I like about Ken is that regardless if you had money or not he treated you the same always, since I have known him. Ken is simply an outstanding human being.

I'm 50 years old. There has not been a lot of role models in my life, but Mr. Leech is one of them. I would take a bullet for him. He's not just my friend, HE'S A GREAT MAN. I ask that you consider his character in sentencing him.

Thank you for your time,

Octavio Serrano
Owner of Chiquita Bonita
3565 E Colorado Blvd
Pasadena, CA 91107

# Exhibit 152

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods:

My name is Alison Peabody Southwell. I am a 43 year old opera singer and mother to two young children. My family and I live in Pasadena, CA. It is my understanding Ken Leech has pleaded guilty to a serious offense, and he is to be sentenced. It is difficult to express how inconsistent this crime is to the man I have known and admired most of my life. I met Ken Leech when I was 10 years old. His children attended the Sierra Madre Community Nursery School where my mother, Joan Southwell, was their teacher. What began as an easy kinship at family events with the preschool developed into a lifelong friendship and artistic bond between me and their daughter Catherine, who, like me, trained and became an opera singer. Through the decades of close friendship with Catherine I have been witness to this family in many areas of our community - our schools, our church, our cultural centers and our homes. Ken is a pillar in each; never one to demand focus or hold court, but a kind, steady and generous presence.

While Ken's warm impact is felt widely within our community, it is within his family that the goodness of the man is measured. They utterly adore him, as he adores each of them. I have always recognized the rarity of their love, as it reminds me of the unconditional love my mother gave me all my days before her untimely death in 2017. Life is precious, volatile and short. I struggle to imagine his wife, his adult children or his very young grandchildren weathering any period separated from Ken without heartbreak. His family needs him very much and he needs them near. Please consider a just sentence without undue punishment to those who dearly love him.

Respectfully,

Alison Peabody Southwell
[redacted]
Pasadena, CA [redacted]
[redacted]

# Exhibit 153

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Woods,

My name is JJ Stueck, and I am Ken Leech's nephew. I am 25-year-old investment consulting who resides in northern New Jersey. Ken Leech is my uncle and has always been a close family member who has consistently treated me and the rest of my family with kindness, love, and extreme generosity. I recognize that Uncle Ken has pleaded guilty, and I am writing with the hope that I can provide you with information about him and his character that you might take into consideration regarding his sentencing. I'm writing to sincerely express my support for Uncle Ken. Unquestionably, he is someone I'm grateful to have had in my family throughout my life and I am proud to call him my uncle.

Growing up, I consistently witnessed his character on display across our family, always going out of his way to take an interest in everyone's life and showing curiosity to learn more about each individual. Speaking personally, as I grew older, I became even more cognizant of his warmth and selflessness. I would like to recount just a few of the many ways Uncle Ken went out of his way to support me and act as a mentor as I went through college and began my professional career.

The first instance that comes to mind was his willingness to help me with my internship and job hunt during college. Uncle Ken spent a substantial amount of time not only helping connect me to a quality internship where I could learn, develop, and grow, but also going the extra mile to speak with me and parse through and explain the different areas of finance I might be interested in. His patience and willingness to do this for me were essential in inspiring me about my career and exciting me to pursue opportunities in the financial world. Most recently, this past winter, he took the time to offer guidance as I was navigating a job search and deciding between multiple career opportunities. Even while facing significant stress in his own life, he was still willing to be there for me.

Furthermore, Uncle Ken always made himself available to offer advice or help whenever I asked. Knowing he was almost always extremely busy, it's a testament to his character that he consistently and reliably took time to help me. Here are just a few examples of this attribute that I recall. First, I remember asking for guidance in the middle of my junior year of college about course selection and my degree path. I was trying to decide between a Finance or Economics major, or both. Uncle Ken broke down the key factors to consider in making that decision and did so in a way that took a situation I was very stressed about and made it simple to comprehend and decide on. Second, while visiting over Thanksgiving break that same junior year, I was preparing for an exam on options trading in my Security and Portfolio Analysis class. I explained how I was struggling to understand the concepts being tested, and within minutes, Uncle Ken was walking me through the basics of options

trading and breaking it down in a way I could easily comprehend. We spent a few hours throughout the weekend hammering home the strategies and mastering how they worked. After returning to school, I took that exam with supreme confidence, and thanks to my uncle's desire to help and the support I received, I earned an A.

Lastly, I want to reference one final attribute about my uncle that I think is important in understanding the type of character he has and the generosity that radiates within him. Every single time we flew out to Los Angeles to see Uncle Ken and the rest of the family, he made sure to make it special. This included countless dinners hosted at his house, taking the whole family to Dodgers games, including us in special arrangements for the Rose Bowl game, and so much more. Thanks to his generosity, he created incredible, lasting memories for me and the rest of the family every time we visited.

In summary, Uncle Ken's character is defined by his unwavering kindness, generosity, and commitment to supporting those around him. Throughout my life, he has consistently acted as a mentor, supporter, and source of guidance, offering his time and wisdom without hesitation. The compassion, selflessness, and integrity that radiate from him are deeply genuine and have left a lasting impact on my life and the lives of many others.

Respectfully,

*JJ Stueck*

JJ Stueck
Contact: [redacted]