MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

September 18, 2026

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

This firm represents Kenneth Leech in the above-captioned matter. Pursuant to your Honor's Individual Rules, we write regarding the proposed redactions made in Mr. Leech's sentencing memorandum as well as the letters accompanying the memorandum.

We believe our redactions do not require the Court's approval per Rule 7(D)(i) of the Court's Individual Rules of Practice and Rules 21.3 and 21.4 of the SDNY ECF Rules and Instructions. We note that in the limited instances listed below, we have redacted information relating to medical conditions of several third parties. We respectfully submit these redactions are covered by SDNY ECF Rule 21.4, which provides for redacting documents that "contain . . . [m]edical records, treatment, and diagnosis." To the extent the Court concludes these redactions are not covered by SDNY ECF Rule 21.4, we respectfully request that the Court construe this letter as a motion to seal this information. *See United States v. Greenwood*, 145 F.4th 248, 256 (2d Cir. 2025) (approving of limited redactions on the basis of district court's finding that "the redactions in Defendant's sentencing submission [were] appropriately limited to Defendant and his family's medical information").

The three charts below reflect our proposed redactions:

**Sentencing Memorandum**

| Page Number(s) |
| --- |
| 18 |
| 19 |
| 22 |
| 28 |
| 42 |
| 46 |

**Volume I**

| Exhibit | Page Number(s) |
| --- | --- |
| 4 (Stephen Leech) | 2 |
| 13 (Andres Sanchez Balcazar) | 3 |
| 26 (Jae Choi) | 2 |
| 27 (Dr. Jennifer Chotiner) | 1 |
| 28 (Thomas G. Cook) | 1 |
| 32 (Michelle Eafanti) | 1 |
| 44 (Dr. Alan Green) | 1 |
| 54 (Darryl C. Leech) | 1 |
| 55 (Katy Leech) | 1 |
| 58 (Ernest Marchosky) | 2 |
| 65 (Karen Meidl) | 2 |
| 67 (Pamela Ann Mims) | 1 |
| 87 (Casey Stringfield) | 1 |
| 92 (Kathleen Stueck) | 1 |
| 101 (Joy Wright) | 1 |
| 102 (Dr. Lori Wynstock) | 1-2 |

**Volume II**

| Exhibit Number | Page Number(s) |
| --- | --- |
| 110 (Aurora Blum) | 2 |
| 122 (Lise and Gilles Dovetta) | 1-2 |
| 148 (Arthur S. Rupinen) | 2 |
| 167 (Vernon Hamilton Budinger) | 2 |
| 177 (William E. Goodman) | 1 |
| 196 (Michael Van Raaphorst) | 1 |

In addition, pursuant to your Honor's Individual Rule 7(D)(iii), we will bring unredacted copies of the above-noted pages to the sentencing proceeding with markings indicating the information that has been redacted from the publicly filed materials.

Thank you for your consideration.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

*/s/ Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin

565 Fifth Avenue
New York, NY 10017
(212) 880-9410
jsack@maglaw.com

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP

Joon H. Kim
One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

Cc: AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)