USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA,

-v-

S. KENNETH LEECH II,

*Defendant*.

---------------------------------------- X

**MEMORANDUM ENDORSED**

24 Cr. 658 (GHW)

**NOTICE OF MOTION FOR MITCHELL KOHLES TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Mitchell Kohles hereby moves this Court pursuant to Local Civil Rule 1.4 and Local Criminal Rules 1.1 and 1.2 for leave to withdraw as counsel for Defendant S. Kenneth Leech II on the grounds that he will no longer represent Mr. Leech.

PLEASE TAKE FURTHER NOTICE that other attorneys of the law firm of Morvillo, Abramowitz, Grand, Iason & Anello P.C., including Jonathan S. Sack and Jeremy H. Temkin, and Joon H. Kim of the law firm of Wachtell, Lipton, Rosen & Katz will continue as counsel of record for Mr. Leech in this action.

New York, New York
Dated: October 20, 2026

By: /s/ *Mitchell Kohles*
Mitchell Kohles
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: mkohles@cgsh.com

Application granted. The motion by Mitchell Kohles to withdraw as counsel for Mr. Leech is granted. The Clerk of Court is directed to terminate Mr. Kohles from the list of active counsel in this case and to terminate the motion pending at Dkt. No. 198.
SO ORDERED.

Dated: October 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge