# Exhibit 1

September 19, 2026

The Honorable Gregory H. Woods

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U. S. Courthouse

500 Pearl Street

New York, New York 10007-1312

Dear Judge Woods,

My name is James G. Hayes, CFA of Western Springs, IL and am a former work colleague of Ken Leech. I am currently employed as Senior Vice President and Practice Lead of the Outsourced Chief Investment Officer team for Retirement assets at Northern Trust Investments, Inc. in Chicago, Il. Ken and I worked together at Western Management from December 2000 to May 2009. I served as the Global Head of Client Service and Marketing Support and Head of Global Portfolio Operations during my time with Western Asset. Both of these positions enabled me to work extensively with Ken in his role as Chief Investment Officer. While our work association was approximately 8+ years, I have known Ken for over thirty years due to our professional association.

I understand that Ken has plead guilty to an offense. I am writing this character letter on his behalf to provide you with some information about him that I hope you will consider in making your decision regarding sentencing.

I met Ken in the early to mid-1990s when I was the Director of Global Fixed Income for the Ameritech Pension Trust in Chicago, IL. We were conducting an external manager search for a portion of the assets under my direction. When I met Ken, I was very impressed by his knowledge, experience, and record of success in fixed income markets. What really stood out to me was his calm demeaner and humility. We found commonality with our previous experiences from Detroit, MI. with Ken having worked for National Bank of Detroit while the city was my birthplace. In subsequent conversations, I built up trust in Ken and can honestly say that he was the main reason we hired Western Asset to manage a several hundred-million-dollar mandate on behalf of the trust. In the time that Western Asset served as an investment manager for the trust, I knew Ken to be honest, trustworthy, and humble.

Our professional association continued as I joined Western Asset in December 2000 as the Global Head of Client Service and Marketing Support. My responsibilities included creating a number of investment vehicles for Ken and his team for investing on behalf of our clients. While we had many tight deadlines to meet, Ken always treated me professionally and with respect. We created a very successful mutual fund company in Dublin, Ireland for our non-U.S. clients that accumulated assets very quickly. Despite the firm's global success, Ken remained humble, approachable, and focused on his investment expertise.

Ken also extended himself to my family outside of the office. I recall after a particularly difficult stretch in the bond markets, I decided to take my family on a vacation to Hawaii. After we boarded the plane, we were surprised to see Ken and his family board the same flight. We soon learned that we were not staying far from each other on the island. During our stay Ken invited our family to his resort for lunch and afternoon visit. Now, I know he needed the vacation far more than I did and did not need to spend time on his vacation with a work colleague and his family. He is genuinely gracious and very generous. As a dedicated family man, I am sure he would have liked to spend more time focused on his family. I sincerely appreciated him sacrificing much needed vacation time with his family to entertain mine and make us feel welcome.

The offense that Ken has pleaded guilty is inconsistent with my history and experience of his character. Ken is a good man, husband and father, and human being. I respectfully ask Your Honor to take Ken's good character, generosity, and this letter into consideration in imposing sentence. I further ask Your Honor to be lenient in sentencing given Ken's genuinely good character and dedicated family orientation.

Respectfully,

James G. Hayes, CFA

[redacted]