UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/16/2026

---------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
S. KENNETH LEECH, II, :
:
Defendant. :
---------------------------------------------------------X

1:24-cr-658-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for November 23, 2026 at 11:00 a.m. is rescheduled. The hearing will take place on January 8, 2027 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: November 16, 2026
New York, New York

GREGORY H. WOODS
United States District Judge