MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

November 18, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

We represent S. Kenneth Leech II, the defendant in the above-captioned case. On November 16, 2026, the Court ordered Mr. Leech's sentencing to be adjourned to January 8, 2027. Undersigned counsel is unavailable then due to international travel scheduled some time ago.

I write to request, with the consent of the government, a brief adjournment of the new sentencing date. The parties are available on January 19 (except for 3:30–5:30 P.M.), 20, 21, or 22, 2027, and ask that sentencing be rescheduled to one of those dates, or another date and time convenient to the Court. This is the defense's first request to adjourn sentencing.

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

/s/ *Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin
565 Fifth Avenue
New York, NY 10017
(212) 880-9410
jsack@maglaw.com

*Attorneys for Defendant S. Kenneth Leech II*

cc: AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)

Application granted. The sentencing hearing previously scheduled for January 8, 2026 at 11:00 a.m. is adjourned to January 19, 2026 at 1:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 205.
SO ORDERED.

Dated: November 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge